AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>United States of America<br>v.<br><br>Kenneth Joseph Owen Thomas<br><br>———————————————<br><em>Defendant</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case: 1:21-mj-00448<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT</td></tr>
</table>

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Kenneth Joseph Owen Thomas _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 USC 1752(a)(4) - Engaging Physical Violence in Restricted Building or on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds.

Date:   05/25/2021                                          2021.05.25 15:50:29 -04'00'
                                          _____
                                              *Issuing officer's signature*

City and state:     Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/25/2021 , and the person was arrested on *(date)* 05/26/2021 <br> at *(city and state)* Huntsville, Alabama <br><br> Date: 05/26/2021        SA Russell Wild <br>                        *Arresting officer's signature* <br><br>                        Russell Wild, Special Agent <br>                        *Printed name and title* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
U.S. Post Office and Courthouse
Office of the Clerk
101 Holmes Avenue, N.E.
Huntsville, Alabama 35801

**SHARON N. HARRIS**
**Clerk of Court**

Telephone (256) 534-6495

May 27, 2021

Clerk
E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Room 1225
Washington, DC  20001

**RE:** ***United States of America v. Kenneth Joseph Owen Thomas***
ND/AL Case No.   5:21-mj-1050-HNJ
DC Case No.  1:21-mj-00448

Dear Clerk:

Please see the attached copies of Rule 5 documents for proceedings held in the Northern District of Alabama with regard to the above-referenced matter.  Please contact me at (256)551-2530 should you need anything further.

SHARON HARRIS, CLERK

By:

Stephanie L. Buhler
Deputy Clerk

CLOSED

# U.S. District Court
## Northern District of Alabama (Northeastern)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-01050-HNJ All Defendants
## Internal Use Only

Case title: USA v. Thomas

Other court case number: 1:21-mj-00448 District of Columbia

Date Filed: 05/26/2021

Date Terminated: 05/27/2021

---

Assigned to: Magistrate Judge Herman N Johnson, Jr

### Defendant (1)

**Kenneth Joseph Owen Thomas**
*TERMINATED: 05/27/2021*

represented by **Kevin L Butler**
FEDERAL PUBLIC DEFENDER

Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, AL 35203
205-208-7170
Email: ALNFD_Notice@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

**Disposition** TRUE COPY:

By: _____

None

**Highest Offense Level**
**(Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F | |

**Plaintiff**

**USA**                                    represented by    **Prim F. Escalona, US Attorney**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: Caseview.ecf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**US Probation**
UNITED STATES PROBATION
OFFICE
Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
716-2900
Email:
alnpdb_cmecf@alnp.uscourts.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room
240
1729 5th Avenue North
Birmingham, AL 35203

205-731-1712
Email: usms-aln-
courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Henry B Cornelius , Jr**
U. S. ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203
205-244-2001
Fax: 205-244-2182
Email:
henry.cornelius@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/26/2021 |   | Arrest (Rule 40) of Kenneth Joseph Owen Thomas (SHB, ) (Entered: 05/27/2021) |
| 05/26/2021 | 1 | RULE 40 DOCUMENTS FROM DC (Warrant and Complaint) as to Kenneth Joseph Owen Thomas (SHB, ) (Entered: 05/27/2021) |
| 05/26/2021 | 🔒 2 | Sealed Document - Financial Affidavit (SHB, ) (Entered: 05/27/2021) |
| 05/26/2021 |   | Minute Entry for proceedings held before Magistrate Judge Herman N Johnson, Jr:Initial Appearance as to Kenneth Joseph Owen Thomas held on 5/26/2021 via VTC w/ dft's consent; dft deemed eligible for court appt counsel; Deanna Oswald present for dft on behalf of appt FPD; Henry Cornelius present for govt; USPO Worboys present; charges and rights explained; dft wvd identity hrg and requested prelim hrg in charging district; govt does not oppose dft's release on recommended conditions of USPO; court releases dft on $10,000 unsecured bond w/ conditions more set out; dft shall report to DC for further proceedings upon notification by counsel or USPO; hrg adj. (Court Reporter Sabrina Lewis.) (SHB, ) (Entered: 05/27/2021) |

