# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-mj-00448 (ZMF) |
| v. | **NOTICE OF APPEARANCE** |
| KENNETH JOSEPH OWEN THOMAS, | |
| Defendant. | |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: June 2, 2021

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Kenneth Thomas
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:202.638.4100
Fax:          202.628.0249
E-mail:      dcgunlaw@gmail.com