# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH JOSEPH OWEN THOMAS,<br><br>Defendant. | Case No.: 1:21-mj-00448<br><br>**NOTICE OF FILING** |

      COMES NOW, Kenneth Thomas, through counsel to file with the court the attached correspondence forwarded, by this filing, to the United States by the court's Case Management/Electronic Case Files (CM/ECF) System this date.

Dated: June 2, 2021

 

                                                    Joseph R. Conte
                                                    Counsel for Kenneth Thomas
                                                    400 Seventh St., N.W., #206
                                                    Washington, D.C. 20004
                                                    Phone:      202.638.4100
                                                      Fax:         202.628.0249
                                                      Email:  dcgunlaw@gmail.com