UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 21-mj-448 |
| | : | |
| v. | : | |
| | : | |
| KENNETH THOMAS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Daniel Honold, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____/s/_____
DANIEL HONOLD
ASSISTANT UNITED STATES ATTORNEY
N.Y. Bar 5406715
555 4th Street, NW
Washington, DC 20530
(202) 252-6898