UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-mj-448 |
| v. : | |
| : | |
| KENNETH THOMAS : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      /s/
DANIEL HONOLD
Assistant United States Attorney
NY Bar No. 5406715
555 Fourth Street, N.W., Room 3624
Washington, DC 20530
(202) 252-6898
Daniel.Honold@usdoj.gov

By:      /s/
JENNIFER M. ROZZONI
Assistant United States Attorney - Detailee
NM Bar No. 14703
201 3rd Street NW, Suite 900

New Mexico, 87102
505.224.1460
505.350.6818
Jennifer.M.Rozzoni@usdoj.gov