# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH THOMAS,<br><br>           Defendant. | Case No.: 1:21-cr-00552 DLF-1<br><br>**NOTICE OF FILING** |

      COMES NOW, Kenneth Thomas, through undersigned counsel, to file with the court the defendant's acceptance of the court's protective order.

Dated:  September 8, 2021

 

                                                                                                               _____

Joseph R. Conte, Bar #366827
Counsel for Kenneth Thomas
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:	202.638.4100
Fax:	202.628.0249
Email:	dcgunlaw@gmail.com