# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00552 DLF-1 |
| v. | **ORDER** |
| KENNETH THOMAS, | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion to amend conditions of release to permit him to travel for work purposes and the court, having considered the motion, and the record in the case it is this _____ day of _____2021,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Dabney L. Fredrich
United States District Judge