# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00552-DLF-1 |
| v. | **UNOPPOSED MOTION TO CONTINUE THE JUNE 3, 2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| KENNETH THOMAS, | |
| Defendant. | |

COMES NOW, counsel for Kenneth Thomas, to respectfully request this Honorable Court to continue the June 3, 2022, status hearing and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of its motion, counsel states as follows:

1. The defendant is charged with Civil Disorder in violation of 18 U.S.C. §231(a)(3), Obstruction of an Official Proceeding and Aiding and Abetting in violation of 18 U.S.C. §1512(c)(2) and 2, Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. §111(a)(1), Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. §1752(a)(1), Disorderly and Disruptive

*United States v. Kenneth Thomas*
Case No. 1:21-cr-00552 DLF-1

UNOPPOSED MOTION TO CONTINUE JUNE 3,2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
Page No. 1

CONTINUE 20220506 22/05/06 06:25:57

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com

Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. §1752(a)(2), Engaging in Physical Violence in a Restricted Building or Grounds in violation of 18 U.S.C. 1752(a)(4), Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. §5104(e)(2)(D), and Act of Physical Violence in the Capitol Grounds or Buildings in violation of 40 U.S.C. §5104(e)(2)(F).

2. A status conference is scheduled for June 3, 2022.

3. Undersigned counsel will be out of the jurisdiction on June 3, 2022, for personal reasons.

4. Discovery is ongoing.

5. Plea negotiations are ongoing.

6. Defense counsel has not concluded review of the discovery with the defendant.

7. The United States does not oppose the motion.

8. Counsel for the United States has advised that she is unavailable June 23-24, 2022.

WHEREFORE, counsel respectfully requests that this Court grant the motion to continue the Status Hearing set for June 3, 2022, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and Defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE counsel respectfully requests that this motion be granted.

*United States v. Kenneth Thomas*
Case No. 1:21-cr-00552 DLF-1

UNOPPOSED MOTION TO CONTINUE JUNE 3,2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
Page No. 2

CONTINUE 20220506 22/05/06 06:25:57

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com

Dated:  May 6, 2022

                                              Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Kenneth Thomas
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:          202.638.4100
Email:   dcgunlaw@gmail.com

*United States v. Kenneth Thomas*
Case No. 1:21-cr-00552 DLF-1

UNOPPOSED MOTION TO CONTINUE JUNE 3,2022, STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
Page No. 3

CONTINUE 20220506 22/05/06 06:25:57

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone: 202.638.4100
Email: dcgunlaw@gmail.com