# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00552 DLF-1 |
| v. | **ORDER** |
| KENNETH THOMAS, | |
| Defendant. | |

      Based upon the representations in the unopposed motion to continue the June 3, 2022, Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings: The defendant is charged by indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. Defense counsel will be out of the jurisdiction on June 3, 2022, the United States has continued to provide discovery to the defendant and expects additional disclosures in the future. The parties also have begun plea negotiations, but that process remains ongoing. Counsel for the defendant has filed an unopposed motion to continue the status hearing based on his travel schedule, the ongoing discovery, and ongoing plea negotiations and further requested that this Court exclude the time under the Speedy Trial Act from the date this Court enters an order on this motion through and including the date of the next Status Hearing. The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

      Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the unopposed motion to continue the June 3, 2022, Status Hearing and to Exclude Time Under the Speedy Trial Act, is **GRANTED;** it is

**FURTHER ORDERED** that this proceeding is continued to the _____ day of _____, 2022, at _____ and it is

**FURTHER ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**SO ORDERED.**

_____
Dabney L. Friedrich
United States District Judge