UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-552 DLF |
| | : | |
| KENNETH JOSEPH OWEN THOMAS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged via indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. The Government seeks a continuance based on the following: (1) the United States has provided the majority of individualized discovery to Defendant, though it continues to provide global discovery generated from other sources; (2) although previously provided in global discovery, the government has found additional individual video of the Defendant on January 6, 2021 which it plans to provide to the defendant in the coming days; (3) with review of discovery ongoing, and in an attempt to resolve this matter pretrial, the United States had intended to provide a plea to the defendant since the last status conference, but has not yet done so; (4) the Government would also like to provide the defendant with a plea agreement for him to consider; and (5) in the event that plea negotiations prove to be unsuccessful and taking into account the exercise of due diligence, the Defendant and the Government will need reasonable time necessary to prepare for trial.

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).   In light of the parties engaging in plea negotiations, the Government's ongoing efforts to discover and provide global discovery, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice.   Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and Motion to Continue Status Hearing, are hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to September 20, 2022, at 11:00 a.m.; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

                                                                       _____
                                                                       THE HONORABLE DABNEY L. FREIDRICH
                                                                       UNITED STATES DISTRICT JUDGE