UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-552 (DLF) |
| v. | : | |
| | : | |
| KENNETH JOSEPH OWEN THOMAS | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: December 14, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Sean P. McCauley
Sean P. McCauley
NY Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sean P. McCauley*
Sean P. McCauley
Assistant United States Attorney