# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00552 DLF-1 |
| v. | **ORDER** |
| KENNETH THOMAS, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion to Dismiss Count Two of the indictment and the Court having considered the motion, the Government's response thereto and after a hearing on the motion it is this _____ day of _____, 2022,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED**

_____
Dabney L Friedrich
United States District Judge