UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH THOMAS,<br><br>　　　　　　　Defendant. | Case No.: 1:21-cr-00552 DLF-1<br><br>**ORDER** |

　　　　This matter is before the count on the defendant's motion to transfer the case to the Northern District of Ohio and the court having considered the motion, the government's response thereto and after a hearing on the motion it is this _____ day of _____, 2022,

　　　　**ORDERED** that the motion should be and hereby is **GRANTED**

　　　　**SO ORDERED.**


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Dabney L Fredrich
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge