# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH THOMAS,<br>    Defendant. | Case No.: 1:21-cr-00552 DLF-1<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

  COMES NOW, counsel for Kenneth Thomas to respectfully request leave of this honorable court to withdraw as counsel. As grounds for this motion counsel would state:

  1. Counsel was appointed to represent Mr. Thomas on June 2, 2021, under the Criminal Justice Act.

  2. On December 15, 2022, John Pierce entered his appearance in this matter.

  WHEREFORE counsel respectfully requests that he be granted leave of the court to withdraw as counsel for the defendant.

Dated: December 16, 2022

                 _____
                 Joseph R. Conte, Bar #366827
                 Counsel for Kenneth Thomas
                 Law Office of J.R. Conte
                 8251 NW 15th Ct.
                 Coral Springs, FL  33071
                 Phone:  202.236.1147
                 Email:  dcgunlaw@gmail.com

*United States v. Kenneth Thomas*
Case No. 1:21-cr-00552 DLF-1

Motion for Leave to Withdraw as Counsel Page No. 1

WITHDRAW 22/12/16 09:21:16

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com