UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00552 DLF-1 |
| v. | ORDER |
| KENNETH THOMAS, | |
| Defendant. | |

This matter is before the court on the motion of counsel for the defendant, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this _____ day of _____, 2021,

      **ORDERED** that the motion should be and hereby is **GRANTED**

      **SO ORDERED.**

_____
Dabney L. Friedrich
United States District Judge