**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. :21-cr-00552 (DLF)** |
| | : | |
| **KENNETH JOSEPH OWEN THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE AND**
**TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant hereby moves this Court for a continuance of the above-captioned proceeding,

and further to exclude the time within which an indictment must be filed under the Speedy Trial

Act, 18 U.S.C. § 3161 *et seq*.

Dated: January 30, 2023

Respectfully submitted,
*/s/ John M. Pierce*
John M. Pierce
John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
P: (213) 349-0054
jpierce@johnpiercelaw.com

1

CERTIFICATE OF SERVICE

 I, John M. Pierce, hereby certify that on this day, January 30, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*

John M. Pierce