**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-552 (DLF)** |
| | : | |
| **KENNETH JOSEPH OWEN THOMAS,** | : | |
| | : | |
| Defendant. | : | |

**DEFENDANTS' MOTION TO CONTINUE AND**
**TO EXCLUDE TIME UNDER THE SPEEDY TRIAL**
**ACT**

Defendant Kenneth Joseph Owen Thomas hereby moves this Court for a 23-day continuance of the above-captioned proceeding, and further to exclude those 23 days under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*,

Dated February 25, 2023,    Respectfully Submitted,
              */s/ John M. Pierce*
              John M. Pierce
              John Pierce Law P.C.
              21550 Oxnard Street
              3rd Floor PMB #172
              Woodland Hills, CA 91367
              P: (213) 349-0054
              jpierce@johnpiercelaw.com

1

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, February 25, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce