UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-00552 (DLF) |
| v. | : | |
| | : | |
| KENNETH JOSEPH OWEN THOMAS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides its objections to the admissibility of certain exhibits contained on Defendant's exhibit list. Notably, Defendant's exhibit list was first disclosed to the Government on Friday, April 28, 2023 at 2:13 PM, two days after the Court's deadline; and, as of May 3, 2023, the only exhibits from the 426-item list that have been provided to the Government are five MPD body-worn camera files and one video file from the Defendant, all of which were already listed on the Government's own exhibit list.[1]

Below, the Government first provides general objections and remarks with respect to either categories of evidence or concerning particular issues with Defendant's exhibit list. Then, the Government includes its specific objections to Defendant's exhibits, to the extent possible, given the lack of ability to view the actual exhibits listed. Because Defendant's exhibit list lacks specificity and because actual files have not been provided, the United States hereby preserves its objections to all materials it cannot identify based solely by the defendant's title.

---

[1] The defense team also appears to have re-produced to the Government as "exhibits" two zip files that are identical to the zip files of discovery materials the Government previously provided to the Defendant in February and March 2023. Notably, none of those files appear by name on the Defendant's exhibit list. Therefore, if those exhibits are, in fact, on Defendant's list, the Government is unable to identify them because the description does not match the file names.

**I. Categorical Objections and Particular Issues Regarding Defendant's Exhibits.**

First, the Government objects on the basis of Fed. R. Evid. 401 and 403 to video, photographic, and documentary evidence regarding the actions of law enforcement officers whose testimony is not elicited at trial and whose conduct was not directly observed by the Defendant on January 6, 2021 without some relevant purpose. *See, e.g.,* Ex. 9 ("Bodycam Footage of Officer H.F."), Ex. 13 ("20210106 Riot Capitol Building Bodycam Footage"), Ex. 183 ("BWC Footage 20210106- FIRST AMMENDMENT ASSEMBLY- VERMONT Officer T.A. X6039B98K"), Ex. 426 ("Axon_Body_3_Video_2021-01-06_1923-9m12s-Bodycam of Frank Edwards").

Second, the Government objects under Fed. R. Evid. 401 and 802 to the introduction of video, photographic, and documentary evidence in the form of news stories, articles, and testimonials of non-testifying third parties relating to the events of January 6, 2021. *See, e.g.,* Ex. 27 ("How to Deploy Impact Munitions - Article - POLICE Magazine (1)"), Ex. 60 ("Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News"), Ex. 63 ("THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors"), Ex. 64 ("Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th."), Ex. 212 ("The Legislative Process: Overview (Video)"), Ex. 213 ("How Our Laws Are Made"), Ex. 287 (https://rumble.com/v1iikzq-a-glitch-in-the-matrix-an-eloquent-defense-of-jan-6-protestors-by-democrat-.html).

Third, the Government objects to the inclusion and admission of hundreds of exhibits relating to irrelevant rules, policies, procedures, and historical evidence because these exhibits seek jury nullification or otherwise serve to distract and confuse the jury. *See, e.g.,* Ex. 29 ("EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents"), Ex. 65 ("120_21re- Disciplinary Procedures and Processes"), Ex. 70 ("EO-20-044-

Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020"). The Defendant has included countless irrelevant law enforcement policies, Covid restrictions, Congressional rules, and Wikipedia entries, such as, for example, exhibits relating to the use of pepper balls and rubber bullets. *See, e.g.,* Ex. 30 ("PepperBall-Catalog-2022_web"); Ex. 136 ("Firing Rubber Bullets from above.mp4"); Ex. 336 (Gateway Pundit article entitled "SHOCK VIDEO: Capitol Police Started Shooting at Peaceful Trump Crowd on Jan. 6 — Fired Flash Grenades and Rubber Bullets on Peaceful Protesters INCLUDING CHILDREN").[2] The use of pepper balls is not at issue in this case. These items are not relevant to the allegations by the Government or relevant defenses of Defendant in this matter and are objectionable under Fed. R. Evid. 401, 403, and 802.

Fourth, the Government objects on the basis of Fed. R. Evid. 401 and 403 to evidence related to the investigation and prosecution of individuals other than the defendant for wrongdoing on January 6, 2021 or on other dates without some relevant purpose. *See, e.g.,* Ex. 164 – 173 (open source materials from January 6 defendant Stephene [sic] Horn; Horn's case is Case No. 1:21-cr-301), Ex. 163 ("Elijah Schaffer Open Source Video;" Schaffer's case is Case No. 21-cr-306), Ex. 307 ("Photo regarding Nov. 7 1983," which references a Senate bombing on that date).

Fifth, the Government objects on the basis of Fed. R. Evid. 401, 403, and 404 to evidence of Defendant's character and personal characteristics, which appear to seek jury nullification. *See, e.g.,* Ex. 1 ("Slideshow of Photos of Mr. Thomas & Family or Friends"), Ex. 218 ("Thomas Baby Pictures"), Ex. 219 ("Thomas at play picture"), Ex. 223 ("Boyscout picture of Thomas"), Ex. 230 ("Thomas at work picture").

---

[2] To the extent the court permits the introduction of defense exhibits such as 336, the government requests that inflammatory titles including all capital letters and/or which characterize the video shielded from the jury. *See generally, United States v. Reffit,* 21-cr-23 (DLF).

Finally, the Government objects on the basis of Fed. R. Evid. 401, 403 to a number of other exhibits that are particularly concerning, which include, but are not limited to, the following:

- **Ex. 259: "CHS Documents"** – these documents appear to have been received in discovery by the defense team in the Proud Boys case, *United States v. Pezzola*, No. 1:21-cr-175-TJK (6). Not only are these materials irrelevant to this matter, but they were produced with a "highly sensitive" designation by the government in the Proud Boys case, as well as pursuant to a second protective order beyond the one typically entered in all January 6 cases.

