UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 1:21-cr-00552 (DLF) |
| | : |
| v. | : |
| | : |
| KENNETH JOSEPH OWEN THOMAS, | : |
| | : |
| Defendant. | : |

<u>DEFENDANT'S PROPOSED JUSTIFIED-USE-OF-FORCE JURY INSTRUCTION</u>

COMES NOW, Defendant, KENNETH JOSEPH OWEN THOMAS, (hereinafter, "Defendant" or "Thomas"), by and through undersigned counsel, with this proposed justified-use-of-force jury instruction.

**A person is justified in the use of force or threat to use force when and to the extent that he reasonably believes that such conduct is necessary to defend himself or another against the imminent use of unlawful force.**

Dated: May 3, 2023

Respectfully Submitted,

/s/ John M. Pierce

John M. Pierce

John Pierce Law Firm

21550 Oxnard Street

3rd Floor, PMB #172

Woodland Hills, CA 91367

Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com

Attorney for Defendants

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, May 4, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce

John M. Pierce