**Attachment**

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. <u>A list of government witnesses</u>, accompanied by a brief description of each witness's expected testimony, followed by specific objections (if any) to each witness;

c. <u>A list of any expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

d. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

e. <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit, followed by specific objections (if any) to each exhibit;

f. <u>Any stipulations</u> executed or anticipated to be executed;

g. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

h. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).