UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. | : Case No. 1:21-cr-00552(DLF) |
| : | |
| KENNETH JOSEPH OWEN : | |
| THOMAS, : | |
| : | |
| Defendant. : | |

**DEFENDANT KENNETH JOSEPH OWEN THOMAS'
NOTICE OF EXPERT WITNESS NORBERT J. MICHEL, PHD
REGARDING JAN. 6 CIVIL DISORDER IMPACT ON COMMERCE**

COMES NOW Defendant Kenneth Joseph Owen Thomas ("Defendant" or "Thomas") by and through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure Rule 16(b)(1)(C) and informs the United States Attorney's Office and the Court that the defense hereby designates Dr. Norbert J. Michel, Ph.D. as the defense team's expert to testify on his evaluation of economics, commerce, and finance.

Dr. Norbert J. Michel is vice president and director of the Cato Institute's Center for Monetary and Financial Alternatives, where he specializes in issues

pertaining to financial markets and monetary policy. Michel was most recently the Director for Data Analysis at the Heritage Foundation where he edited, and contributed chapters, to two books: The Case against Dodd–Frank: How the "Consumer Protection" Law Endangers Americans, and Prosperity Unleashed: Smarter Financial Regulation.

Michel was previously a tenured professor at Nicholls State University's College of Business, teaching finance, economics and statistics. Before that, he worked at Heritage as a tax policy analyst in the think tank's Center for Data Analysis from 2002 to 2005. He previously was with the global energy company Entergy, where he worked on models to help predict bankruptcies of commercial clients.

Michel holds a doctoral degree in financial economics from the University of New Orleans. He received his bachelor of business administration in finance and economics from Loyola University. He currently resides in Virginia.

Dr. Michel is an expert on economics, including the local greater DC economy.  He lives, teaches, and studies in the greater D.C. area; and works at the Cato Institute headquarters located at 1000 Massachusetts Ave. NW, Washington, D.C.  He can be reached at 202-789-5200.

Dr. Michel will provide expert opinion testimony regarding the commerce element of Count 1 and will testify that the Jan. 6 disturbance caused little, if any, impact on the economy and commerce of greater D.C. Virtually all harms to commerce on Jan. 6 were caused—not by rioters—but by the local government's curfew. This testimony will directly exculpate Thomas from criminal liability in Count 1.

Dated: May 9, 2023         RESPECTFULLY SUBMITTED

*By Counsel*

*/s/ John M. Pierce*

John M. Pierce, Esq.

John Pierce Law Firm
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: *jpierce@johnpiercelaw.com*
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that this document is being filed on this December 16, 2022, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to all CM/ECF participants in the case.

                                    /s/ John Pierce_____
                                       John M. Pierce, Esq.