# USA v. THOMAS
## 21-cr-00552 (DLF)
### Govt Exhibit List - May 9, 2023

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| **100 Series** | **Government / Safeway Records** | FRE 401, 403 | Objection on foundation unless someone from Safeway authenticates, so that the witness can be cross-examined. | |
| 101 | Senate Cong Rcd.pdf | FRE 401, 403 | | |
| 102 | House Cong Rcd.pdf | FRE 401, 403 | | |
| 103 | Cong-4 - Video Montage with Congressional Record.mp4 | FRE 401, 403 | | |
| 104 | 20.14 Closure of West Front | FRE 401, 403 | We need to know precisely where, when taken and by whom | |
| 105 | Restricted Perimeter.png | FRE 401, 403 | Misleading | |
| 106 | Capitol photo w signs.jpg | FRE 401, 403 | Misleading unless we know time, date, location, taken by whom | |
| 107 | Capitol Police Area Closed Sign.JPG | FRE 401, 403 | Misleading unless time, place, when taken, by whom | |
| 108 | Aerial Diagram of Capitol Grounds | FRE 401, 403 | | |
| 109 | Timelapse of Capitol West Front Surveillance Video | FRE 401, 403 | | |
| 110 | USCP Video Montage with Radio Runs | FRE 401, 403 | | |
| 111 | 14:28:18 PM EST National Curfew Text Message | FRE 401, 403 | | |
| 112 | 19:36:02 PM EST National Curfew Text Message | FRE 401, 403 | | |
| 113 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | FRE 401, 403 | | |
| 114 | FEMA/DC DHS Certificate of Authenticity | FRE 401, 403 | | |
| 115 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | FRE 401, 403 | | |
| 116 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | FRE 401, 403 | | |
| 117 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | FRE 401, 403 | | |
| 118 | Safeway, Inc. Certificate of Authenticity | FRE 401, 403 | | |
| 119 | U.S. Capitol & Grounds 3D Rendering | FRE 401, 403 | | |
| 120 | CCTV 0926 E USCG (timestamped) 00 Upper Terrace West-2021-01-06_16h20min | FRE 401, 403 | | |
| 121 | Placeholder for additional exhibits | | | |
| **200 Series** | **Secret Service Exhibits** | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | FRE 401, 403 | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | FRE 401, 403 | | |
| 203 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | FRE 401, 403 | | |

| 204 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | FRE 401, 403 | | |
|---|---|---|---|---|
| 205 | Placeholder for additional exhibits | | | |
| | | | | |
| **300 Series** | **Body-Worn Camera** | | | |
| 301 | BWC X6039BEYS - AC.2021.01.06.154027.mp4 | FRE 401, 403 | | |
| 302 | BWC X6039BA8J - BD.2021.01.06.151142.mp4 | FRE 401, 403 | | |
| 303 | BWC X6039B9WG - DPL.2021.01.06.162145.mp4 | FRE 401, 403 | | |
| 303X | BWC X6039B9WG - DPL.2021.01.06.162145.OpenSource.ThomasVideo | FRE 401, 403 | Foundation | |
| 304 | BWC X6039BDFA- MN.2021.01.06.153029.mp4 | FRE 401, 403 | | |
| 305 | BWC X6039BCMP - KV.2021.01.06.162600.mp4 | FRE 401, 403 | | |
| 305X | BWC X6039BCMP - KV.2021.01.06.162600.BWC X6039B9WG.ThomasVideo.mp4 | FRE 401, 403 | | |
| 306 | BWC X6039BJHS - LT.2021.01.06.162043.mp4 | FRE 401, 403 | | |
| 306X | BWC X6039BJHS - LT.2021.01.06.162043.mp4 | FRE 401, 403 | | |
| 307 | BWC X6039BF3Q - RA.2021.01.06.153030.mp4 | FRE 401, 403 | | |
| 307X | BWC X6039BF3Q - RA.2021.01.06.153030.mp4.BWC X6039BDFA. | FRE 401, 403 | | |
| 308 | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 | FRE 401, 403 | | |
| 308X | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 | FRE 401, 403 | | |
| 309 | BWC X6039BEYS - AC.2021.01.06.151200 | FRE 401, 403 | | |
| 309X | BWC X6039BEYS - AC.2021.01.06.151200.ThomasVideo | FRE 401, 403 | | |
| 310 | BWC X6039BDFA- MN.2021.01.06.153322.mp4 | FRE 401, 403 | | |
| 310X | BWC X6039BDFA- MN.2021.01.06.153322.mp4 | FRE 401, 403 | | |
| 311 | Placeholder for additional exhibits | | | |

