**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, May 9, 2023 7:39 PM
**To:** Roger Roots; John Pierce; Emily Lambert
**Cc:** McCauley, Sean (USADC); Rummens, Brianna (USADC) [Contractor]
**Subject:** Serial 113: USA v. THOMAS 21-cr-00552-DLF

All,

We've just uploaded some limited additional discovery to USAfx (Serial 113).

Thanks,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Monday, April 24, 2023 8:52 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce' <jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Rummens, Brianna (USADC) [Contractor] <BRummens@usa.doj.gov>
**Subject:** Reciprocal Disco Request: USA v. THOMAS 21-cr-00552-DLF

John,

Although Mr. Conte received a similar letter, which I'm sure he provided to you when you took over the case, attached please find a slightly updated discovery letter for this matter. Please note it contains reciprocal discovery and affirmative defense provisions. Please provide us with the requested materials/information as soon as possible.

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Monday, April 24, 2023 7:41 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce' <jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** URGENT: USA v. THOMAS 21-cr-00552-DLF: Discovery

John,

It does not appear anyone from your firm has downloaded the two case specific discovery productions referenced below. As I'm sure you know at this point, USAfx deletes files after 60 days, so this is just a friendly reminder to please download ASAP.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, March 14, 2023 11:09 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce' <jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Discovery

Mssrs. Pierce and Roots,

I'm writing to notify you that we have just uploaded and shared additional discovery with you via USAfx. It does not appear our prior production has been downloaded, so please reply ASAP to confirm you are able to access both the prior production from my below email (2/28/2023) and this current one (3/14/2023).





Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, February 28, 2023 11:46 AM

**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Discovery

Mssrs. Pierce and Roots,

I'm writing to notify you that we are endeavoring to provide you with (1) a duplicate copy of the case-specific discovery that was previously provided to defense counsel in this case, (2) any additional materials we have gathered during our investigation since you became substitute counsel in December 2022.  Most of this can be accomplished through USAfx, however, we may also try to provide you with a jump drive if any of the files are too large.

One such production will be available to you shortly, which includes many of the FBI's files, like 302s, etc., which were previously provided.  It includes documents, with families, numbered 089B-WF-3368293-214_AFO_0000001 - 89.  It should show within the Thomas folder as "Sentinel Docs" and should include 265 files.



Thank you,

Samantha
—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Monday, February 6, 2023 1:27 PM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce' <jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>

**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Hrg Dates and Speedy Trial

Mssrs. Pierce and Roots,

In addition to my below email re additional motions hearing dates, attached please find a draft motion to exclude time under the Speedy Trial Act. Per the Court's order, and because time is currently only excluded through today, assuming we hear back from you that you will not oppose, we plan to file this by end of day. The motion requests time be excluded until 5/14/23, the day prior to trial commencing.

Please let us know ASAP re (1) additional dates for the motions hearing, and (2) if we are authorized to file our motion as "unopposed." If we do not hear back from you by 430pm EST, we will plan to file without the "unopposed" language.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Monday, February 6, 2023 9:48 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks, Mr. Roots. Do any other days that week also work, in case the Court is not available for the 27th?

Thanks,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Monday, February 6, 2023 9:14 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks Samantha:

March 27 should be good.

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** John Pierce
**Sent:** Monday, February 6, 2023 9:08 AM
**To:** Miller, Samantha (USADC); Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Hey Samantha. I'm going to defer to Roger on this since he does our motion arguments.

**From:** Miller, Samantha (USADC) <Samantha.Miller@usdoj.gov>
**Sent:** Friday, February 3, 2023 7:15 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <Sean.McCauley@usdoj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <Katarzyna.Kozaczuk@usdoj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Mssrs. Pierce and Roots,

Per the court's order yesterday, we're writing to find a mutually agreeable date for the motions hearing. What is your availability the week of March 20 or 27?

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Thursday, February 2, 2023 9:16 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Mr. Roots,

Given some planned leave on our side, if we're going to push the deadlines, we'd request the following revised motion schedule, which of course contemplates revising the currently scheduled Feb. 28 motions hearing:

- Motion deadline:        Feb. 16
- Response deadline:     March 2
- Replies deadline:         March 9

If these revised dates work for you, please feel free to suggest them in your extension request.

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 9:47 PM

**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks so much Samantha,

We are just now looking at these videos for the first time and I don't believe Mr. Thomas has seen them.  Would you oppose a 7 day extension of time to file our remaining pretrial motions?

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Miller, Samantha (USADC)
**Sent:** Wednesday, February 1, 2023 10:16 AM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Ok, great. To be clear, we have uploaded the cell phone videos I discussed with Mr. Roots last week, but not the entirety of Mr. Thomas' cell phone videos.  We also included, for ease of reference/case analysis, certain of the body-worn camera videos that show the assaults.  Please note neither the cell phone video nor the body-worn camera video is exhaustive, but I hope it provides you with a good feel for the evidence.

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia

Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 8:46 AM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Yes I am on box. I believe it is with this email.

Respectfully,
Emily Lambert
Client Advocate-John Pierce Law
P: 662-665-1061
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Wednesday, February 1, 2023 8:43 AM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Good Morning Ms. Lambert,

Yes, we can provide that to you via USAfx.  I don't believe I saw you on USAfx, do you have an account?  Please note that we're also preparing to provide you with the full discovery on the jump drive we previously received from Attorney Conte.

Thank you!

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 8:35 AM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC) [Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Good Morning Samantha,
Mr. Pierce and Mr. Roots were requesting the cell phone video of Mr. Thomas, but I find that I don't seem to have it. Could you please provide this to me? I greatly appreciate your assistance.

Respectfully,
Emily Lambert
Client Advocate-John Pierce Law
P: 662-665-1061
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Thursday, January 26, 2023 1:43 PM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Counsel,

I have shared with you through the USAfx system Global Discovery Production 24.  Please let me know if you are unable to retrieve the items.  As described in the attached letters, the only items being provided via USAfx are indexes of the documents produced to Relativity and evidence.com.  If you have not

received a notification from FPD about how to apply for the relevant licenses, you should email Shelli Peterson at Shelli_Peterson@fd.org.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014