**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, May 9, 2023 7:51 PM
**To:** Emily Lambert; John Pierce
**Cc:** Roger Roots; McCauley, Sean (USADC); Rummens, Brianna (USADC) [Contractor]
**Subject:** Re: Serial 113: USA v. THOMAS 21-cr-00552-DLF

I attached it to my last email regarding the joint pretrial statement.

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Tel: (202) 527-1814

**From:** Emily Lambert <elambert@johnpiercelaw.com>
**Sent:** Tuesday, May 9, 2023 7:48:58 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots <rroots@johnpiercelaw.com>;
McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Rummens, Brianna (USADC) [Contractor]
<BRummens@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Serial 113: USA v. THOMAS 21-cr-00552-DLF

Thanks Samantha. I truly appreciate every discovery release. Do you know where I can find that policy I
was referencing the other day? Thank you in advance.

Thank You,
Emily Rutherford


On May 9, 2023, at 7:45 PM, John Pierce <jpierce@johnpiercelaw.com> wrote:


And I'm sure you are spending all your time watching every moment.

Get Outlook for iOS

**From:** Miller, Samantha (USADC) <Samantha.Miller@usdoj.gov>
**Sent:** Tuesday, May 9, 2023 7:42:55 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Roger Roots
<rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <Sean.McCauley@usdoj.gov>; Rummens, Brianna (USADC)
[Contractor] <Brianna.Rummens@usdoj.gov>
**Subject:** Re: Serial 113: USA v. THOMAS 21-cr-00552-DLF

We don't plan to use it in our case in chief, but yes, discovery obligations are on-going, and your client continues posting relevant materials on the internet.

Thanks,

Samantha


—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Tel: (202) 527-1814

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Tuesday, May 9, 2023 7:40:24 PM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots
<rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Rummens, Brianna (USADC)
[Contractor] <BRummens@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Serial 113: USA v. THOMAS 21-cr-00552-DLF

You guys are giving us discovery days before trial?

Get Outlook for iOS

**From:** Miller, Samantha (USADC) <Samantha.Miller@usdoj.gov>
**Sent:** Tuesday, May 9, 2023 7:38:18 PM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <Sean.McCauley@usdoj.gov>; Rummens, Brianna (USADC)
[Contractor] <Brianna.Rummens@usdoj.gov>
**Subject:** Serial 113: USA v. THOMAS 21-cr-00552-DLF

All,

We've just uploaded some limited additional discovery to USAfx (Serial 113).

Thanks,

Samantha
—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Monday, April 24, 2023 8:52 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce'
<jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Rummens, Brianna (USADC)
[Contractor] <BRummens@usa.doj.gov>
**Subject:** Reciprocal Disco Request: USA v. THOMAS 21-cr-00552-DLF

John,

Although Mr. Conte received a similar letter, which I'm sure he provided to you when
you took over the case, attached please find a slightly updated discovery letter for this
matter.  Please note it contains reciprocal discovery and affirmative defense
provisions.  Please provide us with the requested materials/information as soon as
possible.

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Monday, April 24, 2023 7:41 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce'
<jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** URGENT: USA v. THOMAS 21-cr-00552-DLF: Discovery

John,

It does not appear anyone from your firm has downloaded the two case specific
discovery productions referenced below.  As I'm sure you know at this point, USAfx
deletes files after 60 days, so this is just a friendly reminder to please download ASAP.

Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, March 14, 2023 11:09 AM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce'
<jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Discovery

Mssrs. Pierce and Roots,

I'm writing to notify you that we have just uploaded and shared additional discovery
with you via USAfx.  It does not appear our prior production has been downloaded, so
please reply ASAP to confirm you are able to access both the prior production from my
below email (2/28/2023) and this current one (3/14/2023).





Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** Miller, Samantha (USADC)
**Sent:** Tuesday, February 28, 2023 11:46 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Discovery

Mssrs. Pierce and Roots,

I'm writing to notify you that we are endeavoring to provide you with (1) a duplicate
copy of the case-specific discovery that was previously provided to defense counsel in
this case, (2) any additional materials we have gathered during our investigation since
you became substitute counsel in December 2022.  Most of this can be accomplished
through USAfx, however, we may also try to provide you with a jump drive if any of the
files are too large.

One such production will be available to you shortly, which includes many of the FBI's
files, like 302s, etc., which were previously provided.  It includes documents, with

families, numbered 089B-WF-3368293-214_AFO_0000001 - 89.  It should show within the Thomas folder as "Sentinel Docs" and should include 265 files.



Thank you,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Monday, February 6, 2023 1:27 PM
**To:** 'Roger Roots' <rroots@johnpiercelaw.com>; 'John Pierce'
<jpierce@johnpiercelaw.com>; 'Emily Lambert' <elambert@johnpiercelaw.com>;
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Hrg Dates and Speedy Trial

Mssrs. Pierce and Roots,

In addition to my below email re additional motions hearing dates, attached please find a draft motion to exclude time under the Speedy Trial Act.  Per the Court's order, and because time is currently only excluded through today, assuming we hear back from you

that you will not oppose, we plan to file this by end of day.  The motion requests time
be excluded until 5/14/23, the day prior to trial commencing.

