**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

-v-

KENNETH JOSEPH OWENS THOMAS,

Defendant.

Criminal No. 1:21-cr-00552 (DLF)

I, Roger Roots, hereby certify under penalty of perjury that the following is true and correct:

1.      I am an associate with the law firm John Pierce Law P.C., located 21550 Oxnard Street, 3rd Floor, PMB 172, Woodland Hills, CA 91367. I reside in Livingston, Montana where I practice law remotely.

2.      I am an active member in good standing of the state bar of Rhode Island ((SBN 6752)).

3.      I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4.      I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5.      During the past two years, I have applied for admission *pro hac vice* in this Court three times previously.

6.      I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in

the United States District Courts, the Federal Rules of Civil Procedure, the Federal

Rules of Evidence, the Rules of Professional Conduct as adopted by the District of

Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in

Professional Conduct.

Dated: May 12, 2023

Roger Roots

Roger Roots
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
tel: (213) 279-7846
rroots@johnpiercelaw.com