rt Good deal thanks

November 8th, 2022

rt Can you order an new certificate of good standing for Roger?

Torres Why? Did his expire?

rt Yes

Torres No problem

ert Thank you

November 9th, 2022

d Torres Evidence new credentials:
torres@johnpiercelaw.com
ord: JPLaw2022iscool!

November 10th, 2022

ond Torres

RI Certificate of Good Standings (Roger Roots).pdf
PDF

You are viewing the archives of a deactivated ac