RI Certificate of Good Standings (Roger Roots).pdf                                                       ✕

| Description |
|---|
| Advanced |

**Description**

Document Title: 

Author: 

Author Title: 

Description: 

Description Writer: 

Keywords: 

ⓘ Commas can be used to separate keywords

Copyright Status: Unknown

Copyright Notice: 

Copyright Info URL: 

Go To URL...

Created: 8/16/2021 4:10:16 PM
Modified: 11/10/2022 8:20:52 AM
Application:
Format: application/pdf

Powered By
xmp

OK    Cancel