UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal Case No.** |
| | : | |
| **KENNETH JOSEPH OWEN THOMAS,** | : | **1:21-cr-00552 (CRC)** |
| | : | |
| **Defendant** | : | |

### DEFENDANT KENNETH THOMAS' OBJECTIONS TO GOVERNMENT'S PROPOSED EXHIBITS

Defendant KENNETH JOSEPH OWEN THOMAS ("Thomas"), through the undersigned counsel, John L. Pierce, Esq. presents the following objections to the Government's proposed exhibits.

## I. GOVERNMENT'S PROPOSED EXHIBITS

**USA v. THOMAS**
**21-cr-00552 (DLF)**
**Govt Exhibit List - May 9, 2023**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| **100 Series** | **Government / Safeway Records** | FRE 401, 403 | | |
| 101 | Senate Cong Rcd.pdf | | | |
| 102 | House Cong Rcd.pdf | | | |
| 103 | Cong-4 - Video Montage with Congressional Record.mp4 | | | |
| 104 | 20.14 Closure of West Front | | | |
| 105 | Restricted Perimeter.png | FRE 403 | Misleading | |
| 106 | Capitol photo w signs.jpg | | | |
| 107 | Capitol Police Area Closed Sign.JPG | | | |
| 108 | Aerial Diagram of Capitol Grounds | | | |
| 109 | Timelapse of Capitol West Front Surveillance Video | | | |
| 110 | USCP Video Montage with Radio Runs | | | |
| 111 | 14:28:18 PM EST National Curfew Text Message | | | |
| 112 | 19:36:02 PM EST National Curfew Text Message | FRE 106 incomplete | | |
| 113 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | FRE 106 incomplete | | |
| 114 | FEMA/DC DHS Certificate of Authenticity | 6th Amendment right to confront | | |
| 115 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | FRE 106 incomplete | | |
| 116 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | | |
| 117 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | | | |
| 118 | Safeway, Inc. Certificate of Authenticity | 6th Amendment right to confront | | |
| 119 | U.S. Capitol & Grounds 3D Rendering | | | |
| 120 | CCTV 0926 E USCG (timestamped) 00 Upper Terrace West-2021-01-06_16h20min | | | |
| 121 | DC Mayor Emergency | 106 Incomplete | | |
| | | | | |
| **200 Series** | **Secret Service Exhibits** | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | FRE 401, 403 | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | FRE 401, 403 | | |
| 203 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | FRE 401, 403 | | |
| 204 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | FRE 401, 403 | | |
| 205 | Placeholder for additional exhibits | | | |
| | | | | |
| **300 Series** | **Body-Worn Camera** | | | |
| 301 | BWC X6039BEYS - AC.2021.01.06.154027.mp4 | | | |
| 302 | BWC X6039BA8J - BD.2021.01.06.151142.mp4 | | | |
| 303 | BWC X6039B9WG - DPL.2021.01.06.162145.mp4 | | | |
| 303X | BWC X6039B9WG - DPL.2021.01.06.162145.OpenSource.ThomasVideo | | | |
| 304 | BWC X6039BDFA- MN.2021.01.06.153029.mp4 | | | |
| 305 | BWC X6039BCMP - KV.2021.01.06.162600.mp4 | | | |
| 305X | BWC X6039BCMP - KV.2021.01.06.162600.BWC X6039B9WG.ThomasVideo.mp4 | | Upper West Terrace hold the line | |
| 306 | BWC X6039BJHS - LT.2021.01.06.162043.mp4 | | | |
| 306X | BWC X6039BJHS - LT.2021.01.06.162043.mp4 | | | |
| 307 | BWC X6039BF3Q - RA.2021.01.06.153030.mp4 | | | |
| 307X | BWC X6039BF3Q - RA.2021.01.06.153030.mp4.BWC X6039BDFA. | | Stairs Incident | |
| 308 | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 | | | |
| 308X | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 | | | |
| 309 | BWC X6039BEYS - AC.2021.01.06.151200 | | | |
| 309X | BWC X6039BEYS - AC.2021.01.06.151200.ThomasVideo | | Scaffolding Campanale | |
| 310 | BWC X6039BDFA- MN.2021.01.06.153322.mp4 | | Please Stand down This is our house | |
| 310X | BWC X6039BDFA- MN.2021.01.06.153322.mp4 | | | |
| 311 | Placeholder for additional exhibits | | | |

