**Executive Office of the Mayor**



**Connect With Us**

John A. Wilson Building

1350 Pennsylvania Avenue, NW, Washington, DC 20004

Phone: (202) 727-2643

TTY: 711

Email: eom@dc.gov



[Ask the Mayor](#)



[Muriel Bowser](#)

Mayor

# Mayor Bowser Continues Preparation for Upcoming First Amendment Demonstrations

Sunday, January 3, 2021

(Washington, DC) Mayor Bowser is continuing preparations for this week's First Amendment activities. She had previously directed the DC Homeland Security and Emergency Management Agency (HSEMA) to stand up the District's Emergency Operations Center (EOC) beginning Monday, January 4, to coordinate the response for the upcoming First Amendment demonstrations, permitted by the National Park Service, scheduled for January 5 and January 6. The EOC serves as the coordination hub between District agencies and regional and federal partners. On Tuesday, the

Metropolitan Police Department (MPD) begins its full activation with all staff reporting for response on Tuesday and Wednesday.

Mayor Bowser instructed District agencies to create a comprehensive public safety response to ensure residents' safety. Additionally, HSEMA and MPD are conducting event overviews for the Council of the District of Columbia, faith leaders, and the downtown business community. Residents are encouraged to report suspicious activity by making a report through iwatchdc.org or by calling 911 for immediate threats or emergencies.

"MPD and HSEMA are coordinating among District agencies and with federal authorities to ensure our residents and businesses remain safe," said Mayor Muriel Bowser. "I am asking Washingtonians and those who live in the region to stay out of the downtown area on Tuesday and Wednesday and not to engage with demonstrators who come to our city seeking confrontation, and we will do what we must to ensure all who attend remain peaceful."

Members of the public and anyone attending the events are reminded that District law prohibits anyone from carrying a firearm within 1,000 feet of any First Amendment activity. Under federal law, it is illegal to possess firearms on the US Capitol grounds and on National Park Service areas, such as Freedom Plaza, the Ellipse, and the National Mall. Additionally, members of the public are reminded that the District of Columbia does not have reciprocity with other states' concealed pistol licenses; unless a person has been issued a concealed pistol license by the District of Columbia, they cannot conceal carry a firearm in the city. Finally, it is illegal to open carry firearms in the District.

Residents and commuters are encouraged to register for important alerts from the District by signing up for AlertDC at [alertdc.dc.gov](alertdc.dc.gov).

A comprehensive list of traffic adjustments and street closures can be found below:

Emergency No Parking - **Tuesday, January 5, 2021 at 6 am to Thursday, January 7, 2021 11:59 pm**:

- H Street from 15th Street, NW to 17th Street, NW
- I Street from 15th Street, NW to 17th Street, NW
- Connecticut Avenue from H Street, NW to L Street, NW

- Vermont Avenue from H Street, NW to L Street, NW
- 15th Street from I Street to K Street, NW (west side of McPherson Square)
- 17th Street from I Street to K Street, NW (east side of Farragut Square)

Emergency No Parking - **Tuesday, January 5, 2021 and Wednesday, January 6, 2021 at 12:01 am to 11:59 pm**:

- Constitution Avenue from Pennsylvania Avenue, NW to 18th Street, NW
- Pennsylvania Avenue from 3rd Street, NW to 18th Street, NW
- E Street from 9th Street, NW to 15th Street, NW
- F Street from 12th Street, NW to 15th Street, NW
- G Street from 12th Street, NW to 15th Street, NW
- I Street from 9th Street, NW to 15th Street, NW
- I Street from 17th Street, NW to 18th Street, NW
- H Street from 9th Street, NW to 15th Street, NW
- H Street from 17th Street, NW to 18th Street, NW
- K Street from 9th Street, NW to 18th Street, NW
- New York Avenue from 9th Street, NW to 15th Street, NW
- 17th Street from Constitution Avenue, NW to L Street, NW
- (west side of Farragut Square)
- 15th Street from Constitution Avenue, NW to L Street, NW
- (east side of McPherson Square)
- 16th Street from K Street, NW to O Street, NW
- 14th Street from Independence Avenue, SW to L Street, NW
- 13th Street from Pennsylvania Avenue, NW to L Street, NW
- 12th Street from Constitution Avenue, NW to E Street, NW
- 11th Street from Pennsylvania Avenue, NW to E Street, NW
- 10th Street from Constitution Avenue, NW to E Street, NW
- 9th Street from Constitution Avenue, NW to Pennsylvania Avenue, NW
- 7th Street from Independence Avenue, SW to E Street, NW
- 6th Street from Constitution Avenue, NW to E Street, NW
- 4th Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- 3rd Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- New York Avenue from 18th Street, NW to 17th Street, NW
- C Street from 18th Street, NW to 17th Street, NW
- D Street from 18th Street, NW to 17th Street, NW

