

# Washington, DC Metro and CBD Hotel Industry Performance

**Amanda Hite** | President

ahite@str.com

Source: 2022 STR, LLC / STR Global, Ltd. trading as "STR". © CoStar Realty Information, Inc.  Any reprint, use or republication of all or a part of this presentation without the prior written approval of STR is strictly prohibited. Any such reproduction shall specifically credit STR as the source.  This presentation is based on data collected by STR.  The information in the presentation should not be construed as investment, tax, accounting or legal advice.

# Agenda

Total US Review

Washington, DC Metro Market

Washington, DC CBD



# Total U.S. Review

# Demand is hovering around recovery

Total US, July YTD 2022



| | **Actual** | **2019 % Chg.** |
|---|---|---|
| Room Supply | 1b | 3% |
| Room Demand | 736m | -3% |
| Occupancy | 62.7% | -6% |
| ADR | $147 | 12% |
| RevPAR | $93 | 5% |
| Room Revenue | $108b | 8% |

Source: STR. 2022 © CoStar Realty Information, Inc.

# Summer ADR drives RevPAR compensating for Occ

US, KPI % change to 2019, July 20201 – July 2022









# Demand % change softens back to March level

Total U.S., demand % chg. to 2019, Apr 2020 – July 2022





# ADR's still going up, but is this all a case of inflation?

Total U.S., ADR % chg. to 2019, Apr 2020 – July 2022





Source: STR. 2022 © CoStar Realty Information, Inc.   7



# Real ADR tells the true rate story

Total U.S., ADR % change to 2019, Jul 2021 – July 2022



Source: STR. 2022 © CoStar Realty Information, Inc.   8

# U.S. Forecast

Key Performance Indicators
2019-2021 Historical, 2022—2023F




| Metric | 2019 Actual | 2020 Actual | 2021 Actual | 2022 Forecast | 2023 Forecast |
|---|---|---|---|---|---|
| Occupancy | 65.9% | 43.9% | 57.6% | 63.0% | 64.6% |
| ADR | $131.10 | $103.45 | $124.92 | $147.83 | $152.20 |
| RevPAR | $86.43 | $45.45 | $71.89 | $71.89 | $98.32 |

Source: STR. 2022 © CoStar Realty Information, Inc.

# Relative to 2019, RevPAR projected to fully recover (in real terms) in 2025

U.S. KPIs, indexed to 2019







**Occupancy Index**

| 2021A | 2022 | 2023 | 2024 | 2025 |
|-------|------|------|------|------|
| 87.3 | 95.5 | 98.0 | 99.8 | 100.5 |

**ADR Index**

| 2021A | 2022 | 2023 | 2024 | 2025 |
|-------|------|------|------|------|
| 95.3 | 112.8 | 116.1 | 119.7 | 122.9 |
| 89.9 | 98.5 | 98.3 | 99.6 | 100.2 |

**RevPAR Index**

| 2021A | 2022 | 2023 | 2024 | 2025 |
|-------|------|------|------|------|
| 83.2 | 107.7 | 113.8 | 119.5 | 123.4 |
| 78.5 | 94.1 | 96.4 | 99.4 | 100.7 |

Nominal ADR    Real ADR    Nominal RevPAR    Real RevPAR

Source: STR. 2022 © CoStar Realty Information, Inc.



# Washington, DC

# Metro Market Performance

# Washington, DC Metro Area As Defined by STR



## Regional Markets



## Washington, DC w/Submarkets

Source: STR. 2022 © CoStar Realty Information, Inc.

# RevPAR about 10% behind pre-pandemic levels

DC Metro Market, RevPAR indexed to 2019, Jan 2021 – Jul 2022





# Occupancy setting new COVID-era records each month

Metro Market, occupancy, Jan 2020 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Shoulder days and weekends are returning to normal

Washington DC Metro Market, Occ by day of week, indexed to 2019, Jan 2022 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Top 25: Occupancy Deficits of 2-20 Percentage Pts from 2019

Occupancy %, Matched 2019-2022 YTD to Week 33, ending 13 August 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Top 25 ADR: Gaps Only In SFA, DC, Minneapolis; Miami Rules

ADR, Matched 2019-2022 YTD to Week 33, ending 13 August 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Top 25 RevPAR: Nine Markets Matching-Beating 2019 Comp

ADR, Matched 2019-2022 YTD to Week 33, ending 13 August 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Strong events calendar pushes group demand recovery in line w/ transient

DC Metro Market, Luxury & Upper Ups classes, demand indexed to 2019, Jan 2020 – Jul 2022





# Group rate recovery keeping pace with transient

DC Metro Market, Luxury & Upper Ups classes, ADR indexed to 2019, Jan 2020 – Jul 2022



# Metro Pipeline Still Active; About Two Thirds of Rooms in CBD

In construction rooms, '000s rooms, by scale, July 2022







# Washington, DC – CBD Submarket Performance

# RevPAR about 10% behind pre-pandemic levels

Washington DC CBD, RevPAR indexed to 2019, Jan 2021 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Weekly Demand: CBD Closed Deficit in Spring 2022

