**DC**

# DC's Mayor Bowser asks people to stay away from downtown Tuesday & Wednesday amid expected pro-Trump rallies

The statement comes as pro-Trump groups look to take the streets of DC to protest the 2020 Presidential Election results.

Ad 1 of 1                                                          00:15

Learn More



0:14

Author: **Nick Boykin (WUSA9)**
Published: **6:08 PM EST January 3, 2021**
Updated: **6:08 PM EST January 3, 2021**

 

WASHINGTON — After fights and clashes following the last two pro-Trump protests following the 2020 Presidential Election, Mayor Muriel Bowser called on people to stay away from downtown Washington.

In a statement released by Bowser's office on Sunday, the mayor said the Metropolitan Police Department (DC Police) will be fully activated and she's instructed District agencies to create a public safety response.

"I am asking Washingtonians and those who live in the region to stay out of the downtown area on Tuesday and Wednesday and not to engage with demonstrators who come to our city seeking confrontation, and we will do what we must to ensure all who attend remain peaceful," said Bowser in a Tweet on Sunday.



Trump supporters are planning a rally on Jan. 6, the same day Congress is set to officially approve the 2020 election results, according to a flyer on the Trump March website.

The organization's website said they plan to "demand transparency and protect the election integrity" after President Trump warned via Twitter that there would be a "very big" and "wild" protest on Jan. 6 after he refuses to concede due to unfound allegations of election fraud.

"The president is calling on us to come back to Washington on January 6th for a big protest--' Be there, will be wild,'" the group stated on a flyer posted on their website.

President Trump tweeted that the Director of the Office of Trade and Manufacturing Policy Peter Navarro released a 36-page report detailing evidence of alleged election fraud. President Trump claims that the report show statistics that prove it was impossible for him to have lost the 2020 election.



**RELATED:** Hotel Harrington to close ahead of planned MAGA rally

**RELATED:** Lower turnout at second Million MAGA March in DC

**RELATED:** 'Stop the Steal' | Claims from DC pro-Trump rally organizers fact-checked and contextualized

**RELATED:** 'Be there, will be wild' | Pro-Trump protest expected on day Congress set to certify 2020 election results

Download the brand-new WUSA9 app here.

*Sign up for the Get Up DC newsletter:* Your forecast. Your commute. Your news.

## This is McCaffrey's Favorite Casual Clothing Brand
Born in Denver, he grew up wearing flannels and jeans, so when he's not on the field, this is his go-to gear.

**Flag & Anthem** | Sponsored

## 29 Of The World's Most Ridiculous Motorhomes, Especially #8
Check these out!

**Yeah Motor** | Sponsored

Click Here

## [Pics] Alcatraz Escapee Waits 55 Years Then Contacts The FBI

**Buzzerilla** | Sponsored

Read More

## Camp Lejeune Per Person Compensation Revealed
Quiz: See If you Qualify For Camp Lejeune Compensation

**injuryclaimsservice.com** | Sponsored

Learn More

---

**New Electric Cars Cost Almost Nothing (Take A Look)**

**Electric Cars | Search Ads** | Sponsored

Click Here

---

**Dow, S&P 500 Dip Amid First Republic Issues**

Dow, S&P 500 close lower Wednesday as First Republic woes eclipse Big Tech earnings: Live updates

**eToro** | Sponsored

Read More

**18-year-old killed in elementary school parking lot shooting was driver in deadly Upper Marlboro crash**

wusa9.com

**4 teens charged with murder in slaying of Chicago police officer who was returning home from work**

wusa9.com

**LOADING NEXT ARTICLE...**