UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | |
| KENNETH JOSEPH OWEN THOMAS, | : | 1:21-cr-00552 (CRC) |
| | : | |
| Defendant | : | |
| | : | |

**DEFENDANT'S PROFFER AS TO ANTICIPATED WITNESSES**
**Emily Lambert**

Defendant KENNETH JOSEPH OWEN THOMAS ("Thomas"), through the undersigned counsel, John M. Pierce, Esq. and Roger Roots, Esq., and hereby responds to the verbal Order of the Court to explain the expected testimony of the witnesses that the Defendant expects to call at trial.

Initially, Defendant reserves and notes his objection that this procedure is unduly burdensome for an under-funded Defendant's legal team, as with most January 6 Defendants, but not shouldered in like manner by the well-funded U.S. Department of Justice with regard to its witnesses. Almost everything about these cases – rushed to court with many years left to run on statutes of limitations, but clearly not ready for prime time – seems geared towards swamping the few attorneys willing to provide a legal defense to these accused citizens.

**I. PROFERRED TESTIMONY OF EMILY LAMBERT**

E. Lambert is the Defendant's law firm's key researcher, who has spent hundreds of hours analyzing the video produced by the Government in this case (although the Government

has distributed "Global Production" releases common to most or all Defendants).

Between Ms. Lambert and Mr. Moseley, Mr. Moseley and the law firm counsel would prefer to rely upon Ms. Lambert.

Having laid as much of that foundation as the Court and counsel feel is necessary, Ms. Lambert would then identify the scenes depicted in the videos produced by the Government, one by one, for the purpose of placing those videos in the records.

Dated:  May 18, 2023　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　　　　**KENNETH JOSEPH OWEN THOMAS**,

　　　　　　　　　　　　　　　　　　　　*By Counsel*

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Roger Root, Esq.
　　　　　　　　　　　　　　　　　　　　John Pierce Law Firm
　　　　　　　　　　　　　　　　　　　　21550 Oxnard Street
　　　　　　　　　　　　　　　　　　　　3rd Floor, PMB #172
　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　　　　Tel: (213) 400-0725
　　　　　　　　　　　　　　　　　　　　Email: *jpierce@johnpiercelaw.com*
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed on this May 18, 2023, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants.  From my review of the PACER account for this case the following attorneys are enrolled to receive notice and a copy through the ECF system.

　　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481052

　　　　　　　　　　　　　　　　　　　　SAMANTHA R. MILLER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　New York Bar No. 5342175
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530

**Samantha.Miller@usdoj.gov**

SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
**Sean.McCauley@usdoj.gov**


_____/s/_____
Roger Root, Esq.