2/3/21



- Spec. Ops Division
  Traffic Enforcement
  Ut.
  - Traffic safety
  - Spec. events
  Squat for
  disturbances

- Special Assignment
  Teams
  - SAT of SOD

Spec. Ops
is primary
duty right
now, traffic
enforcement only 1x/wk
in Jan, reactionary force,
Stand by for disturbances

Center: **1/6**

- Got call to come @ 1500
- been @ convention center to support MPD
- Arrived @ 1530
  - shield officer, shield & stick
  - line personnel —
  - assemble in formation, front line ofc, first to be encountered
  - held line
- on walkway along W Terrace of USC, 2260 btw Capitol & inaug stage
  - we formed line ran E & W, faced N
  - intention to push rioters off Capitol grounds   N
- Already deployed gas, had mask on
  - we got in front b/c had shields & MPD didn't
  - tactical helmet, shield, outer vest cover (resolution protective suit), boots, leggings
- maintained line until ofc trying to get rioters out of USC

Central node: **W Terr.**

Branches from center:

- Line started going forward
- Some crowd started to resist, light @ first
- 1 or 2 tried to grab shield, numerous indivs trying to knock us down
- had to grab ofc back
- Hit 7-8x, Kicking my shield, I got knocked down after pushing someone to my L, hit from my [redacted], fell on ofc. [redacted]
- Some people had a flagpole, broken pole, hit ofc. to R, swung @ me but missed, metal pole from inaug. stage
- Said ways, pieces on it, piece of wood woman had
- never made contact w/ nye b/c shield
- if we hadn't had shields, prob on hurt party

[redacted: green____]

middle-aged guy, wearing brown or coyote brown, dark tan v. vocal

Dude, heavy set w/ beard, obey yellow oath

(People)

rest of it a free for all

▬▬▬▬▬▬▬▬ d. us.

Smashed nail on L thumb, L shoulder from holding shield

greenroom