UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   02/12/2021

███████████ Corporal, PRINCE GEORGE'S COUNTY POLICE DEPARTMENT, telephone number ███████████ email address ███████████ was interviewed by telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ███████████ provided the following information:

BACKGROUND

███████████ was a member of PRINCE GEORGE'S COUNTY POLICE DEPARTMENT's Special Operations Division in its Traffic Enforcement Unit. His ID was #█████

███████████'s usual duties included traffic safety. ███████████ was also a member of the Special Assignment Team ("SAT"), which was a "special events squad for disturbances." Since the riots on January 6, 2021, ███████████ admitted his traffic enforcement duties were "only once a week," and he was primarily engaged in his Special Operations duties as a "reactionary force, stand[ing] by for disturbances."

JANUARY 6

On January 6, 2021, ███████████ and other SAT members had "been at the convention center to support" the METROPOLITAN POLICE DEPARTMENT ("MPD") of D.C. SAT "got the call to come" to the U.S. Capitol at approximately 1500. ███████████ estimated they arrived at the U.S. Capitol at about 1530.

███████████ understood he would serve as a "shield officer" at the riots. A shield officer was "line personnel," who would "assemble in formation" as a "front line officer, first to be encountered" by the public and "hold the line." ███████████ was outfitted in his "tactical helmet (which had his #█████ on it), shield, outer vest cover, resolution suit, boots, [and] protective leggings." Since the rioters had already "deployed gas," ███████████ also wore a gas mask.

███████████ and his other SAT members were deployed to the "walkway along the West Terrace of the U.S. Capitol, between the Capitol and the inauguration stage." SAT "got in front because we had shields and MPD didn't" and "formed a line" running "east and west, fac[ing] north." MPD intended to "push rioters off Capitol grounds."

SAT "maintained the line," but did not act until officers had gotten rioters out of the Capitol building. ███████████ did not recall exactly when the "line started going forward." Some in the crowd "started to resist" being pushed, but it was "light at first." One or two individuals "tried to grab" ███████████ shield, and

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 02/03/2021 | at | Manassas, Virginia, United States (Phone) |
| File # | 89B-WF-3368293-214_AFO | | Date drafted  02/04/2021 |
| by | Alexis Brown | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

89B-WF-3368293-214_AFO

(U//FOUO) Interview of ▬▬▬▬▬

Continuation of FD-302 of ▬▬▬▬▬, On 02/03/2021, Page 2 of 2

"numerous individuals" were trying to knock ▬▬▬▬ and other SAT members down. A female officer fell and some in the crowd attempted to drag her away from the line, so ▬▬▬▬ "had to grab [her] back."

▬▬▬▬ was "hit 7 or 8 times" and several rioters were "kicking my shield." ▬▬▬▬ was "pushing someone to my left" when a rioter "hit from my right." ▬▬▬▬ fell on another SAT member, Officer ▬▬▬▬. One rioter had a "flagpole, a broken pole, metal pole from the inauguration stage," which he used to hit the officer to ▬▬▬▬'s right. The rioter swung the flagpole at ▬▬▬▬ but missed. One woman had a "piece of wood" which "said 'Ways and Means' on it."

▬▬▬▬ stated that no rioter made contact with him "because of the shield; if we hadn't had shields, it would have been a full-on hurt party." ▬▬▬▬ himself suffered only a "smashed nail on [his] left thumb."

INDIVIDUAL RIOTERS

▬▬▬▬ admitted the crowd was a "free for all...very chaotic." He recalled two individuals, a "middle-aged guy wearing a brown or coyote brown [dark tan] jacket" who was "very vocal," and a "heavy-set dude with a beard" who yelled at the officers present.

The Author sent ▬▬▬▬ pictures of three separate rioters who were depicted in a video with ▬▬▬▬ on January 6. ▬▬▬▬ identified Subject 1 as the "white male with the coyote brown jacket." Subject 1 was "one of the first to come in and start hitting/Pushing officer's on the line." Subject 1 "hit, grabbed and pushed" ▬▬▬▬. ▬▬▬▬ could not be sure whether the other identified rioters assaulted any officer on January 6.