FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     05/11/2023

CORPORAL ▮▮▮▮▮▮▮▮, PRINCE GEORGE'S COUNTY POLICE DEPARTMENT, was interviewed by webcast. AUSAs Samantha Miller and Sean McCauley attended the interview, as well as FBI SA Ryan Dittmar. After being advised of the identities of the interviewing Agents and the nature of the interview, ▮▮▮▮▮▮ provided the following information:

[AUTHOR'S NOTE: ▮▮▮▮▮▮ was interviewed previously by the Author about the events of January 6 on February 3, 2021. Any duplicative information was not memorialized herein.]

▮▮▮▮▮▮ was a Corporal with PRINCE GEORGE'S COUNTY POLICE DEPARTMENT ("PGPD"). There were 50 PGPD officers serving a three-day mission to support METROPOLITAN POLICE DEPARTMENT ("MPD") from January 5-7, 2021. The PGPD officers were acting under MPD's jurisdiction while in the District. On January 5, ▮▮▮▮▮▮ and other PGPD officers went to the D.C. convention center and "sat from 2 PM to 12 AM."

▮▮▮▮▮▮ expected January 6 would be the same as January 5. He and his officers assembled at PGPD's Riverdale Headquarters at noon. Instead, he was told to "throw [his] stuff on, quick, we're going in." Neither ▮▮▮▮▮▮ nor his fellow officers knew what was going on. His commanders briefed him on the situation while PGPD was on the bus to the U.S. CAPITOL ("USC"). Their mission was to "get between the crowd and the inaugural stage" and "keep [the crowd] from taking the stage."

▮▮▮▮▮▮ and his PGPD cohort arrived at the USC. By then, "it was too late" to prevent the crowd from taking the stage, as the crowd was "like ants." PGPD stationed themselves on the West side of the USC, facing North, between the walkway to the inaugural stage and the USC. PGPD got into formation but did not start pushing people away immediately. ▮▮▮▮▮▮ wanted to "make room for the [U.S.] CAPITOL POLICE ejecting people" from the USC. He also did not want to have his officers' backs to those people ejected from the USC.

PGPD took up the above position about 20 minutes before the "initial push to clear folks out." ▮▮▮▮▮▮ and his squad had experience with civil disturbances, including the FREDDIE GRAY demonstrations in Baltimore. PGPD "knew how to do formations." When PGPD lined up, the crowd moved ten yards back right away, though people "kept yelling and screaming." The MPD SOD Commander "yelled charge after clearing the [USC], we [PGPD] pushed [the crowd] back." ▮▮▮▮▮▮ issued "every conceivable command…to move back" to the crowd. ▮▮▮▮▮▮, however, "never said 'hold the line.'"

[AUTHOR'S NOTE: At this point, the AUSAs identified for ▮▮▮▮▮▮ the individual wearing a tan jacket and camouflage hat, whom ▮▮▮▮▮▮ acknowledged. The AUSAs identified said individual as KENNETH THOMAS, and the defendant in the instant case. This individual will be named as "THOMAS" in the remainder of the 302 for clarity.]

▮▮▮▮▮▮H remembered THOMAS. THOMAS was one of the first people PGPD encountered, as he was "in front" of the crowd. THOMAS "became very aggressive" and was "taking runs at my shield." THOMAS was also recording himself simultaneously. ▮▮▮▮▮▮ admitted that THOMAS "caught me ▮▮▮▮▮▮ crossfooted, right when he [THOMAS] was hitting me ▮▮▮▮▮▮, I ▮▮▮▮▮▮ fell on my back and another officer." ▮▮▮▮▮▮ was "scared I'd get trampled" and "really [thought he] was going to get stomped" at that point.

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 05/04/2023  at  Manassas, Virginia, United States (Phone) | |
| File # | 89B-WF-3368293-214_AFO | Date drafted  05/05/2023 |
| by | Alexis Brown, Ryan Dittmar | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

89B-WF-3368293-214_AFO
(U//FOUO) Interview of Corporal ▌

Continuation of FD-302 of ▌, On 05/04/2023, Page 2 of 2

▌ estimated his interaction with THOMAS lasted "maybe a couple minutes."

▌ also recalled a "group of guys having a conference" at the beginning of his time at the USC. The group was composed of "all white [men], tactical vests and helmets, tactical organizer on vests velcro'ed in." ▌ had a "sense they knew each other" and that they were "organized." One of the men in the group "gave a command and it was like 'go.'" This activity caused ▌ to remark to his superior that "these guys aren't just a normal mob, boss." ▌ acknowledged that "you give me 10,000 nuts that are motivated, you got a mob."

As rioters were cleared from other locations, ▌ and PGPD encountered those rioters coming from other sides. At the same time, more officers started appearing behind PGPD after the D.C. citywide emergency was announced. ▌ "got crushed" between the crowd and officers and could not tell whether his gun was holstered. ▌ could only move his head and "headbutted some guy back and forth" for some time. Eventually, the crowd started to disperse when PGPD pushed people to the Northeast corner of the USC.

From approximately 1900 to 0300 on January 7, PGPD remained at the USC as a reactionary force. ▌ went into the USC and met Senator SANDERS, Vice President PENCE, and Vice President-Elect HARRIS. ▌ was released at around 0300 and got back on the buses to Riverdale Headquarters. ▌ returned to his house at around 0400 on January 7. He was covered in "so much gas, so much OC spray" that he had to undress outside his residence.

▌ and PGPD returned to SOD at 1200 on January 7. He and his officers did not deploy to the USC. As ▌ drove down to D.C., he saw police cars from as far away as New York driving in as well.

▌ was not wearing a bodycam on January 6. ▌ reviewed USC CCTV footage with the AUSAs. From the footage's positioning, ▌ estimated the camera was pointing East to the inaugural stage behind it. ▌ identified himself "just above the yellow flag" in the video, wearing black with a shield. The footage reviewed occurred "pre-D.C. command." ▌ identified the individual who hit him as "the guy with the coyote brown jacket," which the AUSAs confirmed was THOMAS. This assault occurred at approximately 4:22:20 in the video. THOMAS hit ▌, which caused ▌ to fall in the video. ▌ did not push THOMAS back; THOMAS must have "bounc[ed] back from my shield or kicked off it."

The AUSAs showed ▌ a compilation video of footage created by a third party. ▌ identified himself as the officer on the ground in one of the videos. When THOMAS was repeating "let him up," THOMAS was not interacting with ▌. ▌ identified himself interacting with THOMAS in the bottom right video. THOMAS did not engage with ▌ again after their interaction. ▌ recalled THOMAS telling officers that "we're [the crowd] on your side." ▌ felt THOMAS "had a funny way of showing" support for officers.

▌ joined the U.S. ARMY as a policeman. January 6, 2021 was "one of the few times I was honestly scared." That day, ▌ thought he "mighta bitten off more than I can chew." There was "nothing like this before" in ▌'s experience.

UNCLASSIFIED//FOUO