FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    01/23/2023

█████████████████ Corporal, PRINCE GEORGE'S COUNTY POLICE DEPARTMENT (PGCPD), telephone ████████████████, email address ████████████████████████, was interviewed by telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ████████ provided the following information:

████████ was a member of PGCPD's Special Operations Division in it's Traffic Enforcement Unit. His ID was #████. His usual duties included traffic safety. He was also a member of the Special Assignment Team ("SAT"), which was a "special events squad for disturbances."

On January 6, 2021, ████████ and other SAT members had been at the convention center to support the Metropolitan Police Department ("MPD") of D.C. SAT was requested to the U.S. Capitol at approximately 1500. ████████ estimated they arrived at the U.S. Capitol at about 1530.

████████ understood he would serve as a shield officer at the riots. ████████ was outfitted in his tactical shielded helmet (which had his #████ on it), shield, outer vest cover, resolution suit, boots, [and] protective leggings." He also wore a gas mask.

████████ and his other SAT members were deployed to the "walkway along the West Terrace of the U.S. Capitol, between the Capitol and the inauguration stage." SAT "got in front because we had shields and MPD didn't" and "formed a line" running "east and west, facing north." MPD intended to "push rioters off Capitol grounds."

==SAT "maintained the line," but did not act until officers had gotten rioters out of the Capitol building. ████████ did not recall exactly when the "line started going forward." Some in the crowd "started to resist" being pushed, but it was "light at first." One or two individuals "tried to grab" ████████ shield, and "numerous individuals" were trying to knock ████████ and other SAT members down. A female officer (Officer==

| Investigation on | 01/20/2023 | at | Ocala, Florida, United States (Phone) |
|---|---|---|---|

File # 176-JK-3496432      Date drafted   01/20/2023

by S████ B████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents to be distributed outside your agency.

DEFENDANT EXHIBIT
445
Case No 1 21-cr-00552 (DLF)

FD-302a (Rev. 5-8-10)

176-JK-3496432

Continuation of FD-302 of (U) Interview of Corporal ████████ , On 01/20/2023 , Page 2 of 2

████) fell and some in the crowd attempted to drag her away from the line, so ████ tried to rescue her from "being kidnapped". One woman had a "piece of wood" which "said 'Ways and Means' on it."

[Agent Note: ████ reviewed two photographs provided to him prior to the interview. These photographs were attached as a digital 1A for reference.]

████ stated he was the officer who had his facemask grabbed in the aforementioned photograph. ████ remembered this person had leverage on his helmet due to the chinstrap which caused his head to be pushed back and up.

████ also recalled at one point the crowd pushing his shield to the side which caused his arm to be pinned. He believed that if the pressure continued, his arm would surely be broken.

████ was equipped with a body camera on this day however it was knocked off prior to this incident and never recovered.

████ provided that he was an Army Veteran who served in Desert Storm and January 6, 2021 was the "most surreal day" he had ever experienced. He also described this day as "total chaos" and "absolute pandemonium."

DEFENDANT EXHIBIT
445
Case No: 1:21-cr-00552 (DLF)