# McCauley, Sean (USADC)

| | |
|---|---|
| **From:** | Leano, DanPatrick E. (MPD) |
| **Sent:** | Sunday, April 25, 2021 10:54 PM |
| **To:** | Brown, Alexis (WF) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - |

Apologies for the delay. I understand that you've been trying to get in touch with me about the events on January 6. I am a midnight officer so my schedule is a little weird. If you would like to speak over the phone, let me know what days would be best for you. I am usually off Thursday through Saturday. Those would be the days I would actually be awake during the daytime hours.

Ofc Leano


Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone


We need everyone in our community to pre-register for a vaccination appointment by going to vaccinate.dc.gov or calling 1-855-363-0333. Already vaccinated or pre-registered? Reach out to friends, family, coworkers, and neighbors and help them pre-register. Together we can save lives and end this pandemic. #DCHOPE