1

- X Started near "some hotel" in a van with other
  X officers
- Saw a mass of people walking toward the Capitol
- X Parked a block or 2 from Capitol
  X "afternoon"

Background:
X - 6 years MPD
X - Patrol Officer
X - PSA 607 - Good Hope Rd to Penn Ave

X - 1/6 "started early", roughly @ 5-6am
X - not normal patrol that day - was assigned to CDV

X Drove through crowd to Capitol
X because heard about "weapons" on radio, supervisor said so
X Got out of Van - X helmet, Chem masks?
X no shields
X • hearing 1033 over radio "send everybody"
X • not very often does he hear 1033
X •• felt different from anything he had heard on radio before
X • 1033 is highest tear of back up (whereas "Code 2" is lowest)
  • "screaming 1033" coming through radio
X - Walked down street toward Capitol
X - X - people yelling "traitor" on walk to Capitol
  X - Started running
  X - went past sec. trailer
  X - more yelling

X First violent encounter:    *initially just MPD, then others*
   X - had to push people back
   X - joined other officers (CDU 64 + others) to form line
   X - 1st push was 1st violent encounter
   X - risers to the left (grandstands)
   X - someone over loud speaker urging "soldiers" to go inside w/him

X [Showed 3D rendering of Capitol]   (west front)
   X - started to right of risers as facing Capitol
   X - when "made our push" moved North to other side of risers

X - Remembers "old lady bleeding", "guy tried to steal baton"

~~scribbled out~~
X Show Video 9W6 (███, 3rd BWC)
   - "I remember brown jacket guy"
X - "I think he's the guy who tried to steal my baton. I distinctly remember" tussling with guy, wrestled to ground,
   X - was holding baton in front of body, he grabbed
X baton, I twisted it, wheel fell to ground, I regained
X control, got up + moved back to line
   X - ID'd individual in Green jacket grab baton upon seeing video

X Recalled 2 altercations seen in video
   - believes he might have been yelling "get back"
   X - second altercation was a "crushing push" from Thomas
   ~~video~~

3

X - ■ does not recall specifically telling people to leave the
X     grounds but believes he would have based on normal SOP
X     practices for crowd control. (Physical engagement "push" with
      verbal command)

X - ■ ID'd 16:26:09 his 5.11 "search gloves" + his X
KV BWC    → X 6039 BCMP video X                    magazines +
          * and the jacket he was wearing was personally X training kit Y
          X bought, ID'd velcro patch on wrist of sleeve  he personally bought

X ■ agreed almost Identical to his BDU

                    305 X
X "Showed additional split screen rendering of same videos with
Thomas's    words on screen (including BWC + Thomas's personally shot video)
            X - Did not ID self          9WG - Leano
            X - Second view ID'd self in Thomas's video (first time)    GMP - KV

               303 X
X Showed second split screen video of open source showing Thomas engaging w/
■ line
X - ID Leano himself in line of officers because of TECC
   setup in front of exit. - Thomas video
X - Again ID'd himself on Thomas's video

X Felt compacted by trash compactor
X "Traitor"
X ~~~~~ Trying to steal baton

X We succeeded slowly but surely, @ there was fighting along the

4

X - flring memory:
X - fighting for "dear life"
X - tight quarters
X - anxiety of anticipation related to uncertainty of what "rioters" were going to do + so many people