FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    05/11/2023

Officer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ METROPOLITAN POLICE DEPARTMENT (MPD) was interviewed at ▓▓▓▓▓▓▓ NW, Washington, DC. Assistant United States Attorneys (AUSAs) Samantha Miller and Sean McCauley attended the interview in person, and FBI Special Agents (SAs) Alexis Brown and Ryan Dittmar attended the interview via Microsoft Teams. After being advised of the identities of the interviewing AUSAs and SAs and the nature of the interview, ▓▓▓ provided the following information:

▓▓▓ has been an MPD patrol officer for six years. His patrol territory is PSA 607, covering Goodhope Road to Pennsylvania Avenue in Washington DC.

▓▓▓ shift on January 6, 2021, "started early, roughly 5 or 6 a.m." ▓▓▓ was specifically assigned to the Civil Disturbance Unit (CDU) that day, which was not his typical patrol duty.

"After noon" on January 6, 2021, ▓▓▓ unit was sitting in a van near "some hotel a block or two from the United States Capitol (USC)." ▓▓▓ saw "a mass of people walking toward the Capitol." Shortly, thereafter, ▓▓▓ unit was notified over their radios and from their supervisor that the USC had been breached. ▓▓▓ van moved through the crowd in the direction of the USC. When they arrived at the USC, ▓▓▓ and his fellow officers exited the van and put on "helmets and chem masks." They did not use shields.

▓▓▓ and his unit started hearing "1033" calls over their radios. "1033 means 'send everybody!'" "1033 is the highest level of backup request the MPD uses and is very rarely used." The calls ▓▓▓ was hearing at the USC "felt different from anything I had heard on the radio before." The intensity of the 1033 calls turned into screams for backup.

▓▓▓ and his unit walked towards the USC. They received insults from protestors along the way, including "traitor." ▓▓▓ and his fellow officers began running as they approached the USC, passing the security trailer. Protestors continued to yell insults at them as well as "don't hurt them." ▓▓▓ was not aware of who "them" was in reference to.

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on  05/04/2023  at | Washington D.C., District Of Columbia, United States (In Person, Phone) |
| File #  89B-WF-3368293-214_AFO | Date drafted  05/08/2023 |
| by  Ryan Dittmar, Alexis Brown | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Case 1:21-cr-00552-DLF   Document 139-6   Filed 05/20/23   Page 2 of 3

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

89B-WF-3368293-214_AFO

(U//FOUO) Interview of Officer ▮▮▮▮

Continuation of FD-302 of ▮▮▮▮, On 05/04/2023, Page 2 of 3

▮▮▮▮ first violent encounter occurred on the West side of the USC with "the risers to the left." ▮▮▮▮ and his unit formed a line with CDU 64, another MPD unit, before other officers from various agencies arrived to fortify the line. The goal of the line was to push the crowd that had amassed on the Upper West Terrace back from entering the USC. The crowd's first push into ▮▮▮▮ line was ▮▮▮▮ first violent encounter at the USC on January 6, 2021. Someone over a "loudspeaker was urging 'soldiers' to go inside with him."

[Agent Note: AUSAs showed ▮▮▮▮ a 3D rendering of the USC.]

▮▮▮▮ identified the right side of the risers (as seen from the West of the USC) as the location where he first joined the line of officers trying to push the crowd north off the USC Upper West Terrace.

▮▮▮▮ distinctly remembered "an old lady bleeding" and a "guy tried to steal my baton."

[AGENT NOTE: AUSAs showed ▮▮▮▮ his body camera (BWC) footage ending in 9WG from January 6, 2021.]

▮▮▮▮ remembered "brown jacket guy" seen in the video. "I think he's the guy who tried to steal my baton. I distinctly remember tussling with that guy, wrestled to the ground." ▮▮▮▮ had been holding his baton in front of his body with both hands. An individual in the crowd grabbed his baton then "I twisted it, we fell to the ground, I regained control [of the baton], got up, and moved back into the line [of officers]."

[AGENT NOTE: AUSAs disclosed that the man ▮▮▮▮ called "brown jacket guy" is named KENNETH THOMAS (THOMAS). After viewing his entire BWC, ▮▮▮▮ corrected himself that the individual who grabbed his baton wore a green jacket though he did remember THOMAS.]

In addition to the baton incident, ▮▮▮▮ recalled a second physical incident, where THOMAS delivered a "crushing push."

▮▮▮▮ does not specifically remember telling people to leave the USC grounds but believes he would have done so based on normal practices MPD teaches and which ▮▮▮▮ employs as part of crowd control tactics. The practice includes a command to get back. If the command is not followed, a physical engagement occurs, and the officers yell "push."

[AGENT NOTE: AUSAs showed ▮▮▮▮ BWC footage from another officer in the line near ▮▮▮▮ The BWC number is X6039BCMP.]

UNCLASSIFIED//FOUO

89B-WF-3368293-214_AFO
(U//FOUO) Interview of Officer ▮▮▮▮

Continuation of FD-302 of ▮▮▮▮, On 05/04/2023, Page 3 of 3

At 16:26:09, ▮▮▮▮ identified his 5.11 brand "search gloves" and his magazines and trauma kit he personally bought, not MPD issued. ▮▮▮▮ also identified his jacket due to the unique velcro strap on the wrist of the sleeve. ▮▮▮▮ agreed that this BWC footage was almost identical to his own BWC footage.

[AGENT NOTE: AUSAs showed ▮▮▮▮ Exhibit 305X, a split screen rendering of ▮▮▮▮ BWC footage, BWC X6039BCMP, and videos personally recorded by THOMAS, each with THOMAS's spoken words captioned on the videos.]

During ▮▮▮▮ initial viewing of the video, ▮▮▮▮ did not identify himself. Upon second review, ▮▮▮▮ identified himself in the front line of officers on THOMAS's self-shot video.

[AGENT NOTE: AUSAs showed ▮▮▮▮ Exhibit 303X, another split screen rendering of open source videos showing THOMAS engaging with ▮▮▮▮ line.]

▮▮▮▮ identified himself twice on the front line of officers due to the unique setup of his kit.

▮▮▮▮ most distinct memories from January 6, 2021, include feeling like he was "in a trash compactor" due to the tight quarters and police line and crowd pushing against each other; being called a "traitor"; the man trying to steal his baton; that he was "fighting for a decent amount" of the time; and the "anxiety of anticipation related to uncertainty of what rioters were going to do and so many people."

"We succeeded slowly but surely. there was fighting along the way." ▮▮▮▮ felt a "relief after getting off the terrace." Only at that point was ▮▮▮▮ able to look out and realize how many people there were.

UNCLASSIFIED//FOUO