- Has not been int. about Jan 6 before.

- Been w/ MPD 5 yrs - Patrol officer 6th District
- was same pos. on 1/6
- Assigned to CDU w/ - crowd control
- Diff. than normal assign. but knew the assignment before

- Supposed to report sometime in the morning
- Didn't know when he showed up exactly, where he'd be
- Dressed in full police uniform - Patrol w/ radio, working etc.
- Didn't really know spec. why he was on CDU that day
- had helmet, gas mask, collapsible baton
- Doesn't remember exactly where he was sent but not the Capitol → remem. at some point going to the Capitol & thinks it was the afternoon.
- Turned BWC when arrived at Capitol about 14:39 acc. to time stamp.
- Doesn't remem. where he was told to go, just followed squads.
- Never policed at Cap. & had been there maybe once.

There were civilians on side of where they were yelling + screaming.

Objective - told to hold the line & standby, prevent people from going past.

- Weather - overcast, cold, grd was muddy

- Vaguely remembers Barnett. Was arm's length from him. (When shown his speech on his BWC).
15:23:35 - He remembered this part when B. said "I own this."
A lot of people were saying a lot of things that day. I just sort of tuned them out.
- Doesn't remember seeing him at any other times.

15:22:17 - Doesn't really know what the thing is in his hand.

- He did not mace anyone. Didn't deploy mace. After they pushed everyone back, he went into the building, but no one was left in the building that wasn't supposed to.

- Was constantly wondering what was going to happen next & why they were just standing there holding the line.

- Other agencies w/ full gear came to assist. Lined up in front of them w/ shields.

- One guy tried to steal his baton. The guy went to the grd. + he was able to retain his baton.

- Didn't sustain any injuries.

- Remembers being hit by something in the forearm + the head

- Anyone standing there was hindering what they were trying to accomplish.

- He felt threatened when they tried to take his baton.