FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     08/05/2022

On August 2, 2022, Metropolitan Police Department (MPD) Officer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, was interviewed at the United States Attorney's Office for the District of Columbia located at 601 D Street NW, Washington, D.C. Present during the interview were FBI Special Agent Kimberly Allen, AUSA Alison Prout, and AUSA Mary Dohrmann. After being advised of the identity of the interviewers and the nature of the interview, ▓▓▓ provided the following information:

▓▓▓ has not been interviewed regarding January 6, 2021 events prior to August 2, 2022.

▓▓▓ has been with MPD for approximately five years as a patrol officer in the sixth district. On January 6, 2021, ▓▓▓ was assigned to Civil Disturbance Unit (CDU) 61 for crowd control. This CDU assignment was different than ▓▓▓ normal assignment, but ▓▓▓ knew the assignment before January 6, 2022. ▓▓▓ was supposed to report for duty sometime during the morning of January 6, 2021. ▓▓▓ did not know prior to arriving exactly what ▓▓▓ duties would be that day. ▓▓▓ was dressed in full police uniform with a helmet, gas mask, collapsible baton, radio, and other gear. ▓▓▓ did not know specifically why he was on CDU that day. ▓▓▓ does not recall exactly where he was assigned on January 6, 2021, but it was not at the Capital building. ▓▓▓ recalls going to the Capitol at some point but does not recall the specific time. ▓▓▓ believes it was the afternoon.

▓▓▓ turned his body worn camera on when he arrived at the Capitol on January 6, 2021. ▓▓▓ does not remember where he was told to go, but ▓▓▓ followed his squad. ▓▓▓ had never policed at the Capitol before and had only been there once in a personal capacity.

There were civilians at the Capitol who were yelling and screaming. ▓▓▓ objective when he arrived at the Capitol was to hold the line, prevent people from getting past, and standby. The weather on January 6, 2021 was overcast and cold. The ground was muddy.

| | |
|---|---|
| Investigation on 08/02/2022 at | Washington DC, District Of Columbia, United States (In Person) |
| File # 266T-LR-3367829 | Date drafted 08/05/2022 |
| by Kimberly Rae Allen | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.


266T-LR-3367829

(U) Interview of MPD Officer ▮ Patrick

Continuation of FD-302 of ▮▮▮ , On 08/02/2022 , Page 2 of 2

[Agent Note: At this point in the interview, ▮▮▮ was shown portions of his MPD body worn camera footage from January 6, 2021. Times listed below are approximate.]

▮▮▮ vaguely remembered Richard Barnett when he saw him on the body worn camera. ▮▮▮ was an arm's length from Barnett. At 15:22:17 in the camera footage, Barnett is shown with a device on his person. ▮▮▮ did not know what the device was. At 15:23:35 in the camera footage, ▮▮▮ remembered Barnett when Barnett said, "I own this." A lot of people were saying a lot of things that day, and ▮▮▮ sort of tuned them out. ▮▮▮ does not recall seeing Barnett at any other time on January 6, 2021.

▮▮▮ did not use spray on anyone, and ▮▮▮ did not get sprayed. After the officers pushed everyone back from the line, ▮▮▮ went into the building. No one was left in the building who was not supposed to be.

▮▮▮ was constantly wondering what was going to happen next on January 6, 2021 and why the officers were just standing there holding the line and not doing anything else.

Other agencies with full gear came to assist at some point and lined up in front of ▮▮▮ and other officers with shields. There was a man who tried to steal ▮▮▮ baton. The man went to the ground, and ▮▮▮ was able to retain the baton. ▮▮▮ did not sustain any injuries on January 6, 2021. ▮▮▮ remembers being hit by something on the forearm and the head. ▮▮▮ felt threatened when the man tried to steal ▮▮▮ baton. Anyone standing on the grounds by the line was hindering what the officers were trying to do that day.