FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/28/2022

███████ ███████ (DET. ███████) phone number: ███████, email address: ███████dc.███ was interviewed by telephone on February 11, 2022, by Federal Bureau of Investigation (FBI) Task Force Officer (TFO) Barry Kays. After being advised the identity of the interviewing officer and the nature of the interview, the following information was provided:

DET. ███████ ID# ███ had been employed by the DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT (MPD) for 18 years. He is currently a Detective for the 7th District. He had prior non-sworn law enforcement experience with the Bureau Of Alcohol, Tobacco, Firearms and Explosives (ATF).

On January 6, 2021, he was assigned to the Narcotics Warrant Squad. He wore a blue "BDU" (utility) uniform with a blue vest. He had a helmet, gas mask and shield. His squad was in charge of the transportation and processing of arrested subjects. They staged at the "convention center," but were redirected to the US Capitol. He didn't know what wasn't going on, but once there, he saw "a mass of people and smoke." His squad put on their helmets and gas masks. They walked to the crowd and formed a line to stop the people that were trying to "rush" the US Capitol. His squad moved to the US Capitol's west steps, where they were initially able to stop people. The "situation calmed." People talked to them nicely. There were surges that ebbed and flowed. His squad was relieved by officers with shields. DET. ███████ went inside the US Capitol to the bathroom and then an MPD Lieutenant called them to the Lower West Terrace, saying they needed help.

DET. ███████ entered the Lower West Terrace tunnel where he stayed for approximately an hour. He was hit in the head with objects thrown by the crowd. He deployed pepper spray on the rioters trying to enter the tunnel. Officers came in with pepper balls and that cleared them out. DET. ███████ assisted with other officers and "pushed them (the crowd) away from the Capitol."

DET. ███████ previously reviewed his Body Worn Camera (BWC) video. Regarding the explosions at approximately 4:48 p.m., DET. ███████

UNCLASSIFIED//FOUO

Investigation on  02/11/2022  at  Ocala, Florida, United States (Phone)

File #  89B-JK-3455137                                    Date drafted  03/25/2022

by  KAYS BARRY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

remembered them. He was standing in the middle of the officers in the tunnel. He saw the device "coming in." The fuse was "burning like a sparkler." He remembered it spinning, burning and bouncing off the tunnel's wall. It was extremely loud and sounded "metallic" went it hit the wall. The device exploded and he expected to feel the pain or sting of shrapnel striking his body. There were other explosions throughout the day, but this was the only one that exploded in the tunnel. The explosion was "pretty bright" and he "went blind for a second." His ears rung after. He only remembered one explosion. The explosion "scared the hell out" out of him. He said it was worse than a gunshot, because it was an explosion. He expected an officer next to him to have his "leg blown off". It distracted him for few seconds, but after he realized he wasn't injured he continued trying to stop the incoming crowd.

DET. ▮▮ remembered OFC. ▮▮ and OFC. ▮▮ being next to him in the tunnel.

[TFO Note: It was later determined that OFC. ▮▮ was not present in the tunnel during the explosion.]

[TFO Note: Electronically attached as a 1-A is a snapshot from DET. ▮▮ BWC video that recorded the device exploding in the tunnel.]