## Approach
- pulled up on Indep. by May be on map
- walked laterally to USC, on paths
- got geared up before going up
- about 15 of us
- 1st encountered crowd by scaffolding on S side
- don't remember if fencing

## 1st interactions
- seemed like gen. protest @ that pt.
- there was an MPD official, white shirt, black jacket, cap w/ gold leaf
- he was coming back toward us, coughing
- we came around S terrace, saw plumes of smoke
- started encountering people on W Terrace, formed up on NW, don't recall exactly — we were just beyond scaffolding, near flight of stairs
- I was stationary in one spot, wasn't there long

## Cont.
- 1st time I used loy white vinyl, sign to speak under, I don't know what they were thinking, got replaced soon after up there
- tried to push us 2-3 times, we stopped them
- Bullard, it was 1.5-2 hrs
- on my L
- group w/ shields replaced us
- I went inside to go to bathroom, came out to NW Courtyard (?), ascended to tunnel
- heard taser go off
- helped folks in the tunnel for an hour

- remembered guy w/ baseball bat @ tunnel
- don't recall anyone @ the top

(Cont.)

We were stopping people from coming up the stairs

BWC:
- reviewed BWC, confirmed it upon sight
- This assault before vinyl sign, this was the 2nd
- fell, tried not to fall on old guy w/ cane
- didn't know guys near me except for Nickerson, got separated
- no injuries from this interaction
- def my bodycam from 1/6
- don't remember Δ from vid, no memory

(Cont.)
- people trying to talk to me
- go about election, etc.
- something about oaths, don't recall exactly
- you're on wrong side
- no electoral college

Do recall 2-3 efforts to repel crowds, a lot of people coming, Δ was part of mass based on BWC

Asked mission for going to USC — didn't think there was one → (Approach)

was told to put helmet/gas mask on

(Approach) —
- That's a use of force
- you just fell in line, we marched up, I saw fuel, smoke, radio help, realized something real going on — was loud
- filled in where we needed to, no specific direction, clear they needed to be pushed back, away from USC

1436 - @ Inder Ave. → (longer BWC)

1445 - walking N w/ unit

(longer BWC) —
- got into positions by stairs around 1450
- we were up there quite some time

It was a protest to me, same as what we'd been dealing w/ all summer, diff group of people

What you think of that day — you want to protest, it went too far, the stupidity of it, when you up violence, it's too far

I posted that day on FB that I was safe and there — Granderson

Haven't testified in any J6 proceeding, # 1 FBI agent over a yr ago re tunnel

Done Gifs from uncountable times