

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry: 05/11/2023

OFFICER ▮▮▮▮▮ METROPOLITAN POLICE DEPARTMENT ("MPD"), Shield Number ▮▮, was interviewed at the U.S. Attorney's Office for the District of Columbia, ▮▮▮▮▮, NW, Washington, D.C. 20001. AUSAs Samantha Miller and Sean McCauley attended the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮▮ provided the following information:

▮▮▮▮▮ joined MPD around 2018 and was assigned to Sixth District ("6D") in Patrol and later, traffic enforcement.

On January 6, 2021, ▮▮▮▮▮ was on MPD's Civil Disturbance Unit ("CDU"). The CDU was "activated" in advance of January 6. ▮▮▮▮▮ explained that "activated" did not necessarily mean his unit responded to any given situation. "Activated" meant his unit would be "dressed" in "full riot gear" and staged someplace, with the understanding they would "stay here, we'll call you if we need you." "Dressed" included CDU's "full turtle suit, all pads head to toe, helmet, gas mask," and, for January 6, a shield. The CDU was a "last resort" response unit. ▮▮▮▮▮ understood if CDU was called out, "it means shit hit the fan."

CDU was activated on all First Amendment events, but not necessarily dressed. CDU was always activated during the summer of 2020.

▮▮▮▮▮ arrived at 6D's main station at approximately 1300 or 1330 on January 6. He had heard "commotion, a lot of screaming and yelling" on the radio while driving in. This was "not common" to hear. When ▮▮▮▮▮ arrived, his lieutenant, LIEUTENANT ▮▮▮▮▮, told him to "go get dressed" and meet in the back parking lot to go to the U.S. CAPITOL ("USC").

▮▮▮▮▮ and his CDU parked facing West on the South side of the USC at around 1400 or 1500. As soon as ▮▮▮▮▮ exited his car, "you could taste the OC spray and CS gas." They came up the South path and ended up on the Southwest Terrace, where they put on gas masks. ▮▮▮▮▮ acknowledged it was "a bad situation when you smell OC spray."

As they came up the South path, people started yelling at them that they were "stepping in her blood." ▮▮▮▮▮ did see blood, but no corresponding person bleeding. As they proceeded West on the Terrace, ▮▮▮▮▮ saw "a sea of people, a large crowd on the West side" and in front of the USC.

[AUTHOR'S NOTE: The AUSAs showed ▮▮▮▮▮ a labeled, three-dimensional rendering of the USC.]

▮▮▮▮▮ identified the grandstand where he saw a large crowd pushing from the West side of the USC. There were a lot of law enforcement officers there as well, including officers from PRINCE GEORGE'S COUNTY POLICE DEPARTMENT ("PGPD") and VIRGINIA STATE POLICE. STACKS directed them to the first line of officers they saw on the Upper West Terrace. The police line was there to keep the crowd away from the center of the USC and prevent the crowd from entering. ▮▮▮▮▮ went down the ramp to join the line and heard glass breaking near the USC. Once ▮▮▮▮▮ joined formation, the officers' goal was to wait for the command, then push the crowd toward the North side stairwell to clear the crowd out. ▮▮▮▮▮ estimated CDU had been at the USC approximately 30 minutes at this point.

UNCLASSIFIED//FOUO

Investigation on 05/09/2023 at Washington, District Of Columbia, United States (In Person)

File # 89B-WF-3368293-214_AFO                                Date drafted 05/11/2023

by Alexis Brown

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

89B-WF-3368293-214_AFO

Continuation of FD-302 of　(U//FOUO) Interview of Officer ▓▓▓▓ MPD　, On 05/09/2023　, Page 2 of 2

At the command, ▓▓▓▓ said "'move back,' over and over again, giving directions so they [the crowd] know they're not supposed to be there." PGPD moved to the front of the officer line because PGPD had big shields. The crowd was "not happy with" the officers. ▓▓▓▓ recalled a "lady cursing me out, two BOLO guys with beards." People were telling ▓▓▓▓ the USC was "their house and all those shenanigans."

▓▓▓▓ reviewed his bodyworn camera footage.

[AUTHOR'S NOTE: At this point, the AUSAs identified for ▓▓▓▓ the individual wearing a tan jacket and camouflage hat, whom ▓▓▓▓ acknowledged. The AUSAs identified said individual as KENNETH THOMAS, and the defendant in the instant case. This individual will be named as "THOMAS" in the remainder of the 302 for clarity.]

▓▓▓▓ remembered THOMAS, who had "red on the side of him." THOMAS was "trying to resist our line, penetrate our line." THOMAS wanted to "hold his own line," but the crowd did not have a line. THOMAS was "lowering his shoulder, like a hockey hit into the boards" with ▓▓▓▓ It was a "self-initiated contact" by THOMAS. THOMAS was "creating a situation where [officers] had to push him back." THOMAS was an "instigator, he was trying to get it going."

▓▓▓▓ was repeating "move back" or "hold." ▓▓▓▓ did not say "hold the line" at any time he could remember in his career. "Hold the line" was "a movie quote." MPD's usual command was just "hold," meaning officers should stop and firm up the line.

▓▓▓▓ reviewed another video of footage. ▓▓▓▓ identified ▓▓▓▓ walking down the ramp, with ▓▓▓▓ in front of ▓▓▓▓ ▓▓▓▓ recalled "there was brawling up top, he [THOMAS] was in the middle of it."

Near the end of his interaction with THOMAS, ▓▓▓▓ moved back to close a gap in the line. Even when police pushed them off the steps, the crowd was "still fighting." ▓▓▓▓ remained active for the rest of the night. He arrested a "guy with a gun" after curfew. The CDU guarded the front of the USC all night. ▓▓▓▓ day ended at 0900 on January 7, and he returned for his shift at 1500 that same day.

January 6 was "one of those days you never forget." ▓▓▓▓ felt he had "PTSD" from his experiences that day. He experienced "zoning out reactions" when reminded of January 6, especially when watching MICHAEL FANONE's interview. ▓▓▓▓ could not go to any mall or crowded area for months after January 6.

▓▓▓▓ had a FACEBOOK account, but did not think he posted any opinions about January 6 on it. He would provide postings after the interview. He has testified previously, but never in federal court. ▓▓▓▓ had no previous interactions with any January 6 proceedings.

[AUTHOR'S NOTE: At the conclusion of the interview, ▓▓▓▓ completed a GIGLIO questionnaire with AUSA Miller.]

UNCLASSIFIED//FOUO