5/9/23

▮

Responded beforehand to DNC HQ prior to 10am b/c of sus pkg near LOC

Radio transmissions heard there
- ofcs calling for assist, 1033
- we were chomping @ bit to go, some discussion above, we went as a unit

Exh 119 shown:

- came from S side → [119]
- moved N until everyone cleared → [119]
- issues before taking stairs to go down, people pushing back → [119]
- situated himself behind bleachers @ 1510 → [119]

- we were forming police line, monitoring crowd → [inter-xns w/ people]
- WM, tan clothing, brownish → [inter-xns w/ people]
- There were people sitting down canopy under bleachers → [inter-xns w/ people]
- no force used, interxn didnt require force → [inter-xns w/ people]
- no arrest, could have, safety of ofcrs said no, hostility of crowd → [inter-xns w/ people]

Put on ~~Wore~~ riot gear before going to USC @ USBG
- had 40 ml on, helmet


22:28 — recognized self

ex: 504

- part from BWC removed where I tell him to put away knife & back up
- Δ appeared to turn off camera @ AC approach

Emerg. Resp. Team
ERT unit mission on 1/6 — @ USC, clear out bleacher area & push crowd back
— duty assignment was active shooter response, if one materialized, usual for every major event, incl. 2020 summer, Cap One arena events

Recalled using chem agent once after clearing staircase, crowd being pushed out
Didn't use weapon, asp, baton