FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     05/11/2023

Officer ▬▬▬ ▬▬▬ METROPOLITAN POLICE DEPARTMENT ("MPD"), Badge Number 2457, was interviewed at the U.S. Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, D.C. 20001. AUSAs Samantha Miller and Sean McCauley attended the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, ▬▬▬ provided the following information:

[AUTHOR'S NOTE: ▬▬▬ was previously interviewed about January 6, 2021, memorialized in Serial 120.]

▬▬▬ clarified that he was a part of MPD's Emergency Response Team ("ERT) on January 6, 2021. His duty assignment on January 6 was to respond to any active shooter situation. This was "usual for every major event." ▬▬▬ had been given this duty assignment during the summer of 2020 and events at CAPITAL ONE ARENA in D.C.

Prior to his deployment to the U.S. CAPITOL ("USC"), ▬▬▬ responded to reports of a suspicious package at the DEMOCRATIC NATIONAL COMMITTEE HEADQUARTERS ("DNC") near the LIBRARY OF CONGRESS. ▬▬▬ estimated he responded there prior to 1000. ▬▬▬ heard radio transmissions of "1033 calls," officers calling for assistance. ▬▬▬ and his unit were "chomping at the bit" to respond. After deliberations from superior officers, ▬▬▬ and his unit responded to the calls and deployed to the USC.

▬▬▬ put on his "riot gear" before going to the USC. This included his "40 millimeter" weapon and helmet.

[AUTHOR'S NOTE: The AUSAs showed ▬▬▬ a labeled, three-dimensional rendering of the USC.]

▬▬▬ confirmed he approached the USC from the South side, entering the USC on its South side. He and his unit "moved North until everyone was cleared" from the grounds. He experienced some issues with "people pushing back" when trying to clear the stairs underneath the grandstand.

At approximately 1510, ▬▬▬ was situated behind the bleachers, forming a police line with officers. He observed people "cutting down the canopy under the bleachers." ▬▬▬ recalled interacting with a white male with "tan, brown-ish" clothing. There was no force used, as the interaction did not require force. ▬▬▬ did not arrest the male for anything. He admitted he "could have," but officer safety and the crowd's hostility prevented him from doing so.

▬▬▬ reviewed his bodyworn camera footage and a video taken by THOMAS of the same interaction. ▬▬▬ recognized himself in THOMAS' video. ▬▬▬ stated that THOMAS' and his bodycam footage was largely the same, except THOMAS' video did not contain the "part from the bodyworn camera where I tell him [THOMAS] to put away the knife and back up." ▬▬▬ saw that THOMAS appeared to turn off his (THOMAS') cell phone camera as ▬▬▬ approached THOMAS.

▬▬▬ did not use his weapon, asp, or baton on January 6. ▬▬▬ used his chemical agent once on January 6, while pushing out the crowd after the staircase was cleared.

UNCLASSIFIED//FOUO

Investigation on   05/09/2023   at   Washington, District Of Columbia, United States (In Person)

File #   89B-WF-3368293-214_AFO                                    Date drafted   05/11/2023

by   Alexis Brown

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.