Ofc. ███ ███  5/2/23

2004, 19 yrs → @ MPD
- 6D 1st patrol ofc.
- then Vice Ofc.
- Det.
- Emergency Response Team (current, 9 yrs) 2013-14

general - testified countless times, D.C. & fed. → 1/6 interviews ← 1/6 - when case recently

0630 start
assigned: active shooter response team
Then out city
→ 1/6
- staged @ S of Capitol
- went to DNC re bomb threat
- heard radio transmissions, 1033 - ofc needs assist, deployed to USC
- Ofcrs talking about size of crowd
- less than 1 hr to get permission to respond from 1st 1033, bureaucratic maneuverings

**Approach** (circled)
- went to top of Cap Stairs on W Terr / Thurdk
- xp - lot of people, yelling out, concentrated closer to USC
- went from USBG, parallel to PA Ave, to approach stairs, approached from S side, SW Terrace side
- Told by Cmdr Glover to clear out people from stadium seating
- once saw scaffolding - saw people on it
- @ Terr - didn't see anything, talked to Sgt to get expectations - or'membered Than 1000:1, pain compliance not working. If we go around corner - its not going to be good

**Cont.** (circled)
- we went b/c we had to do our job, help out
- saw a lot of people
- Cpt. Augustine - white shirt, covered in orange spray (later bear spray)
- other ofcrs gagging, difficulty breathing
- I saw people w/ fire extinguisher above, shooting down
- cleared stadium seating from top down, verbally told people to go

**Stadium seating crowd** (circled)
- once we got to under seating, hostile crowd
- another crowd under stadium also hostile
- one lady had a saw; trying to take apart seating maybe
- 'you don't enough for all of us'
- people, he called me by name, mispronounced
- don't recall anyone wielding a knife

- reviewed BWC
- remembered this interxn, knife
- BWC review
  - no other interxns that I remember
  - That white mesh, they were trying to cut it, drew my attn
  - likely saw knife once approached
- no personal assaultive encounters w/ △, dunno if he did w/ any other ofcr

it was a long yr, 1/6 piggybacking on that

(1/6)

Bdg # ▮

Giglio questionnaire done