**From:** Miller, Samantha (USADC)
**Sent:** Friday, May 19, 2023 8:02 AM
**To:** Emily Lambert; McCauley, Sean (USADC)
**Cc:** Roger Roots; John Pierce
**Subject:** RE: Campanale 302

There were no old 302s because we'd never met with him until the 2 weeks pre 5/15.

Thanks,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia

**From:** Emily Lambert <​t@johnpiercelaw.com>
**Sent:** Friday, May 19, 2023 7:56 AM
**To:** McCauley, Sean (USADC) <​​>; Miller, Samantha (USADC) <​​>
**Cc:** Roger Roots <​@johnpiercelaw.com>; John Pierce <​@johnpiercelaw.com>
**Subject:** [EXTERNAL] Campanale 302

All,
Can you confirm to me that we originally received Officer Campanale's 302's? Or were those just recently produced to us the other day? Because I am not seeing them in the original files I downloaded previously. I have them now obviously, but I don't remember seeing these files.

Respectfully,
Em Lambert
Client Advocate
John Pierce Law
P
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.