**From:** Emily Lambert
**Sent:** Saturday, May 20, 2023 9:30 AM
**To:** Miller, Samantha (USADC)
**Cc:** Roger Roots; McCauley, Sean (USADC); John Pierce; Jonathan Moseley
**Subject:** RE: Campanale 302

I will look into it myself then. I was just hoping that you would extend me the courtesy of answering these questions since you are aware that we had a deadline this morning at 9:00 am to file a motion regarding you neglecting to provide this information to the defense, but I acknowledge that you aren't required to do so. Thanks so much for all your information, and I hope you have a good rest of the weekend.

Respectfully,
Em Lambert
Client Advocate
John Pierce Law
P: ▇▇▇▇▇▇▇▇
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Saturday, May 20, 2023 9:14 AM
**To:** Emily Lambert
**Cc:** Roger Roots; McCauley, Sean (USADC); John Pierce; Jonathan Moseley
**Subject:** RE: Campanale 302

Ms. Lambert,

Respectfully, that information is publicly available on the docket.

Thanks,

Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: ▇▇▇▇▇▇▇▇▇▇▇▇@usdoj.gov

Desk Tel: ▮▮▮▮▮▮▮

**From:** Emily Lambert <▮▮▮▮▮johnpiercelaw.com>
**Sent:** Saturday, May 20, 2023 9:11 AM
**To:** Miller, Samantha (USADC) <▮▮▮▮▮▮▮▮▮>
**Cc:** Roger Roots <▮▮▮▮johnpiercelaw.com>; McCauley, Sean (USADC) <▮▮▮▮▮▮▮▮▮> John Pierce <▮▮▮▮johnpiercelaw.com>; Jonathan Moseley <▮▮▮▮▮johnpiercelaw.com>
**Subject:** [EXTERNAL] Re: Campanale 302

Can you tell me what other Officers testified in the Wren trial?

Thank You,
Em

> On May 20, 2023, at 7:43 AM, Miller, Samantha (USADC) <▮▮▮▮▮▮▮▮usdoj.gov> wrote:
>
> LEWIS is the database with MPD that generates the reports of complaints made against officers and the results of any investigations into them, etc. The report Mr. Roots was referencing with Detective Anderson came from the LEWIS database.
>
> —
> Samantha R. Miller
> Assistant United States Attorney
> United States Attorney's Office | District of Columbia
> Email: ▮▮▮▮▮▮▮usdoj.gov
> Desk Tel: ▮▮▮▮▮▮
>
> **From:** Emily Lambert <▮▮▮▮▮johnpiercelaw.com>
> **Sent:** Saturday, May 20, 2023 7:40 AM
> **To:** Miller, Samantha (USADC) <▮▮▮▮▮▮▮▮>
> **Cc:** Roger Roots <▮▮▮▮johnpiercelaw.com>; McCauley, Sean (USADC) <▮▮▮▮▮▮▮▮▮> John Pierce <▮▮▮▮johnpiercelaw.com>; Jonathan Moseley <▮▮▮▮johnpiercelaw.com>
> **Subject:** [EXTERNAL] Re: Campanale 302
>
> What about Lewis? There's a folder you guys gave us titled "Lewis -Defense"
> Is this another case these Officers were involved with?
> Thank You,
> Em
>
>> On May 20, 2023, at 6:57 AM, Miller, Samantha (USADC) <▮▮▮▮▮▮▮usdoj.gov> wrote:

https://www.justice.gov/usao-dc/pr/two-cousins-found-guilty-eleven-felony-charges-including-assault-dangerous-weapon-related

Judge Walton.

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: ███████usdoj.gov
Tel: ███████

---

**From:** Roger Roots <██████johnpiercelaw.com>
**Sent:** Saturday, May 20, 2023 6:53:53 AM
**To:** Miller, Samantha (USADC) <█████████████ Emily Lambert <███████johnpiercelaw.com>
**Cc:** McCauley, Sean (USADC) <█████████████ John Pierce <███████johnpiercelaw.com>; Jonathan Moseley <███████johnpiercelaw.com>
**Subject:** [EXTERNAL] RE: Campanale 302

Good morning Samantha,

I don't know much about the Wren/Smith trial. When did the trial end and which judge was it before?


