CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                        |   |                    |            |
|------------------------|---|--------------------|------------|
|                        | ) |                    |            |
|                        | ) |                    |            |
| vs.                    | ) | Civil/Criminal No.: | CR 21-552  |
|                        | ) |                    |            |
| KENNETH THOMAS         | ) |                    |            |
|                        | ) |                    |            |

### NOTE FROM JURY

For purposes of Counts 3-7 should we treat
the DC Metro police and PG County police
as officers of the United States or assisting
officers of the United states?

Date: 5/23/23

Time: 11:00 am