CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | Civil/Criminal No.: CR 21-552 |
| KENNETH THOMAS | |

## NOTE FROM JURY

For purposes of the definition of "act of physical violence" in Instruction No. 25, does the term "assault" have the same meaning as it does in the definitions in Instruction No. 20?

Date: May 23, 2023

Time: 11:41 AM.