CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                               )   Civil/Criminal No.: __CR 21-552__

KENNETH THOMAS

### NOTE FROM JURY

For purposes of Count 11, should we use the definition of "intentionally" from Instruction No. 20 when considering the meaning of "intent"?

Date: May 23, 2023
Time: 11:45 Am