CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

**NOTE FROM JURY**

Second card w/ flash evidence password not working —

Date: 5/23/23
Time: 12:31

CSO. Kenny Tomoyasiri
MAY 23, 2023, 12:34 PM.

Second card of evidence, prisoners was
Martin.
July 23, 23 !!!