CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs. )   Civil/Criminal No.: __CR 21-552__
)
KENNETH THOMAS )
)

## NOTE FROM JURY

Need help warming up lunch please.

Date: 5/23/23

Time: 12:36pm

CSO. Kenny Temsupasiri
MAY 23, 2023, 12:37 PM.