CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

[redacted] grandfather passed away last Tuesday evening after jury selection. [redacted] requests to be excused on Wednesday and Thursday to attend the funeral and burial in [redacted]

Date: 5/23/23

Time: 2:41

[redacted]