CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.  )  Civil/Criminal No.: _____CR 21-552_____
)
KENNETH THOMAS  )
)

### NOTE FROM JURY

We appear to be missing Government Exhibit 710. Could we please receive that?

Date: 5-23-23

Time: 3:59

CSO [signature] 5/23/23 1600hrs