CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: _____CR 21-552_____

## NOTE FROM JURY

We came to a decision on one of the courts. Can we deliver that today?

Date: ___5/23/23___

Time: ___5:24pm___