CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

The second element of Count 8 is that "the defendant knew that the building or grounds was restricted and he knew that he lacked the lawful authority to enter or remain there." The second element of Count 10 is that "the defendant knew the building or grounds was restricted and that he lacked authority to remain there." Should we ascribe any significance to the fact that Count 8 refers to knowledge of "lawful authority" and Count 10 does not? Both are violations of 18 U.S.C. 1752.

Date: 5/30/23

Time: 11:58