CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

Civil/Criminal No.: ___CR 21-552___

KENNETH THOMAS

### NOTE FROM JURY

Is there a definition for "Government business or official functions" in Count 9?

Date: _5-30-23_

Time: _11:58_