CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

For Count 12, does the meaning of the term "act of physical violence" include "threat" to damage or destroy real or personal property, or does "threat" only modify the "infliction of death or bodily harm"?

Date: 5-30-23

Time: 12:25 pm

Received @
1230
LCSO Jackson