CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                )   Civil/Criminal No.: _____CR 21-552_____
)
KENNETH THOMAS     )
)
)

### NOTE FROM JURY

Does the ~~meaning of~~ word "assault" in the instructions for count 10 have the same meaning as the definition of "assault" in Instruction No. 20?

Date: 5-30-23

Time: 2:42

Tous-1443