CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

In Count 12, for the definition of "act of physical violence" does the phrase "other infliction" stand alone or have a modifier? Does the phrase "of death or bodily harm" modify "other infliction"?

Date: 5-30-23

Time: 5:04

[illegible]

CSO