UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | No. 21-cr-552 (DLF) |
| KENNETH JOSEPH OWEN THOMAS, | |
| *Defendant.* | |

RESPONSE TO JURY NOTE OF MAY 30, 2023 AT 5:04 P.M.

Yes, the phrase "other infliction" has a modifier. The phrase "of death or bodily harm" modifies "other infliction."

DATE:  May 31, 2023

_____
DABNEY L. FRIEDRICH
United States District Judge