CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

Civil/Criminal No.: _____CR 21-552_____

KENNETH THOMAS

## NOTE FROM JURY

Is it possible to dismiss the jury early due to 2 jurors feeling not well due to the food. (#tuna sandwich)

Date: 5/31/23

Time: 1416