CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    )   Civil/Criminal No.: __CR 21-552__

KENNETH THOMAS

## NOTE FROM JURY

In Instruction No. 20 "assault" is defined as an "intentional attempt or threat to inflict injury." Should we treat the "intentional" requirement as a general or special intent element? In other words, must the defendant intend to inflict injury, or intend to do the acts that threatened injury?

Date: __6/1/2023__

Time: __10:13__

6-1-23

CSO M. A Martin

1015 AM