CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.    )          Civil/Criminal No.: __CR 21-552__
)
KENNETH THOMAS  )
)

## NOTE FROM JURY

Is officer Ainsworth's helmet number 2260 per Agent Brown?

Date: __5/1/23__

Time: __1124__