CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

We have reached unanimous verdicts on 10 out of 12 counts. After four days of deliberation, we have been unable to reach a consensus on the remaining two counts.

Please advise.

Date: 6/1/23

Time: 1348