UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :   CASE NO. 1:21-cr-00552 (DLF)
        v.                          :
                                    :
KENNETH JOSEPH OWEN THOMAS,         :
                                    :
        Defendant.                  :

## VERDICT FORM

**Count One:**   Civil Disorder

__☒_____                    _____
Guilty                            Not Guilty

**Count Two:**   Obstruction of an Official Proceeding

_____                      __☒_____
Guilty                            Not Guilty

**Count Three:**   Assaulting, Resisting, or Impeding Certain Officers (Anderson)

__☒_____                    _____
Guilty                            Not Guilty

**Count Four:**   Assaulting, Resisting, or Impeding Certain Officers (Nickerson)

__☒_____                    _____
Guilty                            Not Guilty

1

**Count Five:** Assaulting, Resisting, or Impeding Certain Officers (Ainsworth)

_____     _____     —Undecided—
Guilty             Not Guilty        no concensus

**Count Six:** Assaulting, Resisting, or Impeding Certain Officers (Veizaj)

__✗_____     _____
Guilty             Not Guilty

**Count Seven:** Assaulting, Resisting, or Impeding Certain Officers (Niewenhous)

__✗_____     _____
Guilty             Not Guilty

**Count Eight:** Entering or Remaining in a Restricted Building or Grounds

__✗_____     _____
Guilty             Not Guilty

**Count Nine:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds

__✗_____     _____
Guilty             Not Guilty

**Count Ten:** Engaging in Physical Violence in a Restricted Building or Grounds

_____     __✗_____
Guilty             Not Guilty

**Count Eleven:** Disorderly Conduct in a Capitol Building or Grounds

_____     _____     —undecided—
Guilty             Not Guilty        no concensus

Count Twelve:     Act of Physical Violence in the Capitol Building or Grounds

_____          \_\_\_X_____
    Guilty                                Not Guilty


Dated this \_\_1\_\_ day of June, 2023