| | |
|---|---|
| | **USA v. THOMAS**<br>**21-cr-00552 (DLF)**<br>**Exhibit List - May 23, 2023** |
| **Govt Ex. No.** | **Description of Exhibit** |
| **100 Series** | **Government / Safeway Records** |
| 103 | Cong-4 - Video Montage with Congressional Record.mp4 |
| 105 | Restricted Perimeter.png |
| 106 | Capitol photo w signs.jpg |
| 107 | Capitol Police Area Closed Sign.JPG |
| 111 | 14:28:18 PM EST National Curfew Text Message |
| 112 | 19:36:02 PM EST National Curfew Text Message |
| 113 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf |
| 114 | FEMA/DC DHS Certificate of Authenticity |
| 115 | Safeway Early Closure Notice for Washington DC stores 1/6/21 |
| 116 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 |
| 117 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 |
| 118 | Safeway, Inc. Certificate of Authenticity |
| 119 | U.S. Capitol & Grounds 3D Rendering |
| 120 | CCTV 0926 E USCG (timestamped) 00 Upper Terrace West-2021-01-06_16h20min |
| 121 | DC Mayor Emergency - Curfew Decl.pdf |
| | |
| **200 Series** | **Secret Service Exhibits** |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) |
| 204 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM |

**USA v. THOMAS**
**21-cr-00552 (DLF)**
**Exhibit List - May 23, 2023**

| Govt Ex. No. | Description of Exhibit |
| --- | --- |
| 300 Series | Body-Worn Camera |
| 303 | BWC X6039B9WG - DPL.2021.01.06.162145.mp4 |
| 303.1 | BWC X6039B9WG - DPL.2021.01.06.162145.OpenSource.ThomasVideo |
| 304 | BWC X6039BDFA- MN.2021.01.06.153029.mp4 |
| 305 | BWC X6039BCMP -  KV.2021.01.06.162600.mp4 |
| 305.1 | BWC X6039BCMP -  KV.2021.01.06.162600.BWC X6039B9WG.ThomasVideo.mp4 |
| 306 | BWC X6039BJHS - LT.2021.01.06.162043.mp4 |
| 306.1 | BWC X6039BJHS - LT.2021.01.06.162043.mp4 |
| 307 | BWC X6039BF3Q - RA.2021.01.06.153030.mp4 |
| 307.1 | BWC X6039BF3Q - RA.2021.01.06.153030.mp4.BWC X6039BDFA. |
| 308 | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 |
| 308.1 | BWC X6039BFL0 - RN.2021.01.06.162818.mp4 |
| 309 | BWC X6039BEYS - AC.2021.01.06.151200 |
| 309.1 | BWC X6039BEYS - AC.2021.01.06.151200.ThomasVideo |

## USA v. THOMAS
## 21-cr-00552 (DLF)
### Exhibit List - May 23, 2023

| Govt Ex. No. | Description of Exhibit |
| --- | --- |
| 400 Series | Thomas's Facebook Return |
| 401 | Facebook Inc. Business Records Certification |
| 402.1008 | 402.1008 - Caravan Post Black Map.pdf |
| 402.3717 | 402.3717 - 12th Amendment.pdf |
| 402.3733 | 402.3733 - Do you have his (back).pdf |
| 402.3788 | 402.3788 - We Conceded Nothing - Post re Elecoral.pdf |
| 402.8825 | 402.8825 - Justice is Coming - Lightning bolt Cap.pdf |
| 402.14877 | 402.14877 - Night pic of Cap - Restraint Post.pdf |
| 402.15013 | 402.15013 - Ltr re Election Anomalies.pdf |
| 402.15014 | 402.15014 - Ltr re Election Anomalies.pdf |
| 402.15015 | 402.15015 - Ltr re Election Anomalies.pdf |
| 402.15016 | 402.15016 - Ltr re Election Anomalies.pdf |
| 402.15465 | 402.15465 - Hold the line meme.pdf |
| 402.16941 | 402.16941 - DC or Bust - Midnight Ride.pdf |
| 402.16942 | 402.16942 - J6 - Answer the Presidents Call.pdf |
| 402.23508 | 402.23508 - List of J6 videos.pdf |
| 402.9901 | 402.9901 - Midnight ride or bust - Cap image Pi Symbol.pdf |
| 402.5522 | 402.5522 - Midnight Ride Routes - Caravan_Redacted.pdf |
| 402.15773 | 402.15773 - Midnight Riders Mount Up.pdf |
| 402.11337 | 402.11337 - BOLO 214.pdf |

# USA v. THOMAS
## 21-cr-00552 (DLF)
### Exhibit List - May 23, 2023

| Govt Ex. No. | Description of Exhibit |
|---|---|
| 500 Series | Other Thomas Evidence |
| 504 | Capitol Pi - Rumble |
| 505 | Pi Anon at the Capitol (bonus footage) - Rumble |
| 507 | Midnight Ride Caravan Richmond + CBS6 INTERVIEW - YouTube-3 |
| 508 | PiAnon Telegram Post re AFO#214 |
| 510 | YouTube - Rally at the Ellipse |
| 511 | YouTube - Constitution Avenue |
| 512 | YouTube - Cover Page |
| 513 | YouTube - March for Trump (At the Capitol) 1 |
| 514 | YouTube - March for Trump (At the Capitol) 2 |
| 515 | YouTube - March for Trump (At the Capitol) 3 |
| 516 | YouTube - March for Trump (At the Capitol) 4 |
| 517 | YouTube - March for Trump (Before the Capitol) |
| 518 | YouTube Certification - Letter_6139529 |
| | |
| 600 Series | Physical Items |
| 601 | Veterans for Trump Hat |
| 602 | Berne Jacket |
| | |
| 700 Series | Non-Thomas Open Source |
| 707 | goodlionfilms _FC1A0E41 - Telegram |
| 709 | 4K Footage-8Vh8wPeo6Jk-1080p-1658509195974 - YouTube |
| 710 | Rc Parker71 est. 4:22PM - Parler |
| 711 | dream floral - West Terrace.2021.01.06.1622 - YouTube |
| 712 | NadyasNotes 20210106_162104.mp4 |

**USA v. THOMAS**
**21-cr-00552 (DLF)**
Exhibit List - May 23, 2023

| Def. Ex. No. | Description of Exhibit |
|---|---|
| 183-1 | K.V. Bodycam 16:22 timeframe |
| 236 | Bodycam Footage of Officer P.D Clip |
| 236A | Bodycam Footage of Officer P.D Clip |
| 292 | Open source video of J6 2 |
| 295 | Open source video of J6 5 |
| 301.2 | Demonstration Permit for J6 Women for a Great America |
| 434.3 | Thomas cell Phone video clip |
| 446 | Niewenhous FB |
| 447 | Niewenhous FB |
| 448 | Niewenhous FB |
| 449 | Mayor New Release |
| 450 | Mayor Tweet |
| 451 | East Front Video |

*Roge Root* We agree that all exhibits except 236 and 183 are approved. We are arguing over those two exhibits.

Agreed re Def 236 + 183. otherwise, approved.
(SPM)