UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-552 DLF |
| : | |
| KENNETH JOSEPH OWEN THOMAS, : | |
| : | |
| Defendant. : | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
<u>OCTOBER 11, 2023 SENTENCING HEARING</u>**

The United States of America hereby moves this Court for a brief continuance of the sentencing hearing currently scheduled for October 11, 2023. If the Court is available, the government respectfully requests the Court set a new date during the week of November 13, 2023. The government conferred with counsel for the defendant, who does not oppose a continuance.

In support of its motion, the Government states as follows: Prior to the originally-scheduled September 6, 2023 sentencing date, at least one victim-officer expressed that he wished to provide a victim impact statement in-person at sentencing. Although that officer thought he would also be available for the revised sentencing date of October 11, 2023, today, the government learned that due to an emergency, he is now unavailable to provide a statement in person or in writing on or in advance of October 11. Under 18 U.S.C. § 3771, the Crime Victims' Rights Act, a crime victim has "[t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(4); *see also* 18 U.S.C. § 3771(a)(8) (A crime victim also has "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy."). Because the officer is no longer available for the currently-scheduled sentencing hearing, the government respectfully requests a small amount of

additional time to enable the officer's participation.

WHEREFORE, the government respectfully requests the Court grant this motion and continue the currently scheduled sentencing hearing to a date during the week of November 13, 2023, if the Court is available.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> United States Attorney
> DC Bar No. 481052
>
> */s/ Samantha R. Miller*
> SAMANTHA R. MILLER
> Assistant United States Attorney
> New York Bar No. 5342175
> United States Attorney's Office
> For the District of Columbia
> 601 D Street, NW 20530
> Samantha.Miller@usdoj.gov
>
> SEAN P. McCAULEY
> Assistant United States Attorney
> New York Bar No. 5600523
> United States Attorney's Office
> For the District of Columbia
> 601 D. Street, NW
> Washington, DC 20530
> Sean.McCauley@usdoj.gov