1               BEFORE THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

2

3    UNITED STATES OF AMERICA,          .
                                        .    Case Number 21-cr-552
4            Plaintiff,                 .
                                        .
5        vs.                            .
                                        .    Washington, D.C.
6    KENNETH JOSEPH OWEN THOMAS,        .    May 19, 2023
                                        .    9:16 a.m.
7            Defendant.                 .
     - - - - - - - - - - - - - - - - -

8

9                  TRANSCRIPT OF JURY TRIAL, VOLUME 5
                BEFORE THE HONORABLE DABNEY L. FRIEDRICH
10                   UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the United States:       SAMANTHA MILLER, AUSA
                                  SEAN MCCAULEY, AUSA
14                                United States Attorney's Office
                                  601 D Street Northwest
15                                Washington, D.C. 20579

16   For the Defendant:          JOHN PIERCE, ESQ.
                                  ROGER ROOTS, ESQ.
17                                John Pierce Law P.C.
                                  21550 Oxnard Street
18                                Third Floor, OMB #172
                                  Woodland Hills, California 91367

19

20

21   Official Court Reporter:    SARA A. WICK, RPR, CRR
                                  333 Constitution Avenue Northwest
22                                Room 4704-B
                                  Washington, D.C. 20001
23                                202-354-3284

24

     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.

C O N T E N T S

TESTIMONY

ALEXIS BROWN            Direct Examination (Continued)...   11
                       Cross-Examination................   32
                       Redirect Examination.............  116

STEVEN HILL            Direct Examination..............  124
                       Cross-Examination................  159
                       Redirect Examination.............  167

KENNETH THOMAS         Direct Examination..............  172

EXHIBITS RECEIVED

Government 115, 116, 117, and 118.......................   17
Government 602..........................................   27
Government 508..........................................   30
Defense 449 and 450.....................................   31
Defense 236A............................................  133
Defense 710.............................................  247
Defense 709.............................................  253

```
 1                    P R O C E E D I N G S
 2         (Call to order of the court.)
 3         (Jury not present.)
 4         THE COURT:  Good morning, everyone.
 5     All right.  Just before we bring in the jury, just a couple
 6  of things.  I will -- I understand that the witnesses will be
 7  Mr. Thomas, followed by Mr. Hill, followed by Mr. Evans and the
 8  other individual who was there on January 6; correct?
 9         MR. ROOTS:  Yes, David Sumrall.
10         THE COURT:  I'm guessing that you all have probably
11  had this conversation with Mr. Evans, but I do think as a part
12  of my colloquy with him I do need to make sure that he's
13  received independent legal advice from someone other than
14  Mr. Pierce about this decision that he's making today.
15     So just to give you a heads-up that he will be asked that
16  question.  So if he hasn't received legal advice, he needs to do
17  so promptly.
18     Anything else we need to address before this witness, who I
19  hope will wrap up completely by 10:30 maybe, 10:45?
20         MS. MILLER:  I hope so, too, Your Honor.
21     I wanted to update the Court from our e-mail earlier this
22  morning.  We have now agreed to a joint stipulation --
23         THE COURT:  Great.
24         MS. MILLER:  -- regarding the two mayor exhibits.
25  They're going to be .pdf documents.
```

```
 1          Can we e-mail the stipulation itself and the two documents

 2     it refers to to chambers?

 3          THE COURT:  Yes.  Is there a written statement that we

 4     will read?

 5          MS. MILLER:  I don't know what Your Honor's practice

 6     is.  We can read it or you can read it, either/or.

 7          THE COURT:  You have that prepared?

 8          MS. MILLER:  Yes.

 9          THE COURT:  You will e-mail all of those?

10          MR. MCCAULEY:  I'm sending it as we speak.

11          THE COURT:  So this is something that you would

12     introduce at the close of your case after this witness?  Is that

13     what you are proposing?

14          MS. MILLER:  I think before their cross of her.  So

15     when we --

16          THE COURT:  During this witness?

17          MS. MILLER:  Yeah, because I think they want to talk

18     to her about it.

19          THE COURT:  I see.  We will just need to --

20     Mr. Hopkins ought to be able to print that, and I can read it

21     or -- you all decide.

22          MS. MILLER:  I think we prefer you read it, if you

23     don't mind, or someone on your team would be great.

24          Thank you.

25          THE COURT:  Of course.
```

1         MR. ROOTS:  I will just add, I think the smoothest way

2    to have that discussion is after this Safeway discussion, which

3    I believe is going to come in through this FBI case agent.

4         So maybe on cross, I will say, Well, isn't it true that the

5    mayor sent out a tweet, that kind of thing.

6         MS. MILLER:  Right.  After we finish redirect, the

7    Court will read the stipulation, and then you can start your

8    cross.  Is that --

9         THE COURT:  Does that work?

10         MR. ROOTS:  Yeah.

11         THE COURT:  Okay.  So before you start your

12    cross-examination?

13         MR. ROOTS:  Sure.

14         THE COURT:  All right.

15         MR. ROOTS:  And we are agreeing to strike Mr. Moseley

16    as a potential witness.  Now, this is Mr. Moseley right here.

17    We would like to get him at the defense table, if possible.  We

18    will strike him as a witness.  He's a paralegal for us.

19         THE COURT:  No, you can't bring him in now.

20         MR. ROOTS:  Okay.  He's a great hand, and -- we're so

21    overworked with different projects and things.  He's a great

22    researcher.

23         THE COURT:  He's a paralegal in your firm?

24         MR. ROOTS:  Yes.

25         THE COURT:  Is that right, Mr. Pierce?

1          MR. PIERCE:  Yes, Your Honor.

2          THE COURT:  All right.  Does the government have an

3     objection to him sitting at the table?  He hasn't been

4     introduced to the jury.

5          MS. MILLER:  I think it might be confusing to the jury

6     for them suddenly to have another person at their table.

7          THE COURT:  Mr. Roots, this is a little

8     unconventional.  As of an hour ago, I thought he was a witness,

9     and now you say he's a paralegal.

10          MR. ROOTS:  Well, we're striking him as a witness with

11     this stipulation, but he is a paralegal, and he's been a

12     paralegal for the John Pierce firm for --

13          MR. PIERCE:  He has been on our website for months.

14     It's not like we're trying to make him a paralegal this moment.

15     He's been on the website for a long time.

16          THE COURT:  At a minimum, I think I need to explain

17     who this new person is at the defense table.

18          MR. ROOTS:  And Ms. Lambert does about eight jobs at

19     one time.  She is overwhelmed.  And he's -- one thing that

20     Mr. Moseley does is research for us, on anything.  So he's able

21     to, you know, very quickly look into something or offer a Rule

22     of Evidence insight or something.

23          THE COURT:  All right.  I'm inclined to let him sit at

24     the table but introduce him to the jury and ask if anybody

25     recognizes him.  All right?

1          MR. ROOTS:  And we are stipulating with that, and we

2    will --

3          THE COURT:  Stipulating with what?

4          MR. ROOTS:  That we will strike both John Moseley and

5    the mayor's office representative.  We won't -- we have a

6    process server.  We will strike that.

7          THE COURT:  Mr. Moseley, you can come up to the table.

8    Can you take off your mask for the jury?

9          MR. MOSELEY:  Your Honor, I just have an ordinary

10   cold.  I thought it would be polite if I coughed.

11         THE COURT:  You have a cold?

12         MR. MOSELEY:  Yes, back when we used to have just

13   colds.

14         THE COURT:  All right.  I hope they don't think that

15   you have COVID.

16         MR. ROOTS:  It doesn't bother us at all.  He can cough

17   on us.

18         THE COURT:  I'm not worried about you.  I'm worried

19   about the jury.

20         MR. ROOTS:  I do want to alert the Court, this 302

21   issue, the late-night 302, we believe, could -- the more we look

22   into it, it could ripen into a potential -- either a mistrial

23   thing -- and I will just say, there's a new issue with regard to

24   that other --

25         THE COURT:  Hold on just a second.  I've got to get my

1    realtime running here.

2        Are we ready back there?

3            COURTROOM DEPUTY:  All the jurors are here, yes.

4            THE COURT:  First of all, on the 302 issue, I've held

5    it's not *Jencks*.  It's not *Brady*.  I mean, it incriminates

6    Mr. Thomas more based on what you've said.  And it's not

7    Rule 16.

8        So I get that it would have been helpful -- the government

9    should have provided it earlier.  I take it the AUSAs did not

10   know it existed until the night before last.

11       Is that correct?

12           MR. MCCAULEY:  Yes, Your Honor.  We had a revelation

13   and produced it immediately upon discovery.

14           THE COURT:  So I see no bad faith here on the

15   government's part, and I see no basis for mistrial based on

16   that.

17       And I'm going to hold off deciding whether you call

18   Ainsworth back until after you've had all your witnesses testify

19   and you explain clearly what it is about that 302 that you need

20   to get into with Corporal Ainsworth.

21       Frankly, I don't understand the surprise argument,

22   Mr. Roots, because clearly your defense has been all along,

23   based on Mr. Thomas's knowledge or his representation, that he

24   did not assault that officer.

25       So clearly, you knew that was going to be your defense, and

1    the fact that you weren't prepared to cross that witness on that

2    theory is your own lack of prep.  It's not because the 302

3    wasn't turned over.

4         MR. ROOTS:  We were, frankly, quite surprised that it

5    came out on the stand for the first time and to our knowledge

6    that Mr. Thomas pushed Corporal Ainsworth over and knocked him

7    down.  We were not prepared for that.

8         THE COURT:  Maybe so, but you were certainly prepared

9    in this case to present the theory that Mr. Thomas didn't commit

10   the assault in Count 6 and presumably had the videos in mind

11   that reflect that.  So I don't think you've established why the

12   302 requires that officer to come back to this courtroom.

13        But I will wait to the conclusion of your case, and I will

14   entertain any argument that addresses the missing 302.

15        By the way, Ms. Miller, you objected before beyond the

16   scope, and of course, I knew it was beyond the scope.  But that

17   officer had been awake all night, and the idea that he was going

18   to have to bring him back to get in that fact about the audio

19   was not something that I was going to require.

20        So you objected beyond the scope, and I have been generous

21   in letting them get information beyond the scope just so we're

22   not bringing the officers back in their case-in-chief, because

23   of course, they have the right to call the officers.

24        But with Ainsworth, I don't understand, Mr. Roots, how you

25   couldn't be prepared and how anything in that 302 prevented you

1    from being prepared to cross-examine him on his testimony that

2    Mr. Thomas assaulted him.  That's not a problem with the 302.

3         That's -- all the time in criminal cases, witnesses say

4    things that incriminate defendants more.  It's not a *Brady*

5    violation.  It's not a Rule 16 violation.  And it's not a --

6    I've ruled it's not a *Jencks* violation.  So it would have and

7    should have been turned over.

8         But there's no bad faith by the government.  So just so you

9    know how I'm leaning, I'm not inclined to entertain that.  But

10   we will address it at the end.  I don't want to keep the jury

11   waiting.

12             MR. ROOTS:  I will say, there's a couple other points.

13   There's missing body cam and different stories about why it's

14   missing.

15             THE COURT:  Let's get this moving.  All right?  At the

16   next break, we will talk about that more.

17        Can we bring in the jury?

18        Mr. Moseley, what's your first name?

19             MR. MOSELEY:  Jonathon.

20             THE COURT:  All right.  Welcome, sir.

21        And Ms. Lambert is not testifying; correct?

22             MR. ROOTS:  She's not.

23             THE COURT:  So will you remind me about the

24   stipulation?

25             MS. MILLER:  Yes, Your Honor.

1          THE COURT:  Thank you.  And if we have time, we can

2    talk about the jury instructions today.

3          (Jury entered courtroom.)

4          THE COURT:  Good morning, ladies and gentlemen.

5    Welcome back.  I hope you had a restful evening.

6          The goal today is to finish the evidence.  Fingers crossed.

7    I did want to make you aware, in case you haven't noticed

8    already, that there's now a second paralegal, in case you're

9    wondering who the gentleman is at defense counsel's table.

10         And if I can have Mr. Moseley stand up.  This is

11   Mr. Jonathon Moseley.  He is a paralegal assisting the defense

12   team.

13         Can any of you raise your hands if you know him or

14   recognize him?  All right.  Thank you.

15         Thank you, sir.

16         Ms. Miller, can you continue with the special agent?

17         MS. MILLER:  Yes, Your Honor.

18    ALEXIS BROWN, WITNESS FOR THE GOVERNMENT, RESUMED STAND

19         THE COURT:  Good morning.

20         MS. MILLER:  May I proceed, Your Honor?

21         THE COURT:  Of course.

22         MS. MILLER:  Thank you.

23               DIRECT EXAMINATION (Continued)

24         BY MS. MILLER:

25   Q.   Good morning, Agent Brown.

1    A.    Good morning.

2    Q.    Good morning, members of the jury.

3          Could we please pull up Exhibit 402.1008.

4          Agent Brown, could you just describe quickly what's in the

5    image we see here.

6    A.    It's an image of the United States with what appears to be

7    several routes going through the United States, culminating to

8    Washington, D.C.

9    Q.    And just above the map, are you able to read what's

10   under "comments," or do you want us to zoom in?

11   A.    Please do.

12   Q.    Would you mind zooming in on the very top of the page,

13   please.

14         Could you read what comes after "summary," please.

15   A.    Summary says, "Joe Thomas commented on a post from

16   January 1.  We are planning a caravan as well."

17   Q.    Thank you.  And could we go to page 2 of this exhibit,

18   please.

19         Could you please describe what's in the background of this

20   image.

21   A.    The U.S. Capitol building.

22   Q.    And if we could go to page 3, please.  If we could zoom in

23   on the large bit of text at the top, please, with the date under

24   it, if possible.

25         Special Agent Brown, could you please read after "summary."

A.    The summary reads, "I'm fed up.  The last four years have

been stolen from us and so has this election.  A group of us

have formed a caravan of patriots that are going to D.C. on the

6th.  I'm the team lead for the Richmond caravan.  We will show

Washington the power of we, the people, in one unified voice.

Anyone interested in joining the caravan, there are several

stupid across the country.  Message me for details.  Now is the

time, patriots.  United, we are strong.  It's now or never.

#stopthesteal, #wildprotest, #patriotsriseup, #patriotcaravan,

#midnightrider."

Q.    Could you just tell us the date of this?

A.    The time is December 28, 2020.

Q.    And if we could go to Exhibit 402.9901, please, and could

we scroll to the text on the bottom sort of third of the page,

please.  Thank you.

    And could you read what's next to "body" there in the

middle, please.

A.    Sure.  I'm going to incorporate the corrections from the

post immediately below into the main one.

Q.    Okay.  Thank you.

A.    The body says, "Thank you, sir.  I've been in contact with

every county/municipality sheriff's and Capitol Police.  Plus,

every rally point has malitia security.  Alternate routes have

been planned in cases of road blocks or raised drawbridges.  The

matter is shutting down the city.  We're bringing food, trucks,

1    and Port-A-Johns.  Further, we've kept route details secret, and

2    will have three ways to communicate with each other (online,

3    cell groups, and CB)."

4    Q.   Who is the author above?

5    A.   Joe Thomas.

6    Q.   And the send date?

7    A.   January 2nd, 2021.

8    Q.   And now let's look at, please, 402.3717.  If we could zoom

9    in on the image and the text below it, please.

10        Special Agent Brown, what is the image featured here?

11   A.   This is a digital copy of the Twelfth Amendment of the

12   Constitution.

13   Q.   And who is the user that posted it?

14   A.   Joe Thomas.

15   Q.   And the text of the post?

16   A.   "Twelfth Amendment."

17   Q.   Any idea what those boxes are after?

18   A.   I do not know, but it could be an emoji.  That would just

19   be speculation, though.

20   Q.   And then the time in terms of date, please.

21   A.   January 3rd, 2021.

22   Q.   I'm sorry.  Before we zoom out, could you zoom in closely

23   on the image.

24        Are you able to read this, Special Agent Brown?

25   A.   Yes.

1   Q.   Could you please just read the first sentence of the first

2   paragraph of content.

3   A.   "The electors shall meet in their respective states and

4   vote by ballot for president and vice president, one of whom at

5   least shall" -- you'll have to zoom in a little more on that

6   one.  There's some text behind it.

7   Q.   That's fine.  That's enough.  Thank you.

8        If you can, could you read the text of this short second

9   paragraph?

10  A.   "The President of the Senate shall, in the presence of the

11  Senate and House of Representatives, open all the certificates,

12  and the votes shall then be counted."

13  Q.   Thank you.  Changing gears a little bit, can we please

14  circle back to what we discussed yesterday in your testimony,

15  the mayor's curfew order.

16       Can you please remind the jury very briefly what the

17  general content of the order was.

18  A.   The order shut down -- could you re-say --

19  Q.   Of course.  Could you just quickly summarize what the

20  content of the order was that we went over yesterday from the

21  mayor on January 6, 2021.

22  A.   It says that everywhere in the District of Columbia should

23  be closed between 6:00 p.m. on January 6 and 6:00 a.m. January

24  the 7th, so just a 12-hour span there.

25  Q.   And what did the mayor say in that order about why she was

1    implementing a curfew?

2    A.    Her reason expressed in the order was because of the unrest

3    at the Capitol.

4    Q.    And in the beginning of your testimony, you said that you

5    personally responded to the Capitol on January 6.  Does that

6    mean you're local to the sort of District of

7    Columbia/Virginia/Maryland area?

8    A.    That's right.

9    Q.    Are you familiar with something called "Safeway"?

10    A.    I am.

11    Q.    What is it?

12    A.    Safeway is a national chain of grocery stores.  They have a

13    presence here in D.C. as well, totaling 12 stores.

14    Q.    I would like to show you Exhibit 115, please, and then

15    could we show her Exhibit 118, please, and then also Exhibits

16    116 and 117, please.

17         Special Agent Brown, do you recognize these documents?

18    A.    I do.

19    Q.    What are they?

20    A.    These were the responses to the subpoena to Albertsons,

21    Safeway's parent company, for records relating to the events of

22    the 6th.

23    Q.    Are they fair and accurate copies of the records received

24    from Safeway for the purpose of this investigation?

25    A.    Yes.  The business authentication is there.

```
 1              MS. MILLER:  Thank you.  At this time, I would move
 2    Exhibits 115, 16, 17, and 18 into evidence.
 3              THE COURT:  Any objection?
 4              MR. ROOTS:  No objection.
 5              THE COURT:  They're admitted.
 6         (Government Exhibits 115, 116, 117, and 118 received into
 7    evidence.)
 8              MS. MILLER:  Thank you.  And if we could please go to
 9    115 and publish to the jury.
10              BY MS. MILLER:
11    Q.   In the "from" line at the very top, if you can read it, and
12    let us know if you need us to zoom in.  Can you read what the
13    name is in the "from" line?
14    A.   I cannot.  It's redacted.  But the end URL is essentially
15    @albertsons.com.
16    Q.   I think you may have said it, but you went pretty quickly.
17    Can you tell the jury who Albertsons is?
18    A.   Albertsons owns Safeway.
19    Q.   And what do we see sort of generally in the "to" line of
20    this e-mail?
21    A.   We see this e-mail is addressed to store managers, and you
22    see the stores there as distinguished by number because the
23    names are redacted.
24    Q.   And what is the date and time of this e-mail, the "sent"?
25    A.   It was sent Wednesday, January 6, at 3:43 p.m.
```

1    Q.    Could you read the subject line of the e-mail, please.

2    A.    "Washington, D.C., curfew tonight, 1/6/21, 6 p.m. to 6 a.m.

3    Capitol locked down."

4    Q.    Please read the first four lines of text underneath that.

5    A.    "There is in place a 6 p.m. to 6 a.m. citywide curfew

6    throughout Washington, D.C., tonight, Wednesday, 1/6/21.  All

7    D.C. stores will close at 4 p.m., with plans to reopen at

8    6 a.m.-7 a.m.  Night crews will not be in place."

9    Q.    And approximately how many times do you see the

10    word "safety" in this e-mail?

11    A.    A number of times.  I count one, two --

12    Q.    You don't have to count them.  That's fine.

13          Could we please go to 116, and if we could just zoom in on

14    the table itself so it's a little larger, please.

15          Have you reviewed this table in preparation for your

16    testimony?

17    A.    I have.

18    Q.    Can you just describe generally what it shows?

19    A.    This shows Safeway's sales to the public in its D.C. stores

20    as expressed by percentages.

21    Q.    And how do you know it's the various D.C. stores?

22    A.    Well, the numbers there correspond to certain locations in

23    D.C.  They have Georgetown, Petworth, Connecticut Avenue.

24    Q.    What is your understanding of why certain columns are

25    redacted?

1    A.   I do not know.  I can only assume it's for --

2             THE COURT:  Don't speculate.

3             THE WITNESS:  Gotcha.

4             BY MS. MILLER:

5    Q.   What's the date of this particular table?

6    A.   It is Tuesday, January 5, '21.

7    Q.   Could you please tell the jury what your understanding of

8    the "actual ID* percent" column is.

9    A.   Sure.  What this table largely represents is that Safeway

10   compares its sales to this exact day last year.  So they're

11   comparing the sales that they made to the public through

12   January 5, 2020.  So when they say an "actual ID percentage,"

13   they are saying that their sales that they had in -- let's just

14   say the Piney Branch store -- were actually 17.75 percent higher

15   than expected.  They were actually 17.75 percent higher than

16   they had figured.

17        Let's start with the "projected ID."  I think it will make

18   more sense.

19   Q.   Okay.  Sure.  Let's start with the projected ID column

20   instead.

21   A.   Because the projected ID was that between January 5, 2020,

22   and January 5, 2021, they expected the sales today, January 5,

23   2021, to be 14.95 percent higher than the sales on January 5,

24   2020.  When we move to the "actual ID" column, it turns out it

25   was 17.75 percent higher.  When we go to the final column all

1    the way on the right, "ID percentage versus projected," we see

2    the delta between those two numbers on the row.

3    Q.   You use the term "delta," but just in case, do you mean the

4    difference also?

5    A.   I do.

6    Q.   And do you know what the color coding means?

7    A.   Black means it went up, and red means it was a decrease.

8    Q.   So fair to say the far-right column, "ID versus projected,"

9    if it's black, they did better than they were expecting, and if

10   it's red, they did worse than they were expecting?

11   A.   That's right.

12   Q.   Could we zoom back out and go to the next page, please.

13        Actually, before we go on, are we seeing all black or all

14   red here?

15   A.   There's a mix.

16   Q.   Now please go to the next page.  And again, if we could

17   just zoom in on the table so it's larger, please.

18        What date is this for?

19   A.   This is for January 6, 2021.

20   Q.   Does it contain the same types of information as the last

21   table we looked at?

22   A.   Yes, it's the same column titles.

23   Q.   Are we seeing more red on this page?

24   A.   We are.

25   Q.   And could you just describe what we're seeing in terms of

1    percentages in the far-right column?

2    A.    They have all decreased by double digits in terms of

3    percentages.

4    Q.    And if we go to the next page, please, page 3, and if we

5    zoom in so it's a little easier to read, please.

6          What is the date on this table?

7    A.    January 7, 2021.

8    Q.    And looking at the far-right column, what color are we

9    seeing?

10   A.    All black.

11   Q.    And just taking a step back, between January 6, 2021, and

12   January 7, 2021, what generally are we seeing in terms of these

13   tables?

14   A.    We're seeing that January 6 was low compared to

15   January 7th.

16   Q.    Could we now look at Exhibit 117, please.  Because this is

17   especially small, could we zoom in on the top sort of left

18   quarter of the page, including the title of the document.

19   Sorry.  Above it, too, please, all the language above that.

20   Sorry.  Let me just show you.  That's great.

21         So generally, based on your review of these documents in

22   advance of your testimony, what does this spreadsheet show?

23   A.    This shows warehouse shipments coming to Safeway stores in

24   D.C. from out of state.

25   Q.    What's the date range for the spreadsheet?

A.    January 3rd to the 9th of 2021.

Q.    Where were shipments coming from, based on this spreadsheet?

A.    Here, it says Lancaster, Pennsylvania.

Q.    Just in case, can you circle where you're reading that or underline, it please.  Thank you.

Let the record reflect the witness has just underlined "Lancaster, PA, to Washington, D.C., stores" on the top left-hand portion of this zoomed-in document.

THE COURT:  The record will so reflect.

MS. MILLER:  Thank you.  I'm going to clear that.

BY MS. MILLER:

Q.    If you could look at the date column, the "invoice date column" -- actually, first, what's the "D.C. store" column?

A.    Those are the numbers we've seen before related to the D.C. stores.

Q.    And so what would 923, for example, represent?

A.    It would represent a specific D.C. store.

Q.    And if we look at the "date" column, let's take a look only at, let's say, January 5, 2021.  Approximately how many shipments in total, if you add them up, do we see in the column to the right of that under "case shipments "for January 5, 2021?

A.    Well over a thousand.

Q.    And how many entries are there for January 6, 2021?

A.    Two.

1    Q.    I'm sorry.  How many entries in total on the spreadsheet

2    are there?

3    A.    For January 6?

4    Q.    How many lines for January 6?

5    A.    Just one.

6    Q.    And how many shipments were there?

7    A.    Two.

8    Q.    Thank you.  Turning your attention, Special Agent Brown, to

9    the defendant's arrest in this case, what agency arrested the

10   defendant?

11   A.    The FBI.

12   Q.    Who authorized that arrest?

13   A.    I wrote the arrest warrant, and it went through my

14   management, and then it was signed off by a judge.

15   Q.    In what court?

16   A.    In Alabama.

17   Q.    Why Alabama?

18   A.    That was where the defendant was currently living at the

19   time.  We couldn't issue an arrest warrant for the jurisdiction

20   he was not in.

21   Q.    You don't have to remember the exact date, but do you

22   remember sort of the month and year when he was arrested?

23   A.    May '21.

24   Q.    Did the court in Alabama authorize the FBI to do anything

25   else at the same time as the arrest was made?

1    A.    Yes.  We were able to search the premises and seize things

2    that we believed may be relevant to our investigation.

3    Q.    Did the FBI find any evidence that they thought was

4    relevant to the investigation when they did the arrest?

5    A.    We did.

6    Q.    What did you find?

7    A.    We found several pieces of digital evidence and two pieces

8    of physical evidence.

9    Q.    When you say "digital evidence," could you tell the jury

10   what you mean by that.

11   A.    That would be anything like computers, recorders, laptops,

12   cameras.

13   Q.    Cell phones?

14   A.    Cell phones.

15   Q.    Do you remember specifically what type of digital evidence

16   you found with the defendant?

17   A.    I do.

18   Q.    What were they?

19   A.    We found a computer.  We found two recorders, two cell

20   phones, and one SD card.

21   Q.    Was the FBI able to seize those items?

22   A.    Yes.

23   Q.    Did it find anything relevant or useful on any of the

24   digital devices?

25   A.    We found a lot of things that we felt were helpful to our

1    investigation.

2    Q.    Anything that became evidence for the purposes of this

3    trial?

4    A.    Yes.

5    Q.    And then in terms of the physical items, was the FBI able

6    to seize any physical items during the arrest?

7    A.    We were.

8    Q.    What were those?

9    A.    It was labeled as a jacket and a hat.

10    Q.    Does the FBI have a process by which they secure evidence

11    that's seized pursuant to a lawful arrest?

12    A.    We do.

13    Q.    Can you just briefly describe that process for the jury.

14    A.    Sure.    In this case, the seizures were effected out of the

15    state.    I did not have any ability to take custody of them

16    immediately.    So what we do is we seal them up, and we put them

17    in bags essentially, and we sign out chains of custody form.

18    That basically shows everybody who touched the item or had

19    possession of that item from the first person to do it, to when

20    it goes into our evidence lockers, to when it gets shipped down

21    to D.C., to when it comes to my possession, and then I put it in

22    our evidence locker.    Every field office will have something

23    where you can secure this kind of evidence.

24    Q.    Does the FBI ever take photographs of the items before they

25    put them into the evidence bags?

1  A.   We do.

2  Q.   Is all of that information provided to the defendant during

3  the purposes of -- during the pendency of the case against him?

4  A.   Yes.

5  Q.   Did that process get followed in this case?

6  A.   Yes.

7  Q.   And did these items ever leave the custody of the FBI since

8  they were seized in May 2021?

9  A.   No.

10  Q.   Do you have those items here with you in court today?

11  A.   I do.

12       MS. MILLER:   Permission to approach the witness with

13  those items, Your Honor.

14       THE COURT:  Yes, you may.

15       BY MS. MILLER:

16  Q.   If you could just describe for the record what you're doing

17  right now.

18  A.   I'm opening it for the first time.  It hasn't been opened

19  since it was sealed on that date.

20  Q.   What's "it"?

21  A.   The evidence.

22  Q.   Bag?

23  A.   The bag.

24  Q.   Thank you.  We have previously marked the jacket as

25  Exhibit 601.  Do you recognize it?

1    A.    I do.

2    Q.    What is it?

3    A.    This is a brown jacket.

4    Q.    Was it seized from the defendant's possession when he was

5    arrested?

6    A.    It was.

7              MS. MILLER:  At this time we would move Exhibit 602

8    into evidence.

9              THE COURT:  Any objection?

10             MR. ROOTS:  No objection.

11             THE COURT:  It's admitted.

12        (Government Exhibit 602 received into evidence.)

13             BY MS. MILLER:

14   Q.    Just really quick, I know it's wrinkly and everything, but

15   could you just hold it up so the jury can see it, please.

16   A.    (Witness complied.)

17   Q.    Thank you.

18        Does the Court hold on to the physical evidence, or should

19   we --

20             THE COURT:  No, I don't want the physical evidence.

21             BY MS. MILLER:

22   Q.    Just keep it up there for now.

23        Is there one other item up there?

24   A.    Yes.

25   Q.    If you could please describe what you're doing now.

1    A.    I'm sorry?

2    Q.    If you could please describe what you're doing as you're

3    doing it.

4    A.    I'm opening the wrapping of the bag that was sealed until

5    this point.

6    Q.    And it's a second item?

7    A.    It is a second piece of evidence.

8    Q.    Thank you.  Could you please describe for the jury what

9    that looks like.

10   A.    This is a camouflage hat that says "Veterans for Trump" on

11   it.

12   Q.    Do you recognize it?

13   A.    I do.

14            MS. MILLER:  I would now move for Exhibit 601 to be

15   entered into evidence.

16            THE COURT:  Any objection?

17            MR. ROOTS:  No objection.

18            THE COURT:  It's admitted.

19        (Government Exhibit 601 received into evidence.)

20            BY MS. MILLER:

21   Q.    Special Agent Brown, are these two items, the jacket and

22   the hat, consistent with what the defendant was wearing on

23   January 6, 2021, based on your investigation?

24   A.    Yes, they appear to be.

25   Q.    Thank you.  I'll come get those and put them at the table.

1    Can we please pull up Exhibit 508.

2    And just the witness sees it, correct, Mr. Hopkins?

3    COURTROOM DEPUTY:  That's correct.

4    MS. MILLER:  Okay.

5    BY MS. MILLER:

6  Q.  Do you recognize this?

7  A.  I do.

8  Q.  What is it?

9  A.  This is a screenshot of a Telegram page.

10  Q.  How did the FBI find it?

11  A.  Through public source inquiries.

12  Q.  And what is the user name that appears in the bottom right

13  corner?

14  A.  K. Joseph PiAnon Thomas.

15    MS. MILLER:  At this time, Your Honor, I would move --

16  I'm sorry.

17    BY MS. MILLER:

18  Q.  Is it a true and correct copy of what the FBI observed when

19  it went to this public page?

20  A.  Yes.

21    MS. MILLER:  At this time, Your Honor, I would move

22  Exhibit 508 into evidence.

23    THE COURT:  Any objection?

24    MR. ROOTS:  No objection.

25    THE COURT:  It's admitted.

1          (Government Exhibit 508 received into evidence.)

2               MS. MILLER:  Thank you.  Could we please publish.

3               BY MS. MILLER:

4     Q.   Special Agent Brown, could you put a larger circle, trying

5     not to cover any of the content, around the content of this post

6     in the bottom right corner, please.

7     A.   (Witness complied.)

8     Q.   Thank you.  And before you read the post, based on your

9     work on the January 6 investigation, can you please explain to

10    the jury what Sedition Hunters is.

11    A.   Sedition Hunters is one of several groups that use public

12    source media to find information relating to the events on the

13    6th.

14    Q.   Can you please read the content of the post.

15    A.   "The Sedition Hunters are a leftist antipatriot group

16    dedicated to turning in peaceful Americans to the FBI as

17    insurrectionists.  While they were scouring the Internet in an

18    attempt to identify me, they gave me the code name #tanoncamo.

19    I think I'm going to get it as a tattoo, along with my number on

20    the FBI's Most Wanted List (AFO 214)."

21    Q.   Special Agent Brown, do you know if the defendant ever got

22    a tattoo of AFO No. 214?

23    A.   I do not.

24               MS. MILLER:  No further questions.

25               THE COURT:  Mr. Roots or Pierce?

1          MS. MILLER:  We need to do the stipulation, Your

2     Honor.

3          THE COURT:  The parties have reached a stipulation,

4     and a stipulation is simply an agreement between the parties

5     that you may accept as evidence.

6       The exhibits they've reached a stipulation about are

7     Exhibits 449 and 450.  These are true and correct copies of

8     materials from the Office of the Mayor of the District of

9     Columbia.

10      Am I correct that the parties want to publish these to the

11    jury later?  Is that correct?  Or we will just simply send them

12    back to the jury room as evidence?

13         MS. MILLER:  I think the parties would like to admit

14    them so that Mr. Roots can use them.

15         THE COURT:  Obviously.  So they will be admitted as

16    evidence.

17       (Defense Exhibits 449 and 450 received into evidence.)

18         MS. MILLER:  We don't need to publish them now.

19    That's fine.  Thank you.

20         MR. ROOTS:  We could designate them Defense Exhibit

21    449 and 450.

22         THE COURT:  You may proceed.

23         MR. ROOTS:  Could we read those tweets?

24         THE COURT:  The exhibits that were just admitted?

25         MR. ROOTS:  Yeah.

1          THE COURT:  Do you want to pull them up, or you just

2     have physical copies?  Why don't you all consult.

3          So they're in evidence.  So you can refer to the content of

4     them, if that's your question.

5          MR. ROOTS:  We will bring them up at the time when we

6     talk about that point.

7                         CROSS-EXAMINATION

8          BY MR. ROOTS:

9     Q.   Okay.  Thank you for coming, Special Agent Brown.

10         Now, you started your direct testimony yesterday talking

11    about how you were notified of someone committing, quote,

12    multiple assaults, assaults on federal officers on January 6.

13         Do you recall that?

14    A.   I don't believe so.  My recollection was that I received a

15    lead that was just the media saying here's a video of footage

16    taken at the Capitol, you may want to check it out.  It was

17    through our tip line.

18    Q.   Through a tip?

19    A.   Right.

20    Q.   Was that this Sedition Hunter group or some other?  Where

21    did the tip come from?

22    A.   The tip came from our main e-mail address that we set up to

23    allow the public to send in tips about the events on the

24    Capitol.

25    Q.   Okay.  And you showed a video which was, I believe, 711.  I

1    would like to bring up Government's 711.

2              MS. MILLER:  Your Honor, could we go to the phones for

3    a moment?

4         (Bench conference.)

5              MS. MILLER:  Obviously, since this is in evidence, he

6    can show her this exhibit, but we did not show the witness this

7    exhibit, 711.  So I think we should correct the record that we

8    did not show this on direct.

9              MR. ROOTS:  I believe they did.

10             THE COURT:  I think you did.

11             MS. MILLER:  All right.  Withdrawn.

12        (End of bench conference.)

13             BY MR. ROOTS:

14   Q.   As I recall, you brought up 711, and at 26 seconds, a

15   figure appears and you identified Mr. Thomas.

16        Do you recall that?

17   A.   Yes.

18   Q.   I'd like to show that, Government's 711.

19        (Video played.)

20             BY MR. ROOTS:

21   Q.   Maybe we can stop somewhere around here.

22        You had been tipped off that someone was assaulting

23   officers, and as I recall, there was some discussion that the

24   person was wearing a brown jacket.

25        Was that the case?

```
 1   A.    No, that is not the case.

 2   Q.    Was it -- do you see this individual here, I guess, in the

 3   foreground of this image?  Do you see that individual?

 4   A.    At the bottom right?

 5   Q.    Yeah.

 6   A.    Yes.

 7   Q.    You agree that that's not Mr. Thomas?

 8   A.    I do agree with that.

 9   Q.    Keep playing, please.

10         (Video played.)

11             BY MR. ROOTS:

12   Q.    I would like you to focus around the 26-second mark.  Also

13   right here, if we could just pause --

14             THE COURT:  Mr. Roots, we can't hear you.

15             MR. ROOTS:  Okay.

16             BY MR. ROOTS:

17   Q.    I do want to focus here.  Do you see -- is this the 26 --

18   what second is this?  27 seconds.

19         Do you see an individual that appears to have a camouflage

20   cap in the lower left?

21             MR. MCCAULEY:  Your Honor, may we go to the phones

22   very briefly?

23         (Bench conference.)

24             THE COURT:  All right.  Again, this is not your

25   witness.
```

1          MR. MCCAULEY:  This is not about my witness, Your

2     Honor.  Someone just walked into the courtroom, and I want

3     Mr. Roots to confirm that this is not someone who he plans to

4     call later today.

5          THE COURT:  Mr. Roots?

6          MR. ROOTS:  I don't even know which person they're

7     talking about.

8          THE COURT:  The guy in the flannel shirt?  Not

9     flannel, the plaid shirt?  Is that who you're talking about?

10          MR. ROOTS:  I don't even know who that is.

11          MR. MCCAULEY:  Then we are fine to go, Your Honor.  I

12     apologize.

13        (End of bench conference.)

14          BY MR. ROOTS:

15     Q.   Okay.  Do you see in the foreground, it looks like a

16     gentleman in a camouflage cap?  Do you see that?

17     A.   Yes.

18     Q.   You would agree that is Mr. Thomas --

19     A.   Yes.

20     Q.   -- at the 26-second mark?  Do you see him lay hands on any

21     of the officers there in that segment of that scene?

22     A.   You mean in this frame here?

23     Q.   In this frame.

24     A.   In this frame, I cannot see.

25     Q.   And you do see there's at least one officer with a visor

1   up.  Do you see that officer with the visor up?

2   A.   I see the one in this frame.

3   Q.   Okay.  We may come back to 711.

4        Court's indulgence.  I want to talk to our video player.

5        Okay.  We would like to bring up 183, Defense 183, and I

6   believe that's the Niewenhous body cam image -- video.

7        (Video played.)

8            BY MR. ROOTS:

9   Q.   What I want to do is really focus on the time stamp in the

10  upper right.

11       Do you recognize this video, Special Agent?

12  A.   Yes.  This is Officer Veizaj's body cam footage.

13  Q.   Officer Veizaj's?  Okay.

14       What I want to do is get to the precise point where

15  Corporal Ainsworth goes down, either pushed or trips or goes

16  down to the ground.

17       Would you agree this is about the point where Corporal

18  Ainsworth of Prince George's County goes down?

19  A.   Unfortunately, there's no time stamp on the other video, so

20  there's no way to guarantee essentially that that time exactly

21  corresponds to what we're seeing here.  As you saw, there were a

22  couple of officers that went down at that time as well.

23  Q.   Exactly.  So that other video was not a body cam video; you

24  agree?

25  A.   Yes.

1    Q.   But this is a body cam video?

2    A.   This is.

3    Q.   Okay.  Is this about the time that Ainsworth went down?

4    A.   Approximately.

5    Q.   Okay.  And I direct your attention to the time stamp.  It

6    says 16:22.  You would agree that's military time for 4:22:16?

7    A.   I would agree.

8    Q.   So that's 4:22 in the afternoon and 16 seconds.

9         Now, to your knowledge -- you've stated you have vast

10   knowledge of these videos, all of these body cam videos?

11   A.   I would not say that.

12   Q.   To your knowledge, are these body cam videos of the

13   Metro PD in sync with regard to the time stamps?

14   A.   To my knowledge, they should all have pretty much

15   syncing-up time stamps.

16   Q.   And they're actually GPS tracked, aren't they?

17   A.   I would not necessarily know that.

18   Q.   There's data that this company, the Axon -- Axon there you

19   see is a company that manufactures and services these body cams;

20   correct?

21   A.   I did not subpoena Axon for these videos.

22   Q.   Okay.  That wasn't my question.

23        My question is, is it provided by a company that maintains

24   these body cams?

25   A.   When you say these are "provided," what does that mean?

1    Q.    They are used by Metro PD.

2    A.    The body cams?

3    Q.    Yeah, all the body cams, provided by a company called Axon?

4    A.    I believe so, based on the markings.

5    Q.    And every body cam is in sync in terms of time stamps;

6    would you agree?

7    A.    I'd be surprised to hear they weren't.

8    Q.    And in fact, you don't know if they're GPS tracked?

9    A.    I do not know.

10   Q.    Okay.  I'd like to bring up another body cam video,

11   Government's 306.  We will just start here.

12         Do you recognize this, Special Agent?

13   A.    This is another MPD body cam footage video.

14   Q.    And can I direct your attention to the time stamp at the

15   top there?  It says 4:21.  I'd like to roll this until

16   Mr. Thomas comes into the screen.

17         (Video played.)

18              BY MR. ROOTS:

19   Q.    Did you see Mr. Thomas there at all?  Maybe over here?

20   A.    Yes.

21   Q.    Okay.  And he's at sort of a lower position on the terrace

22   there at that time?

23   A.    I see that.

24   Q.    And the time stamp there says 16:21:43.

25         That would be 4:21 p.m. and 43 seconds?

1    A.    It does say that.

2    Q.    Okay.  I'd like to clear this and roll it until he sort of

3    goes up to the upper terrace, if possible.

4         (Video played.)

5              BY MR. ROOTS:

6    Q.    Do you recognize which officer's body cam this is?

7    A.    I would need to refresh my recollection by looking at the

8    sheets.

9    Q.    Okay.  Let's stop right there.

10         Do you see Mr. Thomas down here in the lower right?

11   A.    I do.

12   Q.    And he's right there at that area where there's some

13   planters, and he's about to scramble up the planter there?  Do

14   you see that?

15   A.    I do.

16   Q.    Do you see the time stamp?

17   A.    I do.

18   Q.    In the upper corner, it says 16:22, or 4:22, and 9 seconds

19   p.m.; do you agree?

20   A.    I do.

21   Q.    Okay.  So he's down there at 4:22:09, and you just

22   indicated that the officer, Corporal Ainsworth, went down, was

23   pushed or fell, at 4:22:16.  So that's seven seconds.

24         So you would agree that here's Mr. Thomas --

25              MS. MILLER:  Objection; misstates prior testimony.

1          THE COURT:  Ask the witness if that's her

2     recollection.

3          MR. ROOTS:  I don't understand why it misstates the

4     testimony, frankly.

5          MS. MILLER:  Do you want to get on the phones?

6          MR. ROOTS:  Sure.

7      (Bench conference.)

8          MS. MILLER:  You asked her, is this the precise time

9     that he went down, and she said, I don't know, I can't tell from

10    this.  And then you asked her, is this the general time frame,

11    and she said generally it is that time frame.

12       What you just asked her now is about a specific

13    millisecond, and she had said I can't tell you a specific

14    millisecond.

15         THE COURT:  That makes sense, Mr. Roots.

16       I thought you were referring to her testimony on direct,

17    Ms. Miller, but that seems fair.

18       Mr. Roots?

19         MR. ROOTS:  We're going to have to replay that other

20    one.

21         THE COURT:  All right.

22      (End of bench conference.)

23         BY MR. ROOTS:

24    Q.   All right.  Sorry for that confusion.  I want to go back to

25    183, and this time, I really want you to focus in and state,

```
1    don't even let me state, I want you to state, when did Corporal
2    Ainsworth go down?  So let's try to really focus in on this.
3         (Video played.)
4              BY MR. ROOTS:
5    Q.   Okay.  Do you see here it looks like an officer is down on
6    the ground?  Do you see that?
7    A.   I do.
8    Q.   How long does it take to fall to the ground?  A second or
9    two?
10   A.   Sure.
11   Q.   The time stamp at the top here is 16:22:18; would you
12   agree?
13   A.   Yes, I see that time stamp.
14   Q.   So that would be 4:22 p.m. and 18 seconds?
15             MS. MILLER:  Objection.  Your Honor, I would like to
16   voir dire the witness in aid of this objection.
17             THE COURT:  Let's get on the phone.
18        (Bench conference.)
19             THE COURT:  I think you misstated the exhibit we're
20   on.  We're on 711, not 183.
21             MR. ROOTS:  711 is a device cam.  This is the body cam
22   that we saw earlier.
23             THE COURT:  So that's accurate?
24             MR. ROOTS:  (Nodded head.)
25             THE COURT:  Okay.  Ms. Miller, what's the objection?
```

1          MS. MILLER:  He's trying to mislead her into

2     identifying Ainsworth when she did not identify him.  So I would

3     like to voir dire her to see if she can even tell that's him or

4     not.  He's never asked her is that Ainsworth, yes or no.

5          THE COURT:  Why can't she say no, I can't tell?

6          MS. MILLER:  He's stating that's Ainsworth, do you see

7     him.

8          THE COURT:  That's fine.  You can -- I think that's

9     fair cross.

10         Are you saying this is absolutely not Ainsworth?

11         MS. MILLER:  I'm saying her testimony already was she

12    couldn't really tell.  That was one of the first few questions

13    he asked her.

14         THE COURT:  Mr. Roots, when she says "I can't tell,"

15    don't continue to ask her questions as though she did tell you

16    that.  All right?

17         MR. ROOTS:  Okay.  I guess what we will do is go back

18    and forth through this and see if she can identify Ainsworth.

19         MS. MILLER:  You asked her to identify him on the open

20    source, which she did.  You didn't ask her -- you stated and she

21    said, I can't tell if that's him or not and I can't tell who

22    fell, there are a lot of people here.

23         THE COURT:  But, Ms. Miller, I also think that the

24    witness, too, can hold her own.

25         MS. MILLER:  Sure.

1        THE COURT:  I don't think she's incapable of saying,

2   "I didn't say that."

3       Mr. Roots, I'm going to ask you not to continue to use this

4   tactic, which is the witness says "I can't tell," and then you

5   assume she said "I can tell," and you ask her questions.  That's

6   really misleading.

7        MR. ROOTS:  Okay.  What I want to do is see if she can

8   identify Ainsworth, now that it's become an issue.

9        THE COURT:  That's fine.  You can try to get her to

10  identify Ainsworth, but if she says she can't, move on.  Get

11  another video.  Get another photograph.  Don't just dwell on

12  this one.  All right?

13       MR. ROOTS:  Okay.

14      (End of bench conference.)

15       BY MR. ROOTS:

16  Q.   Okay.  What I'd like to do is roll this video back from

17  maybe the beginning and see if you can identify Corporal

18  Ainsworth on the video.

19      (Video played.)

20       BY MR. ROOTS:

21  Q.   Okay.  Did you see Corporal Ainsworth anywhere?

22  A.   Nowhere I could say with certainty.  As you saw, their

23  markings were pretty hard to see in the scrum, and a lot of

24  their markings are on their breast or on their helmet.

25  Q.   Okay.  Let's just roll this video.

1     (Video played.)

2          BY MR. ROOTS:

3     Q.    There's an officer that appears to be going down right

4     there.

5          Do you see that?

6     A.    I do.

7     Q.    Time stamp 16:22:19?

8     A.    Yes.

9     Q.    Okay.  Let's just keep rolling.

10     (Video played.)

11          BY MR. ROOTS:

12     Q.    Do you see Mr. Thomas in the image anywhere?

13     A.    Yes.

14     Q.    Okay.  And it is -- we can just -- actually, what I would

15     like to do is start more from the beginning, roll it forward,

16     and at the first moment you see Mr. Thomas, can you just

17     indicate?  Let's do that.

18     (Video played.)

19          THE WITNESS:  Yes, I see him there.

20          BY MR. ROOTS:

21     Q.    Okay.  So we've stopped the video at 16:22:21.

22          Do you see that?

23     A.    Yes.

24     Q.    And you agree Mr. Thomas appears to be a good distance from

25     the fallen officer?

1  A.   I can't tell the distance right here, but there is some

2  space.

3  Q.   Could you estimate?

4  A.   I don't believe I could with real certainty.

5  Q.   More than 10 feet or less than 10 feet?

6  A.   I couldn't say.

7  Q.   Now, in this case, you're accusing Mr. Thomas of, as I

8  understand it, five --

9            MS. MILLER:  Objection.

10            THE COURT:  Sustained.

11            BY MR. ROOTS:

12  Q.   Mr. Thomas is accused of five assaults on officers in this

13  case?

14  A.   That is in the indictment, yes.

15  Q.   Five separate assaults?

16  A.   In the indictment, yes.

17  Q.   Let me ask, in chronological order, this alleged assault of

18  Ainsworth, what number is it chronologically?

19  A.   I'd have to refresh my memory of the indictment.  Did you

20  say in the indictment or just chronologically?

21  Q.   Chronologically.

22  A.   In the middle.  It would be after Anderson and then before

23  Niewenhous.

24  Q.   Okay.  As I understand it, this case is -- it accuses

25  Mr. Thomas of an assault on law enforcement at a location

```
1    slightly away from here, at a step area, some stair area?

2    A.   I'm sorry.  I don't understand what you mean by an "area."

3    Q.   My understanding is the assault accusations are grouped.

4    There's two in one moment, and then there's two or three at

5    another time.

6    A.   There's two at approximately 3:30.  There are two at

7    approximately, as you see here, 4:20.  And then there's one at

8    approximately 4:26, 4:25.

9    Q.   Okay.  There's three up in this area here, would you say?

10   A.   No, there are two up in this area.  As you saw and pointed

11   out, there are those risers, and underneath the area that --

12   this area that we see in the frame, there's that lower level of

13   the Upper Northwest Terrace.

14   Q.   And those would be assault allegations 1 and 2?

15   A.   1 and 2 were at 3:30.

16   Q.   At 3:30.  What did you mean by "the risers"?

17   A.   I don't recall saying risers.  Did I say that just now?

18   Q.   I think so.

19   A.   No, I said these dividers.  You pointed those out

20   yesterday.  That's what you called them.  I just wanted to use

21   your term.

22   Q.   And you are saying there's three alleged assaults in these

23   divider area -- in this area at the dividers?

24   A.   When you say "divider area," you mean the scene that's

25   depicted here?
```

1    Q.    Yes.

2    A.    There are two.

3    Q.    So we've seen that one there that you say is alleged

4    assault number, I believe you said, in the middle, number 3?

5    A.    It's the ones happening at the -- between 4:20 and 4:25.

6    It's the middle ones.

7    Q.    Okay.  So now I think we've established -- as we part from

8    this video frame here, we see Mr. Thomas.  Do you see him there?

9    Would you agree he's in this area?

10   A.    I just see the lower half, but yes.

11   Q.    And you would agree that that's him?

12   A.    I do.

13   Q.    And you would agree there's a man in blue or a blue shirt

14   that's in front of him?

15   A.    I see that one, too.

16   Q.    And just for the record before we move on, time stamp is

17   4:22 p.m. and 21 seconds right here?

18   A.    I see that.

19   Q.    Okay.  And the officer is clearly down on the ground right

20   there?

21   A.    An officer is, yes.

22   Q.    Was there one officer or more than one down on the ground?

23   A.    From different angles, I saw a couple of officers, but I

24   can't tell you the timing of it.

25   Q.    Okay.  It's your testimony -- you're 100 percent sure that

1    Mr. Thomas made contact with Mr. Ainsworth?

2    A.    I saw contact with Mr. Ainsworth -- with Corporal

3    Ainsworth's shield.

4    Q.    Contact by -- okay.  Contact by Mr. Thomas?

5    A.    Yes.

6    Q.    Okay.  Let's go to that other body cam, the one with

7    Mr. Thomas down below.  And we are back at 306.  And we will

8    roll it until Mr. Thomas gets close to that wall there, that

9    planter.

10          (Video played.)

11               BY MR. ROOTS:

12   Q.    Okay.  Do you see that?

13   A.    I do.

14   Q.    Mr. Thomas just started scrambling up that planter area?

15   A.    Yes.

16   Q.    And we're paused here.  We're stopped at time stamp 16:22,

17   which would be 4:22:09.

18   A.    Yes.

19   Q.    So would you agree that in that last frame of that other

20   exhibit, 183, we indicated that that was at 21 seconds?

21   A.    Where we stopped the camera rolling?

22   Q.    The final frame that we saw was at 27 -- I'm sorry, 21

23   seconds.  That is the last frame we saw before we left that; do

24   you agree?

25   A.    I don't recall exactly.  If you could just show me that one

1    more time, that might be helpful.

2    Q.   You would agree there are about ten seconds in between

3    that?  So here he is.  You agree that Mr. Thomas is lower down

4    here at a different level of the terrace?

5              THE COURT:  Wait.  Was there a question?  You said you

6    would agree that --

7              BY MR. ROOTS:

8    Q.   You would agree that Mr. Thomas is right at this frame

9    before we leave it --

10             THE COURT:  There was earlier either testimony by you

11   or question for the witness about the timing.  You would agree

12   that it's ten seconds between --

13             BY MR. ROOTS:

14   Q.   Would you agree that it's around a ten-second gap?

15             MS. MILLER:  Objection; misstates the evidence.

16             THE COURT:  Overruled.

17             THE WITNESS:  I don't remember exactly what the time

18   was.  I would be happy to go back to do it, and we could mark it

19   again.

20        (Bench conference.)

21             THE COURT:  Ms. Miller, when he asks a question and

22   you object "misstates the evidence" -- he said, "Would you agree

23   that there was a ten-second gap?"  He said "would you," and she

24   said no.  The proper objection is not that it misstates the

25   evidence.  He asking "would you agree," and she said no.

```
 1          And when I overrule your objection and you make a face in

 2     front of the jury, that's unprofessional.  So cut that out.

 3     Understood?

 4               MS. MILLER:  Yes, Your Honor.

 5          (End of bench conference.)

 6               BY MR. ROOTS:

 7     Q.   This is 183.  Let's go back to 306.

 8          (Video played.)

 9               BY MR. ROOTS:

10     Q.   Actually, let's roll this until -- let's just roll this for

11     ten seconds.

12          (Video played.)

13               BY MR. ROOTS:

14     Q.   Okay.  I guess Mr. Thomas is off of the screen.  I have

15     written here 183.1.  Is that different than 183?  Okay.  We'll

16     play 183 all the way through, the fruition and the completion of

17     that episode.  This is 183.1.

18          (Video played.)

19               BY MR. ROOTS:

20     Q.   I'm thinking we could play this all the way through, and I

21     will make a couple points, and we can move on.

22          Let's do this:  Let's play it from the point Mr. Thomas

23     gets up to that area, if we could.

24          Or here we are.  You agree this is a body cam of an

25     officer?
```

1    A.    An MPD officer, yes.

2    Q.    Which officer is this?

3    A.    Officer Veizaj.

4    Q.    Veizaj, okay.  And we just saw an officer go to the ground

5    there?

6    A.    We saw an officer go to the ground, yes.

7    Q.    We did not see any contact by Mr. Thomas with that officer,

8    did we?

9    A.    I couldn't tell.  I did not see a lot in that video there.

10   Q.    Okay.  Let's just roll this through, because I know there's

11   some fracas, there's some more contact in the next couple

12   seconds.

13        (Video played.)

14             BY MR. ROOTS:

15   Q.    Okay.  Let's stop right here.

16        First of all, did you see Mr. Thomas more or less standing

17   over here on the left?

18   A.    I see him.

19   Q.    And you saw some -- I'm tempted to say violence, but sort

20   of a fracas, wild area to the right?

21   A.    I saw some activity going on on the right hand of the

22   screen.

23   Q.    And you would agree Mr. Thomas is not involved in that?

24   A.    In this frame, you see that he is to the left here.  He's

25   not on that side.

1   Q.   And it looked like maybe a protestor had gone down on the

2   ground there.

3        Did you see that?

4   A.   I did not.

5   Q.   Can we reverse that a little bit?  Right there.  We will

6   start from 20 seconds.

7        (Video played.)

8        BY MR. ROOTS:

9   Q.   Okay.  So did you see that sort of a fracas over on the

10  right there?

11  A.   Yes, I saw that activity that I think you're thinking of.

12  Q.   And it looked like several people were either being pushed

13  or dragged or they went to the ground there?

14  A.   I'll agree there was activity of the type you were talking

15  about.

16  Q.   And Mr. Thomas did not have anything to do with that?

17  A.   I did not see him in those frames, no.

18  Q.   It looked like an officer and maybe a demonstrator had hit

19  the ground there?

20  A.   I think that's right.

21  Q.   Okay.  Let's keep rolling.

22       (Video played.)

23       BY MR. ROOTS:

24  Q.   Let me just ask, does that look like a chaotic scene?

25  Would you describe that as chaos up there?

1    A.   Those are a lot of icons on your desktop.

2         How do you mean "chaotic"?

3    Q.   Did it look like everyone knew what was going on up there?

4    A.   Law enforcement typically has to respond to scenes like

5    that.  I'm not sure necessarily all of the law enforcement

6    officers would consider it chaotic.

7    Q.   Did it look like a confusing moment?

8    A.   It looked like a scene that did not have a lot of control.

9    Q.   Okay.  I think we can move on from this stuff.

10        You talked about there were BOLO announcements by the FBI,

11   be on the lookout?  Do you recall that?

12   A.   I do.

13   Q.   And you were seeking information about the person that you

14   later learned was Mr. Thomas?

15   A.   That's right.

16   Q.   To your knowledge, what explains Mr. Thomas's use of

17   these -- why does he call himself PiAnon, Pi?

18   A.   I do not know what is in the defendant's head when he

19   thinks that.  It would just be speculation why he does that.

20   Q.   Is it because his initials, Joe Thomas would be JT, and

21   when they're right next to each other, they sort of form the pi

22   symbol in math?

23   A.   I would trust the defendant's words on that if those are

24   his words.

25   Q.   Another phrase he sometimes goes by, the Black Lion Jester,

1    what's your knowledge about his use of that handle?

2    A.    I do not know.

3    Q.    Okay.  Now, obviously, you went into these news reels at

4    the truck stop there, I guess, in Virginia where Mr. Thomas gave

5    a speech?  Do you recall that?

6    A.    Yes.

7    Q.    He said "be safe."  He said -- used the phrase "to ensure a

8    fair vote in the presidential election."

9         Do you recall that?

10   A.    I think he said "be safe" when he was speaking to the folks

11   there at the midnight ride, but in the news reels, there was

12   other language.

13   Q.    Did he express any intent to obstruct Congress?

14            MS. MILLER:  Objection; legal conclusion.

15            THE COURT:  Overruled.

16            THE WITNESS:  He did not specifically say that he was

17   obstructing Congress or had the intent to.

18            BY MR. ROOTS:

19   Q.    And a lot of his social media came up through you.  You

20   testified while some of his social media was displayed.

21        He did use the phrase "peaceful rally"?

22   A.    Peaceful rally, did you say?

23   Q.    Well, it was in maybe one of the videos.  He used the

24   phrase "stop the steal."

25        Do you recall that?

1   A.   He did, in hashtag form as well.

2   Q.   And "fight for the American worker"?

3   A.   I don't recall that one in the exhibits.

4   Q.   You agree those are political -- that's political speech?

5   A.   I think it can be interpreted differently based on the

6   hearer.

7   Q.   So you're saying that when someone says "stop the steal,"

8   that's a call to violence?

9   A.   Oh, did you mean "stop the steal" or "fight for the

10  American worker"?

11  Q.   Even "fight for the American worker."

12  A.   Which one --

13  Q.   Let's start with "fight for the American worker."

14       Is that a call for violence?

15  A.   "Fight for the American worker" specifically?

16  Q.   Yeah, the word "fight."

17  A.   It would depend on the context and the user.

18  Q.   Okay.  How about "stop the steal"?

19  A.   It would depend on the context and the user.

20  Q.   Many -- is there any evidence that Mr. Thomas was using

21  "stop the steal" as a call for criminal violence?

22  A.   In the postings that I viewed?

23  Q.   Anything you know of.  You're the FBI case agent.

24  A.   In reading it, I don't get that impression.  I didn't --

25  Q.   It's political speech; correct?

```
1   A.   I guess it would depend on the person's intent.

2   Q.   You recognize the difference between advocacy and violence?

3   A.   Certainly.

4   Q.   You recognized that there was an actual rally scheduled in

5   D.C. with the President of the United States speaking that was

6   called the "Stop the Steal Rally"?

7   A.   Yes.

8   Q.   Of course, one method of -- you agree that some speech can

9   be criminal?  You would agree?

10  A.   Some speech can be.

11  Q.   So a criminal threat, "I'm going to kill you," would be

12  criminal in some circumstances?

13  A.   It could be.

14  Q.   But -- well, there would be some circumstances where it

15  wouldn't be criminal?  Even that would be protected speech;

16  correct?

17  A.   If it is criminal, it could also be protected speech.

18  Q.   Even the most extreme threat, like "I'm going to kill you,"

19  could be protected speech under the First Amendment in some

20  circumstances?

21  A.   I'm not a First Amendment attorney.

22  Q.   But Mr. Thomas never said anything like that, did he?

23  A.   Like what?

24  Q.   You have no information Mr. Thomas ever made any kind of a

25  threat like that?
```

1    A.    Like what?

2    Q.    Like "I'm going to kill you"?

3    A.    No.

4    Q.    Or "I'm going to attack a congressperson"?

5    A.    No.

6    Q.    Any violent threat that you can think of that Mr. Thomas

7    made towards, for example, Congress?

8    A.    No.

9    Q.    He did say things like this is peaceful, this is a peaceful

10   protest.

11         Do you recall him saying that?

12   A.    He repeated "freedom" and "peace" regularly.

13   Q.    Someone around him, not him, said the words, "Wait until we

14   reach the Capitol, because then there's going to be drama."

15         Do you recall that?

16   A.    Yes.

17   Q.    And that was not him that said that?

18   A.    It was not.

19   Q.    It was some voice that was marching near him?

20   A.    That's right.  It was audible enough for us to hear through

21   the video.

22   Q.    And that person -- drama, isn't politics drama?

23   A.    I think people can have differing opinions.

24   Q.    Okay.  If a person says "wait until we get to the Capitol

25   because there's going to be drama," would you interpret that as

1    an expectation of criminal violence?

2    A.    I suppose it would depend on the person and the situation.

3    Q.    Now, I believe someone on one of those videos said -- it

4    might have been Thomas, said "you hear that, Congress?"

5          Was that Thomas that said that?

6    A.    It sounded like the defendant's voice.

7    Q.    "You hear that, Congress," that's persuasive political

8    speech; correct?

9    A.    I'm not a First Amendment attorney.

10   Q.    Now, at some point, he does say, "I'm telling you, they are

11   storming the Capitol."

12         Did you recall that?

13   A.    Who said that?

14   Q.    I believe Thomas said that; correct?

15   A.    The defendant at one point posted a video of himself

16   saying, "Right now, we've got a whole list of patriots going to

17   storm the Capitol."

18   Q.    Okay.   "Whole list of patriots storming the Capitol."

19   A.    "A whole list of patriots going to storm the Capitol."

20   Q.    To your knowledge, is storming anything a federal crime?

21   A.    I'm not familiar with all federal statutes.

22   Q.    Is there a legal definition for the term "storming"?

23   A.    I would not know.

24   Q.    Is it a legal term?

25              THE COURT:  Mr. Roots, she's not a lawyer.  Quit

1    asking her legal questions.

2          BY MR. ROOTS:

3    Q.    You've obviously watched lots of content about January 6?

4    A.    I would say so.

5    Q.    People use the word "storming" a lot?

6    A.    "Content" meaning these body cam footages, or do you mean

7    general media?

8    Q.    People use the word "storming" a lot in the context of all

9    the videos you've seen about January 6?

10   A.    A lot of people in these body cam videos are heard

11   saying "storming the Capitol."

12   Q.    Does storming have any kind of a legal -- any kind of an

13   FBI definition?

14          MS. MILLER:  Objection.

15          THE COURT:  Does it have an FBI definition?  That's

16   the question.

17          THE WITNESS:  Not that I'm aware of.

18          BY MR. ROOTS:

19   Q.    Some people use that term to describe going onto the grass;

20   correct?

21   A.    Storming the grass?

22   Q.    Yeah.

23   A.    I've never heard that term before.

24   Q.    Well, isn't it true some voices are heard saying people are

25   storming, and there is no storming into the building at that

1  time?

2  A.   I'm not sure to what you're referring.

3  Q.   To your knowledge, what does "storming" mean?  If you can

4  just tell the jury from the FBI's perspective.

5  A.   There is no FBI definition of the word "storming."  We do

6  not define every single word in some sort of criminal

7  investigative context.

8  Q.   Okay.  Let me just zero back to Mr. Thomas.

9       Did he ever say he was storming anything?

10  A.   Yes.

11  Q.   He did say that?

12  A.   When we did the search in Alabama, we recovered his cell

13  phones, and we did computer analysis on those cell phones.

14  There were text messages exchanged between him and an individual

15  called Taio, Taio, I might be mispronouncing it, in which the

16  defendant said he was storming the Capitol.

17       He just used the words "storming the Capitol."

18  Q.   All right.  And what is meant by that?

19            MS. MILLER:  Objection; speculation.

20            THE COURT:  Sustained.

21            BY MR. ROOTS:

22  Q.   Okay.  The phrase "police stand down," that's persuasive

23  speech asking the police to do something?

24  A.   I'm not a First Amendment attorney.

25  Q.   Is it a threat?

1   A.   It would depend on the context.

2   Q.   Is there any context in which it could be a threat?

3   A.   I would just be speculating on that.

4   Q.   Is it illegal to say "police, stand down"?

5   A.   I'm not a First Amendment attorney.

6   Q.   What about "honor your oath"?  Is that illegal to say to an

7   officer?

8           THE COURT:  Mr. Roots, let's move on.

9           BY MR. ROOTS:

10  Q.   Okay.  Let's go to this restricted area question.  I'd like

11  to go to Mr. Thomas's cell phone video where you pointed out

12  that there was a "restricted" sign.  And I forget where that

13  was.  Okay.  Here we go.  Let's bring up 511.

14      To your knowledge, there were two incidents that you

15  testified to on direct involving signs that said "restricted

16  area?"  Two signs?

17  A.   I believe I recall two incidents, yes.

18  Q.   One was at The Ellipse, a mile away from the Capitol?

19  A.   One was further from the Capitol.  I can't recall with

20  certainty if it was on The Ellipse.

21  Q.   And the other was up on, I believe, the West Terrace where

22  there was a sign on the ground?

23  A.   Yes, there was a sign on the ground on the Capitol

24  structure itself.

25  Q.   So to your knowledge, there's two in your entire direct

1    testimony -- there's two signs that Thomas could have seen that

2    said "restricted area"?

3    A.    There were two signs that were captured on his video.

4    Q.    Okay.  Do you know of other signs that he saw that said

5    "restricted area"?

6    A.    I do not know what Mr. Thomas saw that day besides what he

7    captured with his video or camera.

8    Q.    And the first was at The Ellipse?  That's close to the

9    White House.

10    A.    Like I said, I don't recall if it was at The Ellipse.  The

11    positioning of it indicated that it was on the Mall somewhere.

12    Q.    And the other was on the upper terrace, and it was down on

13    the ground?

14    A.    Yes, it was on the ground on the Capitol itself.

15    Q.    And it was -- did it appear to be damaged or torn in half

16    or something?

17    A.    No.  It looked like it was on the ground but folded up.

18    Q.    Okay.  I'd like to go to -- can we get that -- let's get

19    511 up at maybe 11 seconds.

20            COURTROOM DEPUTY:  Government's 511?

21            MR. ROOTS:  I think so.

22            BY MR. ROOTS:

23    Q.    Okay.  Do you see this image?

24    A.    It's a bit blurry, but yes, I do.

25    Q.    This is Exhibit 511, government's, at 11 seconds -- or

1    9 seconds.

2         Do you see the sign that I will circle over here?

3    A.    Yes.

4    Q.    You testified that said "restricted area"?

5    A.    "Do not enter," yes.

6    Q.    That is from Mr. Thomas's own cell phone device?

7    A.    Right.

8    Q.    To be clear, that's not near the Capitol?

9    A.    It is some distance away, you're right.

10   Q.    This is at The Ellipse where President Trump was speaking

11   earlier?

12   A.    I can't tell exactly.  There were a lot of checkpoints.

13   Q.    You would agree this is a rather long video Mr. Thomas took

14   that day, 511?

15   A.    511?

16   Q.    Yeah.  That's his device?

17   A.    This is 9 minutes 36 seconds.

18   Q.    Was his device videos segmented?  Did he have a continuous

19   live stream, stream of video, or did he stop and start?

20   A.    He stopped and started.  He did not do one continuous video

21   the entire day.

22   Q.    Mr. Thomas shot a lot of video that day; correct?

23   A.    I would say so.

24   Q.    And if the FBI knew of any other video with any restricted

25   signs, they would have probably found it and brought it to the

1    jury's attention through you, the case agent; you would agree?

2    A.    I'm not sure what you mean by that.

3    Q.    It was a confusing question.  Okay.

4          So you're the case agent in his case; correct?

5    A.    Yes.

6    Q.    And you know of how many total "restricted area" signs that

7    were in his vicinity?

8    A.    That was not a part of the investigation that I conducted.

9    That was something we deferred to the Capitol Police, because

10   they were the ones who put up those signs.

11   Q.    If you knew of them in all your -- with all of what you

12   know, would you have shown the jury them?

13   A.    If I knew of what?

14   Q.    Would that have been shown to the jury, other --

15   A.    Once again --

16   Q.    So there are two incidents in his videos with signs that

17   say "restricted area."

18   A.    Yes, there are two incidents that we see captured.

19   Q.    But you've scoured all of Mr. Thomas's videos of that day?

20   A.    I have looked at them, yes, I have.

21   Q.    And you know of no others?

22   A.    I'm not sure I was looking for every single instance where

23   they saw a "restricted area" sign.  That was not a part of my

24   investigation.

25   Q.    I would like to go to -- I have something written --

1    41 minutes and 9 seconds, and I believe that would be

2    Exhibit 504.  I could be wrong.

3        Okay.  This is Mr. Thomas's cell phone video?

4    A.    Yes.

5    Q.    This is 504?

6        THE COURT:  Mr. Roots, sorry to interrupt.  How much

7    longer do you have on your cross, roughly?  I'm trying to figure

8    out when to take a break.

9        MR. ROOTS:  If I had to guess, I would say half an

10   hour.

11       THE COURT:  Ladies and gentlemen, would you like a

12   morning break now?  We've been going for a while.  So we will

13   come back at 5 after 11:00.

14       Again, reminder not to discuss the case or research it.

15       (Jury exited courtroom.)

16       THE COURT:  So, Mr. Roots, I've been exceedingly clear

17   in my multiple pretrial rulings that you're not to ask witnesses

18   legal questions, you're not to ask them questions about the

19   First Amendment, about protected speech.  You can, however,

20   elicit facts that would support some sort of First Amendment

21   defense.

22       Tentatively, I've said based on what I know of the evidence

23   I'm not inclined to give it, but I will decide that at the

24   conclusion when we have the charging conference.  For you to ask

25   witnesses legal questions and questions about the First

Amendment, questions about whether something is protected speech

or not is inappropriate.

What's not clear about those rulings?

MR. ROOTS:  Actually, after last night, we were typing

up a motion for mistrial based on this case being almost nothing

but protected speech.  Mr. Thomas --

THE COURT:  You can elicit all of his protected

speech.

MR. ROOTS:  We held off filing that waiting for her to

finish.  We kept expecting her to show evidence of crime.  There

was none.  There was nothing but --

THE COURT:  This is an absurd argument, that there is

no evidence of crime here at this point based on the evidence

that's presented before the Court.

MR. ROOTS:  Well, I would just say the political

statements Mr. Thomas has made cannot be used to put him in

prison.

THE COURT:  They are not using political statements to

convict him.  Again, for the umpteenth time, they're using his

statements to show his intent and his motive.  They are not

using his statements to convict him.

It's appropriate for the prosecution to use statements of a

defendant, even statements that are protected speech, in order

to prove intent, and you know that, and we've discussed this

multiple times.

1              MR. ROOTS:  The Supreme Court in several cases have

2    said they can't cobble together political speech and turn it

3    into a treason or a obstruction of Congress.

4              THE COURT:  Mr. Roots, this is an absurd argument.

5    They're not cobbling together statements.  They have alleged

6    assaults that you may or may not think they've proven, but

7    they've charged civil disorder, trespass, and assaults.

8         I don't want to hear any more about this.  This is not

9    appropriate lines of questioning.  And I've been very clear up

10   front, and it's not grounds for a mistrial.  They are entitled

11   to elicit his statements in order to show motive and intent.

12             MR. ROOTS:  What I would like to do is file a motion

13   for mistrial.

14             THE COURT:  You may do that; you may do that.  But

15   we're going forward, and I don't -- we've argued about this

16   multiple times pretrial, and I don't understand what you're not

17   getting about my rulings.

18             MR. ROOTS:  I guess what I'm trying to understand is,

19   where is there any evidence of any intent by Mr. Thomas in those

20   political statements?

21        It's astounding, because I've sat through a couple other

22   January 6 cases, Proud Boys being one, where there were

23   statements that actually mentioned things like using force,

24   using violence.

25        Here, there isn't even that.  This is based on nothing.

 1          THE COURT:  That's the strength of the government's

 2    evidence, and you can certainly argue to the jury that they

 3    haven't proven intent to obstruct.  That's fair argument.

 4       That doesn't mean that they can't introduce those

 5    statements because they're weak evidence of intent.  There's a

 6    difference there, and you know that difference.

 7       So quit trying to inject this legal argument that I had

 8    excluded.  If you continue to do it, I'm going to call you out

 9    in front of the jury again.  And the government is completely

10    entitled to object when the defense is asking legal questions of

11    a witness.

12          MR. ROOTS:  I would argue this case cannot go forward.

13    If this is their final witness --

14          THE COURT:  I deny the motion for mistrial.  We've

15    covered this.  You can file -- post-trial, you can file that

16    claim, too.  But on the record, I'm denying now your motion for

17    mistrial.  You have not made a compelling argument.

18       All right.  Anything else?  We have seven minutes.

19          MR. ROOTS:  Well, I want to go back to the secret 302s

20    we were provided late.

21          THE COURT:  So, Mr. Roots, I assume you read the

22    indictment in this case.

23          MR. ROOTS:  Yes.

24          THE COURT:  All right.  And the indictment alleged

25    that the defendant assaulted Corporal Ainsworth.  Agreed?

```
1            MR. ROOTS:  Yes.

2            THE COURT:  So you knew that the government was going

3    to prove that he assaulted Corporal Ainsworth.

4            MR. ROOTS:  Yes.

5            THE COURT:  And based on everything you've told me in

6    the courtroom, your defense, according to Mr. Thomas, is that he

7    didn't assault Corporal Ainsworth; correct?

8            MR. ROOTS:  Correct.

9            THE COURT:  And there is a 302 -- Ms. Miller, can you

10   remind me exactly what the 302 says?

11       But there's a 302 that says -- before, a 302 you've been

12   provided in discovery that says --

13           MS. MILLER:  There's two different ones.  One says I

14   remember this guy after we showed him pictures, I remember this

15   guy being aggressive, basically.  And then a later one from this

16   year says there were multiple different rioters trying to knock

17   me over.

18           THE COURT:  Okay.  So putting all of that together,

19   you could infer that the corporal might testify he knocked him

20   down, but that's the only fact, whether or not he was knocked

21   down.

22           MR. ROOTS:  We didn't even have any notion that he

23   claimed to have been knocked down.

24           THE COURT:  Who cares?  You knew he was -- claimed to

25   have been assaulted.  This is not -- this is more incriminating
```

of the defendant.  This is not *Brady*.  I don't see the argument.
I think you weren't as prepared as you should have been to
cross-examine him.  But I don't think that you've given me a
basis for you calling Ainsworth to impeach on anything in that
302.

What are you impeaching him on?

MR. ROOTS:  The last question I asked Mr. Ainsworth
was, Are you 100 percent certain it was Mr. Thomas who pushed
you down?

THE COURT:  And he said yes.

MR. ROOTS:  He said 100 percent certain.

THE COURT:  Okay.  So prove up -- prove up that that's
a lie.  Prove that up.  You don't get to call him to impeach him
with information that you knew long ago.  You don't get to call
a witness of your own to impeach.  You knew that Mr. Thomas was
charged with assault.  You knew that the corporal recognized
Mr. Thomas.  Whether this is true or not is another issue.  You
knew that he fell down or there was --

MR. ROOTS:  We did not know he was claiming to have
fallen down.

THE COURT:  Even so, you were prepared coming in this
courtroom to say Thomas didn't assault and have -- be able to
review videos that show he didn't assault Ainsworth.

So there's nothing that you couldn't do when that corporal
was on the stand.  And then when I asked if the witness is

excused, you excused him.

So now you've got a --

MR. ROOTS:  We did not excuse him.

THE COURT:  You did not excuse him?

MR. ROOTS:  Mr. Thomas was whispering to me, "I'm 100 percent sure I didn't do it."

THE COURT:  Why didn't you cross-examine him?  He's telling you that he didn't do it.  You cross-examined him, and he stuck with his answer.  Now prove it's a lie.

MR. ROOTS:  Let's put it this way:  We were provided discovery videos.  We weren't even focusing on anybody that fell down.  We see these officers in black.  It's hard to tell who is who, and what we can tell from the videos we've seen, Mr. Thomas is over here.  He's brushing against officers.  We're prepared to defend against that.

And then we hear, oh, this officer claims Mr. Thomas pushed him down.  This was shocking to us.

THE COURT:  Fair enough.  Prove it's a lie.  You're putting on your case now.  Prove it's a lie.  If you call him to impeach him, he's going to say the same answer again.

MR. ROOTS:  I don't see how he can withstand showing -- watching videos of another guy in blue pushing him.

THE COURT:  You don't need him on the stand to introduce those videos and prove to the jury that he's lying.

MR. ROOTS:  I don't know how he's going to answer when

1    there's a guy in blue pushing him down, and there's missing body

2    cam.

3            THE COURT:  Mr. Roots, I don't find there's anything

4    in the 302 that was such a surprise that you can't adequately

5    cross-examine him based on everything you knew ahead of time.

6            MR. ROOTS:  He's changed his story about the body cam

7    missing.  In one of the 302s, he says he didn't have a body cam.

8    In another 302, he says he had it --

9            THE COURT:  Is that the 302 you were just provided?

10   You don't even know?

11           MR. ROOTS:  I do know, or I should say, we know.  He

12   changed his story -- on the stand, he says it fell off and his

13   supervisor picked it up and put it in his pocket.  We should be

14   provided with that video.  We should have it, and we don't.

15           THE COURT:  What video?

16           MR. ROOTS:  The missing body cam that we haven't seen.

17   This is a *Brady* violation.

18           THE COURT:  They have elicited testimony that they

19   didn't have body camera footage from Prince George's County.

20   You can file a motion for that, and we can look into what the

21   government wants to say about its efforts to determine that, but

22   we're not going to derail the trial into a discovery dispute.

23   It could have been raised long ago.  You've been asking for

24   these videos long ago.

25       No one here has said that the officers with Prince George's

1    County had on videos, have they?

2              MR. ROOTS:  Let's put it this way:  Her testimony

3    yesterday was they don't have the Prince George's County videos.

4    I'm hoping to probe that a little bit, well, why don't you?

5              THE COURT:  Fine.  You can probe that.  If she knows

6    the answer to it, fine.  Or you can call a Prince George's

7    witness to --

8              MR. ROOTS:  For the record, we have not been provided

9    that evidence, that film.  We don't have it.

10             THE COURT:  Let me hear from Mr. McCauley briefly.

11   What's the story on the Prince George's County body cam footage?

12             MR. MCCAULEY:  Your Honor, I want to confirm this fact

13   at a later break by calling someone who is more knowledgeable

14   about these issues.

15             THE COURT:  Fine, but your understanding at this point

16   is what?

17             MR. MCCAULEY:  My understanding at this point is that

18   any body-worn camera -- any body-worn camera that a law

19   enforcement officer had on January 6, that does include evidence

20   from -- from my personal knowledge, I can certainly say that

21   includes evidence from law enforcement agencies in Virginia.

22        But that --

23             THE COURT:  Wait.  Prince George's is Maryland.

24             MR. MCCAULEY:  I'm only speaking on my personal

25   knowledge right now.

```
 1              THE COURT:  You only know about the Virginia police

 2    officers?

 3              MR. MCCAULEY:  I only know about the Virginia.

 4              THE COURT:  If you can find out more information about

 5    this.

 6              MR. MCCAULEY:  But my understanding of the status of

 7    the body-worn camera that has been provided is everything, all

 8    of it has either been uploaded to the databases to which this

 9    defense team has access on both evidence.com --

10              THE COURT:  Everything that you have and everything

11    that exists, because you have presumably asked all the police

12    stations to give everything.

13              MR. MCCAULEY:  That was worked out months before I

14    joined the office, but yes, that is my understanding.

15              THE COURT:  You can verify that.  Ms. Miller is

16    nodding as well.

17              MS. MILLER:  What I can say, Your Honor, any body-worn

18    camera that we have access to, whether it's --

19              THE COURT:  I know, but it's not you, Ms. Miller.

20    It's the police, too.  You're working jointly on this

21    investigation.  You have to be.

22         But what Mr. McCauley is saying, your understanding, those

23    inquiries were made.  Anything that you received from -- those

24    offices understood they need to provide it, and any of it that

25    exists so far as you're aware has been turned over to the
```

1    defense?

2              MR. MCCAULEY:  Yes, Your Honor, that is the

3    representation I'm making right now.

4              MS. MILLER:  And I just checked with the supervisor

5    who said he's not aware of us having any P.G. County body-worn

6    camera, but he's going to check as well.

7              THE COURT:  Okay.  So, Mr. Roots, you can certainly

8    ask the agent about her knowledge of P.G. County video, and to

9    the extent you want to call some P.G. County witness, get them

10   here, some custodian or whatever.

11        But this is old information that you have had for months.

12   This is not the 302.

13             MR. ROOTS:  It's new information that he said it was

14   knocked off and his supervisor picked up and put it in his

15   pocket.  That is new information.

16        I do want to say there is additional issues with regard to

17   these late 302s involving Officer Campanale.

18             THE COURT:  I'm informed that an earlier 302, a

19   January 302 said that he "was equipped with a body camera on

20   this day.  However" -- quoting from the 302, "Ainsworth was

21   equipped with a body camera on this day.  However, it was

22   knocked off prior to this incident and never recovered."

23        So you were aware of this in January.  This is not new

24   information.

25             MR. ROOTS:  "Never recovered" is different from

1    "recovered and it exists."  We have not been provided with it.

2          THE COURT:  Make an inquiry on this, because the

3    officer did testify it was recovered.

4          MR. ROOTS:  There are additional problems with the

5    Campanale 302s.  Mr. Campanale, as we know --

6          THE COURT:  Wait, wait.  Mr. Roots, you had these

7    agents here to cross-examine.

8          MR. ROOTS:  I want to say that we put -- there's a

9    supervisor -- Campanale's supervisor named Taio.  Taio played a

10   very significant role on January 6.  He was running around like

11   a crazy man amping up the officers and getting them to use

12   excessive force, and we've seen those videos.  That supervisor

13   was amping up the officers to use excessive force.

14       Taio's body cam is on our exhibit list.  The government

15   argued successfully, successfully that we remove that, it's not

16   relevant.  Sure enough, we find these secret 302s given to us --

17   after the witness is off the stand, in the middle of the night,

18   we're given 302s that say, in fact, Campanale was told -- was

19   initially contacted by Taio, Taio gave him instructions.

20       So this is direct --

21          THE COURT:  What do you mean, contacted by Taio?

22          MR. ROOTS:  He arrived at the Capitol.  Taio amped him

23   up, just like all the other officers.

24          THE COURT:  You've got the video of Officer Campanale

25   that can show him being amped up or show his behavior.

1          THE WITNESS:  Mr. Roots --

2          THE COURT:  Wait.  You can step down and talk to the

3     attorney.  I don't want you getting involved in this.

4          MR. ROOTS:  This would have been a completely

5     different trial if we had had those 302s.

6          THE COURT:  I don't understand.  It's a different

7     trial because you have evidence now that Campanale spoke to the

8     guy you said was amping people up that day.  That doesn't make

9     sense to me, that this would be a different trial.

10        You have the videos of Campanale that show how he's

11    behaving.  Why does whatever Taio may or may not have said to

12    Campanale change the nature of this trial?  That makes no sense.

13         MR. ROOTS:  I was just reminded that the officers

14    don't push the button to activate the body cams until they use

15    force.

16         THE COURT:  No, that's not the testimony.  Until

17    they're engaging with an individual.  It's not always use of

18    force.

19         MR. ROOTS:  Until they're expecting to have an

20    engagement.

21         THE COURT:  If he didn't turn on his body camera

22    footage soon enough, you could have crossed him on why he waited

23    so long to turn on the video, Campanale.

24         MR. ROOTS:  We had Taio's body cam on our exhibit

25    list.  Taio's body cams are horrendous.

1          THE COURT:  Is he having contact or doing anything

2     that affects Mr. Thomas?

3          MR. ROOTS:  Absolutely, yes.

4          THE COURT:  Explain.

5          MR. ROOTS:  He is telling his lower officers that

6     there's danger, there's danger, there's danger.

7          THE COURT:  It's what the officers do in response to

8     those comments that matter.

9          MR. ROOTS:  We have seen videos where the officers are

10    quite calm, quite collected.  Then Mr. Taio comes up and stirs

11    them up.

12         THE COURT:  It's irrelevant.  It's what did the

13    officers do.  If you think they used excessive use of force,

14    show the videos, and let the jury decide this was self-defense.

15     You don't need Taio in here to make your point that the

16    officers used excessive force.  This makes no sense.

17         MR. ROOTS:  Campanale -- as you saw, Your Honor,

18    Campanale gave what I believe is just blatantly false testimony.

19         THE COURT:  I don't see that.  Explain.

20         MR. ROOTS:  The idea that Mr. Thomas cut the tarp when

21    he knew --

22         THE COURT:  No, he said he had probable cause, and you

23    crossed him and said -- he acknowledged he didn't see him do it.

24    So you've elicited that from him.

25         MR. ROOTS:  The 302s that were withheld from us and I

believe the most recent 302 -- the most recent information is

this prosecution team is trying to distance itself from

Campanale.  They're trying to say we hardly knew the guy.

THE COURT:  Mr. Roots, you're so far afield now.

Here's what I'm going to do.  The government needs to get

the 302s on the docket as soon as possible, and the defense can

file a motion by 8:00 p.m. today making the points it wants to

make.  It sounds like it has identified certain things.  I will

get a response from the government -- I will give you until

9:00 a.m. tomorrow.  I will get a response from the government

by 9:00 a.m. on Sunday, and I will decide this issue.

If I find there's a need to call some witness, I will allow

you to do it.  But we're probably -- we're not going to keep the

jury waiting any longer.  We've blown through the break.  And we

are going to start.  You can have a brief bathroom break.

I'm going to ask Ms. Lambert to sit here so that you don't

have to keep walking over to talk to her.  She can hand you

notes to speed things up.

Mr. McCauley, is there anything you would like to say?

MR. MCCAULEY:  One brief thing about the 302s, Your

Honor.

We were considering redacting and providing 302s on the

docket last night.  This was a point I wanted to raise later,

but here we are.  We were going to release Ainsworth's 302s last

night.  The problem is, so long as there is the possibility he

1    might be recalled --

2         THE COURT:  Here's the thing.  The defense knows what

3    you've given them, and you know what you've given them.  I don't

4    need this right now.  All I need are -- that can be filed under

5    seal.  I don't want the whole chunk.  At some point, that can be

6    filed post-trial just in the event there's some mistake, because

7    there have been problems with dockets before on sealed

8    materials.

9         During trial, the select portions that demonstrate the

10   inconsistencies, that's all I want at this point, because I

11   don't want to go through a thousand pages of discovery that I

12   don't need to review.  But the defense needs to highlight by

13   tomorrow what the inconsistencies are in the materials you've

14   been given late by the government, late, not inconsistencies

15   that precede the late disclosure of those 302s.

16        The government can respond by Sunday at 9:00 a.m., and I

17   will make a decision on this, and we're going to get through, I

18   hope, all the witnesses we expect to call today, and then

19   we'll -- I'll address this over the weekend, if need be, through

20   an order from the Court.

21        MR. MCCAULEY:  Understood, Your Honor.  We'll reserve

22   it for our motion.  Nothing further.

23        THE COURT:  All right.  So the defense -- to be clear,

24   the defense filing on this, inconsistencies with the late

25   disclosure of 302s, is by 9:00 a.m. tomorrow.  The government's

1    is by 9:00 a.m. on Sunday.

2              MR. MCCAULEY:  Understood, Your Honor.

3              THE COURT:  Do you need a bathroom break, Mr. Roots?

4              MR. ROOTS:  Yes.

5              THE COURT:  Quickly.

6         Again, I don't want legal questions posed to this witness

7    or First Amendment questions.

8         (Recess taken from 11:15 a.m. to 11:24 a.m.)

9         (Jury entered courtroom.)

10             BY MR. ROOTS:

11   Q.   Officer, Special Agent, I would like to pull up

12   Government's 504 and bring it to 3 maybe 41 seconds, and we'll

13   start it at 41:07.

14        (Video played.)

15             BY MR. ROOTS:

16   Q.   Okay.  We can stop right there.

17        Do you recognize this video?

18   A.   I do.

19   Q.   This is from Mr. Thomas's cell phone?

20   A.   That's right.

21   Q.   And do you see that it looks like there once was a sign at

22   the bottom there?

23   A.   Right.  That sign has been folded.

24   Q.   It's been folded, or it's been torn?

25   A.   It appears folded to me.

1    Q.    Now, you recall -- you've been watching this trial.  You

2    recall Captain Baboulis of the Capitol Police?

3    A.    I do.

4    Q.    Didn't she testify that those signs were everywhere and

5    they were, like, almost indestructive?

6    A.    She said they could withstand the elements, and they were

7    pretty hard, of a pretty durable material.

8    Q.    You agree that this sign in this video is not posted -- it

9    is posted on, I guess, a step?

10   A.    I wouldn't say it's posted.  It is on the step.

11   Q.    It's on a step, as if it's been torn down from somewhere,

12   maybe thrown there?

13   A.    I don't know how it got there.

14   Q.    Do you know where it came from?

15   A.    Not exactly, no.

16   Q.    Do you have any idea where that might have come from?

17   A.    I don't.

18   Q.    No idea where it might have been posted at one time?

19   A.    Captain Baboulis testified to where those similar signs

20   were posted.  This particular one, I would have no way of

21   knowing.

22   Q.    Do you have any way of knowing if it was ever posted

23   anywhere?

24   A.    This particular sign?

25   Q.    Yes.

1    A.    I would not know the provenance of every particular sign.

2    Q.    And for the record, it does not say "area closed" or "area

3    restricted," it says "area," and there's a snippet of maybe

4    lettering that is not shown?

5    A.    It is consistent with the other signs I've seen that say

6    "area closed" and "restricted" that have the same configuration

7    and font.

8    Q.    But it says "area" from this perspective.

9    A.    The word "area" is visible.

10   Q.    And it's on the ground?

11   A.    It is.

12   Q.    Would this serve as any kind of notice for trespassing

13   under trespassing rules or anything?

14            MS. MILLER:  Objection.

15            THE COURT:  Sustained.

16            BY MR. ROOTS:

17   Q.    Now, you're aware that at many times throughout the day,

18   Mr. Thomas indicated a peaceful intent; correct?

19   A.    I'm not sure I could know what was going on in his mind.

20   He said words like "peace" and "freedom."

21   Q.    I didn't ask you what was going on in his mind.  He did

22   say "we want peace" many times throughout the day?

23   A.    He did.

24   Q.    And he said things like "no violence"?

25   A.    He did.

1    Q.    To your knowledge, as the FBI case agent, did he ever say

2    otherwise all day long?

3    A.    Meaning what?

4    Q.    At any time during the day, did he ever say the words "we

5    want violence"?

6    A.    Not in the body camera I've reviewed or Mr. Thomas's

7    videos.

8    Q.    At any time did he call for non-peace?  Did he call for war

9    or violence?

10            MS. MILLER:  Objection; compound question.

11            BY MR. ROOTS:

12   Q.    Did he call for war?

13   A.    He did not.

14   Q.    Did he call for violence?

15   A.    I don't recall a specific instance.

16   Q.    Did he ever call for an attack on the Capitol building?

17   A.    I don't recall him saying anything like that.

18   Q.    Did he ever --

19   A.    Besides the quote, "Right now, we've got a whole list of

20   patriots going to storm the Capitol" from one of his videos.

21   Q.    For the record, he did not include himself in that

22   so-called list, did he?

23   A.    I do not know what he meant by that.

24   Q.    Okay.  Did he call for any kind of confrontation with

25   Congress?

1    A.    How do you mean?

2    Q.    Any kind of -- an attack on a congressperson.

3    A.    He did not express any intent to attack a congressperson.

4    Q.    What about even a confrontation, a tense confrontation with

5    Congress?

6    A.    A tense confrontation with Congress?

7    Q.    Any confrontation?

8    A.    There were times where he said he wants to "knock on the

9    door," "let us in our house," "this is our house," quotes to

10    that effect.

11    Q.    Knock on the door, would you agree that's typical political

12    speech?  Knock on the door of the Supreme Court or --

13            MS. MILLER:  Objection.

14            THE COURT:  Sustained.

15            BY MR. ROOTS:

16    Q.    That's persuasive advocacy; would you agree?

17    A.    I'm not sure I know the definition of "persuasive advocacy"

18    that you're using.

19    Q.    That would be advocating for policymakers to make choices

20    or do something or not do something.

21    A.    I'm not sure I can discern that just from the words "I just

22    want to go knock on the door."

23    Q.    He obviously had some moments of contact with law

24    enforcement, as you've shown; correct?

25    A.    The videos have shown that.

1    Q.   But didn't he also many times in the day say things

2    like "we're on your side, officers"?

3    A.   He did say that quote.

4    Q.   Obviously, you showed a bunch of memes, Facebook memes.

5         Do you recall those?  Cartoons and things?

6    A.   He posted images on Facebook, yes.

7    Q.   To your knowledge, people who are interested in politics,

8    is that unusual?

9    A.   I suppose it would depend on the person.

10   Q.   Many of these memes featured images like Founding Fathers;

11   correct?

12   A.   The images posted, you mean?

13   Q.   Yes.

14   A.   Some of them did have what appear to be people in colonial

15   clothing.

16   Q.   Paul Revere, there was reference to the Midnight Ride.

17        Do you recall that?

18   A.   I recall there was a reference to Midnight Ride.  I don't

19   know if that's Paul Revere.

20   Q.   Now, there were letters from Congress that were introduced

21   that -- there were letters from members of Congress that

22   Mr. Thomas shared on social media?

23   A.   He did post that letter.

24   Q.   And those members of Congress alleged that there was

25   election fraud?  Do you agree?

1    A.    That was in the letter.

2    Q.    And you're aware that even Mike Pence himself in that

3    famous letter that he wrote that day indicated millions of

4    Americans thought there were problems with the 2020 presidential

5    election?

6              MS. MILLER:  Objection; not in evidence, speculation,

7    relevance.

8              THE COURT:  If the witness can answer the question,

9    you may answer.  Overruled.

10             THE WITNESS:  I cannot.  I do not recall that letter.

11             BY MR. ROOTS:

12   Q.    You did indicate at least once, as I recall, that you

13   didn't know if Thomas himself created those memes.  You did not

14   know if he himself created those.

15   A.    Physically himself?

16   Q.    Yeah.

17   A.    No, I do not know.  They could have been created by someone

18   else and he merely posted them to his account.

19   Q.    There was one that was shown actually this morning that

20   sort of intrigued me.  Mr. Thomas posted a meme that said -- it

21   was a cartoon, and it said, "He has had our back.  Do we have

22   his?"

23         Do you recall that?

24   A.    I do.

25   Q.    And would you say they were referring to President Trump at

```
 1    that time?
 2              MS. MILLER:  Objection; speculation.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  The image of Donald Trump was depicted
 5    in the meme that you were describing.
 6              BY MR. ROOTS:
 7    Q.   And then someone named Robert Campbell commented with a
 8    knife.
 9         Do you recall that?
10    A.   I do.
11    Q.   And that was shown to the jury, I guess, to show that there
12    was the idea of a knife or stabbing or something?
13    A.   I do not know what Mr. Campbell meant by that.
14    Mr. Campbell was not the subject of my investigation.
15    Q.   Do you know who this individual is, Robert Campbell?
16    A.   I just said I do not.
17    Q.   He was a commenter?
18              MS. MILLER:  Objection.
19              THE COURT:  Mr. Roots, don't testify.  She's answered
20    she doesn't know who he is.  Move on.
21              MR. ROOTS:  Just as to what this individual -- he was
22    a --
23              THE COURT:  No.  You are not the witness.
24              BY MR. ROOTS:
25    Q.   If someone says "with a knife," that means stabbed in the
```

1    back figuratively?

2    A.    I don't know what he meant by it.

3    Q.    The meme said, "He has our back.  Do we have his?"

4              MS. MILLER:  Objection; asked and answered.

5              THE COURT:  Sustained.

6              BY MR. ROOTS:

7    Q.    To your knowledge, is planning a caravan to go to

8    Washington, is that a criminal act?

9    A.    I suppose it would depend on what was trying to be

10   accomplished.

11   Q.    Thousands and thousands, millions of Americans have

12   probably been in caravans to Washington over the years; would

13   you agree?

14   A.    Sure.

15   Q.    There was one, it looked like a text, that you showed that

16   said, "The matter is shutting down the city."

17         Do you recall that?

18   A.    Could you refresh my recollection with the record?

19   Q.    Let's bring up 402.9901, which was shown this morning.

20         Do you see this text at the bottom there?

21   A.    Yes.  This is a comment to a post.

22   Q.    That is Mr. Thomas posting a comment there?

23   A.    The author is Joe Thomas.

24   Q.    And in that little paragraph, in the middle of the

25   paragraph, it says, "The matter is shutting down city."

1          Do you see that?

2     A.   I do see that written there.

3     Q.   Would you say that's been auto corrected from "the mayor is

4     shutting down the city"?

5               MS. MILLER:  Objection; speculation.

6               THE COURT:  If you can answer the question, you may.

7     Overruled.

8               THE WITNESS:  I do not know that.

9               BY MR. ROOTS:

10    Q.   I would like to bring up the stipulated exhibits we

11    mentioned at the very end of your direct, which is those --

12    those would be Defense Exhibit 449.

13         Do you see this on the screen?

14    A.   I do see this on screen.  Are you referring to the tweet?

15    Q.   The tweet.

16         And these are in evidence?  The jury can see this?

17              THE COURT:  Yes.

18              BY MR. ROOTS:

19    Q.   Do you see this is a tweet by the mayor of D.C.?

20    A.   I see that it comes from Mayor Muriel Bowser.

21    Q.   And the mayor issued a tweet saying, "I'm asking

22    Washingtonians and those who live in the region to stay out of

23    the downtown area on Tuesday and Wednesday and not to engage

24    with demonstrators who come to our city seeking confrontation.

25    We will do what we must to ensure all who attend remain

1    peaceful."

2         Do you see that?

3    A.    I do.

4    Q.    Now, if we could scroll -- when was that issued?

5    A.    I would have to go down to see the date.  Thank you.

6         January 3rd, 5:51 p.m.

7    Q.    January 3rd.  That would be three days before January 6?

8    A.    Approximately, yeah.

9    Q.    And the mayor of the city was sort of shutting down the

10   city?

11              MS. MILLER:  Objection; misstates the evidence.

12              THE COURT:  Sustained.

13              BY MR. ROOTS:

14   Q.    The mayor of this city was issuing messaging, wanting to --

15   let's go back to -- to stay out of the downtown area?

16   A.    It says here that she is asking Washingtonians.

17   Q.    Did that have an effect on commerce?

18   A.    I could not say.

19   Q.    Could that have had an effect on the Safeway profits?

20   A.    I could not say.

21   Q.    I'd like to bring up the very next one, which was similar.

22   This is not a tweet but another official message by the mayor.

23        Do you see this?

24   A.    Could we scroll up to see where it's from?

25        From the Executive Office of the Mayor.

1    Q.   Yes, that's from the Executive Office of the Mayor, and it

2    basically repeats what she had said in her tweet.

3              MS. MILLER:   Objection.   The evidence speaks for

4    itself.

5              THE COURT:   Is there a question?

6              BY MR. ROOTS:

7    Q.   Can you just read that top line there, the headline.

8    A.   "Mayor Bowser continues preparations for upcoming First

9    Amendment demonstrations."

10   Q.   And if we could scroll down a little bit, the mayor was

11   asking for people to stay out of the downtown area there again.

12   A.   I do not see that on the portion that is currently visible.

13   Q.   Let's scroll down a little bit.   Keep scrolling.

14        Would you agree this is the mayor of D.C. giving messages

15   about expecting demonstrations on January 6?

16   A.   This language appears to be the same that was in the

17   exhibit that was just shown.

18   Q.   Okay.   Would you just read that?   We could repeat that.

19   That's basically the same as the tweet.

20   A.   Right.

21   Q.   I'll just read it if -- "I'm asking Washingtonians and

22   those who live in the region to stay out of the downtown area on

23   Tuesday and Wednesday."

24        Would you agree Wednesday would be January 6, 2021?

25   A.   Based on when that tweet was posted, yes.

Q.   "And not engage with demonstrators who come to our city
seeking confrontation, and we will do what we must to ensure all
who attend remain peaceful."

A.   That is what I read there.

Q.   I would like to scroll down.

     Did the mayor also close streets and parking areas in the
city?

A.   When?

Q.   With this decree here.  If we could just scroll down.
Right here, "emergency no parking."

     Do you see that?

A.   Yes.

Q.   This is a decree by the mayor that there will be no parking
in these areas of these streets.

     Do you see that?  Do you see that?

A.   I do see that.

Q.   Do you agree the mayor is shutting down street parking in
some places?

A.   I'm not sure what "emergency no parking" means.  Does that
mean it's only open for emergency vehicles?  I'm not entirely
sure.  It's reasonable to assume that "no parking" speaks for
itself.

Q.   Okay.  Can we scroll up a little bit.

     It does indicate there are expected to be upcoming First
Amendment demonstrations which have permits; do you agree with

1    that?

2    A.    This text does confirm that.

3    Q.    So this is permitted demonstrations which were expected

4    January 6th -- 5th and 6th?

5    A.    It seems like they were permitted by the National Park

6    Service.

7    Q.    If you could scroll all the way down just to show, I think,

8    the jury the vast number of streets that were ordered closed

9    there.

10         Do you see -- would you call that a large number of streets

11    closed to parking?

12    A.    It looks like a lot, but I'm not sure what area those would

13    actually encompass.

14    Q.    Would these street closures have a negative effect on

15    commerce?

16            MS. MILLER:  Objection; legal conclusion.

17            MR. ROOTS:  I can rephrase.

18            BY MR. ROOTS:

19    Q.    Would having so many streets closed have an effect on

20    commerce?

21            THE COURT:  First of all, Mr. Roots, it's parking

22    closed on the streets; right?

23            MR. ROOTS:  Yes.  Well, there's some street closures.

24            THE COURT:  Are there?  Okay.  Sorry.

25            BY MR. ROOTS:

1    Q.   Would this have an effect on commerce?

2    A.   I wouldn't be able to say.

3    Q.   Would it have any effect, for example, on the profits of

4    Safeway?

5    A.   I would just be speculating.

6    Q.   Okay.  So let's go to that Safeway data.

7         There were a couple of exhibits where the Safeway stores --

8    the Safeway corporation reported their profits or losses.  Let's

9    go to 116, which was just shown this morning.

10        Do you recall this exhibit?

11   A.   I do.

12   Q.   This is the profit or loss versus projections for Safeway

13   in D.C. January 5.

14        Do you see that?

15   A.   I do.

16   Q.   This is the day before January 6; correct?

17   A.   Correct.

18   Q.   And we see that -- if we could look at the right-hand

19   column there, some of the Safeway stores did better than

20   projected and some did worse than projected; correct?

21   A.   Correct.

22   Q.   And by the way, what is meant by projections?

23   A.   I'm not fully sure because I'm not privy to all of the

24   business decisions at Safeway.  But as I testified this morning,

25   Safeway is able to use its data that it has from last year and

1    project what the profits will -- the percentage here of profits

2    they intend to receive next year.

3         I don't know how often they update that.  So they're saying

4    based on the performance of January 5, 2020, we project that the

5    percentage of profits we expect to receive is going to be this,

6    the middle column, for this particular store.

7    Q.   This is Tuesday, the 5th, the day before January 6, and you

8    would agree it almost seems like half and half?  So half the

9    Safeway stores did slightly better than projected and half did

10   worse?

11   A.   There is a mix.

12   Q.   Some are in the black.  In fact, I guess the Alabama Avenue

13   one did very well, up almost a quarter from the projections.

14        Do you see that?

15   A.   It did go up by almost 25 percent.

16   Q.   I would like to go to the next day, which of course is

17   January 6.  That would be the next page, I think, 116.2.

18        This is the Safeway data for the 6th -- January 6; correct?

19   A.   Right.

20   Q.   And I would like to direct you to that right-hand column

21   again.  It looks like every Safeway branch was in the red that

22   day?

23   A.   I see that.

24   Q.   Every single Safeway in the city suffered losses compared

25   to their projections; agreed?

1    A.    That's right.

2    Q.    And isn't it true, in addition to the mayor's pre-January 6

3    announcement, that there in fact was a curfew issued by the

4    mayor on January 6?

5    A.    There was.

6    Q.    And that curfew closed the city down, or at least

7    other-than-essential things, from the hours of 6:00 p.m. until

8    6:00 a.m. the next day?

9    A.    That's right.

10   Q.    So that was ordered by the government, that was ordered by

11   the mayor, that stores were required to close from 6:00 p.m.

12   until 6:00 a.m. the next day?

13   A.    That was the effect of the curfew, as my understanding

14   goes.

15   Q.    And in fact, that letter that you showed said that most of

16   the Safeway stores actually closed at 4:00 p.m. on January 6.

17   A.    That would have been a business decision.

18   Q.    And if you look at this column on the right, you see

19   losses -- all of them appear to be double digit losses compared

20   to projections, but they're all around -- well, they vary, but

21   in some cases, 28 percent, 28.2 percent losses as compared to

22   projections.  The Corcoran Street was down 47.5 percent based on

23   the projections.

24         Do you see that?

25   A.    I do.

1    Q.   So I took out my calculator on my phone, and I added up

2    this column on the right, and then I divided by the number of

3    entries.  That's 11.  And I got to a number of -- let's see.

4    The number was -- I know I wrote it down.  Okay.  Here we go.  I

5    got to a figure of about -- an average loss versus projections

6    of about 30.05 percent.

7              THE COURT:  Is there a question?

8              BY MR. ROOTS:

9    Q.   Would you agree that that's below 33.3 percent?

10   A.   Without a calculator, I couldn't be sure.  Are you saying

11   your projections or just your figure versus what you said?

12   Q.   Well, let's go back to the time of day.  So the mayor

13   ordered all businesses closed from 6:00 to the following day;

14   correct?

15   A.   Right.

16   Q.   Now, Safeway stores generally, would you agree, open from

17   6:00 a.m. to midnight generally?

18   A.   In the District, that is my understanding.

19   Q.   So that's a total of 18 hours that they are open every day?

20   A.   Yes.

21   Q.   One-third of 18 is six hours; would you agree?

22   A.   Yes.

23   Q.   So that would be a 33 percent less hours open by order of

24   the mayor?  6 out of 18 is one-third?

25   A.   Sure.

```
 1   Q.   So that's about 33 percent?

 2   A.   Sure.

 3   Q.   These losses came to an average of something like

 4   30 percent losses, not 33 percent.

 5        Would you agree that those are lower than expected losses

 6   if a business had to close its doors for one-third of its day?

 7             MS. MILLER:  Objection; speculation.

 8             THE COURT:  Sustained.

 9             BY MR. ROOTS:

10   Q.   A couple of questions about the Sedition Hunters.

11        You're aware of the Sedition Hunters organization?

12   A.   I am.

13   Q.   Let me ask, the Sedition Hunters are on the side of the

14   government in these January 6 cases?

15   A.   I'm not sure I would say that.

16   Q.   They support the prosecution?

17   A.   My interpretation is that they find open source media of

18   the activities that happened January 6.

19   Q.   They don't do so to support the defendants, do they?

20   A.   I would imagine that any video that tends to show the

21   totality of the scene could exculpate a defendant if one were

22   wrongfully accused.

23   Q.   An important question.  We know the Sedition Hunters -- so

24   the Sedition Hunters support the prosecution; you would agree?

25             MS. MILLER:  Objection; asked and answered.
```

1          THE COURT:  Sustained.

2          BY MR. ROOTS:

3     Q.   Specifically, do the Sedition Hunters support the FBI?

4     A.   I don't understand what you mean by "support the FBI."

5     Q.   They provide support to the FBI; correct?

6     A.   The FBI does not formally engage them, if that's what

7     you're talking about.

8     Q.   That's my question.  Is that the case?  Does the FBI

9     support the Sedition Hunters?

10          MS. MILLER:  Objection; asked and answered.

11          MR. ROOTS:  It hasn't been asked, and it hasn't been

12    answered.

13          THE COURT:  Go ahead.  Restate the question.

14          BY MR. ROOTS:

15    Q.   Does the FBI support the Sedition Hunters?

16    A.   Do we support them in what way?  There is no formal

17    relationship.

18    Q.   The FBI does not pay or provide any support for the

19    Sedition Hunters?

20    A.   I do not have any evidence to support that.

21    Q.   There have been famous cases where Sedition Hunters have

22    identified an individual and then that individual does not get

23    charged.

24         Are you aware of those cases?

25          MS. MILLER:  Objection; relevance.

1          THE COURT:  Sustained.

2          MR. ROOTS:

3    Q.   Ray Epps, are you familiar with Ray Epps?

4          THE COURT:  Mr. Roots, I sustained the objection.

5          MS. MILLER:  Objection, Your Honor.  Can we go to the

6    phones, please.

7       (Bench conference.)

8          THE COURT:  Where are you going with all of this?

9          MR. ROOTS:  Well, it goes to basically the

10   investigation.  Like, how is it that Mr. Thomas has been roped

11   into this.

12         THE COURT:  Wait.  Are you suggesting that the open

13   source videos are not authentic and have been doctored in some

14   way?

15         MR. ROOTS:  Well, there are defenses Mr. Thomas has in

16   terms of being influenced on January 6 by people that are not

17   identified.

18         THE COURT:  And these are Sedition Hunters?

19         MR. ROOTS:  There's one episode where he was literally

20   handed a knife, which is now being used against him in this

21   trial.  He was handed a knife by an unidentified person, and I

22   just want to probe what the FBI knows about this.

23         THE COURT:  What's the link?  Ask her about that

24   individual and whether she knows whether he's a member of the

25   Sedition Hunters.

1    But I don't understand all of this background.  She's

2  unequivocally denied that there's any formal relationship

3  between the Sedition Hunters and the FBI.

4    So if there's something specific to Mr. Thomas, ask her if

5  she knows about that, and then you can get the evidence you want

6  to get in through another witness.  But if she can't answer it,

7  I don't -- she can't draw a link that doesn't exist in her mind.

8         MS. MILLER:  And your Honor, can I add one thing?

9    We're a little concerned based on the last part of the

10  question that Mr. Roots has asked that he's now going to try to

11  raise Ray Epps, which Your Honor has previously --

12         THE COURT:  I've sustained, and -- don't go through

13  additional rioters unless they are tied to Mr. Thomas in the

14  ways we've discussed previously, and I said you preclear that

15  before the witness outside the presence of the jury.

16    So I will give you one last chance, Mr. Roots.  Is there

17  anyone you're trying to ask a question about that falls under

18  the purview of my earlier ruling?  This is your opportunity

19  right now to tell me.

20         MR. ROOTS:  I want to ask about the individual that

21  handed Mr. Thomas a knife.

22         THE COURT:  Fine.  That's fine, if she knows anything

23  about it.  But you don't get to testify about what this witness

24  did or didn't do.

25    Is there any evidence that that's -- is that reflected in

1    the video that's already in evidence?

2            MR. ROOTS:  Well, yes, it's a part of the story and is

3    being used against Mr. Thomas.

4            THE COURT:  Is it in evidence that someone gave him a

5    knife in the videos?

6            MS. MILLER:  Other than through Mr. Roots's

7    cross-examination, it's not.

8            THE COURT:  It's not?  Then you need to get that video

9    in through her before you ask the questions.

10           MR. ROOTS:  Well, Mr. Thomas will, when he testifies,

11   go into this, but I believe there are parts of this moment that

12   has been shown in the Campanale video.

13           MS. MILLER:  I'm not understanding what he just said.

14   I'm sorry, Your Honor.

15           THE COURT:  He's saying the Campanale video shows the

16   individual handing Mr. Thomas a knife.

17       I don't recall that.  Did it?

18           MR. ROOTS:  It's not that clear from that video.  But

19   let me just say --

20           THE COURT:  Show the video, and ask her if she saw

21   that, and then follow up with the questions.  If not, you're

22   going to have to wait until Mr. Thomas testifies to get into

23   this.  And if you need to recall her, then you can recall her.

24       All right.  That's it.

25       (End of bench conference.)

                    BY MR. ROOTS:

1   Q.    Just to clarify, you said the FBI has no formal

2   relationship with the Sedition Hunters.

3           Is there an informal relationship?

4   A.    I'm not at the level where I know those things.

5   Q.    I'd like to bring up Government's Exhibit 309X.

6           Do you recall this video?

7   A.    I do.

8   Q.    This is Mr. Thomas with some other demonstrators inside a

9   bleacher area that was at one time tarped over.

10          Do you see this?

11  A.    I do.

12  Q.    There's a moment in here when you've made a point that

13  Mr. Thomas had a knife in one of his hands.

14          Do you recall that?

15  A.    I do.

16  Q.    Let's roll the video.  Do you agree in this image right

17  here you see on the left, Mr. Thomas does not appear to have a

18  knife in his hand?

19  A.    I do agree.

20  Q.    Let me also just say that in your presentation yesterday,

21  you had pointed out Mr. Thomas earlier, very early on January 6

22  was at The Ellipse where he had found some knives, and he

23  showed -- he found some knives at The Ellipse.

24          Do you recall that?

A.    No.  What I had said was -- and once again, I don't know
where he was.  He posted a fairly tight shot of his hand that
held two knives in it, and he described the scene that was
posted there as saying, I found these knives, I turned them over
to law enforcement.

Q.    And then almost immediately after, I think you guys rolled
some video of Mr. Thomas speaking, saying we've come unarmed or
something like that.

      Do you recall that?

A.    I don't recall.

Q.    Do you recall that you made a big point that maybe
Mr. Thomas was lying or something like that?

            MS. MILLER:  Objection; misstates the evidence.

            THE COURT:  Sustained.

            BY MR. ROOTS:

Q.    There was video of Mr. Thomas saying something like --
about being armed.

      Do you recall that?

A.    Could you refresh my recollection with the exhibit?

Q.    It was one of your -- it was early in your -- while you
were on your direct examination.

A.    I appreciate that.  Could you please refresh my
recollection with the exhibit?

Q.    Let's move on.  Looking at this video right here,
Mr. Thomas has no knife in his hand; would you agree?

1    A.    In this frame, it doesn't appear that he does.

2    Q.    You are aware that he was handed a knife during this

3    episode; correct?

4              MS. MILLER:    Objection.

5              THE COURT:    Overruled.

6              THE WITNESS:    I have no evidence one way or another to

7    support that.

8              BY MR. ROOTS:

9    Q.    You're aware that he handed the knife back to that

10   individual?

11   A.    Perhaps I can help.    When I reviewed this video, when I

12   reviewed both of these videos, what we have here is a

13   conversation between the defendant and some unknown person where

14   the unknown person says, "You ought to cut that.    You ought to

15   cut that."    I hear the defendant's voice say, "Yeah, yeah."    And

16   within a couple of seconds, we see Officer Campanale's body-worn

17   camera footage showing a knife in Mr. Thomas's hands.

18   Q.    And you -- the prosecution actually circled that knife in

19   red.

20         Do you recall that?

21   A.    I do.

22   Q.    Suggesting -- let me just say, do you know where the knife

23   came from?

24   A.    I do not.

25   Q.    Could it have come from someone who is not identified?

1    A.    I would be speculating.

2    Q.    The FBI had undercover informants --

3              MS. MILLER:  Objection.

4              BY MR. ROOTS:

5    Q.    -- among the protestors that day?

6              THE COURT:  Overruled.

7              THE WITNESS:  I'm not aware of any.

8              BY MR. ROOTS:

9    Q.    You're not aware of any?

10             MS. MILLER:  Objection; asked and answered.

11             THE COURT:  Sustained.

12             BY MR. ROOTS:

13   Q.    Some of the most serious offenders on January 6 aren't

14   being prosecuted; you would agree with that?

15             MS. MILLER:  Objection; relevance.

16             THE COURT:  Sustained.

17             BY MR. ROOTS:

18   Q.    Let me ask about your interviews with some of the witnesses

19   that have been put on -- well, let me just ask, did you ever

20   recover any similar knife during Mr. Thomas's arrest?

21   A.    We did not.

22   Q.    Okay.  You, the case agent, have met with some of the

23   witnesses in this case?

24   A.    I have.

25   Q.    For example, Mr. Campanale, you've met with him?

```
 1   A.    Officer Campanale, yes.

 2   Q.    And he told you that he saw Mister --

 3             MS. MILLER:  Objection; hearsay.

 4             THE COURT:  Sustained.

 5             MR. ROOTS:  I will rephrase.

 6             BY MR. ROOTS:

 7   Q.    Did Mr. Campanale -- Officer Campanale admitted to you that

 8   he had cut the tarp?

 9   A.    He did not talk about the tarp that was depicted on the

10   body-worn camera footage that the defense had showed.

11   Q.    He didn't even mention it.  It's a major point in this

12   story, isn't it?

13             MS. MILLER:  Objection; move to strike.  Counsel is

14   testifying.

15             THE COURT:  Sustained.

16             BY MR. ROOTS:

17   Q.    It's a federal crime to lie to the FBI, isn't it?

18             THE COURT:  Mr. Roots --

19             MS. MILLER:  Objection; relevance.

20             BY MR. ROOTS:

21   Q.    Okay.  Let me ask about Corporal Ainsworth.  He initially

22   met with the FBI, mentioned nothing about being pushed down by

23   Mr. Thomas; correct?

24   A.    I would have to refresh my recollection with the record.

25   Do you have his 302?
```

1    Q.    We do.

2              MR. ROOTS:  If I can approach the witness, Your Honor.

3              THE COURT:  You may.

4              BY MR. ROOTS:

5    Q.    Does that reflect your recollection at all?

6    A.    To be clear, this is not my 302.  Do you see that it is

7    written down here by a Bryan Smith?

8    Q.    Okay.  First of all, let's just inform the jury, what is a

9    302?

10   A.    Sure.  A 302 is our official term for the reports that we

11   do.  Any time we come in contact with any member of the public,

12   we memorialize that contact through a 302.  It's really just a

13   report of investigative activity.

14   Q.    And generally speaking, in making these 302s, they are

15   interviews with witnesses in cases?

16   A.    Yes, they can be.

17   Q.    And almost -- most of the time, there are two FBI agents

18   there and usually one witness; correct?

19   A.    Two agents and one witness?

20   Q.    Generally speaking.  Would you agree?

21   A.    I'm confused.  Are you saying there are three people?

22   Q.    How many FBI agents were at this meeting?

23   A.    I would not know.  I was not at this interview.  This is

24   not my 302.

25   Q.    Let me ask, is it the FBI's practice to video these

1    meetings?

2    A.   The only thing I'm aware of that we're required to video

3    would be a subject in custody and we're conducting an interview

4    with that subject.  Other than that, no, there's not a

5    requirement that I'm aware of.

6    Q.   There is no video of this meeting?

7         What was the date of that 302 there?

8    A.   It appears here that that interview was conducted on

9    January 20th, 2023, and published to our document retention

10   system on January 23rd, 2023.

11   Q.   And there was no video of that meeting with Mr. Ainsworth?

12   A.   I'm not aware of any.

13   Q.   Officers always outnumber the subject in those meetings;

14   correct?

15             MS. MILLER:  Objection; relevance.

16             THE COURT:  Sustained.

17             BY MR. ROOTS:

18   Q.   So if there's any discrepancy, it's one guy against the

19   word of two FBI agents.

20             MS. MILLER:  Objection.

21             THE COURT:  Sustained.

22             BY MR. ROOTS:

23   Q.   Were any of these meetings that you've had in this case

24   with witnesses to generate these 302 reports videoed?

25   A.   No.

1    Q.   And you would agree that in that 302 from January of this

2    year, Corporal Ainsworth made no mention of being pushed over by

3    Mr. Thomas?

4              MS. MILLER:  Objection; improper --

5              THE COURT:  Sustained.  This document is not in

6    evidence, is it?

7              MR. ROOTS:  No.

8              THE COURT:  All right.  So move on.

9              BY MR. ROOTS:

10   Q.   Okay.  Does that reflect your recollection?

11             THE COURT:  She's testified she wasn't there.

12             THE WITNESS:  This is not my 302.  The author was

13   Bryan Smith.  And you can tell here from our file number that

14   it's 176-JK.  That is the designation for the Jacksonville Field

15   Office.

16             By MR. ROOTS:

17   Q.   Okay.  Let me just ask you, when you heard Mister -- I'm

18   sorry, Corporal Ainsworth on the stand here testify with

19   100 percent certainty that it was Mr. Thomas who pushed him

20   over --

21   A.   I would have to review the record.  That sounds familiar,

22   though.

23             MR. ROOTS:  May I approach the witness with two

24   additional 302 reports?

25             MS. MILLER:  Can we get on the phones, Your Honor,

1    please.

2         (Bench conference.)

3         THE COURT:  First of all, Mr. Roots, are these her

4    302s, so she's present for these interviews?

5         MR. ROOTS:  Yes.

6         THE COURT:  Now, Ms. Miller, the hearsay objection, if

7    he's trying to get something in to impeach the witness, it's not

8    for the truth of the matter.

9         MS. MILLER:  The problem is, we've gone so far astray

10   from his original line of questioning, I don't even know what

11   he's impeaching her on at this point.

12        THE COURT:  He's impeaching her on something that's

13   coming, something that's inconsistent with the later 302, I

14   assume.

15        Is that what you're doing, Mr. Roots?

16        MR. ROOTS:  Yes.

17        MS. MILLER:  He hasn't asked her a question where she

18   said she can't remember at this point.  So I don't know why he's

19   showing her anything at all.

20        THE COURT:  How are you going to impeach her if she

21   wasn't in the interview?

22        MR. ROOTS:  Okay.  That's a fair point.  She had said

23   she couldn't remember of -- the January meeting.

24        THE COURT:  So this is the wrong witness.  So let's

25   move on.

1          MR. ROOTS:  Okay.

2      (End of bench conference.)

3          THE COURT:  Sustained.

4          BY MR. ROOTS:

5   Q.   Also, about the body cam, there's a missing body cam in

6   this case?

7   A.   I'm not aware of any missing body cam.

8   Q.   In Corporal Ainsworth's meeting with you, he indicated

9   there was no body cam footage from him?

10  A.   Could I refresh my recollection with the record?

11         THE COURT:  You may approach.

12         THE WITNESS:  Understood.

13         THE COURT:  Take it back.

14         THE WITNESS:  I take it you would like to ask about

15  the dates?

16         THE COURT:  Hold up.  You need to retrieve the

17  document and ask if that refreshes her recollection.

18         BY MR. ROOTS:

19  Q.   Does that refresh your recollection?

20  A.   I would like some time to read it.

21  Q.   Sure.  You can look up whenever you're finished reading.

22         Did that refresh your recollection about the body cam

23  issue?

24  A.   Yes.

25  Q.   Fair to say at one point Corporal Ainsworth indicated that

1    there was no body cam footage; correct?

2    A.    That's right.

3    Q.    And at another time, and as he testified here the other

4    day, he said he had a body cam on him and that it fell off and

5    his supervisor picked it up and put it in his pocket.

6         Do you recall that?

7    A.    I do recall that testimony.

8    Q.    Let me ask you, what's the explanation of why we don't have

9    the body cam footage?

10   A.    I think we had asked him for body cam footage of the scene,

11   and he said he didn't have his body cam there at the scene that

12   was in question.

13   Q.    And it also came up on my cross-examination that there was

14   another Prince George's County officer whose body cam was also

15   missing.

16        Do you recall that?

17   A.    I do not.

18   Q.    Officer Woods, I believe?

19   A.    I'm not aware of this officer.

20   Q.    There is no body cam footage from her?

21             MS. MILLER:  Objection; asked and answered.

22             THE COURT:  Overruled.

23             MR. ROOTS:  I'm sorry.  I was distracted.  What was

24   the last thing that was said?

25             THE COURT:  You said, "There is no body cam footage

```
1    from her?"  And you were referring to Officer Woods.  And I
2    overruled the objection.
3              BY MR. ROOTS:
4    Q.  Can you answer that question?
5    A.  I never inquired anything of Officer Woods.
6    Q.  You would agree that in -- one of the 302s with Corporal
7    Ainsworth indicated that it was that Officer Woods --
8              THE COURT:  Wait.  Is this her 302, or is she familiar
9    with it?
10              MR. ROOTS:  It is the January 302.
11              BY MR. ROOTS:
12   Q.  You were not at the January meeting?
13   A.  January meeting?
14   Q.  With Ainsworth?
15   A.  The one from our Jacksonville office?
16   Q.  I guess.
17   A.  I was not at that meeting, no.  It would be a bit of a
18   commute.
19   Q.  You're familiar with the fact that Corporal Ainsworth
20   indicated that it was another officer that was pushed down, and
21   her body cam was also missing?
22   A.  Once again, if this was from the Jacksonville interview, I
23   would not know anything that was discussed there.
24   Q.  Okay.  Can you name the individual that was in blue that
25   appeared to push Corporal Ainsworth?
```

```
1              MS. MILLER:  Objection; misstates the evidence,

2     irrelevant, beyond the scope.

3              THE COURT:  Sustained on relevance.

4              MR. ROOTS:  Okay.  I appreciate all that you've done.

5     Thank you so much.

6         Hold on one second.

7              BY MR. ROOTS:

8     Q.   Okay.  Was there any investigation as far as you know into

9     the officer that was pushed down?

10    A.   I'm not aware of any.

11    Q.   Use of force involving officers?

12             MS. MILLER:  Objection.

13             THE COURT:  Sustained.

14             BY MR. ROOTS:

15    Q.   Isn't it true that in your experience that any use of force

16    must be reported?

17             MS. MILLER:  Objection.

18             THE COURT:  Sustained.

19             MR. ROOTS:  No further questions.  Thank you so much.

20             MS. MILLER:  Your Honor, could I just have two

21    minutes, please?

22             THE COURT:  Yes.

23             MS. MILLER:  Thank you.

24                         REDIRECT EXAMINATION

25             BY MS. MILLER:
```

1    Q.    Hello, Special Agent Brown.

2    A.    Hello.

3    Q.    To sort of clarify things for the jury, based on the

4    overall January 6 FBI investigation, are certain witness victims

5    interviewed in multiple different defendants' investigations?

6    A.    That's right.

7    Q.    So, for example, the 302 you reviewed with the name Bryan

8    Smith on it, can you explain to the jury why that might exist?

9    A.    I can't be 100 percent sure, because I don't have

10   visibility into that investigation.  But it may mean that

11   Corporal Ainsworth was the victim of another assault and this

12   agent was inquiring about that particular assault's effect on

13   Corporal Ainsworth.

14       Once again, this is pure speculation.  I'm only offering it

15   so that way you can understand why that might exist.

16   Q.    And you heard Officer or Corporal Ainsworth testify that he

17   was assaulted by multiple different people many, many times, so

18   many times that he basically couldn't count?  You heard that;

19   right?

20          MR. ROOTS:  Objection.  I'm not sure that properly

21   states the evidence.

22          MS. MILLER:  I'll withdraw that question.

23          BY MS. MILLER:

24   Q.    You heard Corporal Ainsworth testify that if he had to

25   write reports about every single assault he experienced on

1    January, he would still be writing them today.

2        Do you recall that testimony?

3    A.    I do recall that.

4    Q.    And you responded to the Capitol on January 6 yourself;

5    right?

6    A.    I did.

7    Q.    Do you remember every single second of the entire

8    three-plus hours you were there on January 6?

9    A.    No.

10    Q.    Do you remember, for example -- let me take a step back.

11        Would it surprise you that Corporal Ainsworth, based on

12    your review of all this body-worn camera footage from the day,

13    doesn't remember with specific detail every second of that

14    situation?

15            MR. ROOTS:  Objection.  Would it surprise her?

16            THE COURT:  Sustained.

17            MS. MILLER:  No further questions.

18            THE COURT:  All right.  You may be excused.

19            MS. MILLER:  Can she remain at the table?

20            THE COURT:  Yes.

21        Any further witnesses for the government?

22            MS. MILLER:  No, Your Honor.

23            THE COURT:  So the government rests?

24            MS. MILLER:  We rest.  Thank you.

25            THE COURT:  So ladies and gentlemen, I think this is a

1    good time to take a lunch break.

2        When we come back -- let's say we'll come back at 1:30.

3    All right?  Again, reminder not to discuss or research the case.

4    Thank you very much.

5        (Jury exited courtroom.)

6        THE COURT:  All right.  So at 1:30, we will start with

7    the defense's case.

8        Will that be Mr. Thomas, Mr. Roots?

9        MR. ROOTS:  I believe so.

10        MR. PIERCE:  So --

11        THE COURT:  Come up to the microphone, please.

12        MR. PIERCE:  Sorry, Your Honor.

13        We will have to talk about this a little bit at lunch.

14    Mr. Hill has to testify today in terms of his schedule, and I

15    don't think we anticipated that this witness would go quite so

16    long.  So I think -- I mean, we'll confer, but it may be that we

17    will put Mr. Hill on before Mr. Thomas, because, of course, we

18    don't want to interrupt -- I think it's possible Mr. Thomas

19    could go long enough such that even if Mr. Hill started, he

20    might not finish and would create an issue for his schedule.

21    And of course, we don't want to interrupt Mr. Thomas's testimony

22    to have Mr. Hill come in.

23        THE COURT:  Understood; understood.  Okay.

24        MS. MILLER:  Your Honor, we would just ask that we

25    know one way or another before we break for our own preparation

1    purposes.

2         THE COURT:  Can you all make a decision in the next 15

3    minutes and let the government know so that they can be

4    prepared?

5         MR. ROOTS:  We have two witnesses that are -- one

6    might be here later in the afternoon.  It might be too late.

7    But it's likely -- so we don't know the order regarding Evans

8    versus David Sumrall.

9         THE COURT:  That's fine.  But understand that I intend

10   to move this along, and we're not going to stop early because

11   it's Friday.  All right?  So let them know by 12:30 which

12   witness you're calling right out of the gate.  I would be

13   shocked personally if Mr. Thomas is going -- if we start back at

14   1:30, is going to testify so long that Mr. Hill could not also

15   testify today, too.

16       I don't know what you intend to do with Mr. Hill, but given

17   the limited testimony he's giving as a summary witness, I don't

18   expect his testimony to last hours.

19         MR. ROOTS:  No.

20         THE COURT:  You call the witness you want, but I don't

21   see running out of time as being an issue unless he's got an

22   early -- very early flight.

23         MR. ROOTS:  The issue with Mr. Hill is he cannot be

24   here Monday.

25         THE COURT:  No, I understand, but I can't imagine that

1    Mr. Thomas can't testify and Mr. Hill can't also testify today.

2    But you all call them in the order that you would like, and we

3    will see you back at 1:30.

4         (Recess taken from 12:21 p.m. to 1:31 p.m.)

5         (Jury not present.)

6              THE COURT:  Are we ready to bring the jury out?

7              MR. ROOTS:  Your Honor, I would like to make a very

8    brief Rule 29 motion for acquittal.

9              THE COURT:  On what basis?

10             MR. ROOTS:  At least three of the counts, probably

11   four, cannot even go to the jury because they have failed to put

12   on sufficient evidence.

13             THE COURT:  Which counts?

14             MR. ROOTS:  Counts 1 and at least two of the assault

15   counts and I believe it would be Count 9, which is disorderly

16   conduct with the intent to disrupt a proceeding.

17        I will just say that Count 2 of the 1512, obstruction of an

18   official proceeding, there is literally nothing -- the

19   government has put on nothing that shows any corrupt intent to

20   disrupt an official proceeding.  The only thing they've put on

21   on those lines is protected political speech.  They've put on

22   nothing.  It cannot go to the jury.

23        There are two of the five assault counts that cannot go to

24   the jury.  The first would be at the steps -- it'd be Officer

25   Anderson, the 6-foot-4 300-pound officer, who testified that

1    Mr. Thomas did not have -- did not have any intent to injure

2    him.  He was not afraid or did not have even the slightest fear

3    or even, you know -- it's insufficiently --

4              THE COURT:  Isn't the issue Mr. Thomas's intent?

5              MR. ROOTS:  I think it's both.  It's the reasonable

6    person and the reasonable circumstances.  That officer literally

7    said on the stand that he perceived no intention by Thomas to

8    harm him and that he had no fear of being harmed.

9         And then there's another one of the -- it's the Corporal

10   Ainsworth.  Frankly, the only thing they put on might be the

11   touching of a shield, not even the grabbing of a shield.

12             THE COURT:  But the touching, the pushing up against

13   the shield, you don't think a reasonable juror could find that

14   is an attempted assault?

15             MR. ROOTS:  There's no way; there's no way.  And it's

16   obvious that as the testimony came in, it was the man in blue

17   who actually caused any -- to the extent that Mr. Ainsworth went

18   over, it certainly had nothing to do with Thomas.

19             THE COURT:  Okay.  Anything else you want to put on

20   the record?

21             MR. ROOTS:  And then there's Count 9, disorderly

22   conduct with the intent to disrupt official proceedings.  Again,

23   with regard to intent, they've put on nothing, not a single

24   piece of evidence that shows any corrupt intent or intent to

25   disrupt anything.

1          THE COURT:  What about all of the evidence about what

2     was happening that day, his knowledge of that coupled with his

3     behavior that day?  A reasonable juror couldn't infer intent to

4     disrupt the proceedings from that?

5          MR. ROOTS:  I don't believe they could.  Even the

6     knowledge that -- if I have knowledge that another person

7     intends to do such a thing, you know, even if I'm in

8     circumstances, chaotic circumstances, that simply is not

9     sufficient evidence for the jury even to deliberate over.

10          THE COURT:  All right.  I will refrain from deciding

11     that until after the verdict.

12          Any need for the government to say anything right now in

13     terms of its response?  I think this is going to be briefed at

14     some point, in all likelihood.

15          MR. MCCAULEY:  Not at this time, Your Honor.

16          THE COURT:  All right.  Okay.  So we're now ready to

17     proceed?  Who is the first witness for the defense?

18          MR. ROOTS:  Steven Hill.

19          THE COURT:  Okay.  And then it will be Mr. Thomas?

20          MR. ROOTS:  Yes.  And Mr. Pierce will be doing

21     Mr. Thomas on direct.

22          THE COURT:  All right.  Shall we bring the jury in?

23          Just a reminder about the lines:  Lay testimony, not

24     expert.

25          MR. ROOTS:  Can I bring him in, Your Honor?

```
 1              THE COURT:  Sure.
 2         Good afternoon, sir.
 3              THE WITNESS:  Good morning, Your Honor.
 4              THE COURT:  Is it morning where you came from?
 5         (Jury entered courtroom.)
 6              THE COURT:  All right.  Good afternoon, ladies and
 7    gentlemen.  You all may be seated.
 8         We will resume with the defense case.
 9              STEVEN HILL, WITNESS FOR THE DEFENDANT, SWORN
10                        DIRECT EXAMINATION
11              BY MR. ROOTS:
12    Q.   Okay.  Would you state your full name.
13    A.   My name is Steven Hill, Steven Kay Hill.
14    Q.   And spell it for the court reporter.
15    A.   Sure.  S-t-e-v-e-n, Kay, K-a-y, Hill, H-i-l-l.
16    Q.   Where are you from, Mr. Hill?
17    A.   Right now, I'm living outside of Boise, Idaho.
18    Q.   Have you had a career in law enforcement?
19    A.   Yes, sir.
20    Q.   If you could just summarize, did you have a role in any
21    police departments?
22    A.   I have over 40 years of law enforcement experience.
23    Q.   Okay.  And have you become knowledgeable regarding
24    January 6 videos?
25    A.   Yes, sir, I have.
```

1   Q.   And you've done that in -- and how have you come to have

2   this knowledge?

3   A.   I started approximately two years, just after January 6.  I

4   was given an opportunity to do a little research on January 6,

5   and I've been studying videos, audio communications,

6   after-action reports, open source and not open source material.

7   And I've also had a chance to do research on some of the court

8   cases like this one.

9   Q.   And have you worked for defense teams in January 6 cases?

10   A.   I have.

11   Q.   More than one defense team?

12   A.   Yes, sir.

13   Q.   Would you say you've reviewed hundreds of January 6 --

14   hundreds of hours of January 6 video footage?

15   A.   At a minimum, hundreds of hours, yes, sir.

16   Q.   Okay.  We just really want to go over the video footage

17   that pertains to this case today.

18   A.   Yes, sir.

19   Q.   I would like to bring up Exhibit 236.  I think that's

20   Defense 236.  That's the body cam of Mr. Paul Dean.

21        MS. MILLER:  Your Honor, if we could get on the phone,

22   please.

23     (Bench conference.)

24        THE COURT:  Mr. Roots, please tell me that you've

25   flagged this exhibit for the government.

1          MR. ROOTS:  I don't know.  This is the video of the

2    tarp -- Mr. Thomas and the tarp incident.

3          THE COURT:  I thought that you all provided a list of

4    exhibits that Mr. Hill would be relying on.

5          MS. MILLER:  First of all, they provided that list at

6    lunch.  But I was going to object, Your Honor, because he

7    continues -- even though we've asked this a number of times, to

8    state what the exhibit is rather than asking the witness what it

9    is.

10         THE COURT:  All right.  So identify by exhibit number,

11   please, Mr. Roots.

12         MS. MILLER:  And especially his revealing the identity

13   of officers is completely unnecessary.  They're not related to

14   this case.

15         THE COURT:  All right.

16     (End of bench conference.)

17         MR. ROOTS:  All right.  We would like to bring up

18   Defense 236.

19         BY MR. ROOTS:

20   Q.   Do you see this image on the screen, Mr. Hill?

21   A.   Yes, I do.

22   Q.   Do you recognize this video?

23   A.   I do.

24   Q.   What do you recognize this video as?

25   A.   I've reviewed somewhat before and quite a bit afterwards.

1    On this video, I've seen some of the actions of the police

2    officers that are going through here.

3    Q.   And this is body cam footage from an officer?

4    A.   It is, yes, sir.

5    Q.   Okay.  I would like to just roll this with the audio,

6    please.

7         (Video played.)

8              BY MR. ROOTS:

9    Q.   Let's stop right there.  Do you see on the screen -- what

10   do you see on the screen there?

11   A.   So, I see officers with the Metropolitan Police Department,

12   part of their tactical unit, that are up against the wall there.

13   Q.   Let me stop you.  I apologize.

14        I'm told the jury is not seeing this.  Can we publish this

15   for the jury?

16             COURTROOM DEPUTY:  I'm sorry.

17             BY MR. ROOTS:

18   Q.   Can you start over?  What are you seeing there?

19   A.   Yes, sir.

20   Q.   We'll just roll a little bit of this.

21        (Video played.)

22             BY MR. ROOTS:

23   Q.   We can stop anywhere in there.

24        What are we seeing, Mr. Hill?

25   A.   A number of the Metropolitan Police Department officers

have moved from their formation up to this plastic Visqueen, or this plastic sheet that's hiding the back of the bleachers that are looking outwards.

Q.   Whereabouts -- if you could just orient, whereabouts is this taken from?

A.   So the building to the -- closest to you to the right-hand side, that's part of the House.  And the building to the far side, that's the Senate.  We are standing on the west side of the building, west side of the Capitol.

Q.   And that's the Capitol, when you say House and Senate?

A.   Yes, sir, that's right.

Q.   And let's roll some more with the sound as soon as it comes on.

     (Video played.)

          BY MR. ROOTS:

Q.   And we can stop here any time.

     Turning your attention to the upper right corner there, what time of day is this?

A.   The time of day?  So it's -- 15:06 is 3:06 in the afternoon.

Q.   And what do you see there?

A.   You have an officer right in the center of the video who is cutting open the plastic sheeting that's covering the back of the platform.

Q.   Okay.  Let's roll some more.

1        (Video played.)

2            BY MR. ROOTS:

3    Q.    Let me just stop you.  Regarding the sound, what do you

4    know about these body cam videos with regard to sound?

5    A.    Yeah.  So the sound, initially, it takes two minutes for

6    the operator to -- once he's turned it on, once it's run for

7    about two minutes, then you can hear the sound of the officers

8    or anybody that's being -- within proximity of the officers.

9    Q.    Okay.  Let's keep rolling.

10       (Video played.)

11            BY MR. ROOTS:

12    Q.    Let me stop there, if I could.

13    A.    Yeah.

14    Q.    What do you see there on the inside of those bleachers?

15    A.    So looking through the plastic, you can see the step --

16    they look like steps.  Basically, it's a series of seating like

17    you would find in a stadium, so stadium seating on the inside.

18    Q.    And did you -- do you see any rioters or protestors there

19    inside?

20    A.    The only people you can see from this side is you can see

21    officers on the other side where the seating is.  You can see

22    them through the -- basically the area where your seat and where

23    your feet are sitting, but no demonstrators at this point.

24    Q.    Would you describe this tarp as intact other than what the

25    officers are doing?

1    A.    That's correct.

2    Q.    Let's continue.

3          (Video played.)

4          MS. MILLER:  Your Honor, I'm sorry.  We have an

5    objection.  Can we get on the phones, please.

6          (Bench conference.)

7          MS. MILLER:  I believe they're now showing beyond what

8    was admitted into evidence.  They admitted the first two minutes

9    of this only.

10         THE COURT:  Are you going to object to what they're

11   showing now, or are you saying you didn't have notice of this?

12         MS. MILLER:  I'm saying the jury is seeing an exhibit

13   that is not admitted.

14         THE COURT:  Is this not the same tape?

15         MS. MILLER:  We previously agreed to admit the first

16   two minutes of this.  He's going to have to cut it and

17   reintroduce it, and then we can not object.

18         THE COURT:  Mr. Roots, you needed to give them notice

19   so they could review this.

20         MR. ROOTS:  This is directly on point and will

21   rebut some of the testimony that the government put on.

22         THE COURT:  Did you or did you not give them notice

23   that you were going to play this part of the video?

24         MR. ROOTS:  The answer is I don't know.  Let me check

25   on this.  I'm told they had this.

1          THE COURT:  They have the video, but do they know that

2     this is one of the videos that you were going to review?

3          MS. MILLER:  And the point, Your Honor, is we may not

4     object, but the video they're showing right now as -- the

5     exhibit currently labeled in evidence is not this, because the

6     Exhibit -- Defense 236 is two minutes only.

7          THE COURT:  Mr. Roots, you're going to have to move on

8     and come back to this.

9          MR. ROOTS:  Your Honor, can I just say that we left

10    off this discussion with -- this will show that in fact even the

11    area where Mr. Thomas was was actually cut by the cops.

12         THE COURT:  Understood, Mr. Roots, but this is not an

13    exhibit.  You've just got to give them warning about --

14    Ms. Miller?

15         MS. MILLER:  If he wants to put more of this, we may

16    not object, but it's going to have to be a different exhibit

17    number, perhaps 236A, because as 236 exists in evidence is the

18    first two minutes only.

19         THE COURT:  How long are you going to play of this?

20         MR. ROOTS:  I do want to play to the end of this tarp,

21    where it shows that all the sections were cut by the cops.

22         THE COURT:  Any objection?  Do you want me to send the

23    jury out so you can watch it and then let me know, or are you

24    comfortable with this?

25         MS. MILLER:  How long is this clip in total?

1    2 minutes 40 seconds?

2            MR. ROOTS:  It's not that long, a couple minutes.

3            THE COURT:  I'm going to ask Ms. Lambert to

4    double-check what you've all given notice to right now, and if

5    the government -- how much longer, you said?

6            MR. ROOTS:  No more than a couple minutes.  There is

7    another point, that in the background there is no announcement.

8    So we do want to make that point through Mr. Hill.

9            THE COURT:  Yeah, I don't know how he sees through the

10   tarp who's back there, but okay.

11           MS. MILLER:  The other objection is relevance.  No one

12   accused him of cutting the tarp, and Campanale said that he

13   didn't know whether this defendant cut the tarp.  Why does this

14   matter?  He's not charged with cutting tarp.

15           MR. ROOTS:  Some of the most significant testimony was

16   they could have arrested Mr. Thomas for cutting the tarp.

17           MS. MILLER:  It was the plastic underneath to remove

18   the tarp from the metal, not cutting holes in it.

19           THE COURT:  I don't recall the exact testimony, but

20   you can clear this up, and you can argue that.

21       But Mr. Roots, this is a warning.  If I have to stop to go

22   through all of this, I'm going to be really frustrated.

23   Ms. Lambert needs to look at the exhibits and make sure we're

24   all on the same page.

25           MS. MILLER:  My suggestion, Your Honor, is we tell the

1  jury this is a longer version of 236 that we're going to call

2  236A and it's longer than the original.

3            THE COURT:  There's no objection to that?

4            MR. ROOTS:  I'll do that.

5            THE COURT:  All right.

6        (End of bench conference.)

7            THE COURT:  Ladies and gentlemen, this exhibit is not

8  Exhibit 236.  This is a longer version of the video that was 236

9  and previously admitted into evidence.  This we will call 236A.

10 So it's a separate exhibit than you've seen before, and it's

11 longer.

12           MR. ROOTS:  And I'd like to publish that to the jury.

13           THE COURT:  Any objection to it being admitted and

14 published?

15           MS. MILLER:  None other than the ones already on the

16 record.

17           THE COURT:  Okay.  It's admitted.

18       (Defense Exhibit 236A received into evidence.)

19           BY MR. ROOTS:

20 Q.  I would like to roll this forward.  Before we start

21 rolling, the officer with the body cam is moving in which

22 direction up there?

23 A.  So where he's standing, he's facing directly to the north.

24 Q.  And he's generally walking northward, would you say?

25 A.  I'm sorry?

```
 1    Q.   Let's roll the video.

 2         (Video played.)

 3              BY MR. ROOTS:

 4    Q.   Do you see another area there?

 5    A.   I do, yes.

 6    Q.   What do you see there?

 7    A.   So this was the area that we actually previously saw where

 8    the officer stood there and cut it with his knife.  And then the

 9    officer continues to move.

10    Q.   Okay.  Let's continue.

11         (Video played.)

12              BY MR. ROOTS:

13    Q.   We're stopping at 2 minutes and 24 seconds in.

14         What time of the day is this?

15    A.   This is 15:07, or 3:07 in the afternoon.

16    Q.   What do you see at this time?

17    A.   Okay.  So we have a series of officers shaped in an L

18    shape.  This is called a skirmish line.  Officers are basically

19    looking down range or down the stairs and down the hill.

20    Q.   And what do you see there at the tarp area?

21    A.   Yeah, there are a couple of holes there also that have been

22    cut into the plastic.

23    Q.   Do you see any demonstrators or protestors in there?

24    A.   No, sir.

25    Q.   Okay.  Let's keep rolling.
```

1          (Video played.)

2               BY MR. ROOTS:

3     Q.   I will direct you to the sound.  Do you hear any

4     announcements at all?

5     A.   I can hear the crowd yelling that "this is our house," but

6     those are the only announcements I am hearing.

7     Q.   Okay.  From your review of these videos --

8     A.   Yes, I have.

9     Q.   -- what do protestors inside start doing?  Do they start

10    moving?

11    A.   Inside underneath the tarp area?

12    Q.   Yes.

13    A.   Yes.  Eventually, they'll start moving up towards the top

14    where you see the line of officers and particularly the officers

15    at the openings.

16    Q.   And does it look like they move up because there's a window

17    that's been cut for them?

18               MS. MILLER:  Objection.

19               THE COURT:  Sustained.

20               BY MR. ROOTS:

21    Q.   I think we'll take this down.  This is at minute mark -- we

22    will stop it there.  Let's go to 307.  This is Government's 307,

23    I believe.

24               THE COURT:  Has this been admitted?

25               COURTROOM DEPUTY:  It has been, Your Honor.

1      MR. ROOTS:  Let's go ahead and roll a little bit of

2   this.

3      (Video played.)

4      BY MR. ROOTS:

5   Q.   We can stop anywhere in here.  There's a lot going on.

6      First of all, I will have Mr. Thomas stand up.  Will you

7   stand up?

8      Let me just ask, do you recognize this man in the video --

9   A.   Yes, I do.

10  Q.   -- that you just saw?

11  A.   Yes, sir.

12  Q.   Could you describe what you saw with regard to this

13  individual?

14  A.   So the video starts.  It's a body camera from one of the

15  officers in that skirmish line up front.  What you can see in

16  the video, you can see Mr. Thomas standing there smoking a

17  cigarette.  He had just lit a cigarette.  He -- I'm trying to

18  say this right.  He's basically standing there smoking a

19  cigarette, and you can hear in the background -- you can hear

20  somebody doing a countdown.  It's not Mr. Thomas.  It's somebody

21  from the crowd.

22      MS. MILLER:  Objection, Your Honor.  Can we go on the

23  phones, please.

24      (Bench conference.)

25      MS. MILLER:  Your Honor, he's misstating the evidence.

1    There's no way he could know whether Mr. Thomas was doing that

2    countdown or not.

3        The evidence speaks for itself.

4        THE COURT:  Why can't he say, if he lays the right

5    foundation, that he's familiar with his voice and he doesn't

6    think that that's Mr. Thomas speaking?

7        MS. MILLER:  Okay.  That's fine.  There was no

8    foundation laid.

9        (End of bench conference.)

10       THE COURT:  The objection is sustained; lack of

11   foundation.

12       BY MR. ROOTS:

13   Q.   Let's roll it back to the beginning, if we could.

14       Do you recognize -- having watched this video -- how many

15   times have you watched this video?

16   A.   A lot.  30, 40 times, quite a bit.

17   Q.   Are you familiar with the voice of Mr. Thomas on these

18   videos?

19   A.   Yes, I am.

20   Q.   So when you say that a particular person made a countdown

21   and you say it wasn't him, what's your basis for saying that?

22   A.   So first, I've heard his voice before.  This voice is

23   different.  Secondly, if you watch the video, you will see he's

24   holding a cigarette in his hand, smoking at the same time the

25   countdown starts.

1    Q.   Okay.  Let's roll this, if we could.

2         (Video played.)

3              BY MR. ROOTS:

4    Q.   Do you see Mr. Thomas?  We can stop right there.  Do you

5    see Mr. Thomas on the screen anywhere?

6    A.   Yes.  I saw him down at the bottom, and now he's also on

7    the screen to the left of the gentleman here with a cane.

8    Q.   And you can go ahead and even circle him a little bit.  I

9    believe it's a touch screen.

10   A.   (Witness complied.)

11   Q.   Okay.  And what are you observing him doing there?

12   A.   He's looking in the direction of the man with a cane.  He's

13   got a cigarette in his mouth.  And he's moved up from the

14   location he was before.  He's moved up the stairs behind him.

15   Q.   Let me remove this yellow stuff, and let's keep it rolling

16   here.

17        (Video played.)

18             BY MR. ROOTS:

19   Q.   We can stop anywhere.

20        Okay.  What did you just observe there?  That was a lot

21   going on.

22   A.   It is quite a bit.  As the crowd rushes forward up to where

23   the police officers are at the top of the steps, you see

24   Mr. Thomas coming up.  You see the gentleman with the cane right

25   in front of him and to his left.  It's jumbled quite a bit, but

1    basically, there's a little struggle going on.

2        At some point, the old gentleman goes down, and then you

3    can hear on the video -- you can hear Mr. Thomas and others

4    saying, "Help him up.  Help him up."

5    Q.    Okay.  We would like to go to Government's Exhibit 707.

6        (Video played.)

7            BY MR. ROOTS:

8    Q.    And we're stopped at 20 seconds in.

9        Mr. Hill, what did you just see there?

10   A.    So you can actually see the person -- just before this

11   starts, you can see the person issuing the countdown.  He's to

12   the right, kind of to the right of where the American flag is.

13   When he hits the "1" in the countdown, the crowd pushes forward,

14   heads up towards the police officers.  The crowd itself is

15   trying to push the officers back.  You sort of can see the

16   elderly gentleman who was just right in front.  He starts to go

17   down.  You see Mr. Thomas get pushed down the stairs, and then

18   he comes back up the stairs behind him.

19   Q.    Does Mr. Thomas make any contact with law enforcement

20   officers there?

21   A.    So it looks like he has touched the officer that's leaning

22   forward.  It looks like he's touched the arm of that officer who

23   is on top of the handicapped guy -- the elderly man.

24   Q.    How in general would you categorize that contact?

25            MS. MILLER:  Objection.

1          THE COURT:  Overruled.

2          BY MR. ROOTS:

3   Q.   Go ahead.

4   A.   It's a touch.

5   Q.   Let's play it again from the beginning so the jury can see

6   that countdown one more time.

7          (Video played.)

8          BY MR. ROOTS:

9   Q.   Which is the guy doing this countdown?

10  A.   The guy with the red and white sleeves.

11  Q.   That's his arms.  Okay.

12       Let's erase that and start it and play it again.

13       (Video played.)

14          BY MR. ROOTS:

15  Q.   About how many people back from the front would you say

16  Mr. Thomas was?

17  A.   He looks like he's quite a ways back.  It takes him a few

18  seconds to get up to the front with everyone else.  Six, seven

19  people behind the crowd that's there.

20  Q.   Okay.  Moving on, did it look like two officers were

21  assaulted by Mr. Thomas there?

22          MS. MILLER:  Objection; legal conclusion.

23          THE COURT:  Sustained.

24          MR. ROOTS:  I can rephrase.

25       We can move on to Number 306, which we've seen before with

1    other witnesses.  This is Government's 306.

2        (Video played.)

3        BY MR. ROOTS:

4    Q.    Let me just stop you.  Are you familiar with this video?

5    A.    Yes, I am.

6    Q.    Is this body cam video?

7    A.    This is body cam video a little bit further, still facing

8    north, but they've moved a little further north from the last

9    video.

10   Q.    And what can you say about the digits in the top right

11   corner?

12   A.    So on a body camera, it lists the date, the time.  You can

13   also identify location where the officer is standing.  That's

14   more internal than external.  But it also shows the number that

15   the body camera is assigned to.  In this case, the number is

16   X603, and continues on.

17       But just above it, you've got the date.  So it's 2022.  01

18   is January.  06 is the 6th.  If you look at the digits next to

19   it, you have 16:22:07.  What that tells us is that at 1600

20   hours, 4:00 in the afternoon, 22 minutes after and seven seconds

21   after that.  So 4:22:07 is the time of this picture.

22       I'm not sure what the 0500 is.

23   Q.    Let's roll it up until around 16:22:10.

24       (Video played.)

25        BY MR. ROOTS:

```
1    Q.   Do you see Mr. Thomas anywhere in that screen?

2    A.   I do.

3    Q.   And what can you remark about the time stamp in the top?

4    A.   So this is at 16:22:10, or 4:22:10, where you see him

5    there.

6    Q.   And what do you see Mr. Thomas doing in the video?

7    A.   So there's a series of layers, or a series of steps on that

8    side of the Capitol.  Originally, he was on the bottom layer,

9    and he's moving up over a planter to get up towards the next

10   level, or the top layer of the step -- or top layer of -- it's a

11   walkway along the side of the Capitol.

12   Q.   So let's play this until Mr. Thomas is out of the screen.

13        (Video played.)

14             BY MR. ROOTS:

15   Q.   Let's bring up 183.  Again, I believe this is Defense 183.

16   Let's go ahead and play that.

17        (Video played.)

18             BY MR. ROOTS:

19   Q.   Do you see that?

20   A.   I do.

21   Q.   What did you just see there?

22   A.   So there's a line of officers that you can't see the crowd

23   on the other side, but there's a shoving match back and forth.

24   Here, you can see definitely one but eventually you will see two

25   officers that are falling back into their own ranks.
```

1   Q.   And if you could focus on -- what do you see about the time

2   stamp there?

3   A.   So this is at 16:22:19, so 4:22:19.

4   Q.   And that would be about how many seconds between the

5   last -- when Mr. Thomas was --

6   A.   Yeah, it's nine seconds.

7   Q.   Some nine seconds between Mr. Thomas scrambling up that

8   planter and this?

9   A.   And to this point right here.

10          MS. MILLER:  Objection; leading.

11          THE COURT:  Overruled.

12          BY MR. ROOTS:

13   Q.   Okay.  I'm going to circle a pair of arms here.

14          Do you see these arms there?

15   A.   Yes, I do.

16   Q.   Okay.  To your knowledge, the sleeves, are those the same

17   type sleeves that Mr. Thomas was wearing in the videos?

18   A.   They're not.

19   Q.   Let's keep rolling, shall we?

20          (Video played.)

21          BY MR. ROOTS:

22   Q.   Do you see Mr. Thomas here?

23   A.   I know where he is, but visual, you don't see him here in

24   this picture.

25          (Video played.)

1      BY MR. ROOTS:

2   Q.   Let's stop right there.

3        What do you see there with regard to Mr. Thomas?

4   A.   So you have three individuals in line.  You've got the

5   gentleman with the red, white, and blue cowboy hat with the red

6   scarf.  Behind him, there's another gentleman with a brown

7   jacket and camouflage pants, and Mr. Thomas is almost directly

8   behind that gentleman there.

9   Q.   So how many people back -- how many people deep is

10  Mr. Thomas?

11  A.   He's three, three deep.

12  Q.   And when you say three deep, what do you mean?  Three away

13  from what?

14  A.   There's three directly in front of him, and then in front

15  of them is the two officers that are on the ground.

16  Q.   And if we could roll it a little bit more to identify.

17       (Video played.)

18           BY MR. ROOTS:

19  Q.   A little bit more.

20       (Video played.)

21           BY MR. ROOTS:

22  Q.   I'm trying to find the guy with the blue sleeve.

23       What did you see there by Mr. Thomas?

24           MS. MILLER:  Can we get on the phones, please.

25       (Bench conference.)

1          MS. MILLER:  I'm worried that we're not going to have

2     a clean record here about what points he's pointing to in his

3     videos.  He's going all around.  It's unclear what time stamp it

4     is.  The record's not going to -- no one is ever going to have

5     any idea at what point in these videos he's talking about.

6          THE COURT:  Mr. Roots, let's point out what time stamp

7     on the video it is.

8          MR. ROOTS:  That's a fair point.  I will do that.

9        (End of bench conference.)

10          BY MR. ROOTS:

11    Q.   Okay.  I apologize.  I haven't been pointing out the minute

12    mark.  This is ten seconds in, right where we're stopped.

13        Do you see the individual with blue sleeves?

14    A.   Yes.

15    Q.   Where would he be?  If you could just circle.

16    A.   He's back in this position right here.  He's wearing a blue

17    shirt, and then he's got the -- it's more like a blue plaid on

18    his arms.

19    Q.   To your knowledge, after watching so many of these hours of

20    video, would you say it's easy to follow the action in these

21    things?

22    A.   It's -- again, it's a scramble.  You've got a lot of moving

23    parts.  So you have to watch a lot of different videos from

24    different angles.

25    Q.   Okay.  Let's keep rolling.

1          (Video played.)

2               BY MR. ROOTS:

3     Q.   Okay.  We'll stop right there at minute mark -- that was

4     all the way to the end of 183.

5          And what did you just see there?

6     A.   So you see a handful of demonstrators that are approaching

7     the police.  They're pushing back and forth.  You see a

8     scrimmage line pushing back the demonstrators that are there.

9     You can also see Mr. Thomas is at the back of that group kind of

10    moving back and forth at the line.  He's still about three deep.

11              MS. MILLER:  Your Honor, I'm sorry.  To be clear for

12    the record, I believe this Exhibit is 183-1.

13              THE COURT:  The record so reflects.

14         Is that correct?

15              MR. ROOTS:  I believe so.  Thank you.

16              BY MR. ROOTS:

17    Q.   Now, with regard to the officers that went down a few

18    seconds earlier, would you say that Mr. Thomas played any role

19    at all in that?

20              MS. MILLER:  Objection; expert opinion.

21              THE COURT:  Rephrase the question.

22              BY MR. ROOTS:

23    Q.   Did Mr. Thomas play a role in those officers going down?

24              MS. MILLER:  Objection; expert opinion.

25              THE COURT:  Overruled.

1          You can talk about what you see.

2               THE WITNESS:  Thank you.

3          I did see it.  Mr. Thomas did not push those two officers

4     down.  The gentleman with the blue is the one who lined up like

5     a linebacker and went right through them.

6               BY MR. ROOTS:

7     Q.    How many feet away was he when those officers went down?

8     A.    At least 10 feet, if not further.  Looking through camera

9     and video, it's a little bit different at distances.  But he's

10    at least 10 feet away from the two officers when the officers

11    are knocked down.

12    Q.    What did Mr. Thomas do after -- what happened after that

13    moment?

14    A.    On the video, you'll see the scrimmage line of officers.

15    At one location, you will see demonstrators pushing against the

16    officers.  What you will see is you will see Mr. Thomas moves

17    right between the officers and the demonstrators, and you can

18    see him physically separating everybody, separating the

19    demonstrators from the police officers until he gets down to a

20    certain point.  He's yelling something to protect somebody down

21    at the other end.

22    Q.    We'd like to bring up another exhibit, which is

23    Government's 303.

24         (Video played.)

25               BY MR. ROOTS:

1    Q.    And we've stopped at 36 seconds in.

2          To your knowledge, is this another body cam video?

3    A.    Yes, it is.

4    Q.    And what did you just see there, if anything?

5    A.    So here, you see at least one of the two officers going

6    down backwards after being pushed.

7    Q.    Okay.  Should we keep playing?

8          (Video played.)

9              BY MR. ROOTS:

10   Q.    So we've stopped now at 43 seconds.

11         Is this another perspective of that same moment?

12   A.    It's another perspective.  So timewise, the body camera has

13   only moved a short period of time.  I think if you look at the

14   counter in the bottom corner, but actually, if you look at the

15   body camera up top, you can see there's been a time frame

16   from -- approximately 10 seconds from the time we looked at it

17   before.  But this is the time that you saw in the video where

18   the two officers go down after they've been pushed.

19   Q.    Okay.  And do you see those officers on the screen there?

20   A.    Yes, I do.

21   Q.    They're down in the lower portion of the video?

22   A.    One of them is completely laying down.  The other is just

23   getting himself back up, slightly to the right.  This one's

24   number 2.  Number 1 is on the ground.

25   Q.    Let's keep rolling that a little bit.

1          (Video played.)

2              BY MR. ROOTS:

3     Q.    Okay.  Let's stop right there.

4          Who do you see that we're familiar with?

5              MS. MILLER:  Objection, Your Honor.

6          Could we please have the time stamp for the record?

7              MR. ROOTS:  I'm sorry.  At 48 seconds in.

8              THE WITNESS:  All right.  So it's 4:22:34.  Mr. Thomas

9     is standing about 10 feet away from the group.  He had just

10    stepped out from behind the gentleman there with the camouflage

11    pants.

12             BY MR. ROOTS:

13    Q.    Do you see him holding anything or in a particular stance?

14    A.    Yes.  He's been holding that through most of the day.  It's

15    a cell phone.  He's using his strong hand to shoot video.

16    Q.    Okay.  Let's roll some more.

17         (Video played.)

18             BY MR. ROOTS:

19    Q.    We've stopped this at 1 minute 39 seconds.

20         What did you see there?

21    A.    So Mr. Thomas entered the left-hand side of the crowd.  You

22    can see him.  He's pushing himself away, separating people

23    trying to get to the far end.  What he was originally yelling

24    was, "Let him up.  Let him up."  There's an individual that's

25    laying on the ground, and police officers are on top of him.

1    Once you get to this point and you can see the separation

2    that he's caused there, he's telling the officers and the crowd,

3    "We want peace.  We just want peace."

4    Q.   Now, did you hear him say anything other than that?

5    A.   Other than "let him up" and "we want peace"?

6    Q.   He said "let him up"?  How many times did he say that?

7    A.   As he's traveling down towards the guy that's on the

8    ground, six or seven times, he said, "Let him up.  Let him up."

9    He starts that from his initial move when he's moving from one

10   point to the other.

11   Q.   When he said "let him up," who is he referring to?

12   A.   There's a gentleman that's on the ground.  You can't see

13   him in the video, but there's an elderly gentlemen that -- there

14   was actually a couple of elderly gentlemen on the ground.

15       You will see him on the side.  Eventually, he'll get up

16   and --

17   Q.   Let me circle something here that I just noticed, actually.

18   I just noticed that.

19       Do you see that where I just circled?

20   A.   Yes, I do.

21   Q.   What does that look like?

22   A.   So those are, it looks like, demonstrator signs.

23            MS. MILLER:  Objection, Your Honor.

24   Can we please get on the phones.

25       (Bench conference.)

1          MS. MILLER:  Your Honor, I probably should have made

2     this objection earlier, but I would like a continuing objection

3     under Rule 602 for personal knowledge.

4          THE COURT:  You're objecting -- let's address this

5     objection right now.  You're objecting to him testifying about

6     the sign?

7          MS. MILLER:  I'd like a continuing objection to lack

8     of personal knowledge.

9          THE COURT:  He's testified that he's reviewed the

10    videos numerous times.  So he's testifying about what he saw in

11    these videos.

12       Is he going beyond that?

13         MS. MILLER:  He doesn't have personal knowledge of the

14    events in the videos, unlike an FBI witness who is testifying to

15    her investigation.

16       I'd like to just have a continuing objection to his lack of

17    personal knowledge under 602.

18         MR. ROOTS:  Your Honor, this is exactly what the FBI

19    case agent does.

20         THE COURT:  The case agent doesn't have firsthand

21    personal knowledge.  She reviews a lot of videos; she testifies

22    about what's in the videos.

23       Why can't he testify about what he's seen in the videos?

24    Simply because he's not an investigator?

25         MS. MILLER:  That's the main exact difference.  She's

1  testifying to what she uncovered during her investigation,

2  whether it's from open sources or what have you.

3          THE COURT:  He can have firsthand knowledge separate

4  and apart from being a case agent doing investigation if he's

5  watched hundreds of hours of videos and he's familiar with them

6  and he recognizes what's in them.

7      I guess I don't see the distinction between the two.

8          MS. MILLER:  It's personal knowledge of the

9  investigative steps she took and what she recovered in terms of

10  video versus lack of personal knowledge because he wasn't an

11  investigator on this case.

12          THE COURT:  I'm going to overrule the objection.

13      (End of bench conference.)

14          THE COURT:  Overruled.

15          BY MR. ROOTS:

16  Q.  Do you see the area I circled there?

17  A.  Yes, I do.

18  Q.  And what do you see there?

19  A.  There are a couple of signs.  They appear to be fallen

20  signs from demonstrators.

21  Q.  To your knowledge, what do you think that sign says?

22          MS. MILLER:  Objection; speculation.

23          THE COURT:  Overruled.

24      You can answer the question if you're able to answer the

25  question based on your review of videos.

1          THE WITNESS:  Yes, ma'am.

2      It says "Stop the Steal."

3          BY MR. ROOTS:

4  Q.  What kind of lettering?

5  A.  It's white background, red lettering, and it also has a

6  border around the edges of it.  I believe that's black.

7  Q.  To your knowledge, were people taking exact notice of these

8  signs down on the ground?

9  A.  No.

10         MS. MILLER:  Objection.

11         THE COURT:  Sustained.

12         MR. ROOTS:  Let me just get rid of that.  Let's go to

13  Government's 711.

14     (Video played.)

15         BY MR. ROOTS:

16  Q.  We will just stop there.

17     Do you see what's going on there in the video?

18  A.  Yes, I do.

19  Q.  Is there anything different about this video as compared to

20  the other videos we've seen?

21  A.  So this is from a different angle.  It is not a body camera

22  from a police officer.  It's an open source document with

23  somebody standing there shooting video with most likely a cell

24  phone.

25  Q.  And what do you see going on there?

1    A.    You see the same skirmish line we were looking at before,

2    but now we're on the other side, looking directly at the

3    officers, the officers with their shields set up, and you have

4    gentlemen like this gentleman in the brown jacket that are

5    pushing against the shields.

6    Q.    This is at six seconds.  Let's go to 30 seconds.

7         (Video played.)

8         BY MR. ROOTS:

9    Q.    Okay.  What do you see there on that screen?

10   A.    So that's the gentleman with the blue shirt, plaid arms,

11   and the blue jean pants.  He is taking a bit of a run at the

12   officers, and he strikes both of those officers, and they're in

13   the process of going down.

14        So we're seeing the beginning of the fall we saw earlier on

15   the body cameras.

16   Q.    Okay.  Let's keep rolling.  This is at 30 seconds.

17        (Video played.)

18        BY MR. ROOTS:

19   Q.    If I could just stop, did you see Mr. Thomas at all in that

20   video?

21   A.    I did not.

22   Q.    Okay.  What did the blue individual do, the person in blue?

23   A.    He backed up and moved back into the crowd.

24   Q.    Was that anywhere near where Mr. Thomas was?

25   A.    Yes; yes, sir.

```
1    Q.    Okay.  Let's go to --

2          (Video played.)

3             BY MR. ROOTS:

4    Q.    Okay.  We will stop here.

5          Now what are you looking at?

6    A.    So you've got the skirmish line of officers.  You've got

7    demonstrators who have pushed their way into them.  You see the

8    skirmish line is predominantly pushing the demonstrators or

9    trying to push them back.

10         You see some of the demonstrators are down on the ground.

11   And if you look a little further back, you can actually see the

12   officers using batons, overhand strikes, reaching out and

13   swinging in the direction of demonstrators who are on the

14   ground.

15   Q.    Does it look like Mr. Thomas could see those baton strikes?

16   A.    Yes, I would say he could.

17            MS. MILLER:  Objection; expert opinion.

18            THE COURT:  Sustained, but for other reasons.  I think

19   it's speculative.

20            MR. ROOTS:  Should we roll the rest of it?  We're at

21   59 seconds.

22         (Video played.)

23            BY MR. ROOTS:

24   Q.    And we've stopped near the end at 1 minute 17 seconds.

25         What did you see going on there?
```

1    A.    Right.    So Mr. Thomas moved his way down through the crowd,

2    separating officers and demonstrators.    He got down close to the

3    end of where you kind of lost track of him.    That's when he was

4    going in and trying to retrieve or recover and help the people

5    that are on the ground.

6                    MS. MILLER:    Objection; expert opinion.

7                    THE COURT:    Overruled.

8                    THE WITNESS:    Okay.    So you can see it from this video

9    and another video that he's down trying to move people that have

10    been knocked down for whatever reason.    He's picking them up and

11    bringing them back into the -- back on the demonstrators' side.

12                    MR. ROOTS:    Okay.    We would like to bring up

13    Government Exhibit 308.

14        (Video played.)

15                    BY MR. ROOTS:

16    Q.    Okay.    We've played the entirety of that.    That was

17    Government's 308.

18        What did you see in that video?

19    A.    So we have the same skirmish line.    The line is moving,

20    continue to push demonstrators up north.    At this point, they're

21    stopped.    But you see Mr. Thomas is standing there, and he's,

22    you know, wiping at his face, and you will notice his face is

23    red at this point, for various reasons.    But anyway, he was

24    basically telling the crowd, look, he said -- he's telling the

25    officers, "We didn't want any of this," and he was telling the

crowd, "Hold the line.  Hold the line."

You will notice he's standing as the officers advance.  Not many people seem to be listening to him.  He's leaning up against it.  He's standing there with his shoulder.  They're pushing him.  He stands there.  They push him.  He stands there.  They push him about three or four times.

And then at about that point, you will see he turns and leaves.

Q.  Let me ask you, in all of these videos we've just seen, do you see Mr. Thomas punching or kicking any officers?

A.  No, he never does.

Q.  But would you say he makes contact with officers?

A.  Absolutely, yes.

Q.  Without being -- giving any law enforcement expertise, what would you describe that as?

A.  I've seen it -- we've seen it all the time.  Basically, somebody is standing there.  They're being -- the term is "passive resistance."  They're providing a passive resistance.

MS. MILLER:  Objection, Your Honor.

THE COURT:  Sustained, and move to strike that testimony.

MR. ROOTS:  The next piece of evidence, I want to get on the phones.

(Bench conference.)

MR. ROOTS:  Okay.  This next video is from the east

1    side.  Now, this is a stipulated video.  The government

2    stipulated with us.

3              MS. MILLER:  Your Honor, I'm going to interrupt.  We

4    have not seen this video.  We have no idea what it is.  We said

5    we would stipulate, but they never sent it to us and told us

6    what it was.

7              MR. ROOTS:  It's on USAfx.  We could introduce it

8    through another witness if we need to.

9              THE COURT:  That would be helpful, because I think the

10   government has a right to check it out.

11             MS. MILLER:  Just because you put a lot of stuff on

12   USAfx doesn't mean we're checking it every 30 seconds.

13             MR. ROOTS:  It just rebuts testimony by Baboulis that

14   the east side had all kinds of restrictions.

15             THE COURT:  Presumably, the government said if it's a

16   legitimate video, they're going to stipulate to it coming in;

17   correct?

18             MR. ROOTS:  Yeah.

19             MS. MILLER:  (Nodded head.)

20             THE COURT:  So this shouldn't be a problem.  Let's

21   move on so they have a chance to confirm that it's what they

22   think it is.

23         (End of bench conference.)

24             THE COURT:  Sustained.

25             BY MR. ROOTS:

1    Q.   Just a couple other questions.

2         In all the videos that you reviewed with regard to

3    Mr. Thomas here on January 6, did you hear any public address

4    announcements?

5    A.   There were none.

6    Q.   You didn't hear any warnings about restricted area or

7    anything?

8    A.   No, sir.

9              MR. ROOTS:  No further questions.  Thank you.

10             THE COURT:  Thank you.

11        Any cross?

12             MS. MILLER:  Yes, Your Honor.

13        (Bench conference.)

14             THE COURT:  Ms. Miller, I'm going to warn you, you're

15   making a lot of expressions in front of the jurors.  It's

16   unprofessional, and I've warned you once.  You need to cut off

17   the expressions.

18             MS. MILLER:  I'm sorry, your Honor.  I'm really

19   working on it.  I don't even realize I do it.  I'm sorry.

20             THE COURT:  All right.  Well, be aware.  It's

21   unprofessional.

22             MS. MILLER:  I'm sorry.

23                       CROSS-EXAMINATION

24             BY MS. MILLER:

25   Q.   Good afternoon, Mr. Hill.

```
1    A.    Hi.  How are you?

2    Q.    Good, thanks.  How are you?

3    A.    Good, thank you.

4    Q.    You're being paid for your testimony here; correct?

5    A.    No.

6    Q.    You were hired by the defendant?

7    A.    If you want to say that.  I'm not receiving any payment

8    from the defendant.  I did get an airplane flight out here from

9    the law firm.  So they flew me out here, and hopefully, they'll

10   fly me back on Saturday.

11   Q.    So Mr. Roots and Mr. Pierce are paying for your flights?

12   A.    Mr. Pierce, I believe, is paying for my flight out and

13   back.

14   Q.    Mr. Roots asked you on direct whether you've testified

15   before in any other January 6 cases; correct?

16   A.    That's correct.

17   Q.    Have you ever testified on behalf of the government in any

18   of those cases?

19   A.    Not -- no, I have not.

20   Q.    But you've not testified as an expert in any of those

21   cases, have you?

22   A.    No, I have not.

23   Q.    And you're not testifying as an expert here today, are you?

24   A.    I am not allowed.

25   Q.    So if you're not testifying as an expert, that means you're
```

1    just testifying as a lay witness; is that right?

2    A.    A lay witness, with all my massive amounts of experience,

3    yes, ma'am.

4              MS. MILLER:  I would move to strike that response,

5    Your Honor.

6              THE COURT:  That's granted.

7         Ladies and gentlemen, you should disregard the last

8    statement by the witness.  He's testifying as a lay witness, not

9    an expert witness.

10              BY MS. MILLER:

11    Q.    And a lay witness means that you're just testifying as to

12    your observations; is that right, Mr. Hill?

13    A.    That's correct.

14    Q.    Because you weren't at the Capitol on January 6, were you?

15    A.    No, I was not.

16    Q.    You didn't yourself see what occurred; right?

17    A.    I'm sorry?

18    Q.    You didn't yourself with your own eyes see what occurred on

19    January 6, 2021, at the United States Capitol, did you?

20    A.    That is correct.  Other than through video, I was not

21    present.

22    Q.    You didn't actually see anything unless it was as a result

23    of the lawyers telling you to look at those videos; right?

24    A.    No, that's not correct.

25    Q.    You just have an interest in watching body-worn camera?

1    A.    What interested me in this case was shortly after

2    January the 6th, I had a friend of mine, another individual who

3    I worked with who was a Ph.D. who does research in these areas,

4    ask me about my opinion about what happened on January 6.

5        So we sat down and started looking at the videos.  We

6    started looking at open source information that was available.

7    And that has led to almost two years of looking at -- starting

8    with open source information and doing -- helping him with a

9    180-page white paper on January 6, and then working my way to a

10   point where now I've been allowed to see more than just open

11   source video.  I've seen video from court cases like this one.

12   Q.    And that's because you're retained to work with January 6

13   defendants, whether you're paid or not?

14   A.    I guess I like the way you say that.  I'm volunteering my

15   time with these folks.  I'm still out of pocket quite a bit of

16   money.

17   Q.    And you're not volunteering to work for the government on

18   these cases, are you?

19   A.    Yes, actually, I would if --

20   Q.    No, I'm asking, have you volunteered to work on any

21   government cases?  Are you working on any currently?

22   A.    Not on January 6th, that's correct.

23   Q.    And the videos that you were told to look at in preparation

24   for your testimony today in this case actually came from

25   direction you received just yesterday from Ms. Lambert; right?

1    A.    That came to me yesterday?  No, I've been looking at some

2    of these videos for well over a month, since the last time I was

3    here on a different case.

4    Q.    You did not send messages with Ms. Lambert yesterday where

5    she directed you to look at certain videos in anticipation of

6    your testimony today?

7    A.    Yes, I did.  Sorry.  I've looked at lots of video.  But

8    yes, we had an instant message between the two of us discussing

9    videos and whether or not her child can have access to her PIN,

10   so --

11              MS. MILLER:  Your Honor, I move to strike as

12   irrelevant.

13              THE WITNESS:  That was the conversation.

14              THE COURT:  There's no --

15              THE WITNESS:  She asked the question.

16              THE COURT:  There's no question pending.

17         You're moving to strike --

18              MS. MILLER:  Discussion of Ms. Lambert's children.

19              THE COURT:  So the question was, did you send messages

20   with Ms. Lambert yesterday where she directed you to look at

21   certain videos in anticipation of your testimony today?

22              THE WITNESS:  Yes, ma'am.

23              THE COURT:  All right.  So I will strike the portion

24   relating to Ms. Lambert's child.

25              BY MS. MILLER:

1  Q.   Mr. Hill, you would agree that Ms. Lambert said "Roger
2  wants me to testify to that part" -- I'm sorry.
3       You said "Roger wants me to testify to that part of the
4  video" to Ms. Lambert in that message; right?
5  A.   That sounds familiar.  I'd have to see it.
6  Q.   And those videos that Roger wanted you to look at are
7  videos involving Corporal Ainsworth; right?
8  A.   I'm not positive.  I've sat down and discussed a number of
9  videos to look at with these folks or other attorneys involved
10 with it.  But the videos that I've been looking at are
11 predominantly just for this particular case.
12 Q.   So do you know who Corporal Ainsworth is?
13 A.   I don't know, no.
14 Q.   And any member of this jury can look at the videos just the
15 same way you did; right?
16 A.   Only if they've been released to the public.  I'm not sure
17 if these videos have or not.
18 Q.   Well, for the purposes of this case, these exhibits,
19 they're going to look at them just like you did; right?
20 A.   Yes, absolutely.
21 Q.   And your testimony didn't incorporate what
22 Officer Niewenhous said on the stand; right?
23 A.   I don't know what he said on the stand.
24 Q.   It didn't incorporate how he said he suffers from PTSD from
25 events at the Capitol, did it?

1          MR. ROOTS:  Objection.

2          THE COURT:  Sustained.

3          MS. MILLER:  What's the basis?

4          THE COURT:  It's sustained.  Move on.

5          MR. ROOTS:  He didn't even say he suffers from PTSD.

6          THE COURT:  Let's move on.

7          MS. MILLER:  Your Honor, can we get on the phones,

8     please.

9       (Bench conference.)

10         THE COURT:  I've ruled.

11         MS. MILLER:  But I was going to ask additional

12    questions like that.  So I wanted to understand Your Honor's

13    ruling.

14      I can't ask any questions along those lines?

15         THE COURT:  You're asking questions that he can't --

16    he said it didn't incorporate the officer's testimony.

17         MS. MILLER:  I don't want to ask more questions about

18    other officers --

19         THE COURT:  I don't think I -- I think I allowed him

20    to answer that question, didn't I?  I think it was the follow-up

21    about the specifics of what that officer said.  Am I right?

22    That's my recollection.

23         MS. MILLER:  And I just wanted to make sure that I

24    wasn't misunderstanding why you were ruling.

25      It was the follow-up question that you didn't like?

```
 1            THE COURT:  Yeah.  Once he says that it didn't

 2    incorporate the officer's testimony, move on.

 3            MS. MILLER:  Okay.

 4        (End of bench conference.)

 5            BY MS. MILLER:

 6    Q.  Mr. Hill, your testimony didn't incorporate what Officer

 7    Leano said on the stand about how the defendant and other

 8    mobsters pushing into him made him feel like the air was

 9    squeezing out of his chest?

10            MR. ROOTS:  Objection to the characterization of

11    "mobsters."

12            MS. MILLER:  Withdrawn.  I will restate it.

13            BY MS. MILLER:

14    Q.  Your testimony didn't incorporate how Officer Leano

15    testified that the defendant and other rioters were pushing so

16    hard into him that he felt like the air was squeezing out of his

17    chest?

18            MR. ROOTS:  Objection.

19            THE COURT:  Sustained.  You can ask him if it

20    incorporates the officer's testimony in this trial.

21            BY MS. MILLER:

22    Q.  Your testimony did not incorporate the fact that the Upper

23    West Terrace of the U.S. Capitol hasn't been open to the public

24    for 26 years; right?

25            MR. ROOTS:  Objection; ultimate issue of the case.
```

```
 1              THE COURT:  Sustained.

 2              BY MS. MILLER:

 3    Q.   Mr. Hill, in your resume, you list as experience that

 4    you're a confident public speaker; correct?

 5    A.   I am.

 6    Q.   And in your resume, you list having had strong customer

 7    service focus; is that right?

 8    A.   Yes, ma'am.

 9    Q.   And your customer here is Mr. Thomas, the defendant, isn't

10    it?

11    A.   I'm serving Mr. Thomas being an expert -- sorry, being a

12    witness in this case.

13    Q.   So that's a yes?

14    A.   That would be a yes.

15              THE COURT:  Any redirect?

16                        REDIRECT EXAMINATION

17              BY MR. ROOTS:

18    Q.   With regard to a PTSD diagnosis, someone would need to --

19    an officer would need --

20              MS. MILLER:  Objection.

21              THE COURT:  Sustained.

22              BY MR. ROOTS:

23    Q.   -- they would need to report that?

24              MS. MILLER:  Objection.

25              THE COURT:  Sustained.
```

```
 1              BY MR. ROOTS:
 2    Q.   Safe to say the videos show what you say they show?
 3    A.   The video shows what you can see, yes, sir.
 4    Q.   Have you been deceptive at all about what the videos show?
 5    A.   Not at all.
 6    Q.   Now, with regard to prepping with our team and with
 7    Ms. Lambert, that's the regular course of what you've been
 8    doing?
 9    A.   It is.  You have to identify what area these folks are
10    looking at, whether it's this team or any other team, whether
11    I'm working for the prosecution or if I'm working for defense
12    attorneys.  We need to have guidance as to what you're looking
13    at, because I've looked at thousands of video, hundreds and
14    hundreds of hours of video.  I've got thousands of hours tied up
15    into January 6.
16    Q.   And when you're out here, are you staying at a fancy hotel?
17    A.   I'm staying in a three-bedroom apartment with eight other
18    people, and three of those are children.
19    Q.   And you're staying with some members of the defense team
20    here?
21    A.   Yes, I am.  I'm also sleeping on a futon.
22    Q.   The videos that Ms. Lambert mentioned -- that was mentioned
23    that you talked about yesterday had already been examined by
24    you?
25    A.   Yes.  I had seen all of these videos prior to any
```

1    discussion.

2    Q.    And did Ms. Lambert or me or anyone on our team interpret

3    them for you or describe what we thought -- what we wanted you

4    to say?

5    A.    You didn't, and I wouldn't let you if you tried.  Sorry.

6    Q.    Have you seen any officers grievously injured by this

7    defendant?

8            MS. MILLER:  Objection; beyond the scope.

9            THE COURT:  Repeat the question.

10            BY MR. ROOTS:

11    Q.    Have you seen any information about any officers injured by

12    this defendant?

13            MS. MILLER:  He said "grievously injured."

14            MR. ROOTS:  I will ask it both ways, injured or

15    grievously.

16            THE COURT:  Can you phrase the question to tie it to

17    the videos you've referenced?

18            BY MR. ROOTS:

19    Q.    Have you reviewed all the government exhibits in this case?

20    A.    Yes, I have.

21    Q.    Did you see any officers grievously injured by this

22    defendant?

23            MS. MILLER:  Objection; beyond the scope.

24            THE COURT:  I'll allow it.

25            Did you see any officers injured by Mr. Thomas?

 1            THE WITNESS:  I did not, no.

 2            MR. ROOTS:  Nothing further.  Thank you.

 3            THE COURT:  Would you like to follow up with that,

 4     Ms. Miller?

 5            MS. MILLER:  No, Your Honor.

 6            THE COURT:  All right.  May this witness be excused?

 7            MR. ROOTS:  Yes.

 8            THE COURT:  All right.  Thank you, sir.

 9            THE WITNESS:  Thank you, Your Honor.

10            THE COURT:  Ladies and gentlemen, we will take a

11     ten-minute break now, and we will come back with more of the

12     defendant's case.

13        (Jury exited courtroom.)

14            THE COURT:  All right.  Mr. Roots, let me say, the

15     next time you ask a version of the same question that I've just

16     sustained an objection for, there will be a fine.  I sustained

17     that objection, and you started with the same question again.

18     Wildly inappropriate, and you know that.

19            MR. ROOTS:  Can I say, it was wildly inappropriate for

20     the government to say that an officer said he had PTSD.

21        Now, PTSD is a medical condition that requires -- this is

22     outrageous.

23            THE COURT:  Didn't we strike that?

24            MR. ROOTS:  The fact that she asked that outrageous

25     question of someone that she knows is not diagnosed --

1          THE COURT:  Let's put that aside for a moment.

2      Am I clear about my order here?  This is your warning.  The

3  next time you ask a question relating to a question I've

4  sustained an objection for, there will be a fine.

5      Do you understand?

6          MR. ROOTS:  I understand.  I'll move for a mistrial on

7  the basis of that question.

8          THE COURT:  It's denied; it's denied.

9          MR. ROOTS:  It's just not true that an officer

10  testified he had PTSD.  That is not true.

11          MS. MILLER:  He did say that.

12          MR. ROOTS:  He said he had trauma.  By the way, if an

13  officer says he has PTSD, it's a medical condition that needs to

14  be reported.  This is outrageous that she said that.

15          THE COURT:  That motion for mistrial is denied on that

16  basis.

17      All right.  So is the next witness Mr. Thomas?

18          MR. PIERCE:  Yes, Your Honor.

19          THE COURT:  All right.  Ms. Miller, if you're unaware,

20  maybe you should move around to the other side of the table.

21  Can you stop the expressions?

22          MS. MILLER:  I'm really working on it.  I'm going to.

23          THE COURT:  That's not an excuse.  You can just move

24  to the other side, and you don't have to worry about it so much.

25          MS. MILLER:  I'm going to give it one this afternoon

```
 1    try, and if I feel like I can't, I will move.

 2              THE COURT:  All right.

 3              MS. MILLER:  Thank you, Your Honor.

 4              THE COURT:  Thank you.  I'm going to go at least until

 5    5:00.  If the jury can go longer, we will do that.

 6         (Jury entered courtroom.)

 7              THE COURT:  All right.  Mr. Pierce?

 8              MR. PIERCE:  Yes, Your Honor.  The defense calls

 9    Mr. Kenneth Joseph Thomas.

10              THE COURT:  Mr. Thomas.

11         KENNETH JOSEPH THOMAS, WITNESS FOR THE DEFENSE, SWORN

12                         DIRECT EXAMINATION

13              BY MR. PIERCE:

14    Q.   Good afternoon, Mr. Thomas.

15    A.   Good afternoon, sir.

16    Q.   Please make sure you talk in the mic so the jury can hear

17    you clearly.  Okay?

18    A.   Good afternoon.

19    Q.   Mr. Thomas, why did you decide to testify today in your own

20    defense?

21    A.   The simple answer is because I'm innocent.  The more

22    extensive answer is because I was the one that was there.  I

23    know what I did and did not do, and I feel that -- nobody can

24    answer for me better than me.

25    Q.   And let's deal with a couple quick issues right out of the
```

1    gate here.

2         You saw earlier when, I believe it was, the FBI case agent

3    introduced Exhibits 601 and 602, which were a jacket and a hat.

4         Do you recall that?

5    A.    Yes.

6    Q.    Do you deny that that's your jacket?

7    A.    No, not at all.

8    Q.    Do you deny that that's your hat?

9    A.    No.

10   Q.    Do you deny that you're the person in all these videos

11   we've been looking at as folks have identified you?

12   A.    No, I've never denied being at the Capitol.  I just deny

13   the characterization of my actions and my intent by my

14   prosecutors.

15   Q.    Thank you.  We're going to do brief background here.

16        Where are you from?

17   A.    Born and raised -- well, born in a hospital in Ohio, but I

18   will never claim Ohio because I am a West Virginia boy through

19   and through, lived there most of my life.

20   Q.    And just very briefly, just share with the jury your

21   educational background.

22   A.    I graduated high school from Oakland High School in West

23   Virginia.  I have a bachelor's in science in anthropology.  I

24   also have certificates from community college regarding several

25   computer platforms and operating systems environments.

1    Q.    And did you serve in the U.S. military?

2    A.    Yes, United States Navy.

3    Q.    And what years did you serve?

4    A.    2000 to 2003.  I have a general under honorable conditions

5    discharge.

6    Q.    What was your job in the Navy?

7    A.    The formal rate's called undesignated.  I started out that

8    way because I like to start from the bottom and work my way up.

9          After that, I became what is called a brown shirt or, more

10   technically, a plane captain, where I was responsible for the

11   launch, recovery, and inspections of the F-14 Tomcat.

12   Q.    And I'm just reminded by my astute partner, just make sure

13   that you talk slow enough so that the jury and the court

14   reporter can understand.  Okay?

15   A.    Thank you.

16   Q.    And so you mentioned you worked with the F-14 Tomcat?

17   A.    Yes.

18   Q.    And what exactly did you do with respect to the Tomcat and

19   these aircraft carriers?

20   A.    So I was responsible for the aircraft itself, its

21   inspections and the flight schedule for the launch and recovery

22   of the aircraft, basically coordinating the launch process for

23   several different departments within my squadron in the Navy,

24   both on land where I was stationed at NAS Oceana, Virginia, and

25   also whenever we deployed to different -- whichever ship we were

1    attached to for that deployment, launching and -- helping to

2    launch and recover them off of the flight deck.

3    Q.    Okay.  And were you deployed overseas at all?

4    A.    Yes.  We forward deployed to -- two different deployments.

5    My first deployment was what is called a WestPac.  Basically, we

6    would go through the Western Pacific, I do believe.  But in the

7    middle of that, 9/11 happened.  And so our orders changed, and

8    we became involved in Operation Enduring Freedom, just offshore

9    of Afghanistan.

10        And I also did deployment in -- around 2003, deployment to

11   support Operation Iraqi Freedom, which was the conflict in Iraq.

12   Q.    Okay.  And do you have any disabilities as a result of your

13   military service?

14   A.    Yes.  Many are unseen.  But I'm what they call

15   service-connected disabled, for which I receive compensation.

16   Q.    And what are the disabilities?

17   A.    I don't know off the top of my head the entire list.  I

18   know I had cervical strain, tinnitus, which is ringing of the

19   ears, bursitis, which is like a bone or cartilage issue between

20   my bones, just things of that nature.

21   Q.    Thank you.  And so you finished with the Navy in 2003?

22   A.    Yes, sir.

23   Q.    And can you just sort of walk the jury briefly from that

24   point until now, essentially, with respect to your jobs, your

25   career, that sort of thing.

A.    Sure.  So I was a rowdy little kid, you know, coming out of the military thinking I was Superman and made a bunch of dumb decisions.  I thought I was doing really well, but I really wasn't.  I'm not perfect.  You live and learn, young and dumb, whatever.  It's just how life goes.

There were certain points in my life that I had some drug and alcohol problems.  There was times in my life that I was dealing with other childhood issues and didn't know how to cope with them properly.  So I had, you know, made poor judgments, like many people do.

But since then, you know, I wised up, got married, went to college.  I tried to be a better example for my children.  I have four kids.  I graduated college with my bachelor of science, like I had mentioned before.

I'm also a Red Cross CPR, first aid, and AED instructor for all of the infant, pediatric, and adult courses.  So I can actually teach CPR and first aid classes.

There's been times in my life where I have had to really dig deep to kind of push forward, because I was -- when I say I made some mistakes, like I made some big ones.  But I found my faith, as they say, walking through fire.

Because of the trials that I've suffered in my life, I also dedicated myself to joining a ministry, which up until my arrest in May, I was in the midst of seminary, doing correspondence courses, what you would consider an independent minister.

1          But I'm not perfect by any means.  If I smash my thumb with

2     a hammer, my kids are still going to learn a new language.  But

3     I am a real person, but my faith is very real to me as well.

4     Q.    Okay.  Thank you very much.

5          Now, back to one of the physical exhibits, one of the

6     exhibits was a hat.

7          Do you remember that?

8     A.    Yes.

9     Q.    And the hat -- I believe the testimony was the hat said

10    "Veterans for Trump"?

11    A.    Yes.  It was one of my favorites.

12    Q.    Why did you get a "Veterans for Trump" hat?

13    A.    Because I'm a veteran, and I supported the standing

14    president, and I'm very proud to announce that.  I actually wore

15    that wherever I went.

16    Q.    Do you still consider yourself to be a veteran for Trump?

17    A.    Absolutely.

18    Q.    Okay.  Thank you.  Now, let's move along here past the

19    background.

20         So did you follow -- let me strike that.

21         Do you follow politics?

22    A.    Yes, I have for several years.  It's an interest of mine,

23    and it's not necessarily because of the political aspect.  It's

24    because I have an interest in people.  That's why I studied

25    anthropology in college.  It's literally the study of mankind.

1    And I have a passion for truth, both here secularly as well as

2    within my faith.

3    Q.   And did you follow, as many Americans did, of course, the

4    2020 presidential election?

5    A.   It was hard not to, but yes, very much so.

6    Q.   Okay.  And by the way, did you vote?

7    A.   Of course.

8    Q.   Who did you vote for?

9    A.   It's a secret ballot for a reason, but I'm proud to say

10   that I voted for President Trump.

11   Q.   And following election day, did you develop feelings about

12   the presidential vote?

13   A.   Actually, it was before election day.  I saw several

14   anomalies that seemed suspicious.  And then as election day came

15   around, you know, witnessing the things in the media, reading in

16   the news, and also doing some open source research of my own, I

17   came to suspect that there is reason to believe that there's

18   potential fraud within the election system for that particular

19   election, yes.

20   Q.   And did you have strong feelings about that?

21   A.   Yes, very much so.  I mean, I'm -- I don't come to

22   conclusions very lightly.  I'm not a skeptical -- or I'm not

23   a -- I'm a very skeptical person.  I don't like to just make

24   assumptions.  Right?  I'm a man of science, and I actually pride

25   myself on my intellect.  I'm not the smartest crayon in the box,

1  but I think I'm a pretty unique color.  But I can tell my way

2  around the room, and I like to make sure that I know what I'm

3  doing or talking about before I open my mouth.

4  Q.   Do you consider yourself a passionate person?

5  A.   My wife's not in the room, so I will say yes, because I

6  just don't want her to laugh.

7  Q.   Are you passionate about the United States Constitution?

8  A.   I believe that the United States Constitution is one of the

9  most important founding documents, not only for our country but

10 also for the globe.

11      It is my understanding that the Constitution is unique from

12 any other country because it gives the power to the people

13 instead of the government.  In many other nations, it's the

14 other way around.  And that is how we've been able to become the

15 great nation that we are, despite maybe a tattered history, but

16 we've grown and improved.

17 Q.   Okay.  Thank you very much.

18      Now, do you recall, in the course of the trial, the

19 government introduced and we took a look at various social media

20 posts, Facebook posts, in really kind of two overall time

21 frames, sort of before January 6 and after January 6?  Do you

22 recall that?

23 A.   Yes, I remember the Facebook posts.

24 Q.   Okay.  So what I would like to do here is take you through

25 the Facebook posts and whatnot that the government introduced.

1    So I'm going to depend on Ms. Lambert here to bring up the

2    first one.  Just let me know the exhibit number.  Could we bring

3    up 402.1008, government.

4    Go ahead and take a moment to review this exhibit,

5    Mr. Thomas.  Ms. Lambert can maybe scroll through here.

6    A.    Yes, I remember it.

7    Q.    And what is this exhibit?  We see a map up here.  What is

8    this?

9    A.    So some friends of mine online and I helped to organize a

10   caravan to -- and helped people that would want to go to the

11   White -- sorry, I can't speak, the White House Ellipse for the

12   rally in support of Trump.  We helped organize a caravan to

13   facilitate people that wanted to come there and show love of

14   country and support for the standing administration.

15   This is a map depicting the four -- excuse me, four parts

16   of the routes designated nationwide where people could meet up

17   and join their, you know, vehicles and convoy to travel from

18   their place of residence to Washington, D.C., together, you

19   know, honking horns, waving flags, et cetera.

20   Q.    So maybe I should have asked first, and let me do that now,

21   so at a certain point, you decided to come to D.C. on January 6?

22   A.    Yes.  The Trump tweet that came out rather infamously that

23   said "come to D.C., it will be wild," I was working close to

24   that area.  I always enjoy being able to do events like those.

25   So yes, I decided I wanted to go, and other folks that I

spoke with online, we had the idea that we would want to be able
to go there and meet in person for the first time.  And we
thought, hey, how great would it be to help as many other people
get there and back home safely as we could.

Q.   So why did you decide to go to D.C. on January 6th?

A.   Because I love my country, I love the history of this city,
and I supported the current administration.

But with that, I also wanted a chance for my voice to be
heard, to give a voice to my representatives that they would
have the resolve to follow through with the constitutional
process regarding the electoral count.

Q.   Did you go to D.C. with the intent to hurt anyone?

A.   No, absolutely not.  Quite the contrary.

Q.   Did you go to D.C. with the intent to destroy any property?

A.   No.

Q.   Did you go to D.C. on January 6 with the intent to
overthrow the United States government?

A.   No.  And on that note, that would be counterproductive.
Trump was currently the administration, and he was still in
power on January 7th, at least for another 14, 13 days until the
20th whenever they would have an inauguration.

My intent to coming there was so -- to give strength to the
representatives that were taking part in that to allow them to
follow through with the proper constitutional process to make
sure that the votes were counted properly.  I wanted the

1   electoral process to continue according to our founding

2   documents and the process that they provided.

3   Q.  Did you go to D.C. on January 6 with the intent to obstruct

4   any official proceedings?

5   A.  No, absolutely not.

6   Q.  We've seen in some of the social media posts -- and I may

7   jump around a little bit, but I know we've seen this.  You use a

8   hashtag "stop the steal."

9       Do you recall seeing that hashtag?

10   A.  Yeah.  That was a common colloquialism then, but it was

11   also the name of one of the rallies that were there.

12   Q.  In your mind, what does "stop the steal" mean?

13   A.  It was a collective ideology that people believed that

14   there was a potential fraud within the election, and the common

15   colloquialism was that the election was being stolen.  So we

16   were going to D.C. to gather together en masse, by numbers, to

17   show our representatives that we the people wanted our voice to

18   be represented and to stop what we perceived as potential fraud

19   within the election and the potential attempt to steal it.

20       There's a ten-day grace period written within our founding

21   documents that allows for investigation.  And also, on that

22   note, if they did decertify the election, then they would go to

23   the next step, which is considered either a congressional or

24   constitutional election process, which I've heard it called

25   both, I don't know the technical term, where the vote would then

1    move over to the states.

2        At that point, I believe we had 30, 31 members in office

3    that were on our political party, and therefore, if it went to

4    that type of election process, then Trump would have been put

5    back into office.

6    Q.    Thank you.

7        So can we scroll down, Ms. Lambert, here further.  Keep

8    going.

9        All right.  So here's a couple of questions.  So you see

10   the phrase "PiAnon" here?

11   A.    Yes.

12   Q.    What is that?  Who does that refer to?

13   A.    That's my Internet moniker.  So pi is -- it's a

14   multifaceted meaning.  P-i means I'm a patriot inside, but I

15   also like numbers.  I'm a nerd inside.  I've actually memorized

16   a very large amount of the digits of "pi" by memory.  I don't

17   know, a party flex.

18       And also my initials.  If you see at the top of the Capitol

19   pictured in the background, right here, "JT," my full name is

20   Kenneth Joseph Owen Thomas, but because of some family history,

21   I don't use Kenneth in my day-to-day life.  I go by Joseph.  And

22   "JT," when you put it together, is the pi symbol in Greek and

23   also used in mathematics.  But it's kind of flipped backwards.

24   If you put the "J" and flip it around, that's the actual pi

25   sign.  So I take the pi symbol and flip it around and make it

1    look like my initials.

2         And I've actually used that moniker to sign my art,

3    different -- whatever I do that I use as like my initials,

4    that's how I do it.  I like to paint.  So I will put a little pi

5    symbol down in the corner of my paintings.  It's just something

6    I've identified with.

7         And then the "anon" is because on certain chat boards or

8    different places on the Internet, people call each other anons.

9    One in particular was like 4chan, 8chan.  Everybody that posts

10    there, there is no name tag whenever somebody posts on the

11    board.  Everybody is called "anonymous."  So terminology called

12    "anon" just kind of grew over the years as a way to speak to

13    somebody that is active online, and I like it.  I thought it

14    sounded cool.

15    Q.  And this picture here that we see here, this is something

16    that you posted on your Facebook page?

17    A.  Yes, I did.  I actually made that as well.

18    Q.  Okay.  And I would like to just ask you a couple of

19    questions about that.

20         So first of all, we see some figures here that essentially

21    have a frog, I guess, as their head.  Is that a frog?

22    A.  Yeah, yeah.  There's -- I don't know how to phrase it.  So

23    there's a couple frog cartoon characters that have kind of

24    spread around the Internet as kind of a sign, a symbol of free

25    speech, a symbol of standing against any sort of oppression

1    or -- people use it for their own means as well.  But it kind of

2    became a mascot for folks that are pretty active online.

3        There's several of them.  The most popular one is known as

4    Pepe, and then there's also Apoo and Bonk.  People online, we

5    don't have very much -- we have too much time on our hands.

6    So --

7    Q.  Understood.  Now, we have a few figures on here.  So

8    there's a figure on a horse here.

9        Is that supposed to be depicting anybody in particular?

10   A.  So that picture is actually derived from a famous painting

11   involving, I believe, George Washington.  And I like the whole

12   colonial idea, patriotism.  That's what it's supposed to

13   symbolize, is the historic roots of our country of free speech,

14   liberty, justice, et cetera.  I very much value American values,

15   patriotic fervor.  I mean, I served my nation.  I tell folks all

16   the time I bleed red, white, and blue.

17       The depiction is -- I just found it artistically appeasing

18   and aesthetically pleasing.  The frogs in the front that are in

19   like modern military gear, that was more of a shout-out to our

20   troops, and the pirate is because I'm Navy and I just thought it

21   looked pretty cool.

22       That was one of my initial avatars online, was the pirate

23   head that the government had shown previously.

24   Q.  Okay.  And it says, "January 6, answer the president's

25   call.  D.C. or bust."

1           Do you see that?

2    A.   Yes.

3    Q.   And what do you mean by that when you created this?

4    A.   This was actually a promotional banner for the Midnight

5    Ride caravan, to try to catch people's attention, see if they'd

6    want to come travel down with us from wherever they were in the

7    United States.

8    Q.   It also then underneath that says "Midnight Ride."

9           Do you see that phrase?

10   A.   Yeah.  That was the term that we named the caravan itself,

11   was the Midnight Ride caravan.

12   Q.   Okay.  And then if we could scroll down a little bit

13   further, I believe, Ms. Lambert.

14          Now, this, where it says "I'm fed up" here, do you see that

15   paragraph?

16   A.   Yes, I see it.

17   Q.   Is that something that you wrote?

18   A.   Yes, I did.

19   Q.   And I'm going to read it for you here.  It says, "I'm fed

20   up.  The last 4" -- it says "yes."

21          Do you think that's a typo?

22   A.   It is.  There's several typos in here.  The "yes" should

23   have been "years."

24          It says, "I'm fed up.  The last four years have been stolen

25   from us and so has this election.  A group of us have formed a

1  caravan of patriots that are going to D.C. on the 6th.  I'm the

2  team lead for the Richmond caravan.  We will show Washington the

3  power of we the people in one unified voice."

4  Q.   Stop there for a second.  So with that sentence, "we will

5  show Washington the power of we the people in one unified

6  voice," exclamation point, what did you mean by that?

7  A.   So, the First Amendment is actually the strongest amendment

8  in our Constitution.  I mean, it's my opinion.  Because the

9  voice of the people have great power.  That's why the

10 representatives represent us, because of what we want.  What we

11 want is represented by our voice collectively.

12 Q.   Okay.  And then it says, "Anyone interested in joining the

13 caravan, there are several stupid across the country."

14 A.   That actually should be "stops."  Auto correct is a thing.

15 Q.   Understood.

16      "Message me for details.  Now is the time.  Patriots,

17 united we are strong.  It's now or never."

18      What did you mean by that?

19 A.   Well, a lot of this is -- again, it was a marketing banner

20 to advertise.  So I wanted people to feel the urgency of like

21 hey, come join us, you know.  The "I'm fed up" is -- back then,

22 a lot of us were -- or I will just speak for myself.  During

23 that time frame, we were seeing a lot of things that people did

24 not agree with, and that was just kind of a way to verbally

25 express that I was frustrated with the things that we were

1    seeing regarding the election.

2        The "united we are strong," I mean, that's -- or "now is

3    the time, patriots," that gives a sense of urgency.  "United we

4    are strong," that's a common term.  United we are strong;

5    divided we die or divided we are weak, however you want to say

6    it.

7        And then "it's now or never," because it was a one-day

8    event.  And if you wanted to get involved in it, you had to

9    hurry up and get involved, because it was -- we didn't have very

10   much time to market.  So again, just pushing urgency.

11   Q.   Then we have #stopthesteal, #wildprotest, #patriotsriseup,

12   #patriotcaravan, #midnightrider.

13       Do you see all of those?

14   A.   Yes.

15   Q.   Now, did you intend any of these to convey any threat of

16   violence?

17   A.   I don't even see how any of those could be considered a

18   threat of violence, so no.

19   Q.   Okay.  And when it says #patriotsriseup, what did you mean

20   by that?

21   A.   So when somebody asks you to stand up, it's basically a way

22   of saying to use your voice.  Right?  So that's pretty much what

23   I meant by that.  It was also a common -- not common.  It was a

24   trending hashtag on the platform I was posting it on.

25   Q.   Now, when you wrote these words, did you think that your

```
1   speech here would ever be used against you in some fashion?

2   A.    No.   This is America.

3   Q.    Okay.   Can we scroll down?   That's pretty much it for that

4   one.   Can we go now, Ms. Lambert, to 402.3717.

5        Do you see this exhibit?

6   A.    Yes, I do.

7   Q.    What is this?

8   A.    This is a screenshotted rendition of the Twelfth Amendment

9   of the Constitution.

10  Q.    And why did you -- is this just the text of the

11  Twelfth Amendment?

12  A.    It has some stylized graphics within the image itself, but

13  yeah, it's pretty much just the text of the Constitution of the

14  United States of America.

15  Q.    And why would you post a screenshot of the text of an

16  amendment to the Constitution?

17  A.    The Twelfth Amendment, to my understanding, explains the

18  proper electoral process.

19  Q.    Can we bring up 402 -- let me back up.   Sorry.   Strike

20  that.   Keep that up.

21        In posting an amendment to the United States Constitution,

22  were you intending to convey any kind of threats of violence to

23  anyone?

24  A.    Absolutely not.   It was more along the lines of trying to

25  just educate people, you know.   People read Facebook posts.
```

1    They get memes.  They see articles.  They get whatever.  You

2    very rarely see people actually post the text of the

3    Constitution, and I hate to say it, but not very many people

4    know the Constitution nowadays.

5        I carry a pocket Constitution with me in my vehicle next to

6    my Bible.  But I'm still not greatly versed in it.  But I love

7    to study it.  And it's just something that I figured people

8    should know, because we were going into what I considered a very

9    important election.

10   Q.   And were you, in posting the text of the Twelfth Amendment

11   to the Constitution, intending to incite other people to

12   violence of any sort?

13   A.   No, not at all.

14   Q.   Did it ever cross your mind that posting the Twelfth

15   Amendment could do so?

16   A.   No.  I mean, the Constitution is posted publicly

17   everywhere.  It's even posted on the front of courthouses and

18   everywhere else.

19   Q.   Okay.  Thank you.

20       Can we bring up 402.9001, if you have that handy,

21   Ms. Lambert.  I think it's 9901.  This is a different exhibit

22   than we just looked at?  Okay.

23       Okay.  So here, we have a post that begins, "Thank you,

24   sir."

25       Do you see that?

1    A.    Yes, I see it.

2    Q.    The one at 1700 hours and 10 minutes and 23 seconds?

3    A.    That's UTC, yes.

4    Q.    It says, "Thank you, sir.  I've been in contact with every

5    country."

6          Is that a typo?

7    A.    It should have been "county."

8    Q.    Okay.  Slash, "municipality sheriffs and Capitol Police.

9    Plus every really" -- is that a typo?

10   A.    Yes, it should have been "every rally point."

11   Q.    "Plus every rally point has militia security.  Alternate

12   routes have been planned in cases of road blocks or raised

13   drawbridges."

14         Do you see that?

15   A.    Yes.

16   Q.    What did you mean by the first three sentences there?

17   A.    So the group of friends and I that were organizing the

18   caravan got news that the mayor was going to be shutting down

19   the city, and we feared that it would have actually stopped

20   people from being able to come to show their support.

21         And so we -- I'm trying to go in order of the text.  So we

22   actually contacted several -- and it's an exaggeration when I

23   say "every," but we contacted several sheriffs and law

24   enforcement as we -- in the routes that we were going to be

25   stopping at across the nation to help ensure people's safety.

1    At that time, we were worried about other organizations

2    that were counter-protestors showing up and causing bodily harm

3    or causing some sort of trouble for us.  We also worried about

4    infiltrators.  And so we tried to vet those that were

5    participating as best as we could using open source methods.

6    And the militia security is because several of the people

7    that were going to be at those stops were members of either

8    active duty National Guard and maybe members of militias.  And

9    so they offered to volunteer to make sure like nobody would get

10   hurt.  They would be there to have like an added layer of

11   security against anybody that wanted to cause issues.

12   And when it came to National Guard, I'm not calling the

13   National Guard a militia.  It was an easy way to type it in a

14   very bite-sized point so somebody could see it.

15   But basically, we requested the security of anybody that

16   wanted to participate in our caravan.  And so we made sure to

17   notify law enforcement and have people that would be there at

18   each stop to make sure that nobody got hurt.  And thankfully, no

19   one did.

20   Q.   And the next sentence says, "The matter is shutting down

21   city."

22   Do you see that?

23   A.   Yeah, that's a typo.

24   Q.   Okay.  And what did you intend to type here?

25   A.   "Mayor."

1  Q.   And why -- do you have any knowledge as to why it would say

2  "matter" instead of "mayor"?

3  A.   Because I have a habit of not looking and reading things

4  before I hit the post button.

5  Q.   So this could be an auto correct issue?

6  A.   That or fat fingers, but yes.

7  Q.   And then it says, "We're bringing food trucks and

8  Port-A-Johns.  Further, we've kept route details secret and will

9  have three ways to communicate with each other (online, cell

10  groups, and CB)."

11       Do you see that?

12  A.   Yes.  And the Port-A-Johns was actually an error in my

13  understanding.  I was told that one of the organizers was

14  raising money to try to establish Port-A-Johns in the area when

15  I posted that.  But in all actuality, that never happened.  And

16  so the Port-A-Johns didn't happen at all.

17       But we did bring food.  There was no food trucks.  I think

18  I maybe should have put a comma there.  But people were

19  carpooling.

20       And also, keeping the route details secret is so that we

21  could prevent anybody from getting hurt by other organizations

22  that maybe wanted to derail our efforts to get there and back.

23       And also, the three ways of communication, that's pretty

24  self-explanatory.  Some people had CB radios in their vehicles

25  that they could communicate with one another in case somebody

1    fell behind on the highway, and that way, they knew where to

2    meet up in the next spot.

3    Q.    Okay.  And quickly, back to social media that you do, I

4    think you've seen in this trial there's a reference to Black

5    Lion Jester.

6          Have you seen that?

7    A.    Yes.

8    Q.    Does that refer to you as well?

9    A.    Yes.

10   Q.    And why do you have that name as well?

11   A.    So when I was in the military, I had to create an e-mail

12   address.  The unit that I -- excuse me.  The squadron that I

13   belonged to is called the World Famous Fighting Black Lions.

14   And I was kind of a goofy kid.  A jester is a court clown.

15         It's kind of funny now that I'm 40 and I still have it.

16   But it has sentimental value.  I still use it.  But that is the

17   explanation of it.

18   Q.    Okay.  And I believe you also posted a letter from various

19   Congress people on your social media.

20         Do you recall that?

21   A.    Yes.

22   Q.    This is Exhibit 402.15013.  Do you recognize this letter

23   that you posted?

24   A.    Yes.

25   Q.    And what is this?

1   A.   This was a letter made by members of Congress expressing

2   suspicion of fraud within the election, at least to my

3   understanding.

4   Q.   And why did you post this?

5   A.   Because I was expressing my beliefs that there is

6   potentially fraud within our election.

7   Q.   Okay.  And we may come back to more social media if we need

8   to, but let's move on here.

9        So now, in connection with this -- it's called a Midnight

10  Ride, is it?

11  A.   Yeah, the Midnight Ride caravan.

12  Q.   Okay.  And when did that begin?

13  A.   I don't remember the exact date.  I know it was probably

14  maybe two, three days after Trump had posted the tweet to come

15  down to the rally in D.C. or the protest, whatever he called it.

16  Q.   So just walk us through the logistics of how that occurred

17  in terms of, you know, where you were, what you did as that was

18  unfolding.

19  A.   As what was unfolding?

20  Q.   The Midnight Ride caravan.

21  A.   Oh, okay.

22  Q.   Let me strike that.  Were you -- where were you when you

23  became a part of this caravan?

24  A.   When I joined it, like physically joined up with the rest

25  of them?

1    Q.    Yes.

2    A.    If my memory serves me correctly, I was either working in

3    Alabama or I was working in Virginia.  I traveled around quite a

4    bit for the job that I had at the time.  And then from where I

5    was -- the area that I was working at, I drove to Richmond,

6    which is where I was meeting up with the caravan, because that

7    was the closest point.  And that's why I was put, quote unquote,

8    in charge of organizing the meeting point in Virginia.

9        And so from there, I rode in with the caravan to D.C.  I

10   always make sure to be there early to help welcome people that

11   were traveling across country, get them whatever they needed,

12   kind of do a meet and greet, shake some hands, smile a little

13   bit, you know.  They just traveled all the way across the

14   country to come here.  That's pretty grueling.  So -- and make

15   sure people got there safely, if they needed food or gas or

16   whatever.

17   Q.    So let's take a look at Exhibit 507.  It's already in

18   evidence, I believe.

19        (Video played.)

20            BY MR. PIERCE:

21   Q.    Let me stop right there.  What is this video depicting

22   here, generally speaking?

23   A.    So this is the meeting point at -- I think it's called

24   Travel America, also known as a TA truck stop.  This is where

25   everybody was meeting at that was driving.

1          This is one of several stops on the four different routes.

2     But this was the one that I was at.  People were driving in,

3     honking horns, waving flags, and getting out of their cars and

4     very quickly running to the bathroom and getting food,

5     et cetera, whatever they needed.

6     Q.    This is where you met up with the caravan?

7     A.    Yes.

8     Q.    So you were here right now as we're watching this?

9     A.    Yeah.  I'm actually the one filming.

10    Q.    Okay.  Thank you.

11          Go ahead and play that, Ms. Lambert.

12          (Video played.)

13             BY MR. PIERCE:

14    Q.    Is that your voice?

15    A.    Yeah.

16    Q.    Okay.  I just wanted to orient ourselves.  Go ahead.

17          (Video played.)

18             BY MR. PIERCE:

19    Q.    Is the next part where he starts to speak?  Yeah.  Are we

20    frozen?

21          I will keep asking you a couple of questions here.  Do you

22    recall that you gave the speech there?

23    A.    Yes, I did.

24    Q.    Okay.  Let's see if we can bring it up.  Okay.  We'll just

25    press on, because we're experiencing a technical issue.

1       And you recall giving a speech?

2   A.   Yeah.

3   Q.   You saw it in the court here during the trial?

4   A.   Absolutely.

5   Q.   What was the sum and substance of what you were saying to

6   the crowd there?

7   A.   Just welcoming everybody.  Many of them, if they knew me at

8   all, would only know me by my Internet moniker, PiAnon.  That's

9   why I greeted them as such.  I just gave a little thanks to

10  everybody that was participating, was thankful that everybody

11  had arrived safely, you know, a little motivating speech to

12  liven them up considering they just drove like -- a lot of them

13  for a majority of the night.

14  Q.   Is there anything in that speech that you're ashamed that

15  you said?

16  A.   No.

17  Q.   Is there anything in that speech that you regret saying?

18  A.   Not one bit.

19  Q.   Okay.  Now, were there -- you indicated you made some

20  planning regarding law enforcement?

21  A.   Say that again.

22  Q.   You indicated, I think, a few questions ago, we were

23  looking at social media posts, you made some planning with

24  respect to law enforcement?

25  A.   Yeah.  Some friends of mine --

Q.   And were there -- consistent with those plans, were there

law enforcement that were here?

A.   Yeah.   There was -- I think, if my memory serves me

correctly, there were two police cruisers, one of which is kind

of sitting off camera.   Whenever they showed me in the caravan

driving out of the TA parking lot, he's in the distance to the

upper left corner of the screen, barely visible.

      I was supposed to wait for him to pull out in front of me,

but the excitement and anticipation, I didn't.   They ended up

catching up and then driving in front of us for a while, and

then they went on their own way.

Q.   Approximately what time was this, if you recall?

A.   I don't remember off the top of my head.   It was really

early.   I actually slept in that TA parking lot for a few hours,

because I had to drive to get there before other people started

showing up.

Q.   So this was the -- was this late at night January 5?

A.   It was like early morning, really early morning.

Q.   Early morning January 6th, then?

A.   6th, yes.

Q.   It's just a couple minutes.   Why don't we go ahead and

play.

      (Video played.)

          BY MR. PIERCE:

Q.   Okay.   Did you know all these people?

A.    No.

Q.    Did you know any of them?

A.    There was one that was participating that I knew online only.  I never actually ever met any of them in person before, but a friend of mine by the name of Matthew Webler participated in that route across the U.S. and met up with us in Richmond, where I met him for the first time in person.

Q.    Were these people a part of a coordinated attack you were planning on the Capitol?

A.    There was no coordinated attack, but no.

Q.    And you mentioned that it was going to be sort of a free-for-all.

      What did you mean when you said that?

A.    Once we arrived or went past 395, because parking is so sparse within the city, I know many had made reservations at different parking areas.  Mine particularly was around the Saudi embassy, which is where I reserved the parking for.  And so I knew once we had gotten past that point, people were going to kind of disperse to wherever they set up their parking ahead of time, or if they didn't, then to try to drive around and find some, which good luck.

      Yeah, that was it.  Once we made it past a certain point, they all just kind of went on their own.

Q.    Okay.  We can take that down, Ms. Lambert.  Thank you.

      So now can you walk us through from when you left this

1    point here until you got to D.C.

2    A.    Sure.  But one thing I would like to point out about

3    that --

4    Q.    Sure.

5    A.    -- is that we had actually -- my friends and I, we had

6    scheduled a picnic at the Infinity statue at 2:30 in the

7    afternoon, which was supposed to be right after Trump's speech.

8         So I think that that directly contradicts anybody's idea

9    that I had any sort of plan to do anything nefarious if I was

10   planning to go to a picnic.

11   Q.    Did you bring any weapons with you to D.C.?

12   A.    No.

13   Q.    So you weren't armed?

14   A.    No.

15   Q.    Okay.  And then just go ahead and walk us through what

16   happens from this point until you get to D.C.

17   A.    Sure.  So I drove to D.C.  Like I said, I had parking

18   scheduled -- or reserved.  Excuse me.  I believe it was like a

19   parking garage that goes underneath the Saudi embassy, where --

20   I was actually driving my work vehicle, because they give me a

21   company vehicle for my job.  So I drove down there.  I parked.

22        Matthew Webler as well as another gentleman who I don't

23   know, nor do I remember his name, parked down in there as well,

24   and we walked together down towards The White House Ellipse.

25        Once we passed --

Q.   Let me stop you there.  I wanted to get to the point where you got to D.C., and let's back up to a statement you just made.

     You mentioned something about the Infinity statue.

A.   Yes.

Q.   Could you just repeat?  What did you say about the Infinity statue?

A.   We had a picnic scheduled to be there at the Infinity statue.  There was going to be podcasters and YouTube personalities, plus some of my friends online.  We were all going to meet there and have kind of like a luncheon and hang out and BS with each other, you know.  It was kind of the whole point in going down there and just showing love of nation and enjoying everybody's presence.

Q.   And where is the Infinity statue?

A.   I have no idea, to be honest.  I don't.  I was attempting to look it up, but there's no -- there's not really good service down there, because I believe the systems are pretty well overloaded, at least that's my opinion.

     But the reason the Infinity statue was picked is because one of the logos of a popular Internet chat board that we speak on or kind of hang out in is like a figure 8, which is the sign infinity.  So that's where they picked, like, oh, we should go to the Infinity statue.

Q.   By the way, before going to D.C., did you actually have a plan to, once you watched any speeches, to go down to the

1    Capitol?

2    A.    Yeah.   After the picnic, we were going to walk down there.

3    We were told that there were other speakers.   I might have been

4    inaccurate in that speech as to who was actually speaking, but

5    it was my understanding that maybe Michael Flynn or Mike Pompeo

6    was going to speak down there, as well as Marjorie Taylor Greene

7    maybe.   I don't want to say that inaccurately.   But I thought

8    there was going to be speakers down there.

9    Q.    And what did you bring to D.C.?   Let me back up.

10        At a certain point, you parked?

11   A.    Yep.

12   Q.    And then you became a pedestrian and started to walk?

13   A.    Yes.

14   Q.    And what did you have with you?   What did you bring?

15   A.    I had a coat.   I had a hat, thankfully pants and socks and

16   shoes.   I also had a bottle of tea, like a sweet tea, and a pack

17   of cigarettes and a lighter because I'm a smoker.   I think I

18   bought a button from a street vendor at one point and put it on,

19   on my clothing.   Just innocuous everyday items.   I didn't have

20   anything -- I didn't have a backpack or anything like that.

21   Q.    You didn't bring any knives of your own?

22   A.    No, absolutely not.

23   Q.    Okay.   So then you get there.   You park.   Then you start

24   walking towards The Ellipse?

25   A.    Yes.

1    Q.    Sort of walk us through what occurs then.

2    A.    I walked down by The Ellipse, which is where -- there was

3    like a security gate section.  I don't know the streets down

4    here.  I'm sorry.  But I know you guys have seen the videos

5    quite a bit.  You probably know where that's at.  But there

6    were -- like a VIP section where they were allowing people in

7    back there.  So I took some photos.

8        I then went around to the front of where the White House

9    Ellipse was, saw that they had some porta-potties and was kind

10   of looking around for some people that I might know, which I

11   didn't know anybody.

12       I actually had got in contact with my wife to let her know

13   that I was there.  We had made arrangements ahead of time,

14   because somebody had donated a bus line for the ability to help

15   get people down to D.C., and I told her ahead of time, I said,

16   hey, if you really want to come down and enjoy the day, you guys

17   should hop on the bus.  Out of the -- what's the word I'm

18   looking for?  Out of the abundance of safety, because I worried

19   about Antifa or other nefarious counter-protestors, I gave them

20   on the roster for the bus like a pseudonym.  Is that the word

21   for a different name?  But they went as Princess Pi and Pretty

22   Pi or Queen Pi or something like that, but they were both

23   pi-related names.  I spoke with the lady running that bus line,

24   and she gave them VIP seating is what she called it, but I'm

25   sure they probably just sat around with everyone else.  I just

1  let her know, hey, I'm here, this is where you can meet me at if

2  they came down.

3      So that's pretty much it.  I just enjoyed the sights.  I

4  mean, it was great.  It was people from every walk of life, and

5  it didn't matter.  We were just all Americans.  Everybody was

6  dressed in patriotic regalia and had -- it was a sea of red,

7  white, and blue, smiling faces and charity.  It was great.

8  Q.    You said it was your wife and your daughter that came to

9  meet you?

10  A.    Yes, my wife and my oldest daughter.

11  Q.    And you said that their pseudonyms were Princess Pi and

12  Queen Pi?

13  A.    Yes, something like that.

14  Q.    Were you and Princess Pi and Queen Pi working and planning

15  together to storm the Capitol building that day?  Was that the

16  plan?

17  A.    No, not at all.

18  Q.    Okay.  All right.  So you go to The Ellipse.  Where do you

19  meet your wife and daughter?

20  A.    I don't recall exactly where I met her at, but it was at

21  the White House Ellipse that we had met.

22  Q.    And so why do you go to The Ellipse?

23  A.    Well, because that's where everybody was at.  That's where

24  the event was.  And then -- we never actually went in through

25  the security gate at The Ellipse.  There was just way too many

1    people.  It was shoulder-to-shoulder packed and whatnot.  I knew

2    we wouldn't be able to get close enough to actually have good

3    seating or a good view.

4        And plus, there were still tons of people outside, and it

5    was all about the camaraderie.  It was all about the atmosphere.

6    They had jumbotrons up so we would be able to hear the speakers,

7    and they had music blaring, and people were singing.  It was

8    just as much fun outside as it was in.  So I didn't see any need

9    to go actually into The Ellipse.  We were just staying outside

10   the perimeter of it.

11   Q.   So then you watched a speech or speeches?

12   A.   Yeah, several.  We stayed there completely through all of

13   President Trump's speech and then hung out after a while,

14   because I was trying to find my friends, because again, I didn't

15   know where the Infinity statue was.  I had trouble being able to

16   communicate.  Our calls kept dropping or text messages weren't

17   really going through.  I kept getting a "did not send," "retry,"

18   and stuff like that.

19       So after a while, my wife said she wanted to go see the

20   Capitol, because we're in D.C.  And I told her that we're

21   supposed to be at this picnic.  And she kind of yelled at me a

22   little bit and said I just want to go see the Capitol, we're

23   going to be leaving soon, and I haven't seen it in many years,

24   or maybe she said she's never seen it before.

25       And so I was like, okay, let's go.  Happy wife, happy life.

1  Q.   True.  So then what happens?  You start walking towards the

2  Capitol?

3  A.   Yeah.  So my time in the military, I understand what tear

4  gas smells like.  That's a part of the training at boot camp.

5  And so as we were approaching the Capitol, we are walking down,

6  I believe, Constitution Avenue, singing, praying, chanting like

7  patriotic songs and just having a good time.

8       And the closer we got, the more condensed the crowd started

9  to become, and then I got a whiff of tear gas.  And immediately,

10  I looked at my wife, and I said there's something not right

11  here, you need to go back, get my daughter out of here.

12       I don't know if she made a text or maybe a quick call or

13  whatever, but she said like okay, we're going to go back to the

14  buses because they're going to be leaving, there's something not

15  right, and then she asked me, you know, please leave right now.

16  And I said no, there's something wrong, I can go and help.

17       So they left.  I made sure she got my daughter to safety.

18  And then I went towards the Capitol.  That's what the military

19  trains you to do, is you go towards the danger and provide any

20  sort of aid that you can.  I'm not a doctor.  I'm not a

21  certified EMT.  But I have several years of medical experience

22  and basic first aid, healthcare providing between the Civil Air

23  Patrol as a kid, the military, and then also, my mother when I

24  was growing up was an RN.

25       So I have a basic understanding of medical and be able to

1  provide help to people, especially in emergency situations.

2  Q.   And was there a certain point at which you came across some

3  knives while you were --

4  A.   Yes.  That was actually while we were still at The Ellipse.

5  The case agent actually made a slight error when she analyzed

6  the photo of the knives.  That's my wife's hand.  My wife is the

7  one who found them and presented them to me and said hey, I

8  found these stashed over by the porta-potties, I think is what

9  she had said.  And I was like, well, that's no good, let me go

10  turn them in.

11     So I turned them over to a Secret Service agent at the

12  security gate of the White House Ellipse, let him know the

13  situation and said I just want to make sure that nobody gets

14  hurt, I figured you guys should take these, and he did.

15  Q.   Ms. Lambert, can we go ahead and play Government's

16  Exhibit 511.

17     Let me ask you, as we get that loaded up, which I'm sure

18  will happen in a second here, at any point when you're in D.C.,

19  did you see any signs that indicated anything was a restricted

20  area or anything like that?

21  A.   No, not really.  The sign that was shown in the

22  government's exhibit, that was actually at the, quote unquote,

23  VIP entrance of the White House Ellipse.  That's why I didn't go

24  in there.

25     And I did not remember -- I do not recall seeing any signs

```
 1   anywhere on the way to the Capitol or at the Capitol itself.  I
 2   saw no barriers, like bike racks and things of that sort.
 3   Q.   Let's take a look at Exhibit 511.
 4        (Video played.)
 5             BY MR. PIERCE:
 6   Q.   Back that up for one second.
 7        We saw that sign, I think.  Is that the sign -- you see
 8   something there that has some red on it, a sign.
 9        Do you see that?
10   A.   Yes.
11   Q.   Is that the sign you're referring to?
12   A.   Yes.
13   Q.   And did you comply with that sign?
14   A.   Of course.
15   Q.   And why did you comply with the sign?
16   A.   Because I don't want to get shot or arrested.
17   Q.   Go ahead and keep playing.
18        (Video played.)
19             BY MR. PIERCE:
20   Q.   Can you stop right there.
21        So is this your video?
22   A.   Yes.  I apologize for the poor editing.
23   Q.   No problem.  And so what are we looking at now?
24   A.   This is the crowd outside the perimeter of the White House
25   Ellipse, the main event there.  There's the line of
```

1    porta-potties, and directly to the right of that is one of the

2    big jumbotrons, and that is -- like from my camera's angle,

3    point of view, the White House -- or excuse me, the Washington

4    Monument is directly behind me.

5    Q.    Okay.  And then there a time at which he starts to walk

6    down in this video?  Go ahead and just jump to that.

7         As you do that, so what is the atmosphere like here in this

8    crowd, from your perspective, from your recollection?

9    A.    Jovial, happy.  People are -- it was like a big family

10   reunion where you didn't know anybody, or at least how family

11   reunions are supposed to go.  Maybe not like mine, because mine

12   is beautifully dysfunctional.  But everybody was just happy and

13   showing love of nation.  It didn't matter.  If somebody said I'm

14   hot or thirsty, a random stranger would pull a bottle of water

15   out of their bag and hand it to the next person.

16        We did notice a few things that were kind of odd, and so we

17   kept an eye out, kept our head on a swivel, as they say, to look

18   out for anybody that was trying to cause some issues, such as

19   the knife that you mentioned earlier.

20        Also earlier, I had actually reported a rogue backpack

21   hanging about 8 feet in a tree.  I mean, you go to an airport,

22   you see a random bag, you go and report it.  See something; say

23   something.  This is a large event.  If that backpack had turned

24   out to be something bad, a lot of people could have got hurt.

25   So I went and reported it.  Somebody had actually come by and

1    took the bag away.  I found out later in hindsight that they had

2    actually opened it to make sure it was not a danger, and

3    thankfully, it was not.

4        But there's also people hanging out in trees that were like

5    dressed in bike helmets and black bloc, like with padding on and

6    things of that sort.  It just seemed odd.

7        So other than those weird little anomalies in the crowd,

8    there were what I would estimate to be a million and a half to

9    maybe close to two million people that have converged in the

10    capital of our nation to show love and support and love of

11    country.

12        No matter what political ideology a person is, we all stand

13    as one under the same banner of freedom.  When you see nothing

14    but red, white, and blue, to me, that's something of beauty.

15    The blue, the Union Jack on our flag stands for unity.  All 50

16    stars, which one represents each state, we are unified as one.

17    It doesn't matter left, right, black, white.  It doesn't matter.

18    We are all Americans.

19    Q.   And so shortly after what we're seeing here -- how long

20    after what we're seeing right now approximately did you start

21    walking to the Capitol with your wife and daughter?

22    A.   I believe this -- I believe this would have been like maybe

23    around lunchtime, so a couple hours later.

24    Q.   I think I confused this exhibit with the one that you're

25    walking in.  We will get to that in a second.  I did want to ask

1    you one question about something in this video that Ms. Lambert

2    is going to find here in a second.

3    A.   I think if my memory serves me correctly, the one that has

4    me walking is Exhibit 504.

5    Q.   I think that's right.

6         (Video played.)

7              BY MR. PIERCE:

8    Q.   Do you recall at some point that you made a statement, "Are

9    you listening, Congress?"

10   A.   Yeah.

11   Q.   And what did you mean by that?

12   A.   I mean, it was the voice of the people en masse walking

13   down the street and showing unity with one another.  We were

14   chanting and singing and showing love of nation.  It's not a

15   threat to say that you're -- for your voice to be heard to

16   Congress, you know.  Did you hear that?  There's a lot of love

17   in the air and a lot of whatever.

18        I know that the government pointed out that there were some

19   other people saying things in the background, but I didn't hear

20   that.

21   Q.   So were you threatening Congress?

22   A.   Not at all.

23   Q.   Were you suggesting violence against Congress?

24   A.   No.

25   Q.   Were you trying to scare Congress?

1    A.    No.

2    Q.    Okay.  Let's go ahead and pull up that 504, the walking

3    video.  I mixed up my numbers here.

4          As she's pulling that up, I want to ask you a few questions

5    here.  So other than the sign that we talked about, do you

6    recall seeing any signs that day on your way to the Capitol or

7    at the Capitol grounds indicating that anything was sort of a

8    restricted area or anything of that sort?

9    A.    No, I do not remember seeing anything.

10   Q.    Was there anything else that you saw that indicated to you

11   that it was a restricted area, such as barriers, those sorts of

12   things?

13   A.    No.  The only barricade, like bike racks, for example, that

14   I saw, were off the side of normal right-of-ways, and the crowd

15   was being directed through the area by them.

16         There's even a point in my video where you can see people

17   kind of standing along the side of those bike racks as an entire

18   crowd moves through.

19   Q.    At any point on January 6 did you believe that you were on

20   restricted grounds?

21   A.    No.  I mean, the Capitol was historically a place to be

22   able to utilize your First Amendment right, and that's what we

23   were there to do.

24         I actually did not know the permitting was only for a

25   specific area.  I was told there were permits for us to be

1    there.  I mean, it's a Trump rally.  You figure if it involved

2    him, then there would be legitimate permits.

3         So we were able to go and utilize our voice.  Historically,

4    in my understanding, the Capitol has been places that people

5    have gone.  I've seen the Brett Kavanaugh hearings.  I saw that

6    AOC supposedly brought a bunch of protestors into Nancy Pelosi's

7    office.  I've seen historical events in history books, of

8    course, because I'm not that old, but of like the civil rights

9    movement.  It's a place where we the people can use our voice.

10        That's why it's called the people's house.  It's where our

11   representatives are supposed to hear us out to govern, you know,

12   fairly and move our nation towards what we want and to try to

13   improve it.

14        Like I said before, we have a tattered past, but we've

15   grown from our mistakes and become the greatest nation in the

16   world.

17   Q.  And just to clean up a couple of questions here, and then

18   we will get to this next video, at any point when you were down

19   at the Capitol there on January 6, did you hear any orders over

20   loudspeakers to disperse or anything like that?

21   A.  No, quite the contrary.  I saw people in the crowd that

22   were like directing people to move forward and stuff like that,

23   standing up on areas with bullhorns.  There was just so many

24   people.  It seemed odd to me, but in hindsight now, I'm like

25   okay, that probably should have seemed more weird than it was.

1    But at the time, I didn't think much of it.  Maybe people were

2    just trying to help direct the crowd through because there were

3    so many people there.

4    Q.   And at some point, did you see some kind of alert come up

5    on your phone?

6    A.   I didn't see it.  I heard it.  I heard the noise, but I was

7    videotaping.  And so when I'm videotaping, my phone doesn't

8    bring up that notification.  I stopped the video shortly

9    afterwards to try to look, but I never actually saw what it was.

10         And the event was so historic and just overwhelming, I'll

11   be honest, I didn't care what it was.  I didn't go back and like

12   search for it.

13   Q.   Did you become aware at any point that there were any

14   permits for demonstrations at the Capitol in D.C. that day?

15   A.   I heard there were permits, but I don't have any specific

16   knowledge of what they were or where they were designated for,

17   like I just said.  I thought, okay, we have permits.  We can

18   come and protest.

19   Q.   Okay.  Let's go ahead and play 504 here.

20        (Video played.)

21           BY MR. PIERCE:

22   Q.   You just said, "You took an oath, Campanale."  Did you hear

23   that?

24   A.   Yes.

25   Q.   Why did you say that?  Strike that.  Let me ask the

1    foundational question here.

2        You referred to the person by name here.

3    A.    Yes.

4    Q.    How did you know this person's name?

5    A.    Before this, I was standing under the scaffolding area

6    inside the tarp.  And as you all have seen, I had an interaction

7    with him, and I read his name tag.

8        In my original videos that I had posted, I actually blocked

9    out all the names that I had said whenever I saw their name tags

10   because I didn't want anybody to target the Capitol Police.  And

11   so I would mute out that section.

12       But as time progressed, I'll be honest with you, after the

13   FBI took my phones and I had to re-edit everything, I just kept

14   them in, because it was well past that point.

15   Q.    Okay.  So then back to my prior question, why did you say,

16   "You took an oath, Campanale"?

17   A.    So I saw what I had perceived as unjust use of force,

18   throwing chemical spray or canisters inside of a confined space

19   where there were people and women and children, especially

20   because nobody was really being violent.  They were standing

21   there and talking and praying and, you know, utilizing their

22   voice.

23       But also in the same aspect, I thought we were allowed to

24   come here and protest, and the Capitol Police were stopping that

25   First Amendment right.  And so I viewed that as a violation of

1    their constitutional duty to uphold or support and defend the
2    Constitution of the United States, which is the oath that I was
3    referring to.
4    Q.   Okay.  Go ahead and keep playing that, Ms. Lambert.
5         (Video played.)
6              BY MR. PIERCE:
7    Q.   Okay.  So -- pause right there for a second.
8         Now, we've seen and heard, you know, various things from
9    you in the course of this trial in these videos.  One of the
10   phrases that we've heard a lot is "we want freedom, we want
11   peace."
12        Do you recall saying that?
13   A.   Yes.  It actually annoys me when I listen to these videos
14   how much I said it.
15   Q.   So you say that repeatedly.  Why do you keep saying that
16   repeatedly?
17   A.   Because I saw that parts of the crowd -- I keep trying to
18   scoot this chair back.  I'm sorry.
19        I saw that parts of the crowd were kind of becoming
20   escalated and heated and as were the police.  And so I wanted to
21   try to help de-escalate.
22        Just for clarification, I did not go to the Capitol for
23   Trump.  I went to the speech to listen to him.  I showed my
24   support, and I showed my love of nation.  But I went to the
25   Capitol because I also swore that oath when I joined the

1    military to support and defend the Constitution.

2        So when I realized that something wasn't right at the

3    Capitol, I went towards it to go give aid and help to people,

4    but also to utilize my First Amendment right to peaceably

5    assemble and to use my freedom of speech, because in my mind

6    that would give strength to our representatives in Congress to

7    follow through with the proper Electoral College process.

8    Q.   Okay.  And you just mentioned children, I believe.

9    A.   Yes.

10   Q.   And are you talking about young adults/teenagers, or are

11   you talking about young kids?

12   A.   I perceived what I thought to be a small child with an

13   older lady actually in the scaffolding as I -- once I got in

14   there.

15   Q.   Okay.  If you could play that for another 15 seconds.

16        (Video played.)

17            BY MR. PIERCE:

18   Q.   What did we see there in that interaction, Mr. Thomas?

19   A.   Yeah.  So once I had exited the scaffolding, which I came

20   out from the -- I don't know which side.  From the north side,

21   there was like an opening in the tarp, not the side facing the

22   police line but lateral to that.

23       So I kind of stepped out of there, and then I started

24   speaking -- because it was getting very congested in there.  But

25   anyway, I exited the scaffolding area, and then I kind of

1    stepped forward to speak more directly to the police line.

2        And one of the officers, which I believe his name tag has a

3    last name of Daniel or Daniels, approached and said, you know,

4    get on the other side.  I looked down and saw where I was

5    standing.  There was like a sandbag in place there.  And so I

6    stepped back behind the sandbag.

7        He said something which I had trouble hearing.  Even in the

8    video now, I have trouble hearing what they were saying because

9    of the obstruction of the mask.  But he said something about

10   respectfully.  And then I was like absolutely, because that's

11   where -- I mean, he told me hey, you can stand here, and so

12   that's what I did.  I wanted to have the ability to still

13   maintain a discourse with them but obey whatever orders and laws

14   they gave except leave, because we had in my mind a right to be

15   there.

16   Q.   And there's another couple of phrases that you use, I

17   think, multiple times.  I just want to touch on those now.

18       I think there's a few times when you use the phrase "our

19   house."

20   A.   Yeah.

21   Q.   And what do you mean by that?

22   A.   It's the people's house.  It's a common colloquialism for

23   the Capitol.  It's where we the people have our representatives

24   to represent us.  That's our house, you know.  You ain't going

25   to destroy stuff in your house.

1  Q.   And there are a few times, I believe, when you say, quote,

2  "police, stand down."

3       Do you recall that?

4  A.   Yep.

5  Q.   And what did you mean by that?  Why did you say that?

6  A.   Well, depending on the situation in the video, as I was

7  approaching the Capitol up on what I think they called the

8  inaugural stage, there was lines of police up there that weren't

9  allowing us to protest.  And so I was asking them to stand down,

10 because it was our constitutional right to do so.  That was what

11 I saw as a violation of my rights, and so that's what I started

12 chanting.

13      That changed later on when I saw some of what I would

14 consider unlawful use of force.  And so I was asking the police

15 to stand down, to stop hurting people.

16      But also, there's one point which I don't know if you're

17 going to show or not, but I even told the Capitol Police or

18 maybe Metro Police, I don't know the difference in who they are,

19 you know, stand down, if you join us with the people, there's

20 nothing they can do to you.  Like, I felt as though those that

21 were potentially tampering with the election were also the ones

22 that told the Capitol Police and said don't let them come.

23      So it was kind of a way to try and unify sides, to show

24 we're speaking up for your rights, too.  We're here trying to

25 ensure that our country can follow through with the same

1    processes that we've had since its inception.  We're all on the

2    same team.  We're all Americans.

3    Q.   And we might come back to this phrase when we're looking at

4    some of the specific videos, but you also recall using the

5    phrase numerous times "hold the line"?

6    A.   Yes.  And that's also situational.  There's a few times I

7    was either speaking to the protestors, there was times that I

8    was speaking to the Capitol Police, because it's my

9    understanding that that is actually a command that they give

10   through the radios to each other as they're advancing to stop

11   advancing, so that they stop uniformly.

12        There was times that I was actually speaking to both sides

13   at once.  In the Facebook meme that you guys saw before, that

14   was kind of a call to stand in your own political resolve, don't

15   listen to the false narratives being pushed by some mainstream

16   media outlets that it was the absolute safest election in the

17   world, because we saw physical, tangible, verifiable anomalies

18   towards the actual potential of fraud within the election.

19        And you can say it's debunked, but when you have video or

20   other sorts of evidence, that's not debunked.  They just say it

21   is.  That's not a fact.  There's still evidence out there.

22   Q.   By the way, did you ever enter the Capitol building that

23   day, Mr. Thomas?

24   A.   No, not at all.

25   Q.   And why not?

A.   Well, I mean, as you can see in the video, there's no --
there was no way for me to get into the Capitol.  But also, I
had no intention of entering the Capitol as its portrayed in the
media.  I thought it was lawful and legal to like walk into the
main area and just people would chant and sing and do the same
peaceful things they were doing at the White House Ellipse.

     I mean, I might be wrong, but it's not illegal to be an
idiot.  So that was my intention.  That's why I asked him let us
in our house.  And I thought I was being funny when I said, "I
just want to knock on the door."  It came back to bite me.

Q.   There's been some reference in this case and some of the
testimony or documents about storming.

     Do you recall that?

A.   Yeah.  So that is the one thing I regret saying in my
videos.  All right?  I wasn't perfect that day.  I'm not a law
professor.  I'm not, you know -- the "list of patriots storming
the Capitol," my interpretation of that was I was completely in
awe and amazed by how many people were heading towards the
Capitol.  I never thought of storming as a violent act.  I
thought like swarming, you know, like bees.

     The amount of people was -- I can't even put it into words.
I'm sure you saw in the video, standing from the inaugural stage
looking back towards the National Mall, it was just a sea of
people.  I had never seen anything like that in my entire life.
The list, that still doesn't make any sense to me.  It's just I

1    saw a lot of people.  It's just bad phrasing, I guess.

2    Q.  By the way, did you consider the Capitol Police officers or

3    any of the other law enforcement officers who came that day, did

4    you perceive them or consider them to be your enemy?

5    A.  No, no, not at all.  They're Americans.  They were making

6    mistakes.  So were many protestors.  And that's why I did many

7    of the actions that have been overanalyzed in this trial.

8    Q.  Okay.  Now, did there come a time whenever you found

9    yourself, and I think you've seen the videos, underneath a tarp

10   interacting with the police here?

11   A.  Yeah.

12   Q.  Let me back up.  Staying with this video --

13          THE COURT:  Mr. Pierce, about how much longer do you

14   have?

15          MR. PIERCE:  Oh, I would say maybe an hour to an hour

16   and 15 minutes, but it could be -- probably about that.

17          THE COURT:  An hour and 15 minutes?

18          MR. PIERCE:  About an hour, hour and 15 minutes, I

19   would say, Your Honor.

20          THE COURT:  Let's take a brief break, and then we will

21   come back in 10 minutes.

22       If you could come back at 4:35, ladies and gentlemen.

23       (Jury exited courtroom.)

24          THE COURT:  All right.  See you back in ten minutes.

25       (Recess taken from 4:24 p.m. to 4:34 p.m.)

1        (Jury not present.)

2            MR. PIERCE:  Just so I don't get in trouble, it may be

3    longer than that.  We obviously want to take him through --

4            THE COURT:  I don't know how it can be.  You're going

5    to go through the videos, and then it seems like you've hit

6    everything.

7            MR. PIERCE:  I'm just saying, there's videos.  I just

8    don't --

9            THE COURT:  I'm sure you want it to carry over to

10    Monday, Mr. Pierce.  I get that.  That's not lost on me.  The

11    painstaking direct.

12            MR. PIERCE:  I'm nowhere near as nefarious as

13    everybody thinks.

14            THE COURT:  But in all seriousness, the two witnesses

15    for the defense on Monday, Evans and the other individual, I

16    keep forgetting his name, should not be long witnesses; correct?

17            MR. ROOTS:  Dave Sumrall.  I can't imagine them being

18    very long.

19            THE COURT:  We've talked about confining them to some

20    pretty specific testimony.  So I would hope that those are

21    fairly brief witnesses.

22        And then depending on whether the government's going to

23    call a rebuttal agent or other witnesses, you know, just be

24    ready to close on Monday.  We may not get there, but I'll

25    certainly try.

1    And I think it makes sense to have -- would you all prefer

2    to come in at 8:30 for the charging conference on Monday, or

3    would you prefer to do it over the lunch hour and have a really

4    short lunch?

5        MR. ROOTS:  8:30 is tough on a Monday morning,

6    although I know frequently that -- there are frequently trials

7    that are beginning.  So there's jurors lined up on Monday

8    mornings outside.

9        THE COURT:  We'll worry about them, but you'll have

10    the weekend to rest.

11        You'd rather do it at lunch?

12        MR. ROOTS:  I think we would.  I don't know about the

13    prosecution.

14        MS. MILLER:  We have no preference, Your Honor, but

15    that does raise a question.  Do you normally instruct before

16    closings or after?

17        THE COURT:  Yes, before.

18        Okay.  All right.  So I will bring the jury back in for

19    9:00 a.m. on Monday, and then we'll at the lunch hour -- give

20    them an hour and a half on Monday, and we will take care of the

21    jury instructions then.  All right.

22        And Mr. Evans will be ready to go, having talked to another

23    attorney and all that?

24        MR. ROOTS:  Yes, we will make sure that happens.  I

25    believe his attorney right now is Steven Metcalf, who I work

 1    with a lot.

 2            THE COURT:  Okay.

 3        (Jury entered courtroom.)

 4            THE COURT:  All right.  Mr. Pierce?

 5            MR. PIERCE:  Yes, Your Honor.  Thank you very much.

 6            BY MR. PIERCE:

 7    Q.   If we could go back to that same exhibit we had up,

 8    Ms. Lambert, 504, and play it from 30 minutes and 10 seconds to

 9    31:06.

10        (Video played.)

11            BY MR. PIERCE:

12    Q.   What do we see right there, Mr. Thomas?  Could you walk

13    through that interaction?

14    A.   Yes.  That was shortly after the officer had told me to

15    stand behind the sandbag, and I shared a little more discourse

16    with the officers there.  And I started hearing like a banging

17    noise, and so I turned around, and I saw people distributing

18    pipes out of like this big metal bin.  I can only assume that

19    those were pieces used to construct the scaffolding.

20        And so I ran down saying "no, no, no, put that shit back,

21    put that shit back" and then started chanting "no violence"

22    again to try to help de-escalate.  I saw that they were

23    basically pulling out some very dangerous weapons.

24        And I then got into a bit of a verbal altercation with two

25    gentlemen, one of which, as you may have heard, was telling the

crowd, "This is only for your defense," meaning against the

Capitol Police.  And then the other gentleman, who was dressed

rather similar to the first one, started to argue with me

saying, "What do you mean, no violence?"  He said, "How do you

expect to get your country back?"  And then I responded, "By the

constitutional process, buddy, like we always do."

      And then he tried to rebut my point, but it was -- I just

was preaching no violence.  That's what you heard there.

Q.    Okay.  Thank you.

      Now if you could bring up Exhibit 309, Ms. Lambert.

      (Video played.)

            BY MR. PIERCE:

Q.    Okay.  Stop it right there.

      We see you say what you talked about

earlier, "Officer Campanale, you took an oath."

      Do you see that?

A.    Yes.

Q.    How did you come to be at this place right here?

A.    So as I kind of made my way through the crowd -- earlier,

when I had smelled the tear gas, my inference or whatever, my

instinct told me that that's coming from law enforcement.

Laypeople don't have canisters of tear gas laying around their

house, at least they shouldn't commonly.

      So I started going towards where the police lines were.

And the crowd kind of corralled up into the scaffolding there.

1    And I didn't know there was a tarp or a barrier.  As I walked in
2    underneath, as you can see in the picture, sort of center left,
3    there's kind of a gap, an opening where people were coming
4    through.  There was already a lot of people inside there.  And
5    So I followed the crowd.
6        As I got in there, I saw an opening.  I went towards it.
7    It's just kind of instinctual.  You're not going to go in there
8    and just stare at a blank plastic wall.  You're going to see
9    what's on the other side.  And so I did.  I walked forward.  And
10   that's how I ended up right there.
11   Q.   So this opening in the tarp was already there when you came
12   underneath here?
13   A.   Yeah.
14   Q.   Okay.  Now, do you -- who are these three individuals
15   standing next to you?
16   A.   I don't know.
17   Q.   All right.  Go ahead and keep playing that.
18       (Video played.)
19            BY MR. PIERCE:
20   Q.   In a lot of these videos, we see that you're holding your
21   phone and filming.
22   A.   Yes.
23   Q.   Why is that?
24   A.   Well, a couple reasons.  One, I recognize the historic
25   value of this event.  I didn't realize the significance until

1    after the fact, of course, because I didn't expect things to
2    play out the way they did, but just the simple fact that there
3    was so many people that came to our country's Capitol.  That's
4    always historic.  We still hear stories about the Million Man
5    March, et cetera.

6        So I wanted to record it for my own posterity because it's
7    a pretty cool event, but also, I had a presence online.  I did
8    YouTube and -- I mean, everybody wants to get some likes and
9    clicks and to be hey, check out what I saw and post it on social
10   media.  It's how other people can see what I've done.

11       I'm not really a -- like I don't care about how many views
12   and followers and all that I get.  Never really have been.  But
13   it's still -- I mean, I enjoy being online and conversing and
14   showing my life to other people.  The YouTube channel that I
15   posted it on I describe literally as just an anthropological
16   picture of my life.  You have videos of me teaching my kid to
17   ride a bike and whatever else.  It's just a snapshot of my life.
18   And this was a part of my life.

19       But also in that same sense, I had been verbally combating
20   what I consider false narratives online that were being pushed
21   by some mainstream media outlets and other people, what I would
22   actually term "propaganda."

23       And so to help combat any sort of propaganda after the
24   fact, I wanted to record it for myself to show people, you know,
25   that if there's a false narrative out there, that actually,

1    you're being lied to, here you go, here's video proof.

2        I hate to say it, but now January 6 all over the media, you

3    only see the same 12, 10 videos on repeat 24/7.  They don't tell

4    what actually happened there.  You don't actually see the

5    peaceful crowd at the White House Ellipse and the millions of

6    people that were there.  You just see some idiot breaking a

7    window and things of that sort.

8        So to give a more realistic picture of what was truly going

9    on, I wanted to capture that.

10   Q.   And by the way, were you live streaming at all, or were you

11   just recording?

12   A.   No, just recording.  There was not enough Internet

13   capability there to live stream.  Plus, I didn't have enough

14   followers on YouTube to actually attempt to live stream.  So

15   yeah, just static recording.

16   Q.   Okay.  Go ahead and keep playing that, Ms. Lambert.

17       (Video played.)

18       BY MR. PIERCE:

19   Q.   Now, when you say "we took the same oath," what did you

20   mean by that?

21   A.   It's my understanding that Capitol Police, police officers,

22   federal employees, politicians, veterans, they all swear an oath

23   to support and defend the Constitution of the United States

24   against all enemies foreign and domestic.

25   Q.   So you were suggesting that he took a similar oath that you

1    did in the military?

2    A.    Yes.

3    Q.    All right.  Go ahead and keep playing that.

4         (Video played.)

5              BY MR. PIERCE:

6    Q.    All right.  What did we just see right there, Mr. Thomas?

7    A.    So there is a gentleman that was standing behind me, and he

8    handed me a knife and said what you guys had saw on the screen.

9    Yes, he handed me a knife, and I took it, and I said yes, I will

10   go ahead and cut a zip tie that was on the tarp.

11        I mean, I'm not proud of that.  I kind of fell into the

12   herd mentality of what was going on.  And when he handed me the

13   knife, I did.  I took it.  I opened it.  I leaned down to

14   attempt to cut a zip tie.

15        And then as you're going to see in a second,

16   Officer Campanale ran up.  I believe he might have tapped me on

17   my shoulder.  He got my attention somehow and then shook his

18   finger at me.

19        One difference from my experience than what you all are

20   seeing in this video is I could not hear what he was saying to

21   me through his gas mask very clearly.  But I knew like he was

22   telling me hey, don't do that.  And so I -- for lack of a better

23   term, my brain kind of snapped back to, like what the hell are

24   you doing.  So I stopped.  I put it away.  And I handed it back

25   to the guy standing behind me, because that's not what I was

1    there for.

2    Q.   And who handed you that knife?

3    A.   I don't know.  Another protestor.  From my analysis of the

4    video, it's -- in maybe a second or two, you will see a guy with

5    some like ski goggles on that are reflective and iridescent, and

6    then there's another balding like middle-aged man standing right

7    beside him, to his left.

8        I believe it came from him.  I didn't really turn around

9    and look at their face.  I'm just understanding my own

10   positioning, when it was handed off to me and then when I handed

11   it back.

12       I kind of feel like it was a setup, to be honest, now in

13   hindsight.  But I did.  I took the knife.  I fell into that

14   mentality and made some bad judgment.  But thankfully,

15   Officer Campanale stopped me, and I came back to my senses and

16   gave it back to him.

17   Q.   Let's go ahead and watch the rest of it.

18       (Video played.)

19           THE WITNESS:  And it's like an ivory-colored handle

20   pocket knife.

21       (Video played.)

22           BY MR. PIERCE:

23   Q.   Okay.  And again there, you say, "This is our house," and

24   you wanted to go knock on the door.

25       What did you mean by that?

1    A.   Well, like I explained earlier, I was under the

2    understanding it was okay to protest there, it's the people's

3    house.  I want to go knock on the door.  That was my attempt at

4    being funny.  I didn't realize it would lead to all of this.

5    Q.   So ultimately, you did comply with Officer Campanale's

6    orders?

7    A.   Yes.

8    Q.   Do you know one way or another if the individual that

9    handed you the knife was ever identified?

10   A.   I do not, and I've actually been following a lot of the

11   arrests pretty closely since my arrest.  Looking at my video and

12   then seeing the pictures that the FBI, for example, posts on

13   their Facebook page or other forms of media, I haven't seen

14   anything.  But that's not conclusive.  He very well may have

15   been.

16   Q.   You also said, "We're not backing down."

17        Do you recall that?

18   A.   Yes.

19   Q.   And what did you mean by that?

20   A.   That we are allowed to be there to protest, and they were

21   stopping us from exercising our First Amendment right and that I

22   wasn't going to back down.

23        There's -- at that point, it was peaceful other than the

24   officers throwing chemical agents into unarmed Americans.

25   Q.   Now, did you ever actually cut anything with a knife?

1    A.    No.

2    Q.    You didn't cut the zip tie?

3    A.    I did not.

4    Q.    You didn't cut the tarp?

5    A.    Nope.

6    Q.    Okay.  And you mentioned -- chemical irritants, I think, is

7    the phrase you just used, and I think you mentioned you could

8    smell it earlier on as you were heading down.

9    A.    Yes.

10    Q.    Did you -- did those irritants actually affect you in any

11    substantial way during the course of the day at any point?

12    A.    Yes, yeah.  At points, I had trouble breathing.  My face

13    would burn.  My skin would burn, which is all to be expected.

14    But it kind of added to the atmosphere of the chaos and the

15    confusion.  I don't know the science behind the chemicals, but I

16    mean, I'm sure it had some sort of effect.  But it added to that

17    heightened emotion.

18        I believed I was exercising my First Amendment right, and

19    they were hurting me, and I was watching them hurt other people.

20    I do also understand that tear gas is actually outlawed by the

21    Geneva Convention.  It's not allowed to be used in war.

22            MR. MCCAULEY:  Your Honor, objection.

23            THE COURT:  I will move to strike the last sentence.

24            MR. PIERCE:  Let's go ahead and move on to

25    Exhibit 306, please.

1          BY MR. PIERCE:

2     Q.   We've seen this video a lot, Mr. Thomas.  What is this area

3     here?

4     A.   That is the north side of the Upper West Terrace.

5     Q.   At a certain point, you came to be in this vicinity?

6     A.   Yes, yeah.  I was kind of meandering and wandering around

7     while I was up there towards the scaffolding, which eventually

8     you guys all had seen, and then I made my way over to here,

9     because it was just really crowded.  I wanted to see more.  I

10    just wanted to experience what was going on.  So that's why I

11    came over this way.

12    Q.   Was there any other reason -- were you moving in any

13    direction or any areas for any specific reason other than just

14    meandering around?

15    A.   Well, yes.  There was points where the police lines were

16    advancing.  But at that point, they were somewhat stagnant in

17    that lower side of the Upper West Terrace by the scaffolding.

18    They stayed parallel at the top of the steps.

19         Actually, I didn't notice that there was another line that

20    made that L shape there at the top of the planter, the higher

21    level of that terrace, until I got over there, and then I saw

22    that police line was there, because at a lower vantage point,

23    you can't see that laterally from my point of view.

24         So when I got over there, I filmed, of course.

25    Q.   At any point, were you maneuvering tactically to try to

1    breach the Capitol or follow any breach points or anything like

2    that?

3    A.    No, no.  There's -- no, not at all.

4    Q.    All right.  Go ahead and play that.

5          (Video played.)

6          BY MR. PIERCE:

7    Q.    So you see yourself there in that video, Mr. Thomas?

8    A.    Yeah.  I'm climbing up the side of that planter, divider,

9    Upper Terrace, whatever it's called.

10    Q.    And if you recall, why did you do that?

11    A.    I wanted to get some good film or, you know, videotape.

12    They don't actually use film anymore.  I'm aging myself.  But to

13    be able to get a better point of view for some better video

14    footage and also to -- the crowd was pretty packed.  So I wanted

15    to get kind of away from all of that and move up in to where

16    there was actually a bit of a clearing.

17    Q.    Okay.  Go ahead and keep playing that, Ms. Lambert.

18          (Video played.)

19          BY MR. PIERCE:

20    Q.    So I think we talked generally about this, but in the

21    course of this video right here, did you hear any announcements

22    about dispersing or anything like that?

23    A.    No, I heard no like PA system or any major announcements at

24    all.

25    Q.    Okay.  All right.  Do you want to bring up 183, believe.

1          (Video played.)

2               BY MR. PIERCE:

3     Q.   Go ahead and keep playing that.

4          (Video played.)

5               BY MR. PIERCE:

6     Q.   Go ahead and stop it.

7          Did you see -- what's going on in that scene, Mr. Thomas?

8     A.   All right.  So just a couple seconds after I got to the top

9     of the planter, I stepped forward and kind of uprighted myself,

10    regained my position of standing after climbing up that, and

11    there was a gentleman in the blue shirt with like a flannel

12    underneath, long-sleeved.  People were kind of pushing back and

13    forth with the police.  So the guy in the blue kind of ran

14    towards the police officers and pushed himself against their

15    shield and knocked a couple of them over when he bounced back.

16    As you see, I kind of caught him as he ran into me.

17         And then in that process, I had actually gotten hit with a

18    night stick in kind of the side of my head.  And so I turned

19    around and started yelling at the police like why are you

20    swinging on me, you know, I didn't do anything.  I don't

21    remember what I said verbatim, but that was the gist of it, like

22    why are you hitting me, I didn't do anything.  I was just

23    basically walking by.

24              THE COURT:  Mr. Pierce, sorry to interrupt.  For the

25    record, what time stamp are you looking at?

1          MR. PIERCE:  We're at 12 seconds in terms of the

2     exhibit clip.  It's 16:22:24 in terms of the body cam footage.

3          THE COURT:  Mr. McCauley, do you have a concern?

4          MR. MCCAULEY:  Just for the record, this is Defense

5     Exhibit 183-1.

6          THE COURT:  All right.  Correct, Mr. Pierce?

7          MR. PIERCE:  Yes, I believe that's correct.  Thank you

8     very much.

9          BY MR. PIERCE:

10    Q.   Mr. Thomas, are you the one that knocked Corporal Ainsworth

11    down?

12    A.   No.

13    Q.   Can you explain your recollection of what happened in that

14    instant?

15    A.   Officer Ainsworth, from what I understand from his

16    testimony, was the officer that fell on the ground in this

17    incident.  But like I had explained, when I got to the top of

18    the planter, there was people kind of pushing up against the

19    police line, and a gentleman in a blue shirt pushed himself

20    against the police pretty hard, which knocked some of them over.

21         Like I said, the gentleman in the blue shirt kind of

22    bounced back and ran into me, to which I kind of caught him,

23    stopped him from running into me basically.

24         And that was it.  The officers kind of helped each other

25    up.

1    If you're going to continue the video, I started noticing

2    that there was a lot of violence on both sides, people hitting,

3    pushing.  People were using flag poles against the police.  They

4    were -- they were both trying to hurt each other.  And so I did

5    what I could to step in, but I don't want to get ahead of the

6    video.

7    Q.   Actually, if you can go back, Ms. Lambert, and play it

8    from, I guess, like 16:22:05.  Just go back to where he's --

9    first of all, just go back to where he's climbing up.  I think

10   it's 09.

11       Okay.  Strike that.  I'm sorry.  Keep playing from the

12   point you're at.

13       (Video played.)

14          BY MR. PIERCE:

15   Q.   Okay.  What do we see in the rest of that video clip,

16   Mr. Thomas?

17   A.   So I noticed that it was a pretty heavy scrum.  I really

18   wanted to help de-escalate things.  Right?  You don't want to

19   see this type of violence between Americans on your own soil.

20   So I -- that would have taken some serious de-escalation.

21       So I basically was pushing myself over to where I saw a

22   couple gentlemen laying on the ground, one maybe, I'll just say,

23   a shorter distance in front of me, and cops were hitting --

24   police officers were hitting him with night sticks, riot

25   shields.  I even saw one of them kick one of the guys on the

1     ground.

2          As far as I understood, everybody there was unarmed.  So I

3     ran over to try to like hey, stop.  I think this is where I

4     start screaming, "Let him up.  Let him up.  Let him up."  And I

5     just kind of put my body between the gentleman on the ground

6     that was getting hit and between the officer and kind of speak

7     some reason into them.

8          And so that's what I had done.

9     Q.   Now, we might watch one or two other angles of this, but

10    why did you take those actions that you just described?

11    A.   I mean, nobody wants to see somebody get hurt, especially

12    that elderly man laying on the ground and getting hit in the

13    head with night sticks and kicked and hit with riot shields.

14         As far as I understood like a peaceful protest, this

15    shouldn't happen.  This is the closest thing to what I would

16    consider just abject tyranny that happened to the, quote

17    unquote, police state, as Orson Welles put it, the military boot

18    on your neck.

19         So I wanted to intervene to keep people safe.  I didn't do

20    anything to hurt the officer, but I also tried to prevent

21    another citizen from being hurt.  It just seems like the human

22    thing to do.

23    Q.   Okay.  And I want to go back and touch on one more point

24    here about -- is this 183-1 still?  Okay.  So take it back to

25    where he's climbing up on the wall, please.  I think that's at

```
 1   16:22:09.

 2        (Video played.)

 3            BY MR. PIERCE:

 4   Q.   So you see that -- back up a little bit so the time stamp

 5   is clear.

 6        So you see it's 16:22:09, 10 whenever you're climbing up on

 7   the wall?

 8   A.   Yes, I see that from the time stamp of the body cam.

 9   Q.   And go back to 183-1.

10        (Video played.)

11            BY MR. PIERCE:

12   Q.   Okay.  Stop right there.

13        And is that approximately your sense of when an officer

14   goes down on the ground?

15   A.   Yes.  From the videos that I've seen throughout this trial

16   and the time stamp on there, 16:22:17 is roughly about the time

17   that the officer got the impact and began to fall.

18   Q.   So that's about seven or eight seconds?

19   A.   Yes.

20   Q.   Would you have had time to conduct that assault during

21   those -- during that time frame interval?

22   A.   No.  I'm out of shape.

23   Q.   Could we go to 711 now, please.

24        (Video played.)

25            BY MR. PIERCE:
```

1    Q.    We saw you briefly come up there close.

2          Did you see that?

3    A.    Yes.

4    Q.    What was going on there?

5    A.    That's when I made it to the top of the steps.  And like I

6    said, as soon as I pretty much stood up, I got hit, and I threw

7    my hands up in defense.

8    Q.    Okay.  Go ahead and keep playing that.

9          (Video played.)

10          BY MR. PIERCE:

11    Q.    Okay.  Can you walk us through your actions right there,

12    Mr. Thomas?

13    A.    Yeah.  So that -- I saw the older man and the police

14    officer.  I actually didn't at the time see the police officer

15    on the ground.  I just saw the older man.  But after watching

16    the videos, you guys have seen that he fell as well.  But I

17    looked over and I saw, like I said, the older guy getting

18    beaten.  And so I went and I put myself between them.

19          And as I kind of tried to create a gap, everybody was

20    clashing, and I just figured if I could just kind of push myself

21    in between, you know.  I said, "Let him up, let him up, let him

22    up," and I kept saying that.  And as I kind of created a gap

23    between everybody -- if you look closely, you will actually see

24    me pushing my hands against protestors trying to push them back

25    as well -- is when I saw another gentleman on the ground that

1    was getting accosted, and he was getting hit.  So I ended up

2    over in that direction after the crowd kind of closed back

3    around behind me.

4         The effort might have been fruitless.  I'm just one guy,

5    and there's tons of people there.  But I just wanted to try to

6    separate them.

7    Q.    And did you actually see -- do you actually recall seeing

8    the individual being struck by the police?

9    A.    Yes.

10   Q.    And could you just describe that?

11   A.    Yeah.  So the one guy was -- the one officer was pressing

12   his shield down on him.  I saw night sticks coming down, kind of

13   like a Tomahawk motion.  And then throughout the crowd, I saw

14   that.  They were hitting the protestors with batons.

15        And then as I made it to the other end, there was like an

16   older gentleman with gray hair and kind of a suede brown jacket

17   was down on the ground.  He was getting hit in that fashion by

18   multiple police as well.

19        But that's -- in this video, that's after the crowd closes

20   behind me.  So you can't really see my perspective from this

21   one.

22   Q.    Did you actually see anyone being hit in the head with

23   baton strikes?

24   A.    Multiple times.  Actually, a lot throughout the entire day.

25   Q.    And what was your -- what did you think when you saw that?

1  A.    Well, it just seemed uncalled for.  I didn't know it was

2  lethal force until after the fact.  But that is -- in my

3  opinion, there is no reason to be hitting an unarmed citizen

4  that is not trying to really cause some bodily harm in that

5  manner, you know.

6      The batons, I've seen them used in the military for like

7  security watches and stuff.  And they would like -- down in the

8  hangar bay of the flight deck, they would train the MP, the

9  military police, master at arms is what they actually call them

10  in the Navy, and they would do what they would call ASP

11  training, which is like an expandable night stick or baton.

12      They would always be down there doing their trainings

13  maybe -- I don't know the time frames, maybe once every couple

14  months or whatever.  So I would see how they handled it.  And I

15  never saw the ASPs handled in this fashion.  These are just

16  regular Americans being peaceful and happy and everything's

17  good.

18      Yeah, some people were pushing against the line, but

19  that's -- in my opinion, you're not going to kill somebody

20  because you pushed against their shield.  So to try to really

21  cause like massive, massive damage to somebody by hitting them

22  in the head with a metal -- or at least I assume they're metal.

23  Hitting them with a night stick in the head, that just seems a

24  little outrageous.

25  Q.    Thank you, Mr. Thomas.

```
 1          Can we go ahead and play Exhibit 710 now, please.

 2          (Video played.)

 3              MR. MCCAULEY:  Your Honor, can we go to the phone?

 4          (Bench conference.)

 5              MR. MCCAULEY:  Your Honor, I don't believe this is in

 6     evidence.

 7              THE COURT:  Mr. Pierce?

 8              MR. PIERCE:  If it's not, it's not.  I can lay a

 9     foundation.

10              THE COURT:  Keep your voice down.

11              MR. PIERCE:  Sorry.

12              THE COURT:  Before you publish it to the jury, you

13     need to do that.

14              MR. PIERCE:  Sorry about that.

15              THE COURT:  Was there anything else, Ms. Miller?  You

16     said something at the start.

17              MS. MILLER:  I was just asking Mr. Hopkins to take it

18     down for the jury.

19          (End of bench conference.)

20              BY MR. PIERCE:

21     Q.   Mr. Thomas, what -- do you recognize this scene here?

22     A.   Yes, I've seen this video before.

23     Q.   And what is it?

24     A.   It's an open source video.  I believe it's -- came from

25     Parler.
```

1    Q.   And based on you being at January 6 and your review of this

2    video, do you believe it's a fair and accurate representation of

3    what occurred there that day?

4    A.   Yeah.

5              MR. PIERCE:  Move to admit, Your Honor.

6              THE COURT:  Any objection?

7              MR. MCCAULEY:  More foundation, Your Honor.

8              THE COURT:  Ask him where he is in the video.

9              BY MR. PIERCE:

10   Q.   Having reviewed this video, does this show you at some

11   point, Mr. Thomas?

12   A.   Yes.

13             MR. PIERCE:  I can keep playing it until he sees

14   himself.

15        Okay.  So just keep playing it for the witness, please.

16        (Video played.)

17             BY MR. PIERCE:

18   Q.   Do you see yourself in this video, Mr. Thomas?

19   A.   Yes.  Would you like for me to circle myself?

20   Q.   Sure.

21   A.   I'm in the upper right corner.

22   Q.   Okay.  And do you recall being in this situation here on

23   January 6?

24   A.   Yes.  This is a different perspective of the same scene

25   that we had just watched in the previous couple videos.

1          MR. PIERCE:  Okay.  Move to admit, Your Honor.

2          MR. MCCAULEY:  No objection, Your Honor.

3          THE COURT:  All right.  It's admitted.

4      (Defendant Exhibit 710 received into evidence.)

5          MR. PIERCE:  Thank you, Your Honor.

6      Could we go ahead and play this and publish it to the jury.

7      (Video played.)

8          MR. PIERCE:  Why don't you start at the beginning.  Is

9  there sound on this or no?

10     (Video played.)

11         BY MR. PIERCE:

12 Q.  Can you walk us through what you were doing there,

13 Mr. Thomas?

14 A.  Yeah.  So I was again trying to kind of push myself in

15 between the protestors and the police.  And you see I kind of

16 throw my hand up and turn my face away a few times.  That's

17 because I was being hit on the process.  I was taking night

18 sticks and riot shields.  I was taking hits to get kind of

19 through there and kind of separate people.

20 Q.  Go ahead and keep playing that.

21     (Video played.)

22         THE WITNESS:  That -- sorry.  Go ahead.

23         BY MR. PIERCE:

24 Q.  Was that the individual that you were trying to help there,

25 this individual that just got up?

1   A.    After I had put myself between the officers and the

2   gentlemen that were on the ground in the immediate forefront of

3   the protestors, I had seen him back there in that little alcove

4   of police getting hit as well.

5         So yes, I did try to make it back to him to kind of do the

6   same thing, be a human shield, I guess, to protect somebody.

7   Q.    Go ahead and keep playing.

8         (Video played.)

9             BY MR. PIERCE:

10  Q.    Go ahead and stop for a second.

11        Now, Mr. Thomas, at that point, you're sort of standing

12  there.  Why aren't you charging forward into the police line?

13  A.    Well, because there's no need for that.  I'm not there to

14  be a part of the problem.  I was just trying to protect people

15  that I saw getting hurt, you know.  If I saw a protestor

16  violently hurting a cop, I would have stepped in and tried to

17  stop him, too.

18        There's instances throughout the day that I did pull people

19  away from the police, because that's not why we were there.

20  It's not why I was there.  I don't want to say "we," just me,

21  that's not why I was there.  There's no reason for any of that.

22        Like, we're all Americans.  I know you haven't asked the

23  question, but I don't care who is in office.

24            THE COURT:  Sorry, sir.  You have to wait for the

25  question.

1          THE WITNESS:  Yes, ma'am.

2          MR. PIERCE:  Can we go ahead and play 307 now.

3          THE COURT:  Is this admitted already?

4          MR. PIERCE:  Yes, Your Honor, I believe so.

5          MR. MCCAULEY:  This is in.

6          THE COURT:  So this can be played for the jury.

7          COURTROOM DEPUTY:  I just wanted to make sure.

8      (Video played.)

9          BY MR. PIERCE:

10  Q.   Okay.  Mr. Thomas, can you walk us through your -- what

11  happened right there and what you did and why you did it?

12  A.   Sure.  So this is the body camera footage of another

13  officer.  I don't know who.  But as you can see, this is well

14  before I was up on that upper level in the video you all have

15  seen just before this.

16      But there was a gentleman doing a countdown, and there had

17  been pushing and shoving and nothing really violent other than

18  some of the Metro Police, Capitol Police, whoever they were,

19  they would push some people down the steps.  They would hit them

20  with their night sticks.  And this was a mixture of like just

21  regular people.  There's men and women there old enough to be my

22  grandparents, and there's teenagers, and just a mix of

23  everybody.

24      And the previous altercation or verbal altercation that I

25  had with the gentleman that was trying to convince the crowd to

1    use pipes against the police, which I had stepped in, which you

2    guys heard earlier, in that countdown when people started to

3    rush the police line, he went running forward, and there was an

4    elderly -- old -- I don't want to say elderly.  There was an

5    older man standing on the steps carrying a cane.  And so I ran

6    up past him for two purposes.  Well, one, actually, my initial

7    reason was to go after the guy that was wearing the glasses, the

8    pipe guy.  I don't know what to call him.  I suspected he was

9    trying to agitate the crowd to do things.  So I for years have

10   been calling him an agitator, but I don't know if that's

11   appropriate here.

12        But anyway, him, when I saw him rushing the police line, I

13   chased after him.  And then I saw that he was running towards

14   the guy that was on the steps that had -- I need to take a

15   drink.  Sorry.  That had the cane.

16        So my purpose was to yank him away from the guy with the

17   glasses, to yank him away from the police, but in that same

18   sense, I kind of got shoved away.

19        So I went to step up again.  I stood up.  In uprighting

20   myself, I took a couple steps forward because it was on some

21   steps, and I kind of was reaching out before I had gotten pushed

22   to try to grab him and kind of get between the older guy.  But I

23   failed because one of the police officers shoved me down the

24   stairs.

25        So now when I fell, I got up, took kind of a step forward.

1    And the guy with the glasses and another guy in like a blue

2    flannel -- the guy with the glasses was on my left side.  I

3    don't know if he grabbed ahold of my arm or not in the video.  I

4    always thought he did.  But I don't remember it, for my own

5    recollection there.  So I will just say he was standing to my

6    left, but the guy in the blue flannel pushed me from behind up

7    the stairs, and then I fell into the police.

8        I curled up into a ball, because I didn't want to get hurt.

9    And then I stood up and saw the older guy laying on the ground.

10   And I did, I started saying, "Hey, help him up, help him up,"

11   and I helped him up off the ground.

12   Q.   Okay.  And then could we also take a look at Exhibit 707.

13        (Video played.)

14            BY MR. PIERCE:

15   Q.   Okay.  So is that the same scene we were just talking about

16   there?

17   A.   Yeah.  It's just from the opposite side.  It's what's

18   called an open source video.  As you saw right there at the end

19   of it before you paused it was when I was helping the guy off

20   the ground.

21        So another protestor swung a flag pole, which hit me, and

22   then that made me turn around and look, and he swung it again.

23   I put my arm up to kind of deflect it.  And then he threw the

24   flag pole over the police line, and then I helped the older guy

25   kind of walk away down the stairs.

1  Q.    Now, we heard a countdown there of some sort.  Did you hear
2  that in the video?
3  A.    Yes.
4  Q.    Did you have anything to do with that countdown?
5  A.    No, not at all.
6  Q.    Do you recall hearing that at the time?
7  A.    Yes, and then I realized that the people were going to be
8  charging the police line, and that's why in my mind I was going
9  to help take away the guy, the agitator that was trying to talk
10 people into using pipes, to yank him away.
11        I hate to sound like this, but I kind of had a vendetta
12 against that guy.  We had it out verbally.  He was trying to
13 convince people to be violent.  And so I did.  I kind of
14 targeted him whenever he charged towards the police.
15 Q.    Were you planning or coordinating with anybody in the crowd
16 with respect to that countdown in any way?
17 A.    No.  I don't know anybody in this crowd at all.
18 Q.    Okay.  If we could take a look at Exhibit 709, please, just
19 for the witness.
20        (Video played.)
21        THE COURT:  Is this the Defense 709?  Government's
22 709, which is not yet in evidence; correct?
23        MR. PIERCE:  That's correct, Your Honor.
24        THE COURT:  Is that right, Mr. McCauley?
25        MR. MCCAULEY:  Yes, Your Honor.

 1          (Video played.)

 2              BY MR. PIERCE:

 3    Q.   And do you see yourself in this video at any point yet,

 4    Mr. Thomas?

 5    A.   Yes.

 6    Q.   Okay.  And is this a video of the same sort of incident we

 7    were just referring to?

 8    A.   Yes.  It's the same scene, just from a lateral angle.

 9    Q.   And is this a fair and accurate representation so far as

10    you know of actual events that occurred on January 6?

11    A.   Yes.

12              MR. PIERCE:  Move to admit this, Your Honor.

13              THE COURT:  Any objection?

14              MR. MCCAULEY:  No objection.

15              THE COURT:  All right.  The exhibit is admitted.  You

16    can publish it to the jury.

17          (Defense Exhibit 709 received into evidence.)

18              MR. PIERCE:  Can you go ahead and play this for the

19    jury, with the sound.

20          (Video played.)

21              BY MR. PIERCE:

22    Q.   Go ahead and stop there for a second.

23          Could you walk us through what just occurred there,

24    Mr. Thomas.

25    A.   That was, like I said, a different view of the same scene.

1   The guy had fallen down the steps, and I was -- you see at the

2   end of the planter that I was just helping pick him up.

3        Yeah, there was a lot of people falling on the ground, a

4   lot of people being pushed down.  It's only like three, four,

5   maybe five steps, but they're kind of steep.  I just didn't want

6   people to get hurt.  Even when they were in that police line and

7   they were like going back and forth talking to each other,

8   yelling and whatnot, they would push against the police.

9        Things would get dropped out of their pockets.  Hats would

10  fall off.  A thermos would fall that they have.  I would go and

11  pick that up so nobody would trip on it.  I wasn't there to

12  completely defuse the situation, but if I could be witness to it

13  and then just help prevent people from getting hurt, then I

14  figured I did at least my effort.

15  Q.   Let me ask you this:  Were you only concerned with the

16  safety and well-being of the protestors, or were you also

17  concerned about the law enforcement?

18  A.   Oh, everybody.  I don't want to sound cliché, but safety

19  first; right?  Everybody there, they're all Americans.  That's

20  why I was talking to the Capitol Police, like hey, we're

21  fighting for your rights, too, we're speaking up for you, we

22  back the blue, et cetera, et cetera.  If I wanted them to be

23  hurt, then why would I try to have a friendly discourse?

24            THE COURT:  Mr. Pierce, is this a good time to stop?

25  It is now 5:30.

1          MR. PIERCE:  This would be good, Your Honor.

2          THE COURT:  All right.  So ladies and gentlemen, I'm

3    going to send you home for the evening and have you come back

4    tomorrow -- not tomorrow, unless you want to.  All right, Monday

5    morning.  I hope you have a good weekend, get some rest.

6    9:00 a.m. on Monday -- 8:45 on Monday in the jury room.  The

7    plan is to start at 9:00 a.m. in the courtroom.

8        Let me remind you not to do any research, not to read about

9    the case, not to talk to anyone about the case.

10       Have a good weekend.

11       (Jury exited courtroom.)

12          THE COURT:  All right.  Mr. Pierce, just for my own

13   benefit, how many of these assaults have you covered?  You're

14   jumping around.

15          MR. PIERCE:  From my understanding, there's three

16   overall sort of incidents or scrums that we're dealing with, and

17   we've covered two.  And so there's one more, essentially.

18          THE COURT:  But how many assaults are captured in

19   those two scrums?

20          MR. PIERCE:  I don't think any.

21          THE COURT:  Alleged assaults.  I don't mean to suggest

22   that the government has proven its case.  I mean of the alleged

23   assaults, have you done three or four?

24          MR. PIERCE:  With all the allegations about all the

25   officers, I get a little lost.  I think it's in the three or

1    four neighborhood.

2              THE COURT:  That was my question, three or four.

3         Mr. McCauley?

4              MR. MCCAULEY:  By my count, it's four.

5              THE COURT:  All right.  Mr. Thomas, you may step down

6    from the stand.

7              THE WITNESS:  Thank you, Your Honor.

8              THE COURT:  All right.  Just a couple of things before

9    we adjourn, and then I will hear if there are any issues you all

10   want to raise.

11        I've given you deadlines on the briefing of the

12   discovery -- alleged discovery violation issue.  In addition,

13   I've looked at the materials you submitted for jury

14   instructions.  And what would be helpful for the Court to

15   know -- and I don't think your materials on either side revealed

16   this, but I would like to know just the case names, and in

17   connection with those cases, which other judges have given

18   self-defense or defense of others instructions.  I would like to

19   look at those in the event I decide to give them.

20        Maybe the parties know this off the top of their heads, but

21   if the Court were to give such an instruction, the Court would

22   also be inclined to give an instruction such as something like

23   the law enforcement officers had a lawful duty to clear the

24   restricted area, something along those lines.

25        I don't know if you all sitting here have a sense as to

whether other judges have done that, but I would like to look at the instructions.

Mr. McCauley, do you know how many cases have had self-defense or defense of other instructions given?

MR. MCCAULEY:  I know for a fact one.  I do not know --

THE COURT:  And that's the Proud Boys case?

MR. MCCAULEY:  Then I suppose it's two.  I'm thinking of outside of the Capitol conspiracy cases.  I believe there was one given in Proud Boys, and there was another one given by Judge Mehta in another case, not the Oath Keepers, another breach and assault style case.  I do not know the name of that case as I stand here.

THE COURT:  If you all could just --

MR. MCCAULEY:  I will find it.

THE COURT:  And whichever side files first, the other side doesn't need to file unless they disagree or know of others.

MS. MILLER:  Feel free to say no, but there also have been a number of cases where it's been requested and denied.

THE COURT:  That would be helpful to know as well. Let me, for the sake of efficiency, review some things with Mr. Evans's and Mr. Sumrall's expected testimony on Monday.

As I've said, both can talk about their experiences on January 6, but not experiences of other unrelated specific acts

of force by officers that Mr. Thomas didn't see.  All right?

And secondly, I think that in the same vein, evidence of inaction by law enforcement, it's the same thing.  Unless Mr. Thomas saw it around him that officers -- I don't know if there's any such evidence, but officers stepping back and saying come on in, waving people in, anything like that.

Both sides can reference, are able to reference that Mr. Evans was prosecuted, because that certainly goes to bias. I don't see the relevance of getting into the charge.  And he needs to understand that.  He also needs to understand and the parties cannot inject me into the questioning, given that I was the sentencing judge for Mr. Evans.  All right?  He needs to be coached to not reveal that, and I don't see any reason why that would come out.

Both sides agree?

MR. MCCAULEY:  The government has no intention of asking him any questions about his sentencing.

THE COURT:  I think it's fair game that he was one of the individuals prosecuted to show bias, but I think the specific charge and sentence and all of that is off limits unless you all want to argue otherwise here.  It's a misdemeanor in my recollection.

MR. MCCAULEY:  I believe it's a 1752 charge.  I don't remember precisely which one.

THE COURT:  Mr. McCauley, is the government intending

1    to get into the offense that he was convicted of?  I guess if he

2    testifies there were no signs and he thought he was lawfully

3    where he should be and the charge does relate to trespassing,

4    then that would be fair impeachment that you in your Statement

5    of Offense and your plea admitted that you were unlawfully

6    there under oath.

7                MR. MCCAULEY:  You under oath stated that --

8                THE COURT:  Then it would become relevant.

9                MR. MCCAULEY:  I think Your Honor has hit the nail on

10   the head.

11               THE COURT:  But just generally to get into the fact

12   that he has a misdemeanor conviction has no relevance here.

13               MR. MCCAULEY:  You mean in terms of asking him, Have

14   you ever been convicted of a crime?

15               THE COURT:  The fact that he's been prosecuted is

16   relevant, but what the charge is is not for either side.

17         Mr. Roots, you agree?  Unless he opens the door by

18   suggesting that he thought he was lawfully on the grounds, given

19   that he's pled guilty to, you're telling me, a trespassing-like

20   offense.

21               MR. MCCAULEY:  I believe it's the unlawful picketing

22   and parading in a United States Capitol charge.  I'm not certain

23   of that, but I believe --

24               MR. ROOTS:  My preference in these kinds of things is

25   to introduce it before the cross, because if you don't --

1          THE COURT:  You think he's going to open the door to

2     this kind of cross?

3          MR. ROOTS:  No, we would want to, let's say, tamp down

4     the cross --

5          THE COURT:  He's not going to be able to question him

6     on the cross unless he's going to say he thought he was lawfully

7     on Capitol grounds.  Well, if it's a parading offense, he

8     thought he was able to be in the Capitol.

9          MR. MCCAULEY:  We're touching on another issue with

10    Mr. Evans testifying at all, in that Mr. Thomas is not

11    alleged -- at no point has the government suggested that

12    Mr. Thomas went into the building, but it --

13         THE COURT:  But if he were to testify, Mr. Evans,

14    hypothetically, he didn't see any signs on the grounds and he

15    thought it was okay for him to be on the grounds, there's

16    nothing about his plea, I don't think, that the government could

17    use to impeach him about the grounds, or is there?

18         MR. MCCAULEY:  I mean, it would become -- again, I

19    apologize.  I should have --

20         THE COURT:  You don't know the Statement of Facts

21    right now.

22         MR. MCCAULEY:  I don't know the Statement of Offense.

23    I don't know the plea.  But I will say, it is not uncommon in

24    plea --

25         THE COURT:  Agreed, the Statement of Facts to say you

1  knew you were unlawfully on the Capitol grounds.

2      MR. MCCAULEY:  In the Capitol building and on the

3  Capitol grounds.

4      THE COURT:  I understand, and I don't know what it

5  says.

6      MR. MCCAULEY:  I will certainly know by Monday.

7      THE COURT:  Good to know.

8      But Mr. Roots, absent that issue, and you all can confer

9  about it ahead of time, I don't think listing the offense,

10  listing the fact that he was convicted of a misdemeanor or any

11  of that is relevant in this trial.

12      MR. ROOTS:  Okay.  Understood.  I think the --

13  remember, the defense, we don't like putting on evidence of his

14  fallibility.  But we would have to -- in preparation that the

15  prosecution will try to impeach him or say that he's biased, I

16  think in advance of that, we would say, "And you have been

17  convicted of your role in January 6," something like that.

18      THE COURT:  You can say he's been convicted.  My point

19  is, the type of offense, it's a misdemeanor, and the name of the

20  offense is not relevant.  But I am looking at the Statement of

21  Facts --

22      MR. MCCAULEY:  As am I.

23      THE COURT:  The law clerk just showed me.

24      So Mr. Evans, in the Statement of Facts, admitted under

25  oath that he knowingly entered and remained in a restricted

1    building and grounds; that is, any posted, cordoned-off, and

2    otherwise restricted area within the United States Capitol and

3    its grounds.

4        So he has sworn under oath that he knew that.  So to the

5    extent he's going to testify that he didn't know that, he has

6    some potential exposure that he needs to consult his attorney

7    about.

8            MR. ROOTS:  I believe Mr. Evans would say that he

9    recognized he shouldn't have been inside the Capitol and that --

10            THE COURT:  Well, his Statement of Facts says that he

11    swore under oath that he knew he wasn't supposed to be on the

12    Capitol grounds.

13            MR. ROOTS:  Okay.  I don't believe that's what he --

14    honestly, we will have to talk to him.

15            THE COURT:  That's what he signed, and that's what I

16    held up and said, Is this your signature?  And I probably called

17    out that fact, as I often do, in the colloquy.

18        So you're going to walk into an issue here, and he faces

19    exposure for perjury and one or the other, potential violation

20    of supervision.  There's all sorts of consequences to him that

21    he needs to be informed of before he takes the stand and

22    testifies to that effect.

23            MR. ROOTS:  Now, remember, we contest that the grounds

24    were restricted.  And so we -- our position is that the grounds

25    were not properly restricted.

1          THE COURT:  But Mr. Evans swore under oath that he

2    knew they were restricted, and he can't take the stand and say,

3    I knew they were restricted but I thought that was an unlawful

4    restriction.  He has sworn under oath that he knew he was on

5    restricted grounds, and that implicitly is lawfully restricted

6    grounds.

7          We need to spend some time with this before he takes the

8    stand, and he needs to --

9          MR. ROOTS:  We can revisit with Mr. Evans.  My

10   understanding is he takes full accountability for being in an

11   unlawful area, which was inside the Capitol.

12         THE COURT:  But you're not following what I'm saying.

13   What are you missing about what I'm saying here about his

14   colloquy under oath?

15         MR. ROOTS:  I guess we need to read the colloquy.

16         THE COURT:  I just read it to you.

17         MR. ROOTS:  That's my understanding of what he says

18   these days.

19         THE COURT:  I just read you the Statement of Facts

20   that he signed and was sworn under oath when he affirmed that he

21   signed that and read it and understood it and discussed it with

22   his attorney.

23         So you can check whether I read a truthful sentence there,

24   but I'm assuring you I was looking at the right document and the

25   right defendant, and that's what he signed, and that's what's on

1    the docket.

2    MR. MCCAULEY:  Your Honor, I think the Fifth Amendment

3    concerns here are compounding by the moment.  Mr. Evans may very

4    well need to have an attorney present in the courtroom.

5    THE COURT:  I think he will, if he's going to testify

6    inconsistently with that.  This is an issue before he's put on

7    the stand that we need to discuss further.

8    But regardless, what I've said with respect to Mr. Sumrall

9    as well, he has, as I understand it, no -- so far as the

10   government is aware, no Fifth Amendment issues.  He was on the

11   east side, and he --

12   MR. MCCAULEY:  No, Your Honor.  Mr. Sumrall approached

13   on the west side, went through the Peace Circle, and did go

14   through -- enter the restricted grounds.

15   As far as the government has any information -- as far as

16   the government has any information, he did not go into the

17   Capitol or commit any other offenses other than --

18   THE COURT:  And therefore, to date, he has not been

19   prosecuted?

20   MR. MCCAULEY:  He has not been prosecuted.

21   THE COURT:  But he still has exposure, and he too

22   needs to be informed by an attorney.

23   And this isn't a threat.  This is just everyone doing our

24   job to protect the rights of the witnesses as well.

25   MR. MCCAULEY:  So Your Honor is fully informed, when

1    Mr. Sumrall has previously testified in one of these cases, in

2    the Christopher Alberts case, and he at that -- Judge Cooper did

3    require that he have consulted with an attorney before taking

4    the stand.

5            THE COURT:  Of course.  I would do the same.

6        Did he have an attorney with him in the courtroom?

7            MR. MCCAULEY:  No.  Mr. Pattis left prior to the

8    testimony beginning.  Judge Cooper did a brief colloquy with

9    him, having him -- making sure that he understood that he had

10   some potential Fifth Amendment --

11           THE COURT:  And I would do the same.  But I'm

12   particularly concerned, given what I know now about Mr. Evans,

13   that you all need to take a close look at that.

14       So we will be back at --

15           MR. MCCAULEY:  The government is --

16           THE COURT:  Go ahead.  Raise it.  I don't mean to cut

17   you off.

18           MR. MCCAULEY:  Beginning first with the Prince

19   George's County body-worn camera issue, because I think that

20   would be relevant to whatever the defense is required to file by

21   9:00 a.m. tomorrow morning, we have now spoken with someone who

22   is versed in all of this information and have viewed the

23   documents ourselves.

24       The Prince George's County Police Department was

25   definitively asked on multiple dates if they had any body-worn

1    camera from January 6, and that answer on each of those dates

2    was no.  And multiple inquiries were made.

3        To this date, the government is not aware of a single

4    minute of body-worn camera footage from Prince George's County.

5        Now, Prince George's County did have body-worn cameras at

6    the time.  They began their massive deployment of body-worn

7    cameras on January 1st, 2021, but --

8            THE COURT:  They were brand-new.

9            MR. MCCAULEY:  They were brand-new.  And so the

10   cameras were not, from my understanding, activated.

11           THE COURT:  You mean they were on the officers but not

12   activated?

13           MR. MCCAULEY:  Some of them might have been.  It is

14   probable that some of them might have had cameras.  But the

15   other problem that we're -- in reading the documents that we

16   received from Prince George's County, the breast plate that the

17   officers were wearing when they were in the full CDU gear covers

18   the body-worn camera.  So insofar as it could have been

19   activated, it would have been obscured.

20       But based on multiple inquiries that my office has made,

21   the government has made to the Prince George's County Police

22   Department, there is no body-worn camera footage.

23       So Corporal Ainsworth may very well have had a body-worn

24   camera that fell off of him.  It doesn't mean it was activated.

25           THE COURT:  All right.  Anything else you want to --

1          MR. MCCAULEY:  Yes.  My colleague handed me a note.

2   At ECF 44, Your Honor did grant the motion regarding police

3   inaction.

4          MS. MILLER:  Sorry.  Our motion was ECF 44, and it was

5   granted on March 20th in a minute order.

6          MR. MCCAULEY:  Yes.  Sorry.  I should have been more

7   clear.

8      The government filed a motion at ECF 44 to preclude

9   arguments about police inaction.  The Court granted that motion

10  on March 20th.

11     And still as I stand here, I have no knowledge of any

12  instance where the defendant in this case would have had an

13  interaction with any officer to that effect.

14         THE COURT:  We certainly haven't seen it on video.

15         MR. MCCAULEY:  It's quite the opposite.

16         THE COURT:  Okay.  Mr. Roots?

17         MR. ROOTS:  I don't even know how to respond.  The

18  government has put on videos of officers having polite

19  conversations with people, including Mr. Thomas, without telling

20  them they're in a restricted area.  So the government has put on

21  evidence that belies what they're saying.

22         THE COURT:  Which evidence are you talking about?

23         MR. ROOTS:  Even the Corporal -- well, even Campanale.

24         THE COURT:  You call that inaction?

25         MR. ROOTS:  There are statements at times saying

things like "get back."  "Get back" can mean 5 feet back.

THE COURT:  Come on.  Mr. Roots, you can argue that, but that's -- he told him to put away the knife.  There was plenty of interaction with Mr. Thomas --

MR. ROOTS:  He literally said this is a warning.  He didn't say you're in violation of the law just by standing there.

THE COURT:  Okay.  Well, it's implicit.  That's not police inaction.

MR. MCCAULEY:  That's an argument for closing.  And I'm also thinking of the interaction that we just saw in Mr. Thomas's own video, Government 504.  He's interacting with Officer Daniel, where Officer Daniel says, Don't cross this line, stay right there, don't cross this line.

Again, an argument --

MR. ROOTS:  "Stay right there."

THE COURT:  This is argument for closing.  Or you can ask Mr. Thomas, and he can say the officers showed inaction, and then they can impeach him if you want.

MR. ROOTS:  Your Honor, in light of the evidence the government has put on, they have shattered their own motion in limine.  They cannot demand compliance with that motion in limine when they themselves have put on evidence which self-evidently shatters it.

THE COURT:  I'm not tracking what you're saying at

1    all.

2         MR. ROOTS:  So they're trying to keep us, the defense,

3    from defending while they are --

4         THE COURT:  Wait, wait.  What specifically are they

5    preventing you from doing?  I don't know that -- Mr. McCauley,

6    would you object if he said did the police not take any action

7    around you and let him answer that question and then you follow

8    up on cross?

9         I don't -- is that what you want to do and you're concerned

10   he's going to object?

11        MR. ROOTS:  I think we want to be able to use the

12   Rules of Evidence -- it's a little bit like this First Amendment

13   issue, frankly.  They've opened the door with nothing but

14   political speech --

15        THE COURT:  No, no, no, we are not going to hear this

16   argument again.

17        Look, again, your own table is laughing at you.  All right?

18        MR. PIERCE:  I was laughing with you, Your Honor.

19        THE COURT:  But I think it's because we have hashed

20   this out at least a half a dozen times, including once like four

21   hours ago.  We're not going to have this conversation again,

22   Mr. Roots.  It's like I'm saying things and you're not

23   registering.

24        MR. ROOTS:  I can't imagine that Mr. Thomas can't

25   defend himself with the facts that he saw them on the ground.

1          THE COURT:  He's been talking about the First

2     Amendment all day.  The government's let him talk about the

3     First Amendment all today.

4          It doesn't mean that you can start asking witnesses legal

5     questions about what violates the First Amendment and what

6     doesn't, nor does it mean that you're necessarily going to get a

7     First Amendment defense, but that's for charging --

8          MR. MCCAULEY:  And my colleague --

9          THE COURT:  -- conference.

10          MR. MCCAULEY:  My colleague appropriately reminds me

11     that I actually believe the terms of the government's motion at

12     ECF 44 was specifically in regards to closing arguments and

13     precluding this type of argument.

14          So to that extent --

15          THE COURT:  All right.  We'll address that before

16     closing once I know all the evidence.  But I -- it's a strategic

17     call on the government's part there.  You have rebuttal, but --

18          MS. MILLER:  I just was confused because that motion

19     was granted.  That's all I was saying.

20          THE COURT:  I've ruled on so many different things in

21     this case, and I have so many January 6 cases, that I can't

22     possibly keep straight what I've ruled.

23          MR. MCCAULEY:  Yes, and I apologize for speaking --

24          THE COURT:  It's all right.

25          But, Mr. Roots, you keep raising the same First Amendment

1    argument, and I'm not going to rule on it anymore.  We will

2    address at the charging conference whether it's appropriate to

3    include any reference to the First Amendment.  We'll address

4    before closing arguments what is and what is not proper closing

5    argument.

6        But I don't know why you're upset right now about not being

7    able to defend the case when Mr. Pierce asked Mr. Thomas

8    multiple questions in which Mr. Thomas said I just thought I had

9    the right to say all these things and to be there, and I was

10   exercising my First Amendment rights.

11       So I don't know what you're upset with at this moment.  A

12   lot has come in through him.

13            MR. ROOTS:  Your Honor, this is a First Amendment

14   case.

15            THE COURT:  It is late.  I'm not going to go through

16   this argument again.

17            MR. ROOTS:  We have a half-written motion for mistrial

18   on the basis of the First Amendment.

19            THE COURT:  You can file it, and I will consider it.

20            MR. MCCAULEY:  The final point I will raise is that

21   the government did file at -- it's the final ECF, to my

22   knowledge, a response to the defendant's reply to the response

23   to the trial brief and supplemental brief that does address the

24   231 net versus --

25            THE COURT:  Oh, yeah.  Nothing that was filed in that

brief changed my mind, and I do think that the net rule doesn't

apply.  And I do believe that my recollection is that the

defense said that the government is saying that Mr. Thomas needs

to cause an impact on commerce, and that's not what I understand

them to be arguing.

They're arguing that the civil disorder has to have an

impact on commerce; is that correct?

MR. MCCAULEY:  Yes.

THE COURT:  All right.

So I am sticking with the -- it's not really necessary now

for these witnesses, but the Court's original preliminary ruling

on the commerce issue is -- it stands.  There's nothing that has

changed my mind about that.

MR. MCCAULEY:  Thank you, Your Honor.  Nothing further

from the government.

THE COURT:  Okay.  Mr. Pierce, anything for you?

MR. PIERCE:  I'm just glad that somebody else is so

confused with all the cases going on.  That's all.

THE COURT:  My sympathies.

All right.  Mr. Roots, anything else other than the First

Amendment?

MR. ROOTS:  Let me just say, I'm actually confused

about what the government thinks we would put on that might

violate their motion in limine with regard to Officer -- what do

you think we might put on that might violate that?  I'm

1    confused.

2              THE COURT:  I think he might let you do it.

3              MR. MCCAULEY:  Your Honor, I can't prove a negative

4    here.

5              MS. MILLER:  I would suggest reading the motion, and

6    then maybe we can talk about it next week if there's more,

7    ECF 44.

8              THE COURT:  So my law clerk is reminding me that I

9    ruled that he couldn't bring it in unless he's aware of it.  So

10   in the same way I've ruled that other instances of violence that

11   are around -- by the police officers around the Capitol that day

12   that weren't seen by Mr. Thomas and he wasn't aware of are

13   irrelevant in this trial.

14        Similarly, other instances of police inaction, police

15   officers waving people in and the like, is not relevant unless

16   Mr. Thomas himself saw it, was aware of it.

17        That was my ruling.  And I think that we'll have to address

18   after all the evidence is in what proper closing arguments are

19   based on the evidence.  We're not there yet.

20             MR. MCCAULEY:  Agreed, Your Honor.

21             MR. PIERCE:  So in light of that -- I'm sure this

22   won't go over well, but in light of that, is there any

23   possibility that we can do the closing on Tuesday so that we can

24   prepare after we hear the resolution of this?

25             THE COURT:  I don't know.  We'll see.  We'll see.  The

1    pace you're going, Mr. Pierce, we might be doing closings on

2    Friday.

3            MR. PIERCE:  I basically moved to D.C. for two and a

4    half years.  So no problem.

5        Thank you, Your Honor.

6            THE COURT:  You all have a good weekend.

7        (Proceedings adjourned at 5:57 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER


     I, Sara A. Wick, certify that the foregoing is a
correct transcript from the record of proceedings in the
above-entitled matter.



/s/ Sara A. Wick_____          June 30, 2023_____
SIGNATURE OF COURT REPORTER          DATE

## #

**#172** [1] - 1:18

## '

**'21** [2] - 19:6, 23:23

## /

**/s** [1] - 275:8

## 0

**01** [1] - 141:17
**0500** [1] - 141:22
**06** [1] - 141:18
**09** [1] - 239:10

## 1

**1** [8] - 12:16, 46:14, 46:15, 121:14, 139:13, 148:24, 149:19, 155:24
**1/6/21** [2] - 18:2, 18:6
**10** [11] - 45:5, 147:8, 147:10, 148:16, 149:9, 191:2, 223:21, 226:8, 230:3, 241:6
**100** [6] - 47:25, 70:8, 70:11, 71:6, 111:19, 117:9
**10:30** [1] - 3:19
**10:45** [1] - 3:19
**11** [4] - 2:4, 62:19, 62:25, 98:3
**115** [5] - 2:11, 16:14, 17:2, 17:6, 17:9
**116** [6] - 2:5, 2:11, 16:16, 17:6, 18:13, 95:9
**116.2** [1] - 96:17
**117** [4] - 2:11, 16:16, 17:6, 21:16
**118** [2] - 16:15, 17:6
**118....................** [1] - 2:11
**11:00** [1] - 65:13
**11:15** [1] - 81:8
**11:24** [1] - 81:8
**12** [3] - 16:13, 230:3, 238:1
**12-hour** [1] - 15:24
**124** [1] - 2:6
**12:21** [1] - 121:4
**12:30** [1] - 120:11
**13** [1] - 181:20
**133** [1] - 2:13

**14** [1] - 181:20
**14.95** [1] - 19:23
**15** [5] - 120:2, 218:15, 223:16, 223:17, 223:18
**1512** [1] - 121:17
**159** [1] - 2:6
**15:06** [1] - 128:19
**15:07** [1] - 134:15
**16** [4] - 8:7, 10:5, 17:2, 37:8
**1600** [1] - 141:19
**167** [1] - 2:7
**16:21:43** [1] - 38:24
**16:22** [3] - 37:6, 39:18, 48:16
**16:22:05** [1] - 239:8
**16:22:07** [1] - 141:19
**16:22:09** [2] - 241:1, 241:6
**16:22:10** [2] - 141:23, 142:4
**16:22:17** [1] - 241:16
**16:22:18** [1] - 41:11
**16:22:19** [2] - 44:7, 143:3
**16:22:21** [1] - 44:21
**16:22:24** [1] - 238:2
**17** [3] - 2:11, 17:2, 155:24
**17.75** [3] - 19:14, 19:15, 19:25
**1700** [1] - 191:2
**172** [1] - 2:8
**1752** [1] - 258:23
**176-JK** [1] - 111:14
**18** [5] - 17:2, 41:14, 98:19, 98:21, 98:24
**180-page** [1] - 162:9
**183** [12] - 36:5, 40:25, 41:20, 48:20, 50:7, 50:15, 50:16, 142:15, 146:4, 236:25
**183-1** [4] - 146:12, 238:5, 240:24, 241:9
**183.1** [2] - 50:15, 50:17
**19** [1] - 1:6
**1:30** [4] - 119:2, 119:6, 120:14, 121:3
**1:31** [1] - 121:4
**1st** [1] - 266:7

## 2

**2** [7] - 12:17, 46:14, 46:15, 121:17, 132:1, 134:13, 148:24

**20** [2] - 52:6, 139:8
**2000** [1] - 174:4
**20001** [1] - 1:22
**2003** [3] - 174:4, 175:10, 175:21
**202-354-3284** [1] - 1:23
**2020** [7] - 13:12, 19:12, 19:21, 19:24, 87:4, 96:4, 178:4
**2021** [18] - 14:7, 14:21, 15:21, 19:22, 19:23, 20:19, 21:7, 21:11, 21:12, 22:1, 22:20, 22:22, 22:24, 26:8, 28:23, 92:24, 161:19, 266:7
**2022** [1] - 141:17
**2023** [4] - 1:6, 110:9, 110:10, 275:8
**20579** [1] - 1:15
**20th** [4] - 110:9, 181:21, 267:5, 267:10
**21** [3] - 47:17, 48:20, 48:22
**21-cr-552** [1] - 1:3
**214** [1] - 30:22
**214)** [1] - 30:20
**21550** [1] - 1:17
**22** [1] - 141:20
**23** [1] - 191:2
**231** [1] - 271:24
**236** [8] - 125:19, 125:20, 126:18, 131:6, 131:17, 133:1, 133:8
**236A** [4] - 131:17, 133:2, 133:9, 133:18
**236A..........................
................** [1] - 2:13
**23rd** [1] - 110:10
**24** [1] - 134:13
**24/7** [2] - 230:3
**247** [1] - 2:13
**25** [1] - 96:15
**253** [1] - 2:14
**26** [3] - 33:14, 34:17, 166:24
**26-second** [2] - 34:12, 35:20
**27** [3] - 2:11, 34:18, 48:22
**28** [2] - 13:12, 97:21
**28.2** [1] - 97:21
**29** [1] - 121:8
**2:30** [1] - 201:6
**2nd** [1] - 14:7

## 3

**3** [4] - 12:22, 21:4, 47:4, 81:12
**30** [9] - 2:12, 99:4, 137:16, 154:6, 154:16, 158:12, 183:2, 226:8, 275:8
**30.05** [1] - 98:6
**300-pound** [1] - 121:25
**302** [37] - 7:20, 7:21, 8:4, 8:19, 9:2, 9:12, 9:14, 9:25, 10:2, 69:9, 69:10, 69:11, 70:5, 72:4, 72:8, 72:9, 75:12, 75:18, 75:19, 75:20, 79:1, 108:25, 109:6, 109:9, 109:10, 109:12, 109:24, 110:7, 110:24, 111:1, 111:12, 111:24, 112:13, 115:8, 115:10, 117:7
**302s** [17] - 68:19, 72:7, 75:17, 76:5, 76:16, 76:18, 77:5, 78:25, 79:6, 79:20, 79:22, 79:24, 80:15, 80:25, 109:14, 112:4, 115:6
**303** [1] - 147:23
**306** [6] - 38:11, 48:7, 50:7, 140:25, 141:1, 234:25
**307** [3] - 135:22, 249:2
**308** [2] - 156:13, 156:17
**309** [1] - 227:10
**309X** [1] - 104:6
**31** [2] - 2:12, 183:2
**31:06** [1] - 226:9
**32** [1] - 2:4
**33** [3] - 98:23, 99:1, 99:4
**33.3** [1] - 98:9
**333** [1] - 1:21
**36** [2] - 63:17, 148:1
**39** [1] - 149:19
**395** [1] - 200:14
**3:06** [1] - 128:19
**3:07** [1] - 134:15
**3:30** [3] - 46:6, 46:15, 46:16
**3:43** [1] - 17:25
**3rd** [4] - 14:21, 22:1, 91:6, 91:7

## 4

**4** [2] - 18:7, 186:20
**40** [4] - 124:22, 132:1, 137:16, 194:15
**402** [1] - 189:19
**402.1008** [2] - 12:3, 180:3
**402.15013** [1] - 194:22
**402.3717** [2] - 14:8, 189:4
**402.9001** [1] - 190:20
**402.9901** [2] - 13:13, 89:19
**41** [2] - 65:1, 81:12
**41:07** [1] - 81:13
**43** [2] - 38:25, 148:10
**44** [5] - 267:2, 267:4, 267:8, 270:12, 273:7
**449** [5] - 2:12, 31:7, 31:17, 31:21, 90:12
**450** [3] - 31:7, 31:17, 31:21
**450.............................
.......** [1] - 2:12
**47.5** [1] - 97:22
**4704-B** [1] - 1:22
**48** [1] - 149:7
**4:00** [2] - 97:16, 141:20
**4:20** [2] - 46:7, 47:5
**4:21** [2] - 38:15, 38:25
**4:22** [4] - 37:8, 39:18, 41:14, 47:17
**4:22:07** [1] - 141:21
**4:22:09** [2] - 39:21, 48:17
**4:22:10** [1] - 142:4
**4:22:16** [2] - 37:6, 39:23
**4:22:19** [1] - 143:3
**4:22:34** [1] - 149:8
**4:24** [1] - 223:25
**4:25** [2] - 46:8, 47:5
**4:26** [1] - 46:8
**4:34** [1] - 223:25
**4:35** [1] - 223:22
**4chan** [1] - 184:9

## 5

**5** [14] - 1:9, 19:6, 19:12, 19:21, 19:22, 19:23, 22:20, 22:22, 65:13, 95:13, 96:4, 199:17, 268:1
**50** [1] - 211:15
**504** [8] - 65:2, 65:5, 81:12, 212:4, 213:2, 215:19, 226:8,

268:12
**507** [1] - 196:17
**508** [3] - 29:1, 29:22, 30:1
**508**............................
............ [1] - 2:12
**511** [8] - 61:13, 62:19, 62:20, 62:25, 63:14, 63:15, 208:16, 209:3
**59** [1] - 155:21
**5:00** [1] - 172:5
**5:30** [1] - 254:25
**5:51** [1] - 91:6
**5:57** [1] - 274:7
**5th** [2] - 94:4, 96:7

**6**

**6** [74] - 3:8, 9:10, 15:21, 15:23, 16:5, 17:25, 18:2, 18:5, 18:8, 20:19, 21:11, 21:14, 22:24, 23:3, 23:4, 28:23, 30:9, 32:12, 59:3, 59:9, 67:22, 73:19, 76:10, 91:7, 92:15, 92:24, 95:16, 96:7, 96:17, 96:18, 97:2, 97:4, 97:16, 98:24, 99:14, 99:18, 101:16, 104:22, 107:13, 117:4, 118:4, 118:8, 124:24, 125:3, 125:4, 125:9, 125:13, 125:14, 159:3, 160:15, 161:14, 161:19, 162:4, 162:9, 162:12, 168:15, 179:21, 180:21, 181:16, 182:3, 185:24, 213:19, 214:19, 230:2, 246:1, 246:23, 253:10, 257:25, 261:17, 266:1, 270:21
**6-foot-4** [1] - 121:25
**601** [5] - 1:14, 26:25, 28:14, 28:19, 173:3
**602** [5] - 27:7, 27:12, 151:3, 151:17, 173:3
**602**............................
............ [1] - 2:11
**6:00** [8] - 15:23, 97:7, 97:8, 97:11, 97:12, 98:13, 98:17
**6th** [13] - 13:4, 16:22, 30:13, 94:4, 96:18,

141:18, 162:2, 162:22, 181:5, 187:1, 199:19, 199:20

**7**

**7** [2] - 21:7, 21:12
**707** [2] - 139:5, 251:12
**709** [4] - 252:18, 252:21, 252:22, 253:17
**709**............................
............ [1] - 2:14
**710** [2] - 245:1, 247:4
**710**............................
............ [1] - 2:13
**711** [10] - 32:25, 33:1, 33:7, 33:14, 33:18, 36:3, 41:20, 41:21, 153:13, 241:23
**7th** [3] - 15:24, 21:15, 181:20

**8**

**8** [2] - 202:21, 210:21
**8:00** [1] - 79:7
**8:30** [2] - 225:2, 225:5
**8:45** [1] - 255:6
**8chan** [1] - 184:9

**9**

**9** [6] - 39:18, 63:1, 63:17, 65:1, 121:15, 122:21
**9/11** [1] - 175:7
**91367** [1] - 1:18
**923** [1] - 22:17
**9901** [1] - 190:21
**9:00** [9] - 79:10, 79:11, 80:16, 80:25, 81:1, 225:19, 255:6, 255:7, 265:21
**9:16** [1] - 1:6
**9th** [1] - 22:1

**A**

**a.m** [19] - 1:6, 15:23, 18:2, 18:5, 18:8, 79:10, 79:11, 80:16, 80:25, 81:1, 81:8, 97:8, 97:12, 98:17, 225:19, 255:6, 255:7, 265:21
**a.m.-7** [1] - 18:8
**ability** [3] - 25:15, 204:14, 219:12

**abject** [1] - 240:16
**able** [27] - 4:20, 6:20, 12:9, 14:24, 24:1, 24:21, 25:5, 70:22, 95:2, 95:25, 152:24, 179:14, 180:24, 181:1, 191:20, 206:2, 206:6, 206:15, 207:25, 213:22, 214:3, 236:13, 258:7, 260:5, 260:8, 269:11, 271:7
**above-entitled** [1] - 275:5
**absent** [1] - 261:8
**absolute** [1] - 221:16
**absolutely** [11] - 42:10, 78:3, 157:13, 164:20, 177:17, 181:13, 182:5, 189:24, 198:4, 203:22, 219:10
**absurd** [2] - 66:12, 67:4
**abundance** [1] - 204:18
**accept** [1] - 31:5
**access** [3] - 74:9, 74:18, 163:9
**accomplished** [1] - 89:10
**according** [2] - 69:6, 182:1
**accosted** [1] - 243:1
**account** [1] - 87:18
**accountability** [1] - 263:10
**accurate** [4] - 16:23, 41:23, 246:2, 253:9
**accusations** [1] - 46:3
**accused** [3] - 45:12, 99:22, 132:12
**accuses** [1] - 45:24
**accusing** [1] - 45:7
**acknowledged** [1] - 78:23
**acquittal** [1] - 121:8
**act** [2] - 89:8, 222:19
**action** [3] - 125:6, 145:20, 269:6
**actions** [5] - 127:1, 173:13, 223:7, 240:10, 242:11
**activate** [1] - 77:14
**activated** [4] - 266:10, 266:12, 266:19, 266:24
**active** [3] - 184:13, 185:2, 192:8

**activities** [1] - 99:18
**activity** [4] - 51:21, 52:11, 52:14, 109:13
**acts** [1] - 257:25
**actual** [7] - 19:8, 19:12, 19:24, 56:4, 183:24, 221:18, 253:10
**actuality** [1] - 193:15
**add** [3] - 5:1, 22:21, 102:8
**added** [4] - 98:1, 192:10, 234:14, 234:16
**addition** [2] - 97:2, 256:12
**additional** [5] - 75:16, 76:4, 102:13, 111:24, 165:11
**address** [12] - 3:18, 10:10, 32:22, 80:19, 151:4, 159:3, 194:12, 270:15, 271:2, 271:3, 271:23, 273:17
**addressed** [1] - 17:21
**addresses** [1] - 9:14
**adequately** [1] - 79:8
**adjourn** [1] - 256:9
**adjourned** [1] - 274:7
**administration** [3] - 180:14, 181:7, 181:19
**admit** [5] - 31:13, 130:15, 246:5, 247:1, 253:12
**admitted** [19] - 17:5, 27:11, 28:18, 29:25, 31:15, 31:24, 108:7, 130:8, 130:13, 133:9, 133:13, 133:17, 135:24, 247:3, 249:3, 253:15, 259:5, 261:24
**adult** [1] - 176:16
**adults/teenagers** [1] - 218:10
**advance** [3] - 21:22, 157:2, 261:16
**advancing** [3] - 221:10, 221:11, 235:16
**advertise** [1] - 187:20
**advice** [2] - 3:13, 3:16
**advocacy** [3] - 56:2, 85:16, 85:17
**advocating** [1] - 85:19
**AED** [1] - 176:15
**aesthetically** [1] -

185:18
**affect** [1] - 234:10
**affects** [1] - 78:2
**affirmed** [1] - 263:20
**Afghanistan** [1] - 175:9
**afield** [1] - 79:4
**AFO** [2] - 30:20, 30:22
**afraid** [1] - 122:2
**after-action** [1] - 125:6
**afternoon** [13] - 37:8, 120:6, 124:2, 124:6, 128:20, 134:15, 141:20, 159:25, 171:25, 172:14, 172:15, 172:18, 201:7
**afterwards** [2] - 126:25, 215:9
**aged** [1] - 232:6
**agencies** [1] - 73:21
**agency** [1] - 23:9
**agent** [16] - 5:3, 11:16, 55:23, 64:1, 64:4, 75:8, 84:1, 107:22, 117:12, 151:19, 151:20, 152:4, 173:2, 208:5, 208:11, 224:23
**Agent** [15] - 11:25, 12:4, 12:25, 14:10, 14:24, 16:17, 23:8, 28:21, 30:4, 30:21, 32:9, 36:11, 38:12, 81:11, 117:1
**agents** [6] - 76:7, 109:17, 109:19, 109:22, 110:19, 233:24
**aggressive** [1] - 69:15
**aging** [1] - 236:12
**agitate** [1] - 250:9
**agitator** [2] - 250:10, 252:9
**ago** [6] - 6:8, 70:14, 72:23, 72:24, 198:22, 269:21
**agree** [59] - 34:7, 34:8, 35:18, 36:17, 36:24, 37:6, 37:7, 38:6, 39:19, 39:24, 41:12, 44:24, 47:9, 47:11, 47:13, 48:19, 48:24, 49:2, 49:3, 49:6, 49:8, 49:11, 49:14, 49:22, 49:25, 50:24, 51:23, 52:14, 55:4, 56:8, 56:9, 63:13, 64:1, 82:8, 85:11, 85:16, 86:25, 89:13,

92:14, 92:24, 93:17,
93:25, 96:8, 98:9,
98:16, 98:21, 99:5,
99:24, 104:17,
104:20, 105:25,
107:14, 109:20,
111:1, 115:6, 164:1,
187:24, 258:15,
259:17
**agreed** [6] - 3:22,
68:25, 96:25,
130:15, 260:25,
273:20
**agreeing** [1] - 5:15
**agreement** [1] - 31:4
**ahead** [43] - 72:5,
100:13, 136:1,
138:8, 140:3,
142:16, 180:4,
197:11, 197:16,
199:21, 200:19,
201:15, 204:13,
204:15, 208:15,
209:17, 210:6,
213:2, 215:19,
217:4, 228:17,
230:16, 231:3,
231:10, 232:17,
234:24, 236:4,
236:17, 237:3,
237:6, 239:5, 242:8,
245:1, 247:6,
247:20, 247:22,
248:7, 248:10,
249:2, 253:18,
253:22, 261:9,
265:16
**ahold** [1] - 251:3
**aid** [6] - 41:16, 176:15,
176:17, 207:20,
207:22, 218:3
**aided** [1] - 1:25
**ain't** [1] - 219:24
**Ainsworth** [49] - 8:18,
8:20, 9:6, 9:24,
36:15, 36:18, 37:3,
39:22, 41:2, 42:2,
42:4, 42:6, 42:10,
42:18, 43:8, 43:10,
43:18, 43:21, 45:18,
48:1, 48:2, 68:25,
69:3, 69:7, 70:4,
70:7, 70:23, 75:20,
108:21, 110:11,
111:2, 111:18,
113:25, 115:7,
115:14, 115:19,
115:25, 117:11,
117:13, 117:16,
117:24, 118:11,

122:10, 122:17,
164:7, 164:12,
238:10, 238:15,
266:23
**Ainsworth's** [3] - 48:3,
79:24, 113:8
**air** [3] - 166:8, 166:16,
212:17
**Air** [1] - 207:22
**aircraft** [3] - 174:19,
174:20, 174:22
**airplane** [1] - 160:8
**airport** [1] - 210:21
**Alabama** [6] - 23:16,
23:17, 23:24, 60:12,
96:12, 196:3
**Alberts** [1] - 265:2
**Albertsons** [3] -
16:20, 17:17, 17:18
**albertsons.com** [1] -
17:15
**alcohol** [1] - 176:7
**alcove** [1] - 248:3
**alert** [2] - 7:20, 215:4
**ALEXIS** [2] - 2:4,
11:18
**allegations** [2] -
46:14, 255:24
**alleged** [10] - 45:17,
46:22, 47:3, 67:5,
68:24, 86:24,
255:21, 255:22,
256:12, 260:11
**allow** [4] - 32:23,
79:12, 169:24,
181:23
**allowed** [6] - 160:24,
162:10, 165:19,
216:23, 233:20,
234:21
**allowing** [2] - 204:6,
220:9
**allows** [1] - 182:21
**almost** [9] - 66:5,
82:5, 96:8, 96:13,
96:15, 105:6,
109:17, 144:7, 162:7
**altercation** [3] -
226:24, 249:24
**alternate** [2] - 13:23,
191:11
**amazed** [1] - 222:18
**amendment** [3] -
187:7, 189:16,
189:21
**Amendment** [38] -
14:11, 14:16, 56:19,
56:21, 58:9, 60:24,
61:5, 65:19, 65:20,
66:1, 81:7, 92:9,

93:25, 187:7, 189:8,
189:11, 189:17,
190:10, 190:15,
213:22, 216:25,
218:4, 233:21,
234:18, 264:2,
264:10, 265:10,
269:12, 270:2,
270:3, 270:5, 270:7,
270:25, 271:3,
271:10, 271:13,
271:18, 272:21
**AMERICA** [1] - 1:3
**America** [3] - 189:2,
189:14, 196:24
**American** [7] - 55:2,
55:10, 55:11, 55:13,
55:15, 139:12,
185:14
**Americans** [13] -
30:16, 87:4, 89:11,
178:3, 205:5,
211:18, 221:2,
223:5, 233:24,
239:19, 244:16,
248:22, 254:19
**amount** [2] - 183:16,
222:21
**amounts** [1] - 161:2
**amped** [2] - 76:22,
76:25
**amping** [3] - 76:11,
76:13, 77:8
**analysis** [2] - 60:13,
232:3
**analyzed** [1] - 208:5
**Anderson** [2] - 45:22,
121:25
**angle** [3] - 153:21,
210:2, 253:8
**angles** [3] - 47:23,
145:24, 240:9
**announce** [1] - 177:14
**announcement** [2] -
97:3, 132:7
**announcements** [6] -
53:10, 135:4, 135:6,
159:4, 236:21,
236:23
**annoys** [1] - 217:13
**anomalies** [3] -
178:14, 211:7,
221:17
**anon** [2] - 184:7,
184:12
**anons** [1] - 184:8
**anonymous** [1] -
184:11
**answer** [19] - 71:9,
71:20, 71:25, 73:6,

87:8, 87:9, 90:6,
102:6, 115:4,
130:24, 152:24,
165:20, 172:21,
172:22, 172:24,
185:24, 266:1, 269:7
**answered** [7] - 88:19,
89:4, 99:25, 100:10,
100:12, 107:10,
114:21
**anthropological** [1] -
229:15
**anthropology** [2] -
173:23, 177:25
**anticipated** [1] -
119:15
**anticipation** [3] -
163:5, 163:21, 199:9
**Antifa** [1] - 204:19
**antipatriot** [1] - 30:15
**anyway** [3] - 156:23,
218:25, 250:12
**AOC** [1] - 214:6
**apart** [1] - 152:4
**apartment** [1] - 168:17
**apologize** [6] - 35:12,
127:13, 145:11,
209:22, 260:19,
270:23
**Apoo** [1] - 185:4
**appear** [7] - 28:24,
62:15, 86:14, 97:19,
104:18, 106:1,
152:19
**APPEARANCES** [1] -
1:12
**appeared** [1] - 115:25
**appeasing** [1] -
185:17
**apply** [1] - 272:2
**appreciate** [2] -
105:22, 116:4
**approach** [4] - 26:12,
109:2, 111:23,
113:11
**approached** [2] -
219:3, 264:12
**approaching** [3] -
146:6, 207:5, 220:7
**appropriate** [4] -
66:22, 67:9, 250:11,
271:2
**appropriately** [1] -
270:10
**area** [61] - 16:7, 39:12,
46:1, 46:2, 46:9,
46:10, 46:11, 46:12,
46:23, 46:24, 47:9,
48:14, 50:23, 51:20,
61:10, 61:16, 62:2,

62:5, 63:4, 64:6,
64:17, 64:23, 83:2,
83:3, 83:6, 83:8,
83:9, 90:23, 91:15,
92:11, 92:22, 94:12,
104:10, 129:22,
131:11, 134:4,
134:7, 134:20,
135:11, 152:16,
159:6, 168:9,
180:24, 193:14,
196:5, 208:20,
213:8, 213:11,
213:15, 213:25,
216:5, 218:25,
222:5, 235:2,
256:24, 262:2,
263:11, 267:20
**areas** [6] - 93:6, 93:14,
162:3, 200:16,
214:23, 235:13
**argue** [6] - 68:2,
68:12, 132:20,
227:3, 258:21, 268:2
**argued** [2] - 67:15,
76:15
**arguing** [2] - 272:5,
272:6
**argument** [16] - 8:21,
9:14, 66:12, 67:4,
68:3, 68:7, 68:17,
70:1, 268:10,
268:15, 268:17,
269:16, 270:13,
271:1, 271:5, 271:16
**arguments** [4] - 267:9,
270:12, 271:4,
273:18
**arm** [3] - 139:22,
251:3, 251:23
**armed** [2] - 105:17,
201:13
**arms** [6] - 140:11,
143:13, 143:14,
145:18, 154:10,
244:9
**arrangements** [1] -
204:13
**arrest** [11] - 23:9,
23:12, 23:13, 23:19,
23:25, 24:4, 25:6,
25:11, 107:20,
176:23, 233:11
**arrested** [5] - 23:9,
23:22, 27:5, 132:16,
209:16
**arrests** [1] - 233:11
**arrived** [3] - 76:22,
198:11, 200:14
**art** [1] - 184:2

articles [1] - 190:1
artistically [1] - 185:17
ashamed [1] - 198:14
aside [1] - 171:1
ASP [1] - 244:10
aspect [2] - 177:23, 216:23
ASPs [1] - 244:15
assault [18] - 8:24, 9:10, 45:17, 45:25, 46:3, 46:14, 47:4, 69:7, 70:16, 70:22, 70:23, 117:11, 117:25, 121:14, 121:23, 122:14, 241:20, 257:12
assault's [1] - 117:12
assaulted [6] - 10:2, 68:25, 69:3, 69:25, 117:17, 140:21
assaulting [1] - 33:22
assaults [11] - 32:12, 45:12, 45:15, 46:22, 67:6, 67:7, 255:13, 255:18, 255:21, 255:23
assemble [1] - 218:5
assigned [1] - 141:15
assisting [1] - 11:11
assume [7] - 19:1, 43:5, 68:21, 93:21, 112:14, 226:18, 244:22
assumptions [1] - 178:24
assuring [1] - 263:24
astounding [1] - 67:21
astray [1] - 112:9
astute [1] - 174:12
atmosphere [3] - 206:5, 210:7, 234:14
attached [1] - 175:1
attack [6] - 57:4, 84:16, 85:2, 85:3, 200:8, 200:10
attempt [5] - 30:18, 182:19, 230:14, 231:14, 233:3
attempted [1] - 122:14
attempting [1] - 202:15
attend [2] - 90:25, 93:3
attention [7] - 23:8, 37:5, 38:14, 64:1, 128:17, 186:5, 231:17
attorney [13] - 56:21, 58:9, 60:24, 61:5,

77:3, 225:23, 225:25, 262:6, 263:22, 264:4, 264:22, 265:3, 265:6
Attorney's [1] - 1:14
attorneys [2] - 164:9, 168:12
audible [1] - 57:20
audio [3] - 9:18, 125:5, 127:5
AUSA [2] - 1:13, 1:13
AUSAs [1] - 8:9
authentic [1] - 101:13
authentication [1] - 16:25
author [3] - 14:4, 89:23, 111:12
authorize [1] - 23:24
authorized [1] - 23:12
auto [3] - 90:3, 187:14, 193:5
available [1] - 162:6
avatars [1] - 185:22
Avenue [4] - 1:21, 18:23, 96:12, 207:6
average [2] - 98:5, 99:3
awake [1] - 9:17
aware [26] - 11:7, 59:17, 74:25, 75:5, 75:23, 83:17, 87:2, 99:11, 100:24, 106:2, 106:9, 107:7, 107:9, 110:2, 110:5, 110:12, 113:7, 114:19, 116:10, 159:20, 215:13, 264:10, 266:3, 273:9, 273:12, 273:16
awe [1] - 222:18
Axon [4] - 37:18, 37:21, 38:3

**B**

Baboulis [3] - 82:2, 82:19, 158:13
bachelor [1] - 176:13
bachelor's [1] - 173:23
backed [1] - 154:23
background [10] - 12:19, 102:1, 132:7, 136:19, 153:5, 173:15, 173:21, 177:19, 183:19, 212:19
backing [1] - 233:16
backpack [3] - 203:20,

210:20, 210:23
backwards [2] - 148:6, 183:23
bad [5] - 8:14, 10:8, 210:24, 223:1, 232:14
bag [6] - 26:22, 26:23, 28:4, 210:15, 210:22, 211:1
bags [2] - 25:17, 25:25
balding [1] - 232:6
ball [1] - 251:8
ballot [2] - 15:4, 178:9
banging [1] - 226:16
banner [3] - 186:4, 187:19, 211:13
barely [1] - 199:7
barricade [1] - 213:13
barrier [1] - 228:1
barriers [2] - 209:2, 213:11
based [25] - 8:6, 8:15, 8:23, 21:21, 22:2, 28:23, 30:8, 38:4, 55:5, 65:22, 66:5, 66:13, 67:25, 69:5, 72:5, 92:25, 96:4, 97:22, 102:9, 117:3, 118:11, 152:25, 246:1, 266:20, 273:19
basic [2] - 207:22, 207:25
basis [8] - 8:15, 70:4, 121:9, 137:21, 165:3, 171:7, 171:16, 271:18
bathroom [3] - 79:15, 81:3, 197:4
baton [3] - 155:15, 243:23, 244:11
batons [1] - 155:12, 243:14, 244:6
bay [1] - 244:8
beaten [1] - 242:18
beautifully [1] - 210:12
beauty [1] - 211:14
became [6] - 25:2, 174:9, 175:8, 185:2, 195:23, 203:12
become [8] - 43:8, 124:23, 179:14, 207:9, 214:15, 215:13, 259:8, 260:18
becoming [1] - 217:19
bedroom [1] - 186:17
bees [1] - 222:20
BEFORE [2] - 1:1, 1:9

began [2] - 241:17, 266:6
begin [1] - 195:12
beginning [10] - 16:4, 43:17, 44:15, 137:13, 140:5, 154:14, 225:7, 247:8, 265:8, 265:18
begins [1] - 190:23
behalf [1] - 160:17
behaving [1] - 77:11
behavior [2] - 76:25, 123:3
behind [17] - 15:6, 138:14, 139:18, 140:19, 144:6, 144:8, 149:10, 194:1, 210:4, 219:6, 226:15, 231:7, 231:25, 234:15, 243:3, 243:20, 251:6
beliefs [1] - 195:5
belies [1] - 267:21
belonged [1] - 194:13
below [4] - 13:19, 14:9, 48:7, 98:9
Bench [15] - 33:4, 34:23, 40:7, 41:18, 49:20, 101:7, 125:23, 130:6, 136:24, 144:25, 150:25, 157:24, 159:13, 165:9, 245:4
bench [16] - 33:12, 35:13, 40:22, 43:14, 50:5, 103:25, 112:2, 113:2, 126:16, 133:6, 137:9, 145:9, 152:13, 158:23, 166:4, 245:19
benefit [1] - 255:13
beside [1] - 232:7
best [1] - 192:5
better [8] - 20:9, 95:19, 96:9, 172:24, 176:12, 231:22, 236:13
between [28] - 15:23, 19:21, 20:2, 21:11, 31:4, 47:5, 49:2, 49:12, 56:2, 60:14, 102:3, 106:13, 143:4, 143:7, 147:17, 152:7, 163:8, 175:19, 207:22, 239:19, 240:5, 240:6, 242:18, 242:21, 242:23, 247:15, 248:1, 250:22

beyond [9] - 9:15, 9:16, 9:20, 9:21, 116:2, 130:7, 151:12, 169:8, 169:23
bias [2] - 258:8, 258:19
biased [1] - 261:15
Bible [1] - 190:6
big [5] - 105:11, 176:20, 210:2, 210:9, 226:18
bike [5] - 209:2, 211:5, 213:13, 213:17, 229:17
bin [1] - 226:18
bit [35] - 12:23, 15:13, 52:5, 62:24, 73:4, 92:10, 92:13, 93:23, 115:17, 119:13, 126:25, 127:20, 136:1, 137:16, 138:8, 138:22, 138:25, 141:7, 144:16, 144:19, 147:9, 148:25, 154:11, 162:15, 182:7, 186:12, 196:4, 196:13, 198:18, 204:5, 206:22, 226:24, 236:16, 241:4, 269:12
bite [2] - 192:14, 222:10
bite-sized [1] - 192:14
black [9] - 20:7, 20:9, 20:13, 21:10, 71:12, 96:12, 153:6, 211:5, 211:17
Black [3] - 53:25, 194:4, 194:13
blank [1] - 228:8
blaring [1] - 206:7
blatantly [1] - 78:18
bleacher [1] - 104:10
bleachers [2] - 128:2, 129:14
bleed [1] - 185:16
bloc [1] - 211:5
blocked [1] - 216:8
blocks [2] - 13:24, 191:12
blown [1] - 79:14
blue [27] - 47:13, 71:22, 72:1, 115:24, 122:16, 144:5, 144:22, 145:13, 145:16, 145:17, 147:4, 154:10,

154:11, 154:22, 185:16, 205:7, 211:14, 211:15, 237:11, 237:13, 238:19, 238:21, 251:1, 251:6, 254:22
**blurry** [1] - 62:24
**board** [2] - 184:11, 202:20
**boards** [1] - 184:7
**bodily** [2] - 192:2, 244:4
**body** [85] - 10:13, 13:16, 13:21, 36:6, 36:12, 36:23, 37:1, 37:10, 37:12, 37:19, 37:24, 38:2, 38:3, 38:5, 38:10, 38:13, 39:6, 41:21, 48:6, 50:24, 59:6, 59:10, 72:1, 72:6, 72:7, 72:16, 72:19, 73:11, 73:18, 74:7, 74:17, 75:5, 75:19, 75:21, 76:14, 77:14, 77:21, 77:24, 77:25, 84:6, 106:16, 108:10, 113:5, 113:7, 113:9, 113:22, 114:1, 114:4, 114:9, 114:10, 114:11, 114:14, 114:20, 114:25, 115:21, 118:12, 125:20, 127:3, 129:4, 133:21, 136:14, 141:6, 141:7, 141:12, 141:15, 148:2, 148:12, 148:15, 153:21, 154:15, 161:25, 238:2, 240:5, 241:8, 249:12, 265:19, 265:25, 266:4, 266:5, 266:6, 266:18, 266:22, 266:23
**body-worn** [17] - 73:18, 74:7, 74:17, 75:5, 106:16, 108:10, 118:12, 161:25, 265:19, 265:25, 266:4, 266:5, 266:6, 266:18, 266:22, 266:23
**Boise** [1] - 124:17
**BOLO** [1] - 53:10
**bone** [1] - 175:19
**bones** [1] - 175:20

**Bonk** [1] - 185:4
**books** [1] - 214:7
**boot** [2] - 207:4, 240:17
**border** [1] - 153:6
**born** [2] - 173:17
**bother** [1] - 7:16
**bottle** [2] - 203:16, 210:14
**bottom** [10] - 13:14, 29:12, 30:6, 34:4, 81:22, 89:20, 138:6, 142:8, 148:14, 174:8
**bought** [1] - 203:18
**bounced** [2] - 237:15, 238:22
**Bowser** [2] - 90:20, 92:8
**box** [1] - 178:25
**boxes** [1] - 14:17
**boy** [1] - 173:18
**Boys** [3] - 67:22, 257:7, 257:10
**Brady** [4] - 8:5, 10:4, 70:1, 72:17
**brain** [1] - 231:23
**branch** [1] - 96:21
**Branch** [1] - 19:14
**brand** [2] - 266:8, 266:9
**brand-new** [2] - 266:8, 266:9
**breach** [3] - 236:1, 257:12
**break** [11] - 10:16, 65:8, 65:12, 73:13, 79:14, 79:15, 81:3, 119:1, 119:25, 170:11, 223:20
**breaking** [1] - 230:6
**breast** [2] - 43:24, 266:16
**breathing** [1] - 234:12
**Brett** [1] - 214:5
**brief** [10] - 79:15, 79:20, 121:8, 173:15, 223:20, 224:21, 265:8, 271:23, 272:1
**briefed** [1] - 123:13
**briefing** [1] - 256:11
**briefly** [7] - 15:16, 25:13, 34:22, 73:10, 173:20, 175:23, 242:1
**bring** [37] - 3:5, 5:19, 9:18, 10:17, 32:5, 33:1, 36:5, 38:10, 61:13, 81:12, 89:19, 90:10, 91:21, 104:6,

121:6, 123:22, 123:25, 125:19, 126:17, 142:15, 147:22, 156:12, 180:1, 180:2, 189:19, 190:20, 193:17, 197:24, 201:11, 203:9, 203:14, 203:21, 215:8, 225:18, 227:10, 236:25, 273:9
**bringing** [4] - 9:22, 13:25, 156:11, 193:7
**brought** [3] - 33:14, 63:25, 214:6
**brown** [6] - 27:3, 33:24, 144:6, 154:4, 174:9, 243:16
**BROWN** [2] - 2:4, 11:18
**Brown** [12] - 11:25, 12:4, 12:25, 14:10, 14:24, 16:17, 23:8, 28:21, 30:4, 30:21, 32:9, 117:1
**brushing** [1] - 71:14
**Bryan** [3] - 109:7, 111:13, 117:7
**BS** [1] - 202:11
**buddy** [1] - 227:6
**building** [11] - 12:21, 59:25, 84:16, 128:6, 128:7, 128:9, 205:15, 221:22, 260:12, 261:2, 262:1
**bullhorns** [1] - 214:23
**bunch** [3] - 86:4, 176:2, 214:6
**burn** [2] - 234:13
**bursitis** [1] - 175:19
**bus** [4] - 204:14, 204:17, 204:20, 204:23
**buses** [1] - 207:14
**business** [4] - 16:25, 95:24, 97:17, 99:6
**businesses** [1] - 98:13
**bust** [1] - 185:25
**button** [3] - 77:14, 193:4, 203:18
**BY** [185] - 11:24, 17:10, 19:4, 22:12, 26:15, 27:13, 27:21, 28:20, 29:5, 29:17, 30:3, 32:8, 33:13, 33:20, 34:11, 34:16, 35:14, 36:8, 38:18, 39:5, 40:23, 41:4,

43:15, 43:20, 44:2, 44:11, 44:20, 45:11, 48:11, 49:7, 49:13, 50:6, 50:9, 50:13, 50:19, 51:14, 52:8, 52:23, 54:18, 59:2, 59:18, 60:21, 61:9, 62:22, 81:10, 81:15, 83:16, 84:11, 85:15, 87:11, 88:6, 88:24, 89:6, 90:9, 90:18, 91:13, 92:6, 94:18, 94:25, 98:8, 99:9, 100:2, 100:14, 104:1, 105:15, 106:8, 107:4, 107:8, 107:12, 107:17, 108:6, 108:16, 108:20, 109:4, 110:17, 110:22, 111:9, 113:4, 113:18, 115:3, 115:11, 116:7, 116:14, 116:25, 117:23, 124:11, 126:19, 127:8, 127:17, 127:22, 128:15, 129:2, 129:11, 133:19, 134:3, 134:12, 135:2, 135:20, 136:4, 137:12, 138:3, 138:18, 139:7, 140:2, 140:8, 140:14, 141:3, 141:25, 142:14, 142:18, 143:12, 143:21, 144:1, 144:18, 144:21, 145:10, 146:2, 146:16, 146:22, 147:6, 147:25, 148:9, 149:2, 149:12, 149:18, 152:15, 153:3, 153:15, 154:8, 154:18, 155:3, 155:23, 156:15, 158:25, 159:24, 161:10, 163:25, 166:5, 166:13, 166:21, 167:2, 167:17, 167:22, 168:1, 169:10, 169:18, 172:13, 196:20, 197:13, 197:18, 199:24, 209:5, 209:19, 212:7, 215:21, 217:6, 218:17, 226:6, 226:11,

227:12, 228:19, 230:18, 231:5, 232:22, 235:1, 236:6, 236:19, 237:2, 237:5, 238:9, 239:14, 241:3, 241:11, 241:25, 242:10, 245:20, 246:9, 246:17, 247:11, 247:23, 248:9, 249:9, 251:14, 253:2, 253:21

**C**

**calculator** [2] - 98:1, 98:10
**California** [1] - 1:18
**calm** [1] - 78:10
**cam** [47] - 10:13, 36:6, 36:12, 36:23, 37:1, 37:10, 37:12, 36:23, 38:10, 38:13, 39:6, 41:21, 48:6, 50:24, 59:6, 59:10, 72:2, 72:6, 72:7, 72:16, 73:11, 76:14, 77:24, 113:5, 113:7, 113:9, 113:22, 114:1, 114:4, 114:9, 114:10, 114:11, 114:14, 114:20, 114:25, 115:21, 125:20, 127:3, 129:4, 133:21, 141:6, 141:7, 148:2, 238:2, 241:8
**camaraderie** [1] - 206:5
**camera** [31] - 48:21, 62:7, 72:19, 73:18, 74:7, 74:18, 75:6, 75:19, 75:21, 77:21, 84:6, 106:17, 108:10, 118:12, 136:14, 141:12, 141:15, 147:8, 148:12, 148:15, 153:21, 161:25, 199:5, 249:12, 265:19, 266:1, 266:4, 266:18, 266:22, 266:24
**camera's** [1] - 210:2
**cameras** [6] - 24:12, 154:15, 266:5, 266:7, 266:10, 266:14
**camouflage** [5] -

28:10, 34:19, 35:16, 144:7, 149:10
**camp** [1] - 207:4
**Campanale** [25] - 75:17, 76:5, 76:18, 76:24, 77:7, 77:10, 77:12, 77:23, 78:17, 78:18, 79:3, 103:12, 103:15, 107:25, 108:1, 108:7, 132:12, 215:22, 216:16, 227:15, 231:16, 232:15, 267:23
**Campanale's** [3] - 76:9, 106:16, 233:5
**Campbell** [4] - 88:7, 88:13, 88:14, 88:15
**cams** [6] - 37:19, 37:24, 38:2, 38:3, 77:14, 77:25
**cane** [5] - 138:7, 138:12, 138:24, 250:5, 250:15
**canisters** [2] - 216:18, 227:22
**cannot** [11] - 17:14, 35:24, 66:16, 68:12, 87:10, 120:23, 121:11, 121:22, 121:23, 258:11, 268:22
**cap** [2] - 34:20, 35:16
**capability** [1] - 230:13
**capital** [1] - 211:10
**Capitol** [90] - 12:21, 13:22, 16:3, 16:5, 18:3, 32:16, 32:24, 57:14, 57:24, 58:11, 58:17, 58:18, 58:19, 59:11, 60:16, 60:17, 61:18, 61:19, 61:23, 62:14, 63:8, 64:9, 76:22, 82:2, 84:16, 84:20, 118:4, 128:9, 128:10, 142:8, 142:11, 161:14, 161:19, 164:25, 166:23, 173:12, 183:18, 191:8, 200:9, 203:1, 205:15, 206:20, 206:22, 207:2, 207:5, 207:18, 209:1, 211:21, 213:6, 213:7, 213:21, 214:4, 214:19, 215:14, 216:10, 216:24, 217:22, 217:25,

218:3, 219:23, 220:7, 220:17, 220:22, 221:8, 221:22, 222:2, 222:3, 222:17, 222:19, 223:2, 227:2, 229:3, 230:21, 236:1, 249:18, 254:20, 257:9, 259:22, 260:7, 260:8, 261:1, 261:2, 261:3, 262:2, 262:9, 262:12, 263:11, 264:17, 273:11
**Captain** [2] - 82:2, 82:19
**captain** [1] - 174:10
**capture** [1] - 230:9
**captured** [4] - 62:3, 62:7, 64:18, 255:18
**caravan** [22] - 12:16, 13:3, 13:4, 13:6, 89:7, 180:10, 180:12, 186:5, 186:10, 186:11, 187:1, 187:2, 187:13, 191:18, 192:16, 195:11, 195:20, 195:23, 196:6, 196:9, 197:6, 199:5
**caravans** [1] - 89:12
**card** [1] - 24:20
**care** [4] - 215:11, 225:20, 229:11, 248:23
**career** [2] - 124:18, 175:25
**cares** [1] - 69:24
**carpooling** [1] - 193:19
**carriers** [1] - 174:19
**carry** [2] - 190:5, 224:9
**carrying** [1] - 250:5
**cars** [1] - 197:3
**cartilage** [1] - 175:19
**cartoon** [2] - 87:21, 184:23
**cartoons** [1] - 86:5
**case** [70] - 4:12, 5:3, 9:9, 9:13, 9:22, 11:7, 11:8, 20:3, 22:5, 22:22, 23:9, 25:14, 26:3, 26:5, 33:25, 34:1, 45:7, 45:13, 45:24, 55:23, 64:1, 64:4, 65:14, 66:5, 68:12, 68:22, 71:19,

84:1, 100:8, 107:22, 107:23, 110:23, 113:6, 119:3, 119:7, 124:8, 125:17, 126:14, 141:15, 151:19, 151:20, 152:4, 152:11, 162:1, 162:24, 163:3, 164:11, 164:18, 166:25, 167:12, 169:19, 170:12, 173:2, 193:25, 208:5, 222:11, 255:9, 255:22, 256:16, 257:7, 257:11, 257:12, 257:13, 265:2, 267:12, 270:21, 271:7, 271:14
**Case** [1] - 1:3
**case-in-chief** [1] - 9:22
**cases** [25] - 10:3, 13:24, 67:1, 67:22, 97:21, 99:14, 100:21, 100:24, 109:15, 125:8, 125:9, 160:15, 160:18, 160:21, 162:11, 162:18, 162:21, 191:12, 256:17, 257:3, 257:9, 257:20, 265:1, 270:21, 272:18
**catch** [1] - 186:5
**catching** [1] - 199:10
**categorize** [1] - 139:24
**caught** [2] - 237:16, 238:22
**caused** [2] - 122:17, 150:2
**causing** [2] - 192:2, 192:3
**CB** [1] - 193:24
**CB)** [2] - 14:3, 193:10
**CDU** [1] - 266:17
**cell** [13] - 14:3, 24:13, 24:14, 24:19, 60:12, 60:13, 61:11, 63:6, 65:3, 81:19, 149:15, 153:23, 193:9
**center** [2] - 128:22, 228:2
**certain** [17] - 18:22, 18:24, 70:8, 70:11, 79:8, 117:4, 147:20, 163:5, 163:21,

176:6, 180:21, 184:7, 200:22, 203:10, 208:2, 235:5, 259:22
**certainly** [10] - 9:8, 56:3, 68:2, 73:20, 75:7, 122:18, 224:25, 258:8, 261:6, 267:14
**certainty** [4] - 43:22, 45:4, 61:20, 111:19
**CERTIFICATE** [1] - 275:1
**certificates** [2] - 15:11, 173:24
**certified** [1] - 207:21
**certify** [1] - 275:3
**cervical** [1] - 175:18
**cetera** [6] - 180:19, 185:14, 197:5, 229:5, 254:22
**chain** [1] - 16:12
**chains** [1] - 25:17
**chair** [1] - 217:18
**chambers** [1] - 4:2
**chance** [4] - 102:16, 125:7, 158:21, 181:8
**change** [1] - 77:12
**changed** [6] - 72:6, 72:12, 175:7, 220:13, 272:1, 272:13
**changing** [1] - 15:13
**channel** [1] - 229:14
**chant** [1] - 222:5
**chanting** [4] - 207:6, 212:14, 220:12, 226:21
**chaos** [2] - 52:25, 234:14
**chaotic** [4] - 52:24, 53:2, 53:6, 123:8
**characterization** [2] - 166:10, 173:13
**characters** [1] - 184:23
**charge** [7] - 196:8, 258:9, 258:20, 258:23, 259:3, 259:16, 259:22
**charged** [5] - 67:7, 70:16, 100:23, 132:14, 252:14
**charging** [6] - 65:24, 225:2, 248:12, 252:8, 270:7, 271:2
**charity** [1] - 205:7
**chased** [1] - 250:13
**chat** [2] - 184:7, 202:20

**check** [7] - 32:16, 75:6, 130:24, 132:4, 158:10, 229:9, 263:23
**checked** [1] - 75:4
**checking** [1] - 158:12
**checkpoints** [1] - 63:12
**chemical** [3] - 216:18, 233:24, 234:6
**chemicals** [1] - 234:15
**chest** [2] - 166:9, 166:17
**chief** [1] - 9:22
**child** [3] - 163:9, 163:24, 218:12
**childhood** [1] - 176:8
**children** [5] - 163:18, 168:18, 176:12, 216:19, 218:8
**choices** [1] - 85:19
**Christopher** [1] - 265:2
**chronological** [1] - 45:17
**chronologically** [3] - 45:18, 45:20, 45:21
**chunk** [1] - 80:5
**cigarette** [3] - 136:17, 136:19, 137:24, 138:13
**cigarettes** [1] - 203:17
**circle** [9] - 15:14, 22:5, 30:4, 63:2, 138:8, 143:13, 145:15, 150:17, 246:19
**Circle** [1] - 264:13
**circled** [3] - 106:18, 150:19, 152:16
**circumstances** [6] - 56:12, 56:14, 56:20, 122:6, 123:8
**citizen** [2] - 240:21, 244:3
**city** [16] - 13:25, 89:16, 89:25, 90:4, 90:24, 91:9, 91:10, 91:14, 93:1, 93:7, 96:24, 97:6, 181:6, 191:19, 192:21, 200:15
**citywide** [1] - 18:5
**Civil** [1] - 207:22
**civil** [3] - 67:7, 214:8, 272:6
**claim** [2] - 68:16, 173:18
**claimed** [2] - 69:23, 69:24
**claiming** [1] - 70:19

**claims** [1] - 71:16
**clarification** [1] - 217:22
**clarify** [2] - 104:2, 117:3
**clashing** [1] - 242:20
**classes** [1] - 176:17
**clean** [2] - 145:2, 214:17
**clear** [15] - 22:11, 39:2, 63:8, 65:16, 66:3, 67:9, 80:23, 103:18, 109:6, 132:20, 146:11, 171:2, 241:5, 256:23, 267:7
**clearing** [1] - 236:16
**clearly** [6] - 8:19, 8:22, 8:25, 47:19, 172:17, 231:21
**clerk** [2] - 261:23, 273:8
**cliché** [1] - 254:18
**clicks** [1] - 229:9
**climbing** [5] - 236:8, 237:10, 239:9, 240:25, 241:6
**clip** [3] - 131:25, 238:2, 239:15
**close** [14] - 4:12, 18:7, 48:8, 62:8, 93:6, 97:11, 99:6, 156:2, 180:23, 206:2, 211:9, 224:24, 242:1, 265:13
**closed** [11] - 15:23, 83:2, 83:6, 94:8, 94:11, 94:19, 94:22, 97:6, 97:16, 98:13, 243:2
**closely** [3] - 14:22, 233:11, 242:23
**closer** [1] - 207:8
**closes** [1] - 243:19
**closest** [3] - 128:6, 196:7, 240:15
**closing** [8] - 268:10, 268:17, 270:12, 270:16, 271:4, 273:18, 273:23
**closings** [2] - 225:16, 274:1
**closures** [2] - 94:14, 94:23
**clothing** [1] - 86:15, 203:19
**clown** [1] - 194:14
**coached** [1] - 258:13
**coat** [1] - 203:15
**cobble** [1] - 67:2

**cobbling** [1] - 67:5
**code** [1] - 30:18
**coding** [1] - 20:6
**cold** [2] - 7:10, 7:11
**colds** [1] - 7:13
**colleague** [3] - 267:1, 270:8, 270:10
**collected** [1] - 78:10
**collective** [1] - 182:13
**collectively** [1] - 187:11
**College** [1] - 218:7
**college** [4] - 173:24, 176:12, 176:13, 177:25
**colloquialism** [3] - 182:10, 182:15, 219:22
**colloquy** [5] - 3:12, 262:17, 263:14, 263:15, 265:8
**colonial** [2] - 86:14, 185:12
**color** [3] - 20:6, 21:8, 179:1
**colored** [1] - 232:19
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 15:22, 31:9
**Columbia/Virginia/ Maryland** [1] - 16:7
**column** [18] - 19:8, 19:19, 19:24, 19:25, 20:8, 20:22, 21:1, 21:8, 22:13, 22:14, 22:19, 22:21, 95:19, 96:6, 96:20, 97:18, 98:2
**columns** [1] - 18:24
**combat** [1] - 229:23
**combating** [1] - 229:19
**comfortable** [1] - 131:24
**coming** [12] - 21:23, 22:2, 32:9, 70:21, 112:13, 138:24, 158:16, 176:1, 181:22, 227:21, 228:3, 243:12
**comma** [1] - 193:18
**command** [1] - 221:9
**comment** [2] - 89:21, 89:22
**commented** [2] - 12:15, 88:7
**commenter** [1] - 88:17
**comments** [2] - 12:10, 78:8
**commerce** [7] - 91:17,

94:15, 94:20, 95:1, 272:4, 272:7, 272:12
**commit** [2] - 9:9, 264:17
**committing** [1] - 32:11
**common** [6] - 182:10, 182:14, 188:4, 188:23, 219:22
**commonly** [1] - 227:23
**communicate** [4] - 14:2, 193:9, 193:25, 206:16
**communication** [1] - 193:23
**communications** [1] - 125:5
**community** [1] - 173:24
**commute** [1] - 115:18
**company** [6] - 16:21, 37:18, 37:19, 37:23, 38:3, 201:21
**compared** [5] - 21:14, 96:24, 97:19, 97:21, 153:19
**compares** [1] - 19:10
**comparing** [1] - 19:11
**compelling** [1] - 68:17
**compensation** [1] - 175:15
**completely** [8] - 3:19, 68:9, 77:4, 126:13, 148:22, 206:12, 222:17, 254:12
**completion** [1] - 50:16
**compliance** [1] - 268:22
**complied** [3] - 27:16, 30:7, 138:10
**comply** [3] - 209:13, 209:15, 233:5
**compound** [1] - 84:10
**compounding** [1] - 264:3
**computer** [4] - 1:25, 24:19, 60:13, 173:25
**computer-aided** [1] - 1:25
**computers** [1] - 24:11
**concern** [1] - 238:3
**concerned** [5] - 102:9, 254:15, 254:17, 265:12, 269:9
**concerns** [1] - 264:3
**conclusion** [5] - 9:13, 54:14, 65:24, 94:16, 140:22
**conclusions** [1] - 178:22

**conclusive** [1] - 233:14
**condensed** [1] - 207:8
**condition** [2] - 170:21, 171:13
**conditions** [1] - 174:4
**conduct** [3] - 121:16, 122:22, 241:20
**conducted** [2] - 64:8, 110:8
**conducting** [1] - 110:3
**confer** [2] - 119:16, 261:8
**conference** [35] - 33:4, 33:12, 34:23, 35:13, 40:7, 40:22, 41:18, 43:14, 49:20, 50:5, 65:24, 101:7, 103:25, 112:2, 113:2, 125:23, 126:16, 130:6, 133:6, 136:24, 137:9, 144:25, 145:9, 150:25, 152:13, 157:24, 158:23, 159:13, 165:9, 166:4, 225:2, 245:4, 245:19, 270:9, 271:2
**confident** [1] - 167:4
**configuration** [1] - 83:6
**confined** [1] - 216:18
**confining** [1] - 224:19
**confirm** [4] - 35:3, 73:12, 94:2, 158:21
**conflict** [1] - 175:11
**confrontation** [7] - 84:24, 85:4, 85:6, 85:7, 90:24, 93:2
**confused** [6] - 109:21, 211:24, 270:18, 272:18, 272:22, 273:1
**confusing** [3] - 6:5, 53:7, 64:3
**confusion** [2] - 40:24, 234:15
**congested** [1] - 218:24
**Congress** [20] - 54:13, 54:17, 57:7, 58:4, 58:7, 67:3, 84:25, 85:5, 85:6, 86:20, 86:21, 86:24, 194:19, 195:1, 212:9, 212:16, 212:21, 212:23, 212:25, 218:6
**congressional** [1] -

182:23
**congressperson** [3] - 57:4, 85:2, 85:3
**connected** [1] - 175:15
**Connecticut** [1] - 18:23
**connection** [2] - 195:9, 256:17
**consequences** [1] - 262:20
**consider** [10] - 53:6, 176:25, 177:16, 179:4, 220:14, 223:2, 223:4, 229:20, 240:16, 271:19
**considered** [3] - 182:23, 188:17, 190:8
**considering** [2] - 79:22, 198:12
**consistent** [3] - 28:22, 83:5, 199:1
**conspiracy** [1] - 257:9
**Constitution** [19] - 1:21, 14:12, 179:7, 179:8, 179:11, 187:8, 189:9, 189:13, 189:16, 189:21, 190:3, 190:4, 190:5, 190:11, 190:16, 207:6, 217:2, 218:1, 230:23
**constitutional** [6] - 181:10, 181:24, 182:24, 217:1, 220:10, 227:6
**construct** [1] - 226:19
**consult** [2] - 32:2, 262:6
**consulted** [1] - 265:3
**contact** [16] - 13:21, 48:1, 48:2, 48:4, 51:7, 51:11, 78:1, 85:23, 109:11, 109:12, 139:19, 139:24, 157:12, 191:4, 204:12
**contacted** [4] - 76:19, 76:21, 191:22, 191:23
**contain** [1] - 20:20
**content** [9] - 15:2, 15:17, 15:20, 30:5, 30:14, 32:3, 59:3, 59:6
**contest** [1] - 262:23
**context** [6] - 55:17,

55:19, 59:8, 60:7, 61:1, 61:2
**continue** [9] - 11:16, 42:15, 43:3, 68:8, 130:2, 134:10, 156:20, 182:1, 239:1
**Continued** [1] - 11:23
**Continued)..** [1] - 2:4
**continues** [4] - 92:8, 126:7, 134:9, 141:16
**continuing** [3] - 151:2, 151:7, 151:16
**continuous** [2] - 63:18, 63:20
**contradicts** [1] - 201:8
**contrary** [2] - 181:13, 214:21
**control** [1] - 53:8
**Convention** [1] - 234:21
**converged** [1] - 211:9
**conversation** [4] - 3:11, 106:13, 163:13, 269:21
**conversations** [1] - 267:19
**conversing** [1] - 229:13
**convey** [2] - 188:15, 189:22
**convict** [2] - 66:19, 66:21
**convicted** [5] - 259:1, 259:14, 261:10, 261:17, 261:18
**conviction** [1] - 259:12
**convince** [2] - 249:25, 252:13
**convoy** [1] - 180:17
**cool** [3] - 184:14, 185:21, 229:7
**Cooper** [2] - 265:2, 265:8
**coordinated** [2] - 200:8, 200:10
**coordinating** [2] - 174:22, 252:15
**cop** [1] - 248:16
**cope** [1] - 176:8
**copies** [3] - 16:23, 31:7, 32:2
**cops** [3] - 131:11, 131:21, 239:23
**copy** [2] - 14:11, 29:18
**Corcoran** [1] - 97:22
**cordoned** [1] - 262:1
**cordoned-off** [1] - 262:1
**corner** [9] - 29:13,

30:6, 39:18, 128:17, 141:11, 148:14, 184:5, 199:7, 246:21
**Corporal** [31] - 8:20, 9:6, 36:15, 36:17, 39:22, 41:1, 43:17, 43:21, 48:2, 68:25, 69:3, 69:7, 108:21, 111:2, 111:18, 113:8, 113:25, 115:6, 115:19, 115:25, 117:11, 117:13, 117:16, 117:24, 118:11, 122:9, 164:7, 164:12, 238:10, 266:23, 267:23
**corporal** [2] - 69:19, 70:16, 70:24
**corporation** [1] - 95:8
**corralled** [1] - 227:25
**correct** [55] - 3:8, 8:11, 10:21, 29:2, 29:3, 29:18, 31:7, 31:10, 31:11, 33:7, 37:20, 55:25, 56:16, 58:8, 58:14, 59:20, 63:22, 64:4, 69:7, 69:8, 83:18, 85:24, 86:11, 95:16, 95:17, 95:20, 95:21, 96:18, 98:14, 100:5, 106:3, 108:23, 109:18, 110:14, 114:1, 130:1, 146:14, 158:17, 160:4, 160:15, 160:16, 161:13, 161:20, 161:24, 162:22, 167:4, 187:14, 193:5, 224:16, 238:6, 238:7, 252:22, 252:23, 272:7, 275:4
**corrected** [1] - 90:3
**corrections** [1] - 13:18
**correctly** [3] - 196:2, 199:4, 212:3
**correspond** [1] - 18:22
**correspondence** [1] - 176:24
**corresponds** [1] - 36:21
**corrupt** [2] - 121:19, 122:24
**cough** [1] - 7:16
**coughed** [1] - 7:10
**counsel** [1] - 108:13
**counsel's** [1] - 11:9

**count** [5] - 18:11, 18:12, 117:18, 181:11, 256:4
**Count** [4] - 9:10, 121:15, 121:17, 122:21
**countdown** [13] - 136:20, 137:2, 137:20, 137:25, 139:11, 139:13, 140:6, 140:9, 249:16, 250:2, 252:1, 252:4, 252:16
**counted** [2] - 15:12, 181:25
**counter** [3] - 148:14, 192:2, 204:19
**counter-protestors** [2] - 192:2, 204:19
**counterproductive** [1] - 181:18
**country** [13] - 13:7, 179:9, 179:12, 180:14, 181:6, 185:13, 187:13, 191:5, 196:11, 196:14, 211:11, 220:25, 227:5
**country's** [1] - 229:3
**counts** [4] - 121:10, 121:13, 121:15, 121:23
**Counts** [1] - 121:14
**county** [1] - 191:7
**County** [15] - 36:18, 72:19, 73:1, 73:3, 73:11, 75:5, 75:8, 75:9, 114:14, 265:19, 265:24, 266:4, 266:15, 266:16, 266:21
**county/municipality** [1] - 13:22
**couple** [33] - 3:5, 10:12, 36:22, 47:23, 50:21, 51:11, 67:21, 95:7, 99:10, 106:16, 132:2, 132:6, 134:21, 150:14, 152:19, 159:1, 172:25, 183:9, 184:18, 184:23, 197:21, 199:21, 211:23, 214:17, 219:16, 228:24, 237:8, 237:15, 239:22, 244:13, 246:25, 250:20, 256:8
**coupled** [1] - 123:2

**course** [21] - 4:25, 9:16, 9:23, 11:21, 15:19, 56:8, 96:16, 119:17, 119:21, 168:7, 178:3, 178:7, 179:18, 209:14, 214:8, 217:9, 229:1, 234:11, 235:24, 236:21, 265:5
**courses** [2] - 176:16, 176:25
**COURT** [410] - 1:1, 3:4, 3:10, 3:23, 4:3, 4:7, 4:9, 4:11, 4:16, 4:19, 4:25, 5:9, 5:11, 5:14, 5:19, 5:23, 5:25, 6:2, 6:7, 6:16, 6:23, 7:3, 7:7, 7:11, 7:14, 7:18, 7:25, 8:4, 8:14, 9:8, 10:15, 10:20, 10:23, 11:1, 11:4, 11:19, 11:21, 17:3, 17:5, 19:2, 22:10, 26:14, 27:9, 27:11, 27:20, 28:16, 28:18, 29:23, 29:25, 30:25, 31:3, 31:15, 31:22, 31:24, 32:1, 33:10, 34:14, 34:24, 35:5, 35:8, 40:1, 40:15, 40:21, 41:17, 41:19, 41:23, 41:25, 42:5, 42:8, 42:14, 42:23, 43:1, 43:9, 45:10, 49:5, 49:10, 49:16, 49:21, 54:15, 58:25, 59:15, 60:20, 61:8, 65:6, 65:11, 65:16, 66:7, 66:12, 66:18, 67:4, 67:14, 68:1, 68:14, 68:21, 68:24, 69:2, 69:5, 69:9, 69:18, 69:24, 70:10, 70:12, 70:21, 71:4, 71:7, 71:18, 71:23, 72:3, 72:9, 72:15, 72:18, 73:5, 73:10, 73:15, 73:23, 74:1, 74:4, 74:10, 74:15, 74:19, 75:7, 75:18, 76:2, 76:6, 76:21, 76:24, 77:2, 77:6, 77:16, 77:21, 78:1, 78:4, 78:7, 78:12, 78:19, 78:22, 79:4, 80:2, 80:23, 81:3, 81:5, 83:15, 85:14, 87:8, 88:3, 88:19, 88:23, 89:5, 90:6, 90:17, 91:12, 92:5, 94:21, 94:24,

98:7, 99:8, 100:1, 100:13, 101:1, 101:4, 101:8, 101:12, 101:18, 101:23, 102:12, 102:22, 103:4, 103:8, 103:15, 103:20, 105:14, 106:5, 107:6, 107:11, 107:16, 108:4, 108:15, 108:18, 109:3, 110:16, 110:21, 111:5, 111:8, 111:11, 112:3, 112:6, 112:12, 112:20, 112:24, 113:3, 113:11, 113:13, 113:16, 114:22, 114:25, 115:8, 116:3, 116:13, 116:18, 116:22, 118:16, 118:18, 118:20, 118:23, 118:25, 119:6, 119:11, 119:23, 120:2, 120:9, 120:20, 120:25, 121:6, 121:9, 121:13, 122:4, 122:12, 122:19, 123:1, 123:10, 123:16, 123:19, 123:22, 124:1, 124:4, 124:6, 125:24, 126:3, 126:10, 126:15, 130:10, 130:14, 130:18, 130:22, 131:1, 131:7, 131:12, 131:19, 131:22, 132:3, 132:9, 132:19, 133:3, 133:5, 133:7, 133:13, 133:17, 135:19, 135:24, 137:4, 137:10, 140:1, 140:23, 143:11, 145:6, 146:13, 146:21, 146:25, 151:4, 151:9, 151:20, 152:3, 152:12, 152:14, 152:23, 153:11, 155:18, 156:7, 157:20, 158:9, 158:15, 158:20, 158:24, 159:10, 159:14, 159:20, 161:6, 163:14, 163:16,

163:19, 163:23, 165:2, 165:4, 165:6, 165:10, 165:15, 165:19, 166:1, 166:19, 167:1, 167:15, 167:21, 167:25, 169:9, 169:16, 169:24, 170:3, 170:6, 170:8, 170:10, 170:14, 170:23, 171:1, 171:8, 171:15, 171:19, 171:23, 172:2, 172:4, 172:7, 172:10, 223:13, 223:17, 223:20, 223:24, 224:4, 224:9, 224:14, 224:19, 225:9, 225:17, 226:2, 226:4, 234:23, 237:24, 238:3, 238:6, 245:7, 245:10, 245:12, 245:15, 246:6, 246:8, 247:3, 248:24, 249:3, 249:6, 252:21, 252:24, 253:13, 253:15, 254:24, 255:2, 255:12, 255:18, 255:21, 256:2, 256:5, 256:8, 257:7, 257:14, 257:16, 257:21, 258:18, 258:25, 259:8, 259:11, 259:15, 260:1, 260:5, 260:13, 260:20, 260:25, 261:4, 261:7, 261:18, 261:23, 262:10, 262:15, 263:1, 263:12, 263:16, 263:19, 264:5, 264:18, 264:21, 265:5, 265:11, 265:16, 266:8, 266:11, 266:25, 267:14, 267:16, 267:22, 267:24, 268:2, 268:8, 268:17, 268:25, 269:4, 269:15, 269:19, 270:1, 270:9, 270:15, 270:20, 270:24, 271:15, 271:19, 271:25, 272:9, 272:16, 272:19, 273:2,

273:8, 273:25, 274:6, 275:1, 275:9
**Court** [13] - 1:21, 3:21, 5:7, 7:20, 27:18, 66:14, 67:1, 80:20, 85:12, 256:14, 256:21, 267:9
**court** [10] - 3:2, 23:15, 23:24, 26:10, 124:14, 125:7, 162:11, 174:13, 194:14, 198:3
**Court's** [2] - 36:4, 272:11
**courthouses** [1] - 190:17
**courtroom** [17] - 9:12, 11:3, 35:2, 65:15, 69:6, 70:22, 81:9, 119:5, 124:5, 170:13, 172:6, 223:23, 226:3, 255:7, 255:11, 264:4, 265:6
**COURTROOM** [6] - 8:3, 29:3, 62:20, 127:16, 135:25, 249:7
**cover** [1] - 30:5
**covered** [3] - 68:15, 255:13, 255:17
**covering** [1] - 128:23
**covers** [1] - 266:17
**COVID** [1] - 7:15
**cowboy** [1] - 144:5
**CPR** [2] - 176:15, 176:17
**crayon** [1] - 178:25
**crazy** [1] - 76:11
**create** [3] - 119:20, 194:11, 242:19
**created** [5] - 87:13, 87:14, 87:17, 186:3, 242:22
**crews** [1] - 18:8
**crime** [5] - 58:20, 66:10, 66:13, 108:17, 259:14
**criminal** [10] - 10:3, 55:21, 56:9, 56:11, 56:12, 56:15, 56:17, 58:1, 60:6, 89:8
**cross** [24] - 4:14, 5:4, 5:8, 5:12, 9:1, 10:1, 42:9, 65:7, 70:3, 71:7, 71:8, 72:5, 76:7, 103:7, 114:13, 159:11, 190:14, 259:25, 260:2, 260:4, 260:6,

268:13, 268:14, 269:8
**CROSS** [2] - 32:7, 159:23
**Cross** [3] - 2:4, 2:6, 176:15
**cross-examination** [3] - 5:12, 103:7, 114:13
**CROSS-EXAMINATION** [2] - 32:7, 159:23
**Cross-Examination..............** [2] - 2:4, 2:6
**cross-examine** [5] - 10:1, 70:3, 71:7, 72:5, 76:7
**cross-examined** [1] - 71:8
**crossed** [3] - 11:6, 77:22, 78:23
**crowd** [37] - 135:5, 136:21, 138:22, 139:13, 139:14, 140:19, 142:22, 149:21, 150:2, 154:23, 156:1, 156:24, 157:1, 198:6, 207:8, 209:24, 210:8, 211:7, 213:14, 213:18, 214:21, 215:2, 217:17, 217:19, 227:1, 227:19, 227:25, 228:5, 230:5, 236:14, 243:2, 243:13, 243:19, 249:25, 250:9, 252:15, 252:17
**crowded** [1] - 235:9
**CRR** [1] - 1:21
**cruisers** [1] - 199:4
**culminating** [1] - 12:7
**curfew** [7] - 15:15, 16:1, 18:2, 18:5, 97:3, 97:6, 97:13
**curled** [1] - 251:8
**current** [1] - 181:7
**custodian** [1] - 75:10
**custody** [4] - 25:15, 25:17, 26:7, 110:3
**customer** [2] - 167:6, 167:9
**cut** [19] - 50:2, 78:20, 106:14, 106:15, 108:8, 130:16, 131:11, 131:21, 132:13, 134:8, 134:22, 135:17, 159:16, 231:10,

231:14, 233:25, 234:2, 234:4, 265:16
**cutting** [5] - 128:23, 132:12, 132:14, 132:16, 132:18

# D

**D.C** [47] - 1:5, 1:15, 1:22, 12:8, 13:3, 16:13, 18:2, 18:6, 18:7, 18:19, 18:21, 18:23, 21:24, 22:8, 22:14, 22:15, 22:18, 25:21, 56:5, 90:19, 92:14, 95:13, 180:18, 180:21, 180:23, 181:5, 181:12, 181:14, 181:16, 182:3, 182:16, 185:25, 187:1, 195:15, 196:9, 201:1, 201:11, 201:16, 201:17, 202:2, 202:24, 203:9, 204:15, 206:20, 208:18, 215:14, 274:3
**DABNEY** [1] - 1:9
**damage** [1] - 244:21
**damaged** [1] - 62:15
**danger** [2] - 78:6, 207:19, 211:2
**dangerous** [1] - 226:23
**Daniel** [3] - 219:3, 268:13
**Daniels** [1] - 219:3
**data** [4] - 37:18, 95:6, 95:25, 96:18
**databases** [1] - 74:8
**DATE** [1] - 275:9
**date** [21] - 12:23, 13:11, 14:6, 14:20, 17:24, 19:5, 20:18, 21:6, 21:25, 22:13, 22:19, 23:21, 26:19, 91:5, 110:7, 141:12, 141:17, 195:13, 264:18, 266:3
**dates** [3] - 113:15, 265:25, 266:1
**daughter** [6] - 205:8, 205:10, 205:19, 207:11, 207:17, 211:21
**Dave** [1] - 224:17
**David** [2] - 3:9, 120:8
**day-to-day** [1] -

183:21
**days** [4] - 91:7, 181:20, 195:14, 263:18
**de** [4] - 217:21, 226:22, 239:18, 239:20
**de-escalate** [3] - 217:21, 226:22, 239:18
**de-escalation** [1] - 239:20
**deadlines** [1] - 256:11
**deal** [1] - 172:25
**dealing** [2] - 176:8, 255:16
**Dean** [1] - 125:20
**debunked** [2] - 221:19, 221:20
**December** [1] - 13:12
**deceptive** [1] - 168:4
**decertify** [1] - 182:22
**decide** [7] - 4:21, 65:23, 78:14, 79:11, 172:19, 181:5, 256:19
**decided** [2] - 180:21, 180:25
**deciding** [2] - 8:17, 123:10
**decision** [4] - 3:14, 80:17, 97:17, 120:2
**decisions** [2] - 95:24, 176:3
**deck** [2] - 175:2, 244:8
**decrease** [1] - 20:7
**decreased** [1] - 21:2
**decree** [2] - 93:9, 93:13
**dedicated** [2] - 30:16, 176:23
**deep** [5] - 144:9, 144:11, 144:12, 146:10, 176:19
**defend** [6] - 71:15, 217:1, 218:1, 230:23, 269:25, 271:7
**defendant** [24] - 23:10, 23:18, 24:16, 26:2, 28:22, 30:21, 58:15, 60:16, 66:23, 68:25, 70:1, 99:21, 106:13, 132:13, 160:6, 160:8, 166:7, 166:15, 167:9, 169:7, 169:12, 169:22, 263:25, 267:12
**DEFENDANT** [1] -

124:9
**Defendant** [3] - 1:7,
1:16, 247:4
**defendant's** [8] - 23:9,
27:4, 53:18, 53:23,
58:6, 106:15,
170:12, 271:22
**defendants** [3] - 10:4,
99:19, 162:13
**defendants'** [1] -
117:5
**defending** [1] - 269:3
**Defense** [16] - 2:12,
2:13, 2:13, 2:14,
31:17, 31:20, 36:5,
90:12, 125:20,
126:18, 131:6,
133:18, 142:15,
238:4, 252:21,
253:17
**DEFENSE** [1] - 172:11
**defense** [38] - 5:17,
6:17, 8:22, 8:25,
11:9, 11:11, 65:21,
68:10, 69:6, 74:9,
75:1, 78:14, 79:6,
80:2, 80:12, 80:23,
80:24, 108:10,
123:17, 124:8,
125:9, 125:11,
168:11, 168:19,
172:8, 172:20,
224:15, 227:1,
242:7, 256:18,
257:4, 261:13,
265:20, 269:2,
270:7, 272:3
**defense's** [1] - 119:7
**defenses** [1] - 101:15
**deferred** [1] - 64:9
**define** [1] - 60:6
**definitely** [1] - 142:24
**definition** [5] - 58:22,
59:13, 59:15, 60:5,
85:17
**definitively** [1] -
265:25
**deflect** [1] - 251:23
**defuse** [1] - 254:12
**deliberate** [1] - 123:9
**delta** [2] - 20:2, 20:3
**demand** [1] - 268:22
**demonstrate** [1] - 80:9
**demonstrations** [5] -
92:9, 92:15, 93:25,
94:3, 215:14
**demonstrator** [2] -
52:18, 150:22
**demonstrators** [17] -
90:24, 93:1, 104:9,

129:23, 134:23,
146:6, 146:8,
147:15, 147:17,
147:19, 152:20,
155:7, 155:8,
155:10, 155:13,
156:2, 156:20
**demonstrators'** [1] -
156:11
**denied** [6] - 102:2,
171:8, 171:15,
173:12, 257:20
**deny** [5] - 68:14,
173:6, 173:8,
173:10, 173:12
**denying** [1] - 68:16
**Department** [4] -
127:11, 127:25,
265:24, 266:22
**departments** [2] -
124:21, 174:23
**depicted** [3] - 46:25,
88:4, 108:9
**depicting** [3] - 180:15,
185:9, 196:21
**depiction** [1] - 185:17
**deployed** [3] - 174:25,
175:3, 175:4
**deployment** [5] -
175:1, 175:5,
175:10, 266:6
**deployments** [1] -
175:4
**DEPUTY** [6] - 8:3,
29:3, 62:20, 127:16,
135:25, 249:7
**derail** [2] - 72:22,
193:22
**derived** [1] - 185:10
**describe** [17] - 12:4,
12:19, 18:18, 20:25,
25:13, 26:16, 27:25,
28:2, 28:8, 52:25,
59:19, 129:24,
136:12, 157:15,
169:3, 229:15,
243:10
**described** [2] - 105:3,
240:10
**describing** [1] - 88:5
**designate** [1] - 31:20
**designated** [2] -
180:16, 215:16
**designation** [1] -
111:14
**desktop** [1] - 53:1
**despite** [1] - 179:15
**destroy** [2] - 181:14,
219:25
**detail** [1] - 118:13

**details** [5] - 13:7, 14:1,
187:16, 193:8,
193:20
**determine** [1] - 72:21
**develop** [1] - 178:11
**device** [4] - 41:21,
63:6, 63:16, 63:18
**devices** [1] - 24:24
**diagnosed** [1] -
170:25
**diagnosis** [1] - 167:18
**die** [1] - 188:5
**difference** [7] - 20:4,
56:2, 68:6, 151:25,
220:18, 231:19
**different** [33] - 5:21,
10:13, 47:23, 49:4,
50:15, 69:13, 69:16,
75:25, 77:5, 77:6,
77:9, 117:5, 117:17,
131:16, 137:23,
145:23, 145:24,
147:9, 153:19,
153:21, 163:3,
174:23, 174:25,
175:4, 184:3, 184:8,
190:21, 197:1,
200:16, 204:21,
246:24, 253:25,
270:20
**differently** [1] - 55:5
**differing** [1] - 57:23
**dig** [1] - 176:19
**digit** [1] - 97:19
**digital** [5] - 14:11,
24:7, 24:9, 24:15,
24:24
**digits** [4] - 21:2,
141:10, 141:18,
183:16
**dire** [2] - 41:16, 42:3
**direct** [16] - 32:10,
33:8, 37:5, 38:14,
40:16, 61:15, 61:25,
76:20, 90:11, 96:20,
105:21, 123:21,
135:3, 160:14,
215:2, 224:11
**Direct** [3] - 2:4, 2:6,
2:8
**DIRECT** [3] - 11:23,
124:10, 172:12
**directed** [3] - 163:5,
163:20, 213:15
**directing** [1] - 214:22
**direction** [6] - 133:22,
138:12, 155:13,
162:25, 235:13,
243:2
**directly** [9] - 130:20,

133:23, 144:7,
144:14, 154:2,
201:8, 210:1, 210:4,
219:1
**disabilities** [2] -
175:12, 175:16
**disabled** [1] - 175:15
**disagree** [1] - 257:17
**discern** [1] - 85:21
**discharge** [1] - 174:5
**disclosure** [2] - 80:15,
80:25
**discourse** [3] -
219:13, 226:15,
254:23
**discovery** [7] - 8:13,
69:12, 71:11, 72:22,
80:11, 256:12
**discrepancy** [1] -
110:18
**discuss** [3] - 65:14,
119:3, 264:7
**discussed** [6] - 15:14,
66:24, 102:14,
115:23, 164:8,
263:21
**discussing** [1] - 163:8
**discussion** [6] - 5:2,
33:23, 131:10,
163:18, 169:1
**disorder** [2] - 67:7,
272:6
**disorderly** [2] -
121:15, 122:21
**disperse** [2] - 200:19,
214:20
**dispersing** [1] -
236:22
**displayed** [1] - 54:20
**dispute** [1] - 72:22
**disregard** [1] - 161:7
**disrupt** [5] - 121:16,
121:20, 122:22,
122:25, 123:4
**distance** [6] - 44:24,
45:1, 63:9, 79:2,
199:6, 239:23
**distances** [1] - 147:9
**distinction** [1] - 152:7
**distinguished** [1] -
17:22
**distracted** [1] - 114:23
**distributing** [1] -
226:17
**DISTRICT** [3] - 1:1,
1:1, 1:10
**District** [4] - 15:22,
16:6, 31:8, 98:18
**divided** [2] - 98:2,
188:5

**divider** [3] - 46:23,
46:24, 236:8
**dividers** [2] - 46:19,
46:23
**docket** [3] - 79:6,
79:23, 264:1
**dockets** [1] - 80:7
**doctor** [1] - 207:20
**doctored** [1] - 101:13
**document** [7] - 21:18,
22:9, 110:9, 111:5,
113:17, 153:22,
263:24
**documents** [10] -
3:25, 4:1, 16:17,
21:21, 179:9, 182:2,
182:21, 222:12,
265:23, 266:15
**domestic** [1] - 230:24
**Donald** [1] - 88:4
**donated** [1] - 204:14
**done** [6] - 116:4,
125:1, 229:10,
240:8, 255:23, 257:1
**door** [10] - 85:9, 85:11,
85:12, 85:22,
222:10, 232:24,
233:3, 259:17,
260:1, 269:13
**doors** [1] - 99:6
**double** [3] - 21:2,
97:19, 132:4
**double-check** [1] -
132:4
**down** [136] - 9:7,
13:25, 15:18, 18:3,
25:20, 36:15, 36:16,
36:18, 36:22, 37:3,
39:10, 39:21, 39:22,
40:9, 41:2, 41:5,
44:3, 47:19, 47:22,
48:7, 49:3, 52:1,
60:22, 61:4, 62:12,
69:20, 69:21, 69:23,
70:9, 70:18, 70:20,
71:12, 71:17, 72:1,
77:2, 82:11, 89:16,
89:25, 90:4, 91:5,
91:9, 92:10, 92:13,
93:5, 93:9, 93:17,
94:7, 97:6, 97:22,
98:4, 108:22, 109:7,
115:20, 116:9,
134:19, 135:21,
138:6, 139:2,
139:17, 146:17,
146:23, 147:4,
147:7, 147:11,
147:19, 147:20,
148:6, 148:18,

148:21, 148:22, 150:7, 153:8, 154:13, 155:10, 156:1, 156:2, 156:9, 156:10, 162:5, 164:8, 183:7, 184:5, 186:6, 186:12, 189:3, 191:18, 192:20, 195:15, 200:24, 201:21, 201:23, 201:24, 202:12, 202:17, 202:25, 203:2, 203:6, 203:8, 204:2, 204:3, 204:15, 204:16, 205:2, 207:5, 210:6, 212:13, 214:18, 219:4, 220:2, 220:9, 220:15, 220:19, 226:20, 231:13, 233:16, 233:22, 234:8, 238:11, 241:14, 243:12, 243:17, 244:7, 244:12, 245:10, 245:18, 249:19, 250:23, 251:25, 254:1, 254:4, 256:5, 260:3
**downtown** [4] - 90:23, 91:15, 92:11, 92:22
**dozen** [1] - 269:20
**dragged** [1] - 52:13
**drama** [4] - 57:14, 57:22, 57:25
**draw** [1] - 102:7
**drawbridges** [2] - 13:24, 191:13
**dressed** [3] - 205:6, 211:5, 227:2
**drink** [1] - 250:15
**drive** [2] - 199:15, 200:20
**driving** [5] - 196:25, 197:2, 199:6, 199:10, 201:20
**dropped** [1] - 254:9
**dropping** [1] - 206:16
**drove** [4] - 196:5, 198:12, 201:17, 201:21
**drug** [1] - 176:6
**dumb** [2] - 176:2, 176:4
**durable** [1] - 82:7
**during** [14] - 4:16, 25:6, 26:2, 26:3, 80:9, 84:4, 106:2, 107:20, 152:1,

187:22, 198:3, 234:11, 241:20, 241:21
**duty** [3] - 192:8, 217:1, 256:23
**dwell** [1] - 43:11
**dysfunctional** [1] - 210:12

---

# E

**e-mail** [10] - 3:21, 4:1, 4:9, 17:20, 17:21, 17:24, 18:1, 18:10, 32:22, 194:11
**early** [10] - 104:22, 105:20, 120:10, 120:22, 196:10, 199:14, 199:18, 199:19
**ears** [1] - 175:19
**easier** [1] - 21:5
**east** [3] - 157:25, 158:14, 264:11
**easy** [2] - 145:20, 192:13
**ECF** [6] - 267:2, 267:4, 267:8, 270:12, 271:21, 273:7
**edges** [1] - 153:6
**edit** [1] - 216:13
**editing** [1] - 209:22
**educate** [1] - 189:25
**educational** [1] - 173:21
**effect** [12] - 85:10, 91:17, 91:19, 94:14, 94:19, 95:1, 95:3, 97:13, 117:12, 234:16, 262:22, 267:13
**effected** [1] - 25:14
**efficiency** [1] - 257:22
**effort** [2] - 243:4, 254:14
**efforts** [2] - 72:21, 193:22
**eight** [3] - 6:18, 168:17, 241:18
**either** [11] - 7:22, 36:15, 49:10, 52:12, 74:8, 182:23, 192:7, 196:2, 221:7, 256:15, 259:16
**either/or** [1] - 4:6
**elderly** [7] - 139:16, 139:23, 150:13, 150:14, 240:12, 250:4
**election** [24] - 13:2,

54:8, 86:25, 87:5, 178:4, 178:11, 178:13, 178:14, 178:18, 178:19, 182:14, 182:15, 182:19, 182:22, 182:24, 183:4, 186:25, 188:1, 190:9, 195:2, 195:6, 220:21, 221:16, 221:18
**Electoral** [1] - 218:7
**electoral** [3] - 181:11, 182:1, 189:18
**electors** [1] - 15:3
**elements** [1] - 82:6
**elicit** [3] - 65:20, 66:7, 67:11
**elicited** [2] - 72:18, 78:24
**Ellipse** [23] - 61:18, 61:20, 62:8, 62:10, 63:10, 104:23, 104:24, 180:11, 201:24, 203:24, 204:2, 204:9, 205:18, 205:21, 205:22, 205:25, 206:9, 208:4, 208:12, 208:23, 209:25, 222:6, 230:5
**embassy** [2] - 200:17, 201:19
**emergency** [4] - 93:10, 93:19, 93:20, 208:1
**emoji** [1] - 14:18
**emotion** [1] - 234:17
**employees** [1] - 230:22
**EMT** [1] - 207:21
**en** [2] - 182:16, 212:12
**encompass** [1] - 94:13
**end** [19] - 10:10, 17:14, 43:14, 50:5, 90:11, 131:20, 133:6, 137:9, 146:4, 147:21, 149:23, 152:13, 155:24, 156:3, 158:23, 166:4, 243:15, 251:18, 254:2
**End** [8] - 33:12, 35:13, 40:22, 103:25, 113:2, 126:16, 145:9, 245:19
**ended** [3] - 199:9, 228:10, 243:1
**Enduring** [1] - 175:8

**enemies** [1] - 230:24
**enemy** [1] - 223:4
**enforcement** [21] - 45:25, 53:4, 53:5, 73:19, 73:21, 85:24, 105:5, 124:18, 124:22, 139:19, 157:14, 191:24, 192:17, 198:20, 198:24, 199:2, 223:3, 227:21, 254:17, 256:23, 258:3
**engage** [3] - 90:23, 93:1, 100:6
**engagement** [1] - 77:20
**engaging** [1] - 77:17
**enjoy** [3] - 180:24, 204:16, 229:13
**enjoyed** [1] - 205:3
**enjoying** [1] - 202:13
**ensure** [5] - 54:7, 90:25, 93:2, 191:25, 220:25
**enter** [3] - 63:5, 221:22, 264:14
**entered** [8] - 11:3, 28:15, 81:9, 124:5, 149:21, 172:6, 226:3, 261:25
**entering** [1] - 223:3
**entertain** [2] - 9:14, 10:9
**entire** [7] - 61:25, 63:21, 118:7, 175:17, 213:17, 222:24, 243:24
**entirely** [1] - 93:20
**entirety** [1] - 156:16
**entitled** [3] - 67:10, 68:10, 275:5
**entrance** [1] - 208:23
**entries** [3] - 22:24, 23:1, 98:3
**environments** [1] - 173:25
**episode** [3] - 50:17, 101:19, 106:3
**Epps** [3] - 101:3, 102:11
**equipped** [2] - 75:19, 75:21
**erase** [1] - 140:12
**error** [2] - 193:12, 208:5
**escalate** [3] - 217:21, 226:22, 239:18
**escalated** [1] - 217:20
**escalation** [1] -

239:20
**especially** [5] - 21:17, 126:12, 208:1, 216:19, 240:11
**ESQ** [2] - 1:16, 1:16
**essential** [1] - 97:7
**essentially** [6] - 17:14, 25:17, 36:20, 175:24, 184:20, 255:17
**establish** [1] - 193:14
**established** [2] - 9:11, 47:7
**estimate** [2] - 45:3, 211:8
**et** [6] - 180:19, 185:14, 197:5, 229:5, 254:22
**Evans** [15] - 3:7, 3:11, 120:7, 224:15, 225:22, 258:8, 258:12, 260:10, 260:13, 261:24, 262:8, 263:1, 263:9, 264:3, 265:12
**Evans's** [1] - 257:23
**evening** [2] - 11:5, 255:3
**event** [9] - 80:6, 188:8, 205:24, 209:25, 210:23, 215:10, 228:25, 229:7, 256:19
**events** [8] - 16:21, 30:12, 32:23, 151:14, 164:25, 180:24, 214:7, 253:10
**eventually** [4] - 135:13, 142:24, 150:15, 235:7
**everyday** [1] - 203:19
**everywhere** [4] - 15:22, 82:4, 190:17, 190:18
**evidence** [88] - 11:6, 17:2, 17:7, 24:3, 24:7, 24:8, 24:9, 24:15, 25:2, 25:10, 25:20, 25:22, 25:23, 25:25, 26:21, 27:8, 27:12, 27:18, 27:20, 28:7, 28:15, 28:19, 29:22, 30:1, 31:5, 31:12, 31:16, 31:17, 32:3, 33:5, 49:15, 49:22, 49:25, 55:20, 65:22, 66:10, 66:13, 67:19, 68:2, 68:5, 73:9, 73:19, 73:21, 77:7, 87:6, 90:16,

91:11, 92:3, 100:20, 102:5, 102:25, 103:1, 103:4, 105:13, 106:6, 111:6, 116:1, 117:21, 121:12, 122:24, 123:1, 123:9, 130:8, 131:5, 131:17, 133:9, 133:18, 136:25, 137:3, 157:22, 196:18, 221:20, 221:21, 245:6, 247:4, 252:22, 253:17, 258:2, 258:5, 261:13, 267:21, 267:22, 268:20, 268:23, 270:16, 273:18, 273:19
**Evidence** [2] - 6:22, 269:12
**evidence.com** [1] - 74:9
**evidently** [1] - 268:24
**exact** [6] - 19:10, 23:21, 132:19, 151:25, 153:7, 195:13
**exactly** [10] - 36:20, 36:23, 48:25, 49:17, 63:12, 69:10, 82:15, 151:18, 174:18, 205:20
**exaggeration** [1] - 191:22
**EXAMINATION** [7] - 11:23, 32:7, 116:24, 124:10, 159:23, 167:16, 172:12
**examination** [4] - 5:12, 103:7, 105:21, 114:13
**Examination** [1] - 2:4
**Examination............** [2] - 2:5, 2:7
**Examination............** .. [2] - 2:6, 2:8
**Examination............** .... [2] - 2:4, 2:6
**examine** [5] - 10:1, 70:3, 71:7, 72:5, 76:7
**examined** [2] - 71:8, 168:23
**example** [9] - 22:17, 57:7, 95:3, 107:25, 117:7, 118:10, 176:12, 213:13, 233:12

**exceedingly** [1] - 65:16
**except** [1] - 219:14
**excessive** [4] - 76:12, 76:13, 78:13, 78:16
**exchanged** [1] - 60:14
**excitement** [1] - 199:9
**exclamation** [1] - 187:6
**excluded** [1] - 68:8
**exculpate** [1] - 99:21
**excuse** [7] - 71:3, 71:4, 171:23, 180:15, 194:12, 201:18, 210:3
**excused** [4] - 71:1, 118:18, 170:6
**Executive** [2] - 91:25, 92:1
**exercising** [3] - 233:21, 234:18, 271:10
**Exhibit** [38] - 12:3, 13:13, 16:14, 16:15, 21:16, 26:25, 27:7, 27:12, 28:14, 28:19, 29:1, 29:22, 30:1, 31:20, 62:25, 65:2, 90:12, 104:6, 125:19, 131:6, 133:8, 133:18, 139:5, 146:12, 156:13, 194:22, 196:17, 208:16, 209:3, 212:4, 234:25, 238:5, 245:1, 247:4, 251:12, 252:18, 253:17
**exhibit** [31] - 12:17, 33:6, 33:7, 41:19, 48:20, 76:14, 77:24, 92:17, 95:10, 105:19, 105:23, 125:25, 126:8, 126:10, 130:12, 131:5, 131:13, 131:16, 133:7, 133:10, 147:22, 180:2, 180:4, 180:7, 189:5, 190:21, 208:22, 211:24, 226:7, 238:2, 253:15
**exhibits** [12] - 3:24, 31:6, 31:24, 55:3, 90:10, 95:7, 126:4, 132:23, 164:18, 169:19, 177:5, 177:6
**Exhibits** [6] - 16:15, 17:2, 17:6, 31:7,

31:17, 173:3
**EXHIBITS** [1] - 2:10
**exist** [3] - 102:7, 117:8, 117:15
**existed** [1] - 8:10
**exists** [4] - 74:11, 74:25, 76:1, 131:17
**exited** [7] - 65:15, 119:5, 170:13, 218:19, 218:25, 223:23, 255:11
**expandable** [1] - 244:11
**expect** [5] - 80:18, 96:5, 120:18, 227:5, 229:1
**expectation** [1] - 58:1
**expected** [7] - 19:15, 19:22, 93:24, 94:3, 99:5, 234:13, 257:23
**expecting** [5] - 20:9, 20:10, 66:10, 77:19, 92:15
**experience** [7] - 116:15, 124:22, 161:2, 167:3, 207:21, 231:19, 235:10
**experienced** [1] - 117:25
**experiences** [2] - 257:24, 257:25
**experiencing** [1] - 197:25
**expert** [10] - 123:24, 146:20, 146:24, 155:17, 156:6, 160:20, 160:23, 160:25, 161:9, 167:11
**expertise** [1] - 157:14
**explain** [7] - 6:16, 8:19, 30:9, 78:4, 78:19, 117:8, 238:13
**explained** [1] - 233:1, 238:17
**explains** [2] - 53:16, 189:17
**explanation** [2] - 114:8, 194:17
**explanatory** [1] - 193:24
**exposure** [3] - 262:6, 262:19, 264:21
**express** [3] - 54:13, 85:3, 187:25
**expressed** [2] - 16:2, 18:20
**expressing** [2] - 195:1, 195:5

**expressions** [3] - 159:15, 159:17, 171:21
**extensive** [1] - 172:22
**extent** [4] - 75:9, 122:17, 262:5, 270:14
**external** [1] - 141:14
**extreme** [1] - 56:18
**eye** [1] - 210:17
**eyes** [1] - 161:18

**F**

**F-14** [2] - 174:11, 174:16
**face** [6] - 50:1, 156:22, 232:9, 234:12, 247:16
**Facebook** [9] - 86:4, 86:6, 179:20, 179:23, 179:25, 184:16, 189:25, 221:13, 233:13
**faces** [2] - 205:7, 262:18
**facilitate** [1] - 180:13
**facing** [3] - 133:23, 141:7, 218:21
**fact** [23] - 9:1, 9:18, 38:8, 69:20, 73:12, 76:18, 96:12, 97:3, 97:15, 115:19, 131:10, 166:22, 170:24, 221:21, 229:1, 229:2, 229:24, 244:2, 257:5, 259:11, 259:15, 261:10, 262:17
**facts** [2] - 65:20, 269:25
**Facts** [6] - 260:20, 260:25, 261:21, 261:24, 262:10, 263:19
**failed** [2] - 121:11, 250:23
**fair** [14] - 16:23, 20:8, 40:17, 42:9, 54:8, 68:3, 71:18, 112:22, 113:25, 145:8, 246:2, 253:9, 258:18, 259:4
**fairly** [3] - 105:2, 214:12, 224:21
**faith** [5] - 8:14, 10:8, 176:21, 177:3, 178:2
**fall** [5] - 41:8, 154:14, 241:17, 254:10

**fallen** [4] - 44:25, 70:20, 152:19, 254:1
**fallibility** [1] - 261:14
**falling** [2] - 142:25, 254:3
**falls** [1] - 102:17
**false** [4] - 78:18, 221:15, 229:20, 229:25
**familiar** [12] - 16:9, 58:21, 101:3, 111:21, 115:8, 115:19, 137:5, 137:17, 141:4, 149:4, 152:5, 164:5
**family** [3] - 183:20, 210:9, 210:10
**Famous** [1] - 194:13
**famous** [3] - 87:3, 100:21, 185:10
**fancy** [1] - 166:18
**far** [15] - 20:8, 21:1, 21:8, 74:25, 79:4, 112:9, 116:8, 128:7, 149:23, 240:2, 240:14, 253:9, 264:9, 264:15
**far-right** [2] - 20:8, 21:1, 21:8
**fashion** [3] - 189:1, 243:17, 244:15
**fat** [1] - 193:6
**Fathers** [1] - 86:10
**favorites** [1] - 177:11
**FBI** [41] - 5:3, 23:11, 23:24, 24:3, 24:21, 25:5, 25:10, 25:24, 26:7, 29:10, 29:18, 30:16, 53:10, 55:23, 59:13, 59:15, 60:5, 63:24, 84:1, 100:3, 100:4, 100:5, 100:6, 100:8, 100:15, 100:18, 101:22, 102:3, 104:2, 107:2, 108:17, 108:22, 109:17, 109:22, 110:19, 117:4, 151:14, 151:18, 173:2, 216:13, 233:12
**FBI's** [3] - 30:20, 60:4, 109:25
**fear** [2] - 122:2, 122:8
**feared** [1] - 191:19
**featured** [2] - 14:10, 86:10
**fed** [5] - 13:1, 186:14, 186:19, 186:24, 187:21

**federal** [5] - 32:12, 58:20, 58:21, 108:17, 230:22
**feelings** [2] - 178:11, 178:20
**feet** [9] - 45:5, 129:23, 147:7, 147:8, 147:10, 149:9, 210:21, 268:1
**fell** [14] - 39:23, 42:22, 70:18, 71:11, 72:12, 114:4, 194:1, 231:11, 232:13, 238:16, 242:16, 250:25, 251:7, 266:24
**felt** [3] - 24:25, 166:16, 220:20
**fervor** [1] - 185:15
**few** [12] - 42:12, 140:17, 146:17, 185:7, 198:22, 199:14, 210:16, 213:4, 219:18, 220:1, 221:6, 247:16
**Field** [1] - 111:14
**field** [1] - 25:22
**Fifth** [3] - 264:2, 264:10, 265:10
**fight** [6] - 55:2, 55:9, 55:11, 55:13, 55:15, 55:16
**fighting** [1] - 254:21
**Fighting** [1] - 194:13
**figuratively** [1] - 89:1
**figure** [7] - 33:15, 65:7, 98:5, 98:11, 185:8, 202:21, 214:1
**figured** [5] - 19:16, 190:7, 208:14, 242:20, 254:14
**figures** [2] - 184:20, 185:7
**file** [10] - 67:12, 68:15, 72:20, 79:7, 111:13, 257:17, 265:20, 271:19, 271:21
**filed** [4] - 80:4, 80:6, 267:8, 271:25
**files** [1] - 257:16
**filing** [2] - 66:9, 80:24
**film** [3] - 73:9, 236:11, 236:12
**filmed** [1] - 235:24
**filming** [2] - 197:9, 228:21
**final** [5] - 19:25, 48:22, 68:13, 271:20, 271:21
**fine** [15] - 15:7, 18:12,

31:19, 35:11, 42:8, 43:9, 73:5, 73:6, 73:15, 102:22, 120:9, 137:7, 170:16, 171:4
**finger** [1] - 231:18
**fingers** [2] - 11:6, 193:6
**finish** [4] - 5:6, 11:6, 66:10, 119:20
**finished** [2] - 113:21, 175:21
**fire** [1] - 176:21
**firm** [3] - 5:23, 6:12, 160:9
**First** [39] - 8:4, 9:5, 10:18, 15:1, 18:4, 22:14, 25:19, 26:18, 42:12, 44:16, 51:16, 62:8, 94:21, 109:8, 112:3, 121:24, 123:17, 126:5, 130:8, 130:15, 131:18, 136:6, 137:22, 175:5, 176:15, 176:17, 180:2, 180:20, 181:2, 184:20, 191:16, 200:7, 207:22, 227:3, 239:9, 254:19, 257:16, 265:18
**First** [28] - 56:19, 56:21, 58:9, 60:24, 61:5, 65:19, 65:20, 65:25, 81:7, 92:8, 93:24, 187:7, 213:22, 216:25, 218:4, 233:21, 234:18, 269:12, 270:1, 270:3, 270:5, 270:7, 270:25, 271:3, 271:10, 271:13, 271:18, 272:20
**firsthand** [2] - 151:20, 152:3
**five** [5] - 45:8, 45:12, 45:15, 121:23, 254:5
**flag** [5] - 139:12, 211:15, 239:3, 251:21, 251:24
**flagged** [1] - 125:25
**flags** [2] - 180:19, 197:3
**flannel** [5] - 35:8, 35:9, 237:11, 251:2, 251:6
**flew** [1] - 160:9
**flex** [1] - 183:17

**flight** [6] - 120:22, 160:8, 160:12, 174:21, 175:2, 244:8
**flights** [1] - 160:11
**flip** [2] - 183:24, 183:25
**flipped** [1] - 183:23
**Floor** [1] - 1:18
**fly** [1] - 160:10
**Flynn** [1] - 203:5
**focus** [7] - 34:12, 34:17, 36:9, 40:25, 41:2, 143:1, 167:7
**focusing** [1] - 71:11
**folded** [4] - 62:17, 81:23, 81:24, 81:25
**folks** [8] - 54:10, 162:15, 164:9, 168:9, 173:11, 180:25, 185:2, 185:15
**follow** [14] - 103:21, 145:20, 165:20, 165:25, 170:3, 177:20, 177:21, 178:3, 181:10, 181:24, 218:7, 220:25, 236:1, 269:7
**follow-up** [2] - 165:20, 165:25
**followed** [4] - 3:7, 26:5, 228:5
**followers** [2] - 229:12, 230:14
**following** [4] - 98:13, 178:11, 233:10, 263:12
**font** [1] - 83:7
**food** [6] - 13:25, 193:7, 193:17, 196:15, 197:4
**footage** [23] - 32:15, 36:12, 38:13, 72:19, 73:11, 77:22, 106:17, 108:10, 113:9, 114:1, 114:9, 114:10, 114:20, 114:25, 118:12, 125:14, 125:16, 127:3, 236:14, 238:2, 249:12, 266:4, 266:22
**footages** [1] - 59:6
**FOR** [4] - 1:1, 11:18, 124:9, 172:11
**force** [13] - 67:23, 76:12, 76:13, 77:15, 77:18, 78:13, 78:16, 116:11, 116:15, 216:17, 220:14,

244:2, 258:1
**forefront** [1] - 248:2
**foregoing** [1] - 275:3
**foreground** [2] - 34:3, 35:15
**foreign** [1] - 230:24
**forget** [1] - 61:12
**forgetting** [1] - 224:16
**form** [3] - 25:17, 53:21, 55:1
**formal** [4] - 100:16, 102:2, 104:2, 174:7
**formally** [1] - 100:6
**formation** [1] - 128:1
**formed** [2] - 13:3, 186:25
**forms** [1] - 233:13
**forth** [6] - 42:18, 142:23, 146:7, 146:10, 237:13, 254:7
**forward** [17] - 44:15, 67:15, 68:12, 133:20, 138:22, 139:13, 139:22, 175:4, 176:19, 214:22, 219:1, 228:9, 237:9, 248:12, 250:3, 250:20, 250:25
**foundation** [5] - 137:5, 137:8, 137:11, 245:9, 246:7
**foundational** [1] - 216:1
**founding** [3] - 179:9, 182:1, 182:20
**Founding** [1] - 86:10
**four** [15] - 13:1, 18:4, 121:11, 157:6, 176:13, 180:15, 186:24, 197:1, 254:4, 255:23, 256:1, 256:2, 256:4, 269:20
**fracas** [3] - 51:11, 51:20, 52:9
**frame** [17] - 35:22, 35:23, 35:24, 36:2, 40:10, 40:11, 46:12, 47:8, 48:19, 48:22, 48:23, 49:8, 51:24, 106:1, 148:15, 187:23, 241:21
**frames** [3] - 52:17, 179:21, 244:13
**frankly** [5] - 8:21, 9:4, 40:4, 122:10, 269:13
**fraud** [7] - 86:25, 178:18, 182:14,

182:18, 195:2, 195:6, 221:18
**free** [4] - 184:24, 185:13, 200:12, 257:19
**free-for-all** [1] - 200:12
**freedom** [5] - 57:12, 83:20, 211:13, 217:10, 218:5
**Freedom** [2] - 175:8, 175:11
**frequently** [1] - 225:6
**Friday** [2] - 120:11, 274:2
**FRIEDRICH** [1] - 1:9
**friend** [2] - 162:2, 200:5
**friendly** [1] - 254:23
**friends** [6] - 180:9, 191:17, 198:25, 201:5, 202:9, 206:14
**frog** [3] - 184:21, 184:23
**frogs** [1] - 185:18
**front** [18] - 47:14, 50:2, 67:10, 68:9, 136:15, 138:25, 139:16, 140:15, 140:18, 144:14, 159:15, 185:18, 190:17, 199:8, 199:10, 204:8, 239:23
**frozen** [1] - 197:20
**fruition** [1] - 50:16
**fruitless** [1] - 243:4
**frustrated** [2] - 132:22, 187:25
**full** [4] - 124:12, 183:19, 263:10, 266:17
**fully** [2] - 95:23, 264:25
**fun** [1] - 206:8
**funny** [3] - 194:15, 222:9, 233:4
**futon** [1] - 168:21

## G

**game** [1] - 258:18
**gap** [5] - 49:14, 49:23, 228:3, 242:19, 242:22
**garage** [1] - 201:19
**gas** [7] - 196:15, 207:4, 207:9, 227:20, 227:22, 231:21, 234:20

**gate** [5] - 120:12, 173:1, 204:3, 205:25, 208:12
**gather** [1] - 182:16
**gear** [2] - 185:19, 266:17
**gears** [1] - 15:13
**general** [5] - 15:17, 40:10, 59:7, 139:24, 174:4
**generally** [13] - 17:19, 18:18, 21:12, 21:21, 40:11, 98:16, 98:17, 109:14, 109:20, 133:24, 196:22, 236:20, 259:11
**generate** [1] - 110:24
**generous** [1] - 9:20
**Geneva** [1] - 234:21
**gentleman** [25] - 11:9, 35:16, 138:7, 138:24, 139:2, 139:16, 144:5, 144:6, 144:8, 147:4, 149:10, 150:12, 154:4, 154:10, 201:22, 227:2, 231:7, 237:11, 238:19, 238:21, 240:5, 242:25, 243:16, 249:16, 249:25
**gentlemen** [15] - 11:4, 65:11, 118:25, 124:7, 133:7, 150:13, 150:14, 154:4, 161:7, 170:10, 223:22, 226:25, 239:22, 248:2, 255:2
**George** [1] - 185:11
**George's** [14] - 36:18, 72:19, 72:25, 73:3, 73:6, 73:11, 73:23, 114:14, 265:19, 265:24, 266:4, 266:5, 266:16, 266:21
**Georgetown** [1] - 18:23
**gist** [1] - 237:21
**given** [17] - 70:3, 76:16, 76:18, 80:3, 80:14, 120:16, 125:4, 132:4, 256:11, 256:17, 257:4, 257:10, 258:11, 259:18, 265:12
**glad** [1] - 272:17

**glasses** [4] - 250:7, 250:17, 251:1, 251:2
**globe** [1] - 179:10
**goal** [1] - 11:6
**goggles** [1] - 232:5
**goofy** [1] - 194:14
**gotcha** [1] - 19:3
**govern** [1] - 214:11
**Government** [9] - 2:11, 2:11, 2:12, 17:6, 27:12, 28:19, 30:1, 156:13, 268:12
**GOVERNMENT** [1] - 11:18
**government** [56] - 6:2, 8:8, 10:8, 68:9, 69:2, 72:21, 76:14, 79:5, 79:9, 79:10, 80:14, 80:16, 97:10, 99:14, 118:21, 118:23, 120:3, 121:19, 123:12, 125:25, 130:21, 132:5, 158:1, 158:10, 158:15, 160:17, 162:17, 162:21, 169:19, 170:20, 179:13, 179:19, 179:25, 180:3, 181:17, 185:23, 212:18, 255:22, 258:16, 258:25, 260:11, 260:16, 264:10, 264:15, 264:16, 265:15, 266:3, 266:21, 267:8, 267:18, 267:20, 268:21, 271:21, 272:3, 272:15, 272:23
**Government's** [14] - 33:1, 33:18, 38:11, 62:20, 81:12, 104:6, 135:22, 139:5, 141:1, 147:23, 153:13, 156:17, 208:15, 252:21
**government's** [9] - 8:15, 62:25, 68:1, 80:25, 208:22, 224:22, 270:2, 270:11, 270:17
**GPS** [2] - 37:16, 38:8
**grab** [1] - 250:22
**grabbed** [1] - 251:3
**grabbing** [1] - 122:11
**grace** [1] - 182:20
**graduated** [2] - 173:22, 176:13
**grandparents** [1] -

249:22
**grant** [1] - 267:2
**granted** [4] - 161:6, 267:5, 267:9, 270:19
**graphics** [1] - 189:12
**grass** [2] - 59:19, 59:21
**gray** [1] - 243:16
**great** [10] - 3:23, 4:23, 5:20, 5:21, 21:20, 179:15, 181:3, 187:9, 205:4, 205:7
**greatest** [1] - 214:15
**greatly** [1] - 190:6
**Greek** [1] - 183:22
**Greene** [1] - 203:6
**greet** [1] - 196:12
**greeted** [1] - 198:9
**grew** [1] - 184:12
**grievously** [4] - 169:6, 169:13, 169:15, 169:21
**grocery** [1] - 16:12
**ground** [41] - 36:16, 41:6, 41:8, 47:19, 47:22, 51:4, 51:6, 52:2, 52:13, 52:19, 61:22, 61:23, 62:13, 62:14, 62:17, 83:10, 144:15, 148:24, 149:25, 150:8, 150:12, 150:14, 153:8, 155:10, 155:14, 156:5, 238:16, 239:22, 240:1, 240:5, 240:12, 241:14, 242:15, 242:25, 243:17, 248:2, 251:9, 251:11, 251:20, 254:3, 269:25
**grounds** [18] - 67:10, 213:7, 213:20, 259:18, 260:7, 260:14, 260:15, 260:17, 261:1, 261:3, 262:1, 262:3, 262:12, 262:23, 262:24, 263:5, 263:6, 264:14
**group** [7] - 13:2, 30:15, 32:20, 146:9, 149:9, 186:25, 191:17
**grouped** [1] - 46:3
**groups** [3] - 14:3, 30:11, 193:10
**growing** [1] - 207:24
**grown** [2] - 179:16,

214:15
**grueling** [1] - 196:14
**guarantee** [1] - 36:20
**Guard** [3] - 192:8, 192:12, 192:13
**guess** [19] - 34:2, 42:17, 50:14, 54:4, 56:1, 65:9, 67:18, 82:9, 88:11, 96:12, 115:16, 152:7, 162:14, 184:21, 223:1, 239:8, 248:6, 259:1, 263:15
**guessing** [1] - 3:10
**guidance** [1] - 168:12
**guilty** [1] - 259:19
**guy** [34] - 35:8, 69:14, 69:15, 71:22, 72:1, 77:8, 79:3, 110:18, 139:23, 140:9, 140:10, 144:22, 150:7, 231:25, 232:4, 237:13, 242:17, 243:4, 243:11, 250:7, 250:8, 250:14, 250:16, 250:22, 251:1, 251:2, 251:6, 251:9, 251:19, 251:24, 252:9, 252:12, 254:1
**guys** [10] - 105:6, 204:4, 204:16, 208:14, 221:13, 231:8, 235:8, 239:25, 242:16, 250:2

## H

**H-i-l-l** [1] - 124:15
**habit** [1] - 193:3
**hair** [1] - 243:16
**half** [12] - 47:10, 62:15, 65:9, 96:8, 96:9, 211:8, 225:20, 269:20, 271:17, 274:4
**half-written** [1] - 271:17
**hammer** [1] - 177:2
**hand** [16] - 5:20, 22:9, 51:21, 79:17, 95:18, 96:20, 104:19, 105:2, 105:25, 128:6, 137:24, 149:15, 149:21, 208:6, 210:15, 247:16
**handed** [14] - 101:20,

101:21, 102:21, 106:2, 106:9, 231:8, 231:9, 231:12, 231:24, 232:2, 232:10, 233:9, 267:1
**handful** [1] - 146:6
**handicapped** [1] - 139:23
**handing** [1] - 103:16
**handle** [2] - 54:1, 232:19
**handled** [2] - 244:14, 244:15
**hands** [8] - 11:13, 35:20, 104:14, 106:17, 185:5, 196:12, 242:7, 242:24
**handy** [1] - 190:20
**hang** [2] - 202:10, 202:21
**hangar** [1] - 244:8
**hanging** [2] - 210:21, 211:4
**happy** [6] - 49:18, 206:25, 210:9, 210:12, 244:16
**hard** [6] - 43:23, 71:12, 82:7, 166:16, 178:5, 238:20
**hardly** [1] - 79:3
**harm** [3] - 122:8, 192:2, 244:4
**harmed** [1] - 122:8
**hashed** [1] - 269:19
**hashtag** [4] - 55:1, 182:8, 182:9, 188:24
**hat** [11] - 25:9, 28:10, 28:22, 144:5, 173:3, 173:8, 177:6, 177:9, 177:12, 203:15
**hate** [3] - 190:3, 230:2, 252:11
**hats** [1] - 254:9
**head** [14] - 41:24, 53:18, 158:19, 175:17, 184:21, 185:23, 199:13, 210:17, 237:18, 240:13, 243:22, 244:22, 244:23, 259:10
**heading** [2] - 222:18, 234:8
**headline** [1] - 92:7
**heads** [3] - 3:15, 139:14, 256:20
**heads-up** [1] - 3:15
**healthcare** [1] - 207:22

**hear** [33] - 34:14, 38:7, 57:20, 58:4, 58:7, 67:8, 71:16, 73:10, 106:15, 129:7, 135:3, 135:5, 136:19, 139:3, 150:4, 159:3, 159:6, 172:16, 206:6, 212:16, 212:19, 214:11, 214:19, 215:22, 229:4, 231:20, 236:21, 252:1, 256:9, 269:15, 273:24
**heard** [21] - 59:10, 59:23, 59:24, 111:17, 117:16, 117:18, 117:24, 137:22, 181:9, 182:24, 212:15, 215:6, 215:15, 217:8, 217:10, 226:25, 227:8, 236:23, 250:2, 252:1
**hearer** [1] - 55:6
**hearing** [5] - 135:6, 219:7, 219:8, 226:16, 252:6
**hearings** [1] - 214:5
**hearsay** [2] - 108:3, 112:6
**heated** [1] - 217:20
**heavy** [1] - 239:17
**heightened** [1] - 234:17
**held** [4] - 8:4, 66:9, 105:3, 262:16
**hell** [1] - 231:23
**hello** [2] - 117:1, 117:2
**helmet** [1] - 43:24
**helmets** [1] - 211:5
**help** [20] - 106:11, 139:4, 156:4, 181:3, 191:25, 196:10, 204:14, 207:16, 208:1, 215:2, 217:21, 218:3, 226:22, 229:23, 239:18, 247:24, 251:10, 252:9, 254:13
**Help** [1] - 139:4
**helped** [6] - 180:9, 180:10, 180:12, 238:24, 251:11, 251:24
**helpful** [6] - 8:8, 24:25, 49:1, 158:9, 256:14, 257:21
**helping** [4] - 162:8,

175:1, 251:19, 254:2
**herd** [1] - 231:12
**hi** [1] - 160:1
**hiding** [1] - 128:2
**high** [1] - 173:22
**High** [1] - 173:22
**higher** [5] - 19:14, 19:15, 19:23, 19:25, 235:20
**highlight** [1] - 80:12
**highway** [1] - 194:1
**Hill** [24] - 3:7, 119:14, 119:17, 119:19, 119:22, 120:14, 120:16, 120:23, 121:1, 123:18, 124:13, 124:15, 124:16, 126:4, 126:20, 127:24, 132:8, 139:9, 159:25, 161:12, 164:1, 166:6, 167:3
**hill** [1] - 134:19
**HILL** [2] - 2:6, 124:9
**Hills** [1] - 1:18
**himself** [14] - 53:17, 58:15, 84:21, 87:2, 87:13, 87:14, 87:15, 148:23, 149:22, 237:14, 238:19, 246:14, 269:25, 273:16
**hindsight** [3] - 211:1, 214:24, 232:13
**hired** [1] - 160:6
**historic** [4] - 185:13, 215:10, 228:24, 229:4
**historical** [1] - 214:7
**historically** [2] - 213:21, 214:3
**history** [4] - 179:15, 181:6, 183:20, 214:7
**hit** [16] - 52:18, 193:4, 224:5, 237:17, 240:6, 240:12, 240:13, 242:6, 243:1, 243:17, 243:22, 247:17, 248:4, 249:19, 251:21, 259:9
**hits** [2] - 139:13, 247:18
**hitting** [8] - 237:22, 239:2, 239:23, 239:24, 243:14, 244:3, 244:21, 244:23
**hold** [9] - 7:25, 8:17, 27:15, 27:18, 42:24,

113:16, 116:6, 157:1, 221:5
**Hold** [1] - 157:1
**holding** [4] - 137:24, 149:13, 149:14, 228:20
**holes** [2] - 132:18, 134:21
**home** [2] - 181:4, 255:3
**honest** [4] - 202:15, 215:11, 216:12, 232:12
**honestly** [1] - 262:14
**honking** [2] - 180:19, 197:3
**Honor** [93] - 3:20, 6:1, 7:9, 8:12, 10:25, 11:17, 11:20, 26:13, 29:15, 29:21, 31:2, 33:2, 34:21, 35:2, 35:11, 41:15, 50:4, 73:12, 74:17, 75:2, 78:17, 79:21, 80:21, 81:2, 101:5, 102:8, 102:11, 103:14, 109:2, 111:25, 116:20, 118:22, 119:12, 119:24, 121:7, 123:15, 123:23, 124:3, 125:21, 126:6, 130:4, 131:3, 131:9, 132:25, 135:25, 136:22, 136:25, 146:11, 149:5, 150:23, 151:1, 151:18, 157:19, 158:3, 159:12, 159:18, 161:5, 163:11, 165:7, 170:5, 170:9, 171:18, 172:3, 172:8, 223:19, 225:14, 226:5, 234:22, 245:3, 245:5, 246:5, 246:7, 247:1, 247:2, 247:5, 249:4, 252:23, 252:25, 253:12, 255:1, 256:7, 259:9, 264:2, 264:12, 264:25, 267:2, 268:20, 269:18, 271:13, 272:14, 273:3, 273:20, 274:5
**honor** [1] - 61:6
**Honor's** [2] - 4:5, 165:12
**honorable** [1] - 174:4

**HONORABLE** [1] - 1:9
**hop** [1] - 204:17
**hope** [7] - 3:19, 3:20, 7:14, 11:5, 80:18, 224:20, 255:5
**hopefully** [1] - 160:9
**hoping** [1] - 73:4
**Hopkins** [3] - 4:20, 29:2, 245:17
**horns** [2] - 180:19, 197:3
**horrendous** [1] - 77:25
**horse** [1] - 185:8
**hospital** [1] - 173:17
**hot** [1] - 210:14
**hotel** [1] - 168:16
**hour** [10] - 6:8, 65:10, 223:15, 223:17, 223:18, 225:3, 225:19, 225:20
**hours** [17] - 97:7, 98:19, 98:21, 98:23, 118:8, 120:18, 125:14, 125:15, 141:20, 145:19, 152:5, 168:14, 191:2, 199:14, 211:23, 269:21
**house** [12] - 85:9, 135:5, 214:10, 219:19, 219:22, 219:24, 219:25, 222:9, 227:23, 232:23, 233:3
**House** [14] - 15:11, 62:9, 128:7, 128:10, 180:11, 201:24, 204:8, 205:21, 208:12, 208:23, 209:24, 210:3, 222:6, 230:5
**human** [2] - 240:21, 248:6
**hundreds** [6] - 125:13, 125:14, 125:15, 152:5, 168:13, 168:14
**hung** [1] - 206:13
**Hunter** [1] - 32:20
**Hunters** [17] - 30:10, 30:11, 30:15, 99:10, 99:11, 99:13, 99:23, 99:24, 100:3, 100:9, 100:15, 100:19, 100:21, 101:18, 101:25, 102:3, 104:3
**hurry** [1] - 188:14
**hurt** [16] - 181:12, 192:10, 192:18,

193:21, 208:14, 210:24, 234:19, 239:4, 240:11, 240:20, 240:21, 248:15, 251:8, 254:6, 254:13, 254:23
**hurting** [3] - 220:15, 234:19, 248:16
**hypothetically** [1] - 260:14

## I

**icons** [1] - 53:1
**ID** [8] - 19:8, 19:12, 19:17, 19:19, 19:21, 19:24, 20:1, 20:8
**Idaho** [1] - 124:17
**idea** [12] - 9:17, 14:17, 78:20, 82:16, 82:18, 88:12, 145:5, 158:4, 181:1, 185:12, 201:8, 202:15
**identified** [8] - 33:15, 79:8, 100:22, 101:17, 106:25, 173:11, 184:6, 233:9
**identify** [11] - 30:18, 42:2, 42:18, 42:19, 43:8, 43:10, 43:17, 126:10, 141:13, 144:16, 168:9
**identifying** [1] - 42:2
**identity** [1] - 126:12
**ideology** [2] - 182:13, 211:12
**idiot** [2] - 222:8, 230:6
**illegal** [3] - 61:4, 61:6, 222:7
**image** [14] - 12:5, 12:6, 12:20, 14:9, 14:10, 14:23, 34:3, 36:6, 44:12, 62:23, 88:4, 104:17, 126:20, 189:12
**images** [3] - 86:6, 86:10, 86:12
**imagine** [4] - 99:20, 120:25, 224:17, 269:24
**immediate** [1] - 248:2
**immediately** [5] - 8:13, 13:19, 25:16, 105:6, 207:9
**impact** [3] - 241:17, 272:4, 272:7
**impeach** [9] - 70:4, 70:13, 70:15, 71:20, 112:7, 112:20,

260:17, 261:15, 268:19
**impeaching** [3] - 70:6, 112:11, 112:12
**impeachment** [1] - 259:4
**implementing** [1] - 16:1
**implicit** [1] - 268:8
**implicitly** [1] - 263:5
**important** [3] - 99:23, 179:9, 190:9
**impression** [1] - 55:24
**improper** [1] - 111:4
**improve** [1] - 214:13
**improved** [1] - 179:16
**inaccurate** [1] - 203:4
**inaccurately** [1] - 203:7
**inaction** [7] - 258:3, 267:3, 267:9, 267:24, 268:9, 268:18, 273:14
**inappropriate** [3] - 66:2, 170:18, 170:19
**inaugural** [2] - 220:8, 222:22
**inauguration** [1] - 181:21
**incapable** [1] - 43:1
**inception** [1] - 221:1
**incident** [4] - 75:22, 126:2, 238:17, 253:6
**incidents** [5] - 61:14, 61:17, 64:16, 64:18, 255:16
**incite** [1] - 190:11
**inclined** [4] - 6:23, 10:9, 65:23, 256:22
**include** [3] - 73:19, 84:21, 271:3
**includes** [1] - 73:21
**including** [3] - 21:18, 267:19, 269:20
**inconsistencies** [4] - 80:10, 80:13, 80:14, 80:24
**inconsistent** [1] - 112:13
**inconsistently** [1] - 264:6
**incorporate** [8] - 13:18, 164:21, 164:24, 165:16, 166:2, 166:6, 166:14, 166:22
**incorporates** [1] - 166:20
**incriminate** [1] - 10:4
**incriminates** [1] - 8:5

**incriminating** [1] - 69:25
**independent** [2] - 3:13, 176:25
**indestructive** [1] - 82:5
**indicate** [3] - 44:17, 87:12, 93:24
**indicated** [13] - 39:22, 48:20, 62:11, 83:18, 87:3, 113:8, 113:25, 115:7, 115:20, 198:19, 198:22, 208:19, 213:10
**indicating** [1] - 213:7
**indictment** [6] - 45:14, 45:16, 45:19, 45:20, 68:22, 68:24
**individual** [25] - 3:8, 34:2, 34:3, 34:19, 60:14, 77:17, 88:15, 88:21, 100:22, 101:24, 102:20, 103:16, 106:10, 115:24, 136:13, 145:13, 149:24, 154:22, 162:2, 224:15, 233:8, 243:8, 247:24, 247:25
**individuals** [3] - 144:4, 228:14, 258:19
**indulgence** [1] - 36:4
**infamously** [1] - 180:22
**infant** [1] - 176:16
**infer** [2] - 69:19, 123:3
**inference** [1] - 227:20
**infiltrators** [1] - 192:4
**infinity** [1] - 202:22
**Infinity** [8] - 201:6, 202:3, 202:5, 202:7, 202:14, 202:19, 202:23, 206:15
**influenced** [1] - 101:16
**inform** [1] - 109:8
**informal** [1] - 104:4
**informants** [1] - 107:2
**information** [19] - 9:21, 20:20, 26:2, 30:12, 53:13, 56:24, 70:14, 74:4, 75:11, 75:13, 75:15, 75:24, 79:1, 162:6, 162:8, 169:11, 264:15, 264:16, 265:22
**informed** [4] - 75:18, 262:21, 264:22,

264:25
**initial** [3] - 150:9, 185:22, 250:6
**initials** [4] - 53:20, 183:18, 184:1, 184:3
**inject** [2] - 68:7, 258:11
**injure** [1] - 122:1
**injured** [6] - 169:6, 169:11, 169:13, 169:14, 169:21, 169:25
**innocent** [1] - 172:21
**innocuous** [1] - 203:19
**inquired** [1] - 115:5
**inquiries** [4] - 29:11, 74:23, 266:2, 266:20
**inquiring** [1] - 117:12
**inquiry** [1] - 76:2
**inside** [13] - 104:9, 129:14, 129:17, 129:19, 135:9, 135:11, 183:14, 183:15, 216:6, 216:18, 228:4, 262:9, 263:11
**insight** [1] - 6:22
**insofar** [1] - 266:18
**inspections** [2] - 174:11, 174:21
**instance** [3] - 64:22, 84:15, 267:12
**instances** [3] - 248:18, 273:10, 273:14
**instant** [2] - 163:8, 238:14
**instead** [3] - 19:20, 179:13, 193:2
**instinct** [1] - 227:21
**instinctual** [1] - 228:7
**instruct** [1] - 225:15
**instruction** [2] - 256:21, 256:22
**instructions** [7] - 11:2, 76:19, 225:21, 256:14, 256:18, 257:2, 257:4
**instructor** [1] - 176:15
**insufficiently** [1] - 122:3
**insurrectionists** [1] - 30:17
**intact** [1] - 129:24
**intellect** [1] - 178:25
**intend** [5] - 96:2, 120:9, 120:16, 188:15, 192:24
**intending** [3] - 189:22,

190:11, 258:25
**intends** [1] - 123:7
**intent** [26] - 54:13, 54:17, 56:1, 66:20, 66:24, 67:11, 67:19, 68:3, 68:5, 83:18, 85:3, 121:16, 121:19, 122:1, 122:4, 122:22, 122:23, 122:24, 123:3, 173:13, 181:12, 181:14, 181:16, 181:22, 182:3
**intention** [4] - 122:7, 222:3, 222:8, 258:16
**interacting** [2] - 223:10, 268:12
**interaction** [6] - 216:6, 218:18, 226:13, 267:13, 268:4, 268:11
**interest** [3] - 161:25, 177:22, 177:24
**interested** [4] - 13:6, 86:7, 162:1, 187:12
**internal** [1] - 141:14
**Internet** [7] - 30:17, 183:13, 184:8, 184:24, 198:8, 202:20, 230:12
**interpret** [2] - 57:25, 169:2
**interpretation** [2] - 99:17, 222:17
**interpreted** [1] - 55:5
**interrupt** [5] - 65:6, 119:18, 119:21, 158:3, 237:24
**interval** [1] - 241:21
**intervene** [1] - 240:19
**interview** [5] - 109:23, 110:3, 110:8, 112:21, 115:22
**interviewed** [1] - 117:5
**interviews** [3] - 107:18, 109:15, 112:4
**intrigued** [1] - 87:20
**introduce** [6] - 4:12, 6:24, 68:4, 71:24, 158:7, 259:25
**introduced** [5] - 6:4, 86:20, 173:3, 179:19, 179:25
**investigation** [18] - 16:24, 24:2, 24:4, 25:1, 28:23, 30:9, 64:8, 64:24, 74:21,

88:14, 101:10, 116:8, 117:4, 117:10, 151:15, 152:1, 152:4, 182:21
**investigations** [1] - 117:5
**investigative** [3] - 60:7, 109:13, 152:9
**investigator** [2] - 151:24, 152:11
**invoice** [1] - 22:13
**involved** [7] - 51:23, 77:3, 164:9, 175:8, 188:8, 188:9, 214:1
**involving** [5] - 61:15, 75:17, 116:11, 164:7, 185:11
**Iraq** [1] - 175:11
**Iraqi** [1] - 175:11
**iridescent** [1] - 232:5
**irrelevant** [4] - 78:12, 116:2, 163:12, 273:13
**irritants** [2] - 234:6, 234:10
**issue** [24] - 7:21, 7:23, 8:4, 23:19, 43:8, 70:17, 79:11, 113:23, 119:20, 120:21, 120:23, 122:4, 166:25, 175:19, 193:5, 197:25, 256:12, 260:9, 261:8, 262:18, 264:6, 265:19, 269:13, 272:12
**issued** [3] - 90:21, 91:4, 97:3
**issues** [8] - 73:14, 75:16, 172:25, 176:8, 192:11, 210:18, 256:9, 264:10
**issuing** [2] - 91:14, 139:11
**it'd** [1] - 121:24
**item** [4] - 25:18, 25:19, 27:23, 28:6
**items** [9] - 24:21, 25:5, 25:6, 25:24, 26:7, 26:10, 26:13, 28:21, 203:19
**itself** [13] - 4:1, 18:14, 61:24, 62:14, 79:2, 92:4, 93:22, 137:3, 139:14, 174:20, 186:10, 189:12, 209:1
**ivory** [1] - 232:19

**ivory-colored** [1] - 232:19

## J

**Jack** [1] - 211:15
**jacket** [10] - 25:9, 26:24, 27:3, 28:21, 33:24, 144:7, 154:4, 173:3, 173:6, 243:16
**Jacksonville** [3] - 111:14, 115:15, 115:22
**January** [106] - 3:8, 12:16, 14:7, 14:21, 15:21, 15:23, 16:5, 17:25, 19:6, 19:12, 19:21, 19:22, 19:23, 20:19, 21:7, 21:11, 21:12, 21:14, 21:15, 22:1, 22:20, 22:22, 22:24, 23:3, 23:4, 28:23, 30:9, 32:12, 59:3, 59:9, 67:22, 73:19, 75:19, 75:23, 76:10, 91:6, 91:7, 92:15, 92:24, 94:4, 95:13, 95:16, 96:4, 96:7, 96:17, 96:18, 97:2, 97:4, 97:16, 99:14, 99:18, 101:16, 104:22, 107:13, 110:9, 110:10, 111:1, 112:23, 115:10, 115:12, 115:13, 117:4, 118:1, 118:4, 118:8, 124:24, 125:3, 125:4, 125:9, 125:13, 125:14, 141:18, 159:3, 160:15, 161:14, 161:19, 162:2, 162:4, 162:9, 162:12, 162:22, 168:15, 179:21, 180:21, 181:5, 181:16, 181:20, 182:3, 185:24, 199:17, 199:19, 213:19, 214:19, 230:2, 246:1, 246:23, 253:10, 257:25, 261:17, 266:1, 266:7, 270:21
**jean** [1] - 154:11
**Jencks** [2] - 8:5, 10:6
**jester** [1] - 194:14
**Jester** [2] - 53:25, 194:5

**job** [4] - 174:6, 196:4, 201:21, 264:24
**jobs** [2] - 6:18, 175:24
**Joe** [5] - 12:15, 14:5, 14:14, 53:20, 89:23
**JOHN** [1] - 1:16
**John** [3] - 1:17, 6:12, 7:4
**Johns** [5] - 14:1, 193:8, 193:12, 193:14, 193:16
**join** [3] - 180:17, 187:21, 220:19
**joined** [4] - 74:14, 195:24, 217:25
**joining** [3] - 13:6, 176:23, 187:12
**joint** [1] - 3:22
**jointly** [1] - 74:20
**Jonathon** [2] - 10:19, 11:11
**JOSEPH** [2] - 1:6, 172:11
**Joseph** [4] - 29:14, 172:9, 183:20, 183:21
**jovial** [1] - 210:9
**JT** [3] - 53:20, 183:19, 183:22
**judge** [2] - 23:14, 258:12
**Judge** [3] - 257:11, 265:2, 265:8
**JUDGE** [1] - 1:10
**judges** [2] - 256:17, 257:1
**judgment** [1] - 232:14
**judgments** [1] - 176:9
**jumbled** [1] - 138:25
**jumbotrons** [2] - 206:6, 210:2
**jump** [2] - 182:7, 210:6
**jumping** [1] - 255:14
**June** [1] - 275:8
**jurisdiction** [1] - 23:19
**juror** [2] - 122:13, 123:3
**jurors** [3] - 8:3, 159:15, 225:7
**Jury** [13] - 3:3, 11:3, 65:15, 81:9, 119:5, 121:5, 124:5, 170:13, 172:6, 223:23, 224:1, 226:3, 255:11
**JURY** [1] - 1:9
**jury** [66] - 3:5, 6:4, 6:5, 6:24, 7:8, 7:19, 10:10, 10:17, 11:2,

12:2, 15:16, 17:9, 17:17, 19:7, 24:9, 25:13, 27:15, 28:8, 30:10, 31:11, 31:12, 50:2, 60:4, 64:12, 64:14, 68:2, 68:9, 71:24, 78:14, 79:14, 88:11, 90:16, 94:8, 102:15, 109:8, 117:3, 117:8, 121:6, 121:11, 121:22, 121:24, 123:9, 123:22, 127:14, 127:15, 130:12, 131:23, 133:1, 133:12, 140:5, 164:14, 172:5, 172:16, 173:20, 174:13, 175:23, 225:18, 225:21, 245:12, 245:18, 247:6, 249:6, 253:16, 253:19, 255:6, 256:13
**jury's** [1] - 64:1
**justice** [1] - 185:14

## K

**Kavanaugh** [1] - 214:5
**Kay** [2] - 124:13, 124:15
**KAY** [1] - 124:15
**keep** [40] - 10:10, 27:22, 34:9, 44:9, 52:21, 79:13, 79:17, 92:13, 129:9, 134:25, 138:15, 143:19, 145:25, 148:7, 148:25, 154:16, 183:7, 189:20, 197:21, 209:17, 217:4, 217:15, 217:17, 224:16, 228:17, 230:16, 231:3, 236:17, 237:3, 239:11, 240:19, 242:8, 245:10, 246:13, 246:15, 247:20, 248:7, 269:2, 270:22, 270:25
**Keepers** [1] - 257:11
**keeping** [1] - 193:20
**Kenneth** [3] - 172:9, 183:20, 183:21
**KENNETH** [3] - 1:6, 2:8, 172:11
**kept** [9] - 14:1, 66:10,

193:8, 206:16, 206:17, 210:17, 216:13, 242:22
**kick** [1] - 239:25
**kicked** [1] - 240:13
**kicking** [1] - 157:10
**kid** [4] - 176:1, 194:14, 207:23, 229:16
**kids** [3] - 176:13, 177:2, 218:11
**kill** [4] - 56:11, 56:18, 57:2, 244:19
**kind** [82] - 5:5, 25:23, 56:24, 59:12, 83:12, 84:24, 85:2, 139:12, 146:9, 153:4, 156:3, 176:19, 179:20, 183:23, 184:12, 184:23, 184:24, 185:1, 187:24, 189:22, 194:14, 194:15, 196:12, 199:4, 200:19, 200:23, 202:10, 202:11, 202:21, 204:9, 206:21, 210:16, 213:17, 215:4, 217:19, 218:23, 218:25, 220:23, 221:14, 227:19, 227:25, 228:3, 228:7, 231:11, 231:23, 232:12, 234:14, 235:6, 236:15, 237:9, 237:12, 237:13, 237:16, 237:18, 238:18, 238:21, 238:22, 238:24, 240:5, 240:6, 242:19, 242:20, 242:22, 243:2, 243:12, 243:16, 247:14, 247:15, 247:18, 247:19, 248:5, 250:18, 250:21, 250:22, 250:25, 251:23, 251:25, 252:11, 252:13, 254:5, 260:2
**kinds** [2] - 158:14, 259:24
**knife** [28] - 88:8, 88:12, 88:25, 101:20, 101:21, 102:21, 103:5, 103:16, 104:14, 104:19, 105:25, 106:2, 106:9,

106:17, 106:18, 106:22, 107:20, 134:8, 210:19, 231:8, 231:9, 231:13, 232:2, 232:13, 232:20, 233:9, 233:25, 268:3
**knives** [7] - 104:23, 104:24, 105:3, 105:4, 203:21, 208:3, 208:6
**knock** [8] - 69:16, 85:8, 85:11, 85:12, 85:22, 222:10, 232:24, 233:3
**knocked** [11] - 9:6, 69:19, 69:20, 69:23, 75:14, 75:22, 147:11, 156:10, 237:15, 238:10, 238:20
**knowing** [2] - 82:21, 82:22
**knowingly** [1] - 261:25
**knowledge** [39] - 8:23, 9:5, 37:9, 37:10, 37:12, 37:14, 53:16, 54:1, 58:20, 60:3, 61:14, 61:25, 73:20, 73:25, 75:8, 84:1, 86:7, 89:7, 123:2, 123:6, 125:2, 143:16, 145:19, 148:2, 151:3, 151:8, 151:13, 151:17, 151:21, 152:3, 152:8, 152:10, 152:21, 153:7, 193:1, 215:16, 267:11, 271:22
**knowledgeable** [2] - 73:13, 124:23
**known** [2] - 185:3, 196:24
**knows** [7] - 73:5, 80:2, 101:22, 101:24, 102:5, 102:22, 170:25

## L

**labeled** [2] - 25:9, 131:5
**lack** [6] - 9:2, 137:10, 151:7, 151:16, 152:10, 231:22
**ladies** [9] - 11:4, 65:11, 118:25, 124:6, 133:7, 161:7,

170:10, 223:22, 255:2
**lady** [2] - 204:23, 218:13
**laid** [1] - 137:8
**Lambert** [29] - 6:18, 10:21, 79:16, 132:3, 132:23, 162:25, 163:4, 163:20, 164:1, 164:4, 168:7, 168:22, 169:2, 180:1, 180:5, 183:7, 186:13, 189:4, 190:21, 197:11, 200:24, 208:15, 212:1, 217:4, 226:8, 227:10, 230:16, 236:17, 239:7
**Lambert's** [2] - 163:18, 163:24
**Lancaster** [2] - 22:4, 22:8
**land** [1] - 174:24
**language** [4] - 21:19, 54:12, 92:16, 177:2
**laptops** [1] - 24:11
**large** [4] - 12:23, 94:10, 183:16, 210:23
**largely** [1] - 19:9
**larger** [3] - 18:14, 20:17, 30:4
**last** [23] - 8:10, 13:1, 19:10, 20:20, 48:19, 48:23, 66:4, 70:7, 79:23, 79:24, 95:25, 102:9, 102:16, 114:24, 120:18, 141:8, 143:5, 161:7, 163:2, 186:20, 186:24, 219:3, 234:23
**late** [10] - 7:21, 68:20, 75:17, 80:14, 80:15, 80:24, 120:6, 199:17, 271:15
**late-night** [1] - 7:21
**lateral** [2] - 218:22, 253:8
**laterally** [1] - 235:23
**laugh** [1] - 179:6
**laughing** [2] - 269:17, 269:18
**launch** [4] - 174:11, 174:21, 174:22, 175:2
**launching** [1] - 175:1
**Law** [1] - 1:17
**law** [26] - 45:25, 53:4, 53:5, 73:18, 73:21,

85:23, 105:5, 124:18, 124:22, 139:19, 157:14, 160:9, 191:23, 192:17, 198:20, 198:24, 199:2, 222:15, 223:3, 227:21, 254:17, 256:23, 258:3, 261:23, 268:6, 273:8
**lawful** [3] - 25:11, 222:4, 256:23
**lawfully** [4] - 259:2, 259:18, 260:6, 263:5
**laws** [1] - 219:13
**lawyer** [1] - 58:25
**lawyers** [1] - 161:23
**lay** [7] - 35:20, 123:23, 161:1, 161:2, 161:8, 161:11, 245:8
**layer** [4] - 142:8, 142:10, 192:10
**layers** [1] - 142:7
**laying** [6] - 148:22, 149:25, 227:22, 239:22, 240:12, 251:9
**laypeople** [1] - 227:22
**lays** [1] - 137:4
**lead** [4] - 13:4, 32:15, 187:2, 233:4
**leading** [1] - 143:10
**leaned** [1] - 231:13
**leaning** [3] - 10:9, 139:21, 157:3
**Leano** [2] - 166:7, 166:14
**learn** [2] - 176:4, 177:2
**learned** [1] - 53:14
**least** [18] - 15:5, 35:25, 87:12, 97:6, 121:10, 121:14, 147:8, 147:10, 148:5, 172:4, 181:20, 195:2, 202:18, 210:10, 227:23, 244:22, 254:14, 269:20
**leave** [4] - 26:7, 49:9, 207:15, 219:14
**leaves** [1] - 157:8
**leaving** [2] - 206:23, 207:14
**led** [1] - 162:7
**left** [20] - 21:17, 22:9, 34:20, 48:23, 51:17, 51:24, 104:18, 131:9, 138:7, 138:25, 149:21,

199:7, 200:25, 207:17, 211:17, 228:2, 232:7, 251:2, 251:6, 265:7
**left-hand** [2] - 22:9, 149:21
**leftist** [1] - 30:15
**legal** [16] - 3:13, 3:16, 54:14, 58:22, 58:24, 59:1, 59:12, 65:18, 65:25, 68:7, 68:10, 81:6, 94:16, 140:22, 222:4, 270:4
**legitimate** [2] - 158:16, 214:2
**less** [3] - 45:5, 51:16, 98:23
**lethal** [1] - 244:2
**letter** [8] - 86:23, 87:1, 87:3, 87:10, 97:15, 194:18, 194:22, 195:1
**lettering** [3] - 83:4, 153:4, 153:5
**letters** [2] - 86:20, 86:21
**letting** [1] - 9:21
**level** [6] - 46:12, 49:4, 104:5, 142:10, 235:21, 249:14
**liberty** [1] - 185:14
**lie** [5] - 70:13, 71:9, 71:18, 71:19, 108:17
**lied** [1] - 230:1
**life** [14] - 173:19, 176:5, 176:6, 176:7, 176:18, 176:22, 183:21, 205:4, 206:25, 222:24, 229:14, 229:16, 229:17, 229:18
**light** [3] - 268:20, 273:21, 273:22
**lighter** [1] - 203:17
**lightly** [1] - 178:22
**likelihood** [1] - 123:14
**likely** [2] - 120:7, 153:23
**limine** [3] - 268:22, 268:23, 272:24
**limited** [1] - 120:17
**limits** [1] - 258:20
**line** [40] - 17:11, 17:13, 17:19, 18:1, 32:17, 92:7, 112:10, 134:18, 135:14, 136:15, 142:22, 144:4, 146:8, 146:10, 147:14, 154:1, 155:6, 155:8,

156:19, 157:1, 204:14, 204:23, 209:25, 218:22, 219:1, 221:5, 235:19, 235:22, 238:19, 244:18, 248:12, 250:3, 250:12, 251:24, 252:8, 254:6, 268:14
**linebacker** [1] - 147:5
**lined** [2] - 147:4, 225:7
**lines** [11] - 18:4, 23:4, 67:9, 121:21, 123:23, 165:14, 189:24, 220:8, 227:24, 235:15, 256:24
**link** [2] - 101:23, 102:7
**Lion** [2] - 53:25, 194:5
**Lions** [1] - 194:13
**List** [1] - 30:20
**list** [14] - 58:16, 58:18, 58:19, 76:14, 77:25, 84:19, 84:22, 126:3, 126:5, 167:3, 167:6, 175:17, 222:16, 222:25
**listen** [3] - 217:13, 217:23, 221:15
**listening** [2] - 157:3, 212:9
**listing** [2] - 261:9, 261:10
**lists** [1] - 141:12
**lit** [1] - 136:17
**literally** [6] - 101:19, 121:18, 122:6, 177:25, 229:15, 268:5
**live** [7] - 63:19, 90:22, 92:22, 176:4, 230:10, 230:13, 230:14
**lived** [1] - 173:19
**liven** [1] - 198:12
**living** [2] - 23:18, 124:17
**loaded** [1] - 208:17
**local** [1] - 16:6
**location** [4] - 45:25, 138:14, 141:13, 147:15
**locations** [1] - 18:22
**locked** [1] - 18:3
**locker** [1] - 25:22
**lockers** [1] - 25:20
**logistics** [1] - 195:16
**logos** [1] - 202:20
**long-sleeved** [1] - 237:12

**look** [49] - 6:21, 7:21, 14:8, 21:16, 22:13, 22:19, 52:24, 53:3, 53:7, 72:20, 95:18, 97:18, 113:21, 129:16, 132:23, 135:16, 140:20, 141:18, 148:13, 148:14, 150:21, 155:11, 155:15, 156:24, 161:23, 162:23, 163:5, 163:20, 164:6, 164:9, 164:14, 164:19, 179:19, 184:1, 196:17, 202:16, 209:3, 210:17, 215:9, 232:9, 242:23, 251:12, 251:22, 252:18, 256:19, 257:1, 265:13, 269:17
**looked** [17] - 20:21, 52:1, 52:12, 52:18, 53:8, 62:17, 64:20, 89:15, 148:16, 163:7, 168:13, 185:21, 190:22, 207:10, 219:4, 242:17, 256:13
**looking** [31] - 21:8, 39:7, 64:22, 105:24, 128:3, 129:15, 134:19, 138:12, 147:8, 154:1, 154:2, 155:5, 162:5, 162:6, 162:7, 163:1, 164:10, 168:10, 168:12, 173:11, 193:3, 198:23, 204:10, 204:18, 209:23, 221:3, 222:23, 233:11, 237:25, 261:20, 263:24
**lookout** [1] - 53:11
**looks** [10] - 28:9, 35:15, 41:5, 81:21, 94:12, 96:21, 139:21, 139:22, 140:17, 150:22
**loss** [2] - 95:12, 98:5
**losses** [8] - 95:8, 96:24, 97:19, 97:21, 99:3, 99:4, 99:5
**lost** [3] - 156:3, 224:10, 255:25
**loudspeakers** [1] - 214:20

**love** [11] - 180:13, 181:6, 190:6, 202:12, 210:13, 211:10, 212:14, 212:16, 217:24
**low** [1] - 21:14
**lower** [11] - 34:20, 38:21, 39:10, 46:12, 47:10, 49:3, 78:5, 99:5, 148:21, 235:17, 235:22
**luck** [1] - 200:21
**lunch** [7] - 119:1, 119:13, 126:6, 225:3, 225:4, 225:11, 225:19
**luncheon** [1] - 202:10
**lunchtime** [1] - 211:23
**lying** [2] - 71:24, 105:12

## M

**ma'am** [5] - 153:1, 161:3, 163:22, 167:8, 249:1
**mail** [10] - 3:21, 4:1, 4:9, 17:20, 17:21, 17:24, 18:1, 18:10, 32:22, 194:11
**main** [5] - 13:19, 32:22, 151:25, 209:25, 222:5
**mainstream** [2] - 221:15, 229:21
**maintain** [1] - 219:13
**maintains** [1] - 37:23
**major** [2] - 108:11, 236:23
**majority** [1] - 198:13
**militia** [1] - 13:23
**Mall** [2] - 62:11, 222:23
**man** [12] - 47:13, 76:11, 122:16, 136:8, 138:12, 139:23, 178:24, 232:6, 240:12, 242:13, 242:15, 250:5
**Man** [1] - 229:4
**management** [1] - 23:14
**managers** [1] - 17:21
**maneuvering** [1] - 235:25
**mankind** [1] - 177:25
**manner** [1] - 244:5
**manufactures** [1] - 37:19

**map** [3] - 12:9, 180:7, 180:15
**March** [3] - 229:5, 267:5, 267:10
**marching** [1] - 57:19
**Marjorie** [1] - 203:6
**mark** [6] - 34:12, 35:20, 49:18, 135:21, 145:12, 146:3
**marked** [1] - 26:24
**market** [1] - 188:10
**marketing** [1] - 187:19
**markings** [3] - 38:4, 43:23, 43:24
**married** [1] - 176:11
**Maryland** [1] - 73:23
**mascot** [1] - 185:2
**mask** [3] - 7:8, 219:9, 231:21
**masse** [2] - 182:16, 212:12
**massive** [4] - 161:2, 244:21, 266:6
**master** [1] - 244:9
**match** [1] - 142:23
**material** [2] - 82:7, 125:6
**materials** [5] - 31:8, 80:8, 80:13, 256:13, 256:15
**math** [1] - 53:22
**mathematics** [1] - 183:23
**matter** [14] - 13:25, 78:8, 89:16, 89:25, 112:8, 132:14, 192:20, 193:2, 205:5, 210:13, 211:12, 211:17, 275:5
**Matthew** [2] - 200:5, 201:22
**mayor** [22] - 3:24, 5:5, 15:21, 15:25, 90:3, 90:19, 90:21, 91:9, 91:14, 91:22, 92:10, 92:14, 93:6, 93:13, 93:17, 97:4, 97:11, 98:12, 98:24, 191:18, 192:25, 193:2
**Mayor** [5] - 31:8, 90:20, 91:25, 92:1, 92:8
**mayor's** [3] - 7:5, 15:15, 97:2
**McCauley** [5] - 73:10, 74:22, 79:19, 238:3, 252:24, 256:3,

257:3, 258:25, 269:5
**MCCAULEY** [63] - 1:13, 4:10, 8:12, 34:21, 35:1, 35:11, 73:12, 73:17, 73:24, 74:3, 74:6, 74:13, 75:2, 79:20, 80:21, 81:2, 123:15, 234:22, 238:4, 245:3, 245:5, 246:7, 247:2, 249:5, 252:25, 253:14, 256:4, 257:5, 257:8, 257:15, 258:16, 258:23, 259:7, 259:9, 259:13, 259:21, 260:9, 260:18, 260:22, 261:2, 261:6, 261:22, 264:2, 264:12, 264:20, 264:25, 265:7, 265:15, 265:18, 266:9, 266:13, 267:1, 267:6, 267:15, 268:10, 270:8, 270:10, 270:23, 271:20, 272:8, 272:14, 273:3, 273:20
**mean** [66] - 8:5, 16:6, 20:3, 24:10, 35:22, 37:25, 46:2, 46:16, 46:24, 53:2, 55:9, 59:6, 60:3, 64:2, 68:4, 76:21, 85:1, 86:12, 93:20, 100:4, 117:10, 119:16, 144:12, 158:12, 178:21, 182:12, 185:15, 186:3, 187:6, 187:8, 187:18, 188:2, 188:19, 190:16, 191:16, 200:13, 205:4, 210:21, 212:11, 212:12, 213:21, 214:1, 219:11, 219:21, 220:5, 222:1, 222:7, 227:4, 229:8, 229:13, 230:20, 231:11, 232:25, 233:19, 234:16, 240:11, 255:21, 255:22, 259:13, 260:18, 265:16, 266:11, 266:24, 268:1, 270:4, 270:6
**meandering** [2] - 235:6, 235:14

**meaning** [4] - 59:6, 84:3, 183:14, 227:1
**means** [10] - 20:6, 20:7, 88:25, 93:19, 160:25, 161:11, 177:1, 183:14, 185:1
**meant** [6] - 60:18, 84:23, 88:13, 89:2, 95:22, 188:23
**media** [20] - 30:12, 32:15, 54:19, 54:20, 59:7, 86:22, 99:17, 178:15, 179:19, 182:6, 194:3, 194:19, 195:7, 198:23, 221:16, 222:4, 229:10, 229:21, 230:2, 233:13
**medical** [4] - 170:21, 171:13, 207:21, 207:25
**meet** [9] - 15:3, 180:16, 181:2, 194:2, 196:12, 202:10, 205:1, 205:9, 205:19
**meeting** [12] - 109:22, 110:6, 110:11, 112:23, 113:8, 115:12, 115:13, 115:17, 196:6, 196:8, 196:23, 196:25
**meetings** [3] - 110:1, 110:13, 110:23
**Mehta** [1] - 257:11
**member** [3] - 101:24, 109:11, 164:14
**members** [8] - 12:2, 86:21, 86:24, 168:19, 183:2, 192:7, 192:8, 195:1
**meme** [4] - 87:20, 88:5, 89:3, 221:13
**memes** [5] - 86:4, 86:10, 87:13, 190:1
**memorialize** [1] - 109:12
**memorized** [1] - 183:15
**memory** [5] - 45:19, 183:16, 196:2, 199:3, 212:3
**men** [1] - 249:21
**mentality** [2] - 231:12, 232:14
**mention** [2] - 108:11, 111:2
**mentioned** [13] -

67:23, 90:11, 108:22, 168:22, 174:16, 176:14, 200:11, 202:3, 210:19, 218:8, 234:6, 234:7
**merely** [1] - 87:18
**message** [5] - 13:7, 91:22, 163:8, 164:4, 187:16
**messages** [5] - 60:14, 92:14, 163:4, 163:19, 206:16
**messaging** [1] - 91:14
**met** [9] - 107:22, 107:25, 108:22, 197:6, 200:4, 200:6, 200:7, 205:20, 205:21
**metal** [4] - 132:18, 226:18, 244:22
**Metcalf** [1] - 225:25
**method** [1] - 56:8
**methods** [1] - 192:5
**Metro** [4] - 37:13, 38:1, 220:18, 249:18
**Metropolitan** [2] - 127:11, 127:25
**mic** [1] - 172:16
**Michael** [1] - 203:5
**microphone** [1] - 119:11
**middle** [9] - 13:17, 45:22, 47:4, 47:6, 76:17, 89:24, 96:6, 175:7, 232:6
**middle-aged** [1] - 232:6
**Midnight** [8] - 86:16, 86:18, 186:4, 186:8, 186:11, 195:9, 195:11, 195:20
**midnight** [2] - 54:11, 98:17
**midnightrider** [2] - 13:10, 188:12
**midst** [1] - 176:24
**might** [28] - 6:5, 49:1, 58:4, 60:15, 69:19, 80:1, 82:16, 82:18, 117:8, 117:15, 119:20, 120:6, 122:10, 203:3, 204:10, 221:3, 222:7, 231:16, 240:9, 243:4, 266:13, 266:14, 272:23, 272:25, 273:2, 274:1
**Mike** [2] - 87:2, 203:5

**mile** [1] - 61:18
**military** [14] - 37:6,
174:1, 175:13,
176:2, 185:19,
194:11, 207:3,
207:18, 207:23,
218:1, 231:1,
240:17, 244:6, 244:9
**militia** [3] - 191:11,
192:6, 192:13
**militias** [1] - 192:8
**MILLER** [184] - 1:13,
3:20, 3:24, 4:5, 4:8,
4:14, 4:17, 4:22, 5:6,
6:5, 10:25, 11:17,
11:20, 11:22, 11:24,
17:1, 17:8, 17:10,
19:4, 22:11, 22:12,
26:12, 26:15, 27:7,
27:13, 27:21, 28:14,
28:20, 29:4, 29:5,
29:15, 29:17, 29:21,
30:2, 30:3, 30:24,
31:1, 31:13, 31:18,
33:2, 33:5, 33:11,
39:25, 40:5, 40:8,
41:15, 42:1, 42:6,
42:11, 42:19, 42:25,
45:9, 49:15, 50:4,
54:14, 59:14, 60:19,
69:13, 74:17, 75:4,
83:14, 84:10, 85:13,
87:6, 88:2, 88:18,
89:4, 90:5, 91:11,
92:3, 94:16, 99:7,
99:25, 100:10,
100:25, 101:5,
102:8, 103:6,
103:13, 105:13,
106:4, 107:3,
107:10, 107:15,
108:3, 108:13,
108:19, 110:15,
110:20, 111:4,
111:25, 112:9,
112:17, 114:21,
116:1, 116:12,
116:17, 116:20,
116:23, 116:25,
117:22, 117:23,
118:17, 118:19,
118:22, 118:24,
119:24, 125:21,
126:5, 126:12,
130:4, 130:7,
130:12, 130:15,
131:3, 131:15,
131:25, 132:11,
132:17, 132:25,
133:15, 135:18,

136:22, 136:25,
137:7, 139:25,
140:22, 143:10,
144:24, 145:1,
146:11, 146:20,
146:24, 149:5,
150:23, 151:1,
151:7, 151:13,
151:25, 152:8,
152:22, 153:10,
155:17, 156:6,
157:19, 158:3,
158:11, 158:19,
159:12, 159:18,
159:22, 159:24,
161:4, 161:10,
163:11, 163:18,
163:25, 165:3,
165:7, 165:11,
165:17, 165:23,
166:3, 166:5,
166:12, 166:13,
166:21, 167:2,
167:20, 167:24,
169:8, 169:13,
169:23, 170:5,
171:11, 171:22,
171:25, 172:3,
225:14, 245:17,
257:19, 267:4,
270:18, 273:5
**Miller** [15] - 9:15,
11:16, 40:17, 41:25,
42:23, 49:21, 69:9,
74:15, 74:19, 112:6,
131:14, 159:14,
170:4, 171:19,
245:15
**million** [2] - 211:8,
211:9
**Million** [1] - 229:4
**millions** [3] - 87:3,
89:11, 230:5
**millisecond** [2] -
40:13, 40:14
**mind** [13] - 4:23, 9:10,
12:12, 83:19, 83:21,
102:7, 182:12,
190:14, 218:5,
219:14, 252:8,
272:1, 272:13
**mine** [8] - 162:2,
177:22, 180:9,
198:25, 200:5,
200:16, 210:11
**minimum** [2] - 6:16,
125:15
**minister** [1] - 176:25
**ministry** [1] - 176:23
**minute** [8] - 135:21,

145:11, 146:3,
149:19, 155:24,
170:11, 266:4, 267:5
**minutes** [24] - 63:17,
65:1, 68:18, 116:21,
120:3, 129:5, 129:7,
130:8, 130:16,
131:6, 131:18,
132:1, 132:2, 132:6,
134:13, 141:20,
191:2, 199:21,
223:16, 223:17,
223:18, 223:21,
223:24, 226:8
**misdemeanor** [4] -
258:21, 259:12,
261:10, 261:19
**mislead** [1] - 42:1
**misleading** [1] - 43:6
**mispronouncing** [1] -
60:15
**missing** [11] - 9:14,
10:13, 10:14, 72:1,
72:7, 72:16, 113:5,
113:7, 114:15,
115:21, 263:13
**misstated** [1] - 41:19
**misstates** [8] - 39:25,
40:3, 49:15, 49:22,
49:24, 91:11,
105:13, 116:1
**misstating** [1] -
136:25
**mistake** [1] - 80:6
**mistakes** [3] - 176:20,
214:15, 223:6
**Mister** [2] - 108:2,
111:17
**mistrial** [10] - 7:22,
8:15, 66:5, 67:10,
67:13, 68:14, 68:17,
171:6, 171:15,
271:17
**misunderstanding** [1]
- 165:24
**mix** [3] - 20:15, 96:11,
249:22
**mixed** [1] - 213:3
**mixture** [1] - 249:20
**mobsters** [2] - 166:8,
166:11
**modern** [1] - 185:19
**moment** [13] - 6:14,
33:3, 44:16, 46:4,
53:7, 103:11,
104:13, 147:13,
148:11, 171:1,
180:4, 264:3, 271:11
**moments** [1] - 85:23
**Monday** [14] - 120:24,

224:10, 224:15,
224:24, 225:2,
225:5, 225:7,
225:19, 225:20,
255:4, 255:6,
257:23, 261:6
**money** [2] - 162:16,
193:14
**moniker** [3] - 183:13,
184:2, 198:8
**month** [2] - 23:22,
163:2
**months** [4] - 6:13,
74:13, 75:11, 244:14
**Monument** [1] - 210:4
**morning** [20] - 3:4,
3:22, 11:4, 11:19,
11:25, 12:1, 12:2,
65:12, 87:19, 89:19,
95:9, 95:24, 124:3,
124:4, 199:18,
199:19, 225:5,
255:5, 265:21
**mornings** [1] - 225:8
**Moseley** [8] - 5:15,
5:16, 6:20, 7:4, 7:7,
10:18, 11:10, 11:11
**MOSELEY** [3] - 7:9,
7:12, 10:19
**most** [12] - 56:18,
79:1, 97:15, 107:13,
109:17, 132:15,
149:14, 153:23,
173:19, 179:9, 185:3
**Most** [1] - 30:20
**mother** [1] - 207:23
**motion** [21] - 66:5,
67:12, 68:14, 68:16,
72:20, 79:7, 80:22,
121:8, 171:15,
243:13, 267:2,
267:4, 267:8, 267:9,
268:21, 268:22,
270:11, 270:18,
271:17, 272:24,
273:5
**motivating** [1] -
198:11
**motive** [2] - 66:20,
67:11
**mouth** [2] - 138:13,
179:3
**move** [45] - 17:1,
19:24, 27:7, 28:14,
29:15, 29:21, 43:10,
47:16, 50:21, 53:9,
61:8, 88:20, 105:24,
108:13, 111:8,
112:25, 120:10,
131:7, 134:9,

135:16, 140:25,
150:9, 156:9,
157:20, 158:21,
161:4, 163:11,
165:4, 165:6, 166:2,
171:6, 171:20,
171:23, 172:1,
177:18, 183:1,
195:8, 214:12,
214:22, 234:23,
234:24, 236:15,
246:5, 247:1, 253:12
**moved** [8] - 128:1,
138:13, 138:14,
141:8, 148:13,
154:23, 156:1, 274:3
**movement** [1] - 214:9
**moves** [2] - 147:16,
213:18
**moving** [12] - 10:15,
133:21, 135:10,
135:13, 140:20,
142:9, 145:22,
146:10, 150:9,
159:16, 163:17,
235:12
**MP** [1] - 244:8
**MPD** [2] - 38:13, 51:1
**MR** [451] - 3:9, 4:10,
5:1, 5:10, 5:13, 5:15,
5:20, 5:24, 6:1, 6:10,
6:13, 6:18, 7:1, 7:4,
7:9, 7:12, 7:16, 7:20,
8:12, 9:4, 10:12,
10:19, 10:22, 17:4,
27:10, 28:17, 29:24,
31:20, 31:23, 31:25,
32:5, 32:8, 33:9,
33:13, 33:20, 34:11,
34:15, 34:16, 34:21,
35:1, 35:6, 35:10,
35:11, 35:14, 36:8,
38:18, 39:5, 40:3,
40:6, 40:19, 40:23,
41:4, 41:21, 41:24,
42:17, 43:7, 43:13,
43:15, 43:20, 44:2,
44:11, 44:20, 45:11,
48:11, 49:7, 49:13,
50:6, 50:9, 50:13,
50:19, 51:14, 52:8,
52:23, 54:18, 59:2,
59:18, 60:21, 61:9,
62:21, 62:22, 65:9,
66:4, 66:9, 66:15,
67:1, 67:12, 67:18,
68:12, 68:19, 68:23,
69:1, 69:4, 69:8,
69:22, 70:7, 70:11,
70:19, 71:3, 71:5,

71:10, 71:21, 71:25, 72:6, 72:11, 72:16, 73:2, 73:8, 73:12, 73:17, 73:24, 74:3, 74:6, 74:13, 75:2, 75:13, 75:25, 76:4, 76:8, 76:22, 77:4, 77:13, 77:19, 77:24, 78:3, 78:5, 78:9, 78:17, 78:20, 78:25, 79:20, 80:21, 81:2, 81:4, 81:10, 81:15, 83:16, 84:11, 85:15, 87:11, 88:6, 88:21, 88:24, 89:6, 90:9, 90:18, 91:13, 92:6, 94:17, 94:18, 94:23, 94:25, 98:8, 99:9, 100:2, 100:11, 100:14, 101:2, 101:9, 101:15, 101:19, 102:20, 103:2, 103:10, 103:18, 104:1, 105:15, 106:8, 107:4, 107:8, 107:12, 107:17, 108:5, 108:6, 108:16, 108:20, 109:2, 109:4, 110:17, 110:22, 111:7, 111:9, 111:16, 111:23, 112:5, 112:16, 112:22, 113:1, 113:4, 113:18, 114:23, 115:3, 115:10, 115:11, 116:4, 116:7, 116:14, 116:19, 117:20, 118:15, 119:9, 119:10, 119:12, 120:5, 120:19, 120:23, 121:7, 121:10, 121:14, 122:5, 122:15, 122:21, 123:5, 123:15, 123:18, 123:20, 123:25, 124:11, 126:1, 126:17, 126:19, 127:8, 127:17, 127:22, 128:15, 129:2, 129:11, 130:20, 130:24, 131:9, 131:20, 132:2, 132:6, 132:15, 133:4, 133:12, 133:19, 134:3, 134:12, 135:2,

135:20, 136:1, 136:4, 137:12, 138:3, 138:18, 139:7, 140:2, 140:8, 140:14, 140:24, 141:3, 141:25, 142:14, 142:18, 143:12, 143:21, 144:1, 144:18, 144:21, 145:8, 145:10, 146:2, 146:15, 146:16, 146:22, 147:6, 147:25, 148:9, 149:2, 149:7, 149:12, 149:18, 151:18, 152:15, 153:3, 153:12, 153:15, 154:8, 154:18, 155:3, 155:20, 155:23, 156:12, 156:15, 157:22, 157:25, 158:7, 158:13, 158:18, 158:25, 159:9, 165:1, 165:5, 166:10, 166:18, 166:25, 167:17, 167:22, 168:1, 169:10, 169:14, 169:18, 170:2, 170:7, 170:19, 170:24, 171:6, 171:9, 171:12, 171:18, 172:8, 172:13, 196:20, 197:13, 197:18, 199:24, 209:5, 209:19, 212:7, 215:21, 217:6, 218:17, 223:15, 223:18, 224:2, 224:7, 224:12, 224:17, 225:5, 225:12, 225:24, 226:5, 226:6, 226:11, 227:12, 228:19, 230:18, 231:5, 232:22, 234:22, 234:24, 235:1, 236:6, 236:19, 237:2, 237:5, 238:1, 238:4, 238:7, 238:9, 239:14, 241:3, 241:11, 241:25, 242:10, 245:3, 245:5, 245:8, 245:11, 245:14, 245:20, 246:5, 246:7, 246:9,

246:13, 246:17, 247:1, 247:2, 247:5, 247:8, 247:11, 247:23, 248:9, 249:2, 249:4, 249:5, 249:9, 251:14, 252:23, 252:25, 253:2, 253:12, 253:14, 253:18, 253:21, 255:1, 255:15, 255:20, 255:24, 256:4, 257:5, 257:8, 257:15, 258:16, 258:23, 259:7, 259:9, 259:13, 259:21, 259:24, 260:3, 260:9, 260:18, 260:22, 261:2, 261:6, 261:12, 261:22, 262:8, 262:13, 262:23, 263:9, 263:15, 263:17, 264:2, 264:12, 264:20, 264:25, 265:7, 265:15, 265:18, 266:9, 266:13, 267:1, 267:6, 267:15, 267:17, 267:23, 267:25, 268:5, 268:10, 268:16, 268:20, 269:2, 269:11, 269:18, 269:24, 270:8, 270:10, 270:23, 271:13, 271:17, 271:20, 272:8, 272:14, 272:17, 272:22, 273:3, 273:20, 273:21, 274:3

**MS** [183] - 3:20, 3:24, 4:5, 4:8, 4:14, 4:17, 4:22, 5:6, 6:5, 10:25, 11:17, 11:20, 11:22, 11:24, 17:1, 17:8, 17:10, 19:4, 22:11, 22:12, 26:12, 26:15, 27:7, 27:13, 27:21, 28:14, 28:20, 29:4, 29:5, 29:15, 29:17, 29:21, 30:2, 30:3, 30:24, 31:1, 31:13, 31:18, 33:2, 33:5, 33:11, 39:25, 40:5, 40:8, 41:15, 42:1, 42:6, 42:11, 42:19, 42:25, 45:9, 49:15, 50:4, 54:14, 59:14,

60:19, 69:13, 74:17, 75:4, 83:14, 84:10, 85:13, 87:6, 88:2, 88:18, 89:4, 90:5, 91:11, 92:3, 94:16, 99:7, 99:25, 100:10, 100:25, 101:5, 102:8, 103:6, 103:13, 105:13, 106:4, 107:3, 107:10, 107:15, 108:3, 108:13, 108:19, 110:15, 110:20, 111:4, 111:25, 112:9, 112:17, 114:21, 116:1, 116:12, 116:17, 116:20, 116:23, 116:25, 117:22, 117:23, 118:17, 118:19, 118:22, 118:24, 119:24, 125:21, 126:5, 126:12, 130:4, 130:7, 130:12, 130:15, 131:3, 131:15, 131:25, 132:11, 132:17, 132:25, 133:15, 135:18, 136:22, 136:25, 137:7, 139:25, 140:22, 143:10, 144:24, 145:1, 146:11, 146:20, 146:24, 149:5, 150:23, 151:1, 151:7, 151:13, 151:25, 152:8, 152:22, 153:10, 155:17, 156:6, 157:19, 158:3, 158:11, 158:19, 159:12, 159:18, 159:22, 159:24, 161:4, 161:10, 163:11, 163:18, 163:25, 165:3, 165:7, 165:11, 165:17, 165:23, 166:3, 166:5, 166:12, 166:13, 166:21, 167:2, 167:20, 167:24, 169:8, 169:13, 169:23, 170:5, 171:11, 171:22, 171:25, 172:3, 225:14, 245:17, 257:19, 267:4, 270:18, 273:5

**multifaceted** [1] - 183:14
**multiple** [14] - 32:12, 65:17, 66:25, 67:16, 69:16, 117:5, 117:17, 219:17, 243:18, 243:24, 265:25, 266:2, 266:20, 271:8
**municipality** [1] - 191:8
**Muriel** [1] - 90:20
**music** [1] - 206:7
**must** [3] - 90:25, 93:2, 116:16
**mute** [1] - 216:11

## N

**nail** [1] - 259:9
**name** [24] - 10:18, 17:13, 29:12, 30:18, 115:24, 117:7, 124:12, 124:13, 182:11, 183:19, 184:10, 194:10, 200:5, 201:23, 204:21, 216:2, 216:4, 216:7, 216:9, 219:2, 219:3, 224:16, 257:12, 261:19
**named** [3] - 76:9, 88:7, 186:10
**names** [4] - 17:23, 204:23, 216:9, 256:16
**Nancy** [1] - 214:6
**narrative** [1] - 229:25
**narratives** [2] - 221:15, 229:20
**NAS** [1] - 174:24
**nation** [10] - 179:15, 185:15, 191:25, 202:12, 210:13, 211:10, 212:14, 214:12, 214:15, 217:24
**National** [5] - 94:5, 192:8, 192:12, 192:13, 222:23
**national** [1] - 16:12
**nations** [1] - 179:13
**nationwide** [1] - 180:16
**nature** [2] - 77:12, 175:20
**Navy** [6] - 174:2, 174:6, 174:23, 175:21, 185:20,

244:10
**near** [5] - 57:19, 63:8, 154:24, 155:24, 224:12
**necessarily** [4] - 37:17, 53:5, 177:23, 270:6
**necessary** [1] - 272:10
**neck** [1] - 240:18
**need** [40] - 3:12, 3:18, 4:19, 6:16, 8:19, 17:12, 31:1, 31:18, 39:7, 71:23, 74:24, 78:15, 79:12, 80:4, 80:12, 80:19, 81:3, 103:8, 103:23, 113:16, 123:12, 158:8, 159:16, 167:18, 167:19, 167:23, 168:12, 195:7, 206:8, 207:11, 245:13, 248:13, 250:14, 257:17, 263:7, 263:15, 264:4, 264:7, 265:13
**needed** [4] - 130:18, 196:11, 196:15, 197:5
**needs** [13] - 3:16, 79:5, 80:12, 132:23, 171:13, 258:10, 258:12, 262:6, 262:21, 263:8, 264:22, 272:3
**nefarious** [3] - 201:9, 204:19, 224:12
**negative** [2] - 94:14, 273:3
**neighborhood** [1] - 256:1
**nerd** [1] - 183:15
**net** [2] - 271:24, 272:1
**never** [22] - 13:8, 42:4, 56:22, 59:23, 75:22, 75:25, 115:5, 157:11, 158:5, 173:12, 173:18, 187:17, 188:7, 193:15, 200:4, 205:24, 206:24, 215:9, 222:19, 222:24, 229:12, 244:15
**new** [8] - 6:17, 7:23, 75:13, 75:15, 75:23, 177:2, 266:8, 266:9
**news** [4] - 54:3, 54:11, 178:16, 191:18
**next** [30] - 10:16,

13:16, 20:12, 20:16, 21:4, 51:11, 53:21, 91:21, 96:2, 96:16, 96:17, 97:8, 97:12, 120:2, 141:18, 142:9, 157:22, 157:25, 170:15, 171:3, 171:17, 182:23, 190:5, 192:20, 194:2, 197:19, 210:15, 214:18, 228:15, 273:6
**Niewenhous** [3] - 36:6, 45:23, 164:22
**night** [18] - 7:21, 8:10, 9:17, 18:8, 66:4, 76:17, 79:23, 79:25, 198:13, 199:17, 237:18, 239:24, 240:13, 243:12, 244:11, 244:23, 247:17, 249:20
**nine** [2] - 143:6, 143:7
**nobody** [7] - 172:23, 192:9, 192:18, 208:13, 216:20, 240:11, 254:11
**noise** [2] - 215:6, 226:17
**non** [1] - 84:8
**non-peace** [1] - 84:8
**none** [3] - 66:11, 133:15, 159:5
**normal** [1] - 213:14
**normally** [1] - 225:15
**north** [6] - 133:23, 141:8, 156:20, 218:20, 235:4
**northward** [1] - 133:24
**Northwest** [3] - 1:14, 1:21, 46:13
**note** [3] - 181:18, 182:22, 267:1
**notes** [1] - 79:18
**nothing** [20] - 66:5, 66:11, 67:25, 70:24, 80:22, 108:22, 121:18, 121:19, 121:22, 122:18, 122:23, 170:2, 211:13, 220:20, 249:17, 260:16, 269:13, 271:25, 272:12, 272:14
**notice** [10] - 83:12, 130:11, 130:18, 130:22, 132:4, 153:7, 156:22,

157:2, 210:16, 235:19
**noticed** [4] - 11:7, 150:17, 150:18, 239:17
**noticing** [1] - 239:1
**notification** [1] - 215:8
**notified** [1] - 32:11
**notify** [1] - 192:17
**notion** [1] - 69:22
**nowadays** [1] - 190:4
**nowhere** [2] - 43:22, 224:12
**number** [23] - 17:22, 18:11, 30:19, 45:18, 47:4, 94:8, 94:10, 98:2, 98:3, 98:4, 111:13, 126:7, 126:10, 127:25, 131:17, 141:14, 141:15, 148:24, 164:8, 180:2, 257:20
**Number** [2] - 1:3, 140:25
**numbers** [6] - 18:22, 20:2, 22:15, 182:16, 183:15, 213:3
**numerous** [2] - 151:10, 221:5

## O

**Oakland** [1] - 173:22
**Oath** [1] - 257:11
**oath** [18] - 61:6, 215:22, 216:16, 217:2, 217:25, 227:15, 230:19, 230:22, 230:25, 259:6, 259:7, 261:25, 262:4, 262:11, 263:1, 263:4, 263:14, 263:20
**obey** [1] - 219:13
**object** [9] - 49:22, 68:10, 126:6, 130:10, 130:17, 131:4, 131:16, 269:6, 269:10
**objected** [2] - 9:15, 9:20
**objecting** [2] - 151:4, 151:5
**objection** [98] - 6:3, 17:3, 17:4, 27:9, 27:10, 28:16, 28:17, 29:23, 29:24, 39:25, 41:15, 41:16, 41:25, 45:9, 49:15, 49:24,

50:1, 54:14, 59:14, 60:19, 83:14, 84:10, 85:13, 87:6, 88:2, 88:18, 89:4, 90:5, 91:11, 92:3, 94:16, 99:7, 99:25, 100:10, 100:25, 101:4, 101:5, 105:13, 106:4, 107:3, 107:10, 107:15, 108:3, 108:13, 108:19, 110:15, 110:20, 111:4, 112:6, 114:21, 115:2, 116:1, 116:12, 116:17, 117:20, 118:15, 130:5, 131:22, 132:11, 133:3, 133:13, 135:18, 136:22, 137:10, 139:25, 140:22, 143:10, 146:20, 146:24, 149:5, 150:23, 151:2, 151:5, 151:7, 151:16, 152:12, 152:22, 153:10, 155:17, 156:6, 157:19, 165:1, 166:10, 166:18, 166:25, 167:20, 167:24, 169:8, 169:23, 170:16, 170:17, 171:4, 234:22, 246:6, 247:2, 253:13, 253:14
**obscured** [1] - 266:19
**observations** [1] - 161:12
**observe** [1] - 138:20
**observed** [1] - 29:18
**observing** [1] - 138:11
**obstruct** [3] - 54:13, 68:3, 182:3
**obstructing** [1] - 54:17
**obstruction** [3] - 67:3, 121:17, 219:9
**obvious** [1] - 122:16
**obviously** [7] - 31:15, 33:5, 54:3, 59:3, 85:23, 86:4, 224:3
**occurred** [6] - 161:16, 161:18, 195:16, 246:3, 253:10, 253:23
**occurs** [1] - 204:1
**Oceana** [1] - 174:24

**odd** [3] - 210:16, 211:6, 214:24
**OF** [5] - 1:1, 1:3, 1:9, 275:1, 275:9
**offenders** [1] - 107:13
**offense** [6] - 259:1, 259:20, 260:7, 261:9, 261:19, 261:20
**Offense** [2] - 259:5, 260:22
**offenses** [1] - 264:17
**offer** [1] - 6:21
**offered** [1] - 192:9
**offering** [1] - 117:14
**Office** [5] - 1:14, 31:8, 91:25, 92:1, 111:15
**office** [9] - 7:5, 25:22, 74:14, 115:15, 183:2, 183:5, 214:7, 248:23, 266:20
**Officer** [24] - 36:12, 36:13, 51:3, 75:17, 76:24, 106:16, 108:1, 108:7, 114:18, 115:1, 115:5, 115:7, 117:16, 121:24, 164:22, 166:6, 166:14, 227:15, 231:16, 232:15, 233:5, 268:13, 272:24
**officer** [56] - 8:24, 9:12, 9:17, 35:25, 36:1, 39:22, 41:5, 44:3, 44:25, 47:19, 47:21, 47:22, 50:25, 51:1, 51:2, 51:4, 51:6, 51:7, 52:18, 61:7, 71:16, 73:19, 76:3, 81:11, 114:14, 114:19, 115:20, 116:9, 121:25, 122:6, 127:3, 128:22, 133:21, 134:8, 134:9, 139:21, 139:22, 141:13, 153:22, 165:21, 167:19, 170:20, 171:9, 171:13, 226:14, 238:15, 238:16, 240:6, 240:20, 241:13, 241:17, 242:14, 243:11, 249:13, 267:13
**officer's** [4] - 39:6, 165:16, 166:2, 166:20

**officers** [99] - 9:22,
9:23, 32:12, 33:23,
35:21, 36:22, 45:12,
47:23, 53:6, 71:12,
71:14, 72:25, 74:2,
76:11, 76:13, 76:23,
77:13, 78:5, 78:7,
78:9, 78:13, 78:16,
86:2, 110:13,
116:11, 126:13,
127:2, 127:11,
127:25, 129:7,
129:8, 129:21,
129:25, 134:17,
134:18, 135:14,
136:15, 138:23,
139:14, 139:15,
139:20, 140:20,
142:22, 142:25,
144:15, 146:17,
146:23, 147:3,
147:7, 147:10,
147:14, 147:16,
147:17, 147:19,
148:5, 148:18,
148:19, 149:25,
150:2, 154:3,
154:12, 155:6,
155:12, 156:2,
156:25, 157:2,
157:10, 157:12,
165:18, 169:6,
169:11, 169:21,
169:25, 219:2,
223:2, 223:3,
226:16, 230:21,
233:24, 237:14,
238:24, 239:24,
248:1, 250:23,
255:25, 256:23,
258:1, 258:4, 258:5,
266:11, 266:17,
267:18, 268:18,
273:11, 273:15
**offices** [1] - 74:24
**Official** [1] - 1:21
**official** [6] - 91:22,
109:10, 121:18,
121:20, 122:22,
182:4
**OFFICIAL** [1] - 275:1
**offshore** [1] - 175:8
**often** [2] - 96:3,
262:17
**Ohio** [2] - 173:17,
173:18
**old** [5] - 75:11, 139:2,
214:8, 249:21, 250:4
**older** [9] - 218:13,
242:13, 242:15,

242:17, 243:16,
250:5, 250:22,
251:9, 251:24
**oldest** [1] - 205:10
**OMB** [1] - 1:18
**once** [22] - 64:15,
81:21, 87:12, 105:1,
115:22, 117:14,
129:6, 150:1,
159:16, 166:1,
200:14, 200:18,
200:22, 201:25,
202:25, 218:13,
218:19, 221:13,
244:13, 269:20,
270:16
**one** [148] - 6:19, 13:5,
13:19, 15:4, 15:6,
18:11, 23:5, 24:20,
27:23, 30:11, 35:25,
36:2, 40:20, 42:12,
43:12, 46:4, 46:7,
47:3, 47:15, 47:22,
48:6, 48:25, 54:23,
55:3, 55:12, 56:8,
58:3, 58:15, 61:18,
61:19, 63:20, 67:22,
69:13, 69:15, 72:7,
72:25, 79:20, 82:18,
82:20, 84:20, 87:19,
89:15, 91:21, 96:13,
98:21, 98:24, 99:6,
99:21, 101:19,
102:8, 102:16,
104:10, 104:14,
105:20, 106:6,
109:18, 109:19,
110:18, 113:25,
115:6, 115:15,
116:6, 119:25,
120:5, 122:9, 125:8,
125:11, 131:2,
132:11, 136:14,
140:6, 142:24,
145:4, 147:4,
147:15, 148:5,
148:22, 150:9,
162:11, 171:25,
172:22, 177:5,
177:11, 179:8,
180:2, 182:11,
184:9, 185:3,
185:22, 187:3,
187:5, 188:7, 189:4,
191:2, 192:19,
193:13, 193:25,
197:1, 197:2, 197:9,
198:18, 199:4,
200:3, 201:2,
202:20, 203:18,
208:7, 209:6, 210:1,

211:13, 211:16,
211:24, 212:1,
212:3, 212:13,
217:9, 219:2,
220:16, 222:14,
226:25, 227:3,
228:24, 231:19,
233:8, 238:10,
239:22, 239:25,
240:9, 240:23,
243:4, 243:11,
243:21, 250:6,
250:23, 255:17,
257:5, 257:10,
258:18, 258:24,
262:19, 265:1
**one's** [1] - 148:23
**one-day** [1] - 188:7
**one-third** [3] - 98:21,
98:24, 99:6
**ones** [7] - 47:5, 47:6,
64:10, 69:13,
133:15, 176:20,
220:21
**online** [13] - 14:2,
180:9, 181:1,
184:13, 185:2,
185:4, 185:22,
193:9, 200:3, 202:9,
229:7, 229:13,
229:20
**open** [23] - 15:11,
42:19, 93:20, 98:16,
98:19, 98:23, 99:17,
101:12, 125:6,
128:23, 152:2,
153:22, 162:6,
162:8, 162:10,
166:23, 178:16,
179:3, 192:5,
245:24, 251:18,
260:1
**opened** [4] - 26:18,
211:2, 231:13,
269:13
**opening** [6] - 26:18,
28:4, 218:21, 228:3,
228:6, 228:11
**openings** [1] - 135:15
**opens** [1] - 259:17
**operating** [1] - 173:25
**Operation** [2] - 175:8,
175:11
**operator** [1] - 129:6
**opinion** [9] - 146:20,
146:24, 155:17,
156:6, 162:4, 187:8,
202:18, 244:3,
244:19
**opinions** [1] - 57:23

**opportunity** [2] -
102:18, 125:4
**opposite** [2] - 251:17,
267:15
**oppression** [1] -
184:25
**order** [17] - 3:2, 15:15,
15:17, 15:18, 15:20,
15:25, 16:2, 45:17,
66:23, 67:11, 80:20,
98:23, 120:7, 121:2,
171:2, 191:21, 267:5
**ordered** [4] - 94:8,
97:10, 98:13
**orders** [4] - 175:7,
214:19, 219:13,
233:6
**ordinary** [1] - 7:9
**organization** [1] -
99:11
**organizations** [2] -
192:1, 193:21
**organize** [2] - 180:9,
180:12
**organizers** [1] -
193:13
**organizing** [2] -
191:17, 196:8
**orient** [2] - 128:4,
197:16
**original** [4] - 112:10,
133:2, 216:8, 272:11
**originally** [2] - 142:8,
149:23
**Orson** [1] - 240:17
**other-than-essential**
[1] - 97:7
**otherwise** [3] - 84:2,
258:21, 262:2
**ought** [3] - 4:20,
106:14
**ourselves** [2] -
197:16, 265:23
**outlawed** [1] - 234:20
**outlets** [2] - 221:16,
229:21
**outnumber** [1] -
110:13
**outrageous** [4] -
170:22, 170:24,
171:14, 244:24
**outside** [8] - 102:15,
124:17, 206:4,
206:8, 206:9,
209:24, 225:8, 257:9
**outwards** [1] - 128:3
**overall** [3] - 117:4,
179:20, 255:16
**overanalyzed** [1] -
223:7

**overhand** [1] - 155:12
**overloaded** [1] -
202:18
**overrule** [2] - 50:1,
152:12
**overruled** [15] - 49:16,
54:15, 87:9, 88:3,
90:7, 106:5, 107:6,
114:22, 115:2,
140:1, 143:11,
146:25, 152:14,
152:23, 156:7
**overseas** [1] - 175:3
**overthrow** [1] - 181:17
**overwhelmed** [1] -
6:19
**overwhelming** [1] -
215:10
**overworked** [1] - 5:21
**OWEN** [1] - 1:6
**Owen** [1] - 183:20
**own** [22] - 9:2, 42:24,
63:6, 70:15, 119:25,
142:25, 161:18,
172:19, 178:16,
185:1, 199:11,
200:23, 203:21,
221:14, 229:6,
232:9, 239:19,
251:4, 255:12,
268:12, 268:21,
269:17
**owns** [1] - 17:18
**Oxnard** [1] - 1:17

## P

**P.C** [1] - 1:17
**P.G** [3] - 75:5, 75:8,
75:9
**p.m** [19] - 15:23,
17:25, 18:2, 18:5,
18:7, 38:25, 39:19,
41:14, 47:17, 79:7,
91:6, 97:7, 97:11,
97:16, 121:4,
223:25, 274:7
**PA** [2] - 22:8, 236:23
**pace** [1] - 274:1
**Pacific** [1] - 175:6
**pack** [1] - 203:16
**packed** [2] - 206:1,
236:14
**padding** [1] - 211:5
**page** [16] - 12:12,
12:17, 12:22, 13:14,
20:12, 20:16, 20:23,
21:4, 21:18, 21:9,
29:19, 96:17,
132:24, 184:16,

233:13

**pages** [1] - 80:11

**paid** [2] - 160:4, 162:13

**painstaking** [1] - 224:11

**paint** [1] - 184:4

**painting** [1] - 185:10

**paintings** [1] - 184:5

**pair** [1] - 143:13

**pants** [4] - 144:7, 149:11, 154:11, 203:15

**paper** [1] - 162:9

**parading** [2] - 259:22, 260:7

**paragraph** [5] - 15:2, 15:9, 89:24, 89:25, 186:15

**paralegal** [8] - 5:18, 5:23, 6:9, 6:11, 6:12, 6:14, 11:8, 11:11

**parallel** [1] - 235:18

**parent** [1] - 16:21

**Park** [1] - 94:5

**park** [1] - 203:23

**parked** [3] - 201:21, 201:23, 203:10

**parking** [16] - 93:6, 93:10, 93:13, 93:17, 93:19, 93:21, 94:11, 94:21, 199:6, 199:14, 200:14, 200:16, 200:17, 200:19, 201:17, 201:19

**Parler** [1] - 245:25

**part** [20] - 3:11, 8:15, 47:7, 64:8, 64:23, 102:9, 103:2, 127:12, 128:7, 130:23, 164:2, 164:3, 181:23, 195:23, 197:19, 200:8, 207:4, 229:18, 248:14, 270:17

**participate** [1] - 192:16

**participated** [1] - 200:5

**participating** [3] - 192:5, 198:10, 200:3

**particular** [12] - 19:5, 82:20, 82:24, 83:1, 96:6, 117:12, 137:20, 149:13, 164:11, 178:18, 184:9, 185:9

**particularly** [3] -

135:14, 200:16, 265:12

**parties** [6] - 31:3, 31:4, 31:10, 31:13, 256:20, 258:11

**partner** [1] - 174:12

**parts** [5] - 103:11, 145:23, 180:15, 217:17, 217:19

**party** [2] - 183:3, 183:17

**passed** [1] - 201:25

**passion** [1] - 178:1

**passionate** [2] - 179:4, 179:7

**passive** [2] - 157:18

**past** [7] - 177:18, 200:14, 200:18, 200:22, 214:14, 216:14, 250:6

**patriot** [1] - 183:14

**patriotcaravan** [2] - 13:9, 188:12

**patriotic** [3] - 185:15, 205:6, 207:7

**patriotism** [1] - 185:12

**patriots** [10] - 13:3, 13:8, 58:16, 58:18, 58:19, 84:20, 187:1, 187:16, 188:3, 222:16

**patriotsriseup** [3] - 13:9, 188:11, 188:19

**Patrol** [1] - 207:23

**Pattis** [1] - 265:7

**Paul** [3] - 86:16, 86:19, 125:20

**pause** [2] - 34:13, 217:7

**paused** [2] - 48:16, 251:19

**pay** [1] - 100:18

**paying** [2] - 160:11, 160:12

**payment** [1] - 160:7

**PD** [2] - 37:13, 38:1

**pdf** [1] - 3:25

**peace** [8] - 57:12, 83:20, 83:22, 84:8, 150:3, 150:5, 217:11

**Peace** [1] - 264:13

**peaceably** [1] - 218:4

**peaceful** [13] - 30:16, 54:21, 54:22, 57:9, 83:18, 91:1, 93:3, 222:6, 230:5, 233:23, 240:14, 244:16

**pedestrian** [1] - 203:12

**pediatric** [1] - 176:16

**Pelosi's** [1] - 214:6

**Pence** [1] - 87:2

**pendency** [1] - 26:3

**pending** [1] - 163:16

**Pennsylvania** [1] - 22:4

**people** [128] - 13:5, 42:22, 52:12, 57:23, 59:5, 59:8, 59:10, 59:19, 59:24, 77:8, 86:7, 86:14, 92:11, 101:16, 109:21, 117:17, 129:20, 140:15, 140:19, 144:9, 149:22, 153:7, 156:4, 156:9, 157:3, 168:18, 176:10, 177:24, 179:12, 180:10, 180:13, 180:16, 181:3, 182:13, 182:17, 184:8, 185:1, 185:4, 187:3, 187:5, 187:9, 187:20, 187:23, 189:25, 190:2, 190:3, 190:7, 190:11, 191:20, 192:6, 192:17, 193:18, 193:24, 194:19, 196:10, 196:15, 197:2, 199:15, 199:25, 200:8, 200:18, 204:6, 204:10, 204:15, 205:4, 206:1, 206:4, 206:7, 208:1, 210:9, 210:24, 211:4, 211:9, 212:12, 212:19, 213:16, 214:4, 214:9, 214:21, 214:22, 214:24, 215:1, 215:3, 216:19, 218:3, 219:23, 220:15, 220:19, 222:5, 222:18, 222:21, 222:24, 223:1, 226:17, 228:3, 228:4, 229:3, 229:10, 229:14, 229:21, 229:24, 230:6, 234:19, 237:12, 238:18, 239:2, 239:3, 240:19, 243:5, 244:18, 247:19, 248:14, 248:18,

249:19, 249:21, 250:2, 252:7, 252:10, 252:13, 254:3, 254:4, 254:6, 254:13, 258:6, 267:19, 273:19

**people's** [5] - 186:5, 191:25, 214:10, 219:22, 233:2

**Pepe** [1] - 185:4

**perceive** [1] - 223:4

**perceived** [4] - 122:7, 182:18, 216:17, 218:12

**percent** [21] - 19:8, 19:14, 19:15, 19:23, 19:25, 47:25, 70:8, 70:11, 71:6, 96:15, 97:21, 97:22, 98:6, 98:9, 98:23, 99:1, 99:4, 111:19, 117:9

**percentage** [4] - 19:12, 20:1, 96:1, 96:5

**percentages** [3] - 18:20, 21:1, 21:3

**perfect** [2] - 176:4, 177:1, 222:15

**performance** [1] - 96:4

**perhaps** [2] - 106:11, 131:17

**perimeter** [2] - 206:10, 209:24

**period** [2] - 148:13, 182:20

**perjury** [1] - 262:19

**permission** [1] - 26:12

**permits** [6] - 93:25, 213:25, 214:2, 215:14, 215:15, 215:17

**permitted** [2] - 94:3, 94:5

**permitting** [1] - 213:24

**person** [29] - 6:6, 6:17, 25:19, 33:24, 35:6, 53:13, 57:22, 57:24, 58:2, 86:9, 101:21, 106:13, 106:14, 122:6, 123:6, 137:20, 139:10, 139:11, 154:22, 173:10, 177:3, 178:23, 179:4, 181:2, 200:4, 200:7, 210:15, 211:12, 216:2

**person's** [2] - 56:1,

216:4

**personal** [9] - 73:20, 73:24, 151:3, 151:8, 151:13, 151:17, 151:21, 152:8, 152:10

**personalities** [1] - 202:9

**personally** [2] - 16:5, 120:13

**perspective** [7] - 60:4, 83:8, 148:11, 148:12, 210:8, 243:20, 246:24

**persuasive** [4] - 58:7, 60:22, 85:16, 85:17

**pertains** [1] - 125:17

**Petworth** [1] - 18:23

**Ph.D** [1] - 162:3

**phone** [13] - 41:17, 61:11, 63:6, 65:3, 81:19, 98:1, 125:21, 149:15, 153:24, 215:5, 215:7, 228:21, 245:3

**phones** [17] - 24:13, 24:14, 24:20, 33:2, 34:21, 40:5, 60:13, 101:6, 111:25, 130:5, 136:23, 144:24, 150:24, 157:23, 165:7, 216:13

**photo** [1] - 208:6

**photograph** [1] - 43:11

**photographs** [1] - 25:24

**photos** [1] - 204:7

**phrase** [13] - 53:25, 54:7, 54:21, 54:24, 60:22, 169:16, 183:10, 184:22, 186:9, 219:18, 221:3, 221:5, 234:7

**phrases** [2] - 217:10, 219:16

**phrasing** [1] - 223:1

**physical** [8] - 24:8, 25:5, 25:6, 27:18, 27:20, 32:2, 177:5, 221:17

**physically** [3] - 87:15, 147:18, 195:24

**PI** [1] - 183:14

**Pi** [6] - 53:17, 204:21, 204:22, 205:11, 205:12, 205:14

**pi** [6] - 53:21, 183:13, 183:16, 183:22,

183:24, 183:25, 184:4, 204:23
**pi-related** [1] - 204:23
**PiAnon** [4] - 29:14, 53:17, 183:10, 198:8
**pick** [2] - 254:2, 254:11
**picked** [5] - 72:13, 75:14, 114:5, 202:19, 202:22
**picketing** [1] - 259:21
**picking** [1] - 156:10
**picnic** [5] - 201:6, 201:10, 202:7, 203:2, 206:21
**picture** [7] - 141:21, 143:24, 184:15, 185:10, 228:2, 229:16, 230:8
**pictured** [1] - 183:19
**pictures** [2] - 69:14, 233:12
**piece** [3] - 28:7, 122:24, 157:22
**pieces** [3] - 24:7, 226:19
**PIERCE** [76] - 1:16, 6:1, 6:13, 119:10, 119:12, 171:18, 172:8, 172:13, 196:20, 197:13, 197:18, 199:24, 209:5, 209:19, 212:7, 215:21, 217:6, 218:17, 223:15, 223:18, 224:2, 224:7, 224:12, 226:5, 226:6, 226:11, 227:12, 228:19, 230:18, 231:5, 232:22, 234:24, 235:1, 236:6, 236:19, 237:2, 237:5, 238:1, 238:7, 238:9, 239:14, 241:3, 241:11, 241:25, 242:10, 245:8, 245:11, 245:14, 245:20, 246:5, 246:9, 246:13, 246:17, 247:1, 247:5, 247:8, 247:11, 247:23, 248:9, 249:2, 249:4, 249:9, 251:14, 252:23, 253:2, 253:12, 253:18, 253:21, 255:1, 255:15, 255:20,

255:24, 269:18, 272:17, 273:21, 274:3
**Pierce** [20] - 1:17, 3:14, 5:25, 6:12, 30:25, 123:20, 160:11, 160:12, 172:7, 223:13, 224:10, 226:4, 237:24, 238:6, 245:7, 254:24, 255:12, 271:7, 272:16, 274:1
**PIN** [1] - 163:9
**Piney** [1] - 19:14
**pipe** [1] - 250:8
**pipes** [2] - 226:18, 250:1, 252:10
**pirate** [2] - 185:20, 185:22
**place** [7] - 18:5, 18:8, 180:18, 213:21, 214:9, 219:5, 227:18
**places** [3] - 93:18, 184:8, 214:4
**plaid** [3] - 35:9, 145:17, 154:10
**Plaintiff** [1] - 1:4
**plan** [4] - 201:9, 202:25, 205:16, 255:7
**plane** [1] - 174:10
**planned** [2] - 13:24, 191:12
**planning** [8] - 12:16, 89:7, 198:20, 198:23, 200:9, 201:10, 205:14, 252:15
**plans** [3] - 18:7, 35:3, 199:1
**planter** [10] - 39:13, 48:9, 48:14, 142:9, 143:8, 235:20, 236:8, 237:9, 238:18, 254:2
**planters** [1] - 39:13
**plastic** [7] - 128:1, 128:2, 128:23, 129:15, 132:17, 134:22, 228:8
**plate** [1] - 266:16
**platform** [2] - 128:24, 188:24
**platforms** [1] - 173:25
**play** [24] - 50:16, 50:20, 50:22, 130:23, 131:19, 131:20, 140:5, 140:12, 142:12,

142:16, 146:23, 197:11, 199:22, 208:15, 215:19, 218:15, 226:8, 229:2, 236:4, 239:7, 245:1, 247:6, 249:2, 253:18
**played** [93] - 33:19, 34:10, 36:7, 38:17, 39:4, 41:3, 43:19, 44:1, 44:10, 44:18, 48:10, 50:8, 50:12, 50:18, 51:13, 52:7, 52:22, 76:9, 81:14, 127:7, 127:21, 128:14, 129:1, 129:10, 130:3, 134:2, 134:11, 135:1, 136:3, 138:2, 138:17, 139:6, 140:7, 140:13, 141:2, 141:24, 142:13, 142:17, 143:20, 143:25, 144:17, 144:20, 146:1, 146:18, 149:1, 149:17, 153:14, 154:7, 154:17, 155:2, 155:22, 156:14, 156:16, 196:19, 197:12, 197:17, 199:23, 209:4, 209:18, 212:6, 215:20, 217:5, 218:16, 226:10, 227:11, 228:18, 230:17, 231:4, 232:18, 232:21, 236:5, 236:18, 237:1, 237:4, 239:13, 241:2, 241:10, 241:24, 242:9, 245:2, 246:16, 247:7, 247:10, 247:21, 248:8, 249:6, 249:8, 251:13, 252:20, 253:1, 253:20
**player** [1] - 36:4
**playing** [15] - 34:9, 148:7, 209:17, 217:4, 228:17, 230:16, 231:3, 236:17, 237:3, 239:11, 242:8, 246:13, 246:15, 247:20, 248:7
**plea** [4] - 259:5, 260:16, 260:23,

260:24
**pleasing** [1] - 185:18
**pled** [1] - 259:19
**plenty** [1] - 268:4
**plus** [7] - 13:22, 118:8, 191:9, 191:11, 202:9, 206:4, 230:13
**pocket** [5] - 72:13, 75:15, 114:5, 162:15, 190:5, 232:20
**pockets** [1] - 254:9
**podcasters** [1] - 202:8
**point** [87] - 13:23, 28:5, 32:6, 36:14, 36:17, 50:22, 58:10, 58:15, 66:13, 73:15, 73:17, 78:15, 79:23, 80:5, 80:10, 104:13, 105:11, 108:11, 112:11, 112:18, 112:22, 113:25, 123:14, 129:23, 130:20, 131:3, 132:7, 132:8, 139:2, 143:9, 145:5, 145:6, 145:8, 147:20, 150:1, 150:10, 156:20, 156:23, 157:7, 162:10, 175:24, 180:21, 183:2, 187:6, 191:10, 191:11, 192:14, 196:7, 196:8, 196:23, 200:18, 200:22, 201:1, 201:2, 201:16, 202:1, 202:12, 203:10, 203:18, 208:2, 208:18, 210:3, 212:8, 213:16, 213:19, 214:18, 215:4, 215:13, 216:14, 220:16, 227:7, 233:23, 234:11, 235:5, 235:16, 235:22, 235:23, 235:25, 236:13, 239:12, 240:23, 246:11, 248:11, 253:3, 260:11, 261:18, 271:20
**pointed** [5] - 46:10, 46:19, 61:11, 104:22, 212:18
**pointing** [2] - 145:2, 145:11
**points** [8] - 10:12,

50:21, 79:7, 145:2, 176:6, 234:12, 235:15, 236:1
**pole** [2] - 251:21, 251:24
**poles** [1] - 239:3
**Police** [20] - 13:22, 64:9, 82:2, 127:11, 127:25, 191:8, 216:10, 216:24, 220:17, 220:18, 220:22, 221:8, 223:2, 227:2, 230:21, 249:18, 254:20, 265:24, 266:21
**police** [61] - 60:22, 60:23, 61:4, 74:1, 74:11, 74:20, 124:21, 127:1, 138:23, 139:14, 146:7, 147:19, 149:25, 153:22, 199:4, 217:20, 218:22, 219:1, 220:2, 220:8, 220:14, 223:10, 227:24, 230:21, 235:15, 235:22, 237:13, 237:14, 237:19, 238:19, 238:20, 239:3, 239:24, 240:17, 242:13, 242:14, 243:8, 243:18, 244:9, 247:15, 248:4, 248:12, 248:19, 250:1, 250:3, 250:12, 250:17, 250:23, 251:7, 251:24, 252:8, 252:14, 254:6, 254:8, 267:2, 267:9, 268:9, 269:6, 273:11, 273:14
**policymakers** [1] - 85:19
**polite** [2] - 7:10, 267:18
**political** [15] - 55:4, 55:25, 58:7, 66:15, 66:18, 67:2, 67:20, 85:11, 121:21, 177:23, 183:3, 211:12, 221:14, 269:14
**politicians** [1] - 230:22
**politics** [3] - 57:22, 86:7, 177:21

**Pompeo** [1] - 203:5
**poor** [2] - 176:9, 209:22
**popular** [2] - 185:3, 202:20
**Port** [5] - 14:1, 193:8, 193:12, 193:14, 193:16
**Port-A-Johns** [5] - 14:1, 193:8, 193:12, 193:14, 193:16
**porta** [3] - 204:9, 208:8, 210:1
**porta-potties** [3] - 204:9, 208:8, 210:1
**portion** [4] - 22:9, 92:12, 148:21, 163:23
**portions** [1] - 80:9
**portrayed** [1] - 222:3
**posed** [1] - 81:6
**position** [4] - 38:21, 145:16, 237:10, 262:24
**positioning** [2] - 62:11, 232:10
**positive** [1] - 164:8
**possession** [3] - 25:19, 25:21, 27:4
**possibility** [2] - 79:25, 273:23
**possible** [5] - 5:17, 12:24, 39:3, 79:6, 119:18
**possibly** [1] - 270:22
**post** [16] - 12:15, 13:19, 14:15, 30:5, 30:8, 30:14, 68:15, 80:6, 86:23, 89:21, 189:15, 190:2, 190:23, 193:4, 195:4, 229:9
**post-trial** [2] - 68:15, 80:6
**posted** [25] - 14:13, 58:15, 82:8, 82:9, 82:10, 82:18, 82:20, 82:22, 86:6, 86:12, 87:18, 87:20, 92:25, 105:2, 105:4, 184:16, 190:16, 190:17, 193:15, 194:18, 194:23, 195:14, 216:8, 229:15, 262:1
**posterity** [1] - 229:6
**posting** [5] - 89:22, 188:24, 189:21, 190:10, 190:14
**postings** [1] - 55:22

**posts** [10] - 179:20, 179:23, 179:25, 182:6, 184:9, 184:10, 189:25, 198:23, 233:12
**potential** [6] - 5:16, 7:22, 178:18, 182:14, 182:18, 182:19, 221:18, 262:6, 262:19, 265:10
**potentially** [2] - 195:6, 220:21
**potties** [3] - 204:9, 208:8, 210:1
**power** [6] - 13:5, 179:12, 181:20, 187:3, 187:5, 187:9
**practice** [2] - 4:5, 109:25
**praying** [2] - 207:6, 216:21
**pre** [1] - 97:2
**pre-January** [1] - 97:2
**preaching** [1] - 227:8
**precede** [1] - 80:15
**precise** [2] - 36:14, 40:8
**precisely** [1] - 258:24
**preclear** [1] - 102:14
**preclude** [1] - 267:8
**precluding** [1] - 270:13
**predominantly** [2] - 155:8, 164:11
**prefer** [3] - 4:22, 225:1, 225:3
**preference** [2] - 225:14, 259:24
**preliminary** [1] - 272:11
**premises** [1] - 24:1
**prep** [1] - 9:2
**preparation** [4] - 18:15, 119:25, 162:23, 261:14
**preparations** [1] - 92:8
**prepare** [1] - 273:24
**prepared** [10] - 4:7, 9:1, 9:7, 9:8, 9:25, 10:1, 70:2, 70:21, 71:14, 120:4
**prepping** [1] - 168:6
**presence** [5] - 15:10, 16:13, 102:15, 202:13, 229:7
**present** [7] - 3:3, 9:9, 112:4, 121:5, 161:21, 224:1, 264:4

**presentation** [1] - 104:21
**presented** [2] - 66:14, 208:7
**president** [3] - 15:4, 177:14
**President** [6] - 15:10, 56:5, 63:10, 87:25, 178:10, 206:13
**president's** [1] - 185:24
**presidential** [4] - 54:8, 87:4, 178:4, 178:12
**press** [1] - 197:25
**pressing** [1] - 243:11
**presumably** [9] - 9:10, 74:11, 158:15
**pretrial** [2] - 65:17, 67:16
**Pretty** [1] - 204:21
**pretty** [22] - 17:16, 37:14, 43:23, 82:7, 179:1, 185:2, 185:21, 188:22, 189:3, 189:13, 193:23, 196:14, 202:17, 205:3, 224:20, 229:7, 233:11, 236:14, 238:20, 239:17, 242:6
**prevent** [3] - 193:21, 240:20, 254:13
**prevented** [1] - 9:25
**preventing** [1] - 269:5
**previous** [2] - 246:25, 249:24
**previously** [8] - 26:24, 102:11, 102:14, 130:15, 133:9, 134:7, 185:23, 265:1
**pride** [1] - 178:24
**Prince** [14] - 36:18, 72:19, 72:25, 73:3, 73:6, 73:11, 73:23, 114:14, 265:18, 265:24, 266:4, 266:5, 266:16, 266:21
**Princess** [3] - 204:21, 205:11, 205:14
**print** [1] - 4:20
**prison** [1] - 66:17
**privy** [1] - 95:23
**probable** [2] - 78:22, 266:14
**probe** [3] - 73:4, 73:5, 101:22
**problem** [8] - 10:2, 79:25, 112:9,

158:20, 209:23, 248:14, 266:15, 274:4
**problems** [4] - 76:4, 80:7, 87:4, 176:7
**proceed** [3] - 11:20, 31:22, 123:17
**proceeding** [3] - 121:16, 121:18, 121:20
**Proceedings** [2] - 1:24, 274:7
**proceedings** [4] - 122:22, 123:4, 182:4, 275:4
**process** [17] - 7:6, 25:10, 25:13, 26:5, 154:13, 174:22, 181:11, 181:24, 182:1, 182:2, 182:24, 183:4, 189:18, 218:7, 227:6, 237:17, 247:17
**processes** [1] - 221:1
**produced** [2] - 1:25, 8:13
**professor** [1] - 222:16
**profit** [1] - 95:12
**profits** [6] - 91:19, 95:3, 95:8, 96:1, 96:5
**progressed** [1] - 216:12
**project** [2] - 96:1, 96:4
**projected** [8] - 19:17, 19:19, 19:21, 20:1, 20:8, 95:20, 96:9
**projections** [9] - 95:12, 95:22, 96:13, 96:25, 97:20, 97:22, 97:23, 98:5, 98:11
**projects** [1] - 5:21
**promotional** [1] - 186:4
**promptly** [1] - 3:17
**proof** [1] - 230:1
**propaganda** [2] - 229:22, 229:23
**proper** [6] - 49:24, 181:24, 189:18, 218:7, 271:4, 273:18
**properly** [4] - 117:20, 176:9, 181:25, 262:25
**property** [1] - 181:14
**proposing** [1] - 4:13
**prosecuted** [6] - 107:14, 258:8, 258:19, 259:15,

264:19, 264:20
**prosecution** [8] - 66:22, 79:2, 99:16, 99:24, 106:18, 168:11, 225:13, 261:15
**prosecutors** [1] - 173:14
**protect** [4] - 147:20, 248:6, 248:14, 264:24
**protected** [9] - 56:15, 56:17, 56:19, 65:19, 66:1, 66:6, 66:7, 66:23, 121:21
**protest** [8] - 57:10, 195:15, 215:18, 216:24, 220:9, 233:2, 233:20, 240:14
**protestor** [4] - 52:1, 232:3, 248:15, 251:21
**protestors** [14] - 107:5, 129:18, 134:23, 135:9, 192:2, 204:19, 214:6, 221:7, 223:6, 242:24, 243:14, 247:15, 248:3, 254:16
**Proud** [3] - 67:22, 257:7, 257:10
**proud** [3] - 177:14, 178:9, 231:11
**prove** [10] - 66:24, 69:3, 70:12, 70:13, 71:9, 71:18, 71:19, 71:24, 273:3
**proven** [3] - 67:6, 68:3, 255:22
**provenance** [1] - 83:1
**provide** [5] - 74:24, 100:5, 100:18, 207:19, 208:1
**provided** [16] - 8:9, 26:2, 37:23, 37:25, 38:3, 68:20, 69:12, 71:10, 72:9, 72:14, 73:8, 74:7, 76:1, 126:3, 126:5, 182:2
**providing** [3] - 79:22, 157:18, 207:22
**proximity** [1] - 129:8
**pseudonym** [1] - 204:20
**pseudonyms** [1] - 205:11
**PTSD** [7] - 164:24, 165:5, 167:18,

170:20, 170:21, 171:10, 171:13
**public** [11] - 18:19, 19:11, 29:11, 29:19, 30:11, 32:23, 109:11, 159:3, 164:16, 166:23, 167:4
**publicly** [1] - 190:16
**publish** [9] - 17:9, 30:2, 31:10, 31:18, 127:14, 133:12, 245:12, 247:6, 253:16
**published** [2] - 110:9, 133:14
**pull** [8] - 12:3, 29:1, 32:1, 81:11, 199:8, 210:14, 213:2, 248:18
**pulling** [2] - 213:4, 226:23
**punching** [1] - 157:10
**pure** [1] - 117:14
**purpose** [2] - 16:24, 250:16
**purposes** [5] - 25:2, 26:3, 120:1, 164:18, 250:6
**pursuant** [1] - 25:11
**purview** [1] - 102:18
**push** [14] - 77:14, 115:25, 139:15, 147:3, 155:9, 156:20, 157:5, 157:6, 176:19, 242:20, 242:24, 247:14, 249:19, 254:8
**pushed** [23] - 9:6, 36:15, 39:23, 52:12, 70:8, 71:16, 108:22, 111:2, 111:19, 115:20, 116:9, 139:17, 148:6, 148:18, 155:7, 221:15, 229:20, 237:14, 238:19, 244:20, 250:21, 251:6, 254:4
**pushes** [1] - 139:13
**pushing** [20] - 71:22, 72:1, 122:12, 146:7, 146:8, 147:15, 149:22, 154:5, 155:8, 157:5, 166:8, 166:15, 188:10, 237:12, 238:18, 239:3, 239:21, 242:24, 244:18,

249:17
**put** [50] - 25:16, 25:21, 25:25, 28:25, 30:4, 64:10, 66:16, 71:10, 72:13, 73:2, 75:14, 76:8, 107:19, 114:5, 119:17, 121:11, 121:19, 121:20, 121:21, 122:10, 122:19, 122:23, 130:21, 131:15, 158:11, 171:1, 183:4, 183:22, 183:24, 184:4, 193:18, 196:7, 203:18, 222:21, 226:20, 226:21, 231:24, 240:5, 240:17, 242:18, 248:1, 251:23, 264:6, 267:18, 267:20, 268:3, 268:21, 268:23, 272:23, 272:25
**putting** [3] - 69:18, 71:19, 261:13

## Q

**quarter** [2] - 21:18, 96:13
**Queen** [3] - 204:22, 205:12, 205:14
**questioning** [3] - 67:9, 112:10, 258:11
**questions** [33] - 30:24, 42:12, 42:15, 43:5, 59:1, 65:18, 65:25, 66:1, 68:10, 81:6, 81:7, 99:10, 103:9, 103:21, 116:19, 118:17, 159:1, 159:9, 165:12, 165:14, 165:15, 165:17, 183:9, 184:19, 197:21, 198:22, 213:4, 214:17, 258:17, 270:5, 271:8
**quick** [3] - 27:14, 172:25, 207:12
**quickly** [7] - 6:21, 12:4, 15:19, 17:16, 81:5, 194:3, 197:4
**quit** [2] - 58:25, 68:7
**quite** [15] - 9:4, 78:10, 119:15, 126:25, 137:16, 138:22, 138:25, 140:17, 162:15, 181:13,

196:3, 204:5, 214:21, 267:15
**quote** [7] - 32:11, 84:19, 86:3, 196:7, 208:22, 220:1, 240:16
**quotes** [1] - 85:9
**quoting** [1] - 75:20

## R

**racks** [3] - 209:2, 213:13, 213:17
**radios** [2] - 193:24, 221:10
**raise** [7] - 11:13, 79:23, 102:11, 225:15, 256:10, 265:16, 271:20
**raised** [4] - 13:24, 72:23, 173:17, 191:12
**raising** [2] - 193:14, 270:25
**rallies** [1] - 182:11
**Rally** [1] - 56:6
**rally** [9] - 13:23, 54:21, 54:22, 56:4, 180:12, 191:10, 191:11, 195:15, 214:1
**ran** [7] - 226:20, 231:16, 237:13, 237:16, 238:22, 240:3, 250:5
**random** [2] - 210:14, 210:22
**range** [2] - 21:25, 134:19
**ranks** [1] - 142:25
**rarely** [1] - 190:2
**rate's** [1] - 174:7
**rather** [5] - 63:13, 126:8, 180:22, 225:11, 227:3
**Ray** [3] - 101:3, 102:11
**re** [2] - 15:18, 216:13
**re-edit** [1] - 216:13
**re-say** [1] - 15:18
**reach** [1] - 57:14
**reached** [2] - 31:3, 31:6
**reaching** [2] - 155:12, 155:14
**read** [36] - 4:4, 4:6, 4:20, 4:22, 5:7, 12:9, 12:14, 12:25, 13:16, 14:24, 15:1, 15:8, 17:11, 17:12, 18:1, 18:4, 21:5, 30:8, 30:14, 31:23, 68:21,

92:7, 92:18, 92:21, 93:4, 113:20, 186:19, 189:25, 216:7, 255:8, 263:15, 263:16, 263:19, 263:21, 263:23
**reading** [7] - 22:5, 55:24, 113:21, 178:15, 193:3, 266:15, 273:5
**reads** [1] - 13:1
**ready** [5] - 8:2, 121:6, 123:16, 224:24, 225:22
**real** [3] - 45:4, 177:3
**realistic** [1] - 230:8
**realize** [3] - 159:19, 228:25, 233:4
**realized** [2] - 218:2, 252:7
**really** [34] - 27:14, 36:9, 40:25, 41:2, 42:12, 43:6, 109:12, 125:16, 132:22, 159:18, 171:22, 176:3, 176:18, 179:20, 191:9, 199:13, 199:18, 202:16, 204:16, 206:17, 208:21, 216:20, 225:3, 229:11, 229:12, 232:8, 235:9, 239:17, 243:20, 244:4, 244:20, 249:17, 272:10
**realtime** [1] - 8:1
**reason** [12] - 16:2, 156:10, 178:9, 178:17, 202:19, 235:12, 235:13, 240:7, 244:3, 248:21, 250:7, 258:13
**reasonable** [5] - 93:21, 122:5, 122:6, 122:13, 123:3
**reasons** [3] - 155:18, 156:23, 228:24
**rebut** [2] - 130:21, 227:7
**rebuts** [1] - 158:13
**rebuttal** [2] - 224:23, 270:17
**recalled** [1] - 80:1
**receive** [3] - 96:2, 96:5, 175:15
**RECEIVED** [1] - 2:10
**received** [15] - 3:13,

3:16, 16:23, 17:6, 27:12, 28:19, 30:1, 31:17, 32:14, 74:23, 133:18, 162:25, 247:4, 253:17, 266:16
**receiving** [1] - 160:7
**recent** [2] - 79:1
**Recess** [3] - 81:8, 121:4, 223:25
**recognize** [17] - 11:14, 16:17, 26:25, 28:12, 29:6, 36:11, 38:12, 39:6, 56:2, 81:17, 126:22, 126:24, 136:8, 137:14, 194:22, 228:24, 245:21
**recognized** [3] - 56:4, 70:16, 262:9
**recognizes** [2] - 6:25, 152:6
**recollection** [19] - 32:14, 39:7, 40:2, 89:18, 105:19, 105:23, 108:24, 109:5, 111:10, 113:10, 113:17, 113:19, 113:22, 165:22, 210:8, 238:13, 251:5, 258:22, 272:2
**record** [24] - 22:7, 22:10, 26:16, 33:7, 47:16, 68:16, 73:8, 83:2, 84:21, 89:18, 108:24, 111:21, 113:10, 122:20, 133:16, 145:2, 146:12, 146:13, 149:6, 229:6, 229:24, 237:25, 238:4, 275:4
**record's** [1] - 145:4
**recorded** [1] - 1:24
**recorders** [2] - 24:11, 24:19
**recording** [3] - 230:11, 230:12, 230:15
**records** [2] - 16:21, 16:23
**recover** [3] - 107:20, 156:4, 175:2
**recovered** [6] - 60:12, 75:22, 75:25, 76:1, 76:3, 152:9
**recovery** [2] - 174:11, 174:21
**Red** [1] - 176:15

**red** [15] - 20:7, 20:10, 20:14, 20:23, 96:21, 106:19, 140:10, 144:5, 153:5, 156:23, 185:16, 205:6, 209:8, 211:14
**redacted** [3] - 17:14, 17:23, 18:25
**redacting** [1] - 79:22
**redirect** [2] - 5:6, 167:15
**Redirect** [2] - 2:5, 2:7
**REDIRECT** [2] - 116:24, 167:16
**reels** [2] - 54:3, 54:11
**refer** [3] - 32:3, 183:12, 194:8
**reference** [7] - 86:16, 86:18, 194:4, 222:11, 258:7, 271:3
**referenced** [1] - 169:17
**referred** [1] - 216:2
**referring** [9] - 40:16, 60:2, 87:25, 90:14, 115:1, 150:11, 209:11, 217:3, 253:7
**refers** [1] - 4:2
**reflect** [5] - 9:11, 22:7, 22:10, 109:5, 111:10
**reflected** [1] - 102:25
**reflective** [1] - 232:5
**reflects** [1] - 146:13
**refrain** [1] - 123:10
**refresh** [9] - 39:7, 45:19, 89:18, 105:19, 105:22, 108:24, 113:10, 113:19, 113:22
**refreshes** [1] - 113:17
**regained** [1] - 237:10
**regalia** [1] - 205:6
**regard** [12] - 7:23, 37:13, 75:16, 122:23, 129:4, 136:12, 144:3, 146:17, 159:2, 167:18, 168:6, 272:24
**regarding** [9] - 3:24, 120:7, 124:23, 129:3, 173:24, 181:11, 188:1, 198:20, 267:2
**regardless** [1] - 264:8
**regards** [1] - 270:12
**region** [2] - 90:22, 92:22
**registering** [1] - 269:23

**regret** [2] - 198:17, 222:14
**regular** [3] - 168:7, 244:16, 249:21
**regularly** [1] - 57:12
**reintroduce** [1] - 130:17
**relate** [1] - 259:3
**related** [3] - 22:15, 126:13, 204:23
**relating** [4] - 16:21, 30:12, 163:24, 171:3
**relationship** [4] - 100:17, 102:2, 104:3, 104:4
**release** [1] - 79:24
**released** [1] - 164:16
**relevance** [9] - 87:7, 100:25, 107:15, 108:19, 110:15, 116:3, 132:11, 258:9, 259:12
**relevant** [10] - 24:2, 24:4, 24:23, 76:16, 259:8, 259:16, 261:11, 261:20, 265:20, 273:15
**relying** [1] - 4:21
**remain** [3] - 90:25, 93:3, 118:19
**remained** [1] - 261:25
**remark** [1] - 142:3
**remember** [24] - 23:21, 23:22, 24:15, 49:17, 69:14, 112:18, 112:23, 118:7, 118:10, 118:13, 177:7, 179:23, 180:6, 195:13, 199:13, 201:23, 208:25, 213:9, 237:21, 251:4, 258:24, 261:13, 262:23
**remind** [4] - 10:23, 15:16, 69:10, 255:8
**reminded** [2] - 77:13, 174:12
**reminder** [3] - 65:14, 119:3, 123:23
**reminding** [1] - 273:8
**reminds** [1] - 270:10
**remove** [3] - 76:15, 132:17, 138:15
**rendition** [1] - 189:8
**reopen** [1] - 18:7
**repeat** [4] - 92:18, 169:9, 202:5, 230:3
**repeated** [1] - 57:12
**repeatedly** [2] -

217:15, 217:16
**repeats** [1] - 92:2
**rephrase** [4] - 94:17, 108:5, 140:24, 146:21
**replay** [1] - 40:19
**reply** [1] - 271:22
**report** [3] - 109:13, 167:23, 210:22
**reported** [5] - 95:8, 116:16, 171:14, 210:20, 210:25
**REPORTER** [2] - 275:1, 275:9
**Reporter** [1] - 1:21
**reporter** [2] - 124:14, 174:14
**reports** [5] - 109:10, 110:24, 111:24, 117:25, 125:6
**represent** [4] - 22:17, 22:18, 187:10, 219:24
**representation** [4] - 8:23, 75:3, 246:2, 253:9
**representative** [1] - 7:5
**Representatives** [1] - 15:11
**representatives** [7] - 181:9, 181:23, 182:17, 187:10, 214:11, 218:6, 219:23
**represented** [2] - 182:18, 187:11
**represents** [2] - 19:9, 211:16
**requested** [2] - 192:15, 257:20
**require** [2] - 9:19, 265:3
**required** [3] - 97:11, 110:2, 265:20
**requirement** [1] - 110:5
**requires** [2] - 9:12, 170:21
**research** [8] - 6:20, 65:14, 119:3, 125:4, 125:7, 162:3, 178:16, 255:8
**researcher** [1] - 5:22
**reservations** [1] - 200:15
**reserve** [1] - 80:21
**reserved** [2] - 200:17, 201:18
**residence** [1] - 180:18

**resistance** [2] - 157:18
**resolution** [1] - 273:24
**resolve** [2] - 181:10, 221:14
**respect** [5] - 174:18, 175:24, 198:24, 252:16, 264:8
**respectfully** [1] - 219:10
**respective** [1] - 15:3
**respond** [3] - 53:4, 80:16, 267:17
**responded** [2] - 16:5, 118:4, 227:5
**response** [7] - 78:7, 79:9, 79:10, 123:13, 161:4, 271:22
**responses** [1] - 16:20
**responsible** [2] - 174:10, 174:20
**rest** [7] - 118:24, 155:20, 195:24, 225:10, 232:17, 239:15, 255:5
**restate** [2] - 100:13, 166:12
**restful** [1] - 11:5
**restricted** [2] - 61:10, 61:12, 61:15, 62:2, 62:5, 63:4, 63:24, 64:6, 64:17, 64:23, 83:3, 83:6, 159:6, 208:19, 213:8, 213:11, 213:20, 256:24, 261:25, 262:2, 262:24, 262:25, 263:2, 263:3, 263:5, 264:14, 267:20
**restriction** [1] - 263:4
**restrictions** [1] - 158:14
**rests** [1] - 118:23
**result** [2] - 161:22, 175:12
**resume** [3] - 124:8, 167:3, 167:6
**RESUMED** [1] - 11:18
**retained** [1] - 162:12
**retention** [1] - 110:9
**retrieve** [2] - 113:16, 156:4
**retry** [1] - 206:17
**reunion** [1] - 210:10
**reunions** [1] - 210:11
**reveal** [1] - 258:13
**revealed** [1] - 256:15
**revealing** [1] - 126:12
**revelation** [1] - 8:12

**Revere** [2] - 86:16, 86:19
**reverse** [1] - 52:5
**review** [12] - 21:21, 70:23, 80:12, 111:21, 118:12, 130:19, 131:2, 135:7, 152:25, 180:4, 246:1, 257:22
**reviewed** [11] - 18:15, 84:6, 106:11, 106:12, 117:7, 125:13, 126:25, 151:9, 159:2, 169:19, 246:10
**reviews** [1] - 151:21
**revisit** [1] - 263:9
**Richmond** [4] - 13:4, 187:2, 196:5, 200:6
**rid** [1] - 153:12
**ride** [2] - 54:11, 229:17
**Ride** [8] - 86:16, 86:18, 186:5, 186:8, 186:11, 195:10, 195:11, 195:20
**right-hand** [3] - 95:18, 96:20, 128:6
**right-of-ways** [1] - 213:14
**rights** [6] - 214:8, 220:11, 220:24, 254:21, 264:24, 271:10
**ringing** [1] - 175:18
**riot** [3] - 239:24, 240:13, 247:18
**rioters** [4] - 69:16, 102:13, 129:18, 166:15
**ripen** [1] - 7:22
**risers** [3] - 46:11, 46:16, 46:17
**RN** [1] - 207:24
**road** [2] - 13:24, 191:12
**Robert** [2] - 88:7, 88:15
**rode** [1] - 196:9
**ROGER** [1] - 1:16
**Roger** [3] - 164:1, 164:3, 164:6
**rogue** [1] - 210:20
**role** [5] - 76:10, 124:20, 146:18, 146:23, 261:17
**roll** [23] - 38:15, 39:2, 43:16, 43:25, 44:15, 48:8, 50:10, 51:10, 104:17, 127:5,

127:20, 128:12, 128:25, 133:20, 134:1, 136:1, 137:13, 138:1, 141:23, 144:16, 149:16, 155:20
**rolled** [1] - 105:6
**rolling** [11] - 44:9, 48:21, 52:21, 129:9, 133:21, 134:25, 138:15, 143:19, 145:25, 148:25, 154:16
**room** [4] - 31:12, 179:2, 179:5, 255:6
**Room** [1] - 1:22
**roots** [1] - 185:13
**ROOTS** [312] - 1:16, 3:9, 5:1, 5:10, 5:13, 5:15, 5:20, 5:24, 6:10, 6:18, 7:1, 7:4, 7:16, 7:20, 9:4, 10:12, 10:22, 17:4, 27:10, 28:17, 29:24, 31:20, 31:23, 31:25, 32:5, 32:8, 33:9, 33:13, 33:20, 34:11, 34:15, 34:16, 35:6, 35:10, 35:14, 36:8, 38:18, 39:5, 40:3, 40:6, 40:19, 40:23, 41:4, 41:21, 41:24, 42:17, 43:7, 43:13, 43:15, 43:20, 44:2, 44:11, 44:20, 45:11, 48:11, 49:7, 49:13, 50:6, 50:9, 50:13, 50:19, 51:14, 52:8, 52:23, 54:18, 59:2, 59:18, 60:21, 61:9, 62:21, 62:22, 65:9, 66:4, 66:9, 66:15, 67:1, 67:12, 67:18, 68:12, 68:19, 68:23, 69:1, 69:4, 69:8, 69:22, 70:7, 70:11, 70:19, 71:3, 71:5, 71:10, 71:21, 71:25, 72:6, 72:11, 72:16, 73:2, 73:8, 75:13, 75:25, 76:4, 76:8, 76:22, 77:4, 77:13, 77:19, 77:24, 78:3, 78:5, 78:9, 78:17, 78:20, 78:25, 81:4, 81:10, 81:15, 83:16, 84:11, 85:15, 87:11, 88:6, 88:21, 88:24, 89:6, 90:9, 90:18, 91:13, 92:6, 94:17,

94:18, 94:23, 94:25, 98:8, 99:9, 100:2, 100:11, 100:14, 101:2, 101:9, 101:15, 101:19, 102:20, 103:2, 103:10, 103:18, 104:1, 105:15, 106:8, 107:4, 107:8, 107:12, 107:17, 108:5, 108:6, 108:16, 108:20, 109:2, 109:4, 110:17, 110:22, 111:7, 111:9, 111:16, 111:23, 112:5, 112:16, 112:22, 113:1, 113:4, 113:18, 114:23, 115:3, 115:10, 115:11, 116:4, 116:7, 116:14, 116:19, 117:20, 118:15, 119:9, 120:5, 120:19, 120:23, 121:7, 121:10, 121:14, 122:5, 122:15, 122:21, 123:5, 123:18, 123:20, 123:25, 124:11, 126:1, 126:17, 126:19, 127:8, 127:17, 127:22, 128:15, 129:2, 129:11, 130:20, 130:24, 131:9, 131:20, 132:2, 132:6, 132:15, 133:4, 133:12, 133:19, 134:3, 134:12, 135:2, 135:20, 136:1, 136:4, 137:12, 138:3, 138:18, 139:7, 140:2, 140:8, 140:14, 140:24, 141:3, 141:25, 142:14, 142:18, 143:12, 143:21, 144:1, 144:18, 144:21, 145:8, 145:10, 146:2, 146:15, 146:16, 146:22, 147:6, 147:25, 148:9, 149:2, 149:7, 149:12, 149:18, 151:18, 152:15, 153:3, 153:12,

153:15, 154:8, 154:18, 155:3, 155:20, 155:23, 156:12, 156:15, 157:22, 157:25, 158:7, 158:13, 158:18, 158:25, 159:9, 165:1, 165:5, 166:10, 166:18, 166:25, 167:17, 167:22, 168:1, 169:10, 169:14, 169:18, 170:2, 170:7, 170:19, 170:24, 171:6, 171:9, 171:12, 224:17, 225:5, 225:12, 225:24, 259:24, 260:3, 261:12, 262:8, 262:13, 262:23, 263:9, 263:15, 263:17, 267:17, 267:23, 267:25, 268:5, 268:16, 268:20, 269:2, 269:11, 269:24, 271:13, 271:17, 272:22
**Roots** [50] - 6:7, 8:22, 9:24, 30:25, 31:14, 34:14, 35:3, 35:5, 40:15, 40:18, 42:14, 43:3, 58:25, 61:8, 65:6, 65:16, 67:4, 68:21, 72:3, 75:7, 76:6, 77:1, 79:4, 81:3, 88:19, 94:21, 101:4, 102:10, 102:16, 108:18, 112:3, 112:15, 119:8, 125:24, 126:11, 130:18, 131:7, 131:12, 132:21, 145:6, 160:11, 160:14, 170:14, 259:17, 261:8, 267:16, 268:2, 269:22, 270:25, 272:20
**Roots's** [1] - 103:6
**roped** [1] - 101:10
**roster** [1] - 204:20
**roughly** [2] - 65:7, 241:16
**route** [4] - 14:1, 193:8, 193:20, 200:6
**routes** [6] - 12:7, 13:23, 180:16, 191:12, 191:24,

197:1
**row** [1] - 20:2
**rowdy** [1] - 176:1
**RPR** [1] - 1:21
**Rule** [5] - 6:21, 8:7, 10:5, 121:8, 151:3
**rule** [2] - 271:1, 272:1
**ruled** [6] - 10:6, 165:10, 270:20, 270:22, 273:9, 273:10
**rules** [1] - 83:13
**Rules** [1] - 269:12
**ruling** [5] - 102:18, 165:13, 165:24, 272:11, 273:17
**rulings** [3] - 65:17, 66:3, 67:17
**run** [2] - 129:6, 154:11
**running** [8] - 8:1, 76:10, 120:21, 197:4, 204:23, 238:23, 250:3, 250:13
**rush** [1] - 250:3
**rushes** [1] - 138:22
**rushing** [1] - 250:12

## S

**safe** [4] - 54:7, 54:10, 168:2, 240:19
**safely** [3] - 181:4, 196:15, 198:11
**safest** [1] - 221:16
**safety** [6] - 18:10, 191:25, 204:18, 207:17, 254:16, 254:18
**Safeway** [22] - 5:2, 16:9, 16:12, 16:24, 17:18, 19:9, 21:23, 91:19, 95:4, 95:6, 95:7, 95:8, 95:12, 95:19, 95:24, 95:25, 96:9, 96:18, 96:21, 96:24, 97:16, 98:16
**Safeway's** [2] - 16:21, 18:19
**sake** [1] - 257:22
**sales** [6] - 18:19, 19:10, 19:11, 19:13, 19:22, 19:23
**SAMANTHA** [1] - 1:13
**sandbag** [3] - 219:5, 219:6, 226:15
**SARA** [1] - 1:21
**Sara** [2] - 275:3, 275:8
**sat** [6] - 67:21, 162:5, 164:8, 204:25

**Saturday** [1] - 160:10
**Saudi** [2] - 200:16, 201:19
**saw** [75] - 36:21, 41:22, 43:22, 46:10, 47:23, 48:2, 48:22, 48:23, 51:4, 51:6, 51:19, 51:21, 52:11, 62:4, 62:6, 64:23, 78:17, 103:20, 108:2, 134:7, 136:10, 136:12, 138:6, 148:17, 151:10, 154:14, 173:2, 178:13, 198:3, 204:9, 209:2, 209:7, 213:10, 213:14, 214:5, 214:21, 215:9, 216:9, 216:17, 217:17, 217:19, 219:4, 220:11, 220:13, 221:13, 221:17, 222:22, 223:1, 226:17, 226:22, 228:6, 229:9, 231:8, 235:21, 239:21, 239:25, 242:1, 242:13, 242:15, 242:17, 242:25, 243:12, 243:13, 243:25, 244:15, 248:15, 250:12, 250:13, 251:9, 251:18, 258:4, 268:11, 269:25, 273:16
**scaffolding** [8] - 216:5, 218:13, 218:19, 218:25, 226:19, 227:25, 235:7, 235:17
**scare** [1] - 212:25
**scarf** [1] - 144:6
**scene** [14] - 35:21, 46:24, 52:24, 53:8, 99:21, 105:3, 114:10, 114:11, 237:7, 245:21, 246:24, 251:15, 253:8, 253:25
**scenes** [1] - 53:4
**schedule** [3] - 119:14, 119:20, 174:21
**scheduled** [4] - 56:4, 201:6, 201:18, 202:7
**school** [1] - 173:22
**School** [1] - 173:22
**science** [4] - 173:23,

176:14, 178:24,
234:15
**scoot** [1] - 217:18
**scope** [7] - 9:16, 9:20,
9:21, 116:2, 169:8,
169:23
**scoured** [1] - 64:19
**scouring** [1] - 30:17
**scramble** [2] - 39:13,
145:22
**scrambling** [2] -
48:14, 143:7
**screaming** [1] - 240:4
**screen** [17] - 38:16,
50:14, 51:22, 90:13,
90:14, 126:20,
127:9, 127:10,
138:5, 138:7, 138:9,
142:1, 142:12,
148:19, 154:9,
199:7, 231:8
**screenshot** [2] - 29:9,
189:15
**screenshotted** [1] -
189:8
**scrimmage** [2] -
146:8, 147:14
**scroll** [13] - 13:14,
91:4, 91:24, 92:10,
92:13, 93:5, 93:9,
93:23, 94:7, 180:5,
183:7, 186:12, 189:3
**scrolling** [1] - 92:13
**scrum** [2] - 43:23,
239:17
**scrums** [2] - 255:16,
255:19
**SD** [1] - 24:20
**sea** [2] - 205:6, 222:23
**seal** [2] - 25:16, 80:5
**sealed** [3] - 26:19,
28:4, 80:7
**SEAN** [1] - 1:13
**search** [3] - 24:1,
60:12, 215:12
**seat** [1] - 129:22
**seated** [1] - 124:7
**seating** [5] - 129:16,
129:17, 129:21,
204:24, 206:3
**second** [22] - 7:25,
11:8, 15:8, 28:6,
28:7, 34:18, 41:8,
49:14, 49:23, 116:6,
118:7, 118:13,
187:4, 208:18,
209:6, 211:25,
212:2, 217:7,
231:15, 232:4,
248:10, 253:22

**secondly** [2] - 137:23,
258:2
**seconds** [49] - 33:14,
34:18, 37:8, 38:25,
39:18, 39:23, 41:14,
47:17, 48:20, 48:23,
49:2, 49:12, 50:11,
51:12, 52:6, 62:19,
62:25, 63:1, 63:17,
65:1, 81:12, 106:16,
132:1, 134:13,
139:8, 140:18,
141:20, 143:4,
143:6, 143:7,
145:12, 146:18,
148:1, 148:10,
148:16, 149:7,
149:19, 154:6,
154:16, 155:21,
155:24, 158:12,
191:2, 218:15,
226:8, 237:8, 238:1,
241:18
**Secret** [1] - 208:11
**secret** [6] - 14:1,
68:19, 76:16, 178:9,
193:8, 193:20
**section** [3] - 204:3,
204:6, 216:11
**sections** [1] - 131:21
**secularly** [1] - 178:1
**secure** [2] - 25:10,
25:23
**security** [9] - 13:23,
191:11, 192:6,
192:11, 192:15,
204:3, 205:25,
208:12, 244:7
**Sedition** [17] - 30:10,
30:15, 32:20, 99:10,
99:11, 99:13, 99:23,
99:24, 100:3, 100:9,
100:15, 100:19,
100:21, 101:18,
101:25, 102:3, 104:3
**sedition** [1] - 30:11
**see** [272] - 4:19, 8:14,
8:15, 12:5, 17:19,
17:21, 17:22, 18:9,
20:1, 22:21, 27:15,
34:2, 34:3, 34:17,
34:19, 35:15, 35:16,
35:20, 35:24, 35:25,
36:1, 36:2, 37:19,
38:19, 38:23, 39:10,
39:14, 39:16, 41:5,
41:6, 41:13, 42:3,
42:6, 42:18, 43:7,
43:17, 43:21, 43:23,
44:5, 44:12, 44:16,

44:19, 44:22, 46:7,
46:12, 47:8, 47:10,
47:15, 47:18, 48:12,
51:7, 51:9, 51:16,
51:18, 51:24, 52:3,
52:9, 52:17, 62:23,
63:2, 64:18, 70:1,
71:12, 71:21, 78:19,
78:23, 81:21, 89:20,
90:1, 90:2, 90:13,
90:14, 90:16, 90:19,
90:20, 91:2, 91:5,
91:23, 91:24, 92:12,
93:11, 93:15, 93:16,
94:10, 95:14, 95:18,
96:14, 96:23, 97:18,
97:24, 98:3, 104:11,
104:18, 106:16,
109:6, 120:21,
121:3, 126:20,
127:9, 127:10,
127:11, 128:21,
129:14, 129:15,
129:18, 129:20,
129:21, 134:4,
134:6, 134:16,
134:20, 134:23,
135:14, 136:15,
136:16, 137:23,
138:4, 138:5,
138:23, 138:24,
139:9, 139:10,
139:11, 139:15,
139:17, 140:5,
142:1, 142:4, 142:6,
142:19, 142:21,
142:22, 142:24,
143:1, 143:14,
143:22, 143:23,
144:3, 144:23,
145:13, 146:5,
146:6, 146:7, 146:9,
147:1, 147:3,
147:14, 147:15,
147:16, 147:18,
148:4, 148:5,
148:15, 148:19,
149:4, 149:13,
149:20, 149:22,
150:1, 150:12,
150:15, 150:19,
152:7, 152:16,
152:18, 153:17,
153:25, 154:1,
154:9, 154:19,
155:7, 155:10,
155:11, 155:15,
155:25, 156:8,
156:18, 156:21,
157:7, 157:10,
161:16, 161:18,

161:22, 162:10,
164:5, 168:3,
169:21, 169:25,
180:7, 183:9,
183:18, 184:15,
184:20, 186:1,
186:5, 186:9,
186:14, 186:16,
188:13, 188:17,
189:5, 190:1, 190:2,
190:25, 191:1,
191:14, 192:14,
192:22, 193:11,
197:24, 206:8,
206:19, 206:22,
208:19, 209:7,
209:9, 210:22,
211:13, 213:16,
215:4, 215:6,
218:18, 222:1,
223:24, 226:12,
227:14, 227:16,
228:2, 228:8,
228:20, 229:10,
230:3, 230:4, 230:6,
231:6, 231:15,
232:4, 235:9,
235:23, 236:7,
237:7, 237:16,
239:15, 239:19,
240:11, 241:4,
241:6, 241:8, 242:2,
242:14, 242:23,
243:7, 243:20,
243:22, 244:14,
246:18, 247:15,
249:13, 253:3,
254:1, 258:1, 258:9,
258:13, 260:14,
273:25
**seeing** [23] - 20:13,
20:23, 20:25, 21:9,
21:12, 21:14, 36:21,
127:14, 127:18,
127:24, 130:12,
154:14, 182:9,
187:23, 188:1,
208:25, 211:19,
211:20, 213:6,
213:9, 231:20,
233:12, 243:7
**seeking** [3] - 53:13,
90:24, 93:2
**seem** [1] - 157:3
**sees** [3] - 29:2, 132:9,
246:13
**segment** [1] - 35:21
**segmented** [1] - 63:18
**seize** [3] - 24:1, 24:21,
25:6

**seized** [3] - 25:11,
26:8, 27:4
**seizures** [1] - 25:14
**select** [1] - 80:9
**self** [5] - 78:14,
193:24, 256:18,
257:3, 268:24
**self-defense** [2] -
78:14, 256:18
**self-evidently** [1] -
268:24
**self-explanatory** [1] -
193:24
**seminary** [1] - 176:24
**Senate** [4] - 15:10,
15:11, 128:8, 128:10
**send** [8] - 14:6, 31:11,
32:23, 131:22,
163:4, 163:19,
206:17, 255:3
**sending** [1] - 4:10
**sense** [12] - 19:18,
40:15, 77:9, 77:12,
78:16, 188:3,
222:25, 225:1,
229:19, 241:13,
250:18, 256:25
**senses** [1] - 232:15
**sent** [4] - 5:5, 17:24,
17:25, 158:5
**sentence** [6] - 15:1,
187:4, 192:20,
234:23, 258:20,
263:23
**sentences** [1] - 191:16
**sentencing** [2] -
258:12, 258:17
**sentimental** [1] -
194:16
**separate** [5] - 45:15,
133:10, 152:3,
243:6, 247:19
**separating** [4] -
147:18, 149:22,
156:2
**separation** [1] - 150:1
**series** [4] - 129:16,
134:17, 142:7
**serious** [2] - 107:13,
239:20
**seriousness** [1] -
224:14
**serve** [3] - 83:12,
174:1, 174:3
**served** [1] - 185:15
**server** [1] - 7:6
**serves** [3] - 196:2,
199:3, 212:3
**Service** [2] - 94:6,
208:11

**service** [4] - 167:7, 175:13, 175:15, 202:16
**service-connected** [1] - 175:15
**services** [1] - 37:19
**serving** [1] - 167:11
**set** [3] - 32:22, 154:3, 200:19
**setup** [1] - 232:12
**seven** [6] - 39:23, 68:18, 140:18, 141:20, 150:8, 241:18
**several** [19] - 12:7, 13:6, 24:7, 30:11, 52:12, 67:1, 173:24, 174:23, 177:22, 178:13, 185:3, 186:22, 187:13, 191:22, 191:23, 192:6, 197:1, 206:12, 207:21
**shake** [1] - 196:12
**shall** [6] - 15:3, 15:5, 15:10, 15:12, 123:22, 143:19
**shape** [3] - 134:18, 235:20, 241:22
**shaped** [1] - 134:17
**share** [1] - 173:20
**shared** [2] - 86:22, 226:15
**shattered** [1] - 268:21
**shatters** [1] - 268:24
**sheet** [1] - 128:2
**sheeting** [1] - 128:23
**sheets** [1] - 39:8
**sheriff's** [1] - 13:22
**sheriffs** [2] - 191:8, 191:23
**shield** [8] - 48:3, 122:11, 122:13, 237:15, 243:12, 244:20, 248:6
**shields** [5] - 154:3, 154:5, 239:25, 240:13, 247:18
**ship** [1] - 174:25
**shipments** [5] - 21:23, 22:2, 22:21, 22:22, 23:6
**shipped** [1] - 25:20
**shirt** [9] - 35:8, 35:9, 47:13, 145:17, 154:10, 174:9, 237:11, 238:19, 238:21
**shit** [2] - 226:20, 226:21

**shocked** [1] - 120:13
**shocking** [1] - 71:17
**shoes** [1] - 203:16
**shook** [1] - 231:17
**shoot** [1] - 149:15
**shooting** [1] - 153:23
**short** [3] - 15:8, 148:13, 225:4
**shorter** [1] - 239:23
**shorthand** [1] - 1:24
**shortly** [4] - 162:1, 211:19, 215:8, 226:14
**shot** [3] - 63:22, 105:2, 209:16
**shoulder** [4] - 157:4, 206:1, 231:17
**shoulder-to-shoulder** [1] - 206:1
**shout** [1] - 185:19
**shout-out** [1] - 185:19
**shoved** [2] - 250:18, 250:23
**shoving** [2] - 142:23, 249:17
**show** [37] - 13:4, 16:14, 16:15, 21:20, 21:22, 33:6, 33:8, 33:18, 48:25, 66:10, 66:20, 67:11, 70:23, 76:25, 77:10, 78:14, 88:11, 94:7, 99:20, 103:20, 131:10, 168:2, 168:4, 180:13, 182:17, 187:2, 187:5, 191:20, 211:10, 220:17, 220:23, 229:24, 246:10, 258:19
**showed** [12] - 32:25, 69:14, 86:4, 89:15, 97:15, 104:24, 108:10, 199:5, 217:23, 217:24, 261:23, 268:18
**showing** [13] - 71:22, 106:17, 112:19, 130:7, 130:11, 131:4, 192:2, 199:16, 202:12, 210:13, 212:13, 212:14, 229:14
**shown** [13] - 64:12, 64:14, 83:4, 85:24, 85:25, 87:19, 88:11, 89:19, 92:17, 95:9, 103:12, 185:23, 208:21
**shows** [10] - 18:18,

18:19, 21:23, 25:18, 103:15, 121:19, 122:24, 131:21, 141:14, 168:3
**shut** [1] - 15:18
**shutting** [8] - 13:25, 89:16, 89:25, 90:4, 91:9, 93:17, 191:18, 192:20
**side** [39] - 51:25, 86:2, 99:13, 128:7, 128:8, 128:9, 129:20, 129:21, 142:8, 142:11, 142:23, 149:21, 150:15, 154:2, 156:11, 158:1, 158:14, 171:20, 171:24, 213:14, 213:17, 218:20, 218:21, 219:4, 228:9, 235:4, 235:17, 236:8, 237:18, 251:2, 251:17, 256:15, 257:16, 257:17, 259:16, 264:11, 264:13
**sides** [5] - 220:23, 221:12, 239:2, 258:7, 258:15
**sights** [1] - 205:3
**sign** [25] - 25:17, 61:12, 61:22, 61:23, 63:2, 64:23, 81:21, 81:23, 82:8, 82:24, 83:1, 151:6, 152:21, 183:25, 184:2, 184:24, 202:21, 208:21, 209:7, 209:8, 209:11, 209:13, 209:15, 213:5
**SIGNATURE** [1] - 275:9
**signature** [1] - 262:16
**signed** [5] - 23:14, 262:15, 263:20, 263:21, 263:25
**significance** [1] - 228:25
**significant** [2] - 76:10, 132:15
**signs** [21] - 61:15, 61:16, 62:1, 62:3, 62:4, 63:25, 64:6, 64:10, 64:16, 82:4, 82:19, 83:5, 150:22, 152:19, 152:20, 153:8, 208:19, 208:25, 213:6,

259:2, 260:14
**similar** [5] - 82:19, 91:21, 107:20, 227:3, 230:25
**similarly** [1] - 273:14
**simple** [2] - 172:21, 229:2
**simply** [4] - 31:4, 31:11, 123:8, 151:24
**sing** [1] - 222:5
**singing** [3] - 206:7, 207:6, 212:14
**single** [7] - 60:6, 64:22, 96:24, 117:25, 118:7, 122:23, 266:3
**sit** [2] - 6:23, 79:16
**sitting** [4] - 6:3, 129:23, 199:5, 256:25
**situation** [6] - 58:2, 118:14, 208:13, 220:6, 246:22, 254:12
**situational** [1] - 221:6
**situations** [1] - 208:1
**six** [4] - 98:21, 140:18, 150:8, 154:6
**sized** [1] - 192:14
**skeptical** [2] - 178:22, 178:23
**ski** [1] - 232:5
**skin** [1] - 234:13
**skirmish** [4] - 134:18, 136:15, 154:1, 155:6, 155:8, 156:19
**Slash** [1] - 191:8
**sleeping** [1] - 168:21
**sleeve** [1] - 144:22
**sleeved** [1] - 237:12
**sleeves** [4] - 140:10, 143:16, 143:17, 145:13
**slept** [1] - 199:14
**slight** [1] - 208:5
**slightest** [1] - 122:2
**slightly** [3] - 46:1, 96:9, 148:23
**slow** [1] - 174:13
**small** [2] - 21:17, 218:12
**smartest** [1] - 178:25
**smash** [1] - 177:1
**smell** [1] - 234:8
**smelled** [1] - 227:20
**smells** [1] - 207:4
**smile** [1] - 196:12
**smiling** [1] - 205:7
**Smith** [3] - 109:7, 111:13, 117:8

**smoker** [1] - 203:17
**smoking** [3] - 136:16, 136:18, 137:24
**smoothest** [1] - 5:1
**snapped** [1] - 231:23
**snapshot** [1] - 229:17
**snippet** [1] - 83:3
**so-called** [1] - 84:22
**social** [10] - 54:19, 54:20, 86:22, 179:19, 182:6, 194:3, 194:19, 195:7, 198:23, 229:9
**socks** [1] - 203:15
**soil** [1] - 239:19
**someone** [18] - 3:13, 4:23, 32:11, 33:22, 35:2, 35:3, 55:7, 57:13, 58:3, 73:13, 87:17, 88:7, 88:25, 103:4, 106:25, 167:18, 170:25, 265:21
**sometimes** [1] - 53:25
**somewhat** [2] - 126:25, 235:16
**somewhere** [3] - 33:21, 62:11, 82:11
**songs** [1] - 207:7
**soon** [5] - 77:22, 79:6, 128:12, 206:23, 242:6
**sorry** [41] - 14:22, 21:19, 21:20, 23:1, 28:1, 29:16, 40:24, 46:2, 48:22, 65:6, 94:24, 103:14, 111:18, 114:23, 119:12, 127:16, 130:4, 133:25, 146:11, 149:7, 159:18, 159:19, 159:22, 161:17, 163:7, 164:2, 167:11, 169:5, 180:11, 189:19, 204:4, 217:18, 237:24, 239:11, 245:11, 245:14, 247:22, 248:24, 250:15, 267:4, 267:6
**sort** [38] - 13:14, 16:6, 17:19, 21:17, 23:22, 38:21, 39:2, 51:19, 52:9, 53:21, 60:6, 65:20, 87:20, 91:9, 117:3, 139:15, 175:23, 175:25, 179:21, 184:25, 190:12, 192:3,

200:11, 201:9, 204:1, 207:20, 209:2, 211:6, 213:7, 213:8, 228:2, 229:23, 230:7, 234:16, 248:11, 252:1, 253:6, 255:16
**sorts** [3] - 213:11, 221:20, 262:20
**sound** [10] - 128:12, 129:3, 129:4, 129:5, 129:7, 135:3, 247:9, 252:11, 253:19, 254:18
**sounded** [2] - 58:6, 184:14
**sounds** [3] - 79:8, 111:21, 164:5
**source** [15] - 29:11, 30:12, 42:20, 99:17, 101:13, 125:6, 153:22, 162:6, 162:8, 162:11, 178:16, 192:5, 245:24, 251:18
**sources** [1] - 152:2
**space** [2] - 45:2, 216:18
**span** [1] - 15:24
**sparse** [1] - 200:15
**speaker** [1] - 167:4
**speakers** [3] - 203:3, 203:8, 206:6
**speaking** [17] - 54:10, 56:5, 63:10, 73:24, 105:7, 109:14, 109:20, 137:6, 196:22, 203:4, 218:24, 220:24, 221:7, 221:8, 221:12, 254:21, 270:23
**speaks** [3] - 92:3, 93:21, 137:3
**special** [1] - 11:16
**Special** [13] - 12:25, 14:10, 14:24, 16:17, 23:8, 28:21, 30:4, 30:21, 32:9, 36:11, 38:12, 81:11, 117:1
**specific** [13] - 22:18, 40:12, 40:13, 84:15, 102:4, 118:13, 213:25, 215:15, 221:4, 224:20, 235:13, 257:25, 258:20
**specifically** [6] - 24:15, 54:16, 55:15, 100:3, 269:4, 270:12

**specifics** [1] - 165:21
**speculate** [1] - 19:2
**speculating** [3] - 61:3, 95:5, 107:1
**speculation** [9] - 14:19, 53:19, 60:19, 87:6, 88:2, 90:5, 99:7, 117:14, 152:22
**speculative** [1] - 155:19
**speech** [33] - 54:5, 55:4, 55:25, 56:8, 56:10, 56:15, 56:17, 56:19, 58:8, 60:23, 65:19, 66:1, 66:6, 66:8, 66:23, 67:2, 85:12, 121:21, 184:25, 185:13, 189:1, 197:22, 198:1, 198:11, 198:14, 198:17, 201:7, 203:4, 206:11, 206:13, 217:23, 218:5, 269:14
**speeches** [2] - 202:25, 206:11
**speed** [1] - 79:18
**spell** [1] - 124:14
**spend** [1] - 263:7
**spoken** [1] - 265:21
**spot** [1] - 194:2
**spray** [1] - 216:18
**spread** [1] - 184:24
**spreadsheet** [4] - 21:22, 21:25, 22:3, 23:1
**squadron** [2] - 174:23, 194:12
**squeezing** [2] - 166:9, 166:16
**stabbed** [1] - 88:25
**stabbing** [1] - 88:12
**stadium** [2] - 129:17
**stage** [2] - 220:8, 222:22
**stagnant** [1] - 235:16
**stair** [1] - 46:1
**stairs** [7] - 134:19, 138:14, 139:17, 139:18, 250:24, 251:7, 251:25
**stamp** [20] - 36:9, 36:19, 37:5, 38:14, 38:24, 39:16, 41:11, 41:13, 44:7, 47:16, 48:16, 142:3, 143:2, 145:3, 145:6, 149:6, 237:25, 241:4, 241:8, 241:16

**stamps** [3] - 37:13, 37:15, 38:5
**stance** [1] - 149:13
**STAND** [1] - 11:18
**stand** [32] - 9:5, 11:10, 60:22, 61:4, 70:25, 71:23, 72:12, 76:17, 111:18, 122:7, 136:6, 136:7, 164:22, 164:23, 166:7, 188:21, 211:12, 219:11, 220:2, 220:9, 220:15, 220:19, 221:14, 226:15, 256:6, 257:13, 262:21, 263:2, 263:8, 264:7, 265:4, 267:11
**standing** [30] - 51:16, 128:8, 133:23, 136:16, 136:18, 141:13, 149:9, 153:23, 156:21, 157:2, 157:4, 157:17, 177:13, 180:14, 184:25, 213:17, 214:23, 216:5, 216:20, 219:5, 222:22, 228:15, 231:7, 231:25, 232:6, 237:10, 248:11, 250:5, 251:5, 268:6
**stands** [4] - 157:5, 211:15, 272:12
**stare** [1] - 228:8
**stars** [1] - 211:16
**start** [28] - 5:7, 5:11, 19:17, 19:19, 38:11, 44:15, 52:6, 55:13, 63:19, 79:15, 81:13, 119:6, 120:13, 127:18, 133:20, 135:9, 135:13, 140:12, 174:8, 203:23, 207:1, 211:20, 240:4, 245:16, 247:8, 255:7, 270:4
**started** [22] - 32:10, 48:14, 63:20, 119:19, 125:3, 162:5, 162:6, 170:17, 174:7, 199:15, 203:12, 207:8, 218:23, 220:11, 226:16, 226:21, 227:3, 227:24, 237:19,

239:1, 250:2, 251:10
**starting** [1] - 162:7
**starts** [7] - 136:14, 137:25, 139:11, 139:16, 150:9, 197:19, 210:5
**stashed** [1] - 208:8
**state** [9] - 21:24, 25:15, 40:25, 41:1, 124:12, 126:8, 211:16, 240:17
**statement** [4] - 4:3, 161:8, 202:2, 212:8
**Statement** [8] - 259:4, 260:20, 260:22, 260:25, 261:20, 261:24, 262:10, 263:19
**statements** [12] - 66:16, 66:18, 66:20, 66:21, 66:22, 66:23, 67:5, 67:11, 67:20, 67:23, 68:5, 267:25
**STATES** [3] - 1:1, 1:3, 1:10
**states** [3] - 15:3, 117:21, 183:1
**States** [17] - 1:13, 1:14, 12:6, 12:7, 56:5, 161:19, 174:2, 179:7, 179:8, 181:17, 186:7, 189:14, 189:21, 217:2, 230:23, 259:22, 262:2
**static** [1] - 230:15
**stating** [1] - 42:6
**stationed** [1] - 174:24
**stations** [1] - 74:12
**statue** [8] - 201:6, 202:3, 202:6, 202:8, 202:14, 202:19, 202:23, 206:15
**status** [1] - 74:6
**statutes** [1] - 58:21
**stay** [6] - 90:22, 91:15, 92:11, 92:22, 268:14, 268:16
**stayed** [2] - 206:12, 235:18
**staying** [5] - 168:16, 168:17, 168:19, 206:9, 223:12
**steal** [8] - 54:24, 55:7, 55:9, 55:18, 55:21, 182:8, 182:12, 182:19
**Steal** [2] - 56:6, 153:2
**steep** [1] - 254:5
**stenotype** [1] - 1:24

**step** [14] - 21:11, 46:1, 77:2, 82:9, 82:10, 82:11, 118:10, 129:15, 142:10, 182:23, 239:5, 250:19, 250:25, 256:5
**stepped** [7] - 149:10, 218:23, 219:1, 219:6, 237:9, 248:16, 250:1
**stepping** [1] - 258:5
**steps** [14] - 121:24, 129:16, 138:23, 142:7, 152:9, 235:18, 242:5, 249:19, 250:5, 250:14, 250:20, 250:21, 254:1, 254:5
**STEVEN** [3] - 2:6, 124:9, 124:15
**Steven** [4] - 123:18, 124:13, 225:25
**stick** [3] - 237:18, 244:11, 244:23
**sticking** [1] - 272:10
**sticks** [5] - 239:24, 240:13, 243:12, 247:18, 249:20
**still** [20] - 118:1, 141:7, 146:10, 162:15, 177:2, 177:16, 181:19, 190:6, 194:15, 194:16, 206:4, 208:4, 219:12, 221:21, 222:25, 229:4, 229:13, 240:24, 264:21, 267:11
**stipulate** [2] - 158:5, 158:16
**stipulated** [3] - 90:10, 158:1, 158:2
**stipulating** [2] - 7:1, 7:3
**stipulation** [9] - 3:22, 4:1, 5:7, 6:11, 10:24, 31:1, 31:3, 31:4, 31:6
**stirs** [1] - 78:10
**stolen** [3] - 13:2, 182:15, 186:24
**stood** [4] - 134:8, 242:6, 250:19, 251:9
**Stop** [2] - 56:6, 153:2
**stop** [51] - 33:21, 39:9, 51:15, 54:4, 54:24, 55:7, 55:9, 55:18, 55:21, 63:19, 81:16,

120:10, 127:9, 127:13, 127:23, 128:16, 129:3, 129:12, 132:21, 135:22, 136:5, 138:4, 138:19, 141:4, 144:2, 146:3, 149:3, 153:16, 154:19, 155:4, 171:21, 182:8, 182:12, 182:18, 187:4, 192:18, 196:21, 196:24, 202:1, 209:20, 220:15, 221:10, 221:11, 227:13, 237:6, 240:3, 241:12, 248:10, 248:17, 253:22, 254:24

**stopped** [16] - 44:21, 48:16, 48:21, 63:20, 139:8, 145:12, 148:1, 148:10, 149:19, 155:24, 156:21, 191:19, 215:8, 231:24, 232:15, 238:23

**stopping** [4] - 134:13, 191:25, 216:24, 233:21

**stops** [3] - 187:14, 192:7, 197:1

**stopthesteal** [2] - 13:9, 188:11

**store** [5] - 17:21, 19:14, 22:14, 22:18, 96:6

**stores** [15] - 16:12, 16:13, 17:22, 18:7, 18:19, 18:21, 21:23, 22:8, 22:16, 95:7, 95:19, 96:9, 97:11, 97:16, 98:16

**stories** [2] - 10:13, 229:4

**storm** [4] - 58:17, 58:19, 84:20, 205:15

**storming** [19] - 58:11, 58:18, 58:20, 58:22, 59:5, 59:8, 59:11, 59:12, 59:21, 59:25, 60:3, 60:5, 60:9, 60:16, 60:17, 222:12, 222:16, 222:19

**story** [5] - 72:6, 72:12, 73:11, 103:2, 108:12

**straight** [1] - 270:22

**strain** [1] - 175:18

**stranger** [1] - 210:14

**strategic** [1] - 270:16

**stream** [4] - 63:19, 230:13, 230:14

**streaming** [1] - 230:10

**street** [5] - 93:17, 94:14, 94:23, 203:18, 212:13

**Street** [3] - 1:14, 1:17, 97:22

**streets** [7] - 93:6, 93:14, 94:8, 94:10, 94:19, 94:22, 204:3

**strength** [3] - 68:1, 181:22, 218:6

**strike** [5] - 5:15, 5:18, 7:4, 7:6, 108:13, 157:20, 161:4, 163:11, 163:17, 163:23, 170:23, 177:20, 189:19, 195:22, 215:25, 234:23, 239:11

**strikes** [4] - 154:12, 155:12, 155:15, 243:23

**striking** [1] - 6:10

**strong** [8] - 13:8, 149:15, 167:6, 178:20, 187:17, 188:2, 188:4

**strongest** [1] - 187:7

**struck** [1] - 243:8

**structure** [1] - 61:24

**struggle** [1] - 139:1

**stuck** [1] - 71:9

**studied** [1] - 177:24

**study** [2] - 177:25, 190:7

**studying** [1] - 125:5

**stuff** [7] - 53:9, 138:15, 158:11, 206:18, 214:22, 219:25, 244:7

**stupid** [2] - 13:7, 187:13

**style** [1] - 257:12

**stylized** [1] - 189:12

**subject** [5] - 18:1, 88:14, 110:3, 110:4, 110:13

**submitted** [1] - 256:13

**subpoena** [2] - 16:20, 37:21

**substance** [1] - 198:5

**substantial** [1] - 234:11

**successfully** [2] - 76:15

**suddenly** [1] - 6:6

**suede** [1] - 243:16

**suffered** [2] - 96:24, 176:22

**suffers** [1] - 164:24, 165:5

**sufficient** [2] - 121:12, 123:9

**suggest** [2] - 255:21, 273:5

**suggested** [1] - 260:11

**suggesting** [5] - 101:12, 106:22, 212:23, 230:25, 259:18

**suggestion** [1] - 132:25

**sum** [1] - 198:5

**summarize** [2] - 15:19, 124:20

**summary** [5] - 12:14, 12:15, 12:25, 13:1, 120:17

**Sumrall** [6] - 3:9, 120:8, 224:17, 264:8, 264:12, 265:1

**Sumrall's** [1] - 257:23

**Sunday** [3] - 79:11, 80:16, 81:1

**Superman** [1] - 176:2

**supervision** [1] - 262:20

**supervisor** [7] - 72:13, 75:4, 75:14, 76:9, 76:12, 114:5

**supplemental** [1] - 271:23

**support** [22] - 65:20, 99:16, 99:19, 99:24, 100:3, 100:4, 100:5, 100:9, 100:15, 100:16, 100:18, 100:20, 106:7, 175:11, 180:12, 180:14, 191:20, 211:10, 217:1, 217:24, 218:1, 230:23

**supported** [2] - 177:13, 181:7

**suppose** [4] - 58:2, 86:9, 89:9, 257:8

**supposed** [8] - 185:9, 185:12, 199:8, 201:7, 206:21, 210:11, 214:11, 262:11

**supposedly** [1] - 214:6

**Supreme** [2] - 67:1,

85:12

**surprise** [4] - 8:21, 72:4, 118:11, 118:15

**surprised** [2] - 9:4, 38:7

**suspect** [1] - 178:17

**suspected** [1] - 250:8

**suspicion** [1] - 195:2

**suspicious** [1] - 178:14

**sustained** [40] - 45:10, 60:20, 83:15, 85:14, 89:5, 91:12, 99:8, 100:1, 101:1, 101:4, 102:12, 105:14, 107:11, 107:16, 108:4, 108:15, 110:16, 110:21, 111:5, 113:3, 116:3, 116:13, 116:18, 118:16, 135:19, 137:10, 140:23, 153:11, 155:18, 157:20, 158:24, 165:2, 165:4, 166:19, 167:1, 167:21, 167:25, 170:16, 171:4

**swarming** [1] - 222:20

**swear** [1] - 230:22

**sweet** [1] - 203:16

**swinging** [2] - 155:13, 237:20

**swivel** [1] - 210:17

**swore** [3] - 217:25, 262:11, 263:1

**sworn** [3] - 262:4, 263:4, 263:20

**SWORN** [2] - 124:9, 172:11

**swung** [2] - 251:21, 251:22

**symbol** [6] - 53:22, 183:22, 183:25, 184:5, 184:24, 184:25

**symbolize** [1] - 185:13

**sympathies** [1] - 272:19

**sync** [2] - 37:13, 38:5

**syncing** [1] - 37:15

**syncing-up** [1] - 37:15

**system** [3] - 110:10, 178:18, 236:23

**systems** [2] - 173:25, 202:17

**T**

**TA** [3] - 196:24, 199:6,

199:14

**table** [18] - 5:17, 6:3, 6:6, 6:17, 6:24, 7:7, 11:9, 18:14, 18:15, 19:5, 19:9, 20:17, 20:21, 21:6, 28:25, 118:19, 171:20, 269:17

**tables** [1] - 21:13

**tactic** [1] - 43:4

**tactical** [1] - 127:12

**tactically** [1] - 235:25

**tag** [3] - 184:10, 216:7, 219:2

**tags** [1] - 216:9

**Taio** [17] - 6:15, 76:9, 76:19, 76:21, 76:22, 77:11, 78:10, 78:15

**Taio's** [3] - 76:14, 77:24, 77:25

**tamp** [1] - 260:3

**tampering** [1] - 220:21

**tangible** [1] - 221:17

**tanoncamo** [1] - 30:18

**tape** [1] - 130:14

**tapped** [1] - 231:16

**target** [1] - 216:10

**targeted** [1] - 252:14

**tarp** [22] - 78:20, 108:8, 108:9, 126:2, 129:24, 131:20, 132:10, 132:12, 132:13, 132:14, 132:16, 132:18, 134:20, 135:11, 216:6, 218:21, 223:9, 228:1, 228:11, 231:10, 234:4

**tarped** [1] - 104:10

**tattered** [1] - 179:15, 214:14

**tattoo** [2] - 30:19, 30:22

**Taylor** [1] - 203:6

**tea** [2] - 203:16

**teach** [1] - 176:17

**teaching** [1] - 229:16

**team** [13] - 4:23, 11:12, 13:4, 74:9, 79:2, 125:11, 168:6, 168:10, 168:19, 169:2, 187:2, 221:2

**teams** [1] - 125:9

**tear** [5] - 207:3, 207:9, 227:20, 227:22, 234:20

**technical** [2] - 182:25, 197:25

**technically** [1] -

174:10
**teenagers** [1] - 249:22
**Telegram** [1] - 29:9
**tempted** [1] - 51:19
**ten** [9] - 49:2, 49:12,
49:14, 49:23, 50:11,
145:12, 170:11,
182:20, 223:24
**ten-day** [1] - 182:20
**ten-minute** [1] -
170:11
**ten-second** [2] -
49:14, 49:23
**tends** [1] - 99:20
**tense** [2] - 85:4, 85:6
**tentatively** [1] - 65:22
**term** [13] - 20:3, 46:21,
58:22, 58:24, 59:19,
59:23, 109:10,
157:17, 182:25,
186:10, 188:4,
229:22, 231:23
**terminology** [1] -
184:11
**terms** [15] - 14:20,
20:25, 21:2, 21:12,
25:5, 38:5, 101:16,
119:14, 123:13,
152:9, 195:17,
238:1, 238:2,
259:13, 270:11
**terrace** [5] - 38:21,
39:3, 49:4, 62:12,
235:21
**Terrace** [6] - 46:13,
61:21, 166:23,
235:4, 235:17, 236:9
**testified** [15] - 54:20,
61:15, 63:4, 82:19,
95:24, 111:11,
114:3, 121:25,
151:9, 160:14,
160:17, 160:20,
166:15, 171:10,
265:1
**testifies** [5] - 103:10,
103:22, 151:21,
259:2, 262:22
**testify** [21] - 8:18,
69:19, 76:3, 82:4,
88:19, 102:23,
111:18, 117:16,
117:24, 119:14,
120:14, 120:15,
121:1, 151:23,
164:2, 164:3,
172:19, 260:13,
262:5, 264:5
**testifying** [12] - 10:21,
108:14, 151:5,

151:10, 151:14,
152:1, 160:23,
160:25, 161:1,
161:8, 161:11,
260:10
**TESTIMONY** [1] - 2:3
**testimony** [46] - 10:1,
15:14, 16:4, 18:16,
21:22, 32:10, 39:25,
40:4, 40:16, 42:11,
47:25, 49:10, 62:1,
72:18, 73:2, 77:16,
78:18, 114:7, 118:2,
119:21, 120:17,
120:18, 122:16,
123:23, 130:21,
132:15, 132:19,
157:21, 158:13,
160:4, 162:24,
163:6, 163:21,
164:21, 165:16,
166:2, 166:6,
166:14, 166:20,
166:22, 177:9,
222:12, 224:20,
238:16, 257:23,
265:8
**text** [19] - 12:23,
13:14, 14:9, 14:15,
15:6, 15:8, 18:4,
60:14, 89:15, 89:20,
94:2, 189:10,
189:13, 189:15,
190:2, 190:10,
191:21, 206:16,
207:12
**thankful** [1] - 198:10
**thankfully** [4] -
192:18, 203:15,
211:3, 232:14
**THE** [441] - 1:1, 1:1,
1:9, 3:4, 3:10, 3:23,
4:3, 4:7, 4:9, 4:11,
4:16, 4:19, 4:25, 5:9,
5:11, 5:14, 5:19,
5:23, 5:25, 6:2, 6:7,
6:16, 6:23, 7:3, 7:7,
7:11, 7:14, 7:18,
7:25, 8:4, 8:14, 9:8,
10:15, 10:20, 10:23,
11:1, 11:4, 11:18,
11:19, 11:21, 17:3,
17:5, 19:2, 19:3,
22:10, 26:14, 27:9,
27:11, 27:20, 28:16,
28:18, 29:23, 29:25,
30:25, 31:3, 31:15,
31:22, 31:24, 32:1,
33:10, 34:14, 34:24,
35:5, 35:8, 40:1,

40:15, 40:21, 41:17,
41:19, 41:23, 41:25,
42:5, 42:8, 42:14,
42:23, 43:1, 43:9,
44:19, 45:10, 49:5,
49:10, 49:16, 49:17,
49:21, 54:15, 54:16,
58:25, 59:15, 59:17,
60:20, 61:8, 65:6,
65:11, 65:16, 66:7,
66:12, 66:18, 67:4,
67:14, 68:1, 68:14,
68:21, 68:24, 69:2,
69:5, 69:9, 69:18,
69:24, 70:10, 70:12,
70:21, 71:4, 71:7,
71:18, 71:23, 72:3,
72:9, 72:15, 72:18,
73:5, 73:10, 73:15,
73:23, 74:1, 74:4,
74:10, 74:15, 74:19,
75:7, 75:18, 76:2,
76:6, 76:21, 76:24,
77:1, 77:2, 77:6,
77:16, 77:21, 78:1,
78:4, 78:7, 78:12,
78:19, 78:22, 79:4,
80:2, 80:23, 81:3,
81:5, 83:15, 85:14,
87:8, 87:10, 88:3,
88:4, 88:19, 88:23,
89:5, 90:6, 90:8,
90:17, 91:12, 92:5,
94:21, 94:24, 98:7,
99:8, 100:1, 100:13,
101:1, 101:4, 101:8,
101:12, 101:18,
101:23, 102:12,
102:22, 103:4,
103:8, 103:15,
103:20, 105:14,
106:5, 106:6, 107:6,
107:7, 107:11,
107:16, 108:4,
108:15, 108:18,
109:3, 110:16,
110:21, 111:5,
111:8, 111:11,
111:12, 112:3,
112:6, 112:12,
112:20, 112:24,
113:3, 113:11,
113:12, 113:13,
113:14, 113:16,
114:22, 114:25,
115:8, 116:3,
116:13, 116:18,
116:22, 118:16,
118:18, 118:20,
118:23, 118:25,
119:6, 119:11,

119:23, 120:2,
120:9, 120:20,
120:25, 121:6,
121:9, 121:13,
122:4, 122:12,
122:19, 123:1,
123:10, 123:16,
123:19, 123:22,
124:1, 124:3, 124:4,
124:6, 124:9,
125:24, 126:3,
126:10, 126:15,
130:10, 130:14,
130:18, 130:22,
131:1, 131:7,
131:12, 131:19,
131:22, 132:3,
132:9, 132:19,
133:3, 133:5, 133:7,
133:13, 133:17,
135:19, 135:24,
137:4, 137:10,
140:1, 140:23,
143:11, 145:6,
146:13, 146:21,
146:25, 147:2,
149:8, 151:4, 151:9,
151:20, 152:3,
152:12, 152:14,
152:23, 153:1,
153:11, 155:18,
156:7, 156:8,
157:20, 158:9,
158:15, 158:20,
158:24, 159:10,
159:14, 159:20,
161:6, 163:13,
163:14, 163:15,
163:16, 163:19,
163:22, 163:23,
165:2, 165:4, 165:6,
165:10, 165:15,
165:19, 166:1,
166:19, 167:1,
167:15, 167:21,
167:25, 169:9,
169:16, 169:24,
170:1, 170:3, 170:6,
170:8, 170:9,
170:10, 170:14,
170:23, 171:1,
171:8, 171:15,
171:19, 171:23,
172:2, 172:4, 172:7,
172:10, 172:11,
223:13, 223:17,
223:20, 223:24,
224:4, 224:9,
224:14, 224:19,
225:9, 225:17,
226:2, 226:4,

232:19, 234:23,
237:24, 238:3,
238:6, 245:7,
245:10, 245:12,
245:15, 246:6,
246:8, 247:3,
247:22, 248:24,
249:1, 249:3, 249:6,
252:21, 252:24,
253:13, 253:15,
254:24, 255:2,
255:12, 255:18,
255:21, 256:2,
256:5, 256:7, 256:8,
257:7, 257:14,
257:16, 257:21,
258:18, 258:25,
259:8, 259:11,
259:15, 260:1,
260:5, 260:13,
260:20, 260:25,
261:4, 261:7,
261:18, 261:23,
262:10, 262:15,
263:1, 263:12,
263:16, 263:19,
264:5, 264:18,
264:21, 265:5,
265:11, 265:16,
266:8, 266:11,
266:25, 267:14,
267:16, 267:22,
267:24, 268:2,
268:8, 268:17,
268:25, 269:4,
269:15, 269:19,
270:1, 270:9,
270:15, 270:20,
270:24, 271:15,
271:19, 271:25,
272:9, 272:16,
272:19, 273:2,
273:8, 273:25, 274:6
**themselves** [1] -
268:23
**theory** [2] - 9:2, 9:9
**therefore** [2] - 183:3,
264:18
**thermos** [1] - 254:10
**they've** [10] - 31:6,
67:6, 67:7, 121:20,
121:21, 122:23,
141:8, 148:18,
164:16, 269:13
**thinking** [5] - 50:20,
52:11, 176:2, 257:8,
268:11
**thinks** [3] - 53:19,
224:13, 272:23
**third** [4] - 13:14,

98:21, 98:24, 99:6
**Third** [1] - 1:18
**thirsty** [1] - 210:14
**Thomas** [186] - 3:7,
8:6, 9:6, 9:9, 10:2,
12:15, 14:5, 14:14,
29:14, 33:15, 34:7,
35:18, 38:16, 38:19,
39:10, 39:24, 44:12,
44:16, 44:24, 45:7,
45:12, 45:25, 47:8,
48:1, 48:4, 48:7,
48:8, 48:14, 49:3,
49:8, 50:14, 50:22,
51:7, 51:16, 51:23,
52:16, 53:14, 53:20,
54:4, 55:20, 56:22,
56:24, 57:6, 58:4,
58:5, 58:14, 60:8,
62:1, 62:6, 63:13,
63:22, 66:6, 66:16,
67:19, 69:6, 70:8,
70:15, 70:17, 70:22,
71:5, 71:13, 71:16,
78:2, 78:20, 83:18,
86:22, 87:13, 87:20,
89:22, 89:23,
101:10, 101:15,
102:4, 102:13,
102:21, 103:3,
103:10, 103:16,
103:22, 104:9,
104:14, 104:18,
104:22, 105:7,
105:12, 105:16,
105:25, 108:23,
111:3, 111:19,
119:8, 119:17,
119:18, 120:13,
121:1, 122:1, 122:7,
122:18, 123:19,
123:21, 126:2,
131:11, 132:16,
136:6, 136:16,
136:20, 137:1,
137:6, 137:17,
138:4, 138:5,
138:24, 139:3,
139:17, 139:19,
140:16, 140:21,
142:1, 142:6,
142:12, 143:5,
143:7, 143:17,
143:22, 144:3,
144:7, 144:10,
144:23, 146:9,
146:18, 146:23,
147:3, 147:12,
147:16, 149:8,
149:21, 154:19,
154:24, 155:15,

156:1, 156:21,
157:10, 159:3,
167:9, 167:11,
169:25, 171:17,
172:9, 172:10,
172:14, 172:19,
180:5, 183:20,
218:18, 221:23,
226:12, 231:6,
235:2, 236:7, 237:7,
238:10, 239:16,
242:12, 244:25,
245:21, 246:11,
246:18, 247:13,
248:11, 249:10,
253:4, 253:24,
256:5, 258:1, 258:4,
260:10, 260:12,
267:19, 268:4,
268:18, 269:24,
271:7, 271:8, 272:3,
273:12, 273:16
**THOMAS** [3] - 1:6, 2:8,
172:11
**Thomas's** [13] - 8:23,
53:16, 61:11, 63:6,
64:19, 65:3, 81:19,
84:6, 106:17,
107:20, 119:21,
122:4, 268:12
**thousand** [2] - 22:23,
80:11
**thousands** [4] - 89:11,
168:13, 168:14
**threat** [10] - 56:11,
56:18, 56:25, 57:6,
60:25, 61:2, 188:15,
188:18, 212:15,
264:23
**threatening** [1] -
212:21
**threats** [1] - 189:22
**three** [28] - 14:2, 46:4,
46:9, 46:22, 91:7,
109:21, 118:8,
121:10, 144:4,
144:11, 144:12,
144:14, 146:10,
157:6, 168:17,
168:18, 191:16,
193:9, 193:23,
195:14, 228:14,
254:4, 255:15,
255:23, 255:25,
256:2
**three-bedroom** [1] -
168:17
**three-plus** [1] - 118:8
**threw** [2] - 242:6,
251:23

throughout [7] - 18:6,
83:17, 83:22,
241:15, 243:13,
243:24, 248:18
**throw** [1] - 247:16
**throwing** [2] - 216:18,
233:24
**thrown** [1] - 82:12
**thumb** [1] - 177:1
**tie** [4] - 169:16,
231:10, 231:14,
234:2
**tied** [2] - 102:13,
168:14
**tight** [1] - 105:2
**timewise** [1] - 148:12
**timing** [2] - 47:24,
49:11
**tinnitus** [1] - 175:18
**tip** [4] - 32:17, 32:18,
32:21, 32:22
**tipped** [1] - 33:22
**tips** [1] - 32:23
**title** [1] - 21:18
**titles** [1] - 20:22
**today** [19] - 3:14, 11:2,
11:6, 19:22, 26:10,
35:4, 79:7, 80:18,
118:1, 119:14,
120:15, 121:1,
125:17, 160:23,
162:24, 163:6,
163:21, 172:19,
270:3
**together** [8] - 67:2,
67:5, 69:18, 180:18,
182:16, 183:22,
201:24, 205:15
**Tomahawk** [1] -
243:13
**Tomcat** [3] - 174:11,
174:16, 174:18
**tomorrow** [5] - 79:10,
80:13, 80:25, 255:4,
265:21
**tonight** [2] - 18:2, 18:6
**tons** [2] - 206:4, 243:5
**took** [17] - 63:13, 98:1,
152:9, 179:19,
204:7, 211:1,
215:22, 216:13,
216:16, 227:15,
230:19, 230:25,
231:9, 231:13,
232:13, 250:20,
250:25
**top** [26] - 12:12, 12:23,
17:11, 21:17, 22:9,
38:15, 41:11, 92:7,
135:13, 138:23,

139:23, 141:10,
142:3, 142:10,
148:15, 149:25,
175:17, 183:18,
199:13, 235:18,
235:20, 237:8,
238:17, 242:5,
256:20
**torn** [3] - 62:15, 81:24,
82:11
**total** [5] - 22:21, 23:1,
64:6, 98:19, 131:25
**totaling** [1] - 16:13
**totality** [1] - 99:21
**touch** [4] - 138:9,
140:4, 219:17,
240:23
**touched** [3] - 25:18,
139:21, 139:22
**touching** [3] - 122:11,
122:12, 260:9
**tough** [1] - 225:5
**towards** [7] - 57:7,
135:13, 139:14,
142:9, 150:7,
201:24, 203:24,
207:1, 207:18,
207:19, 214:12,
218:3, 221:18,
222:18, 222:23,
227:24, 228:6,
235:7, 237:14,
250:13, 252:14
**track** [1] - 156:3
**tracked** [2] - 37:16,
38:8
**tracking** [1] - 268:25
**train** [1] - 244:8
**training** [2] - 207:4,
244:11
**trainings** [1] - 244:12
**trains** [1] - 207:19
**transcript** [3] - 275:4
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:9
**transcription** [1] -
1:25
**trauma** [1] - 171:12
**Travel** [1] - 196:24
**travel** [2] - 180:17,
186:6
**traveled** [2] - 196:3,
196:13
**traveling** [2] - 150:7,
196:11
**treason** [1] - 67:3
**tree** [1] - 210:21
**trees** [1] - 211:4
**trending** [1] - 188:24
**trespass** [1] - 67:7

**trespassing** [4] -
83:12, 83:13, 259:3,
259:19
**trespassing-like** [1] -
259:19
**trial** [21] - 25:3, 68:15,
72:22, 77:5, 77:7,
77:9, 77:12, 80:6,
80:9, 82:1, 101:21,
166:20, 179:18,
194:4, 198:3, 217:9,
223:7, 241:15,
261:11, 271:23,
273:13
**TRIAL** [1] - 1:9
**trials** [2] - 176:22,
225:6
**tried** [7] - 169:5,
176:12, 192:4,
227:7, 240:20,
242:19, 248:16
**trip** [1] - 254:11
**trips** [1] - 36:15
**troops** [1] - 185:20
**trouble** [6] - 192:3,
206:15, 219:7,
219:8, 224:2, 234:12
**truck** [2] - 54:4,
196:24
**trucks** [3] - 13:25,
193:7, 193:17
**true** [10] - 5:4, 29:18,
31:7, 59:24, 70:17,
97:2, 116:15, 171:9,
171:10, 207:1
**truly** [1] - 230:8
**Trump** [15] - 28:10,
63:10, 87:25, 88:4,
177:10, 177:12,
177:16, 178:10,
180:12, 180:22,
181:19, 183:4,
195:14, 214:1,
217:23
**Trump's** [2] - 201:7,
206:13
**trust** [1] - 53:23
**truth** [2] - 112:8, 178:1
**truthful** [1] - 263:23
**try** [21] - 41:2, 43:9,
102:10, 172:1,
186:5, 193:14,
200:20, 214:12,
215:9, 217:21,
220:23, 224:25,
226:22, 235:25,
240:3, 243:5,
244:20, 248:5,
250:22, 254:23,
261:15

**trying** [38] - 6:14, 30:4, 42:1, 65:7, 67:18, 68:7, 69:16, 79:2, 79:3, 89:9, 102:17, 112:7, 136:17, 139:15, 144:22, 149:23, 155:9, 156:4, 156:9, 189:24, 191:21, 206:14, 210:18, 212:25, 215:2, 217:17, 220:24, 239:4, 242:24, 244:4, 247:14, 247:24, 248:14, 249:25, 250:9, 252:9, 252:12, 269:2
**Tuesday** [5] - 19:6, 90:23, 92:23, 96:7, 273:23
**turn** [7] - 67:2, 77:21, 77:23, 208:10, 232:8, 247:16, 251:22
**turned** [9] - 9:3, 10:7, 74:25, 105:4, 129:6, 208:11, 210:23, 226:17, 237:18
**turning** [3] - 23:8, 30:16, 128:17
**turns** [2] - 19:24, 157:7
**tweet** [11] - 5:5, 90:14, 90:15, 90:19, 90:21, 91:22, 92:2, 92:19, 92:25, 180:22, 195:14
**tweets** [1] - 31:23
**Twelfth** [7] - 14:11, 14:16, 189:8, 189:11, 189:17, 190:10, 190:14
**two** [66] - 3:24, 4:1, 18:11, 20:2, 22:25, 23:7, 24:7, 24:19, 28:21, 41:9, 46:4, 46:6, 46:10, 47:2, 61:14, 61:16, 61:17, 61:25, 62:1, 62:3, 64:16, 64:18, 69:13, 105:3, 109:17, 109:19, 110:19, 111:23, 116:20, 120:5, 121:14, 121:23, 125:3, 129:5, 129:7, 130:8, 130:16, 131:6, 131:18, 140:20, 142:24, 144:15, 147:3, 147:10,

148:5, 148:18, 152:7, 162:7, 163:8, 175:4, 179:20, 195:14, 199:4, 211:9, 224:14, 226:24, 232:4, 240:9, 250:6, 255:17, 255:19, 257:8, 274:3
**type** [9] - 24:15, 52:14, 143:17, 183:4, 192:13, 192:24, 239:19, 261:19, 270:13
**types** [1] - 20:20
**typical** [1] - 85:11
**typically** [1] - 53:4
**typing** [1] - 66:4
**typo** [4] - 186:21, 191:6, 191:9, 192:23
**typos** [1] - 186:22
**tyranny** [1] - 240:16

## U

**U.S** [4] - 12:21, 166:23, 174:1, 200:6
**ultimate** [1] - 166:25
**ultimately** [1] - 233:5
**umpteenth** [1] - 66:19
**unarmed** [4] - 105:7, 233:24, 240:2, 244:3
**unaware** [1] - 171:19
**uncalled** [1] - 244:1
**unclear** [1] - 145:3
**uncommon** [1] - 260:23
**unconventional** [1] - 6:8
**uncovered** [1] - 152:1
**under** [22] - 12:10, 12:23, 22:22, 56:19, 80:4, 83:13, 102:17, 151:3, 151:17, 174:4, 211:13, 216:5, 233:1, 259:6, 259:7, 261:24, 262:4, 262:11, 263:1, 263:4, 263:14, 263:20
**undercover** [1] - 107:2
**underline** [1] - 22:6
**underlined** [1] - 22:8
**underneath** [10] - 18:4, 46:11, 132:17, 135:11, 186:8, 201:19, 223:9, 228:2, 228:12, 237:12
**understood** [15] -

50:3, 74:24, 80:21, 81:2, 113:12, 119:23, 131:12, 185:7, 187:15, 240:2, 240:14, 261:12, 263:21, 265:9
**undesignated** [1] - 174:7
**unequivocally** [1] - 102:2
**unfolding** [2] - 195:18, 195:19
**unfortunately** [1] - 36:19
**unidentified** [1] - 101:21
**unified** [4] - 13:5, 187:3, 187:5, 211:16
**uniformly** [1] - 221:11
**unify** [1] - 220:23
**Union** [1] - 211:15
**unique** [2] - 179:1, 179:11
**unit** [2] - 127:12, 194:12
**united** [5] - 13:8, 187:17, 188:2, 188:3, 188:4
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [17] - 1:13, 1:14, 12:6, 12:7, 56:5, 161:19, 174:2, 179:7, 179:8, 181:17, 186:7, 189:14, 189:21, 217:2, 230:23, 259:22, 262:2
**unity** [2] - 211:15, 212:13
**unjust** [1] - 216:17
**unknown** [2] - 106:13, 106:14
**unlawful** [4] - 220:14, 259:21, 263:3, 263:11
**unlawfully** [2] - 259:5, 261:1
**unless** [11] - 102:13, 120:21, 161:22, 255:4, 257:17, 258:3, 258:21, 259:17, 260:6, 273:9, 273:15
**unlike** [1] - 151:14
**unnecessary** [1] - 126:13
**unprofessional** [3] - 50:2, 159:16, 159:21

**unquote** [3] - 196:7, 208:22, 240:17
**unrelated** [1] - 257:25
**unrest** [1] - 16:2
**unseen** [1] - 175:14
**unusual** [1] - 86:8
**up** [209] - 3:15, 3:19, 7:7, 11:10, 12:3, 13:1, 20:7, 22:21, 25:16, 27:15, 27:22, 27:23, 29:1, 32:1, 32:5, 32:22, 33:1, 33:14, 36:1, 36:5, 37:15, 38:10, 39:3, 39:13, 46:9, 46:10, 48:14, 50:23, 52:25, 53:3, 54:19, 61:13, 61:21, 62:17, 62:19, 64:10, 66:5, 67:9, 70:12, 70:13, 72:13, 75:14, 76:11, 76:13, 76:23, 76:25, 77:8, 78:10, 78:11, 79:18, 81:11, 89:19, 90:10, 91:21, 91:24, 93:23, 96:13, 96:15, 98:1, 103:21, 104:6, 113:16, 113:21, 114:5, 114:13, 119:11, 122:12, 125:19, 126:17, 127:12, 128:1, 132:20, 133:22, 135:13, 135:16, 136:6, 136:7, 136:15, 138:13, 138:14, 138:22, 138:24, 139:4, 139:14, 139:18, 140:18, 141:23, 142:9, 142:15, 143:7, 147:4, 147:22, 148:15, 148:23, 149:24, 150:5, 150:6, 150:8, 150:11, 150:15, 154:3, 154:23, 156:10, 156:12, 156:20, 157:3, 165:20, 165:25, 168:14, 170:3, 174:8, 176:11, 176:23, 180:1, 180:3, 180:7, 180:16, 186:14, 186:20, 186:24, 187:21, 188:9, 188:21, 189:19, 189:20, 190:20, 192:2, 194:2,

195:24, 196:6, 197:6, 197:24, 198:12, 199:9, 199:10, 199:16, 200:6, 200:19, 202:2, 202:16, 203:9, 206:6, 207:24, 208:17, 209:6, 213:2, 213:3, 213:4, 214:17, 214:23, 215:4, 215:8, 220:7, 220:8, 220:24, 223:12, 225:7, 226:7, 227:10, 227:25, 228:10, 231:16, 235:7, 236:8, 236:15, 236:25, 237:10, 238:18, 238:25, 239:9, 240:4, 240:25, 241:4, 241:6, 242:1, 242:6, 242:7, 242:21, 242:22, 243:1, 247:16, 247:25, 249:14, 250:6, 250:19, 250:25, 251:6, 251:8, 251:9, 251:10, 251:11, 251:23, 254:2, 254:11, 254:21, 262:16, 269:8
**upcoming** [2] - 92:8, 93:24
**update** [2] - 3:21, 96:3
**uphold** [1] - 217:1
**uploaded** [1] - 74:8
**Upper** [5] - 46:13, 166:22, 235:4, 235:17, 236:9
**upper** [8] - 36:10, 39:3, 39:18, 62:12, 128:17, 199:7, 246:21, 249:14
**uprighted** [1] - 237:9
**uprighting** [1] - 250:19
**upset** [2] - 271:6, 271:11
**urgency** [3] - 187:20, 188:3, 188:10
**URL** [1] - 17:14
**USAfx** [2] - 158:7, 158:12
**useful** [1] - 24:23
**user** [4] - 14:13, 29:12, 55:17, 55:19
**UTC** [1] - 191:3
**utilize** [3] - 213:22,

214:3, 218:4
**utilizing** [1] - 216:21

## V

**value** [3] - 185:14,
194:16, 228:25
**values** [1] - 185:14
**vantage** [1] - 235:22
**various** [5] - 18:21,
156:23, 179:19,
194:18, 217:8
**vary** [1] - 97:20
**vast** [2] - 37:9, 94:8
**vehicle** [3] - 190:5,
201:20, 201:21
**vehicles** [3] - 93:20,
180:17, 193:24
**vein** [1] - 258:2
**Veizaj** [2] - 51:3, 51:4
**Veizaj's** [2] - 36:12,
36:13
**vendetta** [1] - 252:11
**vendor** [1] - 203:18
**verbal** [2] - 226:24,
249:24
**verbally** [3] - 187:24,
229:19, 252:12
**verbatim** [1] - 237:21
**verdict** [1] - 123:14
**verifiable** [1] - 221:17
**verify** [1] - 74:15
**versed** [2] - 190:6,
265:22
**version** [3] - 133:1,
133:8, 170:15
**versus** [8] - 20:1, 20:8,
95:12, 98:5, 98:11,
120:8, 152:10,
271:24
**vet** [1] - 192:4
**veteran** [2] - 177:13,
177:16
**Veterans** [3] - 28:10,
177:10, 177:12
**veterans** [1] - 230:22
**vice** [1] - 15:4
**vicinity** [2] - 64:7,
235:5
**victim** [1] - 117:11
**victims** [1] - 117:4
**video** [151] - 32:15,
32:25, 36:4, 36:6,
36:11, 36:19, 36:23,
37:1, 38:10, 38:13,
43:11, 43:16, 43:18,
43:25, 44:21, 47:8,
51:9, 57:21, 58:15,
61:11, 62:3, 62:7,
63:13, 63:19, 63:20,

63:22, 63:24, 65:3,
72:14, 72:15, 75:8,
76:24, 77:23, 81:17,
82:8, 99:20, 103:1,
103:8, 103:12,
103:15, 103:18,
103:20, 104:7,
104:17, 105:7,
105:16, 105:24,
106:11, 109:25,
110:2, 110:6,
110:11, 125:14,
125:16, 126:1,
126:22, 126:24,
127:1, 128:22,
130:23, 131:1,
131:4, 133:8, 134:1,
136:8, 136:14,
136:16, 137:14,
137:15, 137:23,
138:2, 139:3, 141:4,
141:6, 141:7, 141:9,
142:6, 144:20,
145:7, 145:20,
147:9, 147:14,
148:2, 148:17,
148:21, 149:15,
150:13, 152:10,
153:17, 153:19,
153:23, 154:20,
156:8, 156:9,
156:18, 157:25,
158:1, 158:4,
158:16, 161:20,
162:11, 163:7,
164:4, 168:3,
168:13, 168:14,
196:21, 209:21,
210:6, 212:1, 213:3,
213:16, 214:18,
215:8, 215:20,
218:16, 219:8,
220:6, 221:19,
222:1, 222:22,
223:12, 230:1,
231:20, 232:4,
233:11, 235:2,
236:7, 236:13,
236:21, 239:1,
239:6, 239:15,
241:2, 243:19,
245:22, 245:24,
246:2, 246:8,
246:10, 246:18,
249:14, 251:3,
251:18, 252:2,
253:3, 253:6,
267:14, 268:12
**Video** [84] - 33:19,
34:10, 36:7, 38:17,
39:4, 41:3, 43:19,

44:1, 44:10, 44:18,
48:10, 50:8, 50:12,
50:18, 51:13, 52:7,
52:22, 81:14, 127:7,
127:21, 128:14,
129:1, 129:10,
130:3, 134:2,
134:11, 135:1,
136:3, 138:17,
139:6, 140:7,
140:13, 141:2,
141:24, 142:13,
142:17, 143:20,
143:25, 144:17,
146:1, 147:24,
148:8, 149:1,
149:17, 153:14,
154:7, 154:17,
155:2, 155:22,
156:14, 196:19,
197:12, 197:17,
199:23, 209:4,
209:18, 212:6,
217:5, 226:10,
227:11, 228:18,
230:17, 231:4,
232:18, 232:21,
236:5, 236:18,
237:1, 237:4,
239:13, 241:10,
241:24, 242:9,
245:2, 246:16,
247:7, 247:10,
247:21, 248:8,
249:8, 251:13,
252:20, 253:1,
253:20
**videoed** [1] - 110:24
**videos** [86] - 9:10,
37:10, 37:12, 37:21,
54:23, 58:3, 59:9,
59:10, 63:18, 64:16,
64:19, 70:23, 71:11,
71:13, 71:22, 71:24,
72:24, 73:1, 73:3,
76:12, 77:10, 78:9,
78:14, 84:7, 84:20,
85:25, 101:13,
103:5, 106:12,
124:24, 125:5,
129:4, 131:2, 135:7,
137:18, 143:17,
145:3, 145:5,
145:23, 151:10,
151:11, 151:14,
151:21, 151:22,
151:23, 152:5,
152:25, 153:20,
157:9, 159:2,
161:23, 162:5,
162:23, 163:2,

163:5, 163:9,
163:21, 164:6,
164:7, 164:9,
164:10, 164:14,
164:17, 168:2,
168:4, 168:22,
168:25, 169:17,
173:10, 204:4,
216:8, 217:9,
217:13, 221:4,
222:15, 223:9,
224:5, 224:7,
228:20, 229:16,
230:3, 241:15,
242:16, 246:25,
267:18
**videotape** [1] - 236:11
**videotaping** [2] -
215:7
**view** [5] - 206:3,
210:3, 235:23,
236:13, 253:25
**viewed** [3] - 55:22,
216:25, 265:22
**views** [1] - 229:11
**violate** [2] - 272:24,
272:25
**violates** [1] - 270:5
**violation** [9] - 10:5,
10:6, 72:17, 216:25,
220:11, 256:12,
262:19, 268:6
**violence** [22] - 51:19,
55:8, 55:14, 55:21,
56:2, 58:1, 67:24,
83:24, 84:5, 84:9,
84:14, 188:16,
188:18, 189:22,
190:12, 212:23,
226:21, 227:4,
227:8, 239:2,
239:19, 273:10
**violent** [5] - 57:6,
216:20, 222:19,
249:17, 252:13
**violently** [1] - 248:16
**VIP** [3] - 204:6,
204:24, 208:23
**Virginia** [9] - 54:4,
73:21, 74:1, 74:3,
173:18, 173:23,
174:24, 196:3, 196:8
**visibility** [1] - 117:10
**visible** [3] - 83:9,
92:12, 199:7
**visor** [2] - 35:25, 36:1
**Visqueen** [1] - 128:1
**visual** [1] - 143:23
**voice** [23] - 13:5,
57:19, 58:6, 106:15,

137:5, 137:17,
137:22, 181:8,
181:9, 182:17,
187:3, 187:6, 187:9,
187:11, 188:22,
197:14, 212:12,
212:15, 214:3,
214:9, 216:22,
245:10
**voices** [1] - 59:24
**voir** [2] - 41:16, 42:3
**VOLUME** [1] - 1:9
**volunteer** [1] - 192:9
**volunteered** [1] -
162:20
**volunteering** [2] -
162:14, 162:17
**vote** [6] - 15:4, 54:8,
178:6, 178:8,
178:12, 182:25
**voted** [1] - 178:10
**votes** [2] - 15:12,
181:25
**vs** [1] - 1:5

## W

**Wait** [1] - 57:13
**wait** [14] - 9:13, 49:5,
57:24, 73:23, 76:6,
77:2, 101:12,
103:22, 115:8,
199:8, 248:24, 269:4
**waited** [1] - 77:22
**waiting** [5] - 10:11,
66:9, 79:14
**walk** [17] - 175:23,
195:16, 200:25,
201:15, 203:2,
203:12, 204:1,
205:4, 210:5, 222:4,
226:12, 242:11,
247:12, 249:10,
251:25, 253:23,
262:18
**walked** [5] - 35:2,
201:24, 204:2,
228:1, 228:9
**walking** [12] - 79:17,
133:24, 176:21,
203:24, 207:1,
207:5, 211:21,
211:25, 212:4,
212:12, 213:2,
237:23
**walkway** [1] - 142:11
**wall** [5] - 48:8, 127:12,
228:8, 240:25, 241:7
**wandering** [1] - 235:6
**wants** [8] - 72:21,

79:7, 85:8, 131:15, 164:2, 164:3, 229:8, 240:11
**war** [3] - 84:8, 84:12, 234:21
**warehouse** [1] - 21:23
**warn** [1] - 159:14
**warned** [1] - 159:16
**warning** [4] - 131:13, 132:21, 171:2, 268:5
**warnings** [1] - 159:6
**warrant** [2] - 23:13, 23:19
**Washington** [15] - 1:5, 1:15, 1:22, 12:8, 13:5, 18:2, 18:6, 22:8, 89:8, 89:12, 180:18, 185:11, 187:2, 187:5, 210:3
**Washingtonians** [3] - 90:22, 91:16, 92:21
**watch** [5] - 131:23, 137:23, 145:23, 232:17, 240:9
**watched** [7] - 59:3, 137:14, 137:15, 152:5, 202:25, 206:11, 246:25
**watches** [1] - 244:7
**watching** [7] - 71:22, 82:1, 145:19, 161:25, 197:8, 234:19, 242:15
**water** [1] - 210:14
**waving** [4] - 180:19, 197:3, 258:6, 273:15
**ways** [7] - 14:2, 102:14, 140:17, 169:14, 193:9, 193:23, 213:14
**weak** [2] - 68:5, 188:5
**weapons** [2] - 201:11, 226:23
**wearing** [6] - 28:22, 33:24, 143:17, 145:16, 250:7, 266:17
**Webler** [2] - 200:5, 201:22
**website** [2] - 6:13, 6:15
**Wednesday** [5] - 17:25, 18:6, 90:23, 92:23, 92:24
**week** [1] - 273:6
**weekend** [5] - 80:19, 225:10, 255:5, 255:10, 274:6
**weird** [2] - 211:7, 214:25

**welcome** [3] - 10:20, 11:5, 196:10
**welcoming** [1] - 198:7
**well-being** [1] - 254:16
**Welles** [1] - 240:17
**West** [6] - 61:21, 166:23, 173:18, 173:22, 235:4, 235:17
**west** [3] - 128:8, 128:9, 264:13
**Western** [1] - 175:6
**WestPac** [1] - 175:5
**whatnot** [3] - 179:25, 206:1, 254:8
**whereabouts** [2] - 128:4
**whichever** [2] - 174:25, 257:16
**whiff** [1] - 207:9
**whispering** [1] - 71:5
**white** [8] - 140:10, 144:5, 153:5, 162:9, 185:16, 205:7, 211:14, 211:17
**White** [12] - 62:9, 180:11, 201:24, 204:8, 205:21, 208:12, 208:23, 209:24, 210:3, 222:6, 230:5
**whole** [7] - 58:16, 58:18, 58:19, 80:5, 84:19, 185:11, 202:11
**WICK** [1] - 1:21
**Wick** [2] - 275:3, 275:8
**wife** [9] - 204:12, 205:8, 205:10, 205:19, 206:19, 206:25, 207:10, 208:6, 211:21
**wife's** [2] - 179:5, 208:6
**wild** [2] - 51:20, 180:23
**wildly** [2] - 170:18, 170:19
**wildprotest** [2] - 13:9, 188:11
**window** [2] - 135:16, 230:7
**wiping** [1] - 156:22
**wised** [1] - 176:11
**withdraw** [1] - 117:22
**withdrawn** [2] - 33:11, 166:12
**withheld** [1] - 78:25
**withstand** [2] - 71:21,

82:6
**witness** [60] - 3:18, 4:12, 4:16, 5:16, 5:18, 6:8, 6:10, 9:1, 22:7, 26:12, 29:2, 33:6, 34:25, 35:1, 40:1, 41:16, 42:24, 43:4, 49:11, 68:11, 68:13, 70:15, 70:25, 73:7, 75:9, 76:17, 79:12, 81:6, 87:8, 88:23, 102:6, 102:15, 102:23, 109:2, 109:18, 109:19, 111:23, 112:7, 112:24, 117:4, 119:15, 120:12, 120:17, 120:20, 123:17, 126:8, 151:14, 158:8, 161:1, 161:2, 161:8, 161:9, 161:11, 167:12, 170:6, 171:17, 246:15, 252:19, 254:12
**Witness** [3] - 27:16, 30:7, 138:10
**WITNESS** [31] - 11:18, 19:3, 44:19, 49:17, 54:16, 59:17, 77:1, 87:10, 88:4, 90:8, 106:6, 107:7, 111:12, 113:12, 113:14, 124:3, 124:9, 147:2, 149:8, 153:1, 156:8, 163:13, 163:15, 163:22, 170:1, 170:9, 172:11, 232:19, 247:22, 249:1, 256:7
**witnesses** [20] - 3:6, 8:18, 10:3, 65:17, 65:25, 80:18, 107:18, 107:23, 109:15, 110:24, 118:21, 120:5, 141:1, 224:14, 224:16, 224:21, 224:23, 264:24, 270:4, 272:11
**witnessing** [1] - 178:15
**women** [2] - 216:19, 249:21
**wondering** [1] - 11:9
**Woodland** [1] - 1:18
**Woods** [4] - 114:18, 115:1, 115:5, 115:7

**word** [10] - 18:10, 55:16, 59:5, 59:8, 60:5, 60:6, 83:9, 110:19, 204:17, 204:20
**words** [9] - 53:23, 53:24, 57:13, 60:17, 83:20, 84:4, 85:21, 188:25, 222:21
**wore** [1] - 177:14
**worker** [5] - 55:2, 55:10, 55:11, 55:13, 55:15
**world** [2] - 214:16, 221:17
**World** [1] - 194:13
**worn** [17] - 73:18, 74:7, 74:17, 75:5, 106:16, 108:10, 118:12, 161:25, 265:19, 265:25, 266:4, 266:5, 266:6, 266:18, 266:22, 266:23
**worried** [6] - 7:18, 145:1, 192:1, 192:3, 204:18
**worry** [2] - 171:24, 225:9
**worse** [3] - 20:10, 95:20, 96:10
**wrap** [1] - 3:19
**wrapping** [1] - 28:4
**wrinkly** [1] - 27:14
**write** [1] - 117:25
**writing** [1] - 118:1
**written** [7] - 4:3, 50:15, 64:25, 90:2, 109:7, 182:20, 271:17
**wrongfully** [1] - 99:22
**wrote** [5] - 23:13, 87:3, 98:4, 186:17, 188:25

**X**

**X603** [1] - 141:16

**Y**

**yank** [3] - 250:16, 250:17, 252:10
**year** [6] - 19:10, 23:22, 69:16, 95:25, 96:2, 111:2
**years** [15] - 13:1, 89:12, 124:22, 125:3, 162:7, 166:24, 174:3,

177:22, 184:12, 186:23, 186:24, 206:23, 207:21, 250:9, 274:4
**yelled** [1] - 206:21
**yelling** [5] - 135:5, 147:20, 149:23, 237:19, 254:8
**yellow** [1] - 138:15
**yesterday** [11] - 15:14, 15:20, 32:10, 46:20, 73:3, 104:21, 162:25, 163:1, 163:4, 163:20, 168:23
**young** [3] - 176:4, 218:10, 218:11
**yourself** [9] - 118:4, 161:16, 161:18, 177:16, 179:4, 223:9, 236:7, 246:18, 253:3
**YouTube** [4] - 202:8, 229:8, 229:14, 230:14

**Z**

**zero** [1] - 60:8
**zip** [3] - 231:10, 231:14, 234:2
**zoom** [12] - 12:10, 12:22, 14:8, 14:22, 15:5, 17:12, 18:13, 20:12, 20:17, 21:5, 21:17
**zoomed** [1] - 22:9
**zoomed-in** [1] - 22:9
**zooming** [1] - 12:12