```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,      .
                                    .   Case Number 21-cr-552
 4            Plaintiff,            .
                                    .
 5        vs.                       .
                                    .   Washington, D.C.
 6   KENNETH JOSEPH OWEN THOMAS,    .   May 31, 2023
                                    .   9:50 a.m.
 7            Defendant.            .
     - - - - - - - - - - - - - - - -

 8

 9              TRANSCRIPT OF JURY TRIAL, VOLUME 9
             BEFORE THE HONORABLE DABNEY L. FRIEDRICH
10                UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the United States:      SAMANTHA MILLER, AUSA
                                 SEAN MCCAULEY, AUSA
14                               United States Attorney's Office
                                 601 D Street Northwest
15                               Washington, D.C. 20579

16   For the Defendant:         ROGER ROOTS, ESQ.
                                 John Pierce Law P.C.
17                               21550 Oxnard Street
                                 Third Floor, OMB #172
18                               Woodland Hills, California 91367

19

20

21   Official Court Reporter:   SARA A. WICK, RPR, CRR
                                 333 Constitution Avenue Northwest
22                               Room 4704-B
                                 Washington, D.C. 20001
23                               202-354-3284

24

     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.
```

```
1                        P R O C E E D I N G S
2          (Jury not present.)
3          (Defense counsel present via video conference.)
4          COURTROOM DEPUTY:  Your Honor, we are in Criminal
5  Action 21-552, United States of America versus Kenneth Thomas.
6          If I can have counsel approach the podium and state your
7  name for the record.
8          MS. MILLER:  Samantha Miller on behalf of the United
9  States.  I'm joined by Sean McCauley.
10         THE COURT:  All right.  Good morning to both of you.
11         MR. ROOTS:  And this is Roger Roots appearing by Zoom
12 on behalf of Mr. Thomas.
13         Mr. Pierce is in urgent care, and I just received a message
14 that he is in the waiting room area and is being -- awaiting
15 some treatment there.
16         THE COURT:  All right.  And we have Mr. Thomas here in
17 the courtroom.  Good morning, sir.
18         THE DEFENDANT:  Good morning, Your Honor.
19         THE COURT:  All right.  As you all know, we have yet
20 another note from the jury.  I'm concerned about interacting
21 with the jury without counsel present.  I don't know that we
22 have the authority to do this by Zoom statutorily.  It's not one
23 of the exempt, you know, proceedings in the rules.
24         So certainly, with respect to a verdict and probably
25 answering a note -- I think it's okay with Mr. Thomas's consent
```

1  right now for us to discuss the note.

2      Do you agree, Mr. Thomas, to have Mr. Roots appear by video

3  for just this purpose?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  All right.  So I'm willing to discuss the

6  note, but I don't know that -- I'm interested in both sides'

7  perspective on this to the extent you all have any guidance.

8      Ms. Miller?

9          MS. MILLER:  Honestly, I don't know the answer, Your

10  Honor.  I could check back with our team and our supervisory

11  team to see if they know.

12      I know that I did take a verdict by Zoom in another case I

13  was in, but I believe there was also at least one attorney

14  present on behalf of the government live.  So I'm not sure about

15  that.  I'd have to look into it.  I'm sorry.

16          THE COURT:  And was that during the CARES Act

17  authorization also?

18          MS. MILLER:  Right.  It was last fall.

19          THE COURT:  So I think that's very different than now.

20          MS. MILLER:  Right.

21          THE COURT:  Mr. Roots, do you have any thoughts?

22          MR. ROOTS:  Well, first, I apologize.  I flew back

23  home to Montana where I live with the understanding Mr. Pierce

24  would take everything over.

25      He's had these -- he's had a persistent cough, and it's

1    gotten worse and worse, and then it really got bad last night.

2    So I'm waiting to hear from Mr. Pierce.  He may be able to

3    appear personally in the next -- by the afternoon.  I don't

4    know.

5         But in any case, Mr. Hopkins suggested I might need to fly

6    back.  I don't know -- it would take me many hours.  I would

7    guess -- I'm pretty sure I could not get there by the end of

8    today.  It's possible I could be there tomorrow morning.

9              THE COURT:  All right.  Well, I don't know what to

10   say.  I think I've got to have an attorney here.

11             MS. MILLER:  I wonder if we could do some sort of

12   stand-in counsel, like if there was someone else they would be

13   willing to have stand in for them here around the D.C. area?

14             THE COURT:  I don't know.  I think it would need to be

15   someone on the docket.

16        Well, let's talk just about this note.  And I think where I

17   stand now is before I either answer the note or take any

18   verdict, I need counsel of record present.  If you all want to

19   tell me why I'm wrong quickly, I will reconsider, but based on

20   what I know, I don't think I have the authority to do that, even

21   by Zoom.

22        So in terms of the note, the jurors asked yesterday at

23   5:07, "In Count 12, for the definition of 'act of physical

24   violence,' does the phrase 'other infliction' stand alone or

25   have a modifier?  Does the phrase 'of death or bodily harm'

1    modify 'other infliction'?

2        Ms. Miller, do you all have a position on this?

3            MS. MILLER:  Forgive me if I missed an e-mail, but is

4    there any way we could get a copy of that?

5            THE COURT:  Oh, I thought you had one.

6            COURTROOM DEPUTY:  Did I not e-mail you a copy?  I'm

7    sorry.

8            MS. MILLER:  I don't believe so.  I could have missed

9    an e-mail.

10        We're talking about the 5104 charge; correct?

11            THE COURT:  Correct.  And the statute reads, "The term

12    'act of physical violence' means any act involving an assault or

13    other infliction or threat of infliction of death or bodily harm

14    on an individual."

15        So the question is whether the "other infliction" stands

16    alone or whether it's tied to -- I'm sorry, whether "death or

17    bodily harm" modifies "infliction."

18        Mr. Roots, do you have a position on this?

19            MR. ROOTS:  I would have to think about it for a

20    couple minutes.

