

--------- Forwarded message ---------
From: **Eric Kester** <​████​>
Date: Fri, Nov 3, 2023, 12:36
Subject: letter
To: <​████​>

To whom it may concern:

My name is Vicki Lynn Kester. K. Joseph O. Thomas is my son.
I was a single parent until Joe was 10 years old then I remarried. Eric was so devoted to being a good dad that he included vows to Joe in our wedding vows. We've been married 31 years.

Joe was surrounded by strong confident men, like his great-grandfather Bill Surgenor. He served in the Army in WW II. Then he chose to be a dad to Joe's great-grandmother's 5 kids. Service and unconditional love.

Joe's grandfather, Earle Cuppy, was a huge influence on Joe. Earle was a pilot before he graduated high school. He served in the Air Force in Korea. He has owned several businesses, lived and ran a 200 acre farm, and worked full time in the steel mill. He was my "step" dad. He had 3 daughters, but he always treated me like his daughter. Growing up on a farm is constant work. It doesn't matter how bad you feel, you still have to get out of bed. Someone or something is relying on you! In church we're taught: if someone asks for help our response should always be "I'd be glad to!" Growing up in a farming community is the same way. Each farming family helps their neighbor.

Earle got Joe involved with the Civil Air Patrol. They worked on several projects on the farm. They were always doing something together. A few of the many lessons Earle taught Joe was service to your country, unconditional love for family, and a strong work ethic. Earle died just before Joe graduated from high school. It hit Joe really hard. Within a month Joe came home from school and said "I joined the Navy." No discussion beforehand. Joe has 2 great uncles and a close family friend that served in the Navy.

Joe traveled around the world serving in the Navy and saw many forms of anger and cruelty. After his discharge, he was a combat vet with all the traumatic baggage you can fit in a duffle bag. So I handed him a Bible. It was something else to focus on. And he did! He started studying the history, the culture, and the languages to better understand. And became a minister.
He met Carolyn, a Navy vet also. She had 2 kids, but Joe knew by examples in his own life unconditional love for her kids. When they married, her kids were his too! He has never referred to them as "step" kids. Now they have been married 14 years and have 4 kids from ages 10 to 21 years old. They also take care of his disabled father-in-law. That's a lot on anyone's plate, that's a lot on his wife without him.

Joe isn't a violent man. He's an honest, God fearing man who loves his country and family. If Joe sees that someone needs help, he's the first rush in. When others are running from danger, Joe is running towards it! Not everyone at the Capital on January 6th had anger and evil in their hearts. Joe and many others were just trying to help.

        Sincerely,
        Vicki Lynn Kester