To whom it may concern,

     Joe Thomas is a vital part of our household. In my opinion, it would be detrimental to not only his children but his grandchildren who have recently become a big part of his life. Since the recent events with him being home he has been cleaning, cooking and watching all the young children, most of which would not be able to be done if he were not here, he put my one-year-old down every night. He sings to her every nap time and every bedtime she refuses to go to bed without him singing to her. This man is one of the best fathers and all-around people I have ever met, he's kindhearted and wants what's best for his family, he stays up all night and wakes up early with the baby so his wife and I can get some sleep before going to work. removing him from this home would cause a plethora of issues, he is our glue, the peacekeeper, the homemaker. We love him, and he is needed here with us.

Sincerely, Lorelie Wright