

# The Christian Church

New Cumberland, West Virginia 26047

August 29, 2023

**Minister**
Rick Tinsky

**Secretary**
Secretary

To whom it may concern:

   I was asked by Joe Thomas and His wife to write a letter for his sentencing due to January 6 events.
   I have known Joe and his family for many years and have found Joe to be a man of strong convictions yet one that has a level of honesty that is rarely found today. I met Joe in a low period of his life but I watched him turn his life around.
   Joe is also is exceptionally intelligent and very polite. He has raised his children to show respect, both for him and his country. Both should be highly sought after. He has overcome struggles to provide for his family and to be a stable influence in their lives. He has encouraged his children not to just attend school, but to excel.
   Joe had mentioned that he was going to Washington DC for the Trump rally on January 6, and stated he was going to show his support to President Trump and his concerns about the election results. Joe, also upon returning from DC, talked with me, telling me about the problems that happened on that day. He said that he video taped with his phone so those who were causing trouble could be dealt with. He assured me that he was not involved in anything wrong, however he said he did see things happening that were wrong. He mentioned that he saw a man being beaten with a police baton and out of concern for the man, he took the place of that man.
   Joe emphasized that although he saw much going on that was wrong, he did not participate in this. From what I have heard from the court case, no evidence given to state that Joe physically attacked anyone nor entered the capital. Again, I state that Joe has been a man of his word even while protesting something he felt strongly about.
   Joe mentioned that his sentence would possibly put him in jail for over 10 years, I am concerned that the sentence seems severe. I am concerned about the effect that will have on his family. His children love, adore him, and look up to him as a role model. I am concerned how the lives of the children will be affected. I am also concerned by the financial impact this will have on the family as well.
   Joe and his family have a great heart and have helped many people. I would encourage you to see his honesty and his family and take that in account in his sentencing.

Sincerely,

*Rick Tinsky*

Rick Tinsky, Minister