

Non-Stop Security

Letter of Good Character

From the desk of :
Jonathan Michael Ray Summers Chief Of Operations at Non Stop Security Services

This letter is a character letter for Joesph K Thomas from the desk of Jonathan Michael Ray Summers.

I have known Mr. Thomas for over three years. Mr. Thomas is a standup human being of the highest caliber and moral character. I for one am willing to vouch for Mr. Thomas who is facing time away from his family and livelyhood. Joesph is a family man, good father, husband, and a pillar of faith. As a preacher, he has a gift of helping others. Mr. Thomas should never have been a January 6 defendant. He assisted law enforcement, and caused no violence. He did not trespass, and he exercised his right to protest peacefully.

**Your honor, I respectfully ask for leniency of a veteran that served our country. Joseph is a man of God and should be judged on his merits of heart. Not persecuted. Your honor, I would emplore you with the utmost respect and sincere intent to please grant time served or house arrest. Please do not separate this man from his family or his country. To do so would be the greatest injustice of all. God bless you, your honor. I pray you will make a sound decision.**

**Best Regards to the court,**

John Michael Summers
C.O.
███████

Best Regards,

███████████████

██████████████