To Whom it may Concern,

  First off, I am going to try to keep this short and straight to the point. My Stepdad, who I am very proud to call dad, Kenneth Joeseph Owen Thomas has never had it easy growing up, he has worked for everything he has today and that is all at being jeopardized because of recent incidences regarding to him exercising his rights and now a former Sailor, who is now a veteran is getting all those rights, that he did indeed fight for, taking away from him and is being defaced as a terrorist.

  A man who has started from absolutely nothing to a dad of 4 kids, a loving and supporting wife, and now has a daughter in law, my wife, with 2 grandkids, also my step daughters which I have greatly respected him for stepping up as a stepdad and now hope to be as great of a stepdad as he is. I have watched this man continue to not only be the best husband, dad, and grandad, but also a great staple and influencer to society and our church today. Despite all he has worked and struggled for, this is the type of man who would go out of his way to give the shirt off his back to someone in need.

  If he were to get put away for however long let me just say how detrimental that would be to his family, and how demoralizing it would be to all those people close to him. My kids would miss out there early years without a grandpa. My little 9-year-old brother and 13-year-old sister would miss vital experiences at such an early age without a dad. My mom would have to give up her dog rescue, my grandpa would have to be put in a home which would end up killing him to be away from not only his grandkids but his great grandkids too, because my mom would have to get a job and would have a very hard time to not only tend to her kid's needs or her grandkids needs, but keeping up a dog rescue and taking care of her dad. That is just so much to be put on only one person.

  This man is very much needed, and I could go on and on about why and how, without him everything would just fall apart. Everything put aside, so much has already been taken away from him and from his family.

Sincerely, ITS3 Wright

PS, I love you dad, good luck!