Joyce Krompegel            ██████████      New Springfield, OH 44443   ████████

October 5, 2023

To Whom It May Concern:

I am writing this letter on behalf of Joseph Thomas. I have known him for Approximately 7 years. He was asked to come and speak at our small 153 year old Historic Chapel near Rogers, Ohio, Williamsport Chapel.

In my experience, Joseph Thomas is someone who possesses several remarkable traits such as Honest God-faring person, believes in the Lord and what he stands for; he tells it like it is, good or bad. Caring and compassionate . One significant instance that comes to mind is, last year in the middle of his message to us at Williamsport Chapel, someone noticed out the window that there were flames shooting up to the sky from the farm house up the road. Without hesitation Joe was the first person running out the door along with a few other able-bodied people to get to that farmhouse 1/4 mile up the street to do what they could to help. The owner was an older woman and was still in the house. Joe tried to go into the house but found the smoke and flames were too much to cope with. As hard as it was Joe had to keep her adult son from going into the fire. He held him back comforted and prayed with him. When the rest of the family arrived, he continued to pray and comfort these strangers that he had never met, that was all they could do. It seemed forever for the fire departments to get there, as they were volunteer departments and they had to bring in water. The house was a total loss with this woman still inside. Joe prayed and prayed with this family. A week later, Joe was asked by the family if he would do her memorial service at our little historical Chapel. How could you ask for a more compassionate person, but that is who Joe is! Joe stayed right there with that family.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and hope this letter will make an impact on how you look at Joseph Thomas.

Sincerely,

Joyce Krompegel