6 Oct 2023

Thomas D. Wright
███████████████

Re: Kenneth Joseph Thomas (Joe)

To Whom it may concern:

Kenneth Joseph Thomas married my Daughter 14 yrs ago. He's a good husband and father and son in law.

He has a good heart and helps neibars and friends.

I got Covid 19 Febuary of 2020. I am a long hauler with many physical side effect. I am on a Non Evasive Ventelator 12-18 hrs a day. I can bar ley walk 10-15 ft to the bathroom.

Joe Helps me, picks me up when I fall, cooks for me and just there for me. I don't have very long left. I worry about the family being alone. This hardship will be a breaking point for the family. Especially with Joe gone. I raised my daughter alone for some time, she needs someone there for her. My death will crush her. And the

children. With Joe there it will make it easier for them to deal with it. My family don't deserve this. If I had a death wish it would be that Joe will be able to be here to help me and the family.

Thank you

Thomas D. Wright

Aug 26, 2023

To whom it may concern,

I am writing this letter on behalf of my neighbor Joseph K Thomas. Joe will be appearing in your court on Sept 6th for the sentencing of the case of Jan 6th. Joe is a good neighbor & a father of 4 lovely children. He and his wife also care for her elderly father who also lives with them, and is in very bad health. Joe is a hard worker and is a good neighbor. I hope you can consider how this will affect his family.

Sincerely,
Sally A. Louie

To whom it may concern:

My name is Amanda Luna. I met Joseph Thomas and his family close to 3 years ago when my family and I moved to Ohio. Since then, it seems like our families have become inseperable! Our kids are best friends. They are in sports together. They do everything together.

I am writing this letter to ask for leniency. Joseph Thomas has gone above and beyond to help my family when we were down on our luck. He's always there to help with a broke down vehicle, my kids' homework or a ride somewhere last minute. He's a very generous, hospitable man. He took us in and treated us as family since day one. He has become our sons' little league football announcer. Since he started announcing, our games have been so fun to be at. He makes everything fun and never takes himself too seriously. He's hardworking, church going family man who should be home with his immediate and extended family and watch everyone grow up.

Thank you for your time.

Sincerly,
Amanda Luna