I, Emilly Wilcox, testify that on Jan 6 2021 I was standing behind the porta-potty when I dropped my phone and it bounced off the ground and went under the porta-potty. When I went to recieve it I pulled out pocket knives, and box cutters. I hand them over to my dad, Kenneth Joseph Thomas. He stated that they needed to go to the authorities. When we found a cop we told him the situation. He the cop then told us to put them back. My dad feeling uncomfortable about that response he found a secret service agent around the White house ellpse and turned them in.

*Emilly Wilcox*

Emilly Wilcox

11/15/23