UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *Plaintiff,*<br><br>UNITED STATES OF AMERICA<br><br><br>v.<br><br><br><br>KENNETH JOSEPH OWEN THOMAS,<br><br>*Defendant.* | Case No. 21-cr-00552 (DLF) |

## DEFENDANT'S MOTION FOR PLACEMENT IN PRISON FACILITY CLOSER TO HIS RESIDENCE

The Defendant Kenneth Joseph Owen Thomas ("Thomas"), by and through his counsel, respectfully submits this motion for nearer release federal prison transfer in connection with the above-captioned matter. The Defendant files motions the court for transfer to a facility nearer to his place of residence pursuant to 18 U.S.C. §3621 (b).

**BACKGROUND.**

Thomas is scheduled to self-surrender to the Federal Prison at Memphis, TN—well over 750 miles away and a full day's drive from Thomas' home—on Jan. 18, 2024.  Thomas lives in East Liverpool, Ohio, some 45 miles west of Pittsburgh, PA.  There appear to be <u>over a dozen</u> federal B.O.P. facilities of every possible classification and security level within a few hundred mile radius of East Liverpool.  For example FCI Elkton is some 16.5 miles from East Liverpool. FCI Morgantown (West Virginia) is around 100 miles away. FCI Hazelton is around 129 miles away.  FCI Gilmer (WV) is around 186 miles away. FCI Ashland (KY) is around 250 miles. FCI McKean (PA) is 132 miles away.

Thomas requests FCI Elkton, which would be closest to his residence and family.

I. INTRODUCTION

Thomas was found guilty of Civil Disorder in violation of 18 U.S.C. § 231(a)(3), Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111, Entering and Remaining in a Restricting Building or Grounds in violation of 18 U.S.C. § 1752(a)(1), and Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2). On November 21, 2023 Thomas was committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Fifty-eight (58) months on counts 1ss,

1

3ss, 4ss, 6ss and 7ss, Twelve (12) months on counts 8ss and 9ss. All counts to run concurrently. Thomas was recommended to be housed at FCI Elkton in Lisbon, OH "or any other facility near the defendant's place of residence."

II.  18 U.S.C. § 3621 MANDATES THAT THOMAS BE TRANSFERRED TO A FACILITY CLOSER TO HIS PRIMARY RESIDENCE

18 U.S.C. §3621(b) states that a prisoner shall be placed in a "facility as close as practicable to the prisoner's primary residence." Further, when a transfer is involved, the Bureau shall consider "factors described in the preceding sentence and the prisoner's preference for staying at his current facility or being transferred, transfer prisoners to facilities that are closer to the prisoner's primary residence even if the prison is already in a facility within 500 driving miles of that residence."

Dated: December 19, 2023                                                          Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

      I, John M. Pierce, hereby certify that on this day, December 19, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                      <u>/s/ John M. Pierce</u>
                                      John M. Pierce