UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-cr-00552 (DLF) |
| v. : | |
| : | |
| KENNETH JOSEPH OWEN THOMAS, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR PLACEMENT IN PRISON FACILITY CLOSER TO HIS RESIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this response in opposition to Defendant Kenneth Joseph Thomas's Motion for Placement in Prison Facility Closer to his Residence, which requests that the Court "transfer" the Defendant "to a facility nearer to his place of residence pursuant to 18 U.S.C. §3621(b)." ECF 229.

The government understands the Defendant's desire to report on January 18, 2024 to a Bureau of Prisons ("BOP") facility closer to his home. However, the plain language of the statute cited by the Defendant, 18 U.S.C. § 3621(b), grants the BOP with sole discretion to designate an inmate's place of imprisonment, and provides that those designation decisions are "not reviewable by any court." 18 U.S.C. § 3621(b) ("Notwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court.").

Accordingly, Section 3621(b) precludes this Court's review of the BOP's designation for this Defendant. [1] *See id.; see also, e.g., United States v. Merise*, Case No. 06-42-1 (JDB), 2022 WL 355207, at *2 (D.D.C. Feb. 7, 2022) ("[p]lacement of a prisoner is the [Bureau of Prisons']

---

[1] Prior to this filling, the government conferred with the BOP's Office of General Counsel, who concurs with the government's position.

1

decision, and 'a designation of a place of imprisonment ... is not reviewable by any court'") (alternation in original) (citing *United States v. King*, Case No. 18-318 (JDB), 2021 WL 880029, at *5 (D.D.C. Mar. 9, 2021) (quoting 18 U.S.C. § 3621(b))); *United States v. Shabazz*, 502 F. Supp. 3d 194, 199 (D.D.C. 2020) (same), *vacated on other grounds*, 848 F. App'x 441 (D.C. Cir. 2021); *United States v. Crawford*, 312 F. Supp. 3d 31, 35 (D.D.C. 2018) ("Pursuant to 18 U.S.C. § 3621(b), the BOP 'shall designate the place of ... imprisonment' of a person committed to BOP custody, and while a sentencing court may 'recommend[ ]' a particular 'type of penal or correctional facility,' such a recommendation has 'no binding effect on the authority of the Bureau ... to determine or change the place of imprisonment of [any] person.' Defendant concedes that any recommendation by the Court to the BOP would be purely advisory.") (alteration in original); *accord United States v. Bravata*, No. 22-1897, 2023 WL 6146991, at *2 (6th Cir. Sept. 20, 2023) ("A sentencing court has no authority to order a prisoner's imprisonment in a particular place; that decision is within the sole discretion of the BOP. And the BOP's 'designation of a place of imprisonment ... is not reviewable by any court.'") (citations omitted); *Wills v. Barnhardt*, No. 21-1383, 2022 WL 4481492, at *3–4 (10th Cir. Sept. 27, 2022) ("Section 3621(b) precludes judicial review of the BOP's placement decisions.  The district court also correctly held that § 3621(b) deprived it of jurisdiction to review the BOP's decision on Mr. Wills' transfer request. The final sentence of § 3621(b) expressly states that '[n]otwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court.'").

   Therefore, the Defendant's motion should be denied.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov
