# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No. 21-cr-552 DLF** |
| **KENNETH THOMAS,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION RE RESTITUTION

The United States of America hereby responds with no objection to the Defendant's Motion for Clarification Regarding Deferment of Payments of Fine and Restitution from Defendant's Commissary Account (ECF 235). As stated on the record at sentencing, the government believes that the Court could "order that [Defendant's] restitution be deferred until he is released on supervision." Nov. 16, 2023 Sent'g Tr. at 287: 10-12. The government also does not object to the Defendant's request regarding access to rehabilitative, treatment, and educational programs and services. The government, therefore, continues to have no objection to the relief requested in the Defendant's motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov


Case 1:21-cr-00552-DLF   Document 236   Filed 06/26/24   Page 2 of 2

2

SEAN P. MCCAULEY
Assistant United States Attorney
NY Bar No. 5600523
United States Attorney's Office
601 D Street NW
Washington, DC 20530
Sean.McCauley@usdoj.gov