UNITED STATES DISTRICT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. **21-cr-00552-DLF-1** |
| | ) | |
| **KENNETH JOSEPH OWEN THOMAS** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Defendant, Kenneth Thomas, by and through undersigned counsel Roger Roots, hereby submits this motion for return of property and documents due to the seemingly continuous refusal of the U.S. Department of Justice and the Bureau of Prisons to return the property and documents that they continue to maintain, despite the current posture of this case. Client was pardoned by President Donald J. Trump on January 20th 2025, and undersigned counsel has made numerous attempts to regain client's property and documents since that date. Undersigned Counsel's paralegal, Emily Lambert has been in communication with multiple individuals, over multiple weeks, dragging into over a month now, being told to contact the FBI, who directed Counsel to the DOJ, the DOJ then directing Counsel back to the FBI. On 2-19-2025, Counsel received an email from Jennifer Blackwell, Deputy Chief, Criminal Division of the United States Attorney's Office For the District of Columbia, stating that the FBI would be mailing Mr. Thomas's belongings back and requesting an address in which to send them. Counsel promptly provided said address. To date, Mr. Thomas has not received any of his belongings that were seized upon his arrest, since that period Counsel has followed up with

1

numerous phone calls and email exchanges with Mrs. Blackwell regarding the status of Mr. Thomas's belongings, with her latest reply in response to Counsel's inquiry as to the status on 3/17/25 stating "I will check and get back to you next week. Thank you.". Counsel has since reached out to Mrs. Blackwell multiple times via phone and email and have been unable to reach her for multiple days. Client's case and appeal have been dismissed, and Client has now been deprived of his belongings for several months.

As this Court is aware, Defendant Thomas was incarcerated approximately 372 days following his sentencing in this case, and was released after being pardoned by President Trump. However, upon defendant's release, he was not properly provided with form BP-0714, NOTICE OF RELEASE AND ARRIVAL. Without this form, Defendant Thomas is unable to have his Veteran Benefits restored, including access to VA medical treatment facilities. Defendant Thomas has medical issues he needs to address, as the Court noted in the sealed portion of Defendant's sentencing hearing. Counsel has made numerous attempts to seek this document through the BOP, and have been denied and told to file an FOIA request. Defendant Thomas himself has tried numerous times through the various and numerous channels of the BOP to obtain this document himself, and was also denied and told to file a FOIA. This is Defendant Thomas's own personal documentation, and he is entitled to receive it upon his release as every other defendant did. The repeated denial of the BOP to provide this document to Defendant Thomas puts his health in jeopardy and further exacerbates his medical issues.

WHEREFORE, Defendant respectfully requests this Court to grant said relief and order the return of client's confiscated property and provide him his release

documents.

Date: March 22, 2025

*/s/ Roger I. Roots*
*Roger I. Roots*
*10 Dorrance Street*
*Suite 700*
*Providence, Rhode Island 02903*
*Tel: (775) 764-9347*
*Email: roger@rootsjustice.com*

*Attorney for Defendant*

Respectfully Submitted,

## **CERTIFICATE OF SERVICE**

I, Roger I. Roots, hereby certify that on this day, March 22, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Roger I. Roots*
Roger I. Roots
