UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-CR-00552(DLF) |
| : | |
| **KENNETH JOSEPH OWEN THOMAS,** : | |
| : | |
| **Defendant.** : | |

### UNITED STATES' RESPONSE
### TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Pursuant to the Court's March 24, 2025 Minute Order, the United States of America hereby responds to the Defendant's Motion for Return of Property (ECF 238). The Motion requests (A) the return of property seized during the pendency of this criminal case, and (B) the issuance of a release form from the Federal Bureau of Prisons ("BOP"), Form BP-0714 [sic]. This motion should be dismissed as moot.

On January 20, 2025, the President pardoned approximately 1,600 individuals who were involved in the events at the Capitol on January 6, 2021. The Federal Bureau of Investigation ("FBI"), with assistance from the U.S. Attorney's Office, then began returning seized property to those individuals. On Tuesday, March 25, 2025, the defendant's property was sent to him via FedEx with a signature required; the tracking number has been provided to the defendant's counsel. Thus, the defendant should receive his property shortly.

The U.S. Attorney's Office called the prison where the defendant had been incarcerated, regarding provision of the requested form. After providing the inmate name and number, the BOP emailed a document containing the information believed to be required for the form to the U.S. Attorney's Office, which it forwarded to defense counsel.

The motion should be denied as moot.

          Respectfully submitted,

          EDWARD R. MARTIN, JR.
          UNITED STATES ATTORNEY
          D.C. Bar Number 481866

          _____/S/_____
          JENNIFER LEIGH BLACKWELL
          Assistant United States Attorney
          D.C. Bar No. 481097
          601 D Street, NW
          Washington, D.C. 20530
          Jennifer.blackwell3@usdoj.gov
          (202) 252-7068