| 05/26/2021 | | 3 | WAIVER of Rule 40 Hearings by Kenneth Joseph Owen Thomas (identity only - request for preliminary hearing in charging district) (SHB, ) (Entered: 05/27/2021) |
| 05/26/2021 | 🔒 | 4 | Unsecured Bond Entered as to Kenneth Joseph Owen Thomas in amount of $10,000 with order setting conditions of release attached. (SHB, ) (SHB, ). (Entered: 05/27/2021) |
| 05/27/2021 | | 5 | ORDER REQURING DEFENDANT TO APPEAR WHERE CHARGES ARE PENDING as to Kenneth Joseph Owen Thomas. Signed by Magistrate Judge Herman N Johnson, Jr on 5/27/21. (SHB, ) (Entered: 05/27/2021) |

FILED

2021 May-27 PM 12:3
U.S. DISTRICT COUR
N.D. OF ALABAM

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Joseph Owen Thomas<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00448
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/25/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Kenneth Joseph Owen Thomas _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 USC 1752(a)(4) - Engaging Physical Violence in Restricted Building or on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds.

Date:    05/25/2021                                         2021.05.25 15:50:29 -04'00'
                                                         _____
                                                              *Issuing officer's signature*

City and state:        Washington, D.C.                  Zia M. Faruqui, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br>at *(city and state)* _____ . |
| Date: _____                         _____<br>                                              *Arresting officer's signature*<br><br>                                         _____<br>                                              *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Joseph Owen Thomas<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00448
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/25/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 USC 1752(a)(4) - Engaging Physical Violence in Restricted Building or on Restricted Grounds,
40 U.S.C. § 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Alexis Brown, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____05/25/2021_____

2021.05.25
15:50:01 -04'00'
*Judge's signature*

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/25/2021
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

On January 6, 2021, your Affiant, Special Agent Brown, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Criminal Division at the FBI's Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

## INVESTIGATION SPECIFIC TO JOSEPH THOMAS

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or around midnight on January 6, 2021 (the late evening of January 5, 2021 into the early morning hours of January 6, 2021), an individual identifying himself as "Pi Annon" entered Ashland, Virginia around the vicinity of North Carter Road. Pi Annon took a video of his activity in Ashland, Virginia, convening a caravan of approximately 60 vehicles in anticipation of a scheduled rally in D.C. later that day ("Video 1"). Later in Video 1, Pi Annon addressed the caravan participants, stating "we all are meeting at the Ellipse to listen to Mike Lindell and President Trump speak. After that, we're all going to march together down to the [U.S.] Capitol to listen to Michael Flynn and the events going on down there....See you in D.C." Video 1 also showed a local news channel interview Pi Annon as the "organizer" of the "Maga Caravan" going to D.C. Pi Annon was a white male with glasses and facial hair and wore a tan jacket over a camouflage hoodie sweatshirt and a "Veteran for Trump" camouflage baseball cap. A snip from Video 1 is depicted below:



2

Video 1 was uploaded on or around January 8, 2021 to the YouTube channel of user BlacklionjesterAFAM.  BlacklionjesterAFAM's "display name" was JOSEPH THOMAS ("THOMAS").  THOMAS captioned the video as being from "jan 6th 2021."  It is believed that the individual identifying himself as Pi Annon is THOMAS, as evidenced in the following paragraphs.

A second video was posted to THOMAS's YouTube channel ("Video 2").  Video 2 apparently occurred later in time than Video 1, as Video 2 registered its location at the "Ellipse Grounds South," the location at which Pi Annon was to meet the caravan group.  During Video 2, THOMAS stated "right now, we got a whole [list] of people going to storm the Capitol[.]"  A snip from Video 2 is depicted below:



3

Between approximately 3:09 PM and approximately 3:20 PM, THOMAS appeared on the bodycam footages of four separate Metropolitan Police Department ("MPD") officers. THOMAS stood under the risers set up for the Inauguration, eventually exiting them to ask the MPD officers present to "let us in our house," stating he "just wants to knock on the door." By 3:20 PM, THOMAS had left the vicinity of the risers.

The Upper West Terrace is the outdoor area on the west side of the U.S. Capitol building. On January 6, 2021, all parts of the Upper West Terrace were considered "restricted grounds" and were not accessible to the public.