- **Ex. 303: "Frequencies DC 011822[25098]"** – although the Government has not received the actual file for this exhibit, the Government suspects this is a sound file of high-pitched ringing sounds. This file was used in the *Alberts* trial to demonstrate Alberts's known and documented medical condition, tinnitus, which is commonly described as ringing sound, roaring, or buzzing sounds. *See* 21-cr-26 (CRC). Here, Thomas has neither made a proffer related to any similar medical condition nor provided the Government with any reciprocal discovery documenting any such medical condition. Therefore, this exhibit is irrelevant.

- **Ex. 345: https://www.youtube.com/watch?v=A8qkVKqoLUM** – this YouTube link clicks through to a video of Ketanji Brown-Jackson's hearing before the Senate Judiciary Committee. This video is not relevant.

- **Ex. 362: "RulesJudicialConductAndDisability20210101b[25144]"** – this link clicks through to a page with the following title, "Under the Judicial Conduct and Disability Act and the Rules for Judicial-Conduct and Judicial-Disability Proceedings, anyone can file a complaint alleging a federal judge has committed misconduct or has a disability." The Defendant has raised no such claims of judicial misconduct; therefore, this exhibit is totally irrelevant.

As noted above, the Government reserves the right to object to the admissibility of any of the 426 numbered exhibits and to revise and supplement its objections after reviewing the Defendant's final version of exhibits, once they are received and can be properly identified and reviewed. The Government may also modify its objections depending on whether the exhibits are introduced on cross examination or in the defendant's case in chief.

## II. Specific Objections, to the Extent Possible, Given the Government still has Not Received Any Actual Exhibits or Discovery from the Defendant.

Attached hereto as <u>Exhibit A</u> is the Government's preliminary specific objections to Defendant's exhibits.

Dated: May 3, 2023                                Respectfully submitted,

                                                                               MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
Samantha.Miller@usdoj.gov

<u>s/ Sean P. McCauley</u>
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

# Exhibit A

Government's Preliminary Objections to Defendant Thomas's April 28, 2023 Exhibit List