| | USA v. THOMAS 21-cr-00552 (DLF) Govt Exhibit List - May 9, 2023 | | | |
|---|---|---|---|---|
| **Govt Ex. No.** | **Description of Exhibit** | **Marked for I.D.** | **Received in Evidence** | **Witness** |
| **400 Series** | **Thomas's Facebook Return** | | | |
| 401 | Facebook Inc. Business Records Certification | FRE 401, 403,106 | | |
| 402.1 (binder # only) | 402.1.4666304223384789.mp4 | FRE 401, 403,106 | Object as incomplete Rule 106 | |
| 402.1 (binder # only) | 402.2.4666305120051366.mp4 | FRE 401, 403,106 | Object as incomplete Rule 106 | |
| 402.2 (binder # only) | 402.3.4666306093384602.mp4 | FRE 401, 403, 106 | Object as incomplete Rule 106 | |
| 403.2 (binder # only) | 402.4.4666307473384464.mp4 | FRE 401, 403, 106 | Object as incomplete Rule 106 | |
| 402.4 (binder # only) | 402.4.4666312863383925.mp4 | FRE 401, 403, 106 | | |
| 402.1008 | 402.1008 - Caravan Post Black Map.pdf | FRE 401, 403, 106 | | |
| 402.3717 | 402.3717 - 12th Amendment.pdf | FRE 401, 403, 106 | | |
| 402.3733 | 402.3733 - Do you have his (back).pdf | FRE 401, 403,106 | | |
| 402.3788 | 402.3788 - We Conceded Nothing - Post re Elecoral.pdf | FRE 401, 403,106 | | |
| 402.8825 | 402.8825 - Justice is Coming - Lightning bolt Cap.pdf | FRE 401, 403, 106 | | |
| 402.14877 | 402.14877 - Night pic of Cap - Restraint Post.pdf | FRE 401, 403, 106 | | |
| 402.15013 | 402.15013 - Ltr re Election Anomalies.pdf | FRE 401, 403, 106 | | |
| 402.15014 | 402.15014 - Ltr re Election Anomalies.pdf | FRE 401, 403,106 | | |
| 402.15015 | 402.15015 - Ltr re Election Anomalies.pdf | FRE 401, 403,106 | | |
| 402.15016 | 402.15016 - Ltr re Election Anomalies.pdf | FRE 401, 403,106 | | |
| 402.15465 | 402.15465 - Hold the line meme.pdf | FRE 401, 403,106 | | |
| 402.16937 | 402.16937 - 2nd American Revolution.pdf | FRE 401, 403, 106 | | |
| 402.16941 | 402.16941 - DC or Bust - Midnight Ride.pdf | FRE 401, 403, 106 | | |
| 402.16942 | 402.16942 - J6 - Answer the Presidents Call.pdf | FRE 401, 403, 106 | | |
| 402.19074 | 402.19074 - Treason.pdf | FRE 401, 403, 106 | | |
| 402.19075 | 402.19075 - Treason.pdf | FRE 401, 403, 106 | | |
| 402.21411 | 402.21411 - Fed Up - Caravan.pdf | FRE 401, 403, 106 | | |
| 402.23508 | 402.23508 - List of J6 videos.pdf | FRE 401, 403, | | |

| | | | | |
|---|---|---|---|---|
| | | 106 | | |
| 402.9901 | 402.9901 - Midnight ride or bust - Cap image Pi Symbol.pdf | FRE 401, 403, 106 | | |
| 402.5522 | 402.5522 - Midnight Ride Routes - Caravan_Redacted.pdf | FRE 401, 403, 106 | | |
| 402.15773 | 402.15773 - Midnight Riders Mount Up.pdf | FRE 401, 403, 106 | | |
| 402.16036 | 402.16036 - Statutes re Govt Overthrow.pdf | FRE 401, 403, 106 | | |
| 402.11337 | 402.11337 - BOLO 214.pdf | FRE 401, 403, 106 | | |
| 403 | 403 - West Front Bleachers 1.mp4 | FRE 401, 403, 106 | | |
| 404 | 404 - West Front Bleachers 2.mp4 | FRE 401, 403,106 | | |
| 405 | 405 - West Front Bleachers 3.mp4 | FRE 401, 403, 106 | | |
| 406 | 406 - West Front Bleachers 4.mp4 | FRE 401, 403, 106 | | |
| 407 | Placeholder for additional exhibits | | | |