Please let us know ASAP re (1) additional dates for the motions hearing, and (2) if we are
authorized to file our motion as "unopposed."  If we do not hear back from you by
430pm EST, we will plan to file without the "unopposed" language.

Thank you,

Samantha
—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Monday, February 6, 2023 9:48 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks, Mr. Roots.  Do any other days that week also work, in case the Court is not
available for the 27th?

Thanks,

Samantha
—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Monday, February 6, 2023 9:14 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Miller, Samantha (USADC)
<SMiller1@usa.doj.gov>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks Samantha:

March 27 should be good.

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



JOHN PIERCE LAW

This message, including attachments, is confidential and may contain information
protected by the attorney-client privilege or work product doctrine. If you are not the
addressee, any disclosure, copying, distribution, or use of the contents of this message
is prohibited. If you have received this email in error, please destroy it and notify me
immediately.

---

**From:** John Pierce
**Sent:** Monday, February 6, 2023 9:08 AM
**To:** Miller, Samantha (USADC); Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Hey Samantha. I'm going to defer to Roger on this since he does our motion arguments.

---

**From:** Miller, Samantha (USADC) <Samantha.Miller@usdoj.gov>
**Sent:** Friday, February 3, 2023 7:15 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <Sean.McCauley@usdoj.gov>; Kozaczuk, Katarzyna
(USADC) [Contractor] <Katarzyna.Kozaczuk@usdoj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Mssrs. Pierce and Roots,

Per the court's order yesterday, we're writing to find a mutually agreeable date for the
motions hearing.  What is your availability the week of March 20 or 27?

Thank you,

Samantha
—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Miller, Samantha (USADC)
**Sent:** Thursday, February 2, 2023 9:16 AM
**To:** Roger Roots <rroots@johnpiercelaw.com>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Mr. Roots,

Given some planned leave on our side, if we're going to push the deadlines, we'd
request the following revised motion schedule, which of course contemplates revising
the currently scheduled Feb. 28 motions hearing:

- Motion deadline:        Feb. 16
- Response deadline:      March 2
- Replies deadline:       March 9

If these revised dates work for you, please feel free to suggest them in your extension
request.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

---

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 9:47 PM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; John Pierce
<jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Thanks so much Samantha,

We are just now looking at these videos for the first time and I don't believe Mr. Thomas has seen them.  Would you oppose a 7 day extension of time to file our remaining pretrial motions?

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
<image004.png>

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Wednesday, February 1, 2023 10:16 AM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Ok, great. To be clear, we have uploaded the cell phone videos I discussed with Mr. Roots last week, but not the entirety of Mr. Thomas' cell phone videos.  We also included, for ease of reference/case analysis, certain of the body-worn camera videos that show the assaults.  Please note neither the cell phone video nor the body-worn camera video is exhaustive, but I hope it provides you with a good feel for the evidence.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 8:46 AM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots
<rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)

[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Yes I am on box. I believe it is with this email.

Respectfully,
Emily Lambert
Client Advocate-John Pierce Law
P: 662-665-1061
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Miller, Samantha (USADC)
**Sent:** Wednesday, February 1, 2023 8:43 AM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Good Morning Ms. Lambert,

Yes, we can provide that to you via USAfx.  I don't believe I saw you on USAfx, do you have an account?  Please note that we're also preparing to provide you with the full discovery on the jump drive we previously received from Attorney Conte.

Thank you!

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Wednesday, February 1, 2023 8:35 AM
**To:** Miller, Samantha (USADC) <SMiller1@usa.doj.gov>; Roger Roots
<rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Kozaczuk, Katarzyna (USADC)
[Contractor] <KKozaczuk@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Good Morning Samantha,
Mr. Pierce and Mr. Roots were requesting the cell phone video of Mr. Thomas, but I find
that I don't seem to have it. Could you please provide this to me? I greatly appreciate
your assistance.

Respectfully,
Emily Lambert
Client Advocate-John Pierce Law
P: 662-665-1061
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
<image005.png>

This message, including attachments, is confidential and may contain information
protected by the attorney-client privilege or work product doctrine. If you are not the
addressee, any disclosure, copying, distribution, or use of the contents of this message
is prohibited. If you have received this email in error, please destroy it and notify me
immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Thursday, January 26, 2023 1:43 PM
**To:** John Pierce; Roger Roots; Emily Lambert
**Cc:** McCauley, Sean (USADC); Kozaczuk, Katarzyna (USADC) [Contractor]
**Subject:** USA v. THOMAS 21-cr-00552-DLF: Global Production No. 24

Counsel,

I have shared with you through the USAfx system Global Discovery Production
24.  Please let me know if you are unable to retrieve the items.  As described in the
attached letters, the only items being provided via USAfx are indexes of the documents
produced to Relativity and evidence.com.  If you have not received a notification from
FPD about how to apply for the relevant licenses, you should email Shelli Peterson at
Shelli_Peterson@fd.org.

Thank you,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: samantha.miller@usdoj.gov
Desk Tel: (202) 252-7014