**USA v. THOMAS  21-cr-00552 (DLF)**
**Govt Exhibit List - May 9, 2023**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| **400 Series** | **Thomas's Facebook Return** | | | |
| 401 | Facebook Inc. Business Records Certification | | Authenticity | |
| 402.1 (binder # only) | 402.1.4666304223384789.mp4 | FRE 106-incomplete. Sound? | | |
| 402.1 (binder # only) | 402.2.4666305120051366.mp4 | | | |
| 402.2 (binder # only) | 402.3.4666306093384602.mp4 | | | |
| 403.2 (binder # only) | 402.4.4666307473384464.mp4 | | | |
| 402.4 (binder # only) | 402.4.4666312863383925.mp4 | | | |
| 402.1008 | 402.1008 - Caravan Post Black Map.pdf | | | |
| 402.3717 | 402.3717 - 12th Amendment.pdf | | | |
| 402.3733 | 402.3733 - Do you have his (back).pdf | FRE 801, 403 | | |
| 402.3788 | 402.3788 - We Conceded Nothing - Post re Elecoral.pdf | FRE 403 | | |
| 402.8825 | 402.8825 - Justice is Coming - Lightning bolt Cap.pdf | FRE 401 | | |
| 402.14877 | 402.14877 - Night pic of Cap - Restraint Post.pdf | FRE 401, 403 | | |
| 402.15013 | 402.15013 - Ltr re Election Anomalies.pdf | | | |
| 402.15014 | 402.15014 - Ltr re Election Anomalies.pdf | | | |
| 402.15015 | 402.15015 - Ltr re Election Anomalies.pdf | | | |
| 402.15016 | 402.15016 - Ltr re Election Anomalies.pdf | | | |
| 402.15465 | 402.15465 - Hold the line meme.pdf | FRE 403, 406 | | |
| 402.16937 | 402.16937 - 2nd American Revolution.pdf | FRE 401, 403 | | |
| 402.16941 | 402.16941 - DC or Bust - Midnight Ride.pdf | | | |
| 402.16942 | 402.16942 - J6 - Answer the Presidents Call.pdf | FRE 401 | | |
| 402.19074 | 402.19074 - Treason.pdf | FRE 403 | | |
| 402.19075 | 402.19075 - Treason.pdf | | | |
| 402.21411 | 402.21411 - Fed Up - Caravan.pdf | FRE 106- incomplete | | |
| 402.23508 | 402.23508 - List of J6 videos.pdf | FRE 401, 403 | | |
| 402.9901 | 402.9901 - Midnight ride or bust - Cap image Pi Symbol.pdf | FRE 403, 801 | | |
| 402.5522 | 402.5522 - Midnight Ride Routes - Caravan_Redacted.pdf | FRE 801 | Hearsay | |
| 402.15773 | 402.15773 - Midnight Riders Mount Up.pdf | FRE 401, 403 | | |
| 402.16036 | 402.16036 - Statutes re Govt Overthrow.pdf | FRE 704 | | |
| 402.11337 | 402.11337 - BOLO 214.pdf | FRE 106 | | |
| 403 | 403 - West Front Bleachers 1.mp4 | | | |
| 404 | 404 - West Front Bleachers 2.mp4 | | | |
| 405 | 405 - West Front Bleachers 3.mp4 | | | |
| 406 | 406 - West Front Bleachers 4.mp4 | | | |
| 407 | Placeholder for additional exhibits | | | |