- Madison Drive from 3rd Street, NW to 15th Street, NW
- Jefferson Drive from 3rd Street, SW to 15th Street, SW

**Street Closures** - On Tuesday, January 5, 2021 and Wednesday, January 6, 2021, the following streets will be restricted to vehicular traffic **from approximately 6 am to 11:59 pm.** The decision to restrict vehicles will be based upon public safety and if safe to do so, vehicles will be allowed to enter the restricted area if they are on essential business or traveling to-and-from their residence.

- Constitution Avenue from Pennsylvania Avenue to 18th Street, NW
- K Street from 9th Street, NW to 18th Street, NW
- I Street from 9th Street, NW to 18th Street, NW
- H Street from 9th Street, NW to 18th Street, NW
- New York Avenue from 9th Street, NW to 15th Street, NW
- New York Avenue from 17th Street, NW to 18th Street, NW
- G Street from 9th Street, NW to 15th Street, NW
- G Street from 12th Street, NW to 15th Street, NW
- G Street from 17th Street, NW to 18th Street, NW
- F Street from 9th Street, NW to 15th Street, NW
- F Street from 12th Street, NW to 15th Street, NW
- F Street from 17th Street, NW to 18th Street, NW
- E Street from 9th Street, NW to 15th Street, NW
- E Street from 17th Street, NW to 18th Street, NW
- D Street from 5th Street, NW to 9th Street, NW
- D Street from 17th Street, NW to 18th Street, NW
- C Street from 3rd Street, NW to 6th Street, NW
- C Street from 17th Street, NW to 18th Street, NW
- Pennsylvania Avenue, NW from 3rd Street, NW to 15th Street, NW
- Pennsylvania Avenue, NW from 17th Street, NW to 18th Street, NW
- Indiana Avenue from 3rd Street to 5th Street, NW
- 3rd Street from Independence Avenue, SW to D Street, NW
- 4th Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- 4th Street from Indiana Avenue, NW to E Street, NW
- 5th Street from Indiana Avenue, NW to E Street, NW
- 6th Street from Constitution Avenue, NW to E Street, NW
- 7th Street from Independence Avenue, SW to E Street, NW

- 9th Street from Constitution Avenue, NW to E Street, NW
- 10th Street from Constitution Avenue, NW to L Street, NW
- 11th Street from Pennsylvania Avenue, NW to L Street, NW
- 12th Street from Constitution Avenue, NW to L Street, NW
- 13th Street from Pennsylvania Avenue, NW to L Street, NW
- 14th Street from Independence Avenue, SW to L Street, NW
- 15th Street from Independence Avenue, SW to L Street, NW
- 16th Street from H Street, NW to L Street, NW
- Vermont Avenue from H Street, NW to L Street, NW
- Connecticut Avenue from H Street, NW to L Street, NW
- 17th Street from Independence Avenue, SW to L Street, NW
- Madison Drive from 3rd Street, NW to 15th Street, NW
- Jefferson Drive from 3rd Street, SW to 15th Street, SW
- 12th Street Tunnel
- 9th Street Tunnel

While the Metropolitan Police Department does not anticipate additional street closures on Tuesday, January 5, 2021 and Wednesday, January 6, 2021, there is the potential for intermittent closures in the downtown area. Additionally, while the Metropolitan Police Department does not anticipate street closures on Thursday, January 7, 2021, there is the potential for intermittent closures in the downtown area. Any decision to close a street will be based upon public safety. For timely traffic information, visit: [twitter.com/DCPoliceTraffic](twitter.com/DCPoliceTraffic)

The public should expect parking restrictions along the street and should be guided by the posted emergency no parking signage. All vehicles that are parked in violation of the emergency no parking signs will be ticketed and towed.

Motorists could encounter possible delays if operating in the vicinity of downtown area and may wish to consider alternative routes. The Metropolitan Police Department and the District Department of Transportation also wishes to remind motorists in the vicinity of this event to proceed with caution as increased pedestrian traffic can be anticipated.

ACCESSIBILITY

PRIVACY AND SECURITY

ABOUT DC.GOV

TERMS AND CONDITIONS

Case 1:21-cr-00552-DLF   Document 120-1   Filed 05/16/23   Page 6 of 6