Feb 2020 to Aug 13, 2022



Source: STR. © 2022 CoStar Group



# Weekly Occupancy: Solid Summer Kickoff for CBD

Feb 2020  to Aug 13, 2022



Source: STR. © 2022 CoStar Group

# Weekly Occupancy: Recent DC Leader/Laggard Submarkets

Feb 2020 to Aug 13, 2022





Source: STR. © 2022 CoStar Group

# Weekly ADR: CBD Still Leads

Feb 2020  to Aug 13, 2022





Source: STR. © 2022 CoStar Group

# Weekly RevPAR: Solid Early Summer for CBD, Second Half Softer

Feb 2020  to Aug 13, 2022





Source: STR. © 2022 CoStar Group

# CBD occupancy improves substantially beginning Q2 2022

Washington DC CBD, occupancy, Jan 2020 – Jul 2022





# DOW segments recovering at similar pace until July

Washington DC CBD, occ by day of week, indexed to 2019, Jan 2022 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# While weekend ADR leads CBD rate recovery

Washington DC CBD, ADR by day of week, indexed to 2019, Jan 2022 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# CBD demand recovery reflects slow rebound to biz transient travel

DC CBD, Luxury & Upper Ups classes, demand indexed to 2019, Jan 2020 – Jul 2022



# CBD ADR growth slow but steady

DC CBD, Luxury & Upper Ups classes, ADR indexed to 2019, Jan 2020 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.   33

# Group recovery skewed to weekend, shoulders

Washington DC CBD, Lux & Upper Ups, **Group** occ, indexed to 2019, Jan 2022 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Group rate recovery evenly distributed by DOW until July

Washington DC CBD, Lux & Upper Ups, **Group** ADR, indexed to 2019, Jan 2022 – Jul 2022





Source: STR. 2022 © CoStar Realty Information, Inc.

# Summer vacations push weekend demand recovery ahead of weekday in July

Washington DC CBD, Lux & Upper Ups, **Transient** occ, indexed to 2019, Jan 2022 – Jul 2022



Source: STR. 2022 © CoStar Realty Information, Inc.



# Transient ADR reflects the skew to summer leisure travel

Washington DC CBD, Lux & Upper Ups, **Transient** ADR, indexed to 2019, Jan 2022 – Jul 2022



Source: STR. 2022 © CoStar Realty Information, Inc.





# Washington, D.C.
# Metro Market Forecast

# Washington, DC Metro Market Forecast

Key Performance Indicators

2020 – 2021 – 2022F – 2023F





| Metric | 2019 Actual | 2021 Actual | 2022 Forecast | 2023 Forecast |
|---|---|---|---|---|
| Occupancy* | 71% | 48% | 62% | 67% |
| ADR | $161 | $120 | $161 | $172 |
| RevPAR* | $113 | $58 | $99 | $115 |

Source: STR. 2022 © CoStar Realty Information, Inc.





# Outlook for Business Travel

Source: STR. 2022 © CoStar Realty Information, Inc.

# Outlook for Business Travel is Cloudy At Best



Less likely – "I **see airport issues as a major problem** for travel currently. I think business travel will be reduced by the fact that businesses have become **accustomed to virtual meetings**"

Less likely – "Business travels reduced drastically because **remote meetings and virtual conference came to replace old habits**."

Less likely – "More to do with my **employer's concerns** and **rules than what I would prefer to do**.

As likely – "In reality, I believe that in the future, the possibilities for business or leisure travel will be **influenced mainly by economic conditions**"

**Likelihood of business travel (Post pandemic)**



Not sure 3%
More likely 14%
As likely 43%
Less likely 40%

Jul 2022 traveller panel survey

Source: STR. 2022 © CoStar Realty Information, Inc.



# Business travel to meet suppliers and vendors is most likely to be reduced in the future while travel for in-person events is least likely to be reduced.

## Types of business travel in future compared with pre-COVID-19

Net Result



| | Net Result |
|---|---|
| In-person industry events / conferences / exhibitions | -26% |
| Training / team building events | -30% |
| Face-to-face meetings with customers | -35% |
| Visits to company HQ / regional offices | -37% |
| Face-to-face meetings with colleagues | -39% |
| Face-to-face meetings with suppliers/vendors | -45% |

■ Less  ■ Same  ■ More

Jul 2022 traveller panel survey

Q: Are you likely to undertake more, the same or less of the following types of business travel in the future compared with before the pandemic?
Base (Business Travelers excludes N/A and Not Sure responses): Jul 22 (n=max 345) | Net Result is difference between 'Less' and 'More' responses

Source: STR. 2022 © CoStar Realty Information, Inc.

42

# Summary





Recovery is on track and CBD ahead of last year's forecast

Business mix continues to be different from pre-pandemic business

Uncertainty remains with fears of slowing economy

Source: STR. 2022 © CoStar Realty Information, Inc.



# Thank You

Amanda Hite | CEO
ahite@str.com



Source: 2021 STR, LLC / STR Global, Ltd. trading as "STR". © CoStar Realty Information, Inc.
Any reprint, use or republication of all or a part of this presentation without the prior written approval of STR is strictly prohibited.
Any such reproduction shall specifically credit STR as the source.  This presentation is based on data collected by STR.
The information in the presentation should not be construed as investment, tax, accounting or legal advice.