Respectfully,

Roger Roots

Partner

John Pierce Law

P: ███████████

21550 Oxnard Street

3rd Floor PMB #172

Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Miller, Samantha (USADC)
**Sent:** Saturday, May 20, 2023 6:50 AM
**To:** Emily Lambert
**Cc:** McCauley, Sean (USADC); Roger Roots; John Pierce; Jonathan Moseley
**Subject:** RE: Campanale 302

Good Morning, Ms. Lambert,

Yes, sorry for the confusion: Wren/Smith was a 2-defendant trial that Campanale testified in and for which we have no transcripts yet.  There may be other 302s that (1) mention these officers by name (often 302s where FBI agents say "I requested the BWC for Officer X, Y, and Z"), which we do not provide because they are not statements at all, or (2) 302s that do not relate to the subject of their testimony in this case, which we also do not provide; for example, the Anderson one you referenced re his time in the tunnel or another re Campanale getting hit in the head by a pole – because neither of those had anything to do with these officers' testimony in this case, they were not provided.

Unless a 302 was created very recently, it should be in global discovery.  I'll take a look when I have a moment on the Anderson/tunnel one and let you know if I can find it.

Hope this helps clarify your questions.

Thanks,

Samantha

—

Samantha R. Miller
Assistant United States Attorney

United States Attorney's Office | District of Columbia
Email: ███████████usdoj.gov
Desk Tel: ███████

**From:** Emily Lambert <███████johnpiercelaw.com>
**Sent:** Friday, May 19, 2023 11:08 PM
**To:** Miller, Samantha (USADC) <███████████>
**Cc:** McCauley, Sean (USADC) <████████████> Roger Roots <███████johnpiercelaw.com>; John Pierce <███████johnpiercelaw.com>; Jonathan Moseley <███████johnpiercelaw.com>
**Subject:** [EXTERNAL] Re: Campanale 302

In reviewing this I think i understand that US v Wren is the only case in which Campanale testified against two defendants Smith and Wren. Am I correct in this statement?

There's a reference in Anderson's 302 also stating that he was interviewed previously regarding his time in the tunnel, which while I acknowledge has no connection to this case, I would like to see that interview as we have clients that are accused of being in the tunnel area generally.

Sorry for the confusion, but many of these reports are so vastly different in many ways, and they seem to reference material that I either also don't have or seems to not exist, so I'm baffled by them.
Thank You,
Em

> On May 19, 2023, at 10:19 PM, Emily Lambert <███████johnpiercelaw.com> wrote:
>
> Ok, in your previous email you mentioned SMITH as well as WREN, so now I am doubly confused about exactly what I am missing here and where it would be located. Are you now stating that Smith is NOT a J6 related case? Were these defendants prosecuted together? Can you point me to that case if so?
>
> Also, am I correct in that you are saying that nobody from the US Attorneys Office or the FBI interviewed these officers prior to last week? There have been no other interviews of these Officers? How were charges brought without interviewing the victims?
>
> Thank You,

Em

> On May 19, 2023, at 10:01 PM, Miller, Samantha (USADC) <████████████usdoj.gov> wrote:
>
> The J6 case is Wren and that's the only J6 one we're aware of, but we did ask him about his prior experience testifying more generally, which is why it references Superior Court, etc.
>
> —
> Samantha R. Miller
> Assistant United States Attorney
> United States Attorney's Office | District of Columbia
> Email: ████████████usdoj.gov
> Tel: ████████
>
> **From:** Emily Lambert <████████johnpiercelaw.com>
> **Sent:** Friday, May 19, 2023 9:58:14 PM
> **To:** Miller, Samantha (USADC) <████████████>
> **Cc:** McCauley, Sean (USADC) <████████████████> Roger Roots <██████johnpiercelaw.com>; John Pierce <████████johnpiercelaw.com>; Jonathan Moseley <████████johnpiercelaw.com>
> **Subject:** [EXTERNAL] Re: Campanale 302
>
> Sean & Samantha,
> I am referring to the passage in Campanale's 302 where it states, and I quote verbatim: "Campanale has testified several times before, both in D.C. District Court and D.C. Superior Court, Camapnale testified in other January 6 cases, most recently in U.S. v. Wren. It was a long year (2020) for

Campanale, and January 6th was "piggybacking" on that."