21            THE COURT:  Okay.  I'm sorry.  I thought you all had

22    it.  Why don't you all -- I don't want to put you on the spot

23    now.  I want to give you adequate time to look at this.

24        But I did want you just to know that I'm concerned and

25    don't think we can proceed with the jury without counsel of

1    record present.  So if you all think I'm wrong, let me know why,

2    but that's my thinking.

3            MR. ROOTS:  Honestly, I will just say I don't know

4    enough -- again, the situation is very fluid with Mr. Pierce.  I

5    believe he may -- I don't know exactly, but it's possible he

6    will be able to get out of his -- get some treatment and get to

7    the Court physically, but I'd have to speak to him.

8        I don't know the rules on this.  I really don't.  I do know

9    that prior to COVID, of course, it was absolutely forbidden to

10    do this kind of thing by Zoom.

11            THE COURT:  Yeah, and that's where we are now.  I

12    think we're back in that world.

13        Ms. Miller?

14            MS. MILLER:  Sorry.  Are we back to the CARES Act or

15    on the jury note?

16            THE COURT:  Well, either one.

17            MS. MILLER:  We're still trying to get an answer from

18    anyone who might know better than us on the CARES Act question.

19        I do think that we have -- we are willing and able to talk

20    about the jury question if we wish.

21            THE COURT:  Okay.

22            MS. MILLER:  I think our interpretation would be that

23    it's either an assault, as if there's a comma after it, or other

24    infliction or threat of an infliction of death, and then that

25    infliction or threat of infliction also modifies bodily harm.

1    So if we were parsing it with like (i) subparts, it would

2    be (a)(i), an assault; (a)(ii), or other infliction or threat of

3    infliction of death; (a)(iii) or other infliction or threat of

4    infliction of bodily harm.

5         THE COURT:  Is another way of saying that it would be

6    (i) assault or (ii) other infliction or threat of infliction of

7    death or bodily harm?  Right?

8    So the answer to the question, you think, is yes, the

9    phrase "of death or bodily harm" modifies "other infliction,"

10   not just the "threat of infliction"?

11        MS. MILLER:  Right.  It could modify either,

12   infliction or threat.

13        THE COURT:  But the question is, the precise question

14   is, does the phrase "of death or bodily harm" modify "other

15   infliction"?

16   I think the answer is yes, it modifies both "threat" and

17   "other infliction."

18   You agree?

19        MS. MILLER:  Yes, Your Honor.

20        THE COURT:  All right.  Mr. Roots, I know you need

21   time to think about this.

22        MR. ROOTS:  I actually would tend to agree.  I would

23   tend to agree, because --

24        THE COURT:  I don't know what other kind of infliction

25   there could be other than one that involves, for purposes of the

statute, bodily harm or death.  It wouldn't be like a cold or something.

MR. ROOTS:  I would tend to agree with that.

THE COURT:  Okay.  Well, given where we are now, I'm going to tell the jury -- Mr. Hopkins will tell the jury we don't have counsel present now, we can't answer the question, and as soon as we can, we will let them know, and they should continue deliberating.

MR. ROOTS:  Ms. Lambert just texted me some plane flight information.  There's a chance I could be there by tomorrow morning, but I will offer, we will just touch base with Mr. Pierce.  Hopefully, he will be in some state of recovery and he will be able to appear.

THE COURT:  All right.  Well, if there's any question about his health moving forward, I need you to fly back, even if he's able to come this afternoon.  If he's vulnerable and maybe going to have the same issue tomorrow, I think we need a backup.  I don't want every day to be -- if there is a need to be here tomorrow, to have the same issue.  The jury's been very patient in waiting for us.

So the courtroom deputy was telling me that one judge had answered a jury note by -- in writing.  I guess I would prefer to wait to see what Mr. Pierce's situation is before I take that step.

MS. MILLER:  Which we completely understand, Your

1   Honor.

2       I just wanted to let you know, we did hear back from one of

3   the supervisors who has been practicing in D.C. federal court a

4   lot longer than I have, and he said that he agrees that for a

5   verdict we would definitely want to have counsel present, but

6   that informally before COVID, they had done responses to jury

7   questions by Zoom where it was convenient for the parties, as

8   long as it was a knowing and voluntary and intelligent waiver by

9   the defendant at least to do responses to jury questions.

10      But I understand either way, Your Honor.  And if we get

11  anything more formal --

12          THE COURT:  What was the basis of authority for doing

13  that?

14          MS. MILLER:  I am waiting to hear the answer to that.

15  I don't know yet.  Sorry.

16          THE COURT:  All right.  Well, if you could find that

17  out.

18      So where things stand now is we're going to wait to see if

19  Mr. Pierce can get here.  Mr. Hopkins is going to tell the jury

20  we don't have counsel present at the moment and they should

21  continue deliberating.

22      And if either side has any authority to share with me on

23  why I can interact with them -- I do think an interesting option

24  is the Court responding in writing.  And if I were to do that, I

25  would simply say yes.  That's all I would say and sign it.

1    Because the question is, "In Count 12, for the definition

2    of 'act of physical violence,' does the phrase 'other

3    infliction' stand alone or have a modifier" -- I guess there's

4    two questions there.  "Does the phrase 'death or bodily harm'

5    modify 'other infliction'?"

6    I think it's really one question.  I think if I answer

7    question 2, I've answered the question for them.  I think it's

8    technically "the phrase 'other inflictions' does have a

9    modifier."  That's the answer to question 1.

10    And "does the phrase 'death or bodily harm' modify 'other

11    infliction,'" the answer is yes.

12    That's what I think I could say in writing.  So I will

13    consider that.  But let's find out first what Mr. Pierce's

14    status is.

15           MR. MCCAULEY:  Your Honor, I apologize.  I stepped

16    out.

17           MS. MILLER:  I told her what Andrew's e-mail said, and

18    she's asking what the authority is, which is a fair question.

19           THE COURT:  If you know of any authority.  I just

20    don't want to create an issue here that we don't have to if

21    Mr. Pierce can come.  And probably before I would do that, I

22    would be inclined to answer in writing.