THOMAS appeared again on MPD bodycam footage beginning at approximately 4:21 PM on the Upper West Terrace. At around that time, THOMAS was seen going up the steps where a number of law enforcement officers were lined up.

At approximately 4:22 PM, a Metropolitan Police Department ("MPD") body-worn camera showed THOMAS on the Upper West Terrace ("Video 3"). In Video 3, THOMAS wore the same clothing as he did when he gave an interview to the local Ashland, Virginia news channel the night before: a tan jacket over a camouflage hoodie sweatshirt and a camouflage baseball cap. THOMAS then advanced up to the line of law enforcement officers and pushed against their shields with his forearm. Two snips from Video 3 are depicted below:





Video 3 showed that, even after law enforcement officers pushed him back, THOMAS returned at least twice to punch or strike the officers with his fist and forearm. THOMAS continued to attack law enforcement this way or attempt to push them back for at least 25 seconds straight, from approximately 4:22 to 4:23 PM.  A snip from Video 3 is depicted below:



At approximately 4:26 PM, the assembled law enforcement officers again began to dispel the crowd of rioters from the steps.  Video 3 showed that THOMAS turned toward the rioters and ordered them to "hold the line" against the advancing officers.  THOMAS audibly repeated this order several times.  Next to THOMAS was an unknown, shorter white male with a dark beard, a black zip-up pullover, and a bright red baseball cap, a snip of which is depicted below:



THOMAS was then captured on body-worn camera footage descending the steps to a lower level of the Upper West Terrace, where other law enforcement officers were lined up as well ("Video 4"). THOMAS approached the assembled law enforcement officers at approximately 4:28 PM and hit the officers with his forearm and elbow. Video 4 showed that, after he was repulsed, THOMAS again approached the officers, attempting to push them back. A snip from Video 4 is depicted below:



Another body-worn camera captured THOMAS during this time period ("Video 5").  As the law enforcement officers advanced, THOMAS turned to his side, using his elbow and shoulder to strike the front line officers.  Video 5 showed THOMAS push back against the officers in this way four more times and attempt to punch with his fist once, while ordering the rioters to "hold the line," until approximately 4:30 PM.  A snip from Video 5 is depicted below:



Subsequent interviews with law enforcement officers who were present at the Upper West Terrace confirmed that the depicted individual did, in fact, attack them.  Officers stated that this individual "was one of the first to come in and start hitting [and] pushing officers on the line" and "tried to kick [their] shield," "tr[ied] to punch around [their] shield," and "engaged other officers." Throughout his interactions with law enforcement on the Upper West Terrace, THOMAS continually held a cellular phone up, apparently recording the events as they occurred.

The FBI issued a BOLO for the depicted individual above and identified him as AFO 214. As of April 22, 2021, the FBI has received approximately 15 tips regarding the identity of AFO

214 after a national press release by law enforcement on February 5, 2021. Some of these tips identified other individuals as the person depicted in AFO 214. Upon receiving the conflicting identifications, FBI analysts and law enforcement investigators queried among other things, the state driver's license information, criminal history convictions, and publicly available social media profiles of the approximately 14 individuals whose names were submitted as possibly being the person depicted in AFO 214. In many cases a law enforcement officer directly contacted the tipster for further information regarding the person depicted in AFO 214. After investigating the tips regarding the identity of AFO 214, FBI determined that these tips did not predicate further investigatory action because once the tips were compared to the known physical characteristics of AFO 214, the characteristics of the individuals did not correspond with the characteristics of AFO 214.