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 1 | Slideshow of Photos of Mr. Thomas & Family or Friends | FRE 401, 403 |
| 2 | Open Source Footage of Officer misconduct | FRE 401, 403 |
| 3 | Photos of protestor injuries | FRE 401, 403 |
| 4 | Bodycam footage of Officer R.A. | |
| 5 | Bodycam Footage of Officer S.A. | |
| 6 | Bodycam Footage of Officer K.V. | |
| 7 | Officers Pushing Crowd out of Upper West Terrace Area | FRE 401, 403 |
| 8 | Bodycam Footage of Officer R.N. | |
| 9 | Bodycam Footage of Officer H.F. | FRE 401, 901 |
| 10 | CDU Operational Plan for the USCP | FRE 401, 403 |
| 11 | 20210106-_FIRST_AMMENDMENT_ASSEMBLY-_VERMONT_&_H_STREET_NW_ | FRE 401, 403 |
| 12 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h11min04s377ms.mp4 | FRE 401 |
| 13 | 20210106 Riot Capitol Building Bodycam Footage | FRE 401, 901 |
| 14 | 20210106 First Amendment Assembly Vermont & H Street | FRE 401 |
| 15 | 20210106 First Amendment 800 16th St NW | FRE 401 |
| 16 | 20210106 Capitol Siege United States Capitol | FRE 401 |
| 17 | FELONY_APO_RIOTOUS_ACTS-US_CAPITOL_COMPLEX | FRE 401 |
| 18 | 20210106_-_RIOT_-_CAPITAL_BUILDING | FRE 401, 403 |
| 19 | GO-PER-120.23 (Serious Misconduct Investigations) | FRE 401, 403, 802; duplicate |
| 20 | GO-RAR-901.07 (Use of Force); | FRE 401, 403, and 802 |
| 21 | GOSPT-302.13 (Body-Worn Camera Program) | FRE 401, 403, and 802 |
| 22 | RAR-901-04- Less Lethal Weapons | FRE 401, 403, and 802 |
| 23 | Reserved | NA |
| 24 | RiotID_Guide_ENGLISH | FRE 401, 403, 802 |
| 25 | Impact_Munitions_Guide_ENGLISH | FRE 401, 802 |
| 26 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | FRE 401, 403, and 802 |
| 27 | How to Deploy Impact Munitions - Article - POLICE Magazine (1) | FRE 401, 403, and 802 |
| 28 | covering_riot_control_in_the_united_states_0 (1) | FRE 401, 403, and 802 |
| 29 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | FRE 401, 403, and 802 |
| 30 | PepperBall-Catalog-2022_web | FRE 401, 403, and 802 |
| 31 | PEP-21006-Round-LIVE-Specs-120121 | FRE 401, 403, and 802 |
| 32 | PEP-21006-Round-LIVE-X-Specs-120121 | FRE 401, 403, and 802 |
| 33 | PEP-21006-Round-LIVE-MAXX-Specs-120121 | FRE 401, 403, and 802 |
| 34 | PEP-21006-Glass-Breaker-Specs-120121 | FRE 401, 403, and 802 |
| 35 | Reserved | NA |
| 36 | Reserved | NA |
| 37 | Reserved | NA |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 38 | Reserved | NA |
| 39 | Reserved | NA |
| 40 | Reserved | NA |
| 41 | Reserved | NA |
| 42 | Reserved | NA |
| 43 | Reserved | NA |
| 44 | Reserved | NA |
| 45 | Reserved | NA |
| 46 | Reserved | NA |
| 47 | Reserved | NA |
| 48 | Reserved | NA |
| 49 | Reserved | NA |
| 50 | Reserved | NA |
| 51 | 3454_CHOB_RF_Northwest_Roof_-_2021-01-06_18h40min01s.mp4 | FRE 401, 403 |
| 52 | PEP-21006-VXR-LIVE-Specs | FRE 401, 403, and 802 |
| 53 | PEP-21006-VXR-LIVE-X-Spec-Sheet | FRE 401, 403, and 802 |
| 54 | Reserved | NA |
| 55 | _2021-01-06_19h00min01s.mp4 | FRE 401, 403 |
| 56 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_18h40min01s.mp4 | FRE 401, 403 |
| 57 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_19h00min01s.mp4 | FRE 401, 403 |
| 58 | 20210106-FIRST_AMENDMENT-800_16TH_ST_NW | FRE 401, 403 |
| 59 | Letter from VP Pence |  |
| 60 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | FRE 401, 403, and 802 |
| 61 | CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD on Jan. 6 of Men, Women, Children | FRE 401 and 403 |
| 62 | January 6_ Black Bloc Enters Capitol First | FRE 401 and 403 |
| 63 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | FRE 401, 402, 802 |
| 64 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | FRE 401, 403, and 802 |
| 65 | 120_21re- Disciplinary Procedures and Processes | FRE 401, 403, and 802 |
| 66 | 201_31re - Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802; duplicate |
| 67 | EO_20_021- Coronavirus 2019 Guidance on Calls for Service | FRE 401, 403, and 802 |
| 68 | EO-20-027- Coronavirus 2019: Remote OPC Appearances and Electronic Submission Procedures | FRE 401, 403, and 802 |
| 69 | EO-20-044- Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 | FRE 401, 403, and 802 |
| 70 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802; duplicate |
| 71 | GO–OPS–204.06- Victim/Witness Services | FRE 401, 403, and 802 |
| 72 | GO – SPT – 204.01- Media | FRE 401, 403, and 802 |
| 73 | PER-201-29- Police Officer Initial Training Program | FRE 401, 403, and 802 |
| 74 | GO-PER-201.08- Outside Training Program | FRE 401, 403, and 802 |
| 75 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802; duplicate |
| 76 | 16-013- Senior Law Enforcement Officer Emergency Act of 2016 | FRE 401, 403, and 802 |
| 77 | 17-015- Selection Criteria for Field Training Officers | FRE 401, 403, and 802 |
| 78 | 18-003- Field Training Officer Compensation | FRE 401, 403, and 802 |
| 79 | 20-003- Disciplinary Procedure Updates | FRE 401, 403, and 802 |
| 80 | EO-21-013- Coronavirus 2019: Modified Phase Two of Washington, DC Reopening | FRE 401, 403, and 802 |
| 81 | EO-21-014- MPD Email Requirements | FRE 401, 403, and 802 |
| 82 | EO-21-019- Self-Directed Learning (SDL) Program | FRE 401, 403, and 802 |
| 83 | EO-21-027- Rank Insignia | FRE 401, 403, and 802 |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 84 | GO – PER – 201.32- Policing for Prevention: High Visibility Deployment ofcEO-21-032- Off-Duty Service Firearms and Police Action Sworn Personnel Visibility Patrol Tactics | FRE 401, 403, and 802; duplicate |
| 85 | 5822Ex 71- 99630-Proud-Boys-Undercover-FBI-Informant-reports-live-from-on-site-January-6 | FRE 401 and 403 |
| 86 | EO-22-002- Ballistic Shield Deployment | FRE 401, 403, and 802 |
| 87 | EO-22-010- Regular or Continuous Associations and Involvements | FRE 401, 403, and 802 |
| 88 | GO – PER – 201.22- Fire and Police Disciplinary Action | FRE 401, 403, and 802 |
| 89 | Procedure Act of 2004 GO - PER - 120.23- Serious Misconduct Investigations | FRE 401, 403, 802; duplicate |
| 90 | OMA-101-00- Directives System | FRE 401, 403, and 802 |
| 91 | OMA-101-03- Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps | FRE 401, 403, and 802 |
| 92 | OMA-101-09- Duties and Responsibilities of Sworn | FRE 401, 403, and 802 |
| 93 | Officials OMA-101-10- Organization of the Metropolitan Police Department (MPD) | FRE 401, 403, and 802 |
| 94 | PER-101-12- Senior Police Officers | FRE 401, 403, and 802 |
| 95 | PER-110-11- Uniform, Equipment, and Appearance Standards | FRE 401, 403, and 802 |
| 96 | OMA- 120 24- Revocation/Restoration of Police | FRE 401, 403, and 802 |
| 97 | Powers | FRE 401, 901 |
| 98 | PER-120-25- Processing Complaints Against Metropolitan Police Department Members | FRE 401, 403, and 802 |
| 99 | PER-120-29- Professional Conduct and Intervention Board | FRE 401, 403, and 802 |
| 100 | PER-201-01- Non-Uniformed Assignments | FRE 401, 403, and 802 |
| 101 | GO- 201 3- Grievance Procedures | FRE 401, 403, and 802 |
| 102 | GO- 201-04- Special Assignment Positions | FRE 401, 403, and 802 |
| 103 | GO- 201-11- Transfers and Changes in Assignments | FRE 401, 403, and 802 |
| 104 | GO- 201-18- Detail Assignments | FRE 401, 403, and 802 |
| 105 | PER-201-19- Employee Personnel Records | FRE 401, 403, and 802 |
| 106 | PER-201-20- Performance Management and Development | FRE 401, 403, and 802 |
| 107 | GO-PER-201.21- Limitations on Work Hours | FRE 401, 403, and 802 |
| 108 | PER-201-26- Duties, Responsibilities and Conduct of Members of the Department | FRE 401, 403, and 802 |
| 109 | PER-201-27- Master Patrol Officer Program | FRE 401, 403, and 802 |
| 110 | GO-201-28- Metropolitan Police Employee Assistance Program ( MPEAP) | FRE 401, 403, and 802 |
| 111 | PER 201 33- Field Training Program | FRE 401, 403, and 802 |
| 112 | RAR-201-36- Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics | FRE 401, 403, and 802 |
| 113 | 0901_USCD_LA_Dome_South_-_2021-01-06_20h20min02s.mp4 | FRE 401, 403 |
| 114 | 20210106 - RIOT - US CAPITOL- 6m 4s Bogner, William (8740) X6030478K | FRE 401, 901 |
| 115 | OMA 203 02- Displaying and Handling of the United States Flag | FRE 401, 403, and 802 |
| 116 | 2021-R-00386_Expenditures | FRE 401, 403, and 802 |
| 117 | NEWSMAX_ Feds Caught, On Video, Attacking Capitol On J6 | FRE 401 and 403 |
| 118 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | FRE 401 and 403 |
| 119 | GO-205-03- Records Retention and Disposition | FRE 401, 403, and 802 |
| 120 | GO-207-01- Clearance Procedures | FRE 401, 403, and 802 |
| 121 | OPR Interview with Inspector Robert Glover | FRE 401 and 403 |
| 122 | OPS-301-02- Patrol Special Mission Units | FRE 401, 403, and 802 |
| 123 | OPS-301-09- Police Bikes | FRE 401, 403, and 802 |
| 124 | SPT 302 01- Calls for Service | FRE 401, 403, and 802 |
| 125 | SPT-302-02- Radio Broadcasts and Look-outs | FRE 401, 403, and 802 |
| 126 | GOC-07-05- GO-PER-120.21 (Disciplinary Procedures and Processes) | FRE 401, 403, and 802 |
| 127 | GOC-14-01 [GO-OMA-101.09 (Duties and Responsibilities of Sworn Officials)] | FRE 401, 403, and 802 |
| 128 | GOC-17-01 [GO-PER-120.21 (Disciplinary Procedures and Processes)] | FRE 401, 403, and 802 |
| 129 | PER 100 11- Medical Services | FRE 401, 403, and 802 |
| 130 | GO - PER - 201.31- Policing for Prevention: Use of High | FRE 401, 403, and 802; duplicate |
| 131 | USCP Policy and Procedures Manuals | FRE 401 |
| 132 | Reserved | NA |
| 133 | Reserved | NA |
| 134 | Reserved | NA |
| 135 | Bloody guy.mp4 | FRE 401 and 403 |
| 136 | Firing Rubber Bullets from above.mp4 | FRE 401 and 403 |
| 137 | rubber bullets from above 2.mp4 | FRE 401 and 403 |
| 138 | Reserved | NA |
| 139 | Reserved | NA |
| 140 | Reserved | NA |
| 141 | Reserved | NA |
| 142 | Reserved | NA |
| 143 | Reserved | NA |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 144 | Reserved | NA |
| 145 | Reserved | NA |
| 146 | Reserved | NA |
| 147 | Reserved | NA |
| 148 | Reserved | NA |
| 149 | Reserved | NA |
| 150 | Reserved | NA |
| 151 | Reserved | NA |
| 152 | Reserved | NA |
| 153 | Reserved | NA |
| 154 | Reserved | NA |
| 155 | Reserved | NA |
| 156 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | FRE 401, 403, and 802 |
| 157 | PXL_20210730_151916286 | FRE 401, 402, 802 |
| 158 | RM-53211-Crowd-and-Riot-as-of-1298 | FRE 401, 403, and 802 |
| 159 | 579168257-3-Person-Ten-Interview-Proposed-Redactions-Gov-Suggestions-Accepted | FRE 401, 403, 801 |
| 160 | HSC 801 02 Demonstrations Directed at Foreign Governments | FRE 401, 403, and 802 |
| 161 | BWC Camera Footage Foulds, Henry (11401) Title: 20210106 - RIOT - CAPITAL BUILDING ID:21002555 Video Length: 1:55:21-Starts at 4:10 pm | FRE 401, 403, and 802 |
| 162 | BWC Camera Footage H. F.  Title: 20210106 - RIOT - CAPITAL BUILDING ID: 21002555 Jan 6, 2021 3:53 PM | FRE 401, 403, and 802 |
| 163 | Elijah Schaffer Open Source Video | FRE 401, 901 |
| 164 | Stephen Horn Open Source Video 1 | FRE 401, 901 |
| 165 | Stephene Horn Open Source Video 2 | FRE 401, 901 |
| 166 | Stephene Horn Open Source Video 3 | FRE 401, 901 |
| 167 | Stephene Horn Open Source Video 4 | FRE 401, 901 |
| 168 | Parler Video 1 | FRE 401, 901 |
| 169 | Stephene Horn Open Source Video 5 | FRE 401, 403, 901 |
| 170 | Ford Fischer Video 1 | FRE 401, 901 |
| 171 | Ford Fischer Video 2 | FRE 401, 901 |
| 172 | Stephene Horn Open Source Video 6 | FRE 401, 901 |
| 173 | Stephene Horn Open Source Video 7 | FRE 401, 901 |
| 174 | Free State Will Open Source | FRE 401, 403, 901 |
| 175 | Reserved | NA |
| 176 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Bagshaw, Jason (6640)   X6039BLAL | FRE 401, 901 |
| 177 | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | FRE 401, 403, 901 |
| 178 | BWC Camera Footage- 20210106-FIRST AMENDMENT-800 16TH ST NW ID : 21001920, 21002550  X6039BGXT | FRE 401 |
| 179 | https://rumble.com/vchzin-capitol-police-appear-to-remove-fence-barrier-containing-protestors.html | FRE 401, 403, 802 |
| 180 | Photo of Stop Pence and Trump Protest Flyer | FRE 401 and 403 |
| 181 | Reserved | NA |
| 182 | Article Real Clear Investigations | FRE 401, 403, 901 |
| 183 | BWC Footage 20210106- FIRST AMMENDMENT ASSEMBLY- VERMONT Officer T.A.  X6039B98K | FRE 401, 901 |
| 184 | Schedule for Wednesday January 6th 2021 | FRE 401 |
| 185 | Hayes and Tilden Photo | FRE 401, 403, and 802 |
| 186 | Hayes and Tilden Article Wikipedia | FRE 401, 403, and 802 |
| 187 | 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX Off. S.S. X6039BJ8Z | FRE 401, 901 |
| 188 | Raz_of_the_CHAZ's_Livestream_Where_He_&_His_Henchmen_Attack,_Follow | FRE 401, 403, 901 |
| 189 | The Capitol Riot :  As it Happened [_6uSYhyFao4] | FRE 401, 403, 901 |
| 190 | Protestor Talking about J6 1 | FRE 401, 403, 901 |
| 191 | Capitol_Police_Appear_to_Remove_Fence_Barrier_Containing_Protestors | FRE 401, 403, 901 |
| 192 | final_report_of_investigation_real | FRE 401, 403, and 802 |
| 193 | Woman Using Walkie Talkie | FRE 401, 403, 901 |
| 194 | Shocking_New_Video_Capitol_Police_Appear_To_Just_Let_Protesters | FRE 401 and 403 |
| 195 | Mob storming the Capitol | FRE 401, 403, 901 |
| 196 | photo_2023-01-09_15-22-32 | FRE 401 |
| 197 | photo_2023-01-09_15-22-15 | FRE 401 |
| 198 | 20210106 - RIOT - US CAPITOL- 1h 16m Bogner, William (8740)   X6030478K | FRE 401, 901 |
| 199 | 20210106 - RIOT - US CAPITOL- 33m 40s Bogner, William (8740)   X6030478K | FRE 401, 901 |
| 200 | 20210106 - RIOT - US CAPITOL- 1h 20m Bogner, William (8740)   X6030478K | FRE 401, 901 |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 201 | Reserved | NA |
| 202 | Reserved | NA |
| 203 | Reserved | NA |
| 204 | 0944_USCS_RF_West_Roof_-_2021-01-06_18h03min53s.mp4 | FRE 401 |
| 205 | rules.senate.gov/rules-of-the-senate | FRE 401, 403, and 802 |
| 206 | govinfo.gov/app/collection/SMAN | FRE 401, 403, and 802 |
| 207 | https://www.govinfo.gov/app/details/GPO-RIDDICK-1992/GPO-RIDDICK-1992-1/context | FRE 401, 403, and 802 |
| 208 | CAPVID_00002_ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0.mp4 | FRE 401, 403, 901 |
| 209 | https://www.senate.gov/legislative/cloture/clotureCounts.htm | FRE 401, 403, and 802 |
| 210 | The Legislative Process on the Senate Floor: An Introduction | FRE 401, 403, and 802 |
| 211 | The Office of the Parliamentarian in the House and Senate | FRE 401, 403, and 802 |
| 212 | The Legislative Process: Overview (Video) | FRE 401, 403, and 802 |
| 213 | How Our Laws Are Made | FRE 401, 403, and 802 |
| 214 | https://www.senate.gov/about/powers-procedures/filibusters-cloture/resources.htm | FRE 401, 403, and 802 |
| 215 | Reserved | NA |
| 216 | Reserved | NA |
| 217 | Reserved | NA |
| 218 | Thomas Baby Pictures | FRE 401, 403 |
| 219 | Thomas at play picture | FRE 401, 403 |
| 220 | Reserved | NA |
| 221 | Unknown_202101061258_WFC1012292_37363435.mpeg | FRE 401, 403 |
| 222 | Unknown_202101061317_WFC1012292_37365769.mpeg | FRE 401, 403 |
| 223 | Boyscout picture of Thomas | FRE 401, 403 |
| 224 | photo_2023-01-09_14-57-19 | FRE 401 |
| 225 | People_at_CHAZ_Say_There_are_No_White_Supremacists_There_iCYYMFbypZ4 | FRE 401, 403 |
| 226 | People Removing Barriers | FRE 401, 403, 901 |
| 227 | Someone else breaking the window.mp4 | FRE 401, 403, 901 |
| 228 | Images of blood on ground | FRE 401, 403, 901 |
| 229 | Video of blood on ground.mp4 | FRE 401, 403, 901 |
| 230 | Thomas at work picture | FRE 401, 403 |
| 231 | Open Source Video Protestors 1 | FRE 401, 403, 901 |
| 232 | Open Source Video Protestors 2 | FRE 401, 403, 901 |
| 233 | Open Source Video Protestors 3 | FRE 401, 403, 901 |
| 234 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 32m 59s | FRE 401, 901 |
| 235 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 25m 5s | FRE 401, 901 |
| 236 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 1h 39m | FRE 401, 901 |
| 237 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Officer J.B. X6039BLAL 3h 24m | FRE 401, 901 |
| 238 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL 1h 16m Officer J.B. X6039BLAL | FRE 401, 901 |
| 239 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX Officer C.M X6039BF8M 17m 46s | FRE 401, 901 |
| 240 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX Officer C.M X6039BF8M 18m 3s | FRE 401, 901 |
| 241 | 2021-01-06 uscp riot Officer D.T X6039B83Q 9m 43s | FRE 401, 901 |
| 242 | 2021-01-06 uscp riot Officer D.T X6039B83Q 23m 58s | FRE 401, 901 |
| 243 | 2021-01-06 USCP Riot-StingerOfficer D.T X6039B83Q | FRE 401, 901 |
| 244 | 2021-01-06 USCP riot Officer D.T X6039B83Q | FRE 401, 901 |
| 245 | 2021-01-06 uscp riot- SKAT Officer D.T X6039B83Q | FRE 401, 901 |
| 246 | 2021-01-06 USCP riot-Mechanical Officer D.T X6039B83Q | FRE 401, 901 |
| 247 | HAU 3RD VIDEO - 2021-01-06 USCP RIOT ECD DEPLOYM Officer D.T X6039B83Q | FRE 401, 901 |
| 248 | THAU 2ND VIDEO - 2021-01-06 uscp RIOT Officer D.T X6039B83Q | FRE 401, 901 |
| 249 | 2021-01-06 USCP RIOTS Officer D.T X6039B83Q | FRE 401, 901 |
| 250 | THAU 1ST VIDEO - 2021-01-06 USCP RIOTS Officer D.T X6039B83Q | FRE 401, 901 |
| 251 | 20210106-Riot-capitol building- 24m 29s Nevel, Dustin (6293)  X60399001 | FRE 401, 901 |
| 252 | 20210106-Riot-capitol building- 13m 32s Nevel, Dustin (6293)  X60399001 | FRE 401, 901 |
| 253 | Stop Pence Trump Photo | FRE 401, 403, 901 |
| 254 | U.S. Capitol Grounds Demonstration Area Map | FRE 401, 403, 901 |
| 255 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 | FRE 401, 901 |
| 256 | USCP-011-00055405_image | FRE 401, 901 |
| 257 | IMG_4942[25530] | FRE 401, 901 |
| 258 | IMG_4944[25529] | FRE 401, 901 |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 259 | CHS Documents | FRE 401, 403, 802, 901 |
| 260 | Vargo video | FRE 401, 901 |
| 261 | CCTV footage of Tunnel Area | FRE 401, 403, 901 |
| 262 | Bodycam footage of Tunnel | FRE 401, 403, 901 |
| 263 | Bodycam footage of Officer beating Victoria White in head | FRE 401, 403, 901 |
| 264 | 0924 USCG 00 ST22 Exterior - 2021-01-06_21h00min49s | FRE 401, 901 |
| 265 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h43min24s | FRE 401, 901 |
| 266 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s | FRE 401, 901 |
| 267 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | FRE 401, 901 |
| 268 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | FRE 401, 901 |
| 269 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s. | FRE 401, 901 |
| 270 | Images of Ray Epps | FRE 401, 403, 901 |
| 271 | Videos of Ray Epps | FRE 401, 403, 901 |
| 272 | Documents related to Ray Epps | FRE 401, 403, 802, 901 |
| 273 | Reserved | NA |
| 274 | Reserved | NA |
| 275 | Reserved | NA |
| 276 | Reserved | NA |
| 277 | Reserved | NA |
| 278 | Reserved | NA |
| 279 | Reserved | NA |
| 280 | Reserved | NA |
| 281 | Reserved | NA |
| 282 | Reserved | NA |
| 283 | Reserved | NA |
| 284 | Reserved | NA |
| 285 | Reserved | NA |
| 286 | Reserved | NA |
| 287 | https://rumble.com/v1iikzq-a-glitch-in-the-matrix-an-eloquent-defense-of-jan-6-protestors-by-democrat-.html | FRE 401, 403, 802, 901 |
| 288 | https://www.youtube.com/watch?v=mZ2sQax3_xo&feature=youtu.be | FRE 401, 403, 802, 901 |
| 289 | https://www.youtube.com/watch?v=z1HB82BYR88 | FRE 401, 403, 802, 901 |
| 290 | https://www.youtube.com/watch?v=ehpYUqoHEgg | FRE 401, 403, 802, 901 |
| 291 | Open source video of J6 1 | FRE 401, 403, 901 |
| 292 | Open source video of J6 2 | FRE 401, 403, 901 |
| 293 | Open source video of J6 3 | FRE 401, 403, 901 |
| 294 | Open source video of J6 4 | FRE 401, 403, 901 |
| 295 | Open source video of J6 5 | FRE 401, 403, 901 |
| 296 | Open source video of J6 6 | FRE 401, 403, 901 |
| 297 | Open source video of J6 7 | FRE 401, 403, 901 |
| 298 | Open source video of J6 8 | FRE 401, 403, 901 |
| 299 | Open source video of J6 9 | FRE 401, 403, 901 |
| 300 | Open source video of J6 10 | FRE 401, 403, 901 |
| 301 | 5 Demonstration Permits for J6 | FRE 401, 901 |
| 302 | Global Discovery Letter Summary | FRE 401, 802 |
| 303 | Frequencies DC 011822[25098] | FRE 401, 403, 901 |
| 304 | Crosstabs DC 011822[25099] | FRE 401, 802, 901 |
| 305 | Muriel Bowser Letter | FRE 401, 802, 901 |
| 306 | Jim Jordan Letter | FRE 401, 802, 901 |
| 307 | Photo regarding Nov. 7 1983 | FRE 401, 403, 901 |
| 308 | IMG_8281[25112] | FRE 401, 403, 901 |
| 309 | IMG_8452[25110] | FRE 401, 403, 901 |
| 310 | IMG_6860[25116], IMG_6859[25115], | FRE 401, 403, 901 |
| 311 | IMG_6027[25113], IMG_6028[25114] | FRE 401, 403, 901 |
| 312 | IMG_5804[25119], IMG_5805[25120], IMG_5806[25118], IMG_5807[25117] | FRE 401, 403, 901 |
| 313 | USCG 00 Upper Terrace W - 2021-01-07_01h26min | FRE 401, 403, 901 |
| 314 | USCG 00 Upper Terrace W - 2021-01-07_01h06mi | FRE 401, 901 |
| 315 | USCG 00 Upper Terrace W - 2021-01-07_00h46min | FRE 401, 901 |
| 316 | USCG 00 Upper Terrace W - 2021-01-07_00h26min1 | FRE 401, 901 |
| 317 | USCG 00 Upper Terrace W - 2021-01-06_16h40min | FRE 401, 901 |
| 318 | USCG 00 Upper Terrace W - 2021-01-06_17h00mi | FRE 401, 901 |
| 319 | USCG 00 Upper Terrace W - 2021-01-06_17h20min | FRE 401, 901 |
| 320 | USCG 00 Upper Terrace W - 2021-01-06_17h40min0 | FRE 401, 901 |
| 321 | USCG 00 Upper Terrace W - 2021-01-06_18h00mi | FRE 401, 901 |
| 322 | USCG 00 Upper Terrace W - 2021-01-06_18h09min | FRE 401, 901 |
| 323 | USCG 00 Upper Terrace W - 2021-01-06_18h09min4 | FRE 401, 901 |
| 324 | USCG 00 Upper Terrace W - 2021-01-06_18h19min | FRE 401, 901 |
| 325 | gao-22-104829[25121] | FRE 401, 403, 802, 901 |
| 326 | DC-FirstAmendment | FRE 401, 802 |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 327 | screenshot-www.newsmax.com-2023.01.25-08_25_02 | FRE 401, 403, 802, 901 |
| 328 | screenshot-thehill.com-2023.01.25-08_25_44 | FRE 401, 403, 802, 901 |
| 329 | https://www.youtube.com/watch?v=NWHK_v28tgY | FRE 401, 403, 901 |
| 330 | https://www.youtube.com/watch?app=desktop&v=6B8x8ZbFmtc | FRE 401, 403, 802, 901 |
| 331 | https://rumble.com/v1oi8fj-rep.-dave-schweikert-we-will-expose-and-break-up-the-fbi-pardon-j6-politica.html | FRE 401, 403, 802, 901 |
| 332 | https://www.thegatewaypundit.com/2022/10/proof-pelosi-democrats-set-legal-protestors-issued-permits-january-6th-denying-trumps-already-authorized-national-guardsmen-video/ | FRE 401, 403, 802, 901 |
| 333 | https://www.youtube.com/watch?v=DZQRetozhSY | FRE 401, 403, 802, 901 |
| 334 | https://rumble.com/v1r1wg0-is-leftwing-journalist-john-nichols-the-infamous-january-6-scaffold-command.html | FRE 401, 403, 802, 901 |
| 335 | https://twitter.com/jomichigan1/status/1534873459628683269?s=46&t=UURIw2dJ52aKdSSIVLCDoA | FRE 401, 403, 802, 901 |
| 336 | https://www.thegatewaypundit.com/2021/05/shock-video-capitol-police-started-shooting-peaceful-trump-supporters-behind-gates-jan-6-fired-flash-grenades-rubber-bullets-peaceful-protesters-including-children/?utm_source=Telegram&utm_medium=PostBottomSharingButtons&utm_campaign=websitesharingbuttons | FRE 401, 403, 802, 901 |
| 337 | https://www.thegatewaypundit.com/2021/11/new-video-january-6th-shows-capitol-police-tackling-beating-trump-protester-senseless/?utm_source=Telegram&utm_campaign=websitesharingbuttons | FRE 401, 403, 802, 901 |
| 338 | ErEUC3WXcAMWVLu, ErEUC3WXUAYicvf, ErEUC3YW8AEMnWq | FRE 401, 403, 802, 901 |
| 339 | https://vdare.com/posts/in-the-blm-white-house-siege-may-31-2020-60-secret-service-agents-were-injured-protecting-trump-from-george-floyd-insurrectionists | FRE 401, 403, 802, 901 |
| 340 | https://rumble.com/v1ac83u-senate-sergeant-at-arms-dead-after-testifying-jan6-had-paid-agitators-justi.html | FRE 401, 403, 802, 901 |
| 341 | https://archive.org/details/4HHczemL6QDoukiCD | FRE 401, 403, 802, 901 |
| 342 | https://rumble.com/v21ynl8-january-6-capital-protest-nee-video-shows-someone-pulling-people-inside-the.html | FRE 401, 403, 802, 901 |
| 343 | https://www.cnn.com/2017/01/19/politics/trump-inauguration-protests-womens-march/index.html | FRE 401, 403, 802, 901 |
| 344 | https://www.thegatewaypundit.com/2022/01/chris-wray-lied-secret-service-admits-knew-13-counter-protest-groups-organizing-attend-washington-dc-jan-6-protests/ | FRE 401, 403, 802, 901 |
| 345 | https://www.youtube.com/watch?v=A8qkVKqoLUM | FRE 401, 403, 802, 901 |
| 346 | USCPJan.6Timeline[25122] | |
| 347 | 20220717_142552_IMG_0116[25136] | FRE 401, 403, 901 |
| 348 | IMG_4744[25127] | FRE 401, 403, 901 |
| 349 | IMG_4913[25123] | FRE 401, 403, 901 |
| 350 | IMG_4914[25125], IMG_4915[25124] | FRE 401, 403, 901 |
| 351 | PLAW-115publ435[25139] | FRE 401, 403, 901 |
| 352 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | FRE 401, 403, 802, 901 |
| 353 | 04.29.22._-_comms_oag_odag_-_interim[25153] | FRE 401, 403, 802, 901 |
| 354 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | FRE 401, 403, 802, 901 |
| 355 | 11_05_21_call_logs_for_senior_officials_from_january_6_2021[25151] | FRE 401, 403, 802, 901 |
| 356 | 20221027152243533_20221027-152110-95757954-00007015[25150] | FRE 401, 403, 802, 901 |
| 357 | DODIG-2022-039 V2 508[25149] | FRE 401, 403, 802, 901 |
| 358 | gao-22-104829[25148] | FRE 401, 403, 802, 901 |
| 359 | Melissa-Miller-Notice-of-Deprivation-of-Rights-of-The-January-6th-Political-Prisoners-5397524713525778471[25147] | FRE 401, 403, 802, 901 |
| 360 | MPD-001-00000034[25146] | FRE 401, 403, 802, 901 |
| 361 | New York State Rifle And Pistol Association Inc v Bruen[25145] | FRE 401, 403, 802, 901 |
| 362 | RulesJudicialConductAndDisability20210101b[25144] | FRE 401, 403, 802, 901 |
| 363 | The_Right_to_Venue_and_the_Right_to_an_Impartial_Jury_Resolving[25143] | FRE 401, 403, 802, 901 |
| 364 | USCPJanuary-6-Timeline[25142] | FRE 401, 403, 802, 901 |
| 365 | 5. HSEMA letter to Gen Walker 12_31_20[25141] | FRE 401, 403, 802, 901 |
| 366 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_21h10min33s (1) | FRE 401, 901 |
| 367 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h52min24s | FRE 401, 901 |
| 368 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h37min24s | FRE 401, 901 |
| 369 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h24min22s | FRE 401, 901 |
| 370 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h10min55s | FRE 401, 901 |
| 371 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h58min24s | FRE 401, 901 |
| 372 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h47min22s | FRE 401, 901 |
| 373 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h36min06s | FRE 401, 901 |
| 374 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h23min54s | FRE 401, 901 |
| 375 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h09min45s | FRE 401, 901 |
| 376 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h59min37s | FRE 401, 901 |
| 377 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h49min22s | FRE 401, 901 |

| Ex. No. | Description | Ground for Govt Objection |
|---|---|---|
| 378 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h39min23s | FRE 401, 901 |
| 379 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h29min25s | FRE 401, 901 |
| 380 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h59min37s (1) | FRE 401, 901 |
| 381 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h09min48s | FRE 401, 901 |
| 382 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h00min01s | FRE 401, 901 |
| 383 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h40min01s | FRE 401, 901 |
| 384 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h20min01s | FRE 401, 901 |
| 385 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h00min01s | FRE 401, 901 |
| 386 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_16h40min01s | FRE 401, 901 |
| 387 | 0943_USCH_RF_West_Roof_-_2021-01-06_16h40min01s | FRE 401, 901 |
| 388 | 0943_USCH_RF_West_Roof_-_2021-01-06_17h40min01s | FRE 401, 901 |
| 389 | 0943_USCH_RF_West_Roof_-_2021-01-06_18h00min01s | FRE 401, 901 |
| 390 | 0943 USCH RF West Roof - 2021-01-06_18h09min50s.mp4 | FRE 401, 901 |
| 391 | 0943 USCH RF West Roof - 2021-01-06_18h19min39s.mp4 | FRE 401, 901 |
| 392 | 0943 USCH RF West Roof - 2021-01-06_18h29min28s.mp4 | FRE 401, 901 |
| 393 | 0943 USCH RF West Roof - 2021-01-06_18h39min17s.mp4 | FRE 401, 901 |
| 394 | 0943 USCH RF West Roof - 2021-01-06_18h49min06s.mp4 | FRE 401, 901 |
| 395 | 0943 USCH RF West Roof - 2021-01-06_18h58min55s.mp4 | FRE 401, 901 |
| 396 | 0943 USCH RF West Roof - 2021-01-06_19h08min44s.mp4 | FRE 401, 901 |
| 397 | 0943 USCH RF West Roof - 2021-01-06_19h18min32s.mp4 | FRE 401, 901 |
| 398 | 0943 USCH RF West Roof - 2021-01-06_19h28min21s.mp4 | FRE 401, 901 |
| 399 | 0943 USCH RF West Roof - 2021-01-06_19h38min10s.mp4 | FRE 401, 901 |
| 400 | 0943 USCH RF West Roof - 2021-01-06_19h47min59s.mp4 | FRE 401, 901 |
| 401 | 0943 USCH RF West Roof - 2021-01-06_19h57min48s.mp4 | FRE 401, 901 |
| 402 | 0943 USCH RF West Roof - 2021-01-06_20h07min37s.mp4 | FRE 401, 901 |
| 403 | 0943 USCH RF West Roof - 2021-01-06_20h17min26s.mp4 | FRE 401, 901 |
| 404 | 0943 USCH RF West Roof - 2021-01-06_20h27min15s.mp4 | FRE 401, 901 |
| 405 | 0943 USCH RF West Roof - 2021-01-06_21h06min30s.mp4 | FRE 401, 901 |
| 406 | 0943 USCH RF West Roof - 2021-01-06_20h56min41s.mp4 | FRE 401, 901 |
| 407 | 0943 USCH RF West Roof - 2021-01-06_20h46min52s.mp4 | FRE 401, 901 |
| 408 | 0943 USCH RF West Roof - 2021-01-06_20h37min03s.mp4 | FRE 401, 901 |
| 409 | 0943 USCH RF West Roof - 2021-01-06_21h26min07s.mp4 | FRE 401, 901 |
| 410 | 0943 USCH RF West Roof - 2021-01-06_21h35min56s.mp4 | FRE 401, 901 |
| 411 | 0943 USCH RF West Roof - 2021-01-06_21h45min45s.mp4 | FRE 401, 901 |
| 412 | 0943 USCH RF West Roof - 2021-01-06_21h55min57s.mp4 | FRE 401, 901 |
| 413 | 0943 USCH RF West Roof - 2021-01-06_22h06min36s.mp4 | FRE 401, 901 |
| 414 | 0943 USCH RF West Roof - 2021-01-06_22h21min51s.mp4 | FRE 401, 901 |
| 415 | 0943 USCH RF West Roof - 2021-01-06_22h41min51s.mp4 | FRE 401, 901 |
| 416 | 0943 USCH RF West Roof - 2021-01-07_00h01min51s.mp4 | FRE 401, 901 |
| 417 | 0943 USCH RF West Roof - 2021-01-06_23h41min51s.mp4 | FRE 401, 901 |
| 418 | 0943 USCH RF West Roof - 2021-01-06_23h21min51s.mp4 | FRE 401, 901 |
| 419 | 0943 USCH RF West Roof - 2021-01-06_23h01min51s.mp4 | FRE 401, 901 |
| 420 | 0943 USCH RF West Roof - 2021-01-07_00h21min51s.mp4 | FRE 401, 901 |
| 421 | 0943 USCH RF West Roof - 2021-01-07_00h41min51s.mp4 | FRE 401, 901 |
| 422 | 0943 USCH RF West Roof - 2021-01-07_01h01min51s.mp4 | FRE 401, 901 |
| 423 | 0943 USCH RF West Roof - 2021-01-07_01h21min51s.mp4 | FRE 401, 901 |
| 424 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | FRE 401, 802 |
| 425 | Axon_Body_3_Video_2021-01-06_1928-Bodycam of Allorie Sanders | FRE 401, 901 |
| 426 | Axon_Body_3_Video_2021-01-06_1923-9m12s-Bodycam of Frank Edwards | FRE 401, 901 |
| 427 | Axon_Body_3_Video_2021-01-06_1918 | FRE 401, 901 |
| 428 | 20210106-CPWL-CAPITOL-Haynes | FRE 401, 901 |
| 429 | 20210106-_CPWL,_FELONY_RIOT,_CURFEW-_US_CAPITOL-Robinson BWC | FRE 401, 901 |
| 430 | 20210106_-_RIOT_-_Capital_BUILDING-31m35s | FRE 401, 901 |
| 431 | Haynes_UOF_MPD-001-00000020 (1) | FRE 401, 901 |
| 432 | Haynes_Arrest Packet_MPD-002-00000852 (1) | FRE 401, 802, 901 |
| 433 | Use of Force and Officer Injury Report | FRE 401, 403, 802, 901 |
| 434 | Several Images of Capitol under Construction | |