| | USA v. THOMAS 21-cr-00552 (DLF) Govt Exhibit List - May 9, 2023 | | | |
|---|---|---|---|---|
| **Govt Ex. No.** | **Description of Exhibit** | **Marked for I.D.** | **Received in Evidence** | **Witness** |
| **500 Series** | **Other Thomas Evidence** | | | |
| 501 | Sovereign Souls - Episode 1 | FRE 401, 403 | | |
| 502 | Freedom Unchained - Episode 2 | FRE 401, 403 | | |
| 503 | Justice in Jeopardy - J6 | Joseph Thomas | Pi Anon | FRE 401, 403 | | |
| 504 | Capitol Pi - Rumble | FRE 401, 403 | | |
| 505 | Pi Anon at the Capitol (bonus footage) - Rumble | FRE 401, 403 | | |
| 506 | Prelude to Why Pi was Arrested by the Feds - Rumble | FRE 401, 403 | | |
| 507 | Midnight Ride Caravan Richmond + CBS6 INTERVIEW - YouTube-3 | FRE 401, 403 | | |
| 508 | PiAnon Telegram Post re AFO#214 | FRE 401, 403 | | |
| 509 | United States Navy Records - Thomas, Kenneth Joseph Owen - with Certification | FRE 401, 403 | | |
| 510 | YouTube - Rally at the Ellipse | FRE 401, 403 | | |
| 511 | YouTube - Constitution Avenue | FRE 401, 403 | | |
| 512 | YouTube - Cover Page | FRE 401, 403 | | |
| 513 | YouTube - March for Trump (At the Capitol) 1 | FRE 401, 403 | | |
| 514 | YouTube - March for Trump (At the Capitol) 2 | FRE 401, 403 | | |
| 515 | YouTube - March for Trump (At the Capitol) 3 | FRE 401, 403 | | |
| 516 | YouTube - March for Trump (At the Capitol) 4 | FRE 401, 403 | | |
| 517 | YouTube - March for Trump (Before the Capitol) | FRE 401, 403 | | |
| 518 | YouTube Certification - Letter_6139529 | FRE 401, 403 | | |
| 519 | Placeholder for additional exhibits | | | |
| | | | | |
| **600 Series** | **Physical Items** | | | |
| 601 | Veterans for Trump Hat | | | |
| 602 | Berne Jacket | | | |
| 603 | 302 re Seizure with Attachments_Serial 73 | | | |
| 604 | Placeholder for additional exhibits | | | |
| | | | | |
| **700 Series** | **Non-Thomas Open Source** | | | |
| 701 | Jan6 rally est. 9:16AM - Parler | FRE 401, 403 | | |
| 702 | Screw Big Gov - YouTube | FRE 401, 403 | | |
| 703 | Upper NWT - Central Grandstand est. 3:25PM - Parler | FRE 401, 403 | | |
| 704 | TweetTV JP _ - YouTube | FRE 401, 403 | | |
| 705 | rgDWmSDLhmhC.mp4 est. 3:59PM - Parler | FRE 401, 403 | | |
| 706 | SCNRbot - YouTube | FRE 401, 403 | | |
| 707 | goodlionfilms _FC1A0E41 - Telegram | FRE 401, 403 | | |
| 708 | AZ Patriot - YouTube | FRE 401, 403 | | |
| 709 | 4K Footage-8Vh8wPeo6Jk-1080p-16585091959974 - YouTube | FRE 401, 403 | | |
| 710 | Rc Parker71 est. 4:22PM - Parler | FRE 401, 403 | | |
| 711 | dream floral - West Terrace.2021.01.06.1622 - YouTube | FRE 401, 403 | | |
| 712 | NadyasNotes 20210106_162104.mp4 | FRE 401, 403 | | |
| 713 | Brendan Smilaowski - GettyImages1 | FRE 401, 403 | | |
| 714 | Brendan Smilaowski - GettyImages2 | FRE 401, 403 | | |
| 715 | Brendan Smilaowski - GettyImages3 | FRE 401, 403 | | |
| 716 | lkfAPTp1BwRS.mp4 est. 4:33PM - Parler | FRE 401, 403 | | |
| 717 | The Daily Citizen (FocusCitizen) Updates from Capitol Hill.mp4 - Facebook | FRE 401, 403 | | |
| 718 | DLive | Zykotik DC Rally! | FRE 401, 403 | | |
| 719 | Placeholder for additional exhibits | | | |