## USA v. THOMAS
## 21-cr-00552 (DLF)
### Govt Exhibit List - May 9, 2023

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| **500 Series** | **Other Thomas Evidence** | | | |
| 501 | Sovereign Souls - Episode 1 | FRE 401, 106 | | |
| 502 | Freedom Unchained - Episode 2 | FRE 401, 106 | | |
| 503 | Justice in Jeopardy - J6 \| Joseph Thomas \| Pi Anon | FRE 401, 106 | | |
| 504 | Capitol Pi - Rumble | FRE 401, 106 | | |
| 505 | Pi Anon at the Capitol (bonus footage) - Rumble | FRE 401, 106 | | |
| 506 | Prelude to Why Pi was Arrested by the Feds - Rumble | FRE 401, 106 | | |
| 507 | Midnight Ride Caravan Richmond + CBS6 INTERVIEW - YouTube-3 | FRE 401, 106 | | |
| 508 | PiAnon Telegram Post re AFO#214 | FRE 401, 106 | | |
| 509 | United States Navy Records - Thomas, Kenneth Joseph Owen - with Certification | FRE 401, 106 | | |
| 510 | YouTube - Rally at the Ellipse | FRE 401, 106 | | |
| 511 | YouTube - Constitution Avenue | FRE 401, 106 | | |
| 512 | YouTube - Cover Page | FRE 401, 106 | | |
| 513 | YouTube - March for Trump (At the Capitol) 1 | FRE 401, 106 | | |
| 514 | YouTube - March for Trump (At the Capitol) 2 | FRE 401, 106 | | |
| 515 | YouTube - March for Trump (At the Capitol) 3 | FRE 401, 106 | | |
| 516 | YouTube - March for Trump (At the Capitol) 4 | FRE 401, 106 | | |
| 517 | YouTube - March for Trump (Before the Capitol) | FRE 401, 106 | | |
| 518 | YouTube Certification - Letter_6139529 | FRE 401, 106 | | |
| 519 | Placeholder for additional exhibits | | | |
| | | | | |
| **600 Series** | **Physical Items** | | | |
| 601 | Veterans for Trump Hat | | | |
| 602 | Berne Jacket | | | |
| 603 | 302 re Seizure with Attachments_Serial 73 | | | |
| 604 | Placeholder for additional exhibits | | | |
| | | | | |
| **700 Series** | **Non-Thomas Open Source** | | | |
| 701 | Jan6 rally est. 9:16AM - Parler | | | |
| 702 | Screw Big Gov - YouTube | | | |
| 703 | Upper NWT - Central Grandstand est. 3:25PM - Parler | | | |
| 704 | TweetTV JP _ - YouTube | | | |
| 705 | rgDWmSDLhmhC.mp4 est. 3:59PM - Parler | | | |
| 706 | SCNRbot - YouTube | | | |
| 707 | goodlionfilms _FC1A0E41 - Telegram | | | |
| 708 | AZ Patriot - YouTube | | | |
| 709 | 4K Footage-8Vh8wPeo6Jk-1080p-1658509195974 - YouTube | | | |
| 710 | Rc Parker71 est. 4:22PM - Parler | | | |
| 711 | dream floral - West Terrace.2021.01.06.1622 - YouTube | | | |
| 712 | NadyasNotes 20210106_162104.mp4 | | | |
| 713 | Brendan Smilaowski - GettyImages1 | | | |
| 714 | Brendan Smilaowski - GettyImages2 | | | |
| 715 | Brendan Smilaowski - GettyImages3 | | | |
| 716 | lkfAPTp1BwRS.mp4 est. 4:33PM - Parler | | | |
| 717 | The Daily Citizen (FocusCitizen) Updates from Capitol Hill.mp4 - Facebook | | | |
| 718 | DLive \| Zykotik DC Rally! | | | |
| 719 | Placeholder for additional exhibits | | | |

II.     **DEFENDANT'S OBJECTIONS**

**Govt Ex. No. 100)**   Safeway Records -- OBJECTED to under FRE 401 and 403, because there were an estimated 500,000 to 1 million demonstrators within the District of Columbia, only 10,000 of which were at the U.S. Capitol per the U.S. Capitol Police (then Deputy Chief Pittman's testimony) and the records do not distinguish between the effects of the demonstrators in the City who were not party to any activity at the Capitol.  To the extent Safeway claims it closed early, again, this does not distinguish between the large numbers of people in the City and those on Capitol Hill.  The records would mislead and confuse the jury.  Furthermore, the records do not identify retail sales of items that would merely be sold on the following day instead of on January 6, 2021.

**Govt Ex. No. 103)**   OBJECTED to under FRE 403 and FRE 106.  The Government's video montages are an alteration of evidence.  They are therefore misleading as to the actual evidence.  (Whatever one thinks of the message conveyed, they are not the actual evidence.)  To be used as demonstrative exhibits, the actual evidence must be presented and the criteria satisfied.

**Govt Ex. No. 104)**   OBJECTED to under FRE 401 and FRE 403.  Thomas is charged with violating 18 U.S.C. 1752(a)(1).

**Govt Ex. No. 105)**   OBJECTED under FRE 401 and FRE 403, because Restricted Perimeter.png as far as we know was created for the purposes of litigation.  We know it was never posted at the U.S. Capitol and was never visible to any of the crowd on January 6, 2021.  The photograph is an unauthenticated pigeon eye's view of the dome of the Capitol.  No witness can testify that it fairly represents what the Capitol would look like if they were flying above the Capitol.  But the red lines have been added electronically.  There were no red lines painted on the ground in the real world.

**Govt Ex. No. 106)**   OBJECTED to under FRE 401 and FRE 403.  The Government persistently ignores that these signs were taken down at about 1:00 PM whereas Thomas did not reach the Capitol until around 2:24 PM.  The signs were not there when Thomas was there.  Without a *time* component, evidence that at some point in time there were signs, but not necessarily when a Defendant was present, is beyond is misleading but straight out deceptive.

**Govt Ex. No. 112)**   OBJECTED TO as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 113)** OBJECTED TO as incomplete under FRE 106. The entire document and message must be produced, instead of (not in addition to) the proposed exhibit. See commentary to FRE 106.

**Govt Ex. No. 114)** OBJECTED TO as requiring cross-examination under the Sixth Amendment.

**Govt Ex. No. 115)** OBJECTED TO as incomplete under FRE 106. The entire document and message must be produced, instead of (not in addition to) the proposed exhibit. See commentary to FRE 106.

**Govt Ex. No. 201)** OBJECTED under FRE 401 and FRE 403, because Thomas was not inside the Capitol or anywhere near Mike Pence or the others identified.

**Govt Ex. No. 202)** OBJECTED under FRE 401 and FRE 403, because Thomas was not inside the Capitol or anywhere near Mike Pence or the others identified.

**Govt Ex. No. 203)** OBJECTED under FRE 401 and FRE 403, because it is entirely irrelevant that Michael Pence leaving is not relevant, and also Thomas was not on the East side of the Capitol and was not inside the Capitol or anywhere near Mike Pence or the others identified.

**Govt Ex. No. 204)** OBJECTED under FRE 401 and FRE 403, because it is entirely irrelevant that Michael Pence leaving is not relevant, and also Thomas was not on the East side of the Capitol and was not inside the Capitol or anywhere near Mike Pence or the others identified. Defendant will stipulate that Mike Pence, family, and others left the U.S. Senate Chamber, but only that he left (there are reports that Pence himself did not want to leave the Capitol because he perceived no threat).

**Govt Ex. No. 402)** Facebook video 402.1 is objected to in that it has no sound although being taken from Thomas's phone. Therefore, it is incomplete under FRE 106.

Facebook meme 402.3733 "Do we have his back?" is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.3788 - We Conceded Nothing -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade

the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.8825 - Justice is Coming - Lightning bolt Cap -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.14877 - Night pic of Cap - Restraint Post -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.15465 - Hold the line meme -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.16937 - 2nd American Revolution  is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook meme 402.16942 - J6 - Answer the Presidents Call -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition. Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.19074 – Treason -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition.  Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.21411 - Fed Up – Caravan  as incomplete under FRE 106, apparently by an error in saving a copy of the post (not hitting "see more").  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

Facebook post 402.23508 - List of J6 videos Call -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition.  Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.9901 - Midnight ride or bust - Cap image Pi Symbol Call -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition.  Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.5522 - Midnight Ride Routes - Caravan_Redacted  -- is objected to under FRE 801 (hearsay). It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition.  Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.15773 - Midnight Riders Mount Up Call -- is objected to under FRE 801 (hearsay) and FRE 403 as it is of limited relevance, and is likely to be emotional not evidentiary. It is also an attempt at habit evidence against FRE 406 in trying to persuade the jury that if someone posts memes on Facebook therefore the Defendant probably committed the crime, as a habit or predisposition.  Furthermore, if the Defendant cannot put on evidence of Thomas' intent, mens rea, and/or purpose, it would be unfairly prejudicial for the Government to address the point that the Defendant is not allowed to address.

Facebook post 402.16036 - Statutes re Govt Overthrow -- is objected to under FRE 704 as being evidence supplanting the jury's fact finding with an ultimate issue to be decided in the case.

Facebook post 402.11337 - BOLO 214 is objected to as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  500)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  501)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentar OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  502)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  503)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  504)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  505)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  506)**     OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 507)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 508)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 509)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 510)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 511)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 512)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 513)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 514)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No. 515)**   OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire

document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  516)**    OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  517)**    OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  518)**    OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

**Govt Ex. No.  519)**    OBJECTED TO under FRE Rule 401 as not relevant because it was generated after January 6, 2021, and as incomplete under FRE 106.  The entire document and message must be produced, instead of (not in addition to) the proposed exhibit.  See commentary to FRE 106.

Date: May 11, 2023                                  Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s/ John M. Pierce*
　　　　　　　　　　　　　　　　　　　　　　　John M. Pierce
　　　　　　　　　　　　　　　　　　　　　　　21550 Oxnard Street
　　　　　　　　　　　　　　　　　　　　　　　3rd Floor, PMB #172
　　　　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367 Tel: (213) 400-0725
　　　　　　　　　　　　　　　　　　　　　　　Email:jpierce@johnpiercelaw.com
　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that, on May 11, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*

John M. Pierce