I am concerned you both seem to have different answers for whether or not he has previously testified, and I also question whether testifying only two times would warrant the use of the word "several".

Thank You,
Em

> On May 19, 2023, at 9:41 PM, Miller, Samantha (USADC) <usdoj.gov> wrote:
>
> Ms. Lambert,
>
> I'm not at my computer right now, but Officer Campanale testified in the Wren and Smith trial, which we don't have transcripts for yet.
>
> I can double check on your other question tomorrow morning, but I believe we've provided you all that we could find on 302s, and can confirm the only officer interviewed for the purposes this case prior to 5/1/2023 was Ainsworth.
>
> Thanks,
>
> Samantha

—
Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: ████████@usdoj.gov
Tel: ████████

**From:** Emily Lambert <████████johnpiercelaw.com>
**Sent:** Friday, May 19, 2023 9:33:51 PM
**To:** Miller, Samantha (USADC) <████████████>
**Cc:** McCauley, Sean (USADC) <SMcCauley@usa.doj.gov>; Roger Roots <████████johnpiercelaw.com>; John Pierce <████████johnpiercelaw.com>
**Subject:** [EXTERNAL] RE: Campanale 302

Also, I don't see where we were provided Giglio & Jencks for Campanale prior to this. It says in his 302 that he has testified before, but I am not aware of us ever receiving those transcripts. Can you point me to where they are located?

Respectfully,
Em Lambert
Client Advocate
John Pierce Law
P: ████████
21550 Oxnard Street

3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Emily Lambert
**Sent:** Friday, May 19, 2023 8:50 PM
**To:** Miller, Samantha (USADC)
**Cc:** McCauley, Sean (USADC); Roger Roots; John Pierce
**Subject:** RE: Campanale 302

Samantha and Sean, Can you please confirm that these 302's with Campanale, Anderson, Leano, and Niewenhous on 5/11 are the ONLY ones that exist? There's one for each of them, and two for Campanale? These officers were NEVER interviewed prior to 5/11 by the FBI?

Respectfully,

Em Lambert
Client Advocate
John Pierce Law
P: ███████
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

<3A094C8D837F4CB59AE8972A660D4CE5.png>

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Miller, Samantha (USADC)
**Sent:** Friday, May 19, 2023 8:21 AM
**To:** Emily Lambert
**Cc:** McCauley, Sean (USADC); Roger Roots; John Pierce
**Subject:** RE: Campanale 302

Ms. Lambert,

Serial 120 covers our meeting with him on 5/2/23, which was included in the recent production. I thought you meant did we provide 302s previously on him – the answer is no; but we met with him twice in the last

two weeks, once by video and once in person, serials 120 and 128 (also attached).

Sorry for the the confusion. More broadly, I believe Ainsworth is the only officer-witness we talked to prior May 2023.

Thanks,

Samantha

—

Samantha R. Miller
Assistant United States Attorney
United States Attorney's Office | District of Columbia
Email: ▇▇▇▇@usdoj.gov
Desk Tel: ▇▇▇▇

**From:** Emily Lambert <▇▇▇johnpiercelaw.com>
**Sent:** Friday, May 19, 2023 8:10 AM
**To:** Miller, Samantha (USADC) <▇▇▇▇>
**Cc:** McCauley, Sean (USADC) ▇▇▇▇; Roger Roots <▇▇▇johnpiercelaw.com>; John Pierce <▇▇▇johnpiercelaw.com>
**Subject:** [EXTERNAL] Re: Campanale 302