23    Mr. Roots, do you have a position on the choice there

24    between interacting with them without counsel present in the

25    courtroom versus me writing?

```
 1              MR. ROOTS:  I think a writing would be sufficient.  I
 2    would say we would support the idea of just a written response.
 3              THE COURT:  Okay.  I will consider that.  Meanwhile,
 4    you all let me know if there's any authority, and you,
 5    Mr. Roots, keep us posted on Mr. Pierce.
 6          And again, if there's any question about tomorrow, I know
 7    it's inconvenient, but you're going to have to fly back.
 8    Someone's got to be here tomorrow if there's any question
 9    whether he can.
10          All right?
11              MR. ROOTS:  Understood.  I'm looking at flights right
12    now.
13              THE COURT:  So is my 10:00 in the courtroom or no?
14              COURTROOM DEPUTY:  It's by video, Your Honor.
15              THE COURT:  Okay.  Can I just stay out here and do it?
16              COURTROOM DEPUTY:  Yes, but it's a sealed hearing.
17              THE COURT:  Okay.  So please keep us apprised, both
18    sides.  Alert Mr. Hopkins if you have any authority or
19    information on Mr. Pierce.
20              MS. MILLER:  Yes, Your Honor.
21              THE COURT:  And you all have no objection to him just
22    saying continue on until we have counsel?
23              MS. MILLER:  I'm sorry?  To who saying?
24              THE COURT:  To Mr. Hopkins telling the jury we can't
25    answer the note now.
```

```
1          MS. MILLER:  No objection from the government.

2          THE COURT:  Mr. Roots?

3          MR. ROOTS:  No objection at all.

4          THE COURT:  Okay.

5          MR. ROOTS:  We just -- I just got a text indicating

6    potential bacterial bronchitis with sinusitis for John Pierce.

7       So we'll update the Court as soon as we get more

8    information.

9          THE COURT:  All right.  Okay.  Thank you.

10       (Recess taken from 10:07 a.m. to 10:26 a.m.)

11       (Jury not present.)

12       (Defense counsel present via video conference.)

13          COURTROOM DEPUTY:  We are recalling Criminal Action

14    21-552, the United States of America versus Kenneth Thomas.

15       Your Honor, all the parties who were previously before the

16    Court are currently before the Court.

17          THE COURT:  All right.  I brought you all back because

18    I wanted to make sure Mr. Roots had adequate time to look at the

19    note from the jury.  I'm inclined to answer it in writing rather

20    than wait to see if Mr. Pierce can come back quickly.

21       So, Mr. Roots, anything else you want to add?  I can read

22    to you what my written response will say.

23          MR. ROOTS:  Go ahead and read that.  I think we were

24    in general agreement with what was said by --

25          THE COURT:  So you will recall the question was, "In
```

1    Count 12, for the definition of 'act of physical violence,' does

2    the phrase 'other infliction' stand alone or have a modifier?"

3    And then, "Does the phrase 'of death or bodily harm' modify

4    'other infliction'?"

5        The response to the note would say, "Yes, the phrase 'other

6    infliction' has a modifier.  The phrase 'of death or bodily

7    harm' modifies 'other infliction.'"

8            MR. ROOTS:  Okay.  I would say for the defense that we

9    would approve that.

10           THE COURT:  Okay.  Does the government approve that?

11           MS. MILLER:  Yes, Your Honor.

12           THE COURT:  All right, then.  So I will sign this

13    response and have the courtroom deputy give it to the jury.

14        And keep us apprised, Mr. Roots or Ms. Lambert, on

15    Mr. Pierce.  And again, if he's not able to guarantee his

16    appearance tomorrow, I need you here, Mr. Roots.

17           MR. ROOTS:  Yes, understood.  We are working on it.

18           THE COURT:  Okay.  All right, then.  And Mr. Hopkins

19    will be in touch with you.

20        (Recess taken from 10:33 a.m. to 2:38 p.m.)

21        (Jury not present.)

22        (Government counsel and defense counsel present via video

23    conference or telephone.)

24           COURTROOM DEPUTY:  Your Honor, we are in Criminal

25    Action 21-552, United States of America versus Kenneth Thomas.

1     If I can have -- actually, all the parties who were

2    previously before the Court, Your Honor, are currently before

3    the Court.

4              THE COURT:  Okay.  Do we have Mr. Roots?

5              COURTROOM DEPUTY:  Mr. Roots is here by way of phone.

6              MR. ROOTS:  Yes, I'm on the phone.

7              THE COURT:  Okay.  I take it all of you received a

8    copy of the jury note?

9              MR. ROOTS:  I understand we have, yes.

10             THE COURT:  Okay.  So for the record, at 14:16, the

11    jury wrote, "Is it possible to dismiss the jury early due to two

12    jurors feeling not well due to the food (tuna sandwich)?"  Which

13    is unfortunate.

14       I'm inclined to release them.  What's the parties' position

15    on this.  Mr. Roots?

16             MR. ROOTS:  We have no objection at all.

17             THE COURT:  And I would bring them back tomorrow at

18    9:30.

19       Ms. Miller?

20             MS. MILLER:  That sounds reasonable, Your Honor.  No

21    objection.

22             THE COURT:  All right.  So I will bring them in and

23    excuse them until 9:30 tomorrow morning.

24       And Mr. Roots, what the status of Mr. Pierce?

25             MR. ROOTS:  Mr. Pierce is hour by hour.  He may be

1  there tomorrow.  But in any case, I'm flying back right now,

2  actually.

3             THE COURT:  Oh, you are?

4             MR. ROOTS:  I will be there tomorrow, yes.

5             THE COURT:  Okay.  All right.  Terrific.  Sorry for

6  the inconvenience.  I hope he feels better.

7             MR. ROOTS:  Yeah, he may be able to make it.  We'll

8  see.

9             THE COURT:  All right.  Okay.

10      All right, then.  Mr. Hopkins, do you want to bring them

11  in?

12             COURTROOM DEPUTY:  Absolutely, Your Honor.

13      (Jury entered courtroom.)

14             THE COURT:  Good afternoon, ladies and gentlemen.

15      We have Mr. Roots on the telephone, and we have government

16  counsel here on Zoom, and of course, Mr. Thomas and Ms. Lambert

17  in the courtroom.

18      We've reviewed the note asking if it's possible to dismiss

19  the jury early due to two jurors not feeling well due to the

20  food, tuna sandwich.  I'm very, very sorry to hear that.

21      Of course, it is, and I hope that whoever is not feeling

22  well gets some rest and feels better tomorrow.  So I will excuse

23  you all until 9:30 tomorrow.

24      I remind you not to discuss the case or do any research and

25  look forward to seeing you back tomorrow morning.  I will just

1    have you go straight to the jury room and start your

2    deliberations at 9:30.

3        All right?

4            JUROR:  We had a second question that I thought we

5    submitted.

6            THE COURT:  You mean a substantive question beyond

7    this?  I haven't seen anything other than --

8            JUROR:  We didn't write it up.

9            THE COURT:  All right.  If you all do have a question,

10   I'm not trying to hold you all here, but if you do and you want

11   to provide it to us as you did at the end of the day yesterday,

12   then we can take a look at this and maybe be ready to answer it

13   right when you arrive tomorrow morning.  Just let us know.

14       All right?  Thank you, ladies and gentlemen.

15       (Jury exited courtroom.)

16           THE COURT:  All right.  So Mr. Hopkins will let us

17   know if we get another jury note and can send it to counsel.  I

18   just ask that you all be available -- I don't know what the

19   schedule is tomorrow.

20           COURTROOM DEPUTY:  We have a 9:00 plea hearing.

21           THE COURT:  9:00 plea.  Well, if possible, I would

22   like to, if we get a note, discuss that with you either today or

23   before my 9:00, so maybe I could give a written answer and they

24   could start deliberating.  I'm hopeful that they can resolve

25   things tomorrow.  This is going to be day 4.

1      So are you all available later this afternoon or 8:45

2   tomorrow morning to discuss whatever the note is?  Mr. Roots?

3           MR. ROOTS:  That's a good question.  I'm actually on

4   my way to the airport right now.  I could be.  It depends on the

5   situation.

6           THE COURT:  Okay.  All right.  Well, we will be in

7   touch.

8      How about you -- how about government counsel?

9           MS. MILLER:  Yes, one of the two of us will be

10  available at least, Your Honor.

11          THE COURT:  All right.  I will have Mr. Hopkins e-mail

12  you, and Mr. Thomas, same for you and Ms. Lambert.

13          THE DEFENDANT:  Yes, Your Honor.  Thank you.

14          THE COURT:  Do you have Ms. Lambert, too, on the

15  e-mail?

16          COURTROOM DEPUTY:  I do.

17          THE COURT:  Okay.  Thank you, all.

18      (Proceedings adjourned at 2:44 p.m.)

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL COURT REPORTER


        I, Sara A. Wick, certify that the foregoing is a

correct transcript from the record of proceedings in the

above-entitled matter.



/s/ Sara A. Wick                    August 11, 2023

SIGNATURE OF COURT REPORTER         DATE

# #

**#172** [1] - 1:17

**'**

**'act** [4] - 4:23, 5:12, 10:2, 13:1
**'death** [2] - 10:4, 10:10
**'of** [3] - 4:25, 13:3, 13:6
**'other** [10] - 4:24, 5:1, 10:2, 10:5, 10:8, 10:10, 13:2, 13:4, 13:5, 13:7

**/**

**/s** [1] - 18:8

# 1

**1** [1] - 10:9
**10:00** [1] - 11:13
**10:07** [1] - 12:10
**10:26** [1] - 12:10
**10:33** [1] - 13:20
**11** [1] - 18:8
**12** [3] - 4:23, 10:1, 13:1
**14:16** [1] - 14:10

# 2

**2** [1] - 10:7
**20001** [1] - 1:22
**202-354-3284** [1] - 1:23
**2023** [2] - 1:6, 18:8
**20579** [1] - 1:15
**21-552** [3] - 2:5, 12:14, 13:25
**21-cr-552** [1] - 1:3
**21550** [1] - 1:17
**2:38** [1] - 13:20
**2:44** [1] - 17:18

# 3

**31** [1] - 1:6
**333** [1] - 1:21

# 4

**4** [1] - 16:25
**4704-B** [1] - 1:22

# 5

**5104** [1] - 5:10

**5:07** [1] - 4:23

# 6

**601** [1] - 1:14

# 8

**8:45** [1] - 17:1

# 9

**9** [1] - 1:9
**91367** [1] - 1:18
**9:00** [3] - 16:20, 16:21, 16:23
**9:30** [4] - 14:18, 14:23, 15:23, 16:2
**9:50** [1] - 1:6

# A

**a)(i** [1] - 7:2
**a)(ii** [1] - 7:2
**a)(iii** [1] - 7:3
**a.m** [4] - 1:6, 12:10, 13:20
**able** [7] - 4:2, 6:6, 6:19, 8:13, 8:16, 13:15, 15:7
**above-entitled** [1] - 18:5
**absolutely** [2] - 6:9, 15:12
**Act** [3] - 3:16, 6:14, 6:18
**act** [1] - 5:12
**Action** [3] - 2:5, 12:13, 13:25
**add** [1] - 12:21
**adequate** [2] - 5:23, 12:18
**adjourned** [1] - 17:18
**afternoon** [4] - 4:3, 8:16, 15:14, 17:1
**agree** [5] - 3:2, 7:18, 7:22, 7:23, 8:3
**agreement** [1] - 12:24
**agrees** [1] - 9:4
**ahead** [1] - 12:23
**aided** [1] - 1:25
**airport** [1] - 17:4
**alert** [1] - 11:18
**alone** [4] - 4:24, 5:16, 10:3, 13:2
**AMERICA** [1] - 1:3
**America** [3] - 2:5, 12:14, 13:25
**Andrew's** [1] - 10:17
**answer** [15] - 3:9,

4:17, 6:17, 7:8, 7:16, 8:6, 9:14, 10:6, 10:9, 10:11, 10:22, 11:25, 12:19, 16:12, 16:23
**answered** [2] - 8:22, 10:7
**answering** [1] - 2:25
**apologize** [2] - 3:22, 10:15
**appear** [3] - 3:2, 4:3, 8:13
**appearance** [1] - 13:16
**APPEARANCES** [1] - 1:12
**appearing** [1] - 2:11
**apprised** [2] - 11:17, 13:14
**approach** [1] - 2:6
**approve** [2] - 13:9, 13:10
**area** [2] - 2:14, 4:13
**arrive** [1] - 16:13
**assault** [4] - 5:12, 6:23, 7:2, 7:6
**attorney** [2] - 3:13, 4:10
**Attorney's** [1] - 1:14
**August** [1] - 18:8
**AUSA** [2] - 1:13, 1:13
**authority** [8] - 2:22, 4:20, 9:12, 9:22, 10:18, 10:19, 11:4, 11:18
**authorization** [1] - 3:17
**available** [3] - 16:18, 17:1, 17:10
**Avenue** [1] - 1:21
**awaiting** [1] - 2:14

# B

**backup** [1] - 8:17
**bacterial** [1] - 12:6
**bad** [1] - 4:1
**base** [1] - 8:11
**based** [1] - 4:19
**basis** [1] - 9:12
**BEFORE** [2] - 1:1, 1:9
**behalf** [3] - 2:8, 2:12, 3:14
**better** [3] - 6:18, 15:6, 15:22
**between** [1] - 10:24
**beyond** [1] - 16:6
**bodily** [13] - 4:25, 5:13, 5:17, 6:25, 7:4, 7:7, 7:9, 7:14, 8:1, 10:4, 10:10, 13:3,

13:6
**bring** [3] - 14:17, 14:22, 15:10
**bronchitis** [1] - 12:6
**brought** [1] - 12:17

# C

**California** [1] - 1:18
**care** [1] - 2:13
**CARES** [3] - 3:16, 6:14, 6:18
**Case** [1] - 1:3
**case** [4] - 3:12, 4:5, 15:1, 15:24
**certainly** [1] - 2:24
**CERTIFICATE** [1] - 18:1
**certify** [1] - 18:3
**chance** [1] - 8:10
**charge** [1] - 5:10
**check** [1] - 3:10
**choice** [1] - 10:23
**cold** [1] - 8:1
**COLUMBIA** [1] - 1:1
**comma** [1] - 6:23
**completely** [1] - 8:25
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concerned** [2] - 2:20, 5:24
**conference** [3] - 2:3, 12:12, 13:23
**consent** [1] - 2:25
**consider** [2] - 10:13, 11:3
**Constitution** [1] - 1:21
**continue** [3] - 8:8, 9:21, 11:22
**convenient** [1] - 9:7
**copy** [3] - 5:4, 5:6, 14:8
**correct** [3] - 5:10, 5:11, 18:4
**cough** [1] - 3:25
**counsel** [17] - 2:3, 2:6, 2:21, 4:12, 4:18, 5:25, 8:6, 9:5, 9:20, 10:24, 11:22, 12:12, 13:22, 15:16, 16:17, 17:8
**Count** [4] - 4:23, 10:1, 13:1
**couple** [1] - 5:20
**course** [3] - 6:9, 15:16, 15:21
**COURT** [58] - 1:1, 2:10, 2:16, 2:19, 3:5, 3:16, 3:19, 3:21, 4:9,

4:14, 5:5, 5:11, 5:21, 6:11, 6:16, 6:21, 7:5, 7:13, 7:20, 7:24, 8:4, 8:14, 9:12, 9:16, 10:19, 11:3, 11:13, 11:15, 11:17, 11:21, 11:24, 12:2, 12:4, 12:9, 12:17, 12:25, 13:10, 13:12, 13:18, 14:4, 14:7, 14:10, 14:17, 14:22, 15:3, 15:5, 15:9, 15:14, 16:6, 16:9, 16:16, 16:21, 17:6, 17:11, 17:14, 17:17, 18:1, 18:9
**court** [1] - 9:3
**Court** [8] - 1:21, 6:7, 9:24, 12:7, 12:16, 14:2, 14:3
**courtroom** [8] - 2:17, 8:21, 10:25, 11:13, 13:13, 15:13, 15:17, 16:15
**COURTROOM** [10] - 2:4, 5:6, 11:14, 11:16, 12:13, 13:24, 14:5, 15:12, 16:20, 17:16
**COVID** [2] - 6:9, 9:6
**create** [1] - 10:20
**Criminal** [3] - 2:4, 12:13, 13:24
**CRR** [1] - 1:21

# D

**D.C** [5] - 1:5, 1:15, 1:22, 4:13, 9:3
**DABNEY** [1] - 1:9
**DATE** [1] - 18:9
**death** [11] - 4:25, 5:13, 5:16, 6:24, 7:3, 7:7, 7:9, 7:14, 8:1, 13:3, 13:6
**DEFENDANT** [3] - 2:18, 3:4, 17:13
**Defendant** [2] - 1:7, 1:16
**defendant** [1] - 9:9
**defense** [2] - 13:8, 13:22
**Defense** [2] - 2:3, 12:12
**definitely** [1] - 9:5
**definition** [3] - 4:23, 10:1, 13:1
**deliberating** [3] - 8:8, 9:21, 16:24
**deliberations** [1] -

16:2
**deputy** [2] - 8:21, 13:13
**DEPUTY** [10] - 2:4, 5:6, 11:14, 11:16, 12:13, 13:24, 14:5, 15:12, 16:20, 17:16
**different** [1] - 3:19
**discuss** [5] - 3:1, 3:5, 15:24, 16:22, 17:2
**dismiss** [2] - 14:11, 15:18
**DISTRICT** [3] - 1:1, 1:1, 1:10
**docket** [1] - 4:15
**done** [1] - 9:6
**due** [4] - 14:11, 14:12, 15:19
**during** [1] - 3:16

### E

**e-mail** [6] - 5:3, 5:6, 5:9, 10:17, 17:11, 17:15
**early** [2] - 14:11, 15:19
**either** [7] - 4:17, 6:16, 6:23, 7:11, 9:10, 9:22, 16:22
**end** [2] - 4:7, 16:11
**entered** [1] - 15:13
**entitled** [1] - 18:5
**ESQ** [1] - 1:16
**exactly** [1] - 6:5
**excuse** [2] - 14:23, 15:22
**exempt** [1] - 2:23
**exited** [1] - 16:15
**extent** [1] - 3:7

### F

**fair** [1] - 10:18
**fall** [1] - 3:18
**federal** [1] - 9:3
**first** [2] - 3:22, 10:13
**flew** [1] - 3:22
**flight** [1] - 8:10
**flights** [1] - 11:11
**Floor** [1] - 1:17
**fluid** [1] - 6:4
**fly** [3] - 4:5, 8:15, 11:7
**flying** [1] - 15:1
**food** [2] - 14:12, 15:20
**FOR** [1] - 1:1
**forbidden** [1] - 6:9
**foregoing** [1] - 18:3
**forgive** [1] - 5:3
**formal** [1] - 9:11
**forward** [2] - 8:15,

15:25
**FRIEDRICH** [1] - 1:9

### G

**general** [1] - 12:24
**gentlemen** [2] - 15:14, 16:14
**given** [1] - 8:4
**government** [6] - 3:14, 12:1, 13:10, 13:22, 15:15, 17:8
**guarantee** [1] - 13:15
**guess** [3] - 4:7, 8:22, 10:3
**guidance** [1] - 3:7

### H

**harm** [8] - 5:13, 5:17, 6:25, 7:4, 7:7, 7:9, 7:14, 8:1
**harm'** [4] - 4:25, 10:4, 10:10, 13:3, 13:7
**health** [1] - 8:15
**hear** [4] - 4:2, 9:2, 9:14, 15:20
**hearing** [2] - 11:16, 16:20
**Hills** [1] - 1:18
**hold** [1] - 16:10
**home** [1] - 3:23
**honestly** [2] - 3:9, 6:3
**Honor** [18] - 2:4, 2:18, 3:4, 3:10, 7:19, 9:1, 9:10, 10:15, 11:14, 11:20, 12:15, 13:11, 13:24, 14:2, 14:20, 15:12, 17:10, 17:13
**HONORABLE** [1] - 1:9
**hope** [2] - 15:6, 15:21
**hopeful** [1] - 16:24
**hopefully** [1] - 8:12
**Hopkins** [9] - 4:5, 8:5, 9:19, 11:18, 11:24, 13:18, 15:10, 16:16, 17:11
**hour** [1] - 14:25
**hours** [1] - 4:6

### I

**idea** [1] - 11:2
**ii** [1] - 7:6
**inclined** [2] - 10:22, 12:19, 14:14
**inconvenience** [1] - 15:6
**inconvenient** [1] - 11:7

**indicating** [1] - 12:5
**individual** [1] - 5:14
**infliction** [22] - 5:13, 5:15, 5:17, 6:24, 6:25, 7:2, 7:3, 7:4, 7:6, 7:9, 7:10, 7:12, 7:15, 7:17, 7:24, 10:11, 13:7
**infliction'** [7] - 4:24, 5:1, 10:3, 10:5, 13:2, 13:4, 13:6
**inflictions'** [1] - 10:8
**informally** [1] - 9:6
**information** [3] - 8:10, 11:19, 12:8
**intelligent** [1] - 9:8
**interact** [1] - 9:23
**interacting** [2] - 2:20, 10:24
**interested** [1] - 3:6
**interesting** [1] - 9:23
**interpretation** [1] - 6:22
**involves** [1] - 7:25
**involving** [1] - 5:12
**issue** [3] - 8:17, 8:19, 10:20

### J

**John** [2] - 1:16, 12:6
**joined** [1] - 2:9
**JOSEPH** [1] - 1:6
**judge** [1] - 8:21
**JUDGE** [1] - 1:10
**JUROR** [2] - 16:4, 16:8
**jurors** [3] - 4:22, 14:12, 15:19
**jury** [23] - 2:2, 2:20, 2:21, 5:25, 6:15, 6:20, 8:5, 8:22, 9:6, 9:9, 9:19, 11:24, 12:11, 12:19, 13:13, 13:21, 14:8, 14:11, 15:19, 16:1, 16:17
**Jury** [2] - 15:13, 16:15
**JURY** [1] - 1:9
**jury's** [1] - 8:19

### K

**keep** [3] - 11:5, 11:17, 13:14
**Kenneth** [3] - 2:5, 12:14, 13:25
**KENNETH** [1] - 1:6
**kind** [2] - 6:10, 7:24
**knowing** [1] - 9:8

### L

**ladies** [2] - 15:14, 16:14
**Lambert** [5] - 8:9, 13:14, 15:16, 17:12, 17:14
**last** [2] - 3:18, 4:1
**Law** [1] - 1:16
**least** [3] - 3:13, 9:9, 17:10
**live** [2] - 3:14, 3:23
**look** [5] - 3:15, 5:23, 12:18, 15:25, 16:12
**looking** [1] - 11:11

### M

**mail** [6] - 5:3, 5:6, 5:9, 10:17, 17:11, 17:15
**matter** [1] - 18:5
**McCauley** [1] - 2:9
**MCCAULEY** [2] - 1:13, 10:15
**mean** [1] - 16:6
**means** [1] - 5:12
**meanwhile** [1] - 11:3
**message** [1] - 2:13
**might** [2] - 4:5, 6:18
**MILLER** [22] - 1:13, 2:8, 3:9, 3:18, 3:20, 4:11, 5:3, 5:8, 6:14, 6:17, 6:22, 7:11, 7:19, 8:25, 9:14, 10:17, 11:20, 11:23, 12:1, 13:11, 14:20, 17:9
**Miller** [5] - 2:8, 3:8, 5:2, 6:13, 14:19
**minutes** [1] - 5:20
**missed** [2] - 5:3, 5:8
**modifier** [4] - 4:25, 10:3, 10:9, 13:2, 13:6
**modifies** [5] - 5:17, 6:25, 7:9, 7:16, 13:7
**modify** [6] - 5:1, 7:11, 7:14, 10:5, 10:10, 13:3
**moment** [1] - 9:20
**Montana** [1] - 3:23
**morning** [9] - 2:10, 2:17, 2:18, 4:8, 8:11, 14:23, 15:25, 16:13, 17:2
**moving** [1] - 8:15
**MR** [22] - 2:11, 3:22, 5:19, 6:3, 7:22, 8:3, 8:9, 10:15, 11:1, 11:11, 12:3, 12:5,

12:23, 13:8, 13:17, 14:6, 14:9, 14:16, 14:25, 15:4, 15:7, 17:3
**MS** [21] - 2:8, 3:9, 3:18, 3:20, 4:11, 5:3, 5:8, 6:14, 6:17, 6:22, 7:11, 7:19, 8:25, 9:14, 10:17, 11:20, 11:23, 12:1, 13:11, 14:20, 17:9

### N

**name** [1] - 2:7
**need** [8] - 4:5, 4:14, 4:18, 7:20, 8:15, 8:17, 8:18, 13:16
**next** [1] - 4:3
**night** [1] - 4:1
**Northwest** [2] - 1:14, 1:21
**note** [7] - 2:20, 2:25, 3:1, 3:6, 4:16, 4:17, 4:22, 6:15, 8:22, 11:25, 12:19, 13:5, 14:8, 15:18, 16:17, 16:22, 17:2
**Number** [1] - 1:3

### O

**objection** [5] - 11:21, 12:1, 12:3, 14:16, 14:21
**OF** [5] - 1:1, 1:3, 1:9, 18:1, 18:9
**offer** [1] - 8:11
**Office** [1] - 1:14
**Official** [1] - 1:21
**OFFICIAL** [1] - 18:1
**OMB** [1] - 1:17
**one** [9] - 2:22, 3:13, 5:5, 6:16, 7:25, 8:21, 9:2, 10:6, 17:9
**option** [1] - 9:23
**OWEN** [1] - 1:6
**Oxnard** [1] - 1:17

### P

**P.C** [1] - 1:16
**p.m** [2] - 13:20, 17:18
**parsing** [1] - 7:1
**parties** [3] - 9:7, 12:15, 14:1
**parties'** [1] - 14:14
**patient** [1] - 8:19
**persistent** [1] - 3:25
**personally** [1] - 4:3

perspective [1] - 3:7
phone [2] - 14:5, 14:6
phrase [12] - 4:24, 4:25, 7:9, 7:14, 10:2, 10:4, 10:8, 10:10, 13:2, 13:3, 13:5, 13:6
physical [4] - 4:23, 5:12, 10:2, 13:1
physically [1] - 6:7
Pierce [2] - 1:16, 12:6
pierce [13] - 2:13, 3:23, 4:2, 6:4, 8:12, 9:19, 10:21, 11:5, 11:19, 12:20, 13:15, 14:24, 14:25
pierce's [2] - 8:23, 10:13
Plaintiff [1] - 1:4
plane [1] - 8:9
plea [2] - 16:20, 16:21
podium [1] - 2:6
position [4] - 5:2, 5:18, 10:23, 14:14
possible [5] - 4:8, 6:5, 14:11, 15:18, 16:21
posted [1] - 11:5
potential [1] - 12:6
practicing [1] - 9:3
precise [1] - 7:13
prefer [1] - 8:22
present [14] - 2:2, 2:3, 2:21, 3:14, 4:18, 6:1, 8:6, 9:5, 9:20, 10:24, 12:11, 12:12, 13:21, 13:22
pretty [1] - 4:7
previously [2] - 12:15, 14:2
proceed [1] - 5:25
Proceedings [2] - 1:24, 17:18
proceedings [2] - 2:23, 18:4
produced [1] - 1:25
provide [1] - 16:11
purpose [1] - 3:3
purposes [1] - 7:25
put [1] - 5:22

Q

questions [3] - 9:7, 9:9, 10:4
quickly [2] - 4:19, 12:20

R

rather [1] - 12:19

read [2] - 12:21, 12:23
reads [1] - 5:11
ready [1] - 16:12
really [3] - 4:1, 6:8, 10:6
reasonable [1] - 14:20
recalling [1] - 12:13
received [2] - 2:13, 14:7
Recess [2] - 12:10, 13:20
reconsider [1] - 4:19
record [5] - 2:7, 4:18, 6:1, 14:10, 18:4
recorded [1] - 1:24
recovery [1] - 8:12
release [1] - 14:14
remind [1] - 15:24
Reporter [1] - 1:21
REPORTER [2] - 18:1, 18:9
research [1] - 15:24
resolve [1] - 16:24
respect [1] - 2:24
responding [1] - 9:24
response [4] - 11:2, 12:22, 13:5, 13:13
responses [2] - 9:6, 9:9
rest [1] - 15:22
reviewed [1] - 15:18
ROGER [1] - 1:16
Roger [2] - 2:11
room [2] - 2:14, 16:1
Room [1] - 1:22
ROOTS [22] - 1:16, 2:11, 3:22, 5:19, 6:3, 7:22, 8:3, 8:9, 11:1, 11:11, 12:3, 12:5, 12:23, 13:8, 13:17, 14:6, 14:9, 14:16, 14:25, 15:4, 15:7, 17:3
Roots [1] - 2:11
roots [17] - 3:2, 3:21, 5:18, 7:20, 10:23, 11:5, 12:2, 12:18, 12:21, 13:14, 13:16, 14:4, 14:5, 14:15, 14:24, 15:15, 17:2
RPR [1] - 1:21
rules [2] - 2:23, 6:8

S

SAMANTHA [1] - 1:13
Samantha [1] - 2:8
sandwich [2] - 14:12, 15:20
Sara [2] - 18:3, 18:8

SARA [1] - 1:21
schedule [1] - 16:19
sealed [1] - 11:16
SEAN [1] - 2:9
Sean [1] - 2:9
second [1] - 16:4
see [5] - 3:11, 8:23, 9:18, 12:20, 15:8
seeing [1] - 15:25
send [1] - 16:17
share [1] - 9:22
shorthand [1] - 1:24
side [1] - 9:22
sides [1] - 11:18
sides' [1] - 3:6
sign [2] - 9:25, 13:12
SIGNATURE [1] - 18:9
simply [1] - 9:25
sinusitis [1] - 12:6
situation [3] - 6:4, 8:23, 17:5
someone [2] - 4:12, 4:15
soon [2] - 8:7, 12:7
sorry [9] - 3:15, 5:7, 5:16, 5:21, 6:14, 9:15, 11:23, 15:5, 15:20
sort [1] - 4:11
sounds [1] - 14:20
spot [1] - 5:22
stand [7] - 4:12, 4:13, 4:17, 4:24, 9:18, 10:3, 13:2
stand-in [1] - 4:12
stands [1] - 5:15
start [1] - 16:1, 16:24
state [2] - 2:6, 8:12
STATES [3] - 1:1, 1:3, 1:10
States [6] - 1:13, 1:14, 2:5, 2:9, 12:14, 13:25
status [2] - 10:14, 14:24
statute [1] - 5:11, 8:1
statutorily [1] - 2:22
stay [1] - 11:15
stenotype [1] - 1:24
step [1] - 8:24
stepped [1] - 10:15
still [1] - 6:17
straight [1] - 16:1
Street [2] - 1:14, 1:17
submitted [1] - 16:5
subparts [1] - 7:1
substantive [1] - 16:6
sufficient [1] - 11:1
suggested [1] - 4:5

supervisors [1] - 9:3
supervisory [1] - 3:10
support [1] - 11:2

T

team [2] - 3:10, 3:11
technically [1] - 10:8
telephone [2] - 13:23, 15:15
tend [3] - 7:22, 7:23, 8:3
term [1] - 5:11
terms [1] - 4:22
terrific [1] - 15:5
text [1] - 12:5
texted [1] - 8:9
THE [61] - 1:1, 1:1, 1:9, 2:10, 2:16, 2:18, 2:19, 3:4, 3:5, 3:16, 3:19, 3:21, 4:9, 4:14, 5:5, 5:11, 5:21, 6:11, 6:16, 6:21, 7:5, 7:13, 7:20, 7:24, 8:4, 8:14, 9:12, 9:16, 10:19, 11:3, 11:13, 11:15, 11:17, 11:21, 11:24, 12:2, 12:4, 12:9, 12:17, 12:25, 13:10, 13:12, 13:18, 14:4, 14:7, 14:10, 14:17, 14:22, 15:3, 15:5, 15:9, 15:14, 16:6, 16:9, 16:16, 16:21, 17:6, 17:11, 17:13, 17:14, 17:17
thinking [1] - 6:2
Third [1] - 1:17
Thomas [8] - 2:5, 2:12, 2:16, 3:2, 12:14, 13:25, 15:16, 17:12
THOMAS [1] - 1:6
Thomas's [1] - 2:25
thoughts [1] - 3:21
threat [9] - 5:13, 6:24, 6:25, 7:2, 7:3, 7:6, 7:10, 7:12, 7:16
tied [1] - 5:16
today [2] - 4:8, 16:22
tomorrow [18] - 4:8, 8:11, 8:17, 8:19, 11:6, 11:8, 13:16, 14:17, 14:23, 15:1, 15:4, 15:22, 15:23, 15:25, 16:13, 16:19, 16:25, 17:2
touch [3] - 8:11, 13:19, 17:7
Transcript [1] - 1:25

transcript [1] - 18:4
TRANSCRIPT [1] - 1:9
transcription [1] - 1:25
treatment [2] - 2:15, 6:6
TRIAL [1] - 1:9
trying [2] - 6:17, 16:10
tuna [2] - 14:12, 15:20
two [4] - 10:4, 14:11, 15:19, 17:9

U

understood [2] - 11:11, 13:17
unfortunate [1] - 14:13
UNITED [3] - 1:1, 1:3, 1:10
United [6] - 1:13, 1:14, 2:5, 2:8, 12:14, 13:25
up [1] - 16:8
update [1] - 12:7
urgent [1] - 2:13

V

verdict [4] - 2:24, 3:12, 4:18, 9:5
versus [4] - 2:5, 10:25, 12:14, 13:25
via [3] - 2:3, 12:12, 13:22
video [5] - 2:3, 3:2, 11:14, 12:12, 13:22
violence [3] - 4:24, 10:2, 13:1
violence' [1] - 5:12
VOLUME [1] - 1:9
voluntary [1] - 9:8
vs [1] - 1:5
vulnerable [1] - 8:16

W

wait [3] - 8:23, 9:18, 12:20
waiting [4] - 2:14, 4:2, 8:20, 9:14
waiver [1] - 9:8
Washington [3] - 1:5, 1:15, 1:22
Wick [2] - 18:3, 18:8
WICK [1] - 1:21
willing [3] - 3:5, 4:13, 6:19
wish [1] - 6:20
wonder [1] - 4:11

**Woodland** [1] - 1:18
**world** [1] - 6:12
**worse** [2] - 4:1
**write** [1] - 16:8
**writing** [7] - 8:22,
9:24, 10:12, 10:22,
10:25, 11:1, 12:19
**written** [3] - 11:2,
12:22, 16:23
**wrote** [1] - 14:11

## Y

**yesterday** [2] - 4:22,
16:11

## Z

**Zoom** [7] - 2:11, 2:22,
3:12, 4:21, 6:10, 9:7,
15:16