In response to the BOLO, the FBI did receive information from two tipsters that positively identified AFO 214 as THOMAS. The first tipster, a neighbor of THOMAS', recognized following AFO 214 photo as THOMAS:



The neighbor confirmed THOMAS had, in fact, posted pictures and videos on THOMAS' personal Facebook and YouTube accounts that were similar to the scenes depicted above. THOMAS' Facebook page, in particular, showed an undated picture of him in the same clothing as Pi Annon and the individual depicted in body-worn camera footage, which was a tan jacket over a camouflage hoodie sweatshirt and a camouflage baseball cap:

ame

**Photos**                                           See All Photos



**:onnect with Joe Thomas on Facebook**

The second tipster was a member of #SeditionHunters, a Twitter-based "global community of open-source intelligence investigators (OSINT) working together to assist the U.S. FBI and Washington D.C. Capitol Police in finding people who allegedly committed crimes in the January 6 capitol riots." This tipster also identified the AFO 214 as THOMAS and confirmed THOMAS' city of residence and spouse's name. Additionally, this tipster found THOMAS' account names for Gab and Telegram, social media sites popular with individuals who planned and participated in the events of January 6. THOMAS' Gab account was gab.com/pianon and his Telegram account was t.me/pi_anon_chat.

Both tipsters gave the FBI links to videos of the events on January 6th on THOMAS' YouTube page. The links resolved to BlacklionjesterAFAM's YouTube channel, BlacklionjesterAFAM being THOMAS' YouTube user name. The links directed the FBI to the videos THOMAS posted on January 8, 2021; namely, the video of the caravan and local news interview and the video of THOMAS marching to the U.S. Capitol. The "About" Tab of THOMAS' YouTube page contained information that corroborated the tipsters' identification of THOMAS:

10



Within the "Videos" tab of THOMAS' Youtube channel was a 50 minute, 15 second video titled "March for Trump (At the Capitol)" ("Video 6"). Though Video 6 did not have timestamps, at approximately the 36-minute mark, it began to show footage that appeared similar to Video 3 that captured THOMAS' activities at the Upper West Terrace on January 6, 2021. Two snips from Video 6 are depicted below:





At approximately the 40-minute mark, Video 6 showed an unknown white male beneath THOMAS' eye level with a dark beard, a black zip-up pullover, and a bright red baseball cap among the crowd.  At this point, THOMAS' voice can be heard, shouting "hold the line" several times as Video 6 appeared shaky and unclear.  A snip from Video 6 is depicted below:



Video 6 later showed THOMAS at approximately the 43-minute mark, speaking into the camera. THOMAS wore the same outfit as Pi Annon and the individual in the body-worn camera footage: glasses, a tan jacket over a camouflage hoodie sweatshirt and a "Veteran for Trump" camouflage baseball cap. A snip from Video 6 is depicted below:



Based on the foregoing, your Affiant submits that there is probable cause to believe that THOMAS violated 18 U.S.C. § 111(a), which makes it a crime to forcibly assault or interfere with any person designated in section 1114 of this title 18 while engaged in or on account of the performance of official duties and involved physical contact. Persons designated within section 1114 include any person assisting an officer or employee of the United States in the performance of their official duties.

Your Affiant submits there is probable cause to believe that THOMAS violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful

performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Based on the foregoing, your Affiant submits that there is probable cause to believe that THOMAS violated 18 U.S.C. § 1752(a)(1), (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds;] or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Based on the foregoing, your Affiant submits that there is probable cause to believe that THOMAS violated 40 U.S.C. § 5104(e)(2)(F), which makes it a crime to willfully and knowingly engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

_____

SA Alexis Brown
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 25th day of May 2021.

2021.05.25
15:50:50 -04'00'
_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED

2021 May-27 PM 12:5
U.S. DISTRICT COUR
N.D. OF ALABAM

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| United States of America | ) | |
| v. | ) | Case No.   5:21-mj-1050-HNJ |
| | ) | |
| Kenneth Joseph Owen Thomas | ) | Charging District's Case No.   1:21-mj-00448 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   5/26/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Deanna L. Oswald
*Printed name of defendant's attorney*

FILED

2021 May-27 PM 04:5
U.S. DISTRICT COUR
N.D. OF ALABAM

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   5:21-mj-1050-HNJ |
| | ) | |
| Kenneth Joseph Owen Thomas | ) | Charging District:   District of Columbia |
| *Defendant* | ) | Charging District's Case No.   1:21-mj-00448 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: **Via Zoom (call-in information to be provided)** | Courtroom No.: |
|---|---|
| | Date and Time:   Thursday, June 3, 2021 at 1:00 p.m. EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending (if applicable).

**DONE** this